JP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

RICHARD BURGESS, Individually, and by and through DARREN HENZE as Guardian of the Person and Estate of Richard Burgess, Incapacitated and as agent under that certain durable power of attorney dated November 20, 2006.

CASE NO: 1:20-cv-20687-JEM

Plaintiffs,

v.

ROYAL CARIBBEAN CRUISES LTD., a Liberian Corporation d/b/a ROYAL CARIBBEAN CRUISE LINE and/or ROYAL CARIBBEAN INTERNATIONAL, JOAO PEREIRA, MICHIEL ADRIAAN ETSEBETH

Defendants.
_________________________________/

**AFFIDAVIT OF DR. JOAO PEREIRA**

BEFORE ME, the undersigned official, on this day appeared and after being first duly sworn according to law upon this oath stated the following:

1. My name is DR. JOAO PEREIRA and I am over eighteen (18) years of age. I have never been convicted of a felony or crime of moral turpitude and I am fully competent to make this Affidavit.

2. I have personal knowledge of the facts stated in this Affidavit, and they are true and correct.

3. On August 3, 2020, I executed a service waiver and received a copy of the Complaint which allowed for me to review the allegations asserted against me in the above captioned matter. Neither the execution of the service waiver nor the filing of this Affidavit is a

EXHIBIT
1

JP

waiver of my right to contest the Court's personal jurisdiction over me in this matter, but rather, to expedite and further support my position in this regard.

4. I am a citizen of Portugal. I am not, and have never been, a citizen of the United States nor a resident of Florida.

5. I do not operate, conduct, engage in, carry on, or transact business in the State of Florida. Moreover:

A. I do not maintain an office, place of business, a post office box, or telephone listing in Florida;

B. I currently do not have any real estate or other interest in property in Florida; and have not ever had any real estate or other interest in property in Florida;

C. I have not incurred any obligation to pay, and have not paid, any taxes in Florida;

D. I have not knowingly conducted any business activities in Florida which would subject me to the jurisdiction of the Florida courts;

E. I have never filed a lawsuit in a Florida court;

F. No court in Florida has ever invoked jurisdiction over me.

6. At all times material to the subject Complaint, I served as a shipboard physician aboard the Royal Caribbean *Harmony of the Seas*. I did not maintain a residence in Florida, nor avail myself of the Florida forum, during the subject time period.

7. My involvement in the care and treatment of Richard Burgess took place on February 21, 2019, while the ship was docked in the Port in San Juan, Puerto Rico.

8. I have never seen, evaluated or treated Richard Burgess in any manner or at any time while within the jurisdiction of Florida or territorial waters of Florida.

FURTHER AFFIANT SAYETH NAUGHT

DR. JOAO PEREIRA, M.D.