UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:20-cv-20687- OTAZO-REYES

AT LAW AND IN ADMIRALTY

RICHARD BURGESS individually and
by and through DARREN HENZE
as Guardian of the Person and Estate
of Richard Burgess, incapacitated and
as agent under that certain durable power
of attorney dated November 20, 2006.

Plaintiffs,

v.

ROYAL CARIBBEAN CRUISES LTD.,
a Liberian Corporation, d/b/a
ROYAL CARIBBEAN CRUISE LINE and/or
ROYAL CARIBBEAN INTERNATIONAL

Defendants.
_______________________________/

**PLAINTIFFS' *UNOPPOSED* MOTION**
**FOR LEAVE TO PRODUCE DR. DAVID NIDORF ON FEBRUARY 16, 2023**
**AND**
**PERMIT DR. CAMILO GOMEZ TO TESTIFY ON FEBRUARY 14, 2023 AT 3:00 P.M.**

The Plaintiffs RICHARD BURGESS individually and by and through DARREN HENZE as Guardian of the Person and Estate of Richard Burgess, incapacitated and as agent under that certain durable power of attorney dated November 20, 2006, by and through their undersigned attorney hereby move for leave to produce expert witness Board Certified Emergency Room Physician David Nidorf on February 16, 2023 and Dr. Camilo Gomez after 3:00 p.m. on February 14, 2023, and as grounds thereof state as follows:

1. **BACKGROUND AND IMPORTANCE OF TIMING OF RULING**: On January 23, 2022 the Court issued a paperless order setting an evidentiary hearing on the parties' *Daubert*

motions [D.E. 86-89]. The evidentiary hearing set this hearing for **February 14, 2023, at 10:30 a.m.**

2. **EMERGENCY PHYSICIAN - DR. NIDORF**: All but two of the plaintiff's expert witnesses are available to appear on the ordered date and time. The Plaintiff's Board-Certified Emergency and Emergency Medicine Expert, Dr. David Nidorf is unable to appear on February 14, 2023. Dr. Nidorf is scheduled to manage his assigned Emergency Room on that date and time. This schedule was issued months in advance of the Court's Order. Initially Dr. Nidorf believed he would have coverage to appear for the hearing during his shift. Unfortunately, the coverage doctor is no longer able to cover due to other duties.

3. **DR. NIDORF AVAILABILITY**: Dr. Nidorf advised that he is available to appear to testify on February 9, 13, 15 and 16. Undersigned counsel conferred with opposing counsel and Counsel for the Defendant advised they are available on February 16, 2023. Undersigned counsel received the alternative dates late last night, January 31, 2023 from this witness.

4. **VASCULAR NEUROLOGIST - DR. CAMILO GOMEZ**: The Plaintiff seeks leave to produce Dr. Gomez during the afternoon on February 14, 2023. Dr. Gomez is unable to appear until approximately 3:00 p.m. EST in the afternoon due to his clinic hours. He cannot get coverage for his clinic because his patients are those he performed surgery and/or is scheduled to evaluate to perform surgery. Dr Gomez practices medicine in Columbia, Missouri and is therefore located in the Central Time Zone. His clinic hours are supposed to end at 1:00 p.m. CST/2:00 p.m. EST. However, Dr. Gomez advised that patients routinely are brought or arrive late and he does not want the Court or the parties waiting for him to testify. Therefore, in the abundance of caution the Plaintiffs request that the testimony of Dr. Gomez begin at 2:00 p.m. CTS/3:00 p.m. EST. Undersigned counsel will advise the Court and opposing counsel if Dr. Gomez completes his obligations earlier should that be feasible.

5. This motion is not made for the purpose of delay, but as a pragmatic matter to ensure the *Daubert* hearing is conducted in a timely and orderly manner.

6. Undersigned counsel conferred with opposing counsel regarding this motion and counsel for the Defendant does not object or oppose the proposed timing for testimony on February 14, 2023 and available for the testimony of Dr. Nidorf on February 16, 2023.

WHEREFORE the Plaintiff respectfully requests this Court grant the Plaintiff's Motion for Leave to Produce Expert Witness Dr. David Nidorf on February 16, 2023 and to schedule testimony on February 14, 2023 with Captain Keijer starting at 10:30 a.m. and Dr. Camilo Gomez at 3:00 p.m., and for any other relief this Court deems just and proper.

Respectfully Submitted,

By: *s/Sarah Anne Lobel*

**John H. Hickey, Esq.** (FBN 305081)
hickey@hickeylawfirm.com
**Sarah A. Lobel, Esq.** (FBN 88716)
slobel@hickeylawfirm.com
**Hickey Law Firm, P.A.**
1401 Brickell Avenue, Suite 510
Miami, FL 33131-3504
Telephone: (305) 371-8000
Facsimile: (305) 371-3542
*Attorneys for the Plaintiff*

**CERTIFICATE OF COUNSEL**

Pursuant to the Local Rules, the undersigned hereby certifies that she contacted opposing counsel about the contents of this motion for extension of time. Opposing counsel does not object to or oppose this motion.

By: *s/Sarah Anne Lobel*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 31st, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/Sarah Anne Lobel*

**JOHN H. HICKEY (FBN 305081)**
E: hickey@hickeylawfirm.com
**SARAH A. LOBEL, ESQ. (FBN 88716)**
E: slobel@hickeylawfirm.com
**HICKEY LAW FIRM, P.A.**
1401 Brickell Avenue, Ste. 510
Miami, Florida 33131-3504
Telephone: (305) 371-8000
Facsimile: (305) 371-3542

**SERVICE LIST**

Richard Burgess v. Royal Caribbean Cruises LTD.
United States District Court, Southern District of Florida
CASE NO.: 1:20-cv-20687-Otazo Reyes

| | |
|---|---|
| **John H. Hickey, Esq.** (FBN 305081)<br>hickey@hickeylawfirm.com<br>federalcourtfilings@hickeylawfirm.com<br>**Sarah A. Lobel, Esq. (FBN 88716)**<br>slobel@hickeylawfirm.com<br>dmartinez@hickeylawfirm.com<br>**HICKEY LAW FIRM, P.A.**<br>1401 Brickell Avenue, Suite 510<br>Miami, FL 33131-3504<br>Telephone: (305) 371-8000<br>Facsimile: (305) 371-3542<br>*Attorneys for Plaintiff* | **Michael J. Drahos, Esq.** (FBN 0617059)<br>Michael.drahos@gray-robinson.com<br>Lilia.parker@gray-robinson.com<br>**W. Cooper Jarnagin, Esq.** (FBN 117767)<br>Cooper.jarnagin@gray-robinson.com<br>**GRAY ROBINSON, P.A.**<br>515 North Flagler Drive, Suite 650<br>West Palm Beach, FL 33401<br>Telephone: (561) 268-5727<br>Fax: (561) 268-5745<br><br>**Randy S. Ginsberg, Esq.** (FBN 185485)<br>rginsberg@rccl.com<br>**ROYAL CARIBBEAN CRUISES LTD.**<br>1080 Caribbean Way<br>Miami, Florida 3312<br>Telephone: (305) 539-6327<br>Alt. Tel. (305) 539-4457<br>Fax (305) 539-6561<br>*Attorneys for Defendant* |