UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

RICHARD BURGESS, Individually, and by and through DARREN HENZE as Guardian of the Person and Estate of Richard Burgess, incapacitated and as agent under that certain durable power of attorney dated November 20, 2006.

CASE NO: 1:20-cv-20687-OTAZO-REYES

Plaintiffs,

v.

ROYAL CARIBBEAN CRUISES LTD., a Liberian Corporation d/b/a ROYAL CARIBBEAN CRUISE LINE and/or ROYAL CARIBBEAN INTERNATIONAL, JOAO PEREIRA, MICHIEL ADRIAAN ETSEBETH.

Defendants.
_________________________________/

**DEFENDANT ROYAL CARIBBEAN CRUISE LTD.'S TREATING AND EXPERT WITNESS DISCLOSURE**

Defendant, ROYAL CARIBBEAN CRUISE LTD., by and through its undersigned counsel, hereby serves its Treating and Expert Witness Disclosure and states as follows:

1. **Dr. Nure Khoury [Shipboard Standard of Care and Administration]**
   **357 Almeria Avenue**
   **Coral Gables, Florida 33134**

Dr. Khoury is a physician who served as the Fleet Medical Director for Carnival Cruise Lines from 2018-2020. He has also worked as Carnival's Crew Medical Manager from 2016-2017, in addition to serving two years on various Carnival vessels as a Senior Physician. Dr. Khoury is expected to testify consistently with his summary report and any deposition testimony, including but not limited to his conclusion that the medical staff aboard the Royal Caribbean vessel met with the standard of care at all times material to care and treatment rendered to Plaintiff. He reserves the right to alter or supplement his report based upon ongoing discovery and investigation. Royal Caribbean also reserves the right to ask Dr. Khoury to respond to any issues raised by Plaintiff's experts. His opinions are based upon his knowledge, training and experience, along

with his review of Plaintiff's Complaint, RCCL medical chart, Plaintiff's medical records, as well as deposition testimony completed in the case. Further information concerning his opinions are provided in his summary report, along with a copy of his Curriculum Vitae, fee schedule, and testimonial history attached herein as Exhibit A.

**2. Rodolfo E. Alcedo-Guardia, M.D. [Puerto Rican Healthcare/Neurosurgery]**
**Carretera 172**
**Caguas, PR 00726**

Dr. Alcedo-Guardia is an Assistant Professor of Neurosurgery at the Univesity of Puerto Rico School of Medicine and the Head of Neurosurgery at Menonite Hospital. He is also Fellowship trained in Cerebrovascular/Endovascular Neurosurgery at Harvard University. Dr. Alcedo is expected to testify consistently with his summary report and any deposition testimony. He reserves the right to alter or supplement his report based upon ongoing discovery and investigation. Royal Caribbean also reserves the right to ask Dr. Alcedo-Guardia to respond to any issues raised by Plaintiff's experts. His opinions are based upon his knowledge, training and experience, along with his review of Plaintiff's Complaint, RCCL medical chart, Plaintiff's medical records, diagnostic images, as well as deposition testimony completed in the case. Further information concerning his opinions are provided in his summary report, along with a copy of his Curriculum Vitae and fee schedule attached herein as Exhibit B.

**3. Dr. Alexander Merkler [Stroke Neurology/Neurocritical Care]**
**New York-Presbyterian/Weill Cornell Medical Center**
**525 East 68 th Street, F610**
**New York, New York 10065**

Dr. Merkler is double board certified in Neurology and Neurocritical Care and currently serves as an Assistant Professor of Neurology and Neuroscience at Cornell University. He also serves as an Attending Physician at New York-Presbyterian Hospital/Weill Cornell Medical Center. He has authored more than 100 peer reviewed publications on the subject of stroke medicine, and serves as the peer reviewer for seven different medical journals. Dr. Merkler is expected to testify consistently with his summary report and any deposition testimony. He reserves the right to alter or supplement his report based upon ongoing discovery and investigation. Royal Caribbean also reserves the right to ask Dr. Merkler to respond to any issues raised by Plaintiff's experts. His opinions are based upon his knowledge, training and experience, along with his review of Plaintiff's Complaint, RCCL medical chart, Plaintiff's medical records, diagnostic images, as well as deposition testimony completed in the case. Further information concerning his opinions are provided in his summary report, along with a copy of his Curriculum Vitae, fee schedule, and testimonial history attached herein as Composite Exhibit C.

**4. Gordon Sze, M.D. [Neuroradiology]**
**Department of Diagnostic Radiology**
**Yale University School of Medicine**
**Section of Neuroradiology**
**333 Cedar Street**
**New Haven, CT 06510**

Dr. Sze is a double board certified in Radiology and Neuroradiology in New Haven, Connecticut. He is currently a Professor of Radiology and serves as Chief of Neuroradiology at Yale University School of Medicine. He reserves the right to alter or supplement his report based upon ongoing discovery and investigation. Royal Caribbean also reserves the right to ask Dr. Merkler to respond to any issues raised by Plaintiff's experts. His opinions are based upon his knowledge, training and experience, along with his review of Plaintiff's Complaint, RCCL medical chart, Plaintiff's medical records and diagnostic images. Dr. Sze is expected to testify consistently with his summary report and any deposition testimony. Further information concerning his opinions are provided in his summary report, along with a copy of his Curriculum Vitae, fee schedule, testimonial history and billing invoices attached herein as Composite Exhibit D.

**5. Dr. Dileep Yavagal [Interventional/Endovascular Neurology]**
**Yavagal Strategic Solutions, LLC**
**490 Rovino Ave**
**Coral Gables, FL 33156**
**University of Miami Miller School of Medicine**
**Professor of Clinical Neurology and Neurosurgery**
**Director of Interventional Neurology**
**Co-Director of Endovascular Neurology**

Dr. Yavagal is triple board certified in Internal Medicine, Neurology/Psychiatry, and Vascular Neurology. He currently serves as a Professor of Clinical Neurology and Neurosurgery at the University of Miami Miller School of Medicine as well as the Director of Interventional Neurology and Co-Director of Endovascular Neurology at the University of Miami. Dr. Yavagal is a member of the International Committee and the Stroke Leadership Council for the American Heart Association/American Stroke Association. He also serves on the Comprehensive Stroke Certification Technical Advisory Panel on the formulation of criteria and metrics for Comprehensive Stroke Center Certification. Dr. Yavagal is expected to testify consistently with his summary report and any deposition testimony. He reserves the right to alter or supplement his report upon ongoing discovery and investigation. Royal Caribbean also reserves the right to ask Dr. Yavagal to respond to any issues raised by Plaintiff's experts. His opinions are based upon his knowledge, training and experience, along with his review of Plaintiff's Complaint, RCCL medical chart, Plaintiff's medical records and diagnostic images, as well as deposition testimony completed in the case. Further information concerning his opinions will be provided in his summary report, along with a copy of his Curriculum Vitae, fee schedule, and billing invoices attached herein as Composite Exhibit E.

6. **Thomas Edward Groomes, M.D. [Compulsory Medication Examination/Rebuttal/Life Care/Life Expectancy]**
**312 Silvercreek Court**
**Nashville, Tennessee 37069**

Dr. Groomes is board certified in Physical Medicine and Rehabilitation and previously served as a Professor in the Department of Physical Medicine and Rehabilitation at the Vanderbilt University Medical Center for twenty-four (24) years. Dr. Groomes was retained to perform a compulsory medical examination of the Plaintiff and provide a life expectancy opinion. He is expected to testify consistently with his summary report and any deposition testimony and reserves the right to alter or supplement his report based upon ongoing discovery and investigation. Royal Caribbean also reserves the right to ask Dr. Groomes to respond to any issues raised by Plaintiff's experts, including but not limited to any issues relating to his future care needs. Dr. Groomes's opinions are based upon his knowledge, training and experience, along with his examination of the Plaintiff, and his review of the Plaintiff's Complaint, RCCL medical chart, Plaintiff's medical records, as well as deposition testimony completed in the case. Further information concerning his opinions are provided in his summary report, along with a copy of his Curriculum Vitae, fee schedule, billing invoices and testimonial history attached herein as Composite Exhibit F.

7. **Cathlin Mitchell, RN, BSN, CRRN, CM [Rebuttal/Life Care Planner]**
**Care Management Consultants, Inc.**
**P.O. Box 3101**
**Brentwood, TN 37027**

Cathlin Mitchell is a Certified Rehabilitation Registered Nurse who is expected to review any proposed life care plans offered by Plaintiff's experts and provide a rebuttal opinion/report, if necessary. RCCL also reserves the right to ask Cathlin Vinett to respond to any issues raised by Plaintiff's experts that concern his future care needs. Her opinions are based upon her knowledge, training and experience, along with her examination of the Plaintiff and review of Plaintiff's Complaint, RCCL medical chart, medical records, as well as deposition testimony completed in the case. Further information concerning any rebuttal opinions she may have will be provided in a summary report, if necessary. Attached is a copy of her Curriculum Vitae, fee schedule, testimonial history and billing invoices as Composite Exhibit G.

* Defendant reserves the right to supplement this Disclosure with appropriate rebuttal experts following receipt and review of Plaintiff's Expert Disclosure.

**FEDERAL RULE 26(A)(2)(c) TREATING PHYSICIAN EXPERTS**

The following individuals were not retained or specially employed to provide expert testimony for the Defendant, but may still provide medical expert testimony based upon their role as a treating physician and are therefore being disclosed in an abundance of caution pursuant to Federal Rule 26 (A)(2)(c):

1. Dr. Ulises Lisandro Nobo [treating neurologist]
HIMA San Pablo Caguas
Ave. Munoz Marin
Urb. Mariolga
Caguas, Puerto Rico 00726

2. Dr. Juan Ramos Acevedo [treating neurosurgeon]
HIMA San Pablo Caguas
Ave. Munoz Marin
Urb. Mariolga
Caguas, Puerto Rico 00726

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished this 26th day of August, 2022 by electronic mail to John H. Hickey, Esq., Sarah A. Lobel, Esq., Hickey Law Firm, P.A.. hickey@hickeylawfirm.com, slobel@hickeylawfirm.com.

Respectfully Submitted,

GRAYROBINSON, P.A.
515 North Flagler Drive, Suite 650
West Palm Beach, Florida 33401
Telephone: (561) 268-5727
Facsimile: (561) 268-5745

By: */s/ Michael J. Drahos*
Michael J. Drahos
Florida Bar No. 0617059
W. Cooper Jarnagin
Florida Bar No. 0117767
*michael.drahos@gray-robinson.com*
*cooper.jarnagin@gray-robinson.com*
*lilia.parker@gray-robinson.com*

# EXHIBIT A

# NURE KHOURY, M.D.

Dear Mr Drahos,

I am a PGY-4 and Chief Resident currently under Larkin Community Hospital where I am undergoing my formal training in neurology as my specialty. Prior to this role I had the pleasure of working in multiple roles in maritime medicine while employed under Carnival Cruise Lines from 2015 to 2020. During my time of employment at Carnival I served as shipboard junior physician and shipboard senior physician from 2015 to 2016 where I was lead physician on board some of Carnival's largest vessels and some of the most complex and challenging itineraries. During my time as a ship physician I had met the medical needs of all passengers and crew aboard my ships. My responsibilities were to evaluate, diagnose and treat all medical cases presented as well as to engage in complex decision making for advanced treatment and evacuation of patients by land and air.

During my time as Crew Medical Manager for Carnival from 2016- 2017 my main function was safety as well as rendering healthcare to Carnival's 35,000 crew members across the globe. Another major role was to provide logistical and operational support to fleet shipboard physicians at times where healthcare management had exceeded the care that is possible on board their vessel. This included both crew and passenger as well as to liaison with flight surgeons who had direct roles in these specific scenarios.

From 2018 -2020 I was provided the role of fleet medical director for Carnival Cruise Line where I had multiple functions pertaining to all healthcare rendered across Carnival's fleet of 35 ships throughout the world. My main function was the sole decision maker in regards to medical emergencies were to facilitate shipboard doctors in medical evacuations both land and sea, shipboard operational support for deviations as well as coordination of 3rd party operational support such as USCG, foreign military, private air ambulance services. In my time as fleet medical director I had successfully taken the lead role in 2 mass casualty scenarios, numerous emergency evacuations while at sea inclusive of USCG and USAF fixed and rotary air support, and hundreds of complex medical evacuations. I have provided multiple lectures to both shipboard staff, doctors, nurses and non medical crew as well as shoreside medical specialists on maritime medical evacuations in regards to limitations, decision making as well as necessity. Please review my CV for any further questions towards my background and experience.

Per your request, I have reviewed the following materials in support of my analysis of the lawsuit filed by Mr Burgess:

1. Second Amended Complaint
2. RCCL Medical Chart
3. Medical Records
   - Express Air Medical Transport
   - Sunny Ambulance
   - Giant Pharmacy records
   - HIMA San Pablo
   - Magee Rehabilitation Hospital
   - MobilexUSA Mid Atlantic Hospital

- Select Specialty Hospital
  - Wellspan VNA Home Care
  - York ENT Associates
  - York Hospital
4. Richard Burgess Sign and Sail Account
5. Richard Burgess Gang Way Activity Report
6. Richard Burgess Guest Injury Statement
7. Deposition Transcripts
   - Richard Burgess
   - Darren Henze
   - Dr Michiel Etsebeth
   - Dr Joao Pereira
   - Joe and Susie Hiatt
   - Jimmie Ileine Landrum
   - Corporate Representative Continental Shipping
   - Puerto Rican Emergency Services Representative
8. Diagnostic Imaging Studies - HIMA Hospital
9. Verizon Cell Phone Records - Richard Burgess
10. Email correspondence - Harmony of the Seas to Continental Shipping 2/21/19

**FACTUAL TIMELINE**

Per the RCCL Gangway Activity Report, Richard Burgess (age 61) boarded the *Harmony of the Seas* on February 17, 2019 out of Fort Lauderdale at 1:11 PM (EST). According to his Sail and Sign Account and drink receipts, Mr. Burgess consumed numerous alcoholic beverages on the first night of the voyage until he eventually returned to his cabin in the early morning hours of February 18th. A Guest Injury Statement completed by Mr. Burgess indicates that he entered his cabin at approximately 3:00 AM and fell in the foyer and struck the back of his head due to intoxication. Mr. Henze testified that he was asleep at the time and did not witness the event.

Mr. Burgess presented to the ship's Medical Center on the morning of February 18 at 11:00 AM. The *Harmony* was at sea at the time, with the next scheduled port of call in St. Maarten on February 20th. According to the RCCL medical chart, Mr. Burgess denied losing consciousness and was seen by ship physician, Dr. Michiel Etsebeth, who noted a normal examination without complaint of headache or neurologic deficits. Additionally, Dr. Etsebeth described a "10cm laceration through full depth of scalp across occiput." Mr. Burgess received stitches for the wound and a tetanus injection before being discharged from the ship's medical center. Mr. Burgess' husband, Darren Henze, and traveling companions Joe & Susie Hiatt, and Jimmie & Ilene Landrum all testified that he remained in his usual state of health and did not demonstrate any unusual signs or symptoms over the course of the next two days following his discharge from the ship's medical center. The Gangway Activity Report indicates that Mr. Burgess debarked from the vessel to visit the St. Maarten area from 11:49 AM until his return to the vessel at 2:43 PM. His husband and traveling companions similarly testified that Mr. Burgess' visit in St. Maarten was without incident and appeared in his usual state of health. The Landrums also testified that they ate dinner with Mr. Burgess and Mr. Henze during the evening of February 20th, again he appeared to be in his usual state of health.

It is unknown what time Mr. Burgess awoke on the morning of February 21. The first report of symptoms came by way of a cell phone call from Mr. Burgess to his cousin, Susie Hiatt, during which he expressed concerns of symptoms of a stroke. According to Verizon cell phone records, Mr. Burgess placed the call at 8:59 AM (EST)/9:59 AM (AST). Mr. Burgess was reportedly alone in a private restaurant on the 18th Deck at the time he contacted Ms. Hiatt. His activities and overall health from the time he woke up until the time of the phone call to Ms. Hiatt are unknown. Mr. Burgess was found sitting alone in a booth in the restaurant by Mr. Hiatt at approximately 9:10 AM (EST)/10:10 AM (AST). Mr. Burgess reportedly advised Mr. Hiatt that he could not walk and "could not see good." Aside from recalling that he was "scared to death," Mr. Hiatt did not recall Mr. Burgess reporting any other, if any, symptoms. According to Mr. Hiatt, Mr. Burgess did apparently receive a phone call from Ms. Hiatt while waiting for assistance from an RCCL attendant. He was also purportedly able to engage in small talk with Mr. Henze when he arrived to the restaurant shortly thereafter.

An unidentified wheelchair attendant reported to the restaurant "within ten minutes" of Mr. Hiatt's request for assistance and delivered Mr. Burgess to the ship's medical center without incident by 9:25 AM (EST)/10:25 AM (AST). According to the triage note entered by Nurse Mary Bremner at 9:25 AM (EST)/10:25 AM (AST), Mr. Burgess reported an inability to move fingers on his right hand and an unstable gait. He was evaluated by ship physician, Dr. Joao Pereira, who noted in the chart by 9:55 AM (EST)/10:55 (AST): "patient says that this morning around 9:15 had sudden onset of weakness in right lower limb plus vision changes in right eye. Was asymptomatic when he woke up. No other complaints. Had fall with head trauma in occipital area, 3 days ago. No loss of consciousness, no amnesia, no neurological deficits at the time. Oriented, normal vitals, normal color, no obvious asymmetry in tonus, strength, or sensibility (tactile, proprioceptive, nociceptive). Blurriness in right eye. No pain anywhere. Normal ECG. For immediate neurological/neurosurgical evaluation (including CT-scan if you see fit). Referral done."

The RCCL medical chart indicates that Dr. Pereira reached a diagnosis of acute cerebrovascular insufficiency and completed a shoreside referral form by 9:56 AM (EST)/10:55 (AST). An email was also written directly to the port agent in San Juan, Puerto Rico (Continental Shipping) by the RCCL medical secretary at 9:59 AM (EST)/10:59 AM (AST) requesting ambulance service for Richard Burgess due to a possible stroke. In the meantime, Mr. Burgess remained in the RCCL medical center under continued observation until a shoreside referral could be completed.

Deposition testimony from the corporate representative for Continental Shipping, Mr. Daniel Threadgill, indicates that the boarding agent on the day in question was Ms. Jennifer Robles, who was at the port on the day in question at 6:30 AM (AST) in anticipation of the *Harmony's* scheduled 7:00 AM (AST) arrival. Mr. Threadgill testified that Continental received the *Harmony's* email requesting a medical transfer for a suspected stroke patient at 9:59 AM (EST)/10:59 (AST). Mr. Threadgill testified that the request from RCCL was clearly conveyed and that Continental was aware of the time sensitive medical urgency of the situation. In order to facilitate the transfer, the port agent first spoke to Dr. Pereira to obtain details and then contacted a "general line" to speak to a hospital facilitator at HIMA Hospital to secure approval to transfer Mr. Burgess to HIMA San Caguas-which was Continental's recommended shoreside care provider for his care needs and the highest rated stroke center in Puerto Rico. The HIMA hospital facilitator obtained information regarding Mr. Burgess and then contacted the appropriate care providers within HIMA San Caguas to confirm availability. Continental Shipping cannot order an ambulance or advance the shoreside referral process until receiving

confirmation from HIMA. According to Mr. Threadgill, Continental is entirely dependent upon the speed and efficiency of the HIMA hospital facilitator in securing the patient transfer appro

val, and this required confirmation was not secured until at least 11:21 AM (EST)/12:21 PM (AST), when the Sunny Ambulance service was dispatched to the Port of San Juan (a total of 1 hour and 22 minutes from the time the RCCL transfer request was received).

The Sunny Ambulance Run Report indicates that paramedics arrived to the Port at 11:40 AM (EST)/12:40 PM (AST). Mr. Burgess was medically debarked from the vessel by the Sunny Ambulance paramedics as 12:02 PM (EST)/1:02 PM (AST). The ambulance exited the Port at 12:08 PM (EST)/1:08 PM (AST) and arrived at HIMA San Caguas at 12:50 PM (EST)/1:50 PM (AST).

Case Opinions

I have served as a junior and senior ship physician on board cruise ships that have operated in and out of San Juan, Puerto Rico, and facilitated numerous medical evacuations and transfers from ship medical center to San Juan medical facilities. Further to this as my time as medical director for Carnival Cruise Line, I assisted multiple medical evacuations and ship diversions in and out of San Juan. While in port in any island, it is not a standard practice to utilize contact emergency services via phone by dialing 911 or the local equivalent. The on board medical centers are considered actual medical facilities and at times the most advanced local care at some ports of call. Appropriate medical care when a patient is admitted to any medical facility is to organize and facilitate a medical facility to medical facility transfer. In doing this we allow appropriate transfer and continuity of care in the safest way possible. In this we may also ensure to the best of our ability a transfer to the best possible facility for that condition, therefore not causing harm to the patient. This is more important in the scenario presented by the plaintiff due to the complexity of local infrastructure, and accessing and organizing these resources takes time.

1. Treatment on 2/18 by Dr Etsebeth was appropriate and at all times met with the standard of care. There would be no need for follow up care upon discharge from medical center on 2/18. Mr Burgess would not need to return to medical center for any follow up treatment, nor would any shoreside evaluations be necessary or diagnostic imaging studies be necessary. For example, head CT would not be appropriate as GCS was 15, no suspected open or depressed skull fracture, no sign of basilar skull fracture, > 2 episodes of vomiting, age > 65, retrograde amnesia to the event > 30 minus, no dangerous mechanism ( struck by motor vehicle or fall from >3 feet or > 5 stairs). Ultimately there was no need to send the patient shoreside for further work up or care as all appropriate care was rendered in the on board medical facility.
2. Treatment by Dr Pereira on 2/21 was appropriate and at all times was met with the standard of care. Dr Pereira timely developed the appropriate working diagnosis, assessment and plan along with referral to a shoreside hospital for follow up care. Dr Pereira immediately identified the symptoms consistent with stroke and acted accordingly by contacting local resources in order to begin

transfer of care to the best and most appropriate shoreside facility to treat the patient.

3. It is the standard of care in maritime medicine to defer/rely upon port agent to identify the best local site for care. Port agents are the best local asset for sourcing emergency transfer arrangements as multiple dynamic factors cannot be accounted for on a daily basis ( i.e ambulance availability, traffic, current accepting status of hospitals, etc. ) and therefore port agents are utilized as an important resource into organizing and selecting local capabilities.
4. HIMA Hospital was the appropriate destination for care being the highest rated, locally, accessible, active stroke center in the region. Had the plaintiff been transferred to another hospital, either a non-stroke center or a hospital that has not accepted the patient, further delay of care would have occured. In fact, regardless of the medical facility that Mr Burgess would have been sent to, he would have been ultimately been transferred to HIMA San Caguas as the highest rated stroke center in the region and the only stroke center with the capabilities to diagnose and treat his condition. In fact, in this instance the direct transfer to HIMA proved to be fortuitous, as he ultimately received life saving care from the most specialized and highly skilled and stroke physicians in Puerto Rico..

CONCLUSION:

Based upon my knowledge, training, and experience, along with my review of the records referenced herein, it is my opinion within a reasonable degree of medical probability that the ship's medical staff complied with the standard of care for shipboard medicine at all times during their treatment of the Plaintiff and neither the action nor inaction of the ship's medical staff caused or contributed to Plaintiff's damages. I reserve the right to modify and/or supplement my opinions as discovery continues and more information becomes available, or in response to Plaintiff's expert reports or cross examination questioning.

Yours sincerely,

Dr Nure Khoury

# Nure Bassam Khoury M.D.

357 Almeria Ave. Coral Gables FL. 33134 | (630) 313 0336 | NureKhouryMD@gmail.com

## Medical Director - Carnival Cruise Lines

A strategic and visionary medical executive, experienced in managing the operations of shipboard medical centers with the objective of leading a high performance team in providing quality and efficient medical care. An articulate and engaging communicator with refined presentation and negotiation skills; adept at developing effective strategies to secure organizational improvements while ensuring compliance with regulatory requirements. Instrumental in achieving significant cost reductions and quality improvement through focused leadership and expertise.

## Professional Experience

**Resident | Larkin Community Hospital | Miami, Florida** 2020 - Present Neurology PGY2 Performance of all duties pertaining to resident physician including assessment and treatment of patients. Diagnosis and treatment of patients in inpatient and outpatient settings with clinical rotations including, neurocritical care, neuroradiology, vascular neurology, movement disorders etc.

**Medical Director | Carnival Cruise Line | Miami, Florida** 2018 - 2020 Oversee all Medical Operations at Carnival Cruise Lines with multiple direct reports including clinical staffing, medical facilities and operations, crew and guest case management, clinical business and also compliance and safety. Responsible for the health of over 40000 crew members and 100000 guests. Provides leadership to more than 300 medical professionals including doctors and nurses spread over 27 ships. Provides strategic focus to shoreside team and also support for shipboard staff. Key achievements:

- Strategic implementation of new partnerships with other stakeholders in the industry
- Innovative approaches to mitigate medico-legal risk in the cruise industry
- Restructuring of recruitment process and shipboard medical manning to improve clinical services, contain costs and increase revenue
- Medical operation guidance and restructuring for fleet wide approach and management of maritime clinical scenarios

**Resident | Larkin Community Hospital | Miami, Florida** 2017 - 2018 Performance of all duties pertaining to PGY1 resident physician including assessment and treatment of patients. Diagnosis and treatment of patients in inpatient and outpatient settings with clinical rotations including, inpatient medicine, neurology and psychiatry.

**Crew Medical Manager | Carnival Cruise Lines | Miami, Florida** 2016 - 2017 Oversees and manages a

team of case managers who are responsible for all crew health onboard the ships and once repatriated back shoreside. Involved in providing best clinical practice care for crew and also cost containment. Gatekeeping for medical referrals and disembarks onboard the ships. Shared the responsibility of the medical operations emergency line.

**Senior Physician | Carnival Cruise Lines | Miami, Florida** 2015 - 2016 Leader of onboard medical team including nurses and doctors that treats all acute and non-acute injuries and illnesses of all guests and crew, totaling approximately 5,000 people. Manage all ICU and Critical Care patients, as well as provide primary care for crew, staff and officers totally 1,500 members. Manage and follow-up appointments for specialist consultation. Oversee all medical operations at sea, including logistics and organization of ship evacuations. Responsible for medical logistics of medical facilities and transfer capabilities in all foreign ports. Train all medical and non-medical personnel. Lecture on various topics to medical and non- medical staff.

**Emergency Physician | Global Medics | Ireland** 2013 -2015 Emergency physician for various hospital groups. Dealing with medical and surgical emergencies including polytrauma, cardiac events and pediatric emergencies.

**Emergency Physician | St. Luke's Hospital | Kilkenny, Ireland** 2012 - 2013 Emergency physician at St. Luke's Hospital, a busy emergency department.

**Education and Associations**

*Education*

**Doctor of Medicine | Semmelweis University, Faculty of Medicine | Hungary** 2011

*Professional Affiliations*

**American Academy of Neurology| USA** 2020 - Present

**American College of Occupational and Environmental Medicine | USA** 2017 - Present **Magyar Orvosi Kamarába (Hungarian Medical Chamber) | Hungary** 2011 - Present

# EXHIBIT B

# RODOLFO E. ALCEDO-GUARDIA, M.D.

Michael J Drahos, Esq.

Gray Robinson

515 Norgh Flagler Drive

Suite 1425

West Palm Beach, FL 33401

Re: Richard Burgess

Dear Mr. Drahos:

I am a board-certified neurosurgeon by the American Board of Neurological Surgery. I am a cerebrovascular and endovascular neurosurgeon subspecialist. I graduated from the Autonomous University of Guadalajara and completed neurosurgical residency at the University of Puerto Rico. I then completed a cerebrovascular and endovascular neurosurgery fellowship at the Brigham and Women's Hospital, at Harvard Medical School in Boston Massachusetts. I am an assistant professor of neurosurgery at the University of Puerto Rico. I practice cerebrovascular and endovascular neurosurgery at 2 private hospitals in Puerto Rico and at the University hospital in Puerto Rico. I work at HIMA San Pablo Caguas since September 2018 as a Cerebrovascular and Endovascular Neurosurgeon. I have published in peer reviewed journals and presented in national and international meetings in the subject of cerebrovascular disease and, stroke care and intervention.

I have reviewed the following materials regarding Richard Burgess

1. Royal Caribbean Cruise Line Medical Chart
2. Medical records from Fast Ambulance
3. Medical records from HIMA San Pablo Caguas
4. Imaging in the form HIMA San Pablo Caguas
5. Deposition from Continental services
6. Deposition of Puerto Rico Emergency Services

History of Present Illness:

Mr. Burgess was cruising in the Harmony of the Seas. At the time he was a 61-year-old male with a past medical history of HIV on HAART, and surgical history pertinent for prior brain surgery for unknown reasons at age 16. On the 2nd day of the cruise, he had a ground level fall and head injury with associated scalp laceration, he presented to the ship's medical center for this. There was no loss of consciousness. He was examined by Dr. Michael Estebeth at 11:32 AM. The neurological exam was documented as within normal limits by Dr. Estebeth. A 10cm laceration was documented and described as full thickness and he received stitches for wound closure. He was discharged from the ship's medical center.

Mr. Burgess returned to the ship's clinic on February 21, 2019, at 9:25 AM. Nurse Mary Bremner documented: "? CVA: inability to move fingers of right hand; unstable gait; to be seen by Dr. in the ICU." It was acknowledged he had a fall on February 18, 2019. He had a scalp laceration that was sutured. An electrocardiogram showed normal sinus rhythm. He was evaluated by Joao Pereira, MD at 9:55 AM who requested a neurology referral and noted that Mr. Burgess complained of "sudden onset of weakness in the right lower extremity, plus visual changes in the right eye. He said he was asymptomatic when he woke up. No other complaints. Had fall 3 days ago and was sutured. No loss of consciousness, no amnesia, no neurological deficits at the time." He also documented that Mr. Burgess had "no obvious asymmetry in muscle tone, strength or sensibility (tactile, proprioceptive, nociceptive. Blurriness in right eye. No pain anywhere. Normal ECG. Please evaluate (including CT-scan if you see fit) and treat accordingly." He diagnosed him with "acute cerebrovascular insufficiency." Mr. Burgess remained on board closely monitored in the ICU while he awaited disembarkation. Around 1 PM, Mr. Burgess was taken by ambulance to HIMA San Pablo Caguas.

Mr. Burgess arrived at HIMA San Pablo Caguas around 1:50 PM on February 21, 2019. Ulises Nobo, MD evaluated Mr. Burgess at 1:59 PM. Dr. Nobo documented a last known well time of 9:30 AM. He documented that Mr. Burgess "woke up today without any problems." He documents that "at 9:30 AM he developed visual loss over the right side and right-side weakness, worse in the leg. Denies new headaches, nausea or vomiting. He fell down to the floor 3 days ago (overdrunk) requiring stitches. Since then, he has been having no kind of neurological problems. Arrived here by 2 PM. Stat head CT shows already a fully developed L PCA stroke, with a L PCA hyperdense sign and a small, ipsilateral SAH, possible due to trauma. In view of the already expired time window AND CT findings, TPA was not administered." National Institutes of Health Stroke Scale (NIHSS) was 6: 2 points for visual loss, 2 points

for facial palsy, 1 point for right arm drift, and 1 point for right leg drift. His Glasgow Coma Scale (GCS) was 15/15. Dr. Nobo prescribed Aspirin.

A CTA was performed on February 21, 2019, which revealed a dominant right vertebral artery and focal narrowing of the cavernous left internal carotid artery, otherwise no large branch vessel occlusion, flow-limiting stenosis, or aneurysm. In addition, there was non-visualization of the left distal V4 segment of the left vertebral artery, which seemed to terminate as a normal posterior inferior cerebellar artery (PICA) and decreased caliber of the distal left posterior cerebral artery. On February 22, 2019, an addendum was added to the CTA report which stated that there was a filling defect of the proximal V1 segment of the right vertebral artery, likely due to an intraluminal blood clot. I agree with the radiological interpretation of the imaging and will add that the left vertebral artery ending in PICA is a normal anatomical variant, and that there was not only thrombus but a severe calcified plaque causing stenosis at the V1 segment of the right vertebral artery.

On February 22, 2019, around 3:30 AM, he developed new onset left sided weakness and difficulty with speech. He underwent brain MRI stroke protocol at 5:30AM which showed restricted diffusion in the left thalamus, left internal capsule, left occipital lobe and left hippocampal formation, left anterior superior cerebellar hemisphere, vermis and inferior cerebellar peduncle and occlusion of the left PCA infarcts. Repeat CT head performed on February 22, 2019, showed acute left PCA territory infarction involving the left occipital lobe and the posterior left temporal lobe. A CT angiogram and CT perfusion showed non-visualization of the distal vertebral or basilar arteries, decreased cerebral blood volume in the left PCA territory, abnormal mean transit time throughout the right cerebellum and brainstem suggesting at risk tissue. After reviewing the imaging, I agree with the reports. He was then transferred to the stroke unit; he declined in the neurological exam and was intubated to secure airway. His GCS was 9/15. At 10:30 AM on February 22, 2019, Mr. Burgess was in the angiography suite for mechanical and pump assisted thrombectomy attempt. Via right radial access, Dr. Juan M. Ramos Acevedo attempted to access the right vertebral artery, but he was unsuccessful at passing the calcified occluded segment in the V1 segment of the only vertebral artery Mr. Burgess had to reach past the occlusion site and perform the thrombectomy. After attempting from a femoral approach and from both vertebral arteries, Dr. Ramos Acevedo determined that there was no viable access to the basilar artery, and he terminated the procedure at 2 PM on February 22, 2019. The report established the diagnosis of basilar artery occlusion/stroke, right vertebral artery occlusion at early V1 segment, and left vertebral artery hypoplasia.

Post-procedure, Mr. Burgess was admitted to the intensive care unit (ICU). Neurologic examination done by Dr. Nobo on February 22, 2019, at 3:15 PM revealed that Mr. Burgess was intubated, comatose, with sluggishly reactive pupil, absent corneal reflexes, absent gag reflex, with no motor response to pain. Mr. Burgess was started on anticoagulation given the basilar artery clot. His course was complicated by gastrointestinal bleeding requiring discontinuation of the anticoagulation. He remained in aspirin without issues. His last exam at HIMA San Pablo was intubated, following commands with his eyes, such as opening and closing them when asked. His pupils were reactive, he had mild left facial weakness, with minimal withdraw to pain on the right greater than the left lower extremities. A tracheostomy was placed during his hospitalization.

Mr. Burgess was flown from HIMA San Pablo, Puerto Rico to York hospital in Pennsylvania on February 25, 2019. There he received further treatment until transferred to a rehabilitation facility.

My opinions:

1. **Head trauma and visit to the ship's clinic:** Mr. Burgess had a head trauma with a scalp laceration that needed sutures. He was intoxicated with alcohol. This is a common mechanism on which anyone can sustain a traumatic subarachnoid hemorrhage. This was the initial impression in the ED at HIMA San Pablo Caguas, although in retrospect the radiologist re considered his initial assessment on the imaging, the decision to not give tPA was in favor of Mr. Burgess, not only for this but also for the different ischemic changes of different ages that were described by the radiologists and were picked up by Dr. Nobo.
2. **The idiosyncrasies of stroke care in Puerto Rico:** Mr. Burgess was transported directly to the only medical center in the island that managed strokes at that time. This was the best possible course of action that could have been taken. This saved Mr. Burgess life. Mr. Burgess waited a very reasonable amount of time at port to be transported to HIMA San Pablo Caguas. To give perspective, to transport patients from ED to the stroke center for subspecialty care, takes sometimes 3-4 hours in distances that are less than 1 mile travel. This is because of the lack of sufficient ambulances in the Island and not enough paramedics. It is relevant to mention that there is current legislation being discussed in the Island, which would make it a law to bypass the nearest medical center in cases of stroke, to

get the patients quickly to the correct medical facility and to provide the best care for the best possible outcome. So, it is fair to say, that the logistics of getting Mr. Burgess directly to HIMA San Pablo Caguas, was precise and flawless, given the previous mentioned facts about stroke care in Puerto Rico. Based upon my personal experience, the amount of time that was taken to complete the patients transfer was exemplary, well above the norm, and exceeded typical care standards in Puerto Rico.

3. **Mr. Burgess had clear contraindications for receiving tPA:** Mr. Burgess initial evaluation by Dr. Nobo showed a low NIHSS of 6, also an established stroke and a suspected traumatic subarachnoid hemorrhage from a head injury that caused a 10cm laceration that required stitches. Intracranial hemorrhage is an absolute contraindication to administer tPA. The history and the head CT findings would have made tPA contraindicated regardless of the applicable time window. Dr. Nobo made the decision in the best interest of Mr. Burgess, to avoid a catastrophic outcome. I would have agreed with Dr Nobo's decision if the case had been presented to me during the ictus of the patient.
4. **Mr. Burgess wouldn't have received tPA at another medical center:** There was and there is no stroke protocol established for the Island of Puerto Rico. There are very few neurologists in the Puerto Rico, and the only 2 stroke vascular subspecialized neurologists were employed by HIMA Caguas at the time of the case. HIMA San Pablo Caguas was the only stroke center with stroke neurology on call 24/7 at that time. It was the most fully equipped and capable facility to handle Mr. Burgess' care. The ED's at every other hospital in the Island of Puerto Rico were not administering tPA at the time. Regardless of the time of presentation at any other hospital facility in Puerto Rico Mr. Burgess would not have received tPA on February 21, 2019.
5. **Mr. Burgess received the best available stroke care at the time of his deterioration on February 22, 2019, at HIMA San Pablo Caguas:** After the initial stroke, Mr. Burgess had NIHSS of 6 and a vertebral occlusion that was triggered by a chronically calcified stenotic plaque at the V1 segment, at the ostium of the vertebral artery origin. There was no initial indication for mechanical thrombectomy. Mr. Burgess deteriorated and was found to have a basilar occlusion with advanced vascular imaging demonstrating at risk territory in the cerebellum and brainstem. For this reason, and decreased level of consciousness, increased NIHSS, the need for intubation to secure the airway, the decision was made in a timely fashion to take Mr. Burgess to the Angio suite and attempt a mechanical thrombectomy.

This was done by Dr. Ramos, who is a skilled and experienced endovascular neurosurgeon. He was technically unsuccessful but went above and beyond attempting via 2 different access points, and also through the anterior and posterior cerebral circulation to perform the thrombectomy. After several hours and attempts, he stopped, and Mr. Burgess was transferred to the ICU for further management.

6. Mr. Burgess' outcome is directly associated by his underlying medical conditions, and the unfortunate clinical scenario that played out during his cruise time with Royal Caribbean. The actions taken by Royal Caribbean, took Mr. Burgess to the only medical facility capable of managing the case at the time of the event. This was done in a timely and precise way. The medical care given was the gold standard, and the interventions were indicated and executed in very high standard. Mr. Burgess' outcome is unfortunate but could not have been different despite the best efforts from the Cruise line or the medical providers involved in his care.

**Conclusion:**

Based on my knowledge, training, and experience, along with my review of the medical records referenced herein, and the knowledge of the intricacies of stroke care in the Island of Puerto Rico, it is my opinion within a reasonable degree of medical probability that neither the action nor inaction of the ship's medical staff, the port agent, or the healthcare providers at HIMA was going to change Mr. Burgess's outcome.

In summary:

1. tPA was contraindicated regardless of the time window
2. Mr. Burgess was taken in a timely fashion to the only medical center in the island capable of managing the case at the time
3. Transporting Mr. Burgess to a different facility prior to transferring him to HIMA San Pablo Caguas would have been worse for his outcome.
4. Mr. Burgess was not a candidate for mechanical thrombectomy initially.
5. Mr. Burgess received timely intervention at the time of his neurological deterioration on February 22, 2019, at HIMA San Pablo Caguas.
6. Mr. Burgess' outcome is not attributable to any decision, action or inaction of Royal Caribbean, the port agents or the providers involved in his care.

All of my opinions are to a reasonable degree of medical certainty and based upon my review of the materials as well as my experience, training and knowledge. I reserve the right to modify and/or supplement my opinions as discovery continues and more information becomes available, or in response to Plaintiffs expert reports or cross examination questioning.

Sincerely,

Rodolfo E. Alcedo Guardia, MD

**Date Prepared:** **January 26, 2022**

**Name:** **Rodolfo E. Alcedo Guardia, MD**

**Office Address:** **Carretera 172, Caguas PR 00726**

**Mailing Address:** **PO Box 16256**
**San Juan PR, 00908-6256**

**Home Address:** **54 Kings Court Apt**
**11B San Juan PR, 00911**

**Work Phone:** **(787) 653-0550**

**Email:** rodolfoalcedo@gmail.com

**Cell Phone:** (787) 361-1325

**Place of Birth:** Panama, Republic of Panama

**Education:**

| | | | |
|---|---|---|---|
| 1991-1997 | BS | | Colegio La Salle Panama, Republic of Panama |
| 2002 | | William Harrington Training Program for Latin American Students | University of Miami, School of Medicine |
| 1998-2004 | MD (Honor Mention) | | Universidad Autonoma de Guadalajara, Guadalajara, Jalisco, Mexico |

**Postgraduate Training:**

| | | | |
|---|---|---|---|
| 2006-2009 | International Resident | Neurological Surgery | University of Puerto Rico |
| 2009-2016 | Resident | Neurological Surgery | University of Puerto Rico |
| 04/2011-07/2011 | Resident/Fellow | Functional and Stereotactic Neurosurgery | University of California at Los Angeles |
| 01/2013-04/2013 | Resident/Fellow | Functional and Stereotactic Neurosurgery | University of South Florida, Tampa FL |
| 2016-2018 | Fellow | Cerebrovascular/Endovascular Neurosurgery | Harvard University, Faculty of Medicine Brigham & Women's Hospital, Boston Children's Hospital, Dana Farber Cancer Institute |

**Appointments at Hospitals/Affiliated Institutions:**

| | | | |
|---|---|---|---|
| 2004-2006 | Intern | Rotatory Internship | Complejo Hospitalario Metropolitano Dr Arnulfo Arias Madrid, Panama, Republic of Panama |
| 2006-2016 | Resident | Neurosurgery | University of Puerto Rico, Medical Sciences Campus Hospitals and Clinics |
| 2016-2018 | Fellow | Cerebrovascular/Endovascular Neurosurgery | Brigham & Women's Hospital |
| 2016-2018 | Fellow | Cerebrovascular/Endovascular Neurosurgery | Boston Children's Hospital |
| 09/2018-Present | Neurosurgeon | Neurosurgery department | HIMA-Caguas Puerto Rico |
| 07/2019-12/2021 | Neurosurgeon | Cerebrovascular and Endovascular | Brigham & Women's Hospital, Boston |
| 07/2019-Present | Professor (Ad Honorem) | Neurosurgeon | University of Panama |
| 08/2021-Present | Neurosurgeon | Head of Neurosurgery | Menonite Hospital Caguas |
| 08/2021-Present | Assistant Professor | Neurosurgeon | University of Puerto Rico |

**Professional Societies:**

| | | |
|---|---|---|
| 2009-Present | Congress of Neurological Surgeons | Member |
| 2009-Present | American Association of Neurological Surgeons | Member |
| 2006-Present | Caribbean Association of Neurosurgeons | Member |
| 2009-2016 | Southern Neurosurgical Society | Member |
| 2016-Present | New England Neurosurgical Society | Member |

**Honors and Prizes:**

| | | |
|---|---|---|
| 1998 | Best Medical Student Award | Universidad Autonoma de Guadalajara |
| 1999 | Best Medical Student Award | Universidad Autonoma de Guadalajara |
| 2000 | Best Medical Student Award | Universidad Autonoma de Guadalajara |
| 2014 | Basic Science Award | Southern Neurosurgical Society |

## Report of Funded and Unfunded Projects

**Funding Information:**

| | |
|---|---|
| 2011-2014 | Puerto Rico Clinical and Translational Research Consortium (PRCTRC) NCRR (U54 RR 026139-01A1) and NIMHD (8U54 MD 007587-03). PEVM Investigator under Pablo E Vivas Mejias<br>Micro RNA profile of Astrocytomas on a captive Latinamerican population |
| 2012-2016 | Research Centers in Minority Institutions (RCMI) NCRR (2G12-RR003051) and NIMHD (8G12-MD007600). PEVM Investigator under Pablo E Vivas Mejias<br>Micro RNA profile of Astrocytomas on a captive Latinamerican population |

**Poster Presentations:**

| | | |
|---|---|---|
| 2012 | Stereotactic Radiation Toxicity to the Spinal Cord: A Dose Volume Histogram Analysis | AANS Meeting, Miami FL |
| 2012 | Balloon Test Occlusion and Hypotensive Challenge as a Safe and Effective Technique | AANS/CNS Cerebrovascular section annual meeting, New Orleans, Louisiana |
| 2012 | Balloon Test Occlusion and Hypotensive Challenge as a Safe and Effective Technique | 32nd Annual Research and Education Forum Medical Sciences Campus University of Puerto Rico |
| 2013 | Micro RNA Expression Profile in Astrocytomas According to their Malignant Potential | AANS Annual Scientific Meeting, New Orleans, LA |
| 2014 | Expression of Dysregulated MicroRNAs in Tumor and Plasma of Astrocytoma Patients | CNS Annual Meeting, Boston, MA |

**Oral Presentations**

| | | |
|---|---|---|
| 2014 | Micro RNA Expression Profile in astrocytomas According to their Malignant Potential | 65th Southern Neurosurgical Society Annual Meeting, San Juan, PR |
| 2015 | Dysregulated Micro RNA Profiles in Tumor, Plasma and Saliva of Astrocytoma Patients, It's Clinical Significance and Future Applications | CNS annual meeting, New Orleans, LA |
| 2016 | Hemorrhagic Stroke for Neurosurgeons: New Aneurysm Treatment- Coils, Stents, Flow Diverters | CNS annual meeting, San Diego, CA |
| 2016 | Hemorrhagic Stroke for Neurosurgeons: Flow Diverters and Intrasaccular Devices | CNS annual meeting, San Diego, CA |
| 2017 | Parent Vessel Sacrifice Using Liquid Embolics as a Single Agent: Safety and Efficacy | NENS, Cape Cod, MA |
| 2017 | Complications of Stroke Intervention Using Stent-trevers | CNS annual meeting, Boston, MA |
| 2018 | The Role of Endovascular Neurosurgery in the Treatment of Brain Tumors | FLASCO meeting, San Juan, PR |

| | | |
|---|---|---|
| 2020 | Surgical Treatment of Ischemic Stroke | Menonite Hospital medical congress, Caguas, PR |
| 2021 | Surgical Management of Carotid artery disease | Puerto Rico Society of Vascular and Endovascular Surgeons, San Juan, PR |

**International Oral Presentations**

| | | |
|---|---|---|
| 2012 | Stereotactic Radiosurgery Applications to the Spinal Cord. | Caribbean Neurosurgical Society Meeting, Panama, Republic of Panama |
| 2017 | Evolution of Endovascular Management of Aneurysms and AVMs | Heart and Brain Meeting, Sao Paulo, Brazil |
| 2017 | Acute Stroke Intervention | Heart and Brain Meeting, Sao Paulo, Brazil |
| 2017 | Endovascular Management of AVMs | WFNS meeting, Istanbul, Turkey |
| 2017 | Endovascular Innovation in Treatment of Aneurysm Repair | WFNS meeting, Istanbul, Turkey |
| 2019 | Roll of The Neurosurgeon in Stroke Care | Central American Congress of Neurological Surgeons, Panama, Panama |

## Report of Clinical Activities and Innovations

**Current Licensure and Certification:**

| | |
|---|---|
| 2002 | United States Medical Licensing Examination Step 1 |
| 2004 | United States Medical Licensing Examination Step 2 |
| 2006 | United States Medical Licensing Examination Step 3 |
| 2006 | Commonwealth of Puerto Rico Medical License (Active) |
| 2013 | Florida Medical License (Inactive) |
| 2014 | American Board of Neurological Surgeons written exam |
| 2016 | Massachusetts Medical License (Inactive) |
| 2021 | American Board of Neurological Surgeons oral exam Board Certified |

## Media/Social Media

Instagram: @brainandspinespecialist

Twitter: @rodolfoalcedo

Gettr: @AlcedoGuardiaMD

Linked In: Rodolfo Alcedo Guardia

https://www.telemetro.com/reportajes/nacionales/mentes-brillantes-rodolfo-alcedo-guardia-neurocirujano-n5635629

https://youtu.be/f8OMwav07rE

https://elnuevodia.com/oticias/locales/videos/neurocirujano-de-harvard-colabora-en-novedosa-operacion-en-el-hima-san-pablo-de-caguas-259592/

https://medicinaysaludpublica.com/noticias/general/aneurisma-como-identificar-un-padecimiento-silencioso-y-mortal/7647

## Report of Scholarship

**Peer-Reviewed Scholarship in print or other media:**

Calvachi, P MD, MSca; Lak, AM MD; Devi, Sad; Chawala, SAD; Yu, KH MD, PhD; Chen, K MD; **Alcedo-Guardia R, MD;** Smith TR MD; King, F MS; Arnaout, o MD; Gormley WB MD, MPH, MBA Stroke detection and subtype classification using Convolutional Neural Networks (CNNs) BWH/Harvard CNOC Symposium

Michael A Silva, **Rodolfo E Alcedo-Guardia,** Mohammad Ali Aziz-Sultan, Nirav J Patel Thrombectomy for late occlusion of high flow extracranial-intracranial saphenous vein bypass graft after 27 years of patency Journal of Neurointerventional Surgery http://dx.doi.org/10.1136/neurintsurg-2017-013670.rep

***R. Alcedo-Guardia,*** E. Labat, D. Blas-Boria, P.E. Vivas-Mejia Diagnosis and New Treatment Modalities for Glioblastoma: Do They Improve Patient Survival? Current Molecular Medicine 2016 Vol 16 Issue 5 Pages 447-464

Faanor Manuel Saavedra, ***Rodolfo E. Alcedo-Guardia*** Spine Fusion: Anatomy and Biomechanics of Bone-Bone Interface Spine Surgery Technique, Complication Avoidance & Management 3rd edition Vol1 Page 155

# EXHIBIT C

# ALEXANDER MERKLER, M.D.

Weill Cornell Medical College

NewYork-Presbyterian Hospital
Weill Cornell Medical Center

**Alexander E. Merkler, MD, MS**
Assistant Professor of Neurology

Department of Neurology
Weill Cornell Medicine
525 East 68th Street, F610
New York, NY 10065

Phone: 212-746-0382
Email: alm9097@med.cornell.edu

Michael J. Drahos, Esq.
Gray Robinson
515 North Flagler Drive
Suite 1425
West Palm Beach, FL 33401

Re: Richard Burgess

Dear Mr. Drahos:

I am a board certified neurologist and I am certified in the subspecialty of neurocritical care by the United Council for Neurological Subspecialties. I graduated from Brown University and then received my MD from NYU School of Medicine. I completed a neurology residency at New York Presbyterian Hospital/Weill Cornell Medical College where I served as Chief Resident. I then completed a Neurocritical Care Fellowship at Cornell/Columbia University and received a Master's Degree in Clinical and Translational Investigation from Cornell University. I currently serve as an attending neurologist at New York Presbyterian Hospital/Weill Cornell Medical College, where I routinely take care of patients with stroke. I am also an Assistant Professor of Neurology and Neuroscience at Weill Cornell Medical College and the Brain and Mind Research Institute. I have authored more than 100 publications in peer reviewed medical journals on stroke. I also serve as a peer reviewer for several medical journals including *JAMA, Neurology, Stroke, Journal of the American College of Cardiology, Circulation, Neurocritical Care* and *Hypertension.* I have given multiple invited lectures on stroke at the International Stroke Conference, the American Academy of Neurology, and at other courses around the world. Finally, I routinely give lectures to residents, medical students, and nurses at Weill Cornell Medical College on the management and treatment of stroke. Please see my CV for additional details.

I have reviewed the following materials regarding Richard Burgess

1. Second Amended Complaint
2. Medical records from Harmony of the Seas
3. Run report from Sunny Ambulance
4. Medical records form Express Air Medical Transport
5. Medical records from HIMA San Pablo Caguas
6. Medical records from Giant Pharmacy
7. Medical records from Magee Rehab
8. Medical records from TridentCare Imaging

9. Medical records from Select Specialty Hospital and Regency Hospital
10. Medical records from Wellspan VNA Home Care
11. Medical records from York Hospital
12. Medical records from York ENT Associates
13. Medical records from Fast Ambulance
14. Neuroimaging studies from HIMA San Pablo
15. Brain MRI and carotid ultrasound from December, 2018

***History of Present Illness:***

On February 17, 2019, Mr. Burgess boarded the Harmony of the Seas. At the time he was a 61-year-old man with a past medical history significant for HIV and prior brain surgery for unknown reasons at the age 16.

On February 18, 2019 at 11:00AM, he presented to the ship's medical center after he had a mechanical fall and hit his head. There was no loss of consciousness. He was examined by Dr. Michiel Etsebeth at 11:32AM on February 18, 2019. On neurological examination, Dr. Etsebeth documented "higher cortical function: normal. Inspection. Normal. Additional Note: No headache or any neurological deficit." Dr. Etsebeth also documented that Mr. Burgess had a "10cm long laceration through the full depth of scalp across occiput." He received sutures for the wound, a tetanus injection, and was discharged from the clinic. The diagnosis was "open wound of other parts of head."

Mr. Burgess returned to the ship's clinic on February 21, 2019 at 9:25AM. Nurse Mary Bremner documented "? CVA: inability to move fingers of right hand; unstable gait: to be seen by Dr. in ICU." It was noted that he had a fall on February 18, 2019 and had sustained a laceration to the back of his head which was sutured. An electrocardiogram showed normal sinus rhythm. He was evaluated by Joao Pereira, MD who requested a neurology referral and noted in a 9:55AM chart entry that Mr. Burgess reported "sudden onset of weakness in right lower limb, plus vision changes in right eye. Was asymptomatic when he woke up. No other complaints. Had fall with head trauma in occipital area, 3 days ago. No loss of consciousness, no amnesia, no neurological deficits at the time." He also documented that Mr. Burgess had "no obvious asymmetry in tonus, strength or sensibility (tactile, proprioceptive, nociceptive. Blurriness in right eye. No pain anywhere. Normal ECG. Please evaluate (including CT-scan if you see fit) and treat accordingly." His diagnosis was "acute cerebrovascular insufficiency." Mr. Burgess remained on board closely monitored in the ICU while he awaited disembarkation. Around 11:40AM, Mr. Burgess was taken by ambulance to HIMA San Pablo Caguas.

Mr. Burgess arrived at the HIMA San Caguas hospital in Puerto Rico around 1:50PM (AST) on February 21, 2019. Initial vital signs were afebrile, blood pressure 157/104, heartrate 78 beats per minute. Fingerstick glucose was normal at 97. Ulises Nobo, MD evaluated Mr. Burgess. Dr. Nobo documented a last known well time of 930AM. Dr. Nobo documented that Mr. Burgess "woke up today without any problems…developed visual loss over the right side and right side weakness, worse in the leg." He noted that "he fell down to the floor 3 days ago (overdrunk) requiring stiches. Since then, he has been having no kind of neurological problems." On exam, he was alert and oriented. He had right facial weakness and right visual field deficit. He had right arm weakness with strength of 4/5 as well as right leg weakness with strength of 4/5. The left side was full strength. There were no abnormal movements, no ataxia, and no sensory deficits. At 2:00PM, Mr. Burgess' National Institutes of Health Stroke Scale (NIHSS) was 6: 2 points for visual loss, 2 points for facial palsy, 1 point for right arm drift, and 1 point for right leg drift. His Glasgow Coma Scale (GCS) was normal at 15/15. A CT of the head was performed on February 21, 2019 at 2:14PM. The CT was officially read by Maria Muns, MD as "no detectable acute territorial infarcts. No evidence of acute intracranial hemorrhage. Postsurgical changes in the left posterior parietal lobe with underlying postsurgical encephalomalacia. If patient has an acute

neurological deficit, consider further assessment with Brain MRI if no contraindications exist." Dr. Nobo's assessment was that Mr. Burgess had a "full developed L PCA stroke, with a L PCA hyperdense sign and a small, ipsilateral SAH, possible due to trauma." tPA was not administered and Aspirin was prescribed.

A CTA was performed on February 21, 2019 which revealed a dominant right vertebral artery and focal narrowing of the cavernous left intracranial artery, otherwise no large branch vessel occlusion, flow-limiting stenosis, or aneurysm. In addition, there was non-visualization of the left distal V4 segment of the left vertebral artery, which seemed to terminate as a normal posterior inferior cerebellar artery (PICA) and decreased caliber of the distal left posterior cerebral artery. On 2/22/19, an addendum was added to the CTA report which stated that there was a filling defect of the proximal V1 segment of the right vertebral artery, likely due to an intraluminal blood clot. On my review of the imaging, there was evidence of hypodensity in the left posterior artery territory as well as a chronic area of hypodensity in the posterior parietal lobe. I agree there is a proximal right vertebral artery occlusion associated with stenosis and calcification and a left P2 occlusion.

On February 22, 2019 around 3:30AM, he developed new left sided weakness and difficulty with speech. He underwent a brain MRI without contrast at 5:30AM which showed restricted diffusion in the left thalamus, left internal capsule, left occipital lobe and left hippocampal formation, left anterior superior cerebellar hemisphere, vermis, and inferior cerebellar peduncle and occlusion of the left PCA. Repeat CT head performed on February 22, 2019 showed acute left PCA territory infarction involving the left occipital lobe and the posterior left temporal lobe. A CT angiogram and CT perfusion showed non-visualization of the distal vertebral or basilar arteries, decreased cerebral blood volume in the left PCA territory, abnormal mean transit time throughout the right cerebellum and brainstem suggesting at risk tissue. Upon my review of the imaging, I agree with this report. He was transferred to the stroke unit, but due to worsening neurologic examination and a GCS of 9, Mr. Burgess was intubated around 9:30AM.

At 10:30AM on February 22, 2019, Mr. Burgess was in the angiography suite for thrombectomy. Via right radial access, Dr. Juan M. Ramos Acevedo attempted to access the right vertebral artery but failed to advance past the early V1 segment. The left vertebral artery was catheterized which showed a non-occluded but significantly hypoplastic left vertebral artery precluding access to the basilar artery. This also confirmed basilar artery occlusion. He then accessed the right femoral artery, but despite multiple attempts was unable to advance past the first centimeter of the right vertebral artery. Once it was established that neither vertebral arteries offered access to the basilar artery, the procedure was terminated around 2PM on February 22, 2019. Diagnoses included basilar artery stroke/occlusion, right vertebral artery occlusion at early V1 segment at take-off from right subclavian artery, and left vertebral artery hypoplasia.

Post-procedure, Mr. Burgess was admitted to the intensive care unit (ICU). Neurologic examination performed by Dr. Nobo on February 22, 2019 at 3:15PM revealed that Mr. Burgess was intubated, comatose, with sluggishly reactive pupil, absent corneal reflexes, absent gag reflex, with no motor response to pain. Mr. Burgess was started on anticoagulation given the basilar artery clot. His course was complicated by gastrointestinal bleeding requiring discontinuation of anticoagulation on February 24, 2019. He continued on aspirin which he tolerated without any issues. On examination February 24, 2019 Mr. Burgess remained intubated but was able to follow commands with his eyes such as opening and closing them when asked. His pupils were reactive, he had mild left facial weakness, with minimal withdraw to pain on the right greater than left lower extremities. A tracheostomy was placed.

On February 25, 2019 Mr. Burgess was flown from HIMA San Pablo hospital in Puerto Rico to York hospital in Pennsylvania. There, Mr. Burgess was treated for tracheobronchitis and a pneumonia. A percutaneous feeding tube was placed. On March 5, 2019 Mr. Burgess was transferred to Select Specialty Hospital for

ongoing care. He still required ventilatory support. While at Select Specialty Hospital, Mr. Burgess was weaned off the ventilator and tolerated capping of his tracheostomy without requiring supplemental oxygen.

Mr. Burgess was transferred to Magee on May 29, 2019 for ongoing stroke rehabilitation. He underwent physical, occupational, and speech therapies. On July 19, 2019 Mr. Burgess was discharged from Magee rehabilitation. His examination at that time showed that he was able to follow simple commands, he was weak in all four extremities with some very limited movement that was nonfunctional. He had limited head movement, but he was able to nod yes/no to questions. He was discharged home with home health care services.

**Summary**

1. **The initial head trauma on February 18, 2019 was unrelated to the stroke on February 21, 2019.** Mr. Burgess had a mechanical fall while under the influence on alcohol on February 18, 2019. There was no loss of consciousness and no focal neurologic deficit on examination after the fall. Mr. Burgess was later found to have a clot in his vertebral artery, which ultimately led to basilar artery occlusion and significant neurological decline. There was no evidence of a dissection. Furthermore, vertebral dissections occur in either the V2 or V3 segments (where there can be rotational injury against the bones) and not in the V1 segment, which is where the thrombus was found. V1 thrombi are typically the result of long-standing atherosclerosis. Given the absence of evidence of dissection (a tear in the artery which may be due to trauma), the head trauma on February 18, 2019 did not lead to the thrombus formation and consequence did not lead to the stroke. Instead, his thrombus was the result of long-standing atherosclerosis. In sum, the head strike on February 18, 2019 was neither causally related to the development of the left vertebral thrombus nor the stroke.

2. **There was no indication for head imaging following Mr. Burgess' fall on February 18, 2019 and had it been performed, it would not have changed his outcome.** There was no indication to perform head imaging such as a CT or MRI scan following Mr. Burgess' presentation after his fall on February 18, 2019. The guidelines for head imaging following mild traumatic brain injury in adults recommend a CT head for patients who have loss of consciousness, posttraumatic amnesia, vomiting, severe headache, deficits in short-term memory, posttraumatic seizures, GCS<15, or focal neurologic deficits. Mr. Burgess did not exhibit any of these symptoms; therefore, there was no indication to have obtained head imaging following the fall on February 18, 2019. Had a CT of the head been performed, it would have been normal as Mr. Burgess did not exhibit symptoms of stroke until February 21, 2019. There was absolutely no indication to perform vessel imaging following his head trauma.

3. **Mr. Burgess had contraindications to receive intravenous tPA upon evaluation at HIMA San Pablo Hospital.** Mr. Burgess' initial CT head was interpreted by Dr. Nobo as showing a left PCA stroke and an ipsilateral subarachnoid hemorrhage (SAH). Intracranial hemorrhage on CT is an absolute contraindication to administer IV tPA as there is a high risk for expansion of the hemorrhage and thus catastrophic outcome. Given the concern for subarachnoid blood, especially with the history of recent head trauma, this would have made tPA contraindicated regardless of the applicable time window for intravenous tPA. While Dr. Mins interpreted the CT as not being consistent with subarachnoid hemorrhage, Dr. Nobo was the treating physician and was responsible for making a life-or-death judgment call as to whether to give IV tPA in light of the recent head trauma and, for all practical purposes, what he considered to be subarachnoid hemorrhage. When evaluating patients with acute stroke who are within the window for tPA, neurologists are required to make quick decisions in real-time with the information available to them in that moment. As part of their training, Neurologists are taught how to interpret CT scans as in an acute stroke and often cannot rely on waiting for radiologists

to interpret images. Giving tPA to a patient with intracranial hemorrhage is a violation of the standard of care as it may lead to catastrophic outcomes.

4. **Intravenous tPA would not have improved Mr. Burgess' neurologic outcome.** First, at the time of the initial head CT at HIMA San Caguas on February 21, 2019 at 2:14PM, Mr. Burgess already had evidence of permanent brain injury. The CT of his head demonstrated hypodensity in the region of his left posterior cerebral artery territory – a sign that he already had permanent and irreversible brain injury. tPA is only effective in patients who have brain to save. The radiography indicates that Mr. Burgess already had infarction of his left posterior cerebral artery and thus delivery of tPA was not going to benefit Mr. Burgess and would only have placed him at increased risk of a complication – namely bleeding. The risk of intracranial hemorrhage is higher when patients already have evidence of hypodensity on CT. Second, Mr. Burgess' strokes were the result of underlying atherosclerotic disease. The initial stroke in the left posterior cerebral artery territory was the result of a posterior cerebral artery occlusion, which was likely the result of clot breaking off from his proximal right vertebral artery occlusion/stenosis. The proximal vertebral artery is a common location of atherosclerotic deposition. tPA does not work well on proximal, large vessel occlusions as these are difficult to medically break down. Furthermore, in Mr. Burgess' case, even mechanically trying to dislodge the clot proved impossible. When Dr. Ramos tried to recanalize the clot, he was unsuccessful despite many attempts. This was likely the result of the clot being both large and calcified, which made it difficult for him to advance the wire. Given the location, size, and lack of ability to mechanically catheterize the vertebral artery, tPA would not have been successful at breaking up the vertebral artery clot since mechanical thrombectomy is better than tPA at removing large proximal vessel occlusions. Thus, even if Mr. Burgess received IV tPA despite the concern for possible subarachnoid hemorrhage on CT and presence of left posterior cerebral hypodensity, the vertebral artery clot would not have been broken up and his outcome would not have been improved. This is because the next day he developed a basilar artery occlusion which caused significant neurological deterioration. The basilar artery occlusion was also the result of the clot breaking off from his right vertebral artery occlusion. tPA therefore would not have prevented the basilar artery occlusion from occurring. It should also be noted that when Mr. Burgess deteriorated on February 22, 2019, he was still not a candidate for tPA as he was well beyond the 4.5 hour window to receive tPA and had already had a recent (the day prior) stroke.

5. **Mr. Burgess was not a candidate for thrombectomy at his initial evaluation on February 21, 2019 based on the location of the occlusions.** As mentioned above, Mr. Burgess' stroke on February 21, 2019 was due to a proximal right vertebral artery occlusion. V1 vertebral artery occlusions are not indications for thrombectomy. Furthermore, when Mr. Burgess developed a basilar artery occlusion and was taken for thrombectomy on February 22, 2019, Dr. Ramos was unable to pass the clot despite several attempts. This was likely due to the calcified, hard nature of the clot. Regardless, had thrombectomy been attempted on February 21, 2019, it would similarly have been unsuccessful. Notable, there are no guidelines which recommend thrombectomy of vertebral artery occlusions.

6. **Mr. Burgess received timely intervention at the time of his deterioration on February 22, 2019 at HIMA San Pablo Hospital.** After the stroke on February 21, 2019, Mr. Burgess was admitted to HIMA San Pablo Hospital for close monitoring. He was given aspirin for secondary prevention. He was not a candidate for tPA or mechanical thrombectomy as mentioned above. While the initial interpretation of the CTA performed on February 21, 2019 did not mention a V1 vertebral occlusion, had this been noted, it would not have change management (see discussion above). Despite following the standards of acute stroke care, Mr. Burgess had a worsening of his neurologic exam on February 22, 2019 which was immediately noticed by his husband. He further decompensated later that morning requiring intubation. Imaging including a repeat CTA showed a new basilar artery occlusion. He was immediately taken for

thrombectomy. Despite multiple attempts through two different access points, Dr. Ramos was unable to successfully remove the clot due to the inability to pass a catheter through the clot. Unfortunately, when recanalization is unsuccessful, basilar artery occlusions are associated with high rates of morbidity and mortality.

7. **Mr. Burgess' outcome is not attributable to any action or lack of action of Royal Caribbean. His outcome was the result of his underlying medical problems and no action by Royal Caribbean or subsequent providers would have changes his overall outcome.**

**Conclusion**

Based on my knowledge, training, and experience, along with my review of the medical records referenced herein, it is my opinion within a reasonable degree of medical probability that neither the action nor inaction of the ship's medical staff was going to change Mr. Burgess' neurological outcome.

Below is a summary of my opinions:

1. **The initial head trauma on February 18, 2019 was unrelated to the stroke on February 21, 2019.**

2. **There was no indication for head imaging following Mr. Burgess' fall on February 18, 2019 and had it been performed, it would not have changed his clinical management or eventual outcome.**

3. **Mr. Burgess had contraindications to receive intravenous tPA upon evaluation at HIMA San Pablo Hospital.**

4. **Intravenous tPA would not have improved Mr. Burgess' neurologic outcome.**

5. **Mr. Burgess was not a candidate for thrombectomy at his initial evaluation on February 21, 2019 based on the location of the occlusion.**

6. **Mr. Burgess received timely intervention at the time of his deterioration on February 22, 2019 at HIMA San Pablo Hospital.**

7. **Mr. Burgess' outcome is not attributable to any action or lack of action of Royal Caribbean. His outcome was the result of his underlying medical problems and no action by Royal Caribbean or subsequent providers would have changes his outcome.**

All of my opinions are to a reasonable degree of medical certainty and based upon my review of the materials as well as my experience, training and knowledge. I reserve the right to modify and/or supplement my opinions as discovery continues and more information becomes available, or in response to Plaintiffs expert reports or cross examination questioning.

Sincerely,

Alexander E. Merkler, MD, MS

***CURRICULUM VITAE***

Date of preparation: December 12, 2021

Signature: [signature]

## A. GENERAL INFORMATION

| | |
|---|---|
| Name | Alexander Eliot Merkler |
| Office address | 525 East 68th Street. F610 New York, NY 10065 |
| Office telephone | 212-746-0382 |
| Home address | 505 East 79th Street. Apt 15K. New York, NY 10075 |
| Cell phone | 917-373-8523 |
| Work email | alm9097@med.cornell.edu |
| Personal Email | amerkler@gmail.com |
| Citizenship | USA |

## B. EDUCATIONAL BACKGROUND

### 1. Academic Degrees:

| Degree | Institution | Dates | Awarded |
|---|---|---|---|
| BS | Brown University, Providence, RI | 9/02-5/06 | 2006 |
| MD | New York University School of Medicine, New York, NY | 8/06-5/10 | 2010 |
| MS | CTSC - Weill Cornell Medical College | 9/17-12/20 | 2020 |

### 2. Post-doctoral training:

| Title | Institution | Dates |
|---|---|---|
| Intern, Internal Medicine | New York Presbyterian Hospital-<br>Weill Cornell Medicine | 6/10-6/11 |
| Resident, Neurology | Weill Cornell Medicine<br>New York Presbyterian Hospital- | 6/11-6/13 |
| Chief Resident, Neurology | New York Presbyterian Hospital- | 6/13-6/14 |

| | | |
|---|---|---|
| | Weill Cornell Medicine | |
| Fellow, Neurocritical Care | New York Presbyterian Hospital - Columbia University / Weill Cornell Medicine | 7/14-6/16 |

3. Other training:

| Degree | Institution | Dates |
|---|---|---|
| MS | CTSC – Weill Cornell Medical College | 9/17-12/20 |

## C. LICENSURE, BOARD CERTIFICATION, MALPRACTICE

1. Licensure

| State | Number | Date of First Issue | Date of Expiration |
|---|---|---|---|
| New York | 273685 | 2/14 | 12/21 |

| | |
|---|---|
| DEA | Date of Expiration: 1/23 |

2. Board Certification

| Full Name of Board | Certificate Number | Dates of Certification |
|---|---|---|
| American Board of Psychiatry and Neurology | 58905 | 9/14-9/24 |
| United Council for Neurologic Subspecialties, Neurocritical Care | NCC1506-17 | 12/17-12/27 |

3. Malpractice Insurance

| | |
|---|---|
| Do you have Malpractice Insurance? | Yes |
| Name of Provider: Weill Cornell Medicine | |
| Premiums paid by: Weill Cornell Department of Neurology | |

## D. PROFESSIONAL POSITIONS AND EMPLOYMENT

1. Academic positions

| Title | Institution | Dates |
|---|---|---|
| Assistant Professor of Neurology | Department of Neurology, Weill Cornell Medicine | 7/16-current |
| Assistant Professor of Neuroscience | Feil Family Brain and Mind Research Institute, Weill Cornell Medicine | 2/18-current |

2. Hospital positions

| Title | Institution | Dates |
|---|---|---|
| Assistant Attending | NewYork-Presbyterian Hospital/ Weill Cornell Medical Center | 7/16-current |
| Attending | NewYork-Presbyterian Hospital/Gracie Square Hospital | 2/17-current |
| Attending | NewYork-Presbyterian Hospital Queens | 11/20-current |

**E. EMPLOYMENT STATUS (current or anticipated)**

| |
|---|
| Full-time salaried by Weill Cornell Medicine |

**F. INSTITUTIONAL/HOSPITAL AFFILIATION**

| | |
|---|---|
| Primary Hospital Affiliation: | NewYork-Presbyterian Hospital/Weill Cornell Medical Center |

**INSTITUTIONAL RESPONSIBILITIES**

1. Teaching

| **Didactic Teaching** | |
|---|---|
| Small Group Leader, Brain and Mind Medical Student Course | 7/17-current |
| Yearly Lectures for neurology residents:<br>1) Neurological Emergencies<br>2) Management of Acute Ischemic Stroke<br>3) Management of Large Hemispheric Infarction<br>4) Subarachnoid Hemorrhage<br>5) Status Epilepticus | 7/16-current |

| **Mentorship** | |
|---|---|
| Fellow mentor:<br>1) Pirouz Piran, Weill Cornell Medicine Stroke Fellow 7/18-6/19; Topic: Relationship between visceral infarction and functional outcomes among patients with acute ischemic stroke.<br>2) Yahyah Atalay, Weill Cornell Medicine Stroke Fellow 7/18-6/19; Topic: Incidence and prevalence of cervical artery dissection across age groups.<br>3) Jessica Lin, Weill Cornell Medicine Neurocritical Care Fellow 7/18-6/20; Topic: Blood pressure variation between ICH etiologies.<br>4) Billy Roth, Weill Cornell Medicine Neurocritical Care Fellow 7/18-6/20; Topic: Relationship between GI disorders and stroke.<br>5) Ayham Alkhachroum, Weill Cornell Medicine Neurocritical Care Fellow 7/17-6/19; Topic: Trends in Endotracheal intubation in patients with Neurocritical care diseases.<br>Neurology resident mentor:<br>1) Mais Al-Kawaz, Weill Cornell Medicine 7/16-6/19; Topic: Relationship between aortic aneurysm and subarachnoid hemorrhage.<br>2) Darya Khazanova, Weill Cornell Medicine 7/16-6/19; Topic: Risk of recurrent status epilepticus.<br>3) Sally Wang, Weill Cornell Medicine 7/19-present; Topic: Trends in Moya-Moya disease.<br>Medical student mentor:<br>1) Shobana Ramasamy, Weill Cornell Medicine 9/17-6/19; Topic: Relationship between ventricular disease and stroke.<br>Undergraduate student mentor:<br>1) Mary McKnight, Cornell University 7/19-8/19; Topic: Stroke research | 7/16-current |
| **Clinical Teaching** | |
| Clinical supervision and teaching of fellows, residents, and medical students rotating in the neuroscience intensive care unit and inpatient stroke unit (12 weeks per year) | 7/16-current |
| Instructor for Neurology Physical Diagnosis, part of the Brain and Behavior Course for 2nd Year Medical Students at Weill Cornell Medical College | 7/19-current |
| **Administrative Teaching Leadership Roles** | |
| Site Director, Neurocritical Care Fellowship, Weill Cornell Medicine/Columbia University | 7/17-current |
| Course Director, Multi-Disciplinary Critical Care Conference | 9/19-current |
| Course Director, Neurocritical Care/Vascular Fellows Teaching Seminar | 1/20-current |

| | |
|---|---|
| Course Director, Neurocritical Care Medical Student Elective | 07/20-current |

2. Clinical care

| **Clinical Activity** | |
|---|---|
| Attending Physician, Neuroscience Intensive Care Unit (12 weeks per year) | 7/16-current |
| Attending Physician, Inpatient Stroke Service (2 weeks per year) | 7/11-current |
| Attending Physician, Outpatient Neurology Clinic | 7/16-current |

3. Research

| **Research Activity** |
|---|
| I became committed to a career in health-oriented research during my neurology residency training at New York-Presbyterian Hospital/Weill Cornell (NYPH/Cornell). Through my clinical work, I became interested in improving our limited ability to accurately identify the mechanism of stroke. This knowledge gap meant that the etiology of ischemic stroke in many patients was unknown and, as a consequence, the appropriate treatment for secondary stroke prevention was uncertain. During residency and fellowship, I published studies evaluating the risk of ischemic stroke in relationship to clinically occult mechanisms such as subacute bacterial endocarditis and cancer. Since my appointment as a faculty member at NYPH/Cornell in 2016, I have remained dedicated to evaluating the relationship between occult cardiovascular disease and cryptogenic stroke because of the paucity of data on this important clinical topic. My preliminary data, gathered with support from grant funding, have led me to hypothesize that silent myocardial infarction may be a novel stroke risk factor. To further pursue this hypothesis, I have established collaborations with investigators in cardiology, vascular neurology, and neurobiology. Thus far, I received extramural funding from the American Heart Association and a KL2 career development award from the NIH, and the Leon Levy Foundation which are allowing me to obtain further training in research methodology. |
| **Key Contributions** |
| Please see attached NIH-format biosketch for description of key contributions to science |

4. Administrative Activities

| **Departmental** |
|---|

| | |
|---|---|
| Neurocritical Care Fellowship Site Director | 7/17-current |
| Committee Member ACGME Neurology Residency Review Committee | 7/18-current |
| Committee Member, Quality and Patient Safety | 7/18-current |
| Director, Medical Student Rotation in the Neurosciences Intensive Care Unit | 08/20-curent |

## G. RESEARCH SUPPORT

### Past Research Support (past 3 years only)

PI, NIH KL2-TR-002385, CTSC Weill Cornell Medicine, 9/17-6/18
PI, Leon Levy Fellowship in Neuroscience Grant, 02/18-02/19

### Current Research Support

| | |
|---|---|
| Source | American Heart Association Career Development Award |
| Amount | $77,000 |
| Duration | 07/01/2018-06/30/2021 |
| Principal Investigator | Alexander Merkler |
| Your Role in Project | PI |
| % Effort | 25% |

| | |
|---|---|
| Source | R01 HL109282-04 Devereux (PI) |
| Amount | $5,000 |
| Duration | 07/01/2016-present |
| Principal Investigator | Alexander Merkler |
| Your Role in Project | Co-PI |
| % Effort | 2% |

| | |
|---|---|
| Source | Covid-19 Research Grant |
| Amount | $96,000 |
| Duration | 07/01/2020-present |
| Principal Investigator | Alexander Merkler & Babak Navi |
| Your Role in Project | Co-PI |
| % Effort | 5% |

| | |
|---|---|
| Source | R01 DECIPHER Kamel (PI) |
| Amount | $18,396 |
| Duration | 10/1/2020-present |
| Principal Investigator | Alexander Merkler |
| Your Role in Project | Co-PI |
| % Effort | 10% |

## H. EXTRAMURAL PROFESSIONAL RESPONSIBILITIES

| | |
|---|---|
| **Editorial Boards:** | |
| *Neurohospitalist (Associate Editor)* | 2018-current |
| American Academic of Neurology NeuroBytes Editor | 2018-current |
| **Professional Society Committees:** | |
| Member, Medical Advisory Committee, American Heart Association Young Professionals Group of NYC | 2016-current |
| Brown University Alumni Interviewer | 2007-current |
| **Invited Grant Reviewer:** | |
| Dutch Heart Foundation | 2018-current |

| | |
|---|---|
| Grant Evaluator for the Masters Program at the Clinical and Translational Science Center | 2018-current |
| The Netherlands Organisation for Health Research and Development | 2019-current |
| PSI Foundation | 2020-current |
| Weill Cornell Medicine Physician Assistant Thesis Reviewer | 2020-current |
| UK Research and Innovation | 2021-current |
| **Invited Journal Reviewer:** | |
| *Journal of the American College of Cardiology* (18 papers)<br>*Circulation* (2 papers)<br>*JAMA Neurology* (15 papers)<br>*Journal of Neurology, Neurosurgery, and Psychiatry* (13 papers)<br>*Hypertension* (18 papers)<br>*Neurology* (2 papers)<br>*Stroke* (11 papers)<br>*Neurohospitalist* (20 papers)<br>*European Journal of Neurology* (3 papers)<br>*European Stroke Journal* (1 paper)<br>*Neurocritical Care* (1 paper)<br>*Expert Review of Cardiovascular Therapy* (1 paper)<br>*Circulation Research* (1 paper)<br>*Cerebrovascular Diseases* (3 papers)<br>*PLoS ONE* (5 papers)<br>*Neurological Research* (1 paper)<br>*Journal of Cardiac Failure* (2 paper)<br>*Journal of the American Heart Association* (1 paper)<br>*American Journal of Respiratory and Critical Care Medicine* (1 paper) | 2011-current |
| **Conference Abstract Reviewer:** | |
| Annual Meeting, Neurocritical Care Society | 2018-current |
| Annual Meeting, European Stroke Organization Conference | 2021-current |
| **Poster Professor Moderator** | |

| | |
|---|---|
| Annual Meeting, Neurocritical Care Society | 2019-current |
| **Invited Presentations:** | |
| Recurrent Thromboembolic Events After Ischemic Stroke in Patients with Cancer. Department of Neurology Grand Rounds, Weill Cornell Medical | 2013 |
| Intracranial Hemorrhage. Neuroscience Nursing Education Series 2015, NewYork-Presbyterian Hospital | 2015 |
| Intracranial Hemorrhage. Neuroscience Nursing Education Series 2016, NewYork-Presbyterian Hospital | 2016 |
| Invited lecture, Weill Cornell Medicine, Department of Neurology Resident Bootcamp Lecture Series; "Treatment of Acute Neurological Emergencies." | 2016 |
| Grand Rounds, Columbia University Medical Center; Division of Critical Care Medicine; "Infectious Disease and the Central Nervous System" | 2016 |
| Invited lecture, Weill Cornell Medicine, Department of Neurology Resident Bootcamp Lecture Series; "Treatment of Acute Neurological Emergencies." | 2017 |
| Invited Lecture, Weill Cornell Medicine, Department of Neurology; Resident Lecture Series; "Treatment of Acute Ischemic Stroke" | 2017 |
| Invited Lecture, Weill Cornell Medicine, Department of Neurology; Resident Lecture Series; "Management of Large Hemispheric Infarction" | 2017 |
| Grand Rounds, Department of Neurology, New York Methodist Hospital Department of Neurology; "Infective Endocarditis and Stroke" | 2017 |
| Grand Rounds, Weill Cornell Medicine, Department of Neurology; "Myocardial Infarction and the Risk of Stroke" | 2017 |
| Grand Rounds, Weill Cornell Medicine, Department of Medicine; "Update in Neurology" | 2017 |
| Invited lecture, Weill Cornell Medicine, Department of Medicine; "Coma" | 2017 |
| Grand Rounds, Robert Wood Johnson Medical School, Department of Neurology; "Myocardial Infarction and the Risk of Stroke" | 2017 |
| Grand Rounds, Rutgers New Jersey Medical School, Department of Neurology; "Myocardial Infarction and the Risk of Stroke" | 2017 |
| Invited lecture, Weill Cornell Medicine, Department of Neurology Resident Bootcamp Lecture Series; "Treatment of Acute Neurological Emergencies." | 2018 |

| | |
|---|---|
| Invited Lecture, Weill Cornell Medicine, Department of Neurology; Resident Lecture Series; "Treatment of Acute Ischemic Stroke" | 2018 |
| Invited Lecture, Weill Cornell Medicine, Department of Neurology; Resident Lecture Series; "Management of Large Hemispheric Infarction" | 2018 |
| Invited Lecture, Weill Cornell Medicine, Department of Neurology; Resident Lecture Series; "Management of Status Epilepticus" | 2018 |
| Invited Lecture, Weill Cornell Medicine, Department of Neurology; Resident Lecture Series; "Management of Subarachnoid Hemorrhage" | 2018 |
| Invited Lecture, Weill Cornell Medicine, Department of Neurology; "The Focused Neurological Examination" | 2018 |
| Invited lecture, Weill Cornell Medicine, Department of Medicine; "Coma" | 2018 |
| Invited Lecture, New York Brain Attack Conference: "Angiographically Negative Subarachnoid Hemorrhage" | 2018 |
| Invited Speaker Symposium 2018: Stroke Rehabilitation – Focus on Clinical Management, Weill Cornell Medicine, Department of Rehabilitation; "A Primer on Secondary Stroke Prevention" | 2018 |
| Invited Lecture, Stroke and Neurocritical Care Conference, NewYork-Presbyterian Hospital Queens; "Neurocritical Care Management of the Non-Stroke Patient" | 2018 |
| Invited lecture, Weill Cornell Medicine, Department of Neurology Resident Bootcamp Lecture Series; "Treatment of Acute Neurological Emergencies." | 2019 |
| Invited Lecture, Weill Cornell Medicine, Department of Neurology; Resident Lecture Series; "Treatment of Acute Ischemic Stroke" | 2019 |
| Invited Lecture, Weill Cornell Medicine, Department of Neurology; Resident Lecture Series; "Management of Large Hemispheric Infarction" | 2019 |
| Invited Lecture, Weill Cornell Medicine, Department of Neurology; Resident Lecture Series; "Management of Status Epilepticus" | 2019 |
| Invited Lecture, Weill Cornell Medicine, Department of Neurology; Resident Lecture Series; "Management of Subarachnoid Hemorrhage" | 2019 |
| Grand Rounds, Weill Cornell Medicine Nursing; "Update in the Management of Status Epilepticus" | 2019 |
| Invited Lecture, Weill Cornell Medicine Multidisciplinary Critical Care Fellows Lecture Series: "Management of Status Epilepticus" | 2019 |

| | |
|---|---|
| Invited Lecture, American Academy of Neurology Annual Meeting; "Vascular Neurology" | 2019 |
| Grand Rounds, NYU School of Medicine, Winthrop Hospital; "Myocardial Infarction and the Risk of Stroke." | 2019 |
| Invited Lecture, Yale Neuro ICU / Stroke Monthly Research Seminar, Yale University School of Medicine; "Myocardial Infarction and the Risk of Stroke." | 2020 |
| Invited Lecture, Weill Cornell Medical Center Neuropsychology Didactics series; "The Neurological Exam." | 2020 |
| Invited lecture, Weill Cornell Medicine, Department of Neurology Resident Bootcamp Lecture Series; "Treatment of Acute Neurological Emergencies." | 2020 |
| Invited Lecture, Weill Cornell Medicine, Department of Neurology; Resident Lecture Series; "Treatment of Acute Ischemic Stroke" | 2020 |
| Invited Lecture, Weill Cornell Medicine, Department of Neurology; Resident Lecture Series; "Management of Large Hemispheric Infarction" | 2020 |
| Grand Rounds, Weill Cornell Medicine, Department of Neurology; "Interactive Review of Stroke." | 2020 |
| Invited Lecture, Weill Cornell Medical College Second Year Medical School Course; "Neurological Manifestations of Covid-19." | 2020 |
| Invited Lecture, New York Brain Attack Conference: "Treatment of Cerebral Vein Thrombosis: Pro: Direct Oral Anticoagulation" | 2020 |
| Invited Lecture, Weill Cornell Medicine Multidisciplinary Critical Care Fellows Lecture Series: "Treatment of Acute Ischemic Stroke" | 2020 |
| Invited Lecture, Lower Manhattan Community Affairs Education Series: "How to Identify & Treat Stroke" | 2020 |
| Invited Lecture, Swiss Neurology Webinars CME, Kantonsspital Aarau, Aarau, Switzerland: "Coviid-19 and Stroke" | 2020 |
| Invited Lecture, Fall 2020 Health and Wellness Seminar Series: Strokes and Covid-19; NewYork Presbyterian Hospital: "Coviid-19 and Stroke" | 2020 |
| Invited Lecture, Weill Cornell Medicine Multidisciplinary Physician Assistant Curriculum: "Treatment of Acute Ischemic Stroke" | 2020 |
| Invited Lecture, Stroke and Neurocritical Care Conference 2020; NewYork Presbyterian Hospital Queens: "Cerebrovascular Manifestations of Covid-19." | 2020 |

| | |
|---|---|
| Invited Lecture, Brain and Mind Research Institute at Weill Cornell Medicine; Bench-to-Bedside Lecture Series: "Neurological Manifestations of Covid-19." | 2020 |
| Invited Lecture, Weill Cornell Seminar in Neurology 2020, Salzburg Stiftung der American Austrian Foundation, Vienna, Austria: "Neurological Manifestations of Covid-19." | 2020 |
| Invited Lecture, Neurology Grand Rounds, Brown University: "Myocardial Injury and the Risk of Ischemic Stroke." | 2020 |
| Invited Lecture, Covid-19 Summit, Cornell University, Ithaca, New York: "Neurological Manifestations of Covid-19." | 2020 |
| Invited Lecture, 75th Brazilian Congress of Cardiology, Brazil: "Silent Myocardial Infarction and the Risk of Stroke." | 2020 |
| Invited Lecture, Weill Cornell Research Symposium, Weill Cornell Medicine, New York, New York: "Covid-19 and the Risk of Stroke." | 2020 |
| Invited Lecture, Cardiovascular Health Study, University of Washington, Seattle, WA: "Silent Myocardial Infarction and the Risk of Ischemic Stroke in the Cardiovascular Health Study." | 2021 |
| Invited lecture, Weill Cornell Medicine, Department of Medicine; "Coma" | 2021 |
| Invited Lecture, Weill Cornell Seminar in Neurology 2021, Salzburg Stiftung der American Austrian Foundation, Vienna, Austria: "Neurological Manifestations of Covid-19." | 2021 |
| Invited Lecture, Weill Cornell Medicine Practical Updated in Neurology; "Update on Status Epilepticus" | 2021 |
| Invited Lecture, American Academy of Neurology Annual Meeting; "Vascular Neurology" | 2021 |
| Invited Lecture, Neurology Grand Rounds, NewYork-Presbyterian Hospital Brooklyn; "Myocardial Infarction and the Risk of Ischemic Stroke" | 2021 |
| Invited Lecture, Critical Care Grand Rounds, Westchester Medical Center, NY; "Left Ventricular Injury and the Risk of Ischemic Stroke." | 2021 |
| Invited Lecture, Neurology Grand Rounds, University of Florida, FL; "Left Ventricular Injury and the Risk of Ischemic Stroke" | 2021 |

## I. PROFESSIONAL MEMBERSHIPS

| Role | Organization | Dates |
|---|---|---|

| | | |
|---|---|---|
| Member | American Academy of Neurology | 2011-current |
| Member | American Heart Association | 2012-current |
| Member | Neurocritical Care Society | 2014-current |
| Member | American Neurological Association | 2018-current |

J. **HONORS AND AWARDS**

| **Honor/Award** | **Organization** | Date |
|---|---|---|
| Phi Beta Kappa | Brown University | 2006 |
| Bachelor of Science, *magna cum laude* | Brown University | 2006 |
| Sigma Xi | Brown University | 2006 |
| Rosenbluth Foundation Travel Grant | NYU School of Medicine | 2010 |
| Chief Resident | Weill Cornell Medicine | 2014 |
| Resident Teaching Award | Weill Cornell Medicine | 2014 |
| American Academy of Neurology Annual Meeting Resident Scholarship Award | AAN | 2014 |
| American Academy of Neurology Annual Meeting Resident Scholarship Award | AAN | 2015 |
| International Stroke Conference Stroke Rehabilitation and Recovery Travel Award | International Stroke Conference | 2016 |
| International Stroke Conference New Investigator Award | International Stroke Conference | 2016 |
| Plum and Posner Annual Award for Best Neurology Faculty Teacher at Weill Cornell Medicine | Weill Cornell Medicine | 2017 |
| National Institute of Health KL2 Career Training Award given by the Weill Cornell Medical College Clinical & Translational Science Center | NIH and Weill Cornell Medicine CTSC | 2017 |
| Leon Levy Fellowship in Neuroscience Scholarship | Leon Levy Fellowship in Neuroscience | 2018 |

| | | |
|---|---|---|
| American Neurological Association Travel Award | ANA | 2018 |
| Career Development Award | American Heart Association | 2018 |
| Weill Cornell Medicine Covid-19 Research Grant | Weill Cornell Medicine | 2020 |
| Robert G. Siekert New Investigator Award | International Stroke Conference | 2021 |

## K. BIBLIOGRAPHY

Complete list of published work in MyBibliography:
https://www.ncbi.nlm.nih.gov/pubmed/?term=alexander+merkler

Original research articles in professional peer-reviewed journals:


1. **Merkler AE**, Saini V, Kamel H, Stieg PE. Preoperative Steroid Use and the Risk of Infectious Complications After Neurosurgery. Neurohospitalist 2014;4:80-85.
2. **Merkler AE**, Marcus JR, Gupta A, Kishore SA, Leifer A, Patsalides A, DeAngelis LM, Navi, BB. Endovascular Therapy for Acute Stroke in Patients with Cancer. Neurohospitalist 2014;4:133-135.
3. Navi BB, Singer S, **Merkler AE**, Cheng NT, Stone, JB, Kamel H, Iadecola C, Mitchell E, DeAngelis LM. Recurrent Thromboemoblic Events After Ischemic Stroke in Patients with Cancer. Neurology 2014;83:26-33.
4. Navi BB, Singer S, **Merkler AE**, Cheng NT, Stone, JB, Kamel H, Iadecola C, Mitchell E, DeAngelis LM. Cryptogenic Subtype Predicts Reduced Survival Among Cancer Patients with Ischemic Stroke. Stroke 2014;45:2292-7.
5. **Merkler AE**, Parlitsis G, Patel S. Infection of the Optic Apparatus and Hypothalamus by Mycobacterium haemophilum. Neurology 2014;83:659-660.
6. **Merkler AE**, Prasad M, Lavi E, Safdieh J. Hyperacusis as the Initial Presentation of Creutzfeldt-Jakob Disease. Neurol Neuroimmunol Neuroinflammation 2014;Sep 18;1:e2.
7. Wang E, Shirvalkar PR, Maciel CB, **Merkler AE**, Safdieh J, Gupta A. American neuroborreliosis presenting as cranial polyneuritis and radiculoneuritis. Neurol Neuroimmunol Neuroinflammation 2014;Sep 4;1:e30.
8. **Merkler AE**, Maciel CB, May AS, Vargas WS, Yohay K. Neuro-Behçet Disease in an African American Adolescent. Neurohospitalist 2015;5:43-44.
9. Parikh N, **Merkler AE**, Cheng NT, Baradaran H, White H, Leifer D. Clinical Reasoning: An unusual case of subacute encephalopathy. Neurology 2015;84:e33-37.
10. Chu S, **Merkler AE**, Cheng N, Kamel H. Readmission for Infective Endocarditis after Ischemic Stroke or Transient Ischemic Attack. Neurohospitalist 2015;5:55-58.

11. **Merkler AE,** Navi BB, Singer S, Cheng NT, Stone JB, Kamel H, Iadecola C, Elkind MS, DeAngelis LM. Diagnostic Yield of Echocardiography in Cancer Patients with Ischemic Stroke. J Neurooncol 2015;123:115-121.

12. **Merkler AE,** Parikh NS, Chaudhry S, Chait A, Allen NC, Navi BB, Kamel H. Hospital Revisit Rate after a Diagnosis of Conversion Disorder. J Neurol Neurosurg Psychiatry 2016;87:363-366.

13. Morris NA, **Merkler AE,** Parker WE, Claassen J, Connolly ES, Sheth KN, Kamel H. Adverse Outcomes After Initial Non-surgical Management of Subdural Hematoma: A Population-Based Study. Neurocrit Care 2016;24:226-232.

14. **Merkler AE,** Chu SY, Lerario MP, Navi BB, Kamel H. Temporal Relationship between Infective Endocarditis and Stroke. Neurology 2015;85:512-516.

15. Lahiri S, Navi BB, Mayer SA, Rosengart A, **Merkler AE,** Claassen J, Kamel H. Hospital Readmission Rates Among Mechanically Ventilated Patients With Stroke. Stroke 2015;46:2969-2971.

16. Kummer BR, Bhave PD, **Merkler AE,** Gialdini G, Okin PM, Kamel H. Demographic Differences in Catheter Ablation After Hospital Presentaiton with Symptomatic Atrial Fibrillation. J Am Heart Assoc 2015;4:e002097.

17. **Merkler AE,** Gaines N, Barandaran H, Schuetz AN, Lavi E, Simpson SA, Dinkin MJ. Direct Invasion of the Optic Nerves, Chiasm, and Tracts by Cryptococcus neoformans in an Immunocompetent Host. Neurohospitalist 2015;5:217-22.

18. Lerario MP, Gialdini G, Lapidus DM, Shaw MM, Navi BB, **Merkler AE,** Lip GY, Healey JS, Kamel H. Risk of Ischemic Stroke after Intracranial Hemorrhage in Patients with Atrial Fibrillation. PloS One 2015 Dec 23;10(12):e0145579.

19. Lerario MP, **Merkler AE,** Gialdini G, Parikh NS, Navi BB, Kamel H. Risk of Stroke after the International Classification of Diseases-Ninth Revision Discharge Code Diagnosis of Hypertensive Encephalopathy. Stroke 2016;47:372-375.

20. Magid-Bernstein J, Al-Mufti F, **Merkler AE,** Roh D, Patel S, May TL, Agarwal S, Claassen J, Park S. Unexpected Rapid Improvement and Neurogenic Stunned Myocardium in a Patient With Acute Motor Axonal Neuropathy: A Case Report and Literature Review. J Clin Neuromuscul Dis 2016;17:135-141.

21. Roh D, **Merkler AE,** Al-Mufti F, Morris N, Agarwal S, Claassen J, Park S. Global cerebral edema from hypercapnic respiratory acidosis and response to hyperosmolar therapy. Neurology 2016;86:1556-1558.

22. Navi BB, Parikh NS, Lerario MP, **Merkler AE,** Lappin RI, Fahimi J, Iadecola C, Kamel H. Risk of Intracerebral Hemorrhage after Emergency Department Discharges for Hypertension. J Stroke Cerebrovasc Dis 2016;25:1683-1687.

23. Murthy SB, Moradiya Y, Shah J, **Merkler AE,** Mangat HS, Iadecola C, Hanley DF, Kamel H, Ziai WC. Nosocomial Infections and Outcomes after Intracerebral Hemorrhage: A Population-Based Study. Neurocrit Care 2016;25:178-84.

24. Murthy SB, Shastri A, **Merkler AE,** Hanley DF, Ziai WC, Fink ME, Iadecola C, Kamel H, Navi BB. Intracerebral Hemorrhage Outcomes in Patients with Cancer. J Stroke Cerebrovasc Dis 2016;25:2918-2924.

25. **Merkler AE**, Ch'ang J, Parker WE, Murthy SB, Kamel H. The rate of Complications after Ventriculoperitoneal Shunt Surgery. World Neurosurg 2017;98:654-658

26. Parikh NS, **Merkler AE**, Schneider Y, Navi BB, Kamel H. Discharge Disposition After Stroke in Patients with Liver Disease. Stroke 2017;48:476-478.

27. **Merkler AE,** Liberman AL, Gialdini G, Messe SR, Lerario MP, Murthy SB, Kamel H, Navi, BB. Risk of Pulmonary Embolism after Cerebral Venous Thrombosis. Stroke 2017;48:563-567.

28. Morris NA, **Merkler AE,** Gialdini G, Kamel H. Timing of Incident Stroke Risk After Cervical Artery Dissection Presenting Without Ischemia. Stroke 2017;48:551-555.

29. Sebasigari D, **Merkler AE,** Guo Y, Gialdini G, Kummer B, Hemendinger M, Song C, Chu A, Cutting S, Silver B, Elkind MSV, Kamel H, Furie KL, Yaghi S. Biomarker of Atrial Cardiopathy and Atrial Fibrillation Detection on Mobile Outpatient Continuous Telemetry After Embolic Stroke of Undetermined Source. J Stroke Cerebrovasc Dis 2017;26:1249-1253.

30. Najjar M, Taylor A, Agarwal S, Fojo T, **Merkler AE,** Rosenblum MK, Lennihan L, Kluger MD. Anti-Hu paraneoplastic brainstem encephalitis caused by a pancreatic neuroendocrine tumor presenting with central hypoventilation. J Clin Neurosci 2017;40:72-73.

31. **Merkler AE,** Reynolds AS, Gialdini G, Morris NA, Murthy SB, Thakur K, Kamel H. Neurological complications after tuberculous meningitis in a multi-state cohort in the United States. J Neurol Sci 2017;15:460-463.

32. Murthy SB, Gupta A, **Merkler AE**, Navi BB, Mandava P, Iadecola C, Sheth KN, Hanley DF, Ziai WC, Kamel H. Restarting Anticoagulant Therapy After Intracranial Haemorrhage: A Systemic Review and Meta-Analysis. Stroke 2017;48:1594-1600.

33. Murthy SB, **Merkler AE,** Omran SS, Gialdini G, Gusdon A. Hartley B, Roh D, Mangat HS, Iadecola C, Navi BB, Kamel H. Outcomes after Intracerebral Hemorrhage from Arteriovenous Malformations. Neurology 2017;88:1882-1888.

34. **Merkler AE,** Liberman AL, Navi BB. Response by Merkler et al to Letter Regarding Article, "Risk of Pulmonary Embolism After Cerebral Venous Thrombosis." Stroke 2017;48:e147.

35. Morris NA, Cool J, **Merkler AE,** Kamel H. Subarachnoid Hemorrhage and Long-Term Stroke Risk After Traumatic Brain Injury. Neurohospitalist 2017;7:122-126.

36. Gialdini G, Parikh NS, Chatterjee A, Lerario MP, Kamel H, Schneider DB, Navi BB, Murthy SB, Iadecola C, **Merkler AE.** Rates of Spinal Cord Infarction After Repair of Aortic Aneurysm or Dissection. Stroke 2017;48:2073-2077.

37. Montalvo M, Tadi P, **Merkler AE,** Gialdini G, Martin-Schild S, Navalkele D, Samai A, Nouh A, Houssain M, Goldblatt S, Hemendinger M, Chu A,Song C, Kamel H, Furie KL, Yaghi S. PR Interval Prolongation and Cryptogenic Stroke: A multicentre Retrospective Study. J Stroke Cerebrovasc Dis 2017;26:2416-2420.

38. **Merkler AE,** Salehi Omran S, Gialdini G, Lerario MP, Yaghi S, Elkind MSV, Navi BB. Safety Outcomes After Thrombolysis for Acute Ischemic Stroke in Patients With Recent Stroke. Stroke 2017;48:2282-2284.

39. Gusdon AM, Gialdini G, Kone G, Baradaran H, **Merkler AE**, Mangat HS, Navi BB, Iadecola C, Gupta A, Kamel H, Murthy SB. Neutrophil-Lymphocyte Ratio and Perihematomal Edema Growth in Intracerebral Hemorrhage. Stroke 2017;48:2589-2592.

40. Reznik ME, **Merkler AE**, Mahta A, Murthy SB, Claassen J, Kamel H. Long-term risk of seizures in adult survivors of sepsis. Neurology 2017;89:1476-1482.

41. **Merkler AE**, Gialdini G, Yaghi S, Okin PM, Iadecola C, Navi BB, Kamel H. Safety Outcomes after Transcutaneous Closure of Patent Foramen Ovale. Stroke 2017;48:3073-3077.

42. **Merkler AE**, Gialdini G, Murthy SB, Salehi Omran S, Moya A, Lerario MP, Chong J, Okin PM, Weinsaft JW, Safford MM, Fink ME, Navi BB, Iadecola C, Kamel H. Association between Troponin Levels and Embolic Stroke of Undetermined Source. J Am Heart Assoc 2017;6.

43. Al-Mufti F, **Merkler AE**, Boehme AK, Dancour E, May T, Schmidt JM, Park S, Connolly ES, Lavine SD, Meyers PM, Claassen J, Agarwal S. Functional Outcomes and Delayed Cerebral Ischemia Following Nonperimesencephalic Angiogram-Negative Subarachnoid Hemorrhage Similar to Aneurysmal Subarachnoid Hemorrhage. Neurosurgery 2018;82:359-364.

44. Conroy MA, Finch T, Levin TT, **Merkler AE**, Safdieh J, Samuels S, Gordon Elliott JS. Chronic Schizophrenia Later Diagnosed with Anti-NMDA Receptor Encephalitis: Case Report and Review of the Literature. Clin Schizophr Relat Psychoses 2018;11:201-204.

45. Dakay K, Chang AD, Hemendinger M, Cutting S, McTaggart TA, Jayarman MV, Chu A, Panda N, Song C, **Merkler AE**, Gialdini G, Kummer B, Lerario MP, Kamel H, Elkind MSV, Kurie KL, Yaghi S. Left Atrial Enlargement and Anticoagulation Status in Patients with Acute Ischemic Stroke and Atrial Fibrillation. J Stroke Cerebrovasc Dis 2018;27:192-197.

46. Yaghi S, Chang AD, Ricci BA, Jayaraman MV, McTaggart RA, Hemendinger M, Narwal P, Dakay K, Mac Grory B, Cutting SM, Burton TM, Song C, Mehanna E, Siket M, Madsen TE, Reznik M, **Merkler AE**, Lerario MP, Kamel H, Elkind MSV, Furie KL. Early Elevated Troponin Levels After Ischemic Stroke Suggests a Cardioembolic Source. Stroke 2018;49:121-126.

47. Parikh NS, Chatterjee A, Diaz I, Pandya A, **Merkler AE**, Gialdini G, Kummer BR, Mir SA, Lerario MP, Fink ME, Navi BB, Kamel H. Modeling the Impact of Interhospital Transfer Network Design on Stroke Outcomes in a Large City. Stroke 2018;49:370-376.

48. Yaghi S, Chang AD, Hung P, Mac Grory B, Collins S, Gupta A, Reynolds J, Finn CB, Hemendinger M, Cutting SM, McTaggart RA, Jayaraman M, Leasure A, Sansing L, Panda N, Song C, Chu A, **Merkler AE**, Gialdini G, Sheth KN, Kamel H, Elkind MSV, Greer D, Furie K, Atalay M. Left Atrial Appendage Morphology and Embolic Stroke of Undetermined Source: A Cross-Sectional Multicenter Pilot Study. J Stroke Cerebrovasc Dis 2018. Epub ahead of print.

49. **Merkler AE,** Gialdini G, Lerario MP, Parikh NS, Morris NA, Kummer B, Dunn L, Reznik ME, Murthy SB, Navi BB, Grinspan ZM, Iadecola C, Kamel H. Population-Based Assessment of the Long-Term Risk of Seizures in Survivors of Stroke. Stroke 2018. Stroke 2018;49:1319-1324.

50. Liberman AL, Gialdini G, Bakradze E, Chatterjee A, Kamel H, **Merkler AE.** Misdiagnosis of Cerebral Vein Thrombosis in the Emergency Department. Stroke 2018;49:1504-1506.

51. Johnston SC, Easton JD, Farrant M, Barsan W, Conwit RA, Elm JJ, Kim AS, Lindblad AS, Palesch YY; Clinical Research Collaboration, Neurological Emergencies Treatment Trials Network, and the POINT Investigators. N Engl J Med 2018;279:215-225.

52. Alkhachroum AM, Rubinos C, Kummer BR, Parikh NS, Chen M, Chatterjee A, Reynolds A, **Merkler AE**, Claassen J, Kamel H. Risk of Seizures and Status Epilepticus in Older Patients with Liver Disease. Epilepsia 2018;59:1392-1397.

53. Liberman AL, Bakradze E, **Merkler AE.** Response by Liberman et al to Letter Regarding Article, "Misdiagnosis of Cerebral Vein Thrombosis in the Emergency Department." Stroke 2018;49:e280.

54. Parikh NS, **Merkler AE**, Kummer BR, Kamel H. Ischemic Stroke After Emergency Department Discharge for Symptoms of Transient Neurological Attack. Neurohospitalist 2018;8:135-140.

55. Morris NA, Chatterjee A, Adejumo OL, Chen M, **Merkler AE**, Murthy SB, Kamel H. The Risk of Takotsubo Cardiomyopathy in Acute Neurological Disease. Neurocrit Care 2018. Epub ahead of print.

56. Murthy SB, Cushman M, Bobrow D, Kamel H, **Merkler AE**, Alkind MSV, DeAngelis LM, Navi BB. Ability of the Khorana Score to Predict Recurrent Thromboembolism in Cancer Patients with Ischemic Stroke. J Clin Neurosci 2018;57:111-115.

57. Martin A, Chen ML, Chatterjee A, **Merkler AE**, Chung CD, Wu X, Morris NA, Kamel H. Specialty Classification of Physicians Who Provide Neurocritical Care in the United States. Neurocrit Care 2018. Epub ahead of print.

58. Chatterjee A, Chen M, Gialdini G, Reznik ME, Murthy S, Kamel H, **Merkler AE**. Trends in Tracheostomy After Stroke: Analysis of the 1994 to 2013 National Inpatient Sample. Neurohospitalist 2018. Epub ahead of print.

59. Chen ML, Gupta A, Chatterjee A, Khazanova D, Dou E, Patel H, Gialdini G, **Merkler AE**, Navi BB, Kamel H. Association Between Unruptured Intracranial Aneurysms and Downstream Stroke. Stroke 2018;49:2029-2033.

60. Witsch J, **Merkler AE**, Chen ML, Navi BB, ISheth KN, Freedman B, SChwamm LH, Kamel H. Incidence of Atrial Fibrillation in Patients with Recent Ischemic Stroke versus Matched Controls. Stroke 2018;49:2529-2531.

61. Yaghi S, Chang AD, Cutting S, Jayaraman M, McTaggart RA, Ricci BA, Akay K, Narawal P, Grory BM, Burton T, Reznik M, Silber B, Gupta A, Song C, Mehanna E, Siket M, Lerario MP, Saccetti DC, **Merkler AE**, Kamel H, Elkind MSV, Fuirie K. Troponin Improves the Yield of Transthoracic Echocardiography in Ischemic Stroke Patients of Determined Stroke Subtype. Stroke 2018;49:2777-2779.

62. Dinkin M, Lavi E, Winterkorn J, Oliveira C, **Merkler AE**. Ischemic Optic Neuropathy Secondary to Intravascular Lymphoma. J Neuroophthalmol. 2018. Epub ahead of pring.

63. **Merkler AE,** Diaz I, Wu X, Murthy SB, Gialdini G, Navi BB, Yaghi S, Weinsaft JW, Okin PM, Safford MM, Iadecola C, Kamel H. Duration of Heightened Ischemic Stroke Risk After Acute Myocardial Infarction. J Am Heart Assoc 2018;7:e010782.

64. Omran SS, Lerario MP, Gialdini G, **Merkler AE**, Moya A, Chen ML, Kamel H, DeSancho M, Navi BB. Clinical Impact of Thrombophilia Screening in Young Adults with Ischemic Stroke. J Stroke Cerebrovasc Dis 2019;28:882-889.

65. Knight-Greenfield A, Jose Quitlong Nario J, Vora A, Baradaran H, **Merkler AE**, Navi BB, Kamel H, Gupta A. Associations Between Features of Nonstenosing Carotid Plaque on Computer Tomographic Angiography and Ischemic Stroke Subtypes. J Am Heart Assoc 2019;8:e014818.

66. **Merkler AE,** Alakbarli J, Gialdini G, Navi BB, Murthy SB, Goyal P, Kim J, Devereux RB, Safford MM, Iadecola C, Kamel H, Weinsaft JW. Short-Term Risk of Ischemic Stroke After Detection

of Left Ventricular Thrombus on Cardiac Magnetic Resonance Imaging, J Stroke Cerebrovasc Dis 2019;28:1027-1031.

67. Knopman J, Link TW, Navi BB, Murthy SB, **Merkler AE**, Kamel H. Rates of Repeated Operation for Isolated Subdural Hematoma Among Older Adults. JAMA Netw Open 2018;1:e183737.

68. Parikh NS, **Merkler AE,** Jesudian A, Kamel H. Association between cirrhosis and aneurysmal subarachnoid hemorrhage. Ann Clin Trans Neurol 2018;5:27-32.

69. Salehi Omran S. Chatterjee A, Chen ML, Lerario MP, **Merkler AE,** Kamel H. National Trends in Hospitalizations for Stroke Associated with Infective Endocarditis and Opiod Use Between 1993 and 2015. Stroke 2019;50:577-582.

70. Chen ML, Parikh NS, **Merkler AE,** Kleindorfer DO, Bhave PD, Levitan EB, Soliman EZ, Kamel H. Risk of Atrial Fibrillation in Black Versus White Medicare Beneficiaries With Implanted Cardiac Devices. J Am Heart Assoc. 2019;8:e010661.

71. **Merkler AE,** Chen ML, Parikh NS, Murthy SB, Yaghi S, Goyal P, Okin PM, Karas MG, Navi BB, Iadecola C, Kamel H. Association Between Heart Transplantation and Subsequent Risk of Stroke Among Patients With Heart Failure. Stroke 2019;50:583-587.

72. Mahta A, **Merkler AE,** Reznik ME, Burch JE, Yaghi S, Sellke FW, Furie KL, Kamel H. Emphysema: A Potential Risk Factor for Subarachnoid Hemorrhage and Ruptured Aortic Aneurysm. Stroke 2019;50:992-994.

73. Chang A, Ricci B, Grory BM, Cutting S, Burton T, Dakay K, Jayaraman M, **Merkler AE,** Reznik M, Lerario MP, Song C, Kamel H, Elkind MSV, Furie K, Yaghi S. Cardiac Biomarkers Predict Large Vessel Occlusion in Patients with Ischemic stroke. J Stroke Cerebrovasc Dis 2019. Epub ahead of print.

74. Ramasamy S, Yaghi S, Salehi Omran S, Lerario MP, Devereux R, Okin PM, Gupta A, Navi BB, Kamel H, **Merkler AE**. Association Between Left Ventricular Ejection Fraction, Wall Motion Abnormality, and Embolic Stroke of Undetermined Source. J Am Heart Assoc. 2019;8:e011593.

75. **Merkler AE,** Sigurdsson S, Eiriksdottir G, Safford MM, Phillips CL, Iadecola C, Gudnason V, Weinsaft JW, Kamel H, Arai AE, Launder LJ. Association Between Unrecognized Myocardial Infarction and Cerebral Infarction on Magnetic Resonance Imaging. JAMA Neurol 2019 May 20. Epub ahead of print.

76. Chatterjee A, **Merkler AE,** Murthy SB, Burch JE, Chen ML, Gialdini G, Kamel H, Ballman KV, Navi BB. Temporal Trends in the Use of Acute Recanalization Therapies for Ischemic Stroke in Patients with Cancer. J Stroke Cerebrovasc Dis 2019;28:2244-2261.

77. Jordan K, Yaghi S, Poppas A, Chang AD, Mac Grory B, Cutting S, Burton T, Jayaraman M, Tsivgoulis G, Sabeh MK, **Merkler AE,** Kamel H, Elkind MSV, Furie K, Song C. Left Atrial Volume Index is Associated With Cardioembolic Stroke and Atrial Fibrillation Detection After Embolic Stroke of Undetermined Source. Stroke 2019;50:1997-2001.

78. Intensive vs Standard Treatment of Hyperglycemia and Funtctional Outcome in Patients With Acute Ischemic Stroke: The SHINE Randomized Clinical Trial. Johnston KC, Bruno A, Pauls Q, Hall CE, Barrett KM, Barsan W, Fansler A, Van de Bruinhorst K, Janis S, Durkalski-

Mauldin VL,; Neurological Emergencies Treatment Trials Network and the SHINE Trial Investigators. JAMA 2019;322:326-335.

79. Kamel H, Okin PM, **Merkler AE**, Navi BB, Campion TR, Devereux RB, Diaz I, Weinsaft JW, Kim J. Relationship between left atrial volume and ischemic stroke subtype. Ann Clin Trans Neurol 2019;6:1480-1486.

80. Reynolds AS, Chen ML, **Merkler AE,** Chatterjee A, Diaz I, Navi BB, Kamel H. Effect of A Randomized trial of Unruptured Brain Arteriovenous Malformation on Interventional Treatment Rates for Unruptured Arteriovenous Malformations. Cerebrovasc Dis 2019. Epub ahead of print.

81. Al-Kawaz M, Kamel H, Murthy SB, **Merkler AE**. Association of Aortic Aneurysms and Dissections With Subarachnoid Hemorrhage. J Am Heart Assoc 2109;8:e013456. Epub 2019.

82. Lerario MP, Grotta JC, **Merkler AE**, Omran SS, Chen ML, Parikh NS, Yaghi S, Murthy S, Navi BB, Kamel H. Association Between Intravenous Thrombolysis and Anaphylaxis Among Medicare Beneficiaries. Stroke 2019;50:3283-3285.

83. Alkhachroum AM, Rubinos C, Chatterjee A, Chen ML, Martin A, Claassen J, Murthy SB, **Merkler AE**. Rates and Trends of Endotracheal Intubation in Patients with Status Epilepticus. Neurohospitalist 2019;9:190-196.

84. Ramasamy S, Patel P, Gupta A, Okin PM, Murthy S, Navi BB, Kamel H, **Merkler AE**. Association Between Troponin Levels and Visceral Infarction in Patients with Acute Ischemic Stroke. J Stroke Cerebrovasc Dis 2019;28:104449.

85. Murthy SB. Diaz I, Wu X, **Merkler AE**, Iadecola C, Safford MM, Sheth KN, Navi BB, Kamel H. Risk of Arterial Ischemic Events After Intracerebral Hemorrhage. Stroke. 2020;51:137-142.

86. Lin J, Piran P, Lerario MP, Ong H, Gupta A, Murthy SB, Diaz I, Stieg PE, Knopman J, Falcone GJ, Sheth KN, Fink ME, **Merkler AE**, Kamel H. Differences in Admission Blood Pressure Among Causes of Intracerebral Hemorrahge. Stroke. 2020;51:644-647.

87. Kamel H, Navi BB, **Merkler AE**, Baradaran H, Diaz I, Parikh NS, Kasner SE, Gladstone DJ, Iadecola C, Gupta A. Reclassification of Ischemic Stroke Etiological Subtypes on the Basis of High-Risk Nonstenosing Carotid Plaque. Stroke. 2020;51:504-510.

88. Parikh NS, Kamel H, Navi BB, Iadecola C, **Merkler AE**, Jesudian A, Dawson J, Falcone GJ, Sheth KN, Roh DJ, Elkind MSV, Hanley DF, Ziai WC, Murthy SB; VISTA-ICH Collaborators. Liver Fibrosis Indices and Outcomes After Primary Intracerebral Hemorrhage. Stroke. 2020;51:830-837.

89. Chang AD, Ignacio GC, Akiki R, Gorry BM, Cutting SS, Burton T, Jayaraman M, **Merkler AE**, Song C, Poppas A, Kamel H, Elkind MSV, Furie K, Atalay M, Yaghi S. Increased Left Atrial Appendage Density on Computerized Tomography is Associated with Cardioembolic Stroke. J Stroke Cerebrovasc Dis. 2020;29:104604.

90. Salehi Omran S, Chaker S, Lerario MP, **Merkler AE**, Navi BB, Kamel H. Relationship between Lambl's excerescences and embolic strokes of undetermined source. Eur Stroke J. 2020;5:169-173.

91. Bruce SS, **Merkler AE**, Bassi M, Chen ML, Salehi Omran S, Navi BB, Kamel H. Differences in Diagnostic Evaluation in Women and Men After Acute Ischemic Stroke. J Am Heart Assoc. 2020;9:e015625.

92. Murthy SB, Wu X, Diaz I, Parasram M, Parikh NS, Iadecola C, **Merkler AE**, Falcone GJ, Brown S, Biffi A, Ch'ang J, Knopman J, Stieg PE, Navi BB, Sheth KN, Kamel H. Non-Traumatic Subdural Hemorrhage and Risk of Arterial Ischemic Events. Stroke. 2020;51:1464-1469.

93. Liberman AL, Navi BB, Esenwa CC, Zhang C, Song J, Cheng NT, Labovitz DL, Kamel H, **Merkler AE.** Misdiagnosis of Cervicocephalic Artery Dissection in the Emergency Department. Stroke. 2020;51:1876-1878.

94. Parikh NS, Chatterjee A, Diaz I, **Merkler AE,** Murthy SB, Iadecola C, Navi BB, Kamel H. Trends in Active Cigarette Smoking Among Stroke Survivors in the United States, 1999 to 2018. Stroke. 2020;51:1656-1661.

95. Salehi Omran S, Parikh NS, Poisson S, Armstrong J, **Merkler AE**, Prabhu M, Navi BB, Riley LE, Fink ME, Kamel H. Ann Neurol 2020. Epub ahead of print.

96. **Merkler AE**, Parkihk NS, Mir S, Gupta A, Kamel H, Lin E, Lantos J, Schenck EJ, Goyal P, Bruce SS, Kahan J, Lansdale KN, LeMoss MM, Murthy SB, Stieg PE, Fink ME, Iadecola C, Segal AZ, Campion TR, Diaz I, Zhang C, Navi BB. Risk of Ischemic Stroke in Patients with Covid-19 versus Patients with Influenza. JAMA Neurol. 2020. Epud ahead of print.

97. Piran P, Atalay YB, Gupta A, Patel P, Murthy SB, Navi BB, Kamel H, **Merkler AE**. Relationship between Presence of Visceral Infarction and Functional Outcome of Patients with Acute Ischemic Stroke. Cerebrovasc Dis. 2020. Epub ahead of print.

98. Parauda SC, Gao V, Gewirtz AN, Parikh NS, **Merker AE**, Lantos J,. White H, Leifer D, Navi BB, Segal AZ. Posterior Reversible Encephalopathy Syndrome in Patients with Covid-19. J Neurol Sci. 2020. Epub ahead of print.

99. Kamel H, Navi BB, Parikh NS, **Merkler AE**, Okin PM, Devereux RB, Weinsaft JW, Kim J, Cheung JW, Kim LK, Casadei B, Iadecola C, Sabuncu MR, Gupta A, Diaz I. Machine Learning Prediction of Stroke Mechanism in Embolic Strokes of Undetermined Source. Stroke. 2020;51(9):e203-e210.

100. Morris NA, Chen ML, Adejumo OL, Murthy SB, Kamel H, **Merkler AE**. Stroke Risk Following Takotsubo Cardiomyopathy. Neurohospitalist. 202;10:277-280.

101. Roth WH, Cai A, Zhang C, Chen ML, **Merkler AE**, Kamel H. Gastrointestinal Disorders and Risk of First-Ever Ischemic Stroke. Stroke. 2020;51:3577-3583.

102. **Merkler AE,** Alakbarli J, Barbar T, Baradaran H, Adejumo O, Navi BB, Kamel H, Kim J, Okin PM, Gupta A, Weinsaft JW. Association Between the Size and Location of Myocardial Infarction and Cerebral Infarction. J Neurol Sci. 202;419:117182.

103. Murthy S, Roh DJ, Chatterjee A, McBee N, Parikh NS, **Merkler AE,** Navi BB, Falcone GJ, Sheth KN, Awad I, Hanley D, Kamel H, Ziai WC; CLEAR III, MISTIE III and VISTA-ICH Collaborators. Prior Antiplatelet Therapy and Hematoma Expansion after Primary Intracerebral Haemorrhage: an Individual Patient-level Analysis of CLEAR III, MISTIE III and VISTA-ICH. J Neurol Neurosurg Psychiatry. 2020. Online ahead of print.

104. Atalay YB, Piran P, Chatterjee A, Murthy S, Navi BB, Liberman AL, Dardick J, Zhang C, Kamel H, **Merkler AE.** Prevalence of Cervical Artery Dissectiono Among Hospitalized Patients with Stroke by Age in a Nationally Representative Sample from the United States. Neurology. 2021;96:e1005-e1011.

105. **Merkler AE,** Zhang C, Navi BB. Risk of Haemorrhage Stroke in Patients with Coronavirus Disease 2019-Reply. JAMA Neurol. 2021;78:497.

106. Bruce SS, Kahan J, Huq T, Santillan A, Navi BB, **Merkler AE,** Parikh NS, Mir S, Schweitzer AD, Segal AZ. Missed Cerebrovascular Events During Prolonged Sedation for COVID-19 Pneumonia. J Clin Neurosci. 2021;86:180-183.

107. Parikh NS, Navi BB, **Merkler AE,** Kamel H. Electronic Cigarette Use and Cigarette-Smoking Cessation Attempts Among Stroke Survivors in the US. JAMA Neurol. 2021;78:759-760.

108. Lavette LE, Miller A, Rook B, London Z, Cook C, **Merkler AE**, Santini V, Ruff IM, Kraakevik J, Smith D, Anderson WE, Johnson SL, yan PZ, Sweeney J, Chamberlain A, Rogers-Baggett B, Isaacson R, Strowd RE. Education Research: NeuroBytes: A New Rapid, High-Yield e-Learning Platform for Continuing Professional Development in Neurology. Neurology. 2021. Online ahead of print.

109. **Merkler AE,** Bartz TM, Kamel H, Soliman EZ, Howard V, Psaty BM, Okin PM, Safford MM, Elkind MSV, Loongstreth WT Jr. Silent Myocardial Infarction and Subsequent Ischemic Stroke in the Cardiovascular Health Study. Neurology. 2021. Online ahead of print.

110. Magid-Bernstein J, Omran SS, Parikh NS, **Merkler AE**, Navi B, Kamel H. RCVS: Symptoms, Incidence, and Resource Utilization in a Population-Based US Cohoort. Neurology. 2021. Online ahead of print.

<u>Review and opinion articles:</u>

1. **Merkler AE**, Iadecola C. Rollercoaster Blood Pressure: An Alzheimer Disease Risk Factor? Circulation 2017;136:526-528.

2. **Merkler AE**, Parikh NS, Kamel H. Jump Starting Your Clinical Research Career Using Administrative Data Sets for Stroke Research. Stroke 2018;49:e303-e305.

3. Kamel H, **Merkler AE,** Iadecola C, Gupta A, Navi BB. Tailoring the Approach to Embolic Stroke of Undetermined Source: A Review. JAMA Neurol 2019. Epub ahead of print.

4. Buchman SL, **Merkler AE**. Basilar Artery Occlusion: Diagnosis and Acute Treatment. Curr Treat Options Neurol 2019;21:45.

5. Parikh N, **Merkler AE,** Iadecola C. Inflammation, Autoimmunity, Infection, and Stroke. Epidemiology and Lessons from Therapeutic Intervention. Stroke 2020;51:711-718.

6. **Merkler AE**. Blood Cell Disorders of the Nervous System. Continuum 2020;26:659-674.

<u>Book Chapters:</u>

1. **Merkler AE,** Safdieh J. "Neurological History and Examination" Textbook of Internal Medicine – An Intensive Board Review with 1000 MCQs. Blendon Miller 2013. In Press.

2. Al-Kawaz M, **Merkler AE.** "Stroke." Critical Care Examination and Board Review. McGraw Hill 2019.

<u>Selected Oral Abstracts:</u>

1. **Merkler AE**, Ch'ang JH, Kamel H. The Rate of Complications After Ventriculoperitoneal Shunt Surgery. Presented as an oral platform presentation at the 2015 Annual Meeting of the Neurocritical Care Society, Scottsdale, AZ.
2. **Merkler AE**, Dunn LE, Lerario MP et al. The long term risk of seizures after stroke. Presented as an oral abstract at the 2016 International Stroke Conference, Los Angeles, CA.
3. **Merkler AE.** Chatterjee A, Gialdini G, et al. Trends and Characteristics of Tuberculous Meningitis in the United States, 1993-2013. Presented as a platform presentation at the 2017 American Academy of Neurology Annual Meeting, Boston, MA.
4. **Merkler AE,** Gialdini G, Yaghi S et al. Long-term Risk of Complications after Percutaneous Transcatheter Closure of Patent Foramen Ovale Presented as an platform presentation at the 2017 American Academy of Neurology Annual Meeting, Boston, MA.
5. **Merkler AE,** Diaz I, Murthy SB. Duration of Heightened Stroke Risk after Myocardial Infarction. Presented as an oral abstract at the 2018 International Stroke Conference, Los Angeles, CA.
6. **Merkler AE,** Bartz TM, Kamel H. Silent Myocarial Infarction and Subsequent Ischemic Stroke Risk in the Cardiovascular Health Study. Presented as an oral abstract at the 2021 International Stroke Conference, Virtual Conference.

# EXHIBIT D

# GORDON SZE, M.D.

Gordon Sze, MD
123 York Street
Apartment 2B
New Haven, Connecticut 06511

August 24, 2022

**VIA ELECTRONIC DELIVERY**

Michael Drahos, Esq.
Gray Robinson, P.A.
Northbridge Centre
515 N. Flagler Drive
Suite 650
West Palm Beach, Florida 33401

Re: **BURGESS, Richard v. Royal Caribbean Cruises, Ltd.**
DOB: 3/14/57
DOA: 2/18/21

Dear Mr. Drahos:

I have been Professor of Radiology at Yale University School of Medicine for twenty-four years, prior to which, I was Associate Professor. I have served as Chief of Neuroradiology for thirty years. I am past-President of the American Society of Neuroradiology (2014-2015) and of the American Society of Spine Radiology (2004-2005). I have served as an Associate Editor or a member of the Editorial Advisory Board of all the major radiology journals in our field, including Radiology, American Journal of Neuroradiology, American Journal of Roentgenology, and Investigative Radiology. I have over 130 peer reviewed publications listed in my *curriculum vitae*. I also lecture and teach courses at universities and the major radiology meetings, both nationally and internationally.

I am licensed to practice medicine in California, New York and Connecticut. I received my Bachelor's degree from Harvard College in 1976 and my Medical Degree from Harvard Medical School in 1981. I did

my internship, radiology residency and fellowship in Neuroradiology at the University of California, San Francisco. I became board certified in Radiology in 1985, received a certificate of added qualification in Neuroradiology in 1998 and have completed maintenance of that certification since then. The opinions expressed in this letter are based upon my education, training and experience.

I have reviewed some medical records and the imaging examinations of Richard Burgess. If additional records or radiographic studies become available, I will be happy to review and comment on them as well. All of the opinions addressed in this report represent my best medical opinion regarding Richard Burgess' imaging examinations and are expressed to a reasonable degree of medical certainty.

## IMAGING EXAMINATIONS

The initial imaging examination performed is an MR examination of the brain from 12/3/18 at 2:51 pm. This study discloses a small region of encephalomalacia in the left medial posterior parietal lobe, consistent with a prior infarction. There are no other regions of abnormal increased or decreased signal intensity. The ventricles and sulci are appropriate for the patient's age. After the administration of intravenous contrast, there is no abnormal enhancement.

A CT study of the brain was performed on 2/21/19 at 2:14 pm. This examination demonstrates a small region of well-defined low density in the left medial posterior parietal lobe, several foci of clear low density in the left medial inferior cerebellum, and less well-defined diffuse low density in the left posterior cerebral artery territory. There is mild atrophy and mild prominence of the ventricles and sulci. There is significant vascular calcification, as well as mild increased density in the P1 and P2 segments of the left posterior cerebral artery.

A CT angiogram of the neck and brain was obtained on 2/21/19 at 2:24 pm. This study demonstrates a marked high-grade stenosis/occlusion in the proximal right V1 segment and irregularity and stenosis in the right V2 segment. Also seen is a significant stenosis at the take-off of the left vertebral artery in the V1 segment, as well as narrowing, followed by occlusion, in the left V4 segment. There is occlusion of the left P2 segment.

An MR examination of the brain was obtained on 2/22/19 at 5:28 am. This examination demonstrates restricted diffusion in the left posterior cerebral

artery territory, left thalamus, and patchy areas in the left cerebellum. There is mild atrophy and mild prominence of the ventricles and sulci.

A follow-up CT examination of the brain was obtained on 2/22/19 at 8:43 am. This examination demonstrates prominent low density in the left posterior cerebral artery territory, with smaller foci of low density in the left cerebellum and in the left thalamus. Since the comparison CT examination of 2/21/19, there is increased prominence of the regions of infarction.

A follow-up CT angiogram of the neck and brain was obtained on 2/22/19 at 9:41 am. This examination demonstrates non-visualization of the distal vertebral arteries bilaterally and of the basilar artery, as well as occlusion of the left P2 segment. CT perfusion study demonstrates decreased cerebral blood flow in the left posterior cerebral artery territory and abnormal mean transit time in the right cerebellum, brainstem, and left posterior cerebral artery territory.

A neurovascular interventional procedure was performed on 2/22/19 at 10:39 am.

The final imaging studies available for review are CT examinations of the brain from 2/22/19 at 7:58 pm and 2/23/19 at 6:43 pm. These examinations confirm the regions of infarction in the left posterior cerebral artery territory, left thalamus, and bilateral cerebellum.

## DISCUSSION

Mr. Burgess suffered from a fall, after drinking, shortly after midnight on 2/18/19. He received stitches for his head laceration and did well until the morning of 2/21/19, when he complained of vision problems, unstable gait, and right hand symptoms. He was brought to HIMA San Pablo Hospital. He was diagnosed with having a stroke but felt to be outside of the window for the administration of intravenous tPA.

### What was the cause of Mr. Burgess' strokes?

Mr. Burgess suffered from a fall shortly after midnight on 2/18/19. It has been alleged that the fall caused a dissection of his left vertebral artery, resulting in his strokes. This is highly unlikely for multiple reasons.

First, while dissections can be associated with trauma, that is less true in older patients, especially those who have cardiac risk factors, as in Mr. Burgess' case.

Second, Mr. Burgess had significant underlying atherosclerosis. This pre-existing disease is visualized on the CT examinations as vascular calcification and the presence of prior strokes and on the CT angiograms as extensive significant stenosis at the take-off of both vertebral arteries, as well as along their subsequent course.

Third, the most common location for a traumatic vertebral artery dissection is at the V3 segment. In Mr. Burgess' case, the left V3 segment appears normal.

Fourth, Mr. Burgess had already suffered a prior stroke in the same vascular distribution as the later strokes at issue, demonstrating that he already had pre-existing significant disease in the very arteries that would later cause his larger and more extensive infarctions.

For all of these reasons, it is far more likely that Mr. Burgess' strokes were unrelated to his fall 3 days earlier and were due to his extensive serious underlying atherosclerosis.

**Could intravenous tPA have been given?**

The CT examination from 2/21/19 at 2:14 pm demonstrates sequelae of a small prior infarction in the distal left posterior cerebral artery territory, along the medial posterior left parietal lobe, seen as a region of well-defined marked low density. In addition, there are also distinct foci of intermediate low density in the medial inferior left cerebellum, as well as less prominent low density in the left occipital lobe. These additional areas represent regions of more recent infarction and are confirmed on the subsequent MR examination, the most sensitive modality to detect infarctions.

The time necessary to visualize an infarction on CT examinations is dependent upon the size and location of the stroke. The earliest findings of large infarctions in the middle cerebral artery territory may be present in as little as 2 hours and generally manifest as subtle mass effect. Small infarctions take much longer to be detected. In addition, the location of the stroke is also important. In the posterior fossa, the presence of artifacts, especially bony artifact from the surrounding skull, make visualization of infarctions more difficult.

In Mr. Burgess' case, the large left posterior cerebral artery territory infarct demonstrates mild low density and mass effect and may be as recent as several hours old. However, the age of the small medial inferior left cerebellar foci is at least 12 hours and most likely up to 36 hours old. Since the time period for the administration of intravenous tPA is 4 ½ hours, this finding would indicate that intravenous tPA was contraindicated by the time of his earliest complaints on 2/21/19.

**If intravenous tPA could have been used in this case, would it have been successful?**

There are many factors to consider. First, the clot itself is lengthy and occupies much of the length of the left posterior cerebral artery. Clots that are longer than 8 mm in length have a poor response rate to intravenous tPA (Puig J, et al. Quantification of Thrombus Hounsfield Units on Noncontrast CT Predicts Stroke Subtype and Early Recanalization after Intravenous Recombinant Tissue Plasminogen Activator. AJNR,2011;33:90-96. Reidel CH, et al. The Importance of Size: Successful Recanalization by Intravenous Thrombolysis in Acute Anterior Stroke Depends on Thrombus Length. Stroke,2011;42:1775-1777.)

Second, the clot itself is not very dense (bright). When clots are lower in density, the likelihood of success with intravenous tPA is significantly reduced. (Moftakhar P, et al. Density of Thrombus on Admission CT Predicts Revascularization Efficacy in Large Vessel Occlusion Acute Ischemic Stroke. Stroke,2013;44:243-245.)

Third, even when intravenous tPA does work, it improves outcome in approximately an additional 1/3 of patients. In other words, a certain percentage of patients will do well with little therapy after a stroke under normal conditions. The use of intravenous tPA raises that percentage by approximately 1/3. Therefore, it is not more likely than not that intravenous tPA will allow most patients to recover from infarctions.

## CONCLUSIONS

In conclusion, within a reasonable degree of medical certainty, at the time of his cruise, Mr. Burgess suffered from multiple infarctions due to his underlying severe cardiovascular disease. Within a reasonable degree of medical certainty, his fall on 2/18/19 was unrelated to the subsequent development of his strokes. Within a reasonable degree of medical

certainty, the use of intravenous tPA was contraindicated when he presented on 2/21/19. Within a reasonable degree of medical certainty, even if intravenous tPA had been administered, it is unlikely that it would have helped.

Very truly yours,

Gordon Sze, MD

# CURRICULUM VITAE

| | |
|---|---|
| NAME: | Gordon Sze, M.D. |
| HOSPITAL ADDRESS: | Department of Diagnostic Radiology<br>Yale University School of Medicine<br>Section of Neuroradiology<br>333 Cedar Street<br>New Haven, CT 06510<br>Tel: (203) 785-3667<br>email: gordon.sze@yale.edu |
| HOME ADDRESS: | 123 York Street, Apt. 2B<br>New Haven, CT 06511 |
| DATE OF BIRTH: | March 6, 1955 |
| PLACE OF BIRTH: | New York City |
| NATIONALITY: | U.S.A. |
| EDUCATION: | 1968-1972<br>Phillips Academy<br>Andover, MA<br><br>1973-1976, B.A.<br>Harvard College<br>Cambridge, MA<br><br>1976-1977<br>Sheldon Fellowship<br>Harvard University<br>Cambridge, MA<br><br>1977-1981, M.D.<br>Harvard Medical School<br>Boston, MA |
| POST DOCTORAL TRAINING: | Internship: 1981-1982<br>University of California, San Francisco<br><br>Residency: 1982-1985<br>University of California, San Francisco |

Fellowship: 1985-1986 Neuroradiology
University of California, San Francisco

POSITIONS AND APPOINTMENTS:

1985-1986
Clinical Instructor in Radiology
University of California, San Francisco

1986-1988
Assistant Professor of Radiology
Cornell University Medical College and
Memorial Sloan-Kettering Cancer Center, NYC

1989-6/1997
Associate Professor of Radiology
Yale University School of Medicine

1/1989-6/1989
Co-Chief, Section of Neuroradiology
Yale University School of Medicine

6/1989-Present
Chief, Section of Neuroradiology
Yale University School of Medicine

6/1997-Present
Professor of Radiology
Yale University School of Medicine

6/1997-6/1999, 7/2002-2003
Acting Chief, Section of MR
Yale University School of Medicine

LICENSED PHYSICIAN:

Year: 1981 Place of Issue: CA #G49999
Year: 1986 Place of Issue: NY #166803
Year: 1989 Place of Issue: CT #029610

BOARD CERTIFICATION:

Diplomate, American Board of Radiology, 1985
Certificate of Added Qualification in Neuroradiology, 1998
Maintenance of Certificate, 2008

SCIENTIFIC SOCIETIES:

American College of Radiology
Radiological Society of North America
American Society of Neuroradiology
American Roentgen Ray Society
International Society of Magnetic Resonance in Medicine
American Society of Functional Neuroradiology
American Society of Head and Neck Radiology
American Society of Pediatric Neuroradiology
American Society of Spine Radiology
Eastern Neuroradiology Society

HONORS AND AWARDS:

Summa cum laude, 1976
Phi Beta Kappa, 1976
Sheldon Fellowship, 1976-1977
Honorable Mention, RSNA Exhibit, 1987
Editor's Award, Radiology, 1989
Editor's Award, Radiology, 1990
Editor's Award, Radiology, 1991
Editor's Certificate of Recognition, Radiographics, 1991
Editor's Certificate of Recognition, Radiographics, 1992
Faculty, Basic Science Research Award, American Society of Neuroradiology, 1994-1995
Editor's Recognition Award, Radiology, 1997
Editor's Recognition Award, Radiology, 1998
Editor's Recognition Award, Radiology, 1999
Certificate of Merit, American Roentgen Ray Society Exhibit, 2000
Faculty, Mentor Award, American Society of Spine Radiology, 2004
Certificate of Merit, American Roentgen Ray Society Exhibit, 2006
Educational Exhibit Award, Second Place, American Society of Head and Neck Radiology, 2006
Certificate of Merit, American Roentgen Ray Society Exhibit, 2011

SCIENTIFIC SOCIETY ACTIVITIES:

| | |
|---|---|
| Program Committee, American Society of Neuroradiology | 1987-1988 |
| Manuscript Reviewer, Computerized Medical Imaging | 1987-1989 |

| | |
|---|---|
| Moderator, Society of Magnetic Resonance Imaging, San Antonio, TX | March 1987 |
| Scientific Exhibits Committee for Radiographics | 1988 to 1995 |
| RSNA Committee on Contrast Agents, American Society of Neuroradiology | 1988 to 1995 |
| Manuscript Reviewer, Radiology | 1988 to Present |
| Editorial Advisory Board, MRI Decisions | 1988 to 1995 |
| Moderator, Society of Magnetic Resonance Imaging, Boston, MA | February 1988 |
| Invited speaker, Neuroimaging Course, American Society of Neuroradiology, Chicago, IL | May 1988 |
| Moderator, American Society of Neuroradiology, Chicago, IL | May 1988 |
| Moderator, Second European Congress of NMR in Medicine and Biology, Berlin, Germany | June 1988 |
| Manuscript Reviewer, Magnetic Resonance Imaging | 1989 to Present |
| Manuscript Reviewer, Radiographics | 1989 to Present |
| Editorial Advisory Board, American Journal of Neuroradiology, Chicago, IL | 1989 to Present |
| Moderator, Society of Magnetic Resonance Imaging, Los Angeles, CA | February 1989 |
| Keynote speaker, American Society of Neuroradiology, Orlando, FL | March 1989 |
| Moderator, American Society of Neuroradiology, Orlando, FL | March 1989 |
| Moderator, Society of Magnetic Resonance in Medicine, Amsterdam | August 1989 |
| Program Committee, Society of Magnetic Resonance in Medicine | 1989-1990 |

| | |
|---|---|
| Program Committee, Society of Magnetic Resonance in Medicine | 1989-1992 |
| Program Committee, American Society of Neuroradiology, Chicago, IL | 1990-1991 |
| Invited speaker, Magnetic Resonance Course, Society of Magnetic Resonance Imaging, Washington, D.C. | March 1990 |
| Moderator, Society of Magnetic Resonance Imaging, Washington, D.C. | March 1990 |
| Moderator, American Society of Neuroradiology, Los Angeles, CA | March 1990 |
| NIH Review Committee on MR Imaging in Multiple Sclerosis, RFP NIH-NINDS-90-03 | May 1990 |
| Invited speaker, Magnetic Resonance Course, Society of Magnetic Resonance in Medicine, New York, NY | August 1990 |
| Moderator, Society of Magnetic Resonance in Medicine, New York, NY | August 1990 |
| Basic Sciences Committee, American Society of Neuroradiology | 1990-1994 |
| Manuscript Reviewer, Journal of Magnetic Resonance Imaging | 1990 to Present |
| Moderator, Society of Magnetic Resonance Imaging, Chicago, IL | April 1991 |
| Invited speaker, Magnetic Resonance Course, American Roentgen Ray Society, Boston, MA | May 1991 |
| NIH Review Committee on MR Imaging in Cerebrovascular Disease, RFP NHLBI-HC-91-06 | May 1991 |
| Discussant, American Society of Neuroradiology, Washington, D.C. | June 1991 |
| Editorial Advisory Board, Advances in NMR-Contrast | 1991 to 1997 |

| | |
|---|---|
| Invited speaker, Magnetic Resonance Course, Society of Magnetic Resonance Imaging, Dallas, TX | April 1992 |
| Invited speaker, Plenary Symposia, Society of Magnetic Resonance Imaging, Dallas, TX | April 1992 |
| Invited speaker, Categorical Course, American Roentgen Ray Society, Orlando, FL | May 1992 |
| Invited speaker and moderator, Categorical Course, American Society of Neuroradiology, St. Louis, MO | June 1992 |
| Invited speaker, Magnetic Resonance Course, Society of Magnetic Resonance in Medicine, Berlin | August 1992 |
| Invited speaker, Categorical Course, Radiological Society of North America, Chicago, IL | November 1992 |
| Moderator, Radiological Society of North America, Chicago, IL | November 1992 |
| Committee on MR Research, Society of Magnetic Resonance Imaging | 1992-1994 |
| Scientific Awards Committee, American Society of Neuroradiology, Chicago, IL | 1992-1995 |
| Invited speaker, Categorical Course, Society of Magnetic Resonance Imaging, San Francisco, CA | March 1993 |
| Invited speaker, American Society of Neuroradiology, Vancouver, British Columbia, Canada | May 1993 |
| Invited speaker, Categorical Course, Radiological Society of North America, Chicago, IL | November 1993 |
| Committee on Education and Training, American Society of Neuroradiology, Chicago, IL | 1993 to Present |
| Committee on Research and Technology Assessment of the Commission on Neuroradiology and Magnetic Resonance, American College of Radiology | 1993 to 2003 |
| Invited speaker, Magnetic Resonance Course, Society of Magnetic Resonance, Dallas, TX | March 1994 |

| | |
|---|---|
| Invited speaker, American Society of Neuroradiology, Nashville, TN | May 1994 |
| Invited speaker, Categorical Course, Radiological Society of North America, Chicago, IL | November 1994 |
| Invited speaker, Symposium Neuroradiologicum, Kumamoto, Japan | October 1994 |
| Program Directors Subcommittee of Education, American Society of Neuroradiology | 1994 to 2002 |
| Editorial Board, Investigative Radiology | 1994 to Present |
| Audit Committee, American Society of Neuroradiology | 1995 to 1998 |
| Invited speaker and moderator, American Society of Neuroradiology, Chicago, IL | April 1995 |
| Invited speaker, Categorical Course, American Roentgen Ray Society, Washington, DC | May 1995 |
| Invited Speaker, Categorical Course, Radiological Society of North America, Chicago, IL | November 1995 |
| Invited Speaker, Neuroradiology Course, American Society Of Neuroradiology | June 1996 |
| Government Relations and Health Policy Subcommittee, American Society of Neuroradiology | 1996 to Present |
| Invited Speaker and Moderator, American Society of Neuroradiology, Toronto, Ontario, Canada | May 1997 |
| Editorial Board, Imaging Decisions: MRI | 1997 to 2003 |
| Committee on Standards and Accreditation of the Commission on Neuroradiology and MR, American College of Radiology | 1997 to 2007 |
| Moderator, International Society of Magnetic Resonance in Medicine, Sydney, Australia | April, 1998 |
| Chairman, Audit Committee, American Society of | |

| | |
|---|---|
| Neuroradiology | 1997-1998 |
| Editorial Advisory Panel, American Journal of Roentgenology | 1998 to 2006 |
| Editorial Board, Alzheimer's Disease | 1998 to 2005 |
| Invited Speaker, International Congress of Radiology, New Delhi, India | September 1998 |
| Film Panel, International Congress of Radiology, New Delhi, India | September 1998 |
| Invited Speaker, International Society of Magnetic Resonance In Medicine, Philadelphia | May 1999 |
| Invited Speaker, American Society of Neuroradiology, San Diego | May 1999 |
| Associate Editor, Radiology | 1999 to 2006 |
| Invited Speaker, American Society of Spine Radiology, Marco Island | February 2000 |
| Invited Speaker and Film Panel Moderator, American Society of Neuroradiology, Atlanta | April 2000 |
| Session Moderator, American Society of Neuroradiology, Atlanta | April 2000 |
| Executive Committee, American Society of Spine Radiology | 2000 to 2006 |
| Program Committee, American Society of Spine Radiology, Marco Island | 2000 to 2001 |
| Invited Speaker, American Society of Spine Radiology, Marco Island | February 2001 |
| Organizer and Film Panel Moderator, American Society Of Spine Radiology, Marco Island | February 2001 |
| Secretary, American Society of Spine Radiology | 2001 to 2002 |
| Chairman, Membership Committee, American Society Of Spine Radiology | 2001-2002 |
| Moderator, American Society of Spine Radiology, Nassau, The Bahamas | February 2002 |

| | |
|---|---|
| Invited speaker, Categorical Course, American Society of Neuroradiology, Vancouver, Canada | May 2002 |
| Invited speaker, Categorical Course, International Society for Magnetic Resonance in Medicine, Honolulu | May 2002 |
| Chairman, Audit Committee, American Society Of Spine Radiology | 2002-2003 |
| Vice-President, American Society of Spine Radiology | 2003-2004 |
| Moderator, American Society of Spine Radiology, Miami | February 2004 |
| Chairman, Nominating Committee, American Society of Spine Radiology | 2003-2004 |
| Chairman, Awards Committee, American Society of Spine Radiology | 2003-2004 |
| Chairman, Meeting Committee, American Society of Spine Radiology | 2003-2004 |
| Chairman, Mentor Committee, American Society of Spine Radiology | 2003-2004 |
| Program Committee, American Society of Spine Radiology | 2003 to 2005 |
| President, American Society of Spine Radiology | 2004-2005 |
| Invited speaker, Plenary Session, American Society of Neuroradiology, Seattle | June 2004 |
| Moderator, Plenary Session, American Society of Neuroradiology, Seattle | June 2004 |
| Chairman, Program Committee, American Society of Spine Radiology | 2004-2005 |
| American College of Radiology Representative for the American Society of Spine Radiology | 2004-2005 |
| World Federation of Neuroradiology Societies Representative for the American Society of Spine Radiology | 2005-2008 |
| American College of Radiology Representative for the American Society of Neuroradiology | 2005-2008 |
| Publication Committee, American Society of Neuroradiology | 2005-2008 |

| | |
|---|---|
| Committee for Evidence Based Medicine, American Society of Neuroradiology | 2005-2008 |
| Executive Committee, American Society of Neuroradiology | 2004-present |
| Meeting Planning Committee, American Society of Spine Radiology | 2005-2008 |
| Moderator, Radiological Society of North America, Chicago | November 2004 |
| Moderator, American Society of Neuroradiology, Toronto | May 2005 |
| Invited speaker, Case Based Review, American Society of Neuroradiology, Toronto | May 2005 |
| American College of Radiology Intersociety Council Member | 2005-2008 |
| Invited speaker, Plenary Sessions, Asian-Oceanic Society of Neuroradiology, Singapore | February 2007 |
| Panel, Scientific paper discussion, Asian-Oceanic Society of Neuroradiology, Singapore | February 2007 |
| Symposium Scientific Committee, X1X Symposium Neuroradiologicum | 2007-2010 |
| Program Committee, American Society of Neuroradiology | 2007-2009 |
| Chair, Publications Committee, American Society of Neuroradiology | 2008-2011 |
| Invited speaker, Plenary Sessions, American Society of Neuroradiology, Vancouver | May 2009 |
| Invited speaker, Plenary Sessions, Eastern Neuroradiological Society, Hershey | August 2009 |
| Treasurer, American Society of Neuroradiology | 2009-2011 |
| Invited speaker, Plenary Sessions, American Society of Spine Radiology, Las Vegas | February 2010 |
| Committee on Commercial Relations, American Society of Neuroradiology | 2009-2012 |
| Education Committee, American Society of Neuroradiology | 2009-2012 |

| | |
|---|---|
| Publications Committee, American Society of Head and Neck Radiology | 2010 |
| Editorial Board, International Journal of Pediatric Neuroradiology | 2010-present |
| Chair, Ethics Task Force, American Society of Neuroradiology | 2010-2012 |
| Chair, Financial Relationships with Industry Task Force, American Society of Neuroradiology | 2010-2012 |
| Commission on Human Resources, American College of Radiology | 2011-present |
| Commission on Neuroradiology, American College of Radiology | 2011-present |
| Commission on Human Resource - Neuroradiology, American College of Radiology | 2011-present |
| Invited speaker, categorical course, Radiological Society of North America | December 2011 |
| Invited speaker, plenary sessions, American Society of Neuroradiology, New York City | April 2012 |
| Vice-President, American Society of Neuroradiology | 2012-2013 |
| Primary organizer, with Carolyn Meltzer, MD, and the Ethics Department of Emory University, of the Neuroethics Symposium. Symposium by invitation only, sponsored by American Society of Neuroradiology and, with participants from leading universities in neuroradiology, ethics, law, statistics, etc. Publications in AJNR and to be submitted to American Journal of Bioethics | December 2012 |
| Invited speaker, categorical course, Radiological Society of North America | December 2012 |
| Invited speaker, plenary sessions, American Society of Spine Radiology, Scottsdale | February 2013 |
| Invited speaker, plenary sessions, Eastern Neuroradiological Society, White Sulfur Springs, West Virginia | August 2013 |
| Invited speaker, plenary sessions, Western Neuroradiological Society, Kohala | October 2013 |

| | |
|---|---|
| Invited speaker, categorical course, Radiological Society of North America | December 2013 |
| President-Elect, American Society of Neuroradiology | 2013-2014 |
| Program Chair, Annual Meeting and Symposium, American Society of Neuroradiology | 2012-2014 |
| Invited speaker, categorical course, Radiological Society of North America | December 2014 |
| Invited speaker, plenary sessions, American Society of Spine Radiology, Miami | February 2014 |
| Invited speaker, plenary sessions, American Society of Functional Neuroradiology, Miami | February 2014 |
| President, American Society of Neuroradiology | 2014-2015 |
| Invited speaker, plenary sessions, Eastern Neuroradiological Society, Manchester, Vermont | August 2014 |
| Invited speaker, plenary sessions, Western Neuroradiological Society, San Francisco | October 2014 |
| Invited speaker, European Society of Neuroradiology, Spine | November 2014 |
| Invited speaker, categorical course, Radiological Society of North America | December 2014 |
| Invited speaker, plenary sessions, American Society of Spine Radiology, Las Vegas | February 2015 |
| Moderator, American Society of Neuroradiology | April 2015 |
| Chairman, Future Meeting Site Committee, American Society of Neuroradiology | May 2015-January 2017 |
| Board of Trustees, American Society of Neuroradiology | May 2015-present |
| Invited speaker, European Society of Neuroradiology | September 2015 |
| Invited speaker, European Society of Neuroradiology, Film Panel | September 2015 |

| | |
|---|---|
| Invited speaker, categorical course, Radiological Society of North America | December 2015 |
| Moderator, Radiological Society of North America | December 2015 |
| Moderator, American Society of Neuroradiology | May 2016 |
| Committee to Select the New CEO, American Society of Neuroradiology | May 2016-January 2017 |
| Invited speaker, plenary sessions, Eastern Neuroradiological Society | August 2016 |
| Invited speaker, categorical course, Radiological Society of North America | December 2016 |
| Committee on Practice Parameters, American College of Radiology | May 2017-present |
| Invited speaker, plenary sessions, American Society of Spine Radiology | March 2017 |
| Moderator, case presentation, "Meet the Prez", American Society of Neuroradiology | April2017 |
| Invited speaker, plenary sessions, American Society of Neuroradiology | May 2018 |
| Invited speaker, plenary sessions, Eastern Neuroradiological Society | August, 2018 |
| Invited speaker, plenary sessions, American Society of Spine Radiology | February 2019 |
| Invited speaker, plenary sessions, American Society of Spine Radiology | February 2020 |
| Invited speaker, plenary sessions, American Society of Neuroradiology | June 2020 |

BIBLIOGRAPHY

Original Articles

1. Sze G, DeArmond S, Brant-Zawadzki M, Davis R, Norman D, Newton TH. Foci of MRI signal (pseudo lesions) anterior to frontal horns: histologic correlations of a normal finding. American Journal of Neuroradiology 7: 381-387, 1986 and American Journal of Roentgenology 147:331-337, 1986.

2. Sze G, Brant-Zawadzki M, Norman D, Wilson CB, Newton TH. Magnetic resonance of pseudotumors of the craniocervical junction, secondary to chronic subluxation. Radiology 161:391-394, 1986.

3. Kucharczyk W, Davis DO, Kelly WM, Sze G, Norman D, Newton TH. Pituitary adenomas: High-resolution MR imaging at 1.5 T. Radiology 161:761-765, 1986.

4. Sze G, Berry I, Brant-Zawadzki M, Norman D, Newton TH. Gadolinium-DTPA in the magnetic resonance evaluation of the post-operative patient. Acta Radiologica (Stockholm), Supplement 369, 568-571, 1986.

5. Mark AS, Feinberg D, Sze G, Brant-Zawadzki M. CSF motion and changes in ventricular size during the cardiac cycle evaluated by gated MRI. Acta Radiologica (Stockholm), Supplement 369, 296-299, 1986.

6. Sze G, Newton TH, Brant-Zawadzki M. Neuroradiology of acquired immunodeficiency syndrome. Seminars in Roentgenology 22:42-53, 1987.

7. Sze G, Krol G, Olsen WL, Harper PS, Galicich JH, Heier LA, Zimmerman RD, Deck MDF. Hemorrhagic neoplasms: MR mimics of occult vascular malformations. American Journal of Neuroradiology 8:795-802, 1987 and American Journal of Roentgenology 149:1223-1230, 1987.

8. Krol G, Sze G, Galicich J, Amster J: Simple preoperative localization of intracranial lesions using coordinate matrix localizer. Computer Aided Neuroradiology 205-208, 1987.

9. Krol G, Sundaresan N, Spiro R, Sze G, Amster J: MR of destructive lesions of the skull base and cranial vault. Computer Aided Neuroradiology 293-296, 1987.

10. Krol G, Delattre J, Sze G, Amster J, Fadul C: Complete MRI myelogram with surface coils using total spine technique. Computer Aided Neuroradiology 473-476, 1987.

11. Krol G, Malkin M, Sze G, Amster J: MR of leptomeningeal metastases. Computer Aided Neuroradiology 503-506, 1987.

12. Sze G, Uichanco LS, Brant-Zawadzki M, Dillon W, Davis R, Wilson CB, Norman D, Newton TH. Chordomas: MR imaging. Radiology 166:187-191, 1988.

13. Sze G, Abramson A, Krol G, Liu D, Amster J, Zimmerman RD, Deck MDF. Gadolinium-DTPA/dimeglumine in the MR evaluation of intradural extramedullary spinal disease. American Journal of Neuroradiology 9:153-163, 1988 and American Journal of Roentgenology 150:911-921, 1988.

14. Sze G, Krol G, Zimmerman RD, Deck, MDF. Gadolinium-DTPA: Malignant extradural spinal tumors. Radiology 167:217-233, 1988.

15. Sze G, Krol G, Zimmerman RD, Deck MDF. Intramedullary disease of the spine: Diagnosis using gadolinium-DTPA-enhanced MR imaging. American Journal of Neuroradiology 9:847-858, 1988 and American Journal of Roentgenology 151:1193-1204, 1988.

16. Sze G, Simmons B, Krol G, Zimmerman RD, Deck MDF. Dural sinus thrombosis: Verification spin-echo technique. American Journal of Neuroradiology 9:679-686, 1988.

17. Sze G, Shin J, Krol G, Johnson C, Liu D, Deck MDF. Intraparenchymal brain metastases: MR vs contrast-enhanced CT. Radiology 168:187-194, 1988.

18. Krol G, Arbit E, Galicich J, Sze G. Preoperative localization of intracranial lesions of MRI. American Journal of Neuroradiology 9:513-516, 1988.

19. Krol G, Sze G, Amster J. Table top support plate for total MR with surface coils. American Journal of Neuroradiology 9:396-7, 1988.

20. Krol G, Sze G, Malkin M, Walker R. MR of cranial and spinal meningeal carcinomatosis. American Journal of Neuroradiology 9:709-714, 1988 and American Journal of Roentgenology 151:583-588, 1988.

21. Brennan S, Redd W, Jacobsen P, Schorr O, Heelan R, Sze G, Krol G, Peters B, Morrissey J. Anxiety and panic during magnetic resonance scans. Lancet ii:512, 1988.

22. Sze G, Zimmerman RD. Magnetic resonance of infections. Radiologic Clinics of North America 26:839-859, 1988.

23. Sze G, MR of the spine: Contrast agents. Radiologic Clinics of North America 26:1009-1024, 1988.

24. Jahre C, Sze G. MR imaging of spinal metastatic disease. Topics in Clinical MRI 1:63-70, 1988.

25. Sze G. MRI of tumor metastases to the leptomeninges. MRI Decisions 2: 2-8, 1988.

26. Sze G. MRI of posterior fossa tumors. MRI Decisions 3:17-25, 1988.

27. Sze G, Dillon W. Neurological manifestations of AIDS. Perspectives in Radiology 2:39-52, 1989.

28. Destian S, Sze G, Krol G, Zimmerman RD, Deck MDF. MR imaging of hemorrhagic intracranial neoplasms. American Journal of Neuroradiology 9:1115-1122, 1988 and American Journal of Roentgenology 152:137-144, 1989.

29. Krol G, Arbit E, Marcove R, Sundaresan N. Intradural metastases of chordoma. American Journal of Neuroradiology 10:193-195, 1989.

30. Sze G, Bravo S, Krol G. Spinal lesions: Temporal quantitative and qualitative evolution of gadopentetate dimeglumine enhancement in MR imaging. Radiology 170:849-856, 1989.

31. Sze G, Soletsky S, Krol, G. MR of the meninges, with emphasis on meningeal carcinamatosis. American Journal of Neuroradiology 153:1039-1049, 1989.

32. Tash R, Sze G, Leslie D. MR of trigeminal neuralgia. Radiology 172:767-770, 1989.

33. Sze G, Milano E. Johnson C, Heier L. Detection of brain metastases: Comparison of contrast-enhanced MR with unenhanced MR and enhanced CT. American Journal of Neuroradiology 11:785-791, 1990.

34. Cooper K, Bajorin D, Shapiro W, Krol G, Sze G, Bosel GJ. Decompression of epidural metastases from germ cell tumors with chemotherapy. Journal of Neuro-Oncology 8:275-280, 1990.

35. Sze G, Stimac GE, Barlett C, Dillon WP, Haughton VW, Orrison W, Kashanian F, Goldstein H. Multi-center study of gadopentetate dimeglumine as an MR contrast agent: Evaluation in patients with spinal tumors. American Journal of Neuroradiology 11:967-974, 1990.

36. Post MJ, Sze G, Quencer RM, Eismont FJ, Green BA, Gahbauer H. Gadolinium-enhancement MR in spinal infection. Journal of Computer Assisted Tomography 14:721-729, 1990.

37. Johnson C, Sze G. Benign lumbar arachnoiditis: MR imaging with gadopentetate dimeglumine. American Journal of Neuroradiology 11:763-770,1990.

38. Sze G. New applications of MR contrast agents in neuroradiology. Neuroradiology 32:421-438, 1990.

39. Goldstein JM, Shaywitz BA, Sze G, Nallainathan S. Migraine associated with focal cerebral edema, CSF pleocytosis, and progressive cerebellar ataxia: MRI documentation. Neurology 40:1284-1287, 1990.

40. West MS, Russell EJ, Breit R, Sze G, Nallainathan S. Calvarial and skull base metastases: Comparison of non-enhanced and Gd-DTPA-enhanced MR images. Radiology 174:85-91, 1990.

41. Sze G. MR imaging of the brain in oncology. European Society of Oncology Monograph "MR in Oncology", 15-28, 1990.

42. Sze G. MR imaging of the spine in oncology. European Society of Oncology Monograph "MR in Oncology", 41-54, 1990.

43. Sze G. MR imaging of the orbit in oncology. European Society of Oncology Monograph "MR in Oncology", 29-40, 1990.

44. Segall HD, Byrd SE, Enzmann DR, Fox AJ, Hesselink JR, Jahnke RW, Kieffer SA, Leeds NE, Naidich TP, Quencer RM, Sze G, Tenner MS, Wolpert SM, Zimmerman RD. RSNA '89 Meeting Notes. Radiology 174:910-913, 1990.

45. Gero B, Sze G. Nondegenerative diseases of the spine. Current Opinion in Radiology 2:48-61, 1990.

46. Bronen R, Sze G. Magnetic resonance imaging contrast agents: Theory and application to the central nervous system. Journal of Neurosurgery 73:820-839, 1990.

47. Huckman MS, Donovan-Post MJ, Fox AJ, Geremia GK, Halbach VV, Hinshaw DB, Jr., Kucharczyk W, Litt A, Sze G, Zimmerman RA. Fourteenth Symposium Neuroradiologicum '90 Meeting Notes. American Journal of Neuroradiology 11:1273-1279, 1990.

48. Trosch RM, Sze G, Brass LM, Waxman SG. Emotional facial paresis with striatocapsular infarction. Journal of Neurological Sciences 98:195-201, 1990.

49. Bronen RA, Cheung G, Charles JT, Kim JH, Spencer DD, Spencer SS, Sze G, McCarthy G. Imaging findings in hippocampal sclerosis: Correlation with pathology. American Journal of Neuroradiology 12:933-940, 1991.

50. Tash R, DeMerritt J, Sze G, Leslie D. Hemifacial spasm: MR imaging features. American Journal of Neuroradiology 12:839-842, 1991.

51. Gero B, Sze G, Sharif H. MR of intradural inflammatory diseases of the spine. American Journal of Neuroradiology 12:1009-1019, 1991.

52. Kaissar G, Kim JH, Bravo S, Sze G. Histologic basis for increased extraocular muscle enhancement in gadolinium-enhanced MR imaging. Radiology 179:541-542, 1991.

53. Sze G, Bravo S, Baierl P, Shimkin P. Developing spinal column: Evaluation with MR imaging. Radiology181:819-827, 1991.

54. Sze G, Baierl P, Bravo S. Evolution of the infant spinal column: Evaluation with MR imaging. Radiology 181:819-827, 1991.

55. Maravilla KR, Hesselink JR, Modic MT, Sze G, Yuh WTC. Society of Magnetic Resonance in Medicine: Ninth Annual Meeting. American Journal of Neuroradiology 12:389-392, 1991.

56. Sze G, Brant-Zawadzki M. Haughton VM, Maravilla KR, McNamara MT, Kumar AJ, Aisen AM, Dreisbach JN, Bradley WG, Weingast GR. Multicenter study of gadodiamide injection as a contrast agent in MR imaging in the brain and spine. Radiology 181(3):693-699,1991.

57. Kamholtz R, Sze G. Current imaging of spinal metastatic disease. Seminars in Oncology 18:158-169, 1991.

58. Sze G. Contrast agents in spinal tumors. Proceedings of the International Symposium on Contrast Agents in MR, 100-105, 1991.

59. Segal HD, Daniels DL, Fitz CR, Hesselink JR, Jahnke R, Kieffer SA, Leeds NE, Maravilla KR, Quencer RM, Rosenbaum AE, Russell EJ, Sze G, Tenner M, Yuh WTC, Zimmerman RD. RSNA '90 Neuroradiology Meeting Notes. Radiology 178:902-906, 1991.

60. Sze G. Magnetic resonance imaging in the evaluation of spinal tumors. Cancer 67(4):1229-1241, 1991.

61. Sze G, Brant-Zawadzki M, Haughton VM, Maravilla KR, McNamara MT, Kumar AJ, Aisen AM, Dreisbach JN, Bradley WG, Weingast GR. Multicenter study of gadodiamide injection as a contrast agent in MR imaging of the brain and spine. Radiology 181(3):693-699, 1991.

62. Post MJ, Bowen BC, Sze G. Magnetic resonance imaging of spinal infection. Rheumatic Disease Clinics of North America 17:773-794, 1991.

63. Sze G. Recent advances in spinal magnetic resonance imaging. Canadian Association of Radiologists Journal. 42(3): 190-8, Jun 1991.

64. Liu DPC, Sze G. Intracranial sarcoidosis in gadolinium-enhanced MRI. Neuroradiology 33:78, 1991.

65. Byrne TN, Bose A, Sze G, Waxman SG. Syphilitic meningitis causing paraparesis in an HIV-negative woman. Journal of Neurological Sciences 103:48-50, 1991.

66. Demirci A, Sze G. Cranial osteopetrosis: MR findings. American Journal of Neuroradiology 12:781-782, 1991.

67. Sze G, Merriam Y, Oshio K, Jolesz F. Fast spin-echo imaging in the evaluation of intradural disease of the spine. American Journal of Neuroradiology 13:1383-1392, 1992.

68. Davenport C, Dillon W, Sze G. MR imaging of the immunosuppressed state. Radiologic Clinics of North America 30:611-637, 1992.

69. Segal HD, Ball WS, Daniels DL, Destian S, Fitz CR, Leeds NE, Quencer RM, Rosenbaum AE, Russell EJ, Sze G, Yuh WTC, Zimmerman RD. RSNA 1991, Neuroraiology Meeting Notes. Radiology 182:910-917, 1992.

70. Sze G. MR imaging of the spinal cord: Current status and future advances. American Journal of Roentgenology 159:149-159. 1992.

71. Kawamura Y, Sze G. Totally cystic schwannoma of the tenth cranial nerve mimicking an epidermoid. American Journal of Neuroradiology 13:1333-1334, 1992.

72. Negishi C, Sze G. Spinal cord MRI in adult polyglucosan body disease. Journal Computer Assisted Tomography 16:824-826, 1992.

73. Sze G, Kawamura Y, Negishi C, Constable RT, Merriam MA, Oshio K, Jolesz F. Fast spin-echo MR imaging of cervical spine: Influence of echo train length and echo on imaging contrast and quality. American Journal of Neuroradiology 14:1203-1213, 1993.

74. Sze G. Disease of the intracranial meninges: MR imaging features. American Journal of Roentgenology 160:727-733, 1993.

75. Sze G, Brant-Zadwadzki M, McNamara MT, Haughton VM, Kumar AJ, Maravilla KR, Aisen AM, Dreisbach JN, Bradley WG, Weinreb JC, Drayer BP, Tsuruda JS, Hesselink JR, Johnson CE, Zimmerman RD, Weingast GR. Use of the magnetic resonance contrast agent gadodiamide in the central nervous system. Results of a multicenter trial. Investigative Radiology, Suppl 1:S49-S55, 1993.

76. Panush D, Fulbright R, Sze G, Smith RC, Constable RT. Inversion-recovery fast spin-echo MR imaging: Efficacy in the evaluation of head and neck lesions. Radiology 187:421-426, 1993.

77. Coughlin W, Sze G. Spinal Imaging. Current Opinion in Neurology and Neurosurgery 6:571-575, 1993.

78. Fulbright R, Ross JS, Sze G. Application of contrast agents in MR imaging of the spine. Journal of Magnetic Resonance Imaging 3:219-232, 1993.

79. Sze G. Clinical experience with gadolinium contrast agents in spinal MR imaging. Journal of Computer Assisted Tomography 17:S8-S13, 1993.

80. Hasso AN, Sze G (ed.). Gadodiamide injection: A new magnetic resonance imaging contrast agent. Investigative Radiology, 28, Supplement 1, 1993.

81. Negishi C, Sze G. Vasculitis presenting as primary leptomeningeal enhancement with minimal parenchymal findings. American Journal of Neuroradiology 14:26-28, 1993.

82. Fulbright R, Panush D, Sze G, Smith RC, Constable T. MR imaging of the head and neck: Comparison of fast spin-echo and conventional spin-echo sequences. American Journal of Neuroradiology 15:767-773, 1994.

83. Sze G, Goldberg SN, Kawamura Y. Comparison of bolus and constant infusion methods of gadolinium administration in MR angiography. American Journal of Neuroradiology 15:909-912, 1994.

84. Yuh WTC, Nguygen HD, Tali ET, Mayr NA, Fisher DJ, Atlas SW, Carvlin MC, Drayer BP, Pollei Sr, Runge VM, Sze G. Delineation of gliomas with various doses of MR contrast material. American Journal of Neuroradiology 15:983-989, 1994.

85. Allam K, Sze G. MR of primary extraosseous Ewing sarcoma. American Journal of Neuroradiology 15:305-307, 1994.

86. Bemporad J, Sze G, Chaloupka JC, Duncan C. Pseudo-hemangioma appearance of primary Ewing Sarcoma in the spine. American Journal of Neuroradiology 16:1559-1560, 1995.

87. Demirci A, Kawamura Y, Sze G, Duncan C. MR of parenchymal neurocutaneous melanosis. American Journal of Neuroradiology 16:603-606, 1995.

88. Fulbright R, Erdum E, Sze G, Byrne T. Cranial nerve enhancement in the Guillian-Barre syndrome. American Journal of Neuroradiology 16:923-925, 1995.

89. Sze G. "Are sagittal T2-weighted fast spin echo MR images sufficient for routine spine imaging?" Letter to the editor, American Journal of Neuroradiology 16:1559-1560, 1995.

90. Goldstein JM, Parks BJ, Mayer PL, Kim JH, Sze G, Miller RG. Nerve root hypertrophy as the cause of lumbar stenosis in CIDP. Muscle and Nerve 19:892-896, 1996.

91. Sze G. Cortical brain lesions in acute intermittent porphyria. Letter to the editor, Annals of Internal Medicine 125:422-423, 1996.

92. Sze G. Contrast enhancement for cranial CT scanning. Questions and Answers. Journal of the American Medical Association 275:1875-1876, 1996.

93. Sato N, Sze G, Putman CM, Chaloupka JC, Glenn B, Vinuela F. Pituitary enlargement secondary to dural arteriovenous fistula in the cavernous sinus. Radiology 203(1):263-267,1997.

94. Sato N, Bronen RA, Sze G, Kawamura Y, Coughlin W, Putman CM, Spencer DD. Post-operative changes in the brain: MR imaging findings in patients without neoplasms. Radiology 204:839-846,1997.

95. Sato N, Sze G, Kim JH. Cystic pituitary mass in a patient with neurosarcoidosis. American Journal of Neuroradiology 18:1182-1185, 1997.

96. Sato N, Sze G. MR of extradural spine meningioma. Neuroradiology 39:450-452, 1997.

97. Sze G. What role does neurovascular compression play in essential hypertension? Commentary. American Journal of Neuroradiology 18:789-790,1997.

98. Sze G. Animal models to assess toxicity of gadolinium chelates. Commentary. American Journal of Neuroradiology 18:787-788,1997.

99. Filippi CG, Sze G, Farber SJ, Shahmanesh M, Selwyn PA. Regression of HIV encephalopathy and basal ganglia signal intensity abnormality at MR imaging in patients with AIDS after the initiation of protease inhibitor therapy. Radiology 206:491-498,1998.

101. Fulbright RK, Chaloupka JC, Putman CM, Sze GK, Merriam MM, Lee GK. Fayad PB, Awad IA, White RI Jr. MR of hereditary hemorrhagic telangiectasia: Prevalence and spectrum of cerebrovascular malformations. American Journal of Neuroradiology 19:477-484m 1998.

101. Sze G, Johnson C, Kawamura Y, Goldberg SN, Lange R, Friedland RJ, Wolf RJ. Comparison of single- and triple-dose contrast material in the MR screening of brain metastases. American Journal of Neuroradiology 19:821-828, 1998.

102. Sato N, Sze G, Endo K. Hypophysitis: Endocrinologic and dynamic MR findings. American Journal of Neuroradiology 19:439-444, 1998.

103. Rolen P, Sze G. Atypical appearance of patent small aneurysms on MR imaging. Radiology 208:129-136, 1998.

104. Varelas PN, Sleight BJ, Rinder HM, Sze G, Ment LS. Stroke in a neonate heterozygous for Factor V Leiden. Pediatric Neurology 18:262-264, 1998.

105. Sze G. Advancing techniques in spinal MR imaging: But are they necessary for spinal leptomeningeal tumor? Commentary. American Journal of Neuroradiology 19:1595-6, 1998.

106. Sato N, Sze G, Awad IA, Putnam CM, Shibazaki T, Endo K. Parenchymal perianeurysmal cystic changes in the brain. Radiology 215:229-233, 2000.

107. Cohen JA, Fisher RS, Brigell MG, Peyster RG, Sze G. The potential for Vigabatrin-induced intramyelinic edema in humans. Epilepsia 41:148-57, 2000.

108. Grossman RI, Rubin DL, Hunter G, Haughton VM, Lee D, Sze G, Kuhn MJ, Maravilla K, Tu R, Heindel PD, Wippold FJ, Leeds N, Zelch J, Jinkins RJ, Grodd W, Truwit C, Kanal E, Prenzale J, Ramsey R, Ethier R, Simon J Brunberg J, Stevens GR, Kristy RM. Magnetic resonance imaging in patients with central nervous system pathology: A comparison of Optimark and Magnevist. Investigative Radiology 35:412-419, 2000.

109. Saluja S, Sato N, Kawamura Y, Coughlin W, Putman CM, Spencer DD, Sze G, Bronen RA. Choroid plexus changes after temporal lobectormy. American Journal of Neuroradiology 21:1650-1653, 2000.

110. Bemporad J, Sze G. Vascular malformations of the spine. MRI Clinics of North America 8:581-596,2000.

111. Sze G. Diffusing into the future. Commentary. American Journal of Neuroradiology 21:1780-1782, 2000.

110. Sze G. Leptomeningeal tumor: The "plain vanilla" approach remains the best. American Journal of Neuroradiology 23:745-6, 2002.

111. Safriel Y, Sze G, Westermark K. MRI and MRS of cerebral amyloid angiopathy, presenting as a tumor. American Journal of Neuroradiology 25:1705-8, 2004.

112. Baehring J, Ogle E, Sze G, Duncan C, Bannykh S. Ganglioneurocytoma of the spinal cord. Journal of Neuro-Oncology 71:149-150, 2005.

113. Poon C, Sze G, Johnson M. Orbital lesions: Differentiating vascular and non-vascular etiologic factors. American Journal of Roentgenology 190:956-965, 2008.

114. Yu LY, Poon C, Sze G. Traumatic spinal cord injury without CT or radiographic abnormality – an under-recognized entity. Contemporary Diagnostic Radiology, 31 (8), 2008.

115. Agarwal R, Sze G. Neuro-lyme disease: MR imaging findings. Radiology, 253:167-173, 2009.

116. Marienfeld CB, DiCapua DB, Sze G, Goldstein JM. Expressive aphasia as a presentation of encephalitis with Bartonella Henselae infection in an immunocompetent adult. Yale Journal of Biology and Medicine 83:67-71, 2010.

117. Starker L, Mahajan A, Bjorklund P, Sze G, Udelsman R, Carling T. 4D parathyroid CT as the initial localization study of patient with de novo primary hyperparathyroidism. Annals of Surgical Oncology. 18(6):1723-8, 2011.

118. Mathur, M., Johnson, C. E., Sze, G. Fungal Infections of the Central Nervous System. In (Eds), Neuroimaging Clinics of North America 309-362, 2012. Philadelphia: Elsevier

119. Meltzer C, Sze G, Rommelfanger K, Kinlaw K, Banya J, Wolpe PR. Guidelines for the Ethical Use of NeuroImages in Medical Testimony: Report of a Multidisciplinary Consensus Conference. American Journal of Neuroradiology, 2013, 8/29 Epub ahead of print.

120. Sze G, Wintermark M, Law M, Mukherjee M, Hess C. Human Neuroimaging and the BRAIN Initiative: A Joint Statement from the ASNR and ASFNR, with the support of the RSNA, ACR, ARR, and ISMRM. American Journal of Neuroradiology, 2014, 1/16. Epub ahead of print

121. Dutton SC; Sze GK; Lund PL; Bluth EI. Radiology practice environment: options, variations, and differences-a report of the ACR commission on human resources. JACR, 11(4):352-8,2014.

122. Fardon DF, Williams AL, Dohring EJ, Murtagh FR, Rothman SLG, Sze G. Lumbar Disc Nomenclature: Version 2.0, The Spine Journal, 2014, 4/23, Epub ahead of print

123. Kwon SH, Scheinost D, Lacadie C, Sze G, Schneider KC, Dai F, Constable RT, Ment LR. Adaptive Mechanisms of Developing Brain: Cerebral Lateralization in the Prematurely Born. Neuroimage, 2015, 106:144-150.

124. Ulreich S; Harris RD; Sze G; Moriarity AK; Bluth E. The Disruptive Radiologist. JACR, 12(8):800-4, 2015.

125. Donner EM, Sze G, Bluth EI. Retirement Issues for Radiologists: Consensus Statement on Successful Planning by the Commission on Human Resources of the ACR. JACR, 12(3):235-8,2015.

126. McHugh BJ, Baranoski JF, Malhotra A, Vortmeyer AO, Sze G, Duncan CC. Intracranial infantile hemangiopericytoma. Journal of Neurosurgery. Pediatrics,2014:14(2):149-154.

127. Wintermark M; Coombs L; Druzgal TJ; Field AS; Filippi CG; Hicks R; Horton R; Lui YW; Law M; Mukherjee P; Norbash A; Riedy G; Sanelli PC; Stone JR; Sze G; Tilkin M; Whitlow CT; Wilde EA; York G; Provenzale JM; American College of Radiology Head Injury Institute. Traumatic Brain Injury Imaging Research Roadmap. American Journal of Neuroradiology, 2015, 36:E12-23.

128. Kotovich D, Yaniv G, Sze, G. ADC Value Changes and Clinical Correlation in 90 Cases of CMV-infected fetuses with unremarkable fetal MRI results." AJNR, 38(7):1443-1446,2017.

129. Scheinost D, Kwon SH, Cross S, Lacadie C, Sze G, Sinha R, Constable RT, Ment LR. Prenatal Stress Alters Amygdala Functional Connectivity in Preterm Neonates. Neuroimage Clinical,12:381-8, 2016.

130. Sheth KN, Elm JJ, Beslow LA, Sze GK, Kimberly WT. Glyburide Advantage in Malignant Edema and Stroke (GAMES-RP) Trial: Rationale and Design. Neurocritical Care, 24: 132-9, 2016.

131. Sheth KN, Elm JJ, Molyneaux BJ, Hinson H, Beslow LA, Sze GK, Ostwaldt AC, Del Zoppo GJ, Simard JM, Jacobson S, Kimberly WT. Safety and Efficacy of Intravenous Glyburide on Brain Swelling after Large Hemispheric Infarction (GAMES-RP): A Randomized, Double-Blind, Placebo-Controlled Phase 2 Trial. Lancet Neurology, 15(11):1160-9, 2016.

132. Kwon SH; Scheinost D; Vohr B; Lacadie C; Schneider K; Dai F; Sze G; Constable RT; Ment LR. Functional Magnetic Resonance Connectivity Studies in Infants Born Preterm: Suggestions of Proximate and Long-lasting Changes in Language Organization. Developmental Medicine and Child Neurology, 58 Suppl 4:28-34, 2016.

133. Sheth KN, Elm JJ, Beslow LA, Sze GK, Kimberly WT. Effect of IV Glyburide (RP 1127) on Brain Swelling after Large Hemispheric Infarction. The Lancet Neurology, in press.

134. Scheinost D, Sinha R, Cross SN, Kwon SH, Sze G, Constable RT, Ment LR. Does Prenatal Stress Alter the Developing Connectome?" Pediatric Research, 81(1-2):214-226,2017.

135. Bender CE, Parikh JR, Sze G, Bluth E. Acute Injuries in the Radiology Workplace. JACR, in press.

136. Parikh J, Bender CE, Jones AK, Geise RA, Sze G, Bluth E. Potential Radiation-related Effects on Radiologists." AJR, 208(3),595-602,2017.

137. Sze G, Bluth EI, Bender CE, Parikh JR. Work-Related Injuries of Radiologists and Possible Ergonomic Solutions: Recommendations from the ACR Commission on Human Resources. JACR, 14(10):1353-1358,2017.

138. Saly DL, Brewster UC, Sze GK, Louis ED, Shirali AC. An Element of Unsteadiness. New England Journal of Medicine, 377(14):1379-1385,2017.

139. Duran D; Messina RD; Beslow LA; Montejo JD; Karimy JK; Gavankar Furey C; Sheridan AD; Sze G; Yarman Y; DiLuna ML; Kahle KT. Malignant Cerebellar Edema Subsequent to Accidental Prescription Opioid Intoxication in Children. Frontiers in neurology. 8:362, 2017.

140. Sheth KN; Petersen NH; Cheung K; Elm JJ; Hinson HE; Molyneaux BJ; Beslow LA; Sze GK; Simard JM; Kimberly WT. Long-Term Outcomes in Patients Aged <=70 Years With Intravenous Glyburide From the Phase II GAMES-RP Study of Large Hemispheric Infarction: An Exploratory Analysis. Stroke. 49(6):1457-1463, 2018

141. Scheinost D, Sinha R, Kwon SH, Sze G, Constable RT, Ment LR. A Fetal fMRI Specific Motion Correction Algorithm Using Second Order Edge Features.

142. Vorasayan P, Bevers M, Beslow L, Sze G, Molyneaux B, Hinson H, Simard JM, von Kummer R, Sheth K, Kimberly WT. Intravenous Glibenclamide Reduces Lesional Water Uptake in Large Hemispheric Infarction. Stroke, 50(11):3021-3027,2019.

143. Payabvash S; Falcone GJ; Sze GK; Jain A; Beslow LA; Petersen NH; Sheth KN; Kimberly WT. Poor Outcomes Related to Anterior Extension of Large Hemispheric Infarction: Topographic Analysis of GAMES-RP Trial MRI Scans. Journal of Stroke & Cerebrovascular Diseases, 29(2):104488, 2020.

Papers and Chapters "in Press"

1. Safriel Y, Sze G. Spinal Pain Management Procedures: How and When to do It. (submitted to Radiology).
2. Poon C, Sze G. Degenerative Diseases. Neuroimaging: The Essentials. Ed. Sanelli P, Schaefer P, Loevner L.
3. McHugh BJ, Baranoski J, Malhotra A, Vortmeyer A, Sze G, Duncan C. Intracranial Infantile Hemangiopericytoma: Case report and review of the literature. Journal of Neurosurgery (in press).
4. Wintermark M, Coombs L, Druzgal TJ, Field AS, Filippi C, Hicks R, Horton R, Lui YW, Law M, Mukherjee P, Norbash A, Provenzale J, Riedy G, Sanelli PC, Stone JR, Sze G, Tilkin M, Whitlow CT, Wilde EA, York, G. Traumatic Brain Injury (TBI) Imaging Research Roadmap

CHAPTERS AND EDITED BOOKS AND JOURNALS

Sze G, Newton TH, Neuroradiology of AIDS. In Margulis AR, Gooding CA (eds). University of California Press, San Francisco, 43-52,1986.

Zimmerman RA, Bilaniuk LT, Sze G. Magnetic Resonance Imaging of Intracranial Infection. In Brant-Zawadzki M, Norman D, (eds). Magnetic Resonance in the Central Nervous System. New York, Raven Press, 235-257,1986.

Sze G, Infection and Inflammation. In Bradley W and Stark D (eds). Magnetic Resonance Imaging. C. V. Mosby, St. Louis, 316-343,1987.

Sze G, Newton TH. Magnetic Resonance of the Acquired Immune Deficiency Syndrome. In Kozner E, Wende S, Grumme T, Lanksch W, Stochdorpf O. Computed Tomography and Magnetic Resonance in Intracranial Tumors. Springer-Verlag, Berlin. 2nd edition, 511-524,1989.

Cheung G, Sze G, Abrahams J. MR of spinal dysraphism. In Edwards M (ed). Pediatric Magnetic Resonance Imaging. B.C. Decker, Philadelphia, 421-462,1990.

Twohig M, Sze G. MR of Pediatric Spinal Tumors. In Edwards M (ed). Pediatric Magnetic Resonance Imaging. B.C. Decker, Philadelphia, 463-498,1990.

Breit A, (Editor-in-Chief), Baert AL, Felix R, Musumeci R, Semmler W, Sze G (Co-Editors). Magnetic Resonance in Oncology. Springer-Verlag, Berlin, New York, 1990.

Weingarten K, Sze G. Hydrocephalus and Dementia. In Rottenberg D (ed). Neurological Complications of Cancer Treatment. Butterworths, London, 19-35,1991.

Augenstein H, Sze G, Becker R. Imaging of Spinal Meningiomas. In Al-Mefty O (ed). Meningiomas. Raven Press, New York 603-613,1991.

Johnson C, Sze G. MR Evaluation of Intracranial Metastases. In Lee SH, Rao K, Zimmerman RA (eds). Cranial MR and CT. Third edition. McGraw-Hill, New York, 417-440,1992.

Sze G, Infection and Inflammation. In Bradley W and Stark D (eds). Magnetic Resonance Imaging. Second Edition. C.V. Mosby, St. Louis, 670-698,1992.

Sze G, Lee SH. MR of Infectious Diseases. In Lee SH, Rao K. Zimmerman RA (eds). Cranial MR and CT. Third edition. McGraw-Hill, New York, 539-588,1992.

Sze G. Neoplastic Diseases of the Spine and Spinal Cord. In Atlas S (ed). Magnetic Resonance Imaging of the Brain and Spine. Raven Press, New York City, 1339-1385,1992.

Fulbright R, Sze G. Secondary Neoplasms and Meningeal Diseases. In Brasch RC, Drayer BP, Haughton VM, Jinkins JR, Nelson KL, Sze G (eds). MRI Contrast Enhancement in the Central Nervous System: A Case-study Approach. New York: Raven Press. 101-145,1993.

Sze G. Infection and Inflammation. In Bradley W and Stark D (eds). Magnetic Resonance Imaging. Third Edition. C.V. Mosby, St. Louis,1996.

Sze G. Neoplastic Diseases of the Spine and Spinal Cord. In Atlas S (ed). Magnetic Resonance Imaging of the Brain and Spine. Second Edition, Raven Press, New York City, 1339-1385,1996.

Sze G, Lee SH. MR of Infectious Diseases. In Lee SH, Rao K, Zimmerman RA (eds). Cranial MR and CT. Fourth edition. McGraw-Hill, New York,1999.

Sze G. Infection and Inflammation. In Bradley W and Stark D (eds). Magnetic Resonance Imaging. Third Edition. C.V. Mosby, St. Louis,1999.

Sze G. Neoplastic Diseases of the Spine and Spinal Cord. In Atlas S (ed). Magnetic Resonance Imaging of the Brain and Spine. Second Edition, Raven Press, New York City, 1339-1385,2002.

Poon CS, Doumanian J, Sze G, Johnson MH, Johnson CE. Extradural Disease of the Spine. In Reiser M, Semmler W, Hricak H (ed). Magnetic Resonance Tomography. Springer Publishing, Heidelberg, Germany, 2008.

Pawha P, Shen C, Doumanian J, Lin F, Johnson MH, Ashton R, Sze G. Intramedullary Disease of the Spine. In Reiser M, Semmler W, Hricak H (ed). Magnetic Resonance Tomography. Springer Publishing, Heidelberg, Germany, 2008.

Pawha P, Sze G. Neoplastic Diseases of the Spine and Spinal Cord. In Atlas S (ed). Magnetic Resonance Imaging of the Brain and Spine. Third Edition, Raven Press, New York City, 1508-1563, 2008.

Poon C, Zenoo N, Sze G. Imaging of the Aging Spine. In Yue JJ, Guyer RD, Johnson JP, Khoo LT, Hochschuler SH (ed). The Comprehensive Treatment of the Aging Spine. Elsevier Saunders, Philadelphia, 88-95, 2011.

Mathur M, Muchantef K and Sze, G. Neuroimaging of Viral Infections of the CNS. Handbook of Clinical Neurology, 3rd series, 149-173, 2014.

Poon C, Sze G. Degenerative Disease of the Spine. In press – Neuroimaging: The Essentials. In Sanelli PC, Loevner L, Schaefer P (ed).

PRESENTATIONS

| | |
|---|---|
| February 1985. | American Society of Neuroradiology, New Orleans<br>Abnormal MRI foci anterior to the frontal horns: pathologic correlations and relationship to normal maturation and aging" |
| September 1985. | Neurosurgery Grand Rounds, University of California, San Francisco<br>"Epidural Pseudotumors of Cervical Spine". |
| October 1985. | Western Neuroradiologic Society, Monterrey<br>"Clivus Chordoma: A magnetic resonance imaging study"<br>"Magnetic resonance of pseudotumor of the craniocervical junction" |
| January 1986. | American Society of Neuroradiology, San Diego<br>"Magnetic resonance imaging of CSF dynamics"<br>Thin-section high resolution magnetic resonance imaging (1.5T) of pituitary lesions"<br>"Magnetic resonance of pineal region tumors" |

June 1986. XIII Symposium Neuroradiologicum, Stockholm, Sweden
"Gadolinium-DTPA in the evaluation of the post-operative patient"
"Magnetic resonance of giant aneurysms"
"Thin-section high resolution of MRI of pituitary adenomas"

June 1986. Society of Magnetic Resonance Imaging
"CSF motion and changes in ventricular size during the cardiac cycle evaluated by gated MRI "Magnetic resonance of chordomas"

October 1986. Western Neuroradiologic Society, Palm Springs.
"Anatomic correlations of magnetic resonance of the pituitary fossa"
"MRI of the posterior pituitary bright spot"
"The chemical nature and functional significance of the posterior pituitary bright spot"

May 1987. American Society of Neuroradiology, New York City.
"Hemorrhagic neoplasm: MR mimics of the occult vascular malformation."
"The posterior pituitary gland: MR correlation with anatomy and function."
"Gadolinium-DTPA/dimeglumine in the evaluation of intradural extramedullary spinal disease."
"MRI of spinal and intracranial meningeal carcinomatosis"
"Simple preoperative MRI localization of intracranial lesions using grid localizer" (poster)
"Support plate and housing for MRI of the total spine with surface coils" (poster)

August 1987. Society of Magnetic Resonance in Medicine, New York City.
"Gadolinium-DTPA/dimeglumine in the MR evaluation of leptomeningeal disease of the spine."

October 1987. Child Neurology Society, San Diego
"Diagnosis for dural venous sinus thrombosis by magnetic resonance imaging."

November 1987. Radiological Society of North America, Chicago.
"Gadolinium-DTPA/dimeglumine in the MR evaluation of metastatic disease of the spine."
"Magnetic resonance imaging vs computed tomography in intracerebral metastatic disease."
"Total spine MR imaging with surface coils for evaluation of metastatic disease: Comparison with complete myelography in choice of radiation treatment planning."

"Gadolinium-DTPA/dimeglumine in the MR evaluation of spinal tumors" (poster)
"Total spine MRI imaging with surface coils: Improved screening technique for evaluation of metastatic disease" (Poster).

February 1988. Society of Magnetic Resonance Imaging, Boston.
"Gadolinium-DTPA: Intramedullary disease of the spine".

May 1988. American Society of Neuroradiology, Chicago.
"Gadolinium-DTPA: Intramedullary disease of the spine."
"False-Negative MR of Metastatic Epidural Disease."
"Gradient Moment Nulling": In plane Vascular Signal and Flow Phantom Analysis"
"Gadolinium-DTPA: Spinal Tumors (Poster)."

June 1988. Second European Congress of NMR in Medicine and Biology, Berlin.
"Intramedullary Spinal Disease: MR Imaging with Contrast Agents."
"Intradural Extramedullary Spinal Disease: MR Imaging with Contrast Agents."
"Gadolinium-DTPA: Spinal Tumors (Poster)."

August 1988. Society of Magnetic Resonance in Medicine, San Francisco.
"Lumbar Arachnoiditis: MR Imaging with Gadolinium-DTPA."
"Temporal Quantitative and Qualitative Evaluation of MR Contrast Enhancement of Spinal Lesions."

October 1988. American Society of Therapeutic Radiation and Oncology, New Orleans."Hyperfractionated Radiotherapy in Brain Stem Gliomas: The Memorial Hospital Experience."

November 1988. Radiological Society of North America, Chicago.
"Lumbar Arachnoiditis: MR Imaging with Gadolinium-DTPA."
"Temporal Quantitative and Qualitative Evaluation of MR Contrast Enhancement of Spinal Lesions."
"Postoperative Enhancement: Gd-DTPA in a Clinical Series and an Animal Model."
"Temporal and Signal Characteristics of Marrow Radiation Changes on MR Imaging."
"Role of MR Imaging in the Evaluation of Neoplastic Lesions of the Skull Base."
"MR Imaging and Radionuclear Bone Scanning in the Evaluation of Spinal Metastases."

March 1989. American Society of Neuroradiology, Orlando.
"MR of the Meninges, with Emphasis on Meningeal Carcinomatosis."
"Multi-Center Evaluation of Gadopentetate-dimeglumine in MR Spine Imaging."

May 1989. American Society of Clinical Oncology, San Francisco.
"Hyperfractionated Radiotherapy for Brainstem Gliomas: The Memorial Sloan-Kettering Cancer Center Experience."

August 1989. Society of Magnetic Resonance in Medicine, Amsterdam.
"Results of the Multi-Center Study on Gd-DTPA in Spinal Tumors".

November 1989. Radiological Society of North America, Chicago.
"Reticuloendothelial Agents: Potential Spinal MR Contrast Agents."
"Chronic Radiation Myelopathy."
"Hippocampal Sclerosis: Correlation of Hippocampal Size at MR with Neuronal Density".

March 1990. American Society of Neuroradiology, Los Angeles.
"Neurovascular compression in hyperactive dysfunction syndromes of the cranial nerves: MR demonstration."
"Gd-DTPA BMA, a non-ionic gadolinium compound, in MR imaging of the brain and spine."
"MR of intradural inflammatory disease of the spine."

August 1990. Society of Magnetic Resonance in Medicine, New York.
"Preliminary experience with a new low osmolar, nonionic gadolinium preparation in patients with intracranial tumors."

November 1990. Radiological Society of North America, Chicago.
"Evolution of normal vertebral body marrow enhancement in children."
"Multicenter clinical trial of gadodiamide injection: A nonionic MR contrast agent for the central nervous system - Spine."
"Multicenter clinical trial of gadodiamide injection: A nonionic MR contrast agent for the central nervous system - Brain."
"Comparison of 3D spoiled gradient echo and spin echo MR in the evaluation of contrast enhancement."
"Comparison of phased array coils and routine surface coils."

June 1991. American Society of Neuroradiology, Washington, D.C.
"Evaluation of fast spin echo in the brain."
"Evaluation of fast spin echo in the spine."
"Evaluation of phased-array coils in MR imaging of the spine."

November 1991. Radiological Society of North America, Chicago.
"Optimization of parameters in fast spin echo imaging."
"Fast spin echo imaging in the evaluation of intradural disease of the spine."

November 1992. Radiological Society of North America, Chicago.

"Dynamic MR imaging of the pituitary with half-dose gadolinium."
"Inversion recovery fast spin echo in the evaluation of head and neck lesions."
"Optimization of contrast administration in MR angiography."

November 1993. Radiological Society of North America, Chicago.
"Clinical utility of triple-dose gadolinium in screening for brain metastases."

November 1994. Radiological Society of North America, Chicago.
"Hereditary hemorrhagic telangiectasia: Correlation of MR imaging and clinical findings in 130 patients."
"False-positive results from triple dose gadolinium MR imaging for screening brain metastases."

November 1995. Radiological Society of North America, Chicago.
MRI imaging of hippocampal abnormalities.

June 1996. American Society of Neuroradiology, Seattle.
"Origin of posterior pituitary hyperintense signal on T1-weighted MR: MR and histologic correlations in an animal model."

November 1996. Radiological Society of North America, Chicago.
"Atypical appearances in the MR diagnosis of small aneurysms."
"Comparison of MR and CT imaging of refractory epilepsy: Histologic correlations in 117 patients."
"Comparison of MR and CT imaging of refractory epilepsy: Correlation with postoperative seizure outcome in 109 patients."
"Pituitary enlargement secondary to dural arteriovenous fistula in the cavernous sinus."
"Postoperative enhancement: Serial MR findings in non-neoplastic patients."

May 1997. American Society of Neuroradiology, Toronto, Ontario, Canada
"Normal post-operative contrast enhancement of the brain: A longitudinal MR study."
"Perianeurysmal changes of typical and atypical aneurysms on MR imaging."

November 1997. Radiological Society of North America, Chicago, IL
"The reversal of HIV encephalopathy on MR Imaging in AIDS patients on protease inhibitor drug therapy."

April 1998. International Society for Magnetic Resonance in Medicine, Sydney, Australia

"Hypophysitis: Endocrinological and dynamic MR functions."
"Post-operative changes in MR imaging of the brain: Contrast enhancement".

May 1998. American Society of Neuroradiology, Philadelphia, PA.
"Choroidal plexus changes after temporal lobectomy"
"Reversible white matter signal abnormality in AIDS patients on triple combination therapy".

November 1998. Radiological Society of North America, Chicago, IL.
"Parenchymal perianeurysmal cystic changes of the brain."

February 1999. American Society of Emergency Radiology, Las Vegas, NV.
"Diffusion-weighted imaging of non-ischemic lesions."

May 1999. American Society of Neuroradiology, San Diego, CA.
"A multicenter, randomized, double-blind study to evaluate the safety, tolerability, and efficacy of Optimark (gadoversetamide injection) compared to Magnevist (gadopentetate dimeglumine injection) in patients with central nervous system pathology."

November 1999. Society of Neuro-Oncology
"Computer assisted masked MRI analysis of volumetric response: Implementation for a phase III protocol of gadolinium texaphryin (XCYTRIN) in patients with brain metastases."

November 1999. Radiological Society of North America, Chicago, Il.
"Determination of the optimal echo time for detection of cord lesions in T2-weighted fast spin echo imaging of the cervical spine."

May 2001. American Society of Clinical Oncology, San Francisco, Ca.
"Radiologic response of brain metastases: Uni-dimensional (1D) W.H.O. recist vs. bi-dimensional (2D) or 3-dimensional (3D) criteria."

November 2003. Radiological Society of North America, Chicago, Il.
"Diffusion weighted imaging in infectious spondylitis."

February 2004 American Society of Spine Radiology, Miami, Fl.
"Diffusion weighted imaging of the spine: ADC values in infectious spondylitis."

June 2004. American Society of Neuroradiology, Seattle, WA.
"Comples digital subtraction as a problem-solving tool in enhanced magnetic resonance imaging of the head."

November 2004. Radiological Society of North America, Chicago, Il.
"Complex digital subtraction as a problem solving tool in enhanced magnetic resonance imaging of the spine."

February 2005. American Society of Spine Radiology, San Juan, Puerto Rico.
"Line scan diffusion imaging of the spine."

May 2006. American Roentgen Ray Society, Vancouver, Canada.
"Orbital Masses: How to differentiate true vascular lesions from non-vascular mimickers."

May 2006 American Society of Neuroradiology, San Diego, CA.
"Orbital Masses: How to differentiate true vascular lesions from non-vascular mimickers."

September 2006 American Society of Head and Neck Radiology, Chandler, AZ
"Orbital Masses: How to differentiate true vascular lesions from non-vascular mimickers."

April 2010 American Association of Endocrine Surgeons, Pittsburgh, PA
"4D-Parathyroid CT scan as the initial localization study in de novo primary hyperparathyroidism."

November 2012 American Association of Neurosurgeons, Miami, FL
"Diffusion Tensor Imaging, Tractography, and Fractional Anisotropy in Pediatric Spinal Cord Pathology."

November 2013 Society for Neurosciences, San Diego, CA
"Impaired neonatal lateralization of connectivity in the prematurely born."

May 2014 Pediatric Academic Societies, Vancouver, Canada.
"Alterations in the lateralization of neural networks in preterm neonates at term equivalent age."

May 2015 American Society of Neuroradiology, Washington, DC
"Imaging of Chronic Headache."

May 2016 Pediatric Academic Societies, Baltimore, MD
"Fetal total intracranial volume growth using MRI across the third trimester."

October 2016 World Stroke Congress, Hyderabad, India

Exploratory Analysis from Glyburide Advantage in Malignant Edema and Stroke (GAMES-RP): Basis for Phase 3 Trial Design Aimed at Improving Outcomes in Large Hemispheric Infarction."

November 2016 Society for Neuroscience.
"Fetal total intracranial volume growth using longitudinal MRI across the third trimester."

October 2017 World Stroke Congress.
"Long term outcomes of IV glyburide in patients 70 years of age or under: Subgroup analysis from the phase II GAMES-RP study of patients with large hemispheric infarctions."

November 2017 Society for Neuroscience
"Unbiased longitudinal fetal functional connectivity: Lateralization of language systems at 30 weeks' gestation."

INVITED LECTURES
(Not including activities or courses of scientific societies to which I belong. These are listed under Scientific Society Activities.)

January 1985 Highland Hospital, Oakland, CA.

October 1986 Neurosurgery Grand Rounds, University of California, San Francisco, CA.

December 1986 Nuclear Medicine Seminar, Memorial Sloan-Kettering Cancer Center, New York, NY.

February 1987 Surgery Grand Rounds, Memorial Sloan-Kettering Cancer Center, New York, NY.

April 1987 Neurology Grand Rounds, New York Hospital-Cornell Medical Center, New York, NY.

September 1988 General Electric Signa Seminar, Baltimore, MD.

October 1988 General Electric Signa Seminar, Los Angeles, CA.

October 1988 Neuroradiology and Head and Neck Radiology, Massachusetts General Hospital, Boston, MA.

October 1988 Gadolinium in MR Imaging Seminar. Chicago, IL, and San Francisco, CA.

November 1988 Neuroradiology Course, Muhlenberg Hospital, Nassau, Bahamas.

November 1988 RSNA Today" Teaching Videotape.

November 1988 European School of Oncology, Venice, Italy.

December 1988 Radiology Grand Rounds, Long Island College Hospital, New York, NY.

January 1989 New Jersey Radiological Society, New Jersey, NJ.

February 1989 Neurology Grand Rounds, Yale University School of Medicine, New Haven, CT.

March 1989 Atlanta Radiological Society, Atlanta, GA.

March 1989 American Society of Contemporary Medicine, Surgery, and Ophthalmology, Hollywood, FL.

March 1989 Visiting Professor, Emory University School of Medicine, Atlanta, GA.

April 1989 Neuroradiology, Columbia-Presbyterian Medical Center and the Neurological Institute of New York, New York, NY.

May 1989 New York Roentgen Society, New York, NY.

May 1989 Radiology Grand Rounds, Norwalk Hospital, Norwalk, CT.

May 1989 Magnetic Resonance Imaging, Massachusetts General Hospital, Boston, MA.

May 1989 MR Experts Meeting, San Francisco, CA.

August 1989 UCLA and University of Kumamoto, Magnetic Resonance Symposium, Kumamoto, Japan.

September 1989 Neuroradiology Course, University of Minnesota, Minneapolis, MN.

September 1989 Neuroradiology, Washington Imaging Conference, Alexandria Hospital, Alexandria, VA.

September 1989 European Society of Oncology, Venice, Italy.

October 1989 Neuroradiology Course, Tampa General Hospital, Tampa, FL.

October 1989 Neuroradiology and Head and Neck Radiology, Massachusetts General Hospital, Boston, MA.

November 1989 Neuroradiology, Hartford Hospital, Hartford, CT.

December 1989 Radiology Grand Rounds, Brown University and Rhode Island Hospital, Providence, RI.

December 1989 MR Experts Meeting, San Diego, CA.

January 1990 Radiology Grand Rounds, Columbia-Presbyterian Medical Center and the Neurological Institute of New York, New York, NY.

January 1990 American Cancer Society National Conference on Advances in Cancer Imaging, New York, NY.

January 1990 Radiology Grand Rounds, Montefiore Hospital and Albert Einstein Medical School, New York, NY.

February 1990 International Symposium on Contrast Agents, Berlin, Germany.

February 1990 Magnetic Resonance Imaging Update, University of Florida, Gainesville, Palm Beach, FL.

April 1990 Contrast Agents in MR, San Francisco, CA.

April 1990 Neuroradiology Course, Loyola School of Medicine, Chicago, IL.

May 1990 Radiology Grand Rounds, University of Connecticut, Hartford, CT.

June 1990 Kansas Radiological Society, Wichita, KS.

April 1990 Radiology Grand Rounds, Massachusetts General Hospital, Boston, MA.

April 1990 Neurosurgery Grand Rounds, Massachusetts General Hospital, Boston, MA.

September 1990 Keynote speaker, Royal College of Radiologists, Edinburgh, Scotland.

October 1990 Neuroradiology and Head and Neck Radiology, Massachusetts General Hospital, Boston, MA.

October 1990 Neuroradiology Course, Tampa General Hospital, Tampa, FL.

October 1990 Neuroradiology Course, University of Alabama Medical Center, Birmingham, AL.

October 1990 Canadian Association of Radiologists, Vancouver, British Columbia, Canada.

November 1990 International Magnetic Resonance Symposium, Osaka, Japan.

November 1990 European Society of Oncology, Venice, Italy.

January 1991 Contrast Agents in MR, Phoenix, AZ.

January 1991 International Symposium on MR, sponsored by NIH, UCSF, and University of Munich, Garmisch, Germany.

April 1991 MR Contrast Agents, Phoenix, AZ.

April 1991 European Society of Magnetic Resonance in Medicine and Biology, Zurich, Switzerland.

May 1991 Houston Radiological Society, Houston, TX.

May 1991 Video Conference on MR Imaging, Phoenix, AZ.

June 1991 Central New Jersey Radiology Society, New Brunswick, NJ.

September 1991 East Bay Radiology Society, Oakland, CA.

September 1991 Neuroradiology Course, Medical College of Wisconsin, Milwaukee, WI.

September 1991 Neuroradiology Course, University of Wisconsin, Madison, WI.

September 1991 Neuroradiology and Head and Neck Radiology, Massachusetts General Hospital, Boston, MA.

September 1991 Neuroradiology, New York University, New York, NY.

October 1991 DuPage Radiology Society, Chicago, IL.

October 1991 Neuroradiology Course, University of Southern Florida, Orlando, FL.

October 1991 Neuroradiology Course, University of Alabama, Hilton Head, SC.

November 1991 Dutch Society of Radiology, The Netherlands.

December 1991 Central Florida Radiology Society, Orlando, FL.

January 1992 Rhode Island Radiology Society, Providence, RI.

January 1992 Memphis Radiology Society, Memphis, TN.

February 1992 Magnetic Resonance Symposium, Singapore.

March 1992 Neuroradiology, Johns Hopkins University, Orlando, FL.

March 1992 Neuroradiology Course, Johns Hopkins Hospital, Baltimore, MD.

March 1992 Neuroradiology Course, Barrow Neurological Institute, Phoenix, AZ.

March 1992 Neuroradiology Course, New Jersey Radiological Society, Atlantic City, NJ.

March 1992 Radiology Grand Rounds, State University of New York, Albany, NY.

March 1992 Neuroradiology, Barrow Neurological Institute, Phoenix, AZ.

May 1992 Radiology Grand Rounds, University of Connecticut, Hartford, CT.

May 1992 — Radiology Grand Rounds, New York Medical College, Valhalla, NY.

August 1992 — Neuroradiology Course, Emory University, Kiawah Island, GA.

September 1992 — Neuroradiology Course, University of Alabama, Hilton Head, SC.

September 1992 — Neuroradiology, Massachusetts General Hospital, Boston, MA.

October 1992 — Royal Australasian College of Radiology, Brisbane, Australia.

October 1992 — Magnetic Resonance Imaging Symposium, Armed Forces Hospital, Riyadh, Saudi Arabia.

January 1993 — Radiology Grand Rounds, Columbia University, New York, NY.

January 1993 — International Symposium on MR, sponsored by NIH, UCSF, and University of Munich, Garmisch, Germany.

January 1993 — Keynote speaker at MR opening, St. George's Hospital, London, England.

February 1993 — New York Radiological Society, New York, NY.

March 1993 — Radiology Grand Rounds, University of Indiana, IN.

March 1993 — Radiology Grand Rounds, Beth Israel Hospital, New York, NY.

March 1993 — Radiology Grand Rounds, Lenox Hill Hospital, New York, NY.

March 1993 — Radiology Grand Rounds, Mt. Sinai Hospital, New York, NY.

March 1993 — Pittsburgh Radiological Society, Pittsburgh, PA.

March 1993 — Keynote speaker, MR Symposium, Hamburg, Germany.

April 1993 — Radiological Society of North Dakota and North Dakota Chapter of ACR, Fargo, ND.

April 1993 Neuroradiology Course, Loyola University, Chicago, IL.

April 1993 Contrast-enhanced MRI, NIH, Bethesda, MD.

April 1993 MR Symposium, Cancun, Mexico.

May 1993 MR Symposium, Dallas, TX.

September 1993 MR Symposium, Beijing Neurological Institute, Beijing, China.

December, 1993 Radiology Grand Rounds, Long Island College Hospital, New York, NY.

December, 1993 Kansas Neurological Society, Wichita, KS.

December, 1993 Radiology Grand Rounds, Long Island Jewish Hospital, New York, NY.

January 1994 Keynote speaker, MR Symposium, Daventer, The Netherlands.

February 1994 MR Dissertation, Invited faculty examiner, Cairo, Egypt.

March, 1994 Colorado Radiological Society, Denver, CO.

April 1994 Visiting Professor, Thomas Jefferson University, Philadelphia, PA.

May 1994 MR Symposium, Chinese Radiological Society, Shanghai, China.

August 1994 Visiting Professor, Dartmouth University, Hanover, NH.

October 1994 Kansas Radiological Society, Kansas City, KS.

October 1994 Associated Hospitals, National Teleconference on Magnetic Resonance Angiography.

October 1994 Magnetic Resonance Imaging Symposium, Armed Forces Hospital, Riyadh, Saudi Arabia.

March 1995 Radiology Grand Rounds, University of Connecticut, Hartford, CT.

March 1995 Visiting Professor, Cornell University, New York, NY.

May 1995 Visiting Professor, Philippine Radiological Society, Manila General Hospital, Manila, The Philippines.

May 1995 Visiting Professor, Dr. Erfan Hospital, Jeddah, Saudi Arabia.

November 1995 Visiting Professor, Korean Society of Magnetic Resonance, Asan Medical Center, Seoul, Korea.

December 1995 Radiology Grand Rounds, Beth Israel Hospital, New York, NY.

January 1996 New Jersey Neuroradiology Society, Newark, NJ.

January 1996 Visiting Professor, Radiology Society of India, Delhi, India.

February 1996 Radiology Grand Rounds, Long Island Jewish Hospital, New York, NY.

March 1996 Peninsula Radiology Society, Williamsburg, VA.

March 1996 Long Island Radiological Society, Woodbury, NY.

April 1996 Neuroradiology Course, Loyola University, Chicago, IL.

October 1996 Neuroradiology Course, Mt. Sinai Hospital, New York, NY.

February 1997 Visiting Professor, Radiology of Society of Thailand, Bangkok, Thailand

March 1997 International Diagnostic Radiology Course, Davos, Switzerland.

September 1997 Neuroradiology Course, Mt. Sinai Hospital, New York, NY.

October 1997 Visiting Professor, Radiology Society of Chile, Santiago, Chile

January 1998 Magnetic Resonance Imaging Symposium, Royal College of Radiology, Bangkok, Thailand

October 1998 Neuroradiology Course, Mt. Sinai Hospital, New York NY.

| | |
|---|---|
| November 1998 | Radiology Society of New Jersey, Somerset, N.J. |
| March 1999 | Westchester Radiological Society, White Plains, NY. |
| March 1999 | Neuroradiology, Johns Hopkins University, Marco Island, FL |
| May-June 1999 | National Audioconference, "Enhanced MRA of the Carotids". |
| September 1999 | MR Society of Houston, Houston, TX |
| October 1999 | Neuroradiology Course, Mt. Sinai Hospital, New York, NY. |
| October 1999 | North Dallas Medical Center, Dallas, TX. |
| November 1999 | MR Imaging of Wichita, Wichita, KS. |
| February 2000 | Buffalo Radiology Society, Buffalo, NY |
| March 2000 | Neuroradiology, University of California, San Diego, Marco Island, Fl. |
| March 2000 | International Diagnostic Radiology Course, Davos, Switzerland |
| June 2000 | Neuroradiology, Stanford University, Palo Alto, CA. |
| September 2000 | Visiting Professor, Columbia University, New York, NY |
| October 2000 | Neuroradiology Course, Mt. Sinai Hospital, New York, NY |
| November 2000 | Denver Radiology Society, Denver, CO. |
| December 2000 | Assessment of Neuroradiology Services in the Republic of Singapore, invited by the Government of Singapore. |
| October 2001 | Neuroradiology Course, Mt. Sinai Hospital, NY |
| February 2002 | Portuguese Society of Radiology, Porto, Portugal. |
| October 2002 | Neuroradiology Course, Mt. Sinai Hospital, NY |
| October 2003 | Neuroradiology Course, Mt. Sinai Hospital, NY |
| February 2004 | Neuroradiology Course, Stanford University, Las Vegas, NV |
| October 2004 | Neuroradiology Course, Mt. Sinai Hospital, NY |

| | |
|---|---|
| March 2005 | St. Louis University Hospital, St. Louis, MO |
| March 2005 | Visiting Professor, Cornell University, New York, NY |
| October 2005 | Chilean Society of Radiology, Santiago, Chile. |
| September 2006 | Visiting Professor, Atrium Medical Center, Vaals, the Netherlands. |
| February 2007 | Asian and Oceanian Congress of Neuroradiology and Head and Neck Radiology, Singapore. |
| March 2007 | Roger Hyman Memorial Lecture, North Shore University Hospital, New York. |
| September 2008 | Visions for the Future of MRI, moderator, Berlin, Germany. |
| March 2011 | Chinese Radiological Society, Changchun, Zhengzhou, Lanzhou, Fuzhou, China. |
| September 2013 | Visiting Professor, Boston University School of Medicine. |
| January 2014 | Visiting Professor, Columbia University School of Medicine. |
| October 2014 | Wood Visiting Professor, University of North Carolina Medical School. |

RESEARCH GRANTS DIRECTED AS PRINCIPAL INVESTIGATOR

1) Title: Gadolinium-DTPA Dimeglumine in Spinal MR Imaging (1987-1988).
Funding Source: Berlex Laboratories
Percent Effort: 15%
Total Cost: $72,400

2) Title: Magnetic Resonance Imaging of the Central Nervous System with S-041 Injection, Gadolinium DTPA BMA, in Adult Patients (1989-1990).
Funding Source: Winthrop-Sterling Laboratories
Percent Effort: 10%
Total Cost: $56,810

3) Title: Phase II Clinical Investigation of SQ 32,692 in Patients with Known Intracranial Tumors (19901991).
Funding Source: Bristol-Meyers Squibb Laboratories
Percent Effort: 10%
Total Cost: $21,372

4) Title: Double-blind study of the safety, tolerance and diagnostic efficacy of iopromide 300 mgl/ML and iopamidol 300 mgl/ML in patients requiring contrast enhanced computed tomography of the head or body 1991).
Funding Source: Berlex Laboratories
Percent Effort: 5%
Total Cost: $22,415

5) Title: Double-blind study of the safety, tolerance and diagnostic efficacy of Iotrolan 280 mgl/mL and Iohexol 300 mgl/mL in patients requiring contrast enhanced computed tomography (CECT) of the head (1992).
Funding Source: Berlex Laboratories
Percent Effort: 5%
Total Cost: $33,670

6) Title: Evaluation of the safety of intravenous gadopentetate dimeglumine at 0.3 mmol/kg body weight and the comparison of the diagnostic 0.3 mmol/kg efficacy of gadopentetate dimeglumine to that shown in a prior diagnostic study using 0.1 mmol/kg in adult patients with known primary carcinoma of the central nervous system (1993-1994).
Funding Source: Berlex Laboratories
Percent Effort: 5%
Total Cost: $76,100

7) Title: Evaluation of safety and efficacy of intravenous gadodiamide as a contrast agent in magnetic resonance imaging of patients with central nervous system lesions (1994).
Funding Source: Sanofi-Winthrop Laboratories
Percent Effort: 5%
Total Cost: $20,210

8) Title: A multicenter, randomized double-blind study to evaluate the safety, tolerability, and efficacy of gadoversetamide injection compared to gadopentetate dimeglumine injection in patients with central nervous system pathology (1996-1998).
Funding Source: Malinckrodt Medical, Inc.
Percent Effort : 5%

Total Cost: $96,498

9) Title: Evaluation of line scan diffusion imaging in the spine
Funding Source: American Society of Spine Radiology/ Arthrocare (2004-2005)
Percent Effort: 8%
Total Cost: $18,000

RESEARCH GRANTS AS CO-INVESTIGATOR

1) Status: Approved, 1992-1995.
Principal Investigator: James Leckman/Mark Riddle, M.D.
Role: Investigator
NIMH # 1P01MH49351-01
Title: Pathogenesis and treatment of Tourette's syndome, obsessive compulsive disorder and related disorders
Percent Effort: 3%

2) Status: Approved, 1995-1997.
Principal Investigator: Stuart Cook, M.D. (UMDNJ)
Role: Investigator
National MS Society RG 2347-A-5
Title: Volumetric studies of multiple sclerosis plaques following total lymphoid irradition
Percent Effort: 3%

3) Status: Approved, 1995-1997.
Principal Investigator: Pierre Fayad, M.D.
Role: Investigator
Lorex Pharmaceuticals, Inc.
Title: Evaluation of efficacy and safety of eliprodil in patients with acute ischemic stroke.
Percent Effort: 3%

4) Status: Approved, 1996-1998.
Principal Investigator: Joseph Guarnaccia, M.D.
Role: Investigator
Biogen Pharmaceuticals, Inc.
Title: A randomized, double-blind, placebo-controlled study of Avonex (Interferon beta-1a) in the treatment

of subjects at high risk for development of multiple sclerosis following the first onset of an isolated demyelinating event.
Percent Effort: 3%

5) Status: Approved, 2000-2001.
Principal Investigator: Pierre Fayad, M.D.
Role: Consultant
Pfizer
Title: A double-blind, placebo controlled, multicenter study to evaluate the safety and efficacy of a 72-hour infusion of LP-101, 606 in subjects with acute ischemic stroke in the forebrain.
Percent Effort: 5%

6) Status: Approved, 2000-2001.
Principal Investigator: Pierre Fayad, M.D.
Role: Consultant
Abbott
Title: A prospective multicenter dose-ranging study of intra-arterial thrombolysis in acute middle cerebral artery distribution thromboembolic stroke.
Percent Effort: 2%

7) Status: Approved, 2000-2001.
Principal Investigator: Pierre Fayad, M.D.
Role: Consultant
Pfizer
Title: An exploratory study of the natural history of acute stroke using functional magnetic resonance imaging
Percent Effort: 5%

8) Status: Approved, 2000-2008.
Principal Investigator: Laura Ment, M.D.
Role: Consultant
NINDS 5RO1NS026116-17
Title: Multicenter Randomized Indomethacin IVH Prevention Trial.
Percent Effort: 5%

9) Status: Approved, 2008-2009

Principal
Investigator: Joseph Schindler, M.D.
Role: Consultant
NMT Medical
Title: A Prospective, Multicenter, Randomized Controlled Trial to Evaluate the Safety and Efficacy of the STARFlex Septal Closure System vs. Best Medical Therapy in Patients with a Stroke and/or Transient Ischemic Attack due to Presumed Paradoxical Embolism through a Patent Foramen Ovale
Percent effort: 5%

10) Status: Approved, 2012-2015
Principal
Investigator: Lauren Beslow-Kaye, M.D.
Role: Faculty mentor
Title: K12-NS049453 Neurological Sciences Academic Development Award, Diffusion Tensor Imaging and Functional Connectivity in Pediatric Stroke
Percent effort: 3%

11) Status: Approved, 2013-2015
Principal
Investigator: Kevin Sheth, M.D.
Role: Co-Investigator
Title: Glyburide Advantage in Malignant Edema and Stroke – Remedy Pharmaceuticals
Percent effort: 10%

12) Status: Submitted NIH RO1
Principal
Investigator: Laura Ment, M.D.
Role: Co-Investigator
Title: Functional Organization of the Developing Brain

13) Status: Approved, 2017-2019
Principal
Investigator: Soo Hyun Kwon, MD
Role: Co-Investigator
Title: Cerebral Lateralization in the Developing Brain –
Funding source: American Academy of Cerebral Palsy and Developmental Medicine
Percent effort: 5%

14) Status: Approved, 2017-2020
Principal
Investigator: Kevin Sheth, MD

Role: Co-Investigator
Title: Portable Magnetic Resonance Imaging for Cerebral Ischemia
Funding source: American Heart Association
Percent effort: 3%

15) Status: Approved, 2017-2020
Principal Investigator: , MD
Role: Co-Investigator
Title: Cellular, Molecular, and Functional Imaging Approaches to Understanding Early Neurodevelopment in Autism
Funding source:
Percent effort: 3%

DEPARTMENTAL COMMITTEE SERVICE

Resident Selection Committee 1993 to 2007

Resident Evaluation Committee 1994 to 2007

Compensation Committee 1998 to 2002

Appointments and Promotions Committee 1998 to 2009

Finance Committee, Chairman 2002 to 2010

Talk Technology Committee 2002 to 2003

Contrast Committee 2009 to present

Neuroradiology Co-Management Committee 2009-present

POST-DOCTORAL FELLOWS SUPERVISED

1986-1987 David Liu, M.D. (1 yr.)

1986-1987 Jay Amster, M.D. (1 yr.)

1986-1988 Sylvie Destian, M.D. (2 yr.)

1986-1988 Lawrence Ginsberg, M.D. (2 yr.)

| | |
|---|---|
| 1987-1989 | Alison Haimes, M.D. (2 yr.) |
| 1987-1989 | Anna Kelly, M.D. (2 yr.) |
| 1988-1989 | Craig Sherman, M.D. (1 yr.) |
| 1988-1989 | Caren Jahre (1 yr.) |
| 1988-1989 | John Sierra (1 yr.) |
| 1988-1989 | Joseph Charles (1 yr.) |
| 1988-1989 | Gordon Cheung (1 yr.) |
| 1988-1989 | Robert Cross (1 yr.) |
| 1988-1989 | Graham Lee (1 yr.) |
| 1987-1989 | Robert Tash (2 yr.) |
| 1988-1990 | Michael Twohig (2 yr.) |
| 1989-1990 | Leo Wolansky (1 yr.) |
| 1989-1991 | Harold Augenstein (2 yr.) |
| 1989-1991 | Bernard Gero (2 yr.) |
| 1989-1991 | Robert Kamholtz (2 yr.) |
| 1990-1992 | Michael Merriam (2 yr.) |
| 1990-1992 | David Panush (2 yr.) |
| 1991-1993 | William Coughlin (2 yr.) |
| 1991-1993 | Neal Mandel (2 yr.) |
| 1991-1993 | Robert Fulbright (2 yr.) |
| 1991-1993 | Gilbert Melin (2 yr.) |
| 1992-1993 | Robert Glassberg (1 yr.) |
| 1992-1993 | John Agola (1 yr.) |

| | |
|---|---|
| 1992-1993 | John DeMerritt (2 yr.) |
| 1993-1994 | Robert Wolf (1 yr.) |
| 1993-1995 | John Eklund (2 yr.) |
| 1993-1995 | Richard Friedland (2 yr.) |
| 1993-1995 | Christopher Putman (2 yr.) |
| 1993-1995 | Pradeep Varma (2 yr.) |
| 1994-1995 | Arjun Kalyanpur (1 yr.) |
| 1994-1996 | Karl Hussman (2 yr.) |
| 1994-1996 | Andrew Walker (2 yr.) |
| 1995-1997 | Bruce Berberian (2 yr.) |
| 1995-1997 | Lawrence Davis (2 yr.) |
| 1995-1997 | Christopher Filippi (2 yr.) |
| 1995-1997 | Han Kim (2 yr.) |
| 1995-1997 | Paul Rolen (2 yr.) |
| 1996-1997 | James Cooper (1 yr.) |
| 1996-1998 | Scott Berger (2 yr.) |
| 1996-1998 | Jamal Bokhari (2 yr.) |
| 1997-1999 | John Messinger (2 yr.) |
| 1997-1999 | Peter Khouri (2 yr.) |
| 1997-1999 | Vito Errico (2 yr.) |
| 1998-2000 | Reuben Rock (2 yr.) |
| 1998-2000 | Michael Hayt (2 yr.) |

| | |
|---|---|
| 1998-2000 | Clive Perry (2 yr.) |
| 1999-2001 | Jean Yi (2 yr.) |
| 1999-2001 | Jonathan Fergenson (2 yr.) |
| 2000-2001 | Omar Islam (1 yr.) |
| 2000-2001 | Sanjay Saluja (1 yr.) |
| 2000-2001 | Scott Sullivan (1 yr.) |
| 2000-2001 | Krysztof Bochenek (1 yr.) |
| 2001-2002 | Michael N. Niles (1 yr.) |
| 2001-2002 | Kert Anzilotti (1 yr.) |
| 2001-2002 | Mark Shafer (1 yr.) |
| 2001-2003 | Parminder Deol (2 yr.) |
| 2001-2003 | Kumar Das (2 yr.) |
| 2002-2003 | Vivek Gupta (1 yr.) |
| 2002-2003 | Scott Walton (1 yr.) |
| 2002-2003 | Judith Luckman (1 yr.) |
| 2003-2004 | Corrado Baratti (1 yr.) |
| 2003-2004 | Jai Choi (1 yr.) |
| 2003-2004 | Greg Szarnecki (1 yr.) |
| 2003-2004 | Venkatramana Vattipally (1 yr.) |
| 2003-2005 | Ashutosh Pathak (2 yr.) |
| 2003-2004 | Evren Ustuner (1 yr.) |
| 2004-2005 | James Thomas (1 yr.) |
| 2004-2005 | Ning Huang (1 yr.) |

| | |
|---|---|
| 2004-2005 | Joshua Sapire (1 yr.) |
| 2004-2005 | Lawrence Moss (1 yr.) |
| 2004-2006 | Robert Ashton (2 yr.) |
| 2005-2006 | John Doumanian (1 yr.) |
| 2005-2006 | Puneet Pawha (1 yr.) |
| 2005-2006 | Colin Poon (1 yr.) |
| 2005-2006 | Charles Shen (1 yr.) |
| 2005-2006 | Feng Zhang (1 yr.) |
| 2005-2006 | David Engin (1 yr.) |
| 2005-2006 | Nagina Malguria (1 yr.) |
| 2006-2008 | John Ritter (2 yr.) |
| 2006-2007 | Mimi Lee (1 yr.) |
| 2006-2007 | Jean-Paul Dym (1 yr.) |
| 2006-2007 | Victor Shin (1 yr.) |
| 2006-2007 | Davis Guilbert (1 yr.) |
| 2006-2007 | Harmanjit Sidhu (1 yr.) |
| 2006-2007 | Paul Shieh (1 yr.) |
| 2007-2008 | Kaushal Mehta (1 yr.) |
| 2007-2008 | Daniel Mott (1 yr.) |
| 2007-2008 | Rajan Agarwal (1 yr.) |
| 2007-2008 | Howard Liu (1 yr.) |
| 2007-2008 | Sandro Rodrigues (1 yr.) |

| | |
|---|---|
| 2007-2008 | Amit Patel (1 yr.) |
| 2007-2008 | Michael Obrzut (1 yr.) |
| 2008-2009 | Jing Yao (1 yr.) |
| 2008-2009 | Weeks, David F. (1 yr.) |
| 2008-2009 | Tseng, Marisa H. (1 yr.) |
| 2008-2009 | Chen, Henry T. (1 yr.) |
| 2008-2009 | Chang, Hannah C. (1 yr.) |
| 2008-2009 | Le, Alexander H. (1 yr.) |
| 2008-2009 | Minja, Frank J. (1 yr.) |
| 2008-2009 | Mahajan, Amit(1 yr.) |
| 2009-2010 | Dunkin, Jared M. (1 yr.) |
| 2009-2010 | Griffith, Jared A. (1 yr.) |
| 2009-2010 | Messina, Robert D. (1 yr.) |
| 2009-2010 | Oliveros, Elder A. (1 yr.) |
| 2009-2010 | Swanger, Ronald S. (1 yr.) |
| 2009-2010 | Tsai, Kun-Lin (Tony) (1 yr.) |
| 2009-2010 | Welte, Frank J. (1 yr.) |
| 2010-2011 | Altmeyer, Wilson MD(1 yr.) |
| 2010-2011 | Cedeno, Paul MD(1 yr.) |
| 2010-2011 | Cunqueiro, Alain MD(1 yr.) |
| 2010-2011 | Platnick, Joseph MD(1 yr.) |
| 2010-2011 | Prabhu, Ramdas DO(1 yr.) |
| 2010-2011 | Soohoo, Stephanie MD(1 yr.) |

| | |
|---|---|
| 2010-2011 | Lapas, Alkies, DO(1 yr.) |
| 2010-2011 | Morgan, John, MD(1 yr.) |
| 2011-2012 | Agarwal, Ambika(1 yr.) |
| 2011-2012 | Gill, Ileana(1 yr.) |
| 2011-2012 | Harshman, Brian(1 yr.) |
| 2011-2012 | Hernandez, Ryan James(1 yr.) |
| 2011-2012 | Jaworsky, John(1 yr.) |
| 2011-2012 | Naim, Farah(1 yr.) |
| 2011-2012 | Rao, Balaji(1 yr.) |
| 2012-2013 | Kanfi, Alisa (1 yr.) |
| 2012-2013 | Velcani, Artur (1 yr.) |
| 2012-2013 | Vasani, Devang (1 yr.) |
| 2012-2013 | Tseng, Ian (1 yr.) |
| 2012-2103 | Pan, Lawrence (1 yr.) |
| 2012-2013 | Thakur, Manish (1 yr.) |
| 2012-2013 | Weisman, Nicholas (1 yr.) |
| 2012-2103 | Kadivar, Khadijeh (1 yr.) |
| 2013-2014 | Jeun, Bryan (1 yr.) |
| 2013-2014 | Landino, Frank (1 yr.) |
| 2013-2014 | Schielke, Jodi (1 yr.) |
| 2013-2014 | Patel, Nirav (1 yr.) |
| 2013-2014 | Shankar, Samantha (1 yr.) |

| | |
|---|---|
| 2013-2014 | Salhab, Samer (1 yr.) |
| 2013-2014 | Zohrabian, Vahe (1 yr.) |
| 2013-2014 | Davis, Douglas (1 yr.) |
| 2013-2014 | Kalra, Vivek (1 yr.) |

The following fellows were International post-doctoral staff sponsored by their governments or institutions to do research with me.

Chekashi Negishi, Japan (1 yr.)
Ali Demirci, Turkey (1 yr.)
Hans Schlemmer, Germany (1 yr.)
Khalid Allam, Egypt (2 yr.)
Yasutaka Kawamura, Japan (3 yr.)
Noriko Sato, Japan (2 yr.)
Ajay Aggarwal, India (1 yr.)
Choksi V. Rajnikant, India (1 yr.)
Sandhaya M. Singh, India (1 yr.)
Chang J. Song, Korea (1 yr.)
Patricio Miller, Chile (1 yr.)
Mohamed El-Azazy, Egypt ( 2 yr.)

# EXHIBIT E

# DILEEP YAVAGAL, M.D.

**DILEEP YAVAGAL, MD, FSVIN, FAHA, FAAN**
**Yavagal Strategic Solutions, LLC**
**490 Rovino Avenue**
**Coral Gables, Florida 33156**

Date: 8/22/2022

Re: Burgess v. Royal Carribean

I am a physician licensed to practice in the State of Florida and board certified in Neurology and Vascular Neurology. I also hold a certificate of advanced subspecialty training (CAST) in Neuroendovascular surgery. I am a fellow of the American Heart Association (FAHA), a fellow of the American Academy of Neurology (FAAN), and a fellow of the society of vascular and interventional neurology (FSVIN). I am currently employed as a Professor of Clinical Neurology and Neurosurgery and the Director of Interventional Neurology and co-Director of Neuroendovascular Surgery at the University of Miami School of Medicine and Jackson Memorial & University Tower Hospitals in Miami, FL.

I have reviewed the following materials in support of my opinions in this case:

1. Plaintiff's Complaint
2. RCCL Medical Chart
3. Sunny Ambulance Run Report
4. HIMA Hospital Records
5. Express Air Medical Transport
6. York Hospital records

7. 2018 Brain MRI
8. 2018 carotid ultrasound

9. HIMA Hospital CT Head and Neck (2/21/19, 2:14 PM)
10. HIMA Hospital CT Angiogram (2/21/19, 2:24 PM)
11. HIMA Hospital CT and MRI (2/22/19, 5:28 AM)
12. HIMA Hospital CT and MRI (2/22/19, 8:43 AM)
13. HIMA Hospital CT Angiogram (2/22/19, 9:941 AM)
14. HIMA Hospital Thrombectomy (2/22/19, 10:39 AM)
15. HIMA Hospital CT Head (2/22/19, 7:58 PM)
16. HIMA Hospital Cerebr Vascular Study (2/23/19, 8:00 AM)
17. HIMA Hospital CT Head (2/23/19, 6:49 PM)

18. Wellspan York Hospital CT Angiogram of Head (2/25/19)
19. Wellspan York Hospital MRI of brain

20. Deposition transcript of Plaintiff Richard Burgess
21. Deposition transcript of Darren Henze
22. Deposition transcript of RCCL corporate representative
23. Deposition transcript of Dr. Joao Pereira
24. Deposition transcript of Dr. Michiel Etsebeth

25. Deposition transcript of Jimmie Landrum
26. Deposition transcript of Ilene Landrum
27. Deposition transcript of Joe Hiatt
28. Deposition transcript of Susie Hiatt

Richard Burgess, 61 years old at the time, was a passenger aboard the Harmony of the Seas from February 17th, 2019 to February 21st, 2019. He has a history of HIV and brain surgery at age 16 and no other known pre-existing medical history.

**OPINIONS:**

1. When Richard Burgess presented to HIMA Hospital on 2/21/19 at 2:00 PM (AST), he would not have been a candidate for t-PA regardless of reported symptom onset time. This is because t-PA would have been contraindicated due to the recent head trauma he sustained when he fell in his cabin on 2/18/19 [specifically a 10 cm long laceration through the full depth of his scalp across the occiput that resulted in the need for suturing]. In my opinion, a head injury that requires stitches meets "serious" head trauma per guidelines. In addition, the initial read of imaging studies taken of Mr. Burgess' brain was suggestive of a possible SAH, which again would have been an absolute contraindication unless/until definitively ruled out. Finally, the time of stroke symptom onset could not be determined with absolute certainty: it is unclear what time Richard Burgess woke up on the morning of 2/21 or how long he had been experiencing symptoms before contacting his cousin via cell phone at 9:01 AM (EST) advising that he was unwell.
2. Also, the patient was not a candidate for mechanical thrombectomy at presentation as the presenting CT angiogram a right vertebral artery V1 segment occlusion, but the basilar artery was open. Mechanical thrombectomy is not indicated for vertebral artery V1 occlusions when the basilar artery is open. The risk of the V1 clot breaking loose during the procedure or breaking up into several pieces that could have occluded the open basilar artery outweigh the benefits of a procedure.
3. Dr. Ramos' decision to attempt a mechanical thrombectomy once Richard Burgess' second stroke on 2/22/19 due to basilar artery occlusion ( new finding seen on the CT angiogram from that day) was appropriate. However, since Mr. Burgess was not born with a small left vertebral artery, Dr. Ramos' only access to the basilar artery clot was via the right vertebral artery. The fact that Dr. Ramos made numerous attempts to access the clot through the right vertebral artery to no avail was due to unfavorable anatomy for accessing the right vertebral artery and the severe hardness of the clot blocking the right V1 segment. Inability to cross a hard clot blocking an artery is a known issue and in encountered in clinical practice with no safe solution.
4. In my opinion, the right V1 occlusion was more likely than not NOT created by a dissection caused by his fall injury on 2/19. Neither did the fall not cause a possible pre-existing blockage in the right V1 to become symptomatic. The evolution of Mr. Burgess' acute stroke condition was inevitable under the current standards of care and not attributable to any action or inaction of any of his health care providers, nor could it have been avoided by any earlier/additional treatment.

**CONCLUSION**

1. Based upon my knowledge, training and experience, along with my review of the materials provided and overall understanding of the facts and circumstances of this case, there is no action or inaction on the part of any of his health care providers, nor could it have been avoided by any earlier/additional treatment. All of my opinions in this case are within a reasonable degree of medical probability, and I specifically reserve the right to modify/supplement any opinions as discovery continues, to rebut any opinions offered by opposing experts, or to provide any subsequent opinions elicited in response to any cross examination questioning.

Sincerely,

Dr. Dileep Yavagal, MD

Dileep R. Yavagal, MD, MBBS, FSVIN, FAAN, FAHA
Professor of Clinical Neurology and Neurosurgery
Director Interventional Neurology, Co-director Endovascular Neurosurgery
Director Neurological Stem Cell Platform, Interdisciplinary Stem Cell Institute,
University of Miami &Jackson Memorial Hospitals,
1120 NW 14th Street,
Miami, FL 33136
***Global Chair, Mission Thrombectomy 2020 (MT2020)***
***Co-Founder & Past President, Society for Vascular and Interventional Neurology (SVIN. ) SVIN.ORG***
***Past Chair, Endovascular Section, American Academy Of Neurolgy (AAN) AAN.COM***

*Curriculum Vitae*
**DILEEP R. YAVAGAL, MD, FAHA, FAAN, FSVIN**



## I. PERSONAL

| | |
|---|---|
| Name: | Dileep R Yavagal, MD, FSVIN, FAHA, FAAN |
| Current Academic Rank: | Professor of Clinical Neurology and Neurosurgery. Current Track of Appointment: Clinical Educator Track |
| Professional Titles: | Director Interventional Neurology<br>Co-Director Endovascular Neurosurgery<br>Director Neurological Platform, Interdisciplinary Stem Cell Institute<br>University of Miami Miller School of Medicine |
| Primary Department: | Neurology |
| Secondary or Joint Appointment: | Neurosurgery |
| Citizenship: | Indian |
| Visa Type: | US Citizen |

## II. HIGHER EDUCATION

| | |
|---|---|
| 1988 – 1994: | M.B.B.S, Seth Gordhandas Sunderdas Medical College, Mumbai, India |
| 1994--1997: | MD. University of Mumbai, India |
| 2/94 – 07/97: | Residency in Internal Medicine<br>King Edward Memorial Hospital, Mumbai, India |
| 08/97 – 08/98: | Internship in Internal Medicine<br>University of Wisconsin Hospitals and Clinics Internship, Madison, WI |
| 09/98—07/01: | Residency in Neurology<br>Massachusetts General & Brigham & |

| | |
|---|---|
| | Women's Hospitals, Partners Neurology Program, Boston, MA |
| 08/01 – 06/02: | Fellowship in Critical Care Neurology Columbia Presbyterian Medical Center, New York, NY |
| 06/02 – 07/04: | Fellowship in Interventional Neuroradiology UCLA Medical Center, Los Angeles, CA |

**Visiting Fellowships:**

| | |
|---|---|
| 11/99 - 02/99: | CNS Apoptosis laboratory of Dr. Robert Friedlander, Brigham and Women's Hospital, Boston, MA |
| 08/99 – 09/99: | Visiting Resident in Interventional Neurology (Mentor: Dr. Camillo Gomez, MD), University of Alabama, Birmingham, AL |
| 08/92 – 02/9: | Visiting fellow in Molecular Biology, Sharma Malaria Molecular Biology Lab (Mentor; Dr. Shobna Sharma) , Tata Institute of Fundamental Research (TIFR), Bombay, India. |

**Certification and Licensure:**

*Certifications:*

2017 CAST Endovascular Neurosurgical Radiology

2006 Diplomate in Vascular Neurology

2004 American Board of Neurology and Psychiatry

1997 M.D. in Internal Medicine (Equivalent of Board Certification in Internal Medicine in India) University of Bombay, India

1996 U.S.M.LE. Step I, Step II, Step III

*Medical Licensure:*

| | |
|---|---|
| 2008-to date: | Florida |
| 2002-2008 | California |
| 2001-2008 | New York |
| 1998-2001 | Massachusetts (Temporary License) |

**III: EXPERIENCE**

Academic:

| | |
|---|---|
| 06/01/2017- Present | Professor of Clinical Neurology and Neurosurgery<br>Director Interventional Neurology<br>Co-Director Endovascular Neurosurgery<br>Director Neurological Platform, Interdisciplinary Stem Cell Institute University of Miami Miller School of Medicine/ Jackson Memorial Hospital<br>Miami, FL 33136 |
| 06/01/2012-5/31/2017 | Associate Professor of Clinical Neurology and & Neurosurgery<br>Director Interventional Neurology<br>Co-Director Endovascular Neurosurgery<br>Faculty Member, Interdisciplinary Stem Cell Institute<br>University of Miami Miller School of Medicine/ Jackson Memorial Hospital |
| 01/2008- 5/31/2012 | Assistant Professor of Clinical Neurology and Neurosurgery<br>Director of Interventional Neurology, Co-Director Endovascular Neurosurgery<br>University of Miami Miller School of Medicine/ Jackson Memorial Hospital |
| 08/2004- 12/2007 | Co-Director, Neuroendovascular Division Assistant Professor in Neurology and Neurosurgery Albany Medical Center<br>Attending Staff Neurologist Stratton VA Medical Center Albany, NY. |
| 09/2004- 09/2007 | Attending Staff Neurologist<br>Stratton VA Medical Center, Albany, NY |

Current Hospital Appointments: Jackson Memorial Hospital, Miami, FL
University of Miami Hospital, Miami, FL

Non- Academic: N/A

## IV. PUBLICATIONS

### Juried or Refereed Journal Articles:

1. Savitz SI, **Yavagal D**, Rappard G, Likosky W, Rutledge N, Graffagnino C, Alderazi Y, Elder JA, Chen PR, Budzik RF Jr, Tarrel R, Huang DY, Hinson JM Jr. A Phase 2 Randomized, Sham-Controlled Trial of Internal Carotid Artery Infusion of Autologous Bone Marrow-Derived ALD-401 Cells in Patients With Recent Stable Ischemic Stroke (RECOVER-Stroke). Circulation. 2019 Jan

8;139(2):192-205. PubMed PMID: 30586746

2. Khandelwal P, Al-Mufti F, Tiwari A, Singla A, Dmytriw AA, Piano M, Quilici L, Pero G, Renieri L, Limbucci N, Martínez-Galdámez M, Schüller-Arteaga M, Galván J, Arenillas-Lara JF, Hashim Z, Nayak S, Desousa K, Sun H, Agarwalla PK, Nanda A, Roychowdhury JS, Nourollahzadeh E, Prakash T, Gandhi CD, Xavier AR, Lozano JD, Gupta G, Yavagal DR. Incidence, Characteristics and Outcomes of Large Vessel Stroke in COVID-19 Cohort: An International Multicenter Study. Neurosurgery. 2021 Mar 18:nyab111. doi: 10.1093/neuros/nyab111. Epub ahead of print. PMID: 33734404; PMCID: PMC8108633.
3. Saini V, Brunet MC, Sur S, Malik AM, Khandelwal P, Desai S, Starke RM, Peterson EC, Jadhav AP, Cohen MG, Yavagal DR. "Direct" Mechanical Thrombectomy in Acute Ischemic Stroke during Percutaneous Coronary Intervention. J Stroke. 2020 May;22(2):271-274. doi: 10.5853/jos.2020.00500. Epub 2020 May 31. PMID: 32635694; PMCID: PMC7341016.
4. Atchaneeyasakul K, Shang T, Haussen D, Ortiz G, Yavagal D. Impact of MRI Selection on Triage of Endovascular Therapy in Acute Ischemic Stroke: The MRI in Acute Management of Ischemic Stroke (MIAMIS) Registry. Interv Neurol. 2020 Jan;8(2-6):135-143. doi: 10.1159/000490580. Epub 2019 Mar 15. PMID: 32508895; PMCID: PMC7253863.
5. Dharmadhikari S, Atchaneeyasakul K, Ambekar S, Saini V, Haussen DC, Yavagal D. Association of Menopausal Age with Unruptured Intracranial Aneurysm Morphology. Interv Neurol. 2020 Jan;8(2-6):109-115. doi: 10.1159/000496701. Epub 2019 Feb 15. PMID: 32508892; PMCID: PMC7253864.
6. Gupta R, Saver JL, Levy E, Zaidat OO, Yavagal D, Liebeskind DS, Khaldi A, Gross B, Lang M, Narayanan S, Jankowitz B, Snyder K, Siddiqui A, Davies J, Lin E, Hassan A, Hanel R, Aghaebrahim A, Kaushal R, Malek A, Mueller-Kronast N, Starke R, Bozorgchami H, Nesbit G, Horikawa M, Priest R, Liu J, Budzik RF, Pema P, Vora N, Taqi MA, Samaniego E, Wang QT, Nossek E, Dabus G, Linfante I, Puri A, Abergel E, Starkman S, Tateshima S, Jadhav AP; TIGER Trial Investigators. New Class of Radially Adjustable Stentrievers for Acute Ischemic Stroke: Primary Results of the Multicenter TIGER Trial. Stroke. 2021 May;52(5):1534-1544. doi: 10.1161/STROKEAHA.121.034436. Epub 2021 Mar 19. PMID: 33739136; PMCID: PMC8078128.
7. Nguyen TN, Abdalkader M, Jovin TG, Nogueira RG, Jadhav AP, Haussen DC, Hassan AE, Novakovic R, Sheth SA, Ortega-Gutierrez S, Panagos PD, Cordina SM, Linfante I, Mansour OY, Malik AM, Narayanan S, Masoud HE, Chou SH, Khatri R, Janardhan V, Yavagal DR, Zaidat OO, Greer DM, Liebeskind DS. Mechanical Thrombectomy in the Era of the COVID-19 Pandemic: Emergency Preparedness for Neuroscience Teams: A Guidance Statement From the Society of Vascular and Interventional Neurology. Stroke. 2020 Jun;51(6):1896-1901. doi: 10.1161/STROKEAHA.120.030100. Epub 2020 Apr 29. PMID: 32347790; PMCID: PMC7202095.
8. Sarmah D, Banerjee M, Datta A, Kalia K, Dhar S, Yavagal DR, Bhattacharya P. Nanotechnology in the diagnosis and treatment of stroke. Drug Discov Today. 2021 Feb;26(2):585-592. doi: 10.1016/j.drudis.2020.11.018. Epub 2020 Nov 23. PMID: 33242696.

9. Sur NB, Saini V, Torres LF, Atchaneeyasakul K, Malik AM, Yavagal DR, Chaturvedi S. The Proportion of Preventable Thrombectomy Procedures with Improved Atrial Fibrillation Stroke Prevention. J Stroke Cerebrovasc Dis. 2021 Apr;30(4):105599. doi: 10.1016/j.jstrokecerebrovasdis.2021.105599. Epub 2021 Feb 3. PMID: 33545519.
10. Otite FO, Patel S, Sharma R, Khandwala P, Desai D, Latorre JG, Akano EO, Anikpezie N, Izzy S, Malik AM, Yavagal D, Khandelwal P, Chaturvedi S. Trends in incidence and epidemiologic characteristics of cerebral venous thrombosis in the United States. Neurology. 2020 Oct 20;95(16):e2200-e2213. doi: 10.1212/WNL.0000000000010598. Epub 2020 Aug 26. PMID: 32847952; PMCID: PMC7713788.
11. Abecassis IJ, Saini V, Phillips TJ, Osbun JW, Martínez-Galdámez M, Nada A, Levitt MR, Crowley RW, Sattur MG, Spiotta AM, Luther E, Chen SH, Burks J, Jabbour P, Sweid A, Psychogios MN, Park MS, Yavagal DR, Peterson EC, Waqas M, Dossani RH, Davies JM, Brehm A, Selkirk GD, Fox WC, Abud DG, Galvan Fernandez J, Schüller Arteaga M, Starke RM. Upper extremity transvenous access for neuroendovascular procedures: an international multicenter case series. J Neurointerv Surg. 2021 Apr;13(4):357-362. doi: 10.1136/neurintsurg-2020-017102. Epub 2021 Feb 16. PMID: 33593801.
12. Luther E, Chen SH, McCarthy DJ, Nada A, Heath R, Berry K, Strickland A, Burks J, Silva M, Sur S, Yavagal DR, Starke RM, Peterson EC. Implementation of a radial long sheath protocol for radial artery spasm reduces access site conversions in neurointerventions. J Neurointerv Surg. 2020 Aug 25:neurintsurg-2020-016564. doi: 10.1136/neurintsurg-2020-016564. Epub ahead of print. PMID: 32843358.
13. Luther E, Burks J, Abecassis IJ, Nada A, Heath R, Berry K, McCarthy DJ, Saini V, Silva M, Huang E, Strickland A, Yavagal DR, Peterson EC, Levitt MR, Starke RM. Navigating radial artery loops in neurointerventions. J Neurointerv Surg. 2020 Dec 21:neurintsurg-2020-016856. doi: 10.1136/neurintsurg-2020-016856. Epub ahead of print. PMID: 33443135.
14. Sarkar A, Sarmah D, Datta A, Kaur H, Jagtap P, Raut S, Shah B, Singh U, Baidya F, Bohra M, Kalia K, Borah A, Wang X, Dave KR, Yavagal DR, Bhattacharya P. Post-stroke depression: Chaos to exposition. Brain Res Bull. 2021 Mar;168:74-88. doi: 10.1016/j.brainresbull.2020.12.012. Epub 2020 Dec 31. PMID: 33359639.
15. Lall A, Yavagal DR, Bornak A. Chronic total occlusion and spontaneous recanalization of the internal carotid artery: Natural history and management strategy. Vascular. 2020 Dec 9:1708538120978043. doi: 10.1177/1708538120978043. Epub ahead of print. PMID: 33297876.
16. Chen SH, Scott XO, Ferrer Marcelo Y, Almeida VW, Blackwelder PL, Yavagal DR, Peterson EC, Starke RM, Dietrich WD, Keane RW, de Rivero Vaccari JP. Netosis and Inflammasomes in Large Vessel Occlusion Thrombi. Front Pharmacol. 2021 Jan 22;11:607287. doi: 10.3389/fphar.2020.607287. PMID: 33569001; PMCID: PMC7868597.
17. Almekhlafi MA, Goyal M, Dippel DWJ, Majoie CBLM, Campbell BCV, Muir KW, Demchuk AM, Bracard S, Guillemin F, Jovin TG, Mitchell P, White P, Hill MD, Brown S, Saver JL; HERMES Trialists Collaboration. Healthy Life-Year Costs of Treatment Speed From Arrival to Endovascular

Thrombectomy in Patients With Ischemic Stroke: A Meta-analysis of Individual Patient Data From 7 Randomized Clinical Trials. JAMA Neurol. 2021 May 3:e211055. doi: 10.1001/jamaneurol.2021.1055. Epub ahead of print. PMID: 33938914; PMCID: PMC8094030.

18. Memon MZ, Daniel D, Chaudhry MRA, Grewal M, Saini V, Lukas J, Siddu M, Algahtani R, Nisar T, Majidi S, Leon Guerrero CR, Burger KM, Greenberg E, Khandelwal P, Malik AM, Starke RM, Koch S, Yavagal DR. Clinical impact of the first pass effect on clinical outcomes in patients with near or complete recanalization during mechanical thrombectomy for large vessel ischemic stroke. J Neuroimaging. 2021 Apr 30. doi: 10.1111/jon.12864. Epub ahead of print. PMID: 33930218.

19. Mohamed GA, Aboul Nour H, Nogueira RG, Mohammaden MH, Haussen DC, Al-Bayati AR, Nguyen TN, Abdalkader M, Kaliaev A, Ma A, Fifi J, Morey J, Yavagal DR, Saini V, Ortega-Gutierrez S, Farooqui M, Zevallos CB, Quispe-Orozco D, Schultz L, Kole M, Miller D, Mayer SA, Marin H, Bou Chebl A. Repeated Mechanical Endovascular Thrombectomy for Recurrent Large Vessel Occlusion: A Multicenter Experience. Stroke. 2021 Apr 29:STROKEAHA120033393. doi: 10.1161/STROKEAHA.120.033393. Epub ahead of print. PMID: 33910367.

20. Hussain SI, John S, Griffin E, Thornton J, Fiorot JA, Rivera R, Hammami N, Cervantes-Arslanian AM, Dasenbrock HH, Vu HL, Nguyen VQ, Hetts S, Bourcier R, Guile R, Walker M, Sharma M, Frei D, Jabbour P, Herial N, Al-Mufti F, Ozdemir AO, Aykac O, Gandhi D, Chugh C, Matouk C, Lavoie P, Edgell R, Beer-Furlan A, Chen M, Killer-Oberpfalzer M, Pereira VM, Nicholson P, Huded V, Ohara N, Watanabe D, Shin DH, Magalhaes PS, Kikano R, Ortega-Gutierrez S, Farooqui M, Abou-Hamden A, Amano T, Yamamoto R, Weeks A, Cora EA, Sivan-Hoffmann R, Crosa R, Möhlenbruch M, Nagel S, Al-Jehani H, Sheth SA, Lopez Rivera VS, Siegler JE, Sani AF, Puri AS, Kuhn AL, Bernava G, Machi P, Abud DG, Pontes-Neto OM, Wakhloo AK, Voetsch B, Raz E, Yaghi S, Mehta BP, Kimura N, Murakami M, Lee JS, Hong JM, Fahed R, Walker G, Hagashi E, Cordina SM, Roh HG, Wong K, Arenillas JF, Martinez-Galdamez M, Blasco J, Rodriguez Vasquez A, Fonseca L, Silva ML, Wu TY, John S, Brehm A, Psychogios M, Mack WJ, Tenser M, Todaka T, Fujimura M, Novakovic R, Deguchi J, Sugiura Y, Tokimura H, Khatri R, Kelly M, Peeling L, Murayama Y, Winters HS, Wong J, Teleb M, Payne J, Fukuda H, Miyake K, Shimbo J, Sugimura Y, Uno M, Takenobu Y, Matsumaru Y, Yamada S, Kono R, Kanamaru T, Morimoto M, Iida J, Saini V, Yavagal D, Bushnaq S, Huang W, Linfante I, Kirmani J, Liebeskind DS, Szeder V, Shah R, Devlin TG, Birnbaum L, Luo J, Churojana A, Masoud HE, Lopez CY, Steinfort B, Ma A, Hassan AE, Al Hashmi A, McDermott M, Mokin M, Chebl A, Kargiotis O, Tsivgoulis G, Morris JG, Eskey CJ, Thon J, Rebello L, Altschul D, Cornett O, Singh V, Pandian J, Kulkarni A, Lavados PM, Olavarria VV, Todo K, Yamamoto Y, Silva GS, Geyik S, Johann J, Multani S, Kaliaev A, Sonoda K, Hashimoto H, Alhazzani A, Chung DY, Mayer SA, Fifi JT, Hill MD, Zhang H, Yuan Z, Shang X, Castonguay AC, Gupta R, Jovin TG, Raymond J, Zaidat OO, Nogueira RG; SVIN COVID-19 Registry, the Middle East North Africa Stroke and Interventional Neurotherapies Organization (MENA-SINO); Japanese Society

of Vascular and Interventional Neurology Society (JVIN). Decline in subarachnoid haemorrhage volumes associated with the first wave of the COVID-19 pandemic. Stroke Vasc Neurol. 2021 Mar 26:svn-2020-000695. doi: 10.1136/svn-2020-000695. Epub ahead of print. PMID: 33771936; PMCID: PMC8006491.

21. Chen SH, Suazo R, Saini V, Abecassis IJ, Yavagal D, Starke RM, Peterson EC. Radial Artery Access for Cerebral Angiography: 2-Dimensional Operative Video. Oper Neurosurg (Hagerstown). 2021 Apr 16:opab071. doi: 10.1093/ons/opab071. Epub ahead of print. PMID: 33861323.

22. Nogueira RG, Qureshi MM, Abdalkader M, Martins SO, Yamagami H, Qiu Z, Mansour OY, Sathya A, Czlonkowska A, Tsivgoulis G, Aguiar de Sousa D, Demeestere J, Mikulik R, Vanacker P, Siegler JE, Kõrv J, Biller J, Liang CW, Sangha NS, Zha AM, Czap AL, Holmstedt CA, Turan TN, Ntaios G, Malhotra K, Tayal A, Loochtan A, Ranta A, Mistry EA, Alexandrov AW, Huang DY, Yaghi S, Raz E, Sheth SA, Mohammaden MH, Frankel M, Bila Lamou EG, Aref HM, Elbassiouny A, Hassan F, Menecie T, Mustafa W, Shokri HM, Roushdy T, Sarfo FS, Alabi TO, Arabambi B, Nwazor EO, Sunmonu TA, Wahab K, Yaria J, Mohammed HH, Adebayo PB, Riahi AD, Ben Sassi S, Gwaunza L, Ngwende GW, Sahakyan D, Rahman A, Ai Z, Bai F, Duan Z, Hao Y, Huang W, Li G, Li W, Liu G, Luo J, Shang X, Sui Y, Tian L, Wen H, Wu B, Yan Y, Yuan Z, Zhang H, Zhang J, Zhao W, Zi W, Leung TW, Chugh C, Huded V, Menon B, Pandian JD, Sylaja PN, Usman FS Sr, Farhoudi M, Hokmabadi ES, Horev A, Reznik A, Hoffmann RS, Ohara N, Sakai N, Watanabe D, Yamamoto R, Doijiri R, Tokuda N, Yamada T, Terasaki T, Yazawa Y, Uwatoko T, Dembo T, Shimizu H, Sugiura Y, Miyashita F, Fukuda H, Miyake K, Shimbo J, Sugimura Y, Yagita Y, Takenobu Y, Matsumaru Y, Yamada S, Kono R, Kanamaru T, Yamazaki H, Sakaguchi M, Todo K, Yamamoto N, Sonoda K, Yoshida T, Hashimoto H, Nakahara I, Kondybayeva A, Faizullina K, Kamenova S, Zhanuzakov M, Baek JH, Hwang Y, Lee JS, Lee SB, Moon J, Park H, Seo JH, Seo KD, Sohn SI, Young CJ, Ahdab R, Wan Zaidi WA, Aziz ZA, Basri HB, Chung LW, Ibrahim AB, Ibrahim KA, Looi I, Tan WY, Yahya NW, Groppa S, Leahu P, Al Hashmi AM, Imam YZ, Akhtar N, Pineda-Franks MC, Co CO, Kandyba D, Alhazzani A, Al-Jehani H, Tham CH, Mamauag MJ, Venketasubramanian N, Chen CH, Tang SC, Churojana A, Akil E, Aykaç O, Ozdemir AO, Giray S, Hussain SI, John S, Le Vu H, Tran AD, Nguyen HH, Pham TN, Nguyen TH, Nguyen TQ, Gattringer T, Enzinger C, Killer-Oberpfalzer M, Bellante F, De Blauwe S, Vanhooren G, De Raedt S, Dusart A, Lemmens R, Ligot N, Rutgers MP, Yperzeele L, Alexiev F, Sakelarova T, Bedeković MR, Budincevic H, Cindrić I, Hucika Z, Ozretic D, Saric MS, Pfeifer F, Karpowic I, Cernik D, Sramek M, Skoda M, Hlavacova H, Klecka L, Koutny M, Vaclavik D, Skoda O, Fiksa J, Hanelova K, Nevsimalova M, Rezek R, Prochazka P, Krejstova G, Neumann J, Vachova M, Brzezanski H, Hlinovsky D, Tenora D, Jura R, Jurák L, Novak J, Novak A, Topinka Z, Fibrich P, Sobolova H, Volny O, Christensen HK, Drenck N, Iversen HK, Simonsen CZ, Truelsen TC, Wienecke T, Vibo R, Gross-Paju K, Toomsoo T, Antsov K, Caparros F, Cordonnier C, Dan M, Faucheux JM, Mechtouff L, Eker O, Lesaine E, Ondze B, Peres R, Pico F, Piotin M, Pop R, Rouanet F, Gubeladze T, Khinikadze M, Lobjanidze N, Tsikaridze A, Nagel S, Ringleb

PA, Rosenkranz M, Schmidt H, Sedghi A, Siepmann T, Szabo K, Thomalla G, Palaiodimou L, Sagris D, Kargiotis O, Klivenyi P, Szapary L, Tarkanyi G, Adami A, Bandini F, Calabresi P, Frisullo G, Renieri L, Sangalli D, Pirson AV, Uyttenboogaart M, van den Wijngaard I, Kristoffersen ES, Brola W, Fudala M, Horoch-Lyszczarek E, Karlinski M, Kazmierski R, Kram P, Rogoziewicz M, Kaczorowski R, Luchowski P, Sienkiewicz-Jarosz H, Sobolewski P, Fryze W, Wisniewska A, Wiszniewska M, Ferreira P, Ferreira P, Fonseca L, Marto JP, Pinho E Melo T, Nunes AP, Rodrigues M, Cruz VT, Falup-Pecurariu C, Krastev G, Mako M, Alonso de Leciñana M, Arenillas JF, Ayo-Martin O, Culebras AC, Tejedor ED, Montaner J, Pérez-Sánchez S, Tola Arribas MA, Vasquez AR, Mazya M, Bernava G, Brehm A, Machi P, Fischer U, Gralla J, Michel PL, Psychogios MN, Strambo D, Banerjee S, Krishnan K, Kwan J, Butt A, Catanese L, Demchuk A, Field T, Haynes J, Hill MD, Khosravani H, Mackey A, Pikula A, Saposnik G, Scott CA, Shoamanesh A, Shuaib A, Yip S, Barboza MA, Barrientos JD, Portillo Rivera LI, Gongora-Rivera F, Novarro-Escudero N, Blanco A, Abraham M, Alsbrook D, Altschul D, Alvarado-Ortiz AJ, Bach I, Badruddin A, Barazangi N, Brereton C, Castonguay A, Chaturvedi S, Chaudhry SA, Choe H, Choi JH, Dharmadhikari S, Desai K, Devlin TG, Doss VT, Edgell R, Etherton M, Farooqui M, Frei D, Gandhi D, Grigoryan M, Gupta R, Hassan AE, Helenius J, Kaliaev A, Kaushal R, Khandelwal P, Khawaja AM, Khoury NN, Kim BS, Kleindorfer DO, Koyfman F, Lee VH, Leung LY, Linares G, Linfante I, Lutsep HL, Macdougall L, Male S, Malik A, Masoud H, McDermott M, Mehta BP, Min J, Mittal M, Morris JG, Multani SS, Nahab F, Nalleballe K, Nguyen CB, Novakovic-White R, Ortega-Gutierrez S, Rahangdale RH, Ramakrishnan P, Romero JR, Rost N, Rothstein A, Ruland S, Shah R, Sharma M, Silver B, Simmons M, Singh A, Starosciak AK, Strasser SL, Szeder V, Teleb M, Tsai JP, Voetsch B, Balaguera O, Pujol Lereis VA, Luraschi A, Almeida MS, Cardoso FB, Conforto A, De Deus Silva L, Giacomini LV, Lima FO, Longo AL, Magalhães PS, Martins RT, Mont'alverne F, Mora Cuervo DL, Rebello LC, Valler L, Zetola VF, Lavados PM, Navia V, Olavarría VV, Almeida Toro JM, Ricardo Amaya PF, Bayona H, Corredor-Quintero AB, Rivera Ordonez CE, Mantilla Barbosa DK, Lara O, Patiño MR, Diaz Escobar LF, Dejesus Melgarejo Farina DE, Villamayor AC, Zelaya Zarza AJ, Barrientos Iman DM, Kadota LR, Campbell B, Hankey GJ, Hair C, Kleinig T, Ma A, Martins RT, Sahathevan R, Thijs V, Salazar D, Yuan-Hao Wu T, Haussen DC, Liebeskind D, **Yavagal D**, Jovin TG, Zaidat OO, Nguyen TN; SVIN COVID-19 Global Stroke Registry. **Global Impact of COVID-19 on Stroke Care and Intravenous Thrombolysis. Neurology. 2021 Mar 25:10.1212/WNL. PMID: 33766997.**

23. Chen SR, Kan P. Early Postmarket Results with EmboTrap II Stent Retriever for Mechanical Thrombectomy: **A Multicenter Experience. AJNR Am J Neuroradiol. 2021 May;42(5):904-909. doi: 10.3174/ajnr.A7067. Epub 2021 Mar 11. PMID: 33707283.**
24. Li Y, Chen SH, Guniganti R, Kansagra AP, Piccirillo JF, Chen CJ, Buell T, Sheehan JP, Ding D, Lanzino G, Brinjikji W, Kim LJ, Levitt MR, Abecassis IJ, Bulters DO, Durnford A, Fox WC, Polifka AJ, Gross BA, Sur S, McCarthy DJ, Yavagal DR, Peterson EC, Hayakawa M, Derdeyn C, Samaniego EA, Amin-Hanjani S, Alaraj A, Kwasnicki A, Charbel FT, van Dijk JMC, Potgieser AR,

Satomi J, Tada Y, Abla A, Phelps R, Du R, Lai PMR, Zipfel GJ, Starke RM; Consortium for Dural Arteriovenous Fistula Outcomes Research. **Onyx embolization for dural arteriovenous fistulas: a multi-institutional study. J Neurointerv Surg. 2021 Feb 25:neurintsurg-2020-017109. doi: 10.1136/neurintsurg-2020-017109. Epub ahead of print. PMID: 33632883.**

25. Nogueira RG, Abdalkader M, Qureshi MM, Frankel MR, Mansour OY, Yamagami H, Qiu Z, Farhoudi M, Siegler JE, Yaghi S, Raz E, Sakai N, Ohara N, Piotin M, Mechtouff L, Eker O, Chalumeau V, Kleinig TJ, Pop R, Liu J, Winters HS, Shang X, Vasquez AR, Blasco J, Arenillas JF, Martinez-Galdamez M, Brehm A, Psychogios MN, Lylyk P, Haussen DC, Al-Bayati AR, Mohammaden MH, Fonseca L, Luís Silva M, Montalverne F, Renieri L, Mangiafico S, Fischer U, Gralla J, Frei D, Chugh C, Mehta BP, Nagel S, Mohlenbruch M, Ortega-Gutierrez S, Farooqui M, Hassan AE, Taylor A, Lapergue B, Consoli A, Campbell BC, Sharma M, Walker M, Van Horn N, Fiehler J, Nguyen HT, Nguyen QT, Watanabe D, Zhang H, Le HV, Nguyen VQ, Shah R, Devlin T, Khandelwal P, Linfante I, Izzath W, Lavados PM, Olavarría VV, Sampaio Silva G, de Carvalho Sousa AV, Kirmani J, Bendszus M, Amano T, Yamamoto R, Doijiri R, Tokuda N, Yamada T, Terasaki T, Yazawa Y, Morris JG, Griffin E, Thornton J, Lavoie P, Matouk C, Hill MD, Demchuk AM, Killer-Oberpfalzer M, Nahab F, Altschul D, Ramos-Pachón A, Pérez de la Ossa N, Kikano R, Boisseau W, Walker G, Cordina SM, Puri A, Luisa Kuhn A, Gandhi D, Ramakrishnan P, Novakovic-White R, Chebl A, Kargiotis O, Czap A, Zha A, Masoud HE, Lopez C, Ozretic D, Al-Mufti F, Zie W, Duan Z, Yuan Z, Huang W, Hao Y, Luo J, Kalousek V, Bourcier R, Guile R, Hetts S, Al-Jehani HM, AlHazzani A, Sadeghi-Hokmabadi E, Teleb M, Payne J, Lee JS, Hong JM, Sohn SI, Hwang YH, Shin DH, Roh HG, Edgell R, Khatri R, Smith A, Malik A, Liebeskind D, Herial N, Jabbour P, Magalhaes P, Ozdemir AO, Aykac O, Uwatoko T, Dembo T, Shimizu H, Sugiura Y, Miyashita F, Fukuda H, Miyake K, Shimbo J, Sugimura Y, Beer-Furlan A, Joshi K, Catanese L, Abud DG, Neto OG, Mehrpour M, Al Hashmi A, Saqqur M, Mostafa A, Fifi JT, Hussain S, John S, Gupta R, Sivan-Hoffmann R, Reznik A, Sani AF, Geyik S, Akıl E, Churojana A, Ghoreishi A, Saadatnia M, Sharifipour E, Ma A, Faulder K, Wu T, Leung L, Malek A, Voetsch B, Wakhloo A, Rivera R, Barrientos Iman DM, Pikula A, Lioutas VA, Thomalla G, Birnbaum L, Machi P, Bernava G, McDermott M, Kleindorfer D, Wong K, Patterson MS, Fiorot JA Jr, Huded V, Mack W, Tenser M, Eskey C, Multani S, Kelly M, Janardhan V, Cornett O, Singh V, Murayama Y, Mokin M, Yang P, Zhang X, Yin C, Han H, Peng Y, Chen W, Crosa R, Frudit ME, Pandian JD, Kulkarni A, Yagita Y, Takenobu Y, Matsumaru Y, Yamada S, Kono R, Kanamaru T, Yamazaki H, Sakaguchi M, Todo K, Yamamoto N, Sonoda K, Yoshida T, Hashimoto H, Nakahara I, Cora E, Volders D, Ducroux C, Shoamanesh A, Ospel J, Kaliaev A, Ahmed S, Rashid U, Rebello LC, Pereira VM, Fahed R, Chen M, Sheth SA, Palaiodimou L, Tsivgoulis G, Chandra R, Koyfman F, Leung T, Khosravani H, Dharmadhikari S, Frisullo G, Calabresi P, Tsiskaridze A, Lobjanidze N, Grigoryan M, Czlonkowska A, de Sousa DA, Demeestere J, Liang C, Sangha N, Lutsep HL, Ayo-Martín Ó, Cruz-Culebras A, Tran AD, Young CY, Cordonnier C, Caparros F, De Lecinana MA, Fuentes B, **Yavagal D**, Jovin T, Spelle L, Moret J, Khatri P, Zaidat O, Raymond J,

Martins S, Nguyen T. **Global impact of COVID-19 on stroke care. Int J Stroke. 2021 Mar 29:1747493021991652. doi: 10.1177/1747493021991652. Epub ahead of print. PMID: 33459583; PMCID: PMC8010375.**

26. Krementz NA, Landman A, Gardener HE, Arauz A, Rodriguez AD, Cannon H, Lau HL, Sur N, Marulanda-Londoño E, Yavagal DR, Yan B, Nagel S, Demchuk AM, Khatri P, Romano JG, Asdaghi N. Endovascular Therapy in Mild Ischemic Strokes Presenting Under 6 hours: An International Survey. J Stroke Cerebrovasc Dis. 2020 Nov;29(11):105234. doi: 10.1016/j.jstrokecerebrovasdis.2020.105234. Epub 2020 Aug 20. PMID: 33066890.
27. Memon MZ, Kushnirsky M, Brunet MC, Siddu M, Starke RM, Malik AM, Koch S, **Yavagal DR.** Mechanical Thrombectomy for Large Vessel Occlusions in Cocaine Associated Acute Ischemic Stroke: Small Case Series and Review of the Literature. J Stroke Cerebrovasc Dis. 2020 Dec;29(12):105330. doi: 10.1016/j.jstrokecerebrovasdis.2020.105330. Epub 2020 Sep 28. PMID: 32992185.
28. Nguyen TN, Jadhav AP, Dasenbrock HH, Nogueira RG, Abdalkader M, Ma A, Cervantes-Arslanian AM, Greer DM, Daneshmand A, **Yavagal DR,** Jovin TG, Zaidat OO, Chou SH. Subarachnoid hemorrhage guidance in the era of the COVID-19 pandemic - An opinion to mitigate exposure and conserve personal protective equipment. J Stroke Cerebrovasc Dis. 2020 Sep;29(9):105010. doi: 10.1016/j.jstrokecerebrovasdis.2020.105010. Epub 2020 Jun 5. PMID: 32807425; PMCID: PMC7274572.
29. Chen SH, McCarthy D, Saini V, Brunet MC, Peterson EC, **Yavagal D,** Starke RM. Effect of Body Mass Index on Outcomes of Mechanical Thrombectomy in Acute Ischemic Stroke. World Neurosurg. 2020 Nov;143:e503-e515. doi: 10.1016/j.wneu.2020.07.220. Epub 2020 Aug 8. PMID: 32777391.
30. Memon MZ, Kushnirsky M, Brunet MC, Saini V, Koch S, **Yavagal DR.** Mechanical thrombectomy in isolated large vessel posterior cerebral artery occlusions. Neuroradiology. 2021 Jan;63(1):111-116. doi: 10.1007/s00234-020-02505-w. Epub 2020 Aug 3. PMID: 32748080.
31. Menon BK, Xu H, Cox M, Saver JL, Goyal M, Peterson E, Xian Y, Matsuoka R, Jehan R, **Yavagal D**, Gupta R, Mehta B, Bhatt DL, Fonarow GC, Schwamm LH, Smith EE. Components and Trends in Door to Treatment Times for Endovascular Therapy in Get With The Guidelines- Stroke Hospitals. Circulation. 2019 Jan 8;139(2):169-179. PubMed PMID: 30586703
32. Jahan R, Saver JL, Schwamm LH, Fonarow GC, Liang L, Matsouaka RA, Xian Y, Holmes DN, Peterson ED, **Yavagal D,** Smith EE. Association Between Timeto Treatment With Endovascular Reperfusion Therapy and Outcomes Patients With Acute Ischemic Stroke Treated in Clinical Practice. JAMA. 2019 Jul 16;322(3):252-263. PMCID: PMC6635908.
33. Li Y, Chen SH, Spiotta AM, Jabbour P, Levitt MR, Kan P, Griessenauer CJ, Arthur AS, Osbun JW, Park MS, Chalouhi N, Sweid A, Wolfe SQ, Fargen KM, Dumont AS, Dumont TM, Brunet MC, Sur S, Luther E, Strickland A, **Yavagal DR,** Peterson EC, Schirmer CM, Goren O, Dalal S, Weiner G, Rosengart A, Raper D, Chen CJ, Amenta P, Scullen T, Kelly CM, Young C, Nahhas M, Almallouhi E, Gunasekaran A, Pai S, Lanzino G, Brinjikji W, Abbasi M,

Dornbos ID, Goyal N, Peterson J, El-Ghanem MH, Starke RM. Lower complication rates associated with transradial versus transfemoral flow diverting stent placement. J Neurointerv Surg. 2020 Jun; PMID: 32487766.

34. Sylaja PN, Srivastava MVP, Shah S, Bhatia R, Khurana D, Sharma A, PandianJD, Kalia K, Sarmah D, Nair SS, **Yavagal DR**, Bhattacharya P. The SARS- CoV-2/COVID-19 pandemic and challenges in stroke care in India. Ann N Y Acad Sci. 2020 May 12:10.1111/nyas.14379. PMID: 32396683

35. Raut S, Singh U, Sarmah D, Datta A, Baidya F, Shah B, Bohra M, Jagtap P, Sarkar A, Kalia K, Borah A, Dave KR, Yavagal DR, Bhattacharya P. Migraine and Ischemic Stroke: Deciphering the Bidirectional Pathway. ACS Chem Neurosci. 2020 Jun 3;11(11):1525-1538. doi: 10.1021/acschemneuro.0c00137. Epub 2020 May 12. PMID: 32348103.

36. Leira EC, Russman AN, Biller J, Brown DL, Bushnell CD, Caso V, ChamorroA, Creutzfeldt CJ, Cruz-Flores S, Elkind MSV, Fayad P, Froehler MT, Goldstein LB, Gonzales NR, Kaskie B, Khatri P, Livesay S, Liebeskind DS, Majersik JJ, Moheet A, Romano JG, Sanossian N, Sansing LH, Silver B, Simpkins AN, Smith W, Tirschwell DL, Wang DZ, Yavagal DR, Worrall BB. Preserving stroke care during the COVID-19 pandemic: Potential issues and solutions. Neurology. 2020 May 8:10.1212/ PMID: 32385186.

37. Nguyen TN, Abdalkader M, Jovin TG, Nogueira RG, Jadhav AP, Haussen DC, Hassan AE, Novakovic R, Sheth SA, Ortega-Gutierrez S, Panagos PD, CordinaSM, Linfante I, Mansour OY, Malik AM, Narayanan S, Masoud HE, Chou SH,Khatri R, Janardhan V, Yavagal DR, Zaidat OO, Greer DM, Liebeskind DS. Mechanical Thrombectomy in the Era of the COVID-19 Pandemic: EmergencyPreparedness for Neuroscience Teams: A Guidance Statement From the Societyof Vascular and Interventional Neurology. Stroke. 2020 Jun;51(6):1896-1901. PMID: 32347790.

38. Sarmah D, Datta A, Raut S, Sarkar A, Shah B, Bohra M, Singh U, Jagtap P, Baidya F, Kalia K, Wang X, Dave KR, Yavagal DR, Bhattacharya P. Role of Inflammasomes in Atherosclerosis and Stroke Pathogenesis. Curr Pharm Des. 2020Apr 26. doi: 10.2174/1381612826666200427084949. Epub ahead of print. PMID: 32338208.

39. Patel P, Yavagal D, Khandelwal P. Hyperacute Management of Ischemic Strokes:JACC Focus Seminar. J Am Coll Cardiol. 2020 Apr 21;75(15):1844-1856. PMID: 32299596.

40. Luther E, McCarthy D, Silva M, Nada A, Strickland A, Chen S, Burks J, Sur S, **Yavagal D**, Peterson E, Starke RM. Bilateral Transradial Access for Complex Posterior Circulation Interventions. World Neurosurg. 2020 Apr 16;139:101-105.PMID: 32305617.

41. Ospel JM, Almekhlafi MA, Menon BK, Kashani N, Chapot R, Fiehler J, Hassan AE, **Yavagal D**, Majoie CBLM, Jayaraman MV, Hill MD, Goyal M. Workflow patterns and potential for optimization in endovascular stroke treatment across the world: results from a multinational survey. J Neurointerv Surg. 2020 Apr 6:neurintsurg-2020-015902. PMID: 32253281.

42. Datta A, Sarmah D, Mounica L, Kaur H, Kesharwani R, Verma G, Veeresh P, Kotian V, Kalia K, Borah A, Wang X, Dave KR, **Yavagal DR**, Bhattacharya P. Cell Death Pathways in Ischemic Stroke and Targeted Pharmacotherapy.

Transl Stroke Res. 2020 Mar 26. PMID: 32219729.

43. Adeoye, Opeolu; Nyström, Karin V; **Yavagal, Dileep R**; Luciano, Jean; Nogueira, Raul G; Zorowitz, Richard D; Khalessi, Alexander A; Bushnell, Cheryl; Barsan, William G; Panagos, Peter; Recommendations for the establishment of stroke systems of care: a 2019 update: a policy statement from the American Stroke Association **Stroke** 50; 7e187-e210; 2019

44. Sarmah, Deepaneeta; Kaur, Harpreet; Saraf, Jackson; Vats, Kanchan; Pravalika, Kanta; Wanve, Madhuri; Kalia, Kiran; Borah, Anupom; Kumar, Akhilesh; Wang, Xin; Yavagal DR, Dave KR, Bhattacharya P. Mitochondrial dysfunction in stroke: implications of stem cell therapy. **Translational stroke research.** 10;2;121-1362019

45. Chen, Stephanie H; Sur, Samir; Sedighim, Shaina; Kassi, Anelia; Yavagal, Dileep; Peterson, Eric C; Starke, Robert M; Utility of diagnostic cerebral angiography in the management of suspected central nervous system vasculitis. **Journal of Clinical Neuroscience** 64; 98-100; 2019

46. Brunet, Marie-Christine; Chen, Stephanie H; Khandelwal, Priyank; Hare, Joshua M; Starke, Robert M; Peterson, Eric C; Yavagal, Dileep R; Intravenous stem cell therapy for high-grade aneurysmal subarachnoid hemorrhage: case report and literature review. **World neurosurgery** 128 573-575 2019

47. Saraf, Jackson; Sarmah, Deepaneeta; Vats, Kanchan; Kaur, Harpreet; Pravalika, Kanta; Wanve, Madhuri; Kalia, Kiran; Borah, Anupom; Dave, Kunjan R; Yavagal, Dileep R; Bhattacharya, P. Intra-arterial stem cell therapy modulates neuronal calcineurin and confers neuroprotection after ischemic stroke. **International Journal of Neuroscience** 129; 10; 1039-1044 2019

48. Aghaebrahim, Amin; Jadhav, Ashutosh P; Hanel, Ricardo; Sauvageau, Eric; Granja, Manuel F; Zhang, Yanchang; Haussen, Diogo C; Budzik, Ronald F; Bonafe, Alain; Bhuva, Parita; Ribo M, Cognard C, Sila C, Yavagal D, Hassan, AE, Smith WS, Saver J, Liebeskind DS, Nogueira RG, Jovin TG; DAWN Investigators. Outcome in Direct Versus Transfer Patients in the DAWN Controlled Trial **Stroke**. 50;8;2163-216, 2019

49. Veeresh, Pabbala; Kaur, Harpreet; Sarmah, Deepaneeta; Mounica, Leela; Verma, Geetesh; Kotian, Vignesh; Kesharwani, Radhika; Kalia, Kiran; Borah, Anupom; Wang, Xin; Dave, K, Rodriguez, AM, Yavagal DR, Bhattacharya P. Endoplasmic reticulum–mitochondria crosstalk: from junction to function across neurological disorders . **Annals of the New York Academy of Sciences** 1457 1; 41-602019

50. Jadhav, Ashutosh P; Aghaebrahim, Amin; Jankowitz, Brian T; Haussen, Diogo C; Budzik, Ronald F; Bonafe, Alain; Bhuva, Parita; Yavagal, Dileep R; Hanel, Ricardo A; Hassan, Ameer E; Benefit of endovascular thrombectomy by mode of onset: secondary analysis of the DAWN trial. **Stroke** 50 11 3141-3146 2019

51. Chen, Stephanie H; Brunet, Marie-Christine; Sur, Samir; Yavagal, Dileep R; Starke, Robert M; Peterson, Eric C; Feasibility of repeat transradial access for neuroendovascular procedures. **Journal of neurointerventional surgery** 12 4 431-434 2020

52. McCarthy, David J; Sur, Samir; Fortunel, Adisson; Snelling, Brian; Luther, Evan; Yavagal, Dileep; Peterson, Eric; Starke, Robert M; Predictors of Balloon

Guide Catheter Assistance Success in Stent-retrieval Thrombectomy for an Anterior Circulation Acute Ischemic Stroke. **Cureus** 11; 8; 2019

53. Tekle WG, Hassan AE, Jadhav AP, Haussen DC, Budzik RF, Bonafe A, Bhuva P, Yavagal DR, Hanel RA, Ribo M, Cognard C, Sila CA, Smith WS, Saver JL, Liebeskind DS, Shields R, Nogueira RG, Jovin TG; DAWN Trial Investigators. Impact of Periprocedural and Technical Factors and Patient Characteristics on Revascularization and Outcome in the DAWN Trial. Stroke. 2020 Jan;51(1):247-253. PMID: 31744425.
54. Vats, Kanchan; Sarmah, Deepaneeta; Datta, Aishika; Saraf, Jackson; Kaur, Harpreet; Pravalika, Kanta; Wanve, Madhuri; Kalia, Kiran; Borah, Anupom; Dave, Kunjan R; Yavagal DR, Bhattacharya P. Intra-arterial Stem Cell Therapy Diminishes Inflammasome Activation After Ischemic Stroke: a Possible Role of Acid Sensing Ion Channel 1a. **Journal of Molecular Neuroscience**. 1-8 2019
55. Datta, Aishika; Sarmah, Deepaneeta; Mounica, Leela; Kaur, Harpreet; Kesharwani, Radhika; Verma, Geetesh; Veeresh, Pabbala; Kotian, Vignesh; Kalia, Kiran; Borah, Anupom; Wang X, Dave KR, Yavagal DR, Bhattacharya P. Cell Death Pathways in Ischemic Stroke and Targeted Pharmacotherapy. **Translational Stroke Research**. 1-18; 2020
56. Almallouhi E, Al Kasab S, Sattur MG, Lena J, Jabbour PM, Sweid A, Chalouhi N, Gooch MR, Starke RM, Peterson EC, Yavagal DR, Chen SH, Li Y, Gross BA, Tonetti DA, Zussman BM, Stone JG, Jadhav AP, Jankowitz BT, Young CC, Lim DH, Levitt MR, Osbun JW, Spiotta AM. Incorporation of transradial approach in neuroendovascular procedures: defining benchmarks for rates of complications and conversion to femoral access. **J Neurointerv Surg**. 2020 Mar 26. PMID:32217626.
57. P.N. Sylaja, M.V. Padma Srivastava, Sudhir Shah, Rohit Bhatia, Dheeraj Khurana, Arvind Sharma, Jeyaraj D. Pandian, Kiran Kalia, Deepaneeta Sarmah, Sruthi S Nair, Dileep R Yavagal, and Pallab Bhattacharya. The SARS-CoV-2/COVID-19 pandemic and challenges in stroke care in India Journal: Annals of the New York Academy of Science (In Press)
58. Chen SH, McCarthy D, Hanel R, Sur S, Jabbour P, Atallah E, Chalouhi N, Dumont A, Amenta P, Hasan D, Raper D, Liu K, Jane JA Jr, Crowley RW, Aguilar-Salinas P, Bentley J, Monteith S, Mitchell BD, **Yavagal DR**, Peterson EC, Starke RM. Pipeline Embolization Device for the Treatment of Intracranial Pseudoaneurysms. World Neurosurg. 2019 Mar 5. pii: S1878- 8750(19)30558-3. PubMed PMID: 30849553.
59. Brunet MC, Chen SH, Sur S, McCarthy DJ, Snelling B, **Yavagal DR**, Starke RM, Peterson EC. Distal transradial access in the anatomical snuffbox for diagnostic cerebral angiography. J Neurointerv Surg. 2019 Feb 27. pii: neurintsurg-2019-014718. doi: 10.1136/neurintsurg-2019-014718. PubMed PMID: 30814329.
60. McCarthy DJ, Sur S, Fortunel A, Snelling B, Luther E, **Yavagal D**, Peterson E, Starke RM. Predictors of Balloon Guide Catheter Assistance Success in Stent-retrieval Thrombectomy for an Anterior Circulation Acute Ischemic Stroke. 2019 Aug 8;11(8):e5350. doi: 10.7759/cureus.5350. PubMe PMID: 31602354;
61. Chen SH, Brunet MC, Sur S, **Yavagal DR**, Starke RM, Peterson EC. Feasibility of repeat transradial access for neuroendovascular procedures. J

Neurointerv Surg. 2020 Apr;12(4):431-434. doi: 10.1136/neurintsurg-2019-015438. Epub 2019 Oct 5. PubMed PMID: 31586940.

62. Jadhav AP, Aghaebrahim A, Jankowitz BT, Haussen DC, Budzik RF, Bonafe A, Bhuva P, **Yavagal DR**, Hanel RA, Hassan AE, Ribo M, Cognard C, Sila CA, Zhang Y, Smith WS, Saver JL, Liebeskind DS, Nogueira RG, Jovin TG. Benefit of Endovascular Thrombectomy by Mode of Onset: Secondary Analysis of the DAWN Trial. Stroke. 2019 Nov;50(11):3141-3146. doi: 10.1161/STROKEAHA.119.025795. Epub 2019 Oct 1. PubMed PMID: 31570085.

63. Veeresh P, Kaur H, Sarmah D, Mounica L, Verma G, Kotian V, Kesharwani R, Kalia K, Borah A, Wang X, Dave KR, Rodriguez AM, **Yavagal DR**, Bhattacharya P. Endoplasmic reticulum-mitochondria crosstalk: from junction to function across neurological disorders. Ann N Y Acad Sci. 2019 Dec;1457(1):41-60. doi: 10.1111/nyas.14212. Epub 2019 Aug 28. Review. PubMed PMID: 31460675.

64. Bhuva P, Yoo AJ, Jadhav AP, Jovin TG, Haussen DC, Bonafe A, Budzik RJ, **Yavagal DR**, Hanel RA, Hassan AE, Ribo M, Cognard C, Sila CA, Morgan PM, Zhang Y, Shields R, Smith W, Saver JL, Liebeskind DS, Nogueira RG; DAWN Trial Investigators. Noncontrast Computed Tomography Alberta Stroke Program Early CT Score May Modify Intra-Arterial Treatment Effect in DAWN. Stroke. 2019 Sep;50(9):2404-2412. PubMed PMID: 31345135.

65. Aghaebrahim A, Jadhav AP, Hanel R, Sauvageau E, Granja MF, Zhang Y, Haussen DC, Budzik RF, Bonafe A, Bhuva P, Ribo M, Cognard C, Sila C, **Yavagal D**, Hassan E, Smith WS, Saver J, Liebeskind DS, Nogueira RG, Jovin TG; DAWN Investigators. Outcome in Direct Versus Transfer Patients in the DAWN Controlled Trial. Stroke. 2019 Aug;50(8):2163-2167. PubMed PMID: 31303153.

66. Asdaghi N, **Yavagal DR**, Wang K, Mueller-Kronast N, Bhatt N, Gardener HE, Gutierrez CM, Marulanda-Londoño E, Koch S, Dong C, Oluwole SA, Hanel R, Mehta B, Robichaux M, Nobo U, Zevallos JC, Rundek T, Sacco RL, Romano JG. Patterns and Outcomes of Endovascular Therapy in Mild Stroke. Stroke. 2019 Aug;50(8):2101-2107. PMCID: PMC6646058.

67. Raychev R, Saver JL, Jahan R, Nogueira RG, Goyal M, Pereira VM, Gralla J, Levy EI, **Yavagal DR**, Cognard C, Liebeskind DS. The impact of general anesthesia, baseline ASPECTS, time to treatment, and IV tPA on intracranial hemorrhage after neurothrombectomy: pooled analysis of the SWIFT PRIME, SWIFT, and STAR trials. J Neurointerv Surg. 2020 Jan;12(1):2-6. doi: 10.1136/neurintsurg-2019-014898.PMID: 31239326.

68. Saraf J, Sarmah D, Vats K, Kaur H, Pravalika K, Wanve M, Kalia K, Borah A,Dave KR, **Yavagal DR**, Bhattacharya P. Intra-arterial stem cell modulates neuronal calcineurin and confers neuroprotection after ischemic stroke. Int J Neurosci. 2019 Oct;129(10):1039-1044.PMID: 31203689.

69. McCarthy DJ, Diaz A, Sheinberg DL, Snelling B, Luther EM, Chen SH, **Yavagal DR**, Peterson EC, Starke RM. Long-Term Outcomes of Mechanical Thrombectomy for Stroke: A Meta-Analysis. ScientificWorldJournal. 2019 May2;2019:7403104. Review. PubMed PMID: 31186620; PMCID: PMC6521543.

70. Kotian V, Sarmah D, Kaur H, Kesharwani R, Verma G, Mounica L, Veeresh P, Kalia K, Borah A, Wang X, Dave KR, **Yavagal DR**, Bhattacharya P.Evolving Evidence of Calreticulin as a Pharmacological Target in Neurological Disorders. ACS Chem Neurosci. 2019 Jun 19;10(6):2629-2646. doi: 10.1021/acschemneuro.9b00158. Epub 2019 May 6. PubMed PMID: 31017385.

71. Boltze J, Modo MM, Mays RW, Taguchi A, Jolkkonen J, Savitz SI; STEPS 4 Consortium. Stem Cells as an Emerging Paradigm in Stroke 4: Advancing and Accelerating Preclinical Research. **Stroke**. 2019 Nov;50(11):3299-3306.
PubMed PMID: 31658004.

72. Atchaneeyasakul K, Aroor S, Brunet MC, Khandelwal P, Saini V, Koch S, **Yavagal D**. Pearls & Oy-sters: No-cutoff large vessel occlusion stroke: An indication for thrombectomy that can be missed. Neurology. 2019 Dec 3;93(23):1014-1015. PubMed PMID: 31792105.

73. Vats K, Sarmah D, Datta A, Saraf J, Kaur H, Pravalika K, Wanve M, Kalia K,Borah A, Dave KR, **Yavagal DR**, Bhattacharya P. Intra-arterial Stem Cell Therapy Diminishes Inflammasome Activation After Ischemic Stroke: a Possible Role of Acid Sensing Ion Channel 1a. J Mol Neurosci. 2019 Dec 9. PMID: 31820348.

74. Luther E, McCarthy DJ, Brunet MC, Sur S, Chen SH, Sheinberg D, Hasan D, Jabbour P, **Yavagal DR**, Peterson EC, Starke RM. Treatment and diagnosis of cerebral aneurysms in the post-International Subarachnoid Aneurysm Trial (ISAT) era: trends and outcomes. J Neurointerv Surg. 2020 Jan 20 PMID: 31959634.

75. Zaidat OO, Mueller-Kronast NH, Hassan AE, Haussen DC, Jadhav AP, Froehler MT, Jahan R, Ali Aziz-Sultan M, Klucznik RP, Saver JL, Hellinger FR Jr, **Yavagal DR**, Yao TL, Gupta R, Martin CO, Bozorgchami H, Kaushal R, Nogueira RG, Gandhi RH, Peterson EC, Dashti S, Given CA 2nd, Mehta BP, Deshmukh V, Starkman S, Linfante I, McPherson SH, Kvamme P, Grobelny TJ, Hussain MS, Thacker I, Vora N, Chen PR, Monteith SJ, Ecker RD, Schirmer CM, Sauvageau E, Chebl AB, Derdeyn CP, Maidan L, Badruddin A, Siddiqui AH, Dumont TM, Alhajeri A, Taqi MA, Asi K, Carpenter J, Boulos A, Jindal G, Puri AS, Chitale R, Deshaies EM, Robinson D, Kallmes DF,Baxter BW, Jumaa M, Sunenshine P, Majjhoo A, English JD, Suzuki S, Fessler RD, Delgado-Almandoz J, Martin JC, Liebeskind DS; STRATIS Investigators. Impact of Balloon Guide Catheter Use on Clinical and Angiographic Outcomes in the STRATIS Stroke Thrombectomy Registry. Stroke. 2019 Mar;50(3):697-704. PubMed PMID: 30776994.

76. Chen SH, Snelling BM, Sur S, Shah SS, McCarthy DJ, Luther E, **Yavagal DR**, Peterson EC, Starke RM. Transradial versus transfemoral accessfor anterior circulation mechanical thrombectomy: comparison of technical andclinical outcomes. J Neurointerv Surg. 2019 Jan 22. pii: neurintsurg-2018- 014485. PubMed PMID: 30670623.

77. Chen SH, Snelling BM, Shah SS, Sur S, Brunet MC, Starke RM, **Yavagal DR**, Osbun JW, Peterson EC. Transradial approach for flow diversion treatment of cerebral aneurysms: a multicenter study. J Neurointerv Surg. 2019 Jan 22. PubMed PMID: 30670622.

78. Jadhav AP, Zaidat OO, Liebeskind DS, **Yavagal DR**, Haussen DC, Hellinger FR Jr, Jahan R, Jumaa MA, Szeder V, Nogueira RG, Jovin TG. Emergent Management of Tandem Lesions in Acute Ischemic Stroke. Stroke. 2019 Feb;50(2):428-433. PubMed PMID: 30580729.

79. Snelling BM, Sur S, Shah SS, Caplan J, Khandelwal P, **Yavagal DR**, Starke RM, Peterson EC. Transradial Approach for Complex Anterior and Posterior Circulation Interventions: Technical Nuances and Feasibility of Using Current Devices. Oper Neurosurg (Hagerstown). 2018 Nov 28, PubMed PMID: 30496537.

80. Pravalika K, Sarmah D, Kaur H, Vats K, Saraf J, Wanve M, Kalia K, Borah A, **Yavagal DR**, Dave KR, Bhattacharya P. Trigonelline therapy confers neuroprotection by reduced glutathione mediated myeloperoxidase expression in animal model of ischemic stroke. Life Sci. 2019 Jan 1;216:49 Epub 2018 Nov 7. PubMed PMID: 30414429.

81. Haussen DC, Grossberg JA, Koch S, Malik A, **Yavagal D**, Gory B, Leesch W, Hassan AE, Derelle AL, Richard S, Barreira C, Pradilla G, Nogueira RG. Multicenter Experience with Stenting for Symptomatic Carotid Web. Interv Neurol. 2018 Oct;7(6):413-418. doi: 10.1159/000489710. Epub 2018 Jul 11. PubMed PMID: 30410519; PubMed Central PMCID: PMC6216720.

82. Wanve M, Kaur H, Sarmah D, Saraf J, Pravalika K, Vats K, Kalia K, Borah A, **Yavagal DR**, Dave KR, Bhattacharya P. Therapeutic spectrum of interferon-β in ischemic stroke. J Neurosci Res. 2019 Feb;97(2):116-127. doi: 10.1002/jnr.24333. Epub 2018 Oct 15. Review. PubMed PMID: 30320448.

83. Román LS, Menon BK, Blasco J, Hernández-Pérez M, Dávalos A, Majoie CBLM, Campbell BCV, Guillemin F, Lingsma H, Anxionnat R, Epstein J, Saver JL, Marquering H, Wong JH, Lopes D, Reimann G, Desal H, Dippel DWJ, Coutts S, du Mesnil de Rochemont R, **Yavagal D**, Ferre JC, Roos YBWEM, Liebeskind DS, Lenthall R, Molina C, Al Ajlan FS, Reddy V, Dowlatshahi D, Sourour NA, Oppenheim C, Mitha AP, Davis SM, Weimar C, van Oostenbrugge RJ, Cobo E, Kleinig TJ, Donnan GA, van der Lugt A, Demchuk AM, Berkhemer OA, Boers AMM, Ford GA, Muir KW, Brown BS, Jovin T, van Zwam WH, Mitchell PJ, Hill MD, White P, Bracard S, Goyal M; HERMES collaborators. Imaging features and safety and efficacy of endovascular stroke treatment: a meta-analysis of individual patient-level data. Lancet Neurol. 2018 Oct;17(10):895-904. Erratum in: Lancet Neurol. 2018 Dec;17(12):e2-e3. PubMed PMID: 30264728.

84. Eker OF, Saver JL, Goyal M, Jahan R, Levy EI, Nogueira RG, **Yavagal DR**, Bonafé A; SWIFT PRIME investigators. Impact of Anesthetic Managementon Safety and Outcomes Following Mechanical Thrombectomy for IschemicStroke in SWIFT PRIME Cohort. Front Neurol. 2018 Aug 29;9:702. doi:10.3389/fneur.2018.00702. eCollection 2018. PubMed PMID: 30210431;PubMed Central PMCID: PMC6123376.

85. Snelling BM, Sur S, Shah SS, Chen S, Menaker SA, McCarthy DJ, **Yavagal DR,** Peterson EC, Starke RM. Unfavorable Vascular Anatomy Is Associated with Increase Revascularization Time and Worse Outcome in Anterior Circulation Thrombectomy. World Neurosurg. 2018 Dec;120:e976-e983. doi: 10.1016/j.wneu.2018.08.207. Epub 2018 Sep 6.

PubMed PMID: 30196176.

**86.** Saraf J, Bhattacharya P, Kalia K, Borah A, Sarmah D, Kaur H, Dave KR, **Yavagal DR**. A Friend or Foe: Calcineurin across the Gamut of Neurological Disorders. ACS Cent Sci. 2018 Jul 25;4(7):805-819. Review. PubMed PMID:30062109; PubMed Central PMCID: PMC6062828.

**87.** Sarmah D, Kaur H, Saraf J, Vats K, Pravalika K, Wanve M, Kalia K, Borah A, Kumar A, Wang X, **Yavagal DR**, Dave KR, Bhattacharya P. Mitochondrial Dysfunction in Stroke: Implications of Stem Cell Therapy. Transl Stroke Res. 2018 Jun 20. doi: 10.1007/s12975-018-0642-y. Review. PubMed PMID: 29926383.

**88.** Vats K, Sarmah D, Kaur H, Wanve M, Kalia K, Borah A, Dave KR, **Yavagal DR**, Bhattacharya P. Inflammasomes in stroke: a triggering role foracid-sensing ion channels. Ann N Y Acad Sci. 2018 Nov;1431(1):14-24. doi:10.1111/nyas.13852. Epub 2018 Jun 19. Review. PubMed PMID: 29917247.

**89.** Kaur H, Sarmah D, Saraf J, Vats K, Kalia K, Borah A, **Yavagal DR**, Dave KR, Ghosh Z, Bhattacharya P. Noncoding RNAs in ischemic stroke: timeto translate. Ann N Y Acad Sci. 2018 Jun;1421(1):19-36. doi: 10.1111/nyas.13612. Epub 2018 Apr Review. PubMed PMID: 29683506.

**90.** Tsai JP, Mlynash M, Christensen S, Kemp S, Kim S, Mishra NK, FederauC, Nogueira RG, Jovin TG, Devlin TG, Akhtar N, **Yavagal DR**, Bammer R, Straka M, Zaharchuk G, Marks MP, Albers GW, Lansberg MG; CRISP Investigators. Time From Imaging to Endovascular Reperfusion Predicts Outcome in Acute Stroke. Stroke. 2018 Apr;49(4):952-957. doi: 10.1161/STROKEAHA.117.018858. Epub 2018 Mar 16. PubMed PMID: 29581341; PubMed Central PMCID: PMC5875452.

**91.** Pravalika K, Sarmah D, Kaur H, Wanve M, Saraf J, Kalia K, Borah A, **Yavagal DR**, Dave KR, Bhattacharya P. Myeloperoxidase and Neurological Disorder: A Crosstalk. ACS Chem Neurosci. 2018 Mar 21;9(3):421-430. doi: 10.1021/acschemneuro.7b00462. Epub 2018 Feb 2. PubMed PMID: 29351721.

**92.** Snelling BM, Sur S, Shah SS, Khandelwal P, Caplan J, Haniff R, Starke RM, **Yavagal DR**, Peterson EC. Transradial cerebral angiography: techniques and outcomes. J Neurointerv Surg. 2018 Sep;10(9):874-881. doi: 10.1136/neurintsurg-2017-013584. Epub 2018 Jan 8. PubMed PMID: 29311120.

**93.** Campbell BCV, van Zwam WH, Goyal M, Menon BK, Dippel DWJ, Demchuk AM, Bracard S, White P, Dávalos A, Majoie CBLM, van der Lugt A,Ford GA, de la Ossa NP, Kelly M, Bourcier R, Donnan GA, Roos YBWEM, Bang OY, Nogueira RG, Devlin TG, van den Berg LA, Clarençon F, Burns P, Carpenter J, Berkhemer OA, **Yavagal DR**, Pereira VM, Ducrocq X, Dixit A, Quesada H, Epstein J, Davis SM, Jansen O, Rubiera M, Urra X, Micard E, Lingsma HF, Naggara O, Brown S, Guillemin F, Muir KW, van Oostenbrugge

RJ, Saver JL, Jovin TG, Hill MD, Mitchell PJ; HERMEScollaborators. Effect of

general anaesthesia on functional outcome in patients with anterior circulation ischaemic stroke having endovascular thrombectomy versus standard care: a meta-analysis of individual patient data. Lancet Neurol. 2018 Jan;17(1):47-53. doi: 10.1016/S1474- 4422(17)30407-6. Epub 2017 Dec 16. Erratum in: Lancet Neurol. 2019 Mar;18(3):e2. PubMed PMID: 29263006.

94. Nogueira RG, Jadhav AP, Haussen DC, Bonafe A, Budzik RF, Bhuva P, **Yavagal DR**, Ribo M, Cognard C, Hanel RA, Sila CA, Hassan AE, Millan M, Levy EI, Mitchell P, Chen M, English JD, Shah QA, Silver FL, Pereira VM, Mehta BP, Baxter BW, Abraham MG, Cardona P, Veznedaroglu E, Hellinger FR, Feng L, Kirmani JF, Lopes DK, Jankowitz BT, Frankel MR, Costalat V, Vora NA, Yoo AJ, Malik AM, Furlan AJ, Rubiera M, Aghaebrahim A, Olivot JM, Tekle WG, Shields R, Graves T, Lewis RJ, Smith WS, Liebeskind DS, Saver JL, Jovin TG; **DAWN** Trial Investigators. Thrombectomy 6 to 24 Hours after Stroke with a Mismatch between Deficit and Infarct. **N Engl J Med**. 2017 Nov 11

95. Lansberg, Maarten; Christensen, Soren; Kemp, Stephanie; Mlynash, Michael; Mishra, Nishant; Federau, Christian; Tsai, Jenny; Kim, Sun; Nogueira, Raul; Jovin, Tudor; Devlin, Thomas; Akhtar, Naveed; **Yavagal, Dileep**; Haussen, Diogo; Dekharghani, Seena; Bammer, Roland; Straka, Matus; Zaharchuk, Greg; Marks, Michael; Albers, Gregory. "CT Perfusion to Predict Response to Recanalization in Ischemic Stroke". **Annals of Neurology**2017.

96. Menjot de Champfleur N, Saver JL, Goyal M, Jahan R, Diener HC, Bonafe A, Levy EI, Pereira VM, Cognard C, **Yavagal DR**, AlbersGW. Efficacy of Stent-Retriever Thrombectomy in Magnetic Resonance Imaging Versus Computed Tomographic Perfusion- Selected Patients in SWIFT PRIME Trial (Solitaire FR with the Intention for Thrombectomy as Primary Endovascular Treatment for Acute Ischemic Stroke). Stroke. 2017 May 2. pii: **STROKEAHA**.117.016669. \PubMed PMID: 28465460.

97. Sur S, Snelling B, Khandelwal P, Caplan JM, Peterson EC,Starke RM, **Yavagal DR.** Transradial approach for mechanical thrombectomy in anterior circulation large-vessel occlusion. **Neurosurg Focus**. 2017 Apr;42(4) PubMed PMID: 28366055.

98. Hess DC, Wechsler LR, Clark WM, Savitz SI, Ford GA, Chiu D, **Yavagal DR**, Uchino K, Liebeskind DS, Auchus AP, Sen S, Sila CA, Vest JD,Mays RW. Safety and efficacy of multipotent adult progenitor cells in acute ischaemic stroke (MASTERS): a randomised, double-blind, placebo- controlled, phase 2 trial.. **Lancet Neurol.** 2017 Mar 17. PMID: 28320635.

99. Snelling BM, Sur S, Shah SS, Wolfson RI, Ambekar S, **Yavagal DR**, Elhammady MS, Peterson EC. Venous Phase Timing Does Not Predict SPECT Results during Balloon Test Occlusion of the Internal Carotid Artery. **World Neurosurg**. 2017 Mar 15. pii: S1878-8750(17)30335-2. doi: 10.1016/j.wneu.2017.03.023. [Epub ahead of print]. PMID: 28315799.

100. Atchaneeyasakul K, Tipirneni A, Zhang T, Khandelwal P, Ambekar S, Snelling B, Dharmadhikari S, Dong C, Guada L, Ramdas K, Chaturvedi S, Rundek T, **Yavagal DR**. Association of hypothyroidism with unruptured cerebral aneurysms: a case- control study. **J Neurosurg**. 2017 Feb 17:1-4.

doi: 0.3171/2016.10.JNS161953. [Epub ahead of print]. PMID: 28298012.

101. Nael K, Knitter JR, Jahan R, Gornbein J, Ajani Z, Feng L, MeyerBC, Schwamm LH, Yoo AJ, Marshall RS, Meyers PM, **Yavagal DR**, Wintermark M, Liebeskind DS, Guzy J, Starkman S, Saver JL, KidwellCS. Multiparametric Magnetic Resonance Imaging for Prediction of Parenchymal Hemorrhage in Acute Ischemic Stroke After Reperfusion Therapy. Stroke. 2017 Mar;48(3):664-670. PMID: 28138001.

102. Patel N, Badiye A, **Yavagal DR**, Mendoza CE. Stent-Based Mechanical Thrombectomy in Left Main Coronary Artery Thrombus Presenting as ST-Segment Elevation Myocardial Infarction. **JACC Cardiovasc Interv.** 2017 Feb 13;10(3):302- 303. doi: 10.1016/j.jcin.2016.10.038. PMID: 28109870.

103. Shireman TI, Wang K, Saver JL, Goyal M, Bonafé A, Diener HC, Levy EI, Pereira VM, Albers GW, Cognard C, Hacke W, Jansen O, Jovin TG, Mattle HP, Nogueira RG, Siddiqui AH, **Yavagal DR**, Devlin TG, Lopes DK, Reddy VK, du Mesnil de Rochemont R, Jahan R, Vilain KA, House J, Lee JM, Cohen DJ; SWIFT-PRIME Investigators. Cost- Effectiveness of Solitaire Stent Retriever Thrombectomy for Acute Ischemic Stroke: Results From the SWIFT-PRIME Trial (Solitaire With theIntention for Thrombectomy as Primary Endovascular Treatment for Acute Ischemic Stroke). **Stroke.** 2017 Feb;48(2):379-387. PMID: 28028150.

104. **Yavagal DR**, Atchaneeyasakul K. Cerebrovascular Variants in Posterior Circulation: A Potential Cause of Essential Hypertension. **CircRes.** 2016 Dec 9; 119(12):1267-1269. PMID: 27932468.

105. Drazin D, Fennell VS, Gifford E, Lagman C, Atchaneeyasakul K, Edgell RC, Rayes M, Xavier A, Hussain MS, Gupta R, Kalia JS, Zaidat OO, Linfante I,Nogueira RG, Nguyen T, Oliveira-Filho J, Barros AD, Boulos A, Alexander MJ,**Yavagal DR**. Safety and outcomes of simultaneous vasospasm and endovascularaneurysm treatment (SVAT) in subarachnoid hemorrhage. **J Neurointerv Surg.** 2016 Oct 27. pii: neurintsurg-2016-012714. PMID: 27789791.

106. Shah SS, Snelling BM, Sur S, Ramnath AR, Bandstra ES, **Yavagal DR.** Scalp congenital hemangioma with associated high-output cardiac failure in a premature infant: Case report and review of literature. Interv Neuroradiol. 2017Feb;23(1):102-106. doi: 10.1177/1591019916669089. PMID: 27789620.

107. Atchaneeyasakul K, Guada L, Ramdas K, Watanabe M, Bhattacharya P, Raval AP, **Yavagal DR**. Large animal canine endovascular ischemic stroke models: A review. Brain Res Bull. 2016 Oct;127:134-140. Review.PMID: 27496066.

108. Atchaneeyasakul K, Khandelwal P, Ambekar S, Ramdas K, Guada L, **Yavagal D. Safety Outcomes Using a Proximal Protection Device in Carotid Stenting ofLong Carotid Stenoses. Interv Neurol. 2016 Sep;5(3-4):123-130. PMID: 27781040.**

109. Shah SS, Perez G, Snelling BM, Haussen DC, Sur S, Sharma I, **Yavagal DR**, Elhammady MS, Peterson EC. Off-label use of the Angioseal vascular closure device for femoral arteriotomy: retrospective analysis of safety and efficacy. **J Neurointerv Surg.** 2016 Sep 27. PMID: 27679537.

110. Mokin M, Levy EI, Siddiqui AH, Goyal M, Nogueira RG, **Yavagal DR**, M Pereira V, Saver JL. Association of clot burden score with radiographic and clinical outcomes following Solitaire stent retriever thrombectomy: analysis of theSWIFT PRIME trial. **J Neurointerv Surg**. 2016 Sep 15. pii: neurintsurg-2016- 012631. doi: 10.1136/neurintsurg-2016-012631. [Epub ahead of print]. PMID:27634952.

111. Mocco J, Zaidat OO, von Kummer R, Yoo AJ, Gupta R, Lopes D, Frei D, Shownkeen H, Budzik R, Ajani ZA, Grossman A, Altschul D, McDougall C, Blake L, Fitzsimmons BF, **Yavagal D**, Terry J, Farkas J, Lee SK, Baxter B, Wiesmann M, Knauth M, Heck D, Hussain S, Chiu D, Alexander MJ, Malisch T, Kirmani J, Miskolczi L, Khatri P; THERAPY Trial Investigators. **Stroke.** 2016 Aug 2. PMID: 27486173.

112. Sur S, Snelling BM, **Yavagal D**, Peterson EC. 358 Adoption of a "Radial First" Approach for Diagnostic Cerebral Angiography: A Feasibility Study. **Neurosurgery**. 2016 Aug; PMID: 27399556.

113. Ambekar S, Khandelwal P, Bhattacharya P, Watanabe M, **Yavagal DR**. Treatment of unruptured intracranial aneurysms: a review. **Expert Rev Neurother**. 2016 Jul 4:1-12. [Epub ahead of print]. PubMed: PMID: 27292542.

114. Khandelwal P, **Yavagal DR**. Sacco RL. Acute Ischemic Stroke Intervention. 2016 Jun 7;67(22):2631-44. doi: 10.1016/j.**JACC**.2016.03.555. PMID: 27256835.

115. Saver JL, Goyal M, Bonafe A, Diener HC, Levy EI, Pereira VM, Albers GW, Cognard C, Cohen DJ, Hacke W, Jansen O, Jovin TG, Mattle HP, Nogueira RG, Siddiqui AH, **Yavagal DR**, Baxter BW, Devlin TG, Lopes DK, Reddy VK, du Mesnil de Rochemont R, Singer OC, Jahan R; SWIFT Prime Investigators. Stent- Retreiver Thrombectomy after Intravenous t-PA vs. t-PA Alone in Stroke. **N Engl J Med.** 2015 Jun 11:372(24):2285-95. doi: 10.1056/NEJMoa1415061. PMID: 25882376.

116. Masoud H, Nguyen TN, Martin CO, Holloway WE, Ambekar S, **Yavagal DR**, Haussen DC, Nogueira R, Lozano DJ, Puri A, Quateen A, Iancu D, Abraham MG, Chen M, Mehta S, Malisch T, Marden F, Novakovic R, Roy D, Weill A,

117. Norbash AM. Inadvertent Stent Retriever Detachment: A Multicenter Case Series and Review of Device Experience FDA Reports. **Intervent Neurol** 2015; 4:75-82 (DOI: 10.1159/000441920).

118. Sudheer Ambekar, Susruth Dharmadhikari, **Dileep Yavagal.** Endovascular Management of Cerebral Venous Sinus Thrombosis. Journal of Cerebrovascular Sciences 2015; 1:43-6.

119. Sudheer Ambekar, **Dileep Yavagal**. Transradial and transbrachial approaches in neurointerventional surgery: Technique and Results. **Journal of Cerebrovascular Sciences** 2015; 2:56-60.

120. Ambekar S, Madhugiri V, Pandey P, **Yavagal DR**. Cerebral aneurysm

treatment in India: Results of a national survey regarding practice patterns in India. **Neurol India**. 2016 Mar-Apr; 64 Supply: S62-9. doi: 10.4103/0028-3886.178044. PubMed PMID: 26954971.

**121.** Albers GW, Goyal M, Jahan R, Bonafe A, Diener HC, Levy EI, Pereira VM, Cognard C, Cohen DJ, Hacke W, Jansen O, Jovin TG, Mattle HP,Nogueira RG, Siddiqui AH, **Yavagal DR,** Baxter BW, Devlin TG, Lopes DK, Reddy VK,du Mesnil de Rochemont R, Singer OC, Bammer R, Saver JL. Ischemic core and hypoperfusion volumes predict infarct size in SWIFT PRIME. **Ann Neurol**.2015 Oct 17. PMID: 26476022.

**122.** Albers GW, Goyal M, Jahan R, Bonafe A, Diener HC, Levy EI, Pereira VM, Cognard C, **Yavagal DR**, Saver JL. Relationships Between Imaging Assessments and Outcomes in Solitaire With the Intention for Thrombectomy as Primary Endovascular Treatment for Acute Ischemic Stroke. **Stroke**. 2015 Oct; 46(10):2786-94. PubMed PMID: 26316344.

**123.** Haussen DC, Rose DZ, Drazin D, Newsome SD, Gardener H, Edgell RC, Boulos A, Bernardini G, Rundek T, **Yavagal DR**. Ipsilateral Infarct in Newly Diagnosed Cervical Internal Carotid Artery Atherosclerotic Occlusion. **Interv Neurol**. 2015 Jul; 3(3-4):142-8. doi: 10.1159/000382133. PubMed PMID: 26279661; PubMed Central PMCID: PMC4521196.

**124.** Powers WJ, Derdeyn CP, Biller J, Coffey CS, Hoh BL, Jauch EC, Johnston KC, Johnston SC, Khalessi AA, Kidwell CS, Meschia JF, Ovbiagele B, **Yavagal DR**; American Heart Association Stroke Council. 2015 American Heart Association/American Stroke Association Focused Update of the 2013 Guidelines for the Early Management of Patients With Acute Ischemic Stroke Regarding Endovascular Treatment: A Guideline for Healthcare Professionals From the American Heart Association/American Stroke Association. **Stroke. 2015** Oct; 46(10):3020-35. PubMed PMID: 26123479.

**125.** Tipirneni A, Haussen DC, Morcos JJ, **Yavagal DR**. Paraparesis from Upper Cervical Spinal Dural Arteriovenous Fistula. **JAMA Neurol**. 2015 Aug; 72(8):936- 7. doi: 10.1001/jamaneurol.2015.0864. PubMed PMID: 26052797.

**126.** Saver JL, Goyal M, Bonafe A, Diener HC, Levy EI, Pereira VM, Albers GW, Cognard C, Cohen DJ, Hacke W, Jansen O, Jovin TG, Mattle HP, Nogueira RG, Siddiqui AH, **Yavagal DR,** Baxter BW, Devlin TG, Lopes DK, Reddy VK, du Mesnil de Rochemont R, Singer OC, Jahan R; SWIFT PRIME Investigators. Stent- retriever thrombectomy after intravenous t-PA vs. t-PA alone in stroke. **N Engl J Med.** 2015 Jun 11; 372(24):2285-95. doi: 10.1056/NEJMoa1415061. Epub 2015 Apr 17. PubMed PMID: 25882376.

**127.** Gaynor BG, Haussen DC, Ambekar S, Peterson EC, **Yavagal DR**, Elhammady MS. Covered Stents for the Prevention and Treatment of Carotid Blowout Syndrome. **Neurosurgery**. 2015 Aug; 77(2):164-7. PMID: 25790070.

**128.** Haussen DC, Nogueira RG, DeSousa KG, Pafford RN, Janjua N, Ramdas KN, Peterson EC, Elhammady MS, **Yavagal DR.** Transradial access in acute ischemic stroke intervention. **J Neurointerv Surg**. 2015 Jan 5. pii: neurintsurg-2014-011519. doi: 10.1136/neurintsurg-2014-011519. [Epub ahead of print] PubMed PMID: 25561585.

**129.** Haussen DC, Nogueira RG, Elhammady MS, **Yavagal DR**, Aziz-Sultan MA, Johnson JN,Gaynor BG, Jen S, Dehkharghani S, Peterson EC.

**130.** Infarct growth despite full reperfusion in endovascular therapy for acuteischemic stroke. J Neurointerv Surg. 2014 Dec 24PubMed PMID: 25540178.

**131.** DeSousa KG, Haussen DC, **Yavagal DR**. Strategies for streamlining emergency stroke care. **Curr Neurol Neurosci Rep**. 2014 Nov; 14(11):497. doi: 10.1007/s11910-014-0497-x. PubMed PMID: 25255768.

**132.** Haussen DC, Dharmadhikari SS, Snelling B, Lioutas VA, Thomas A, Peterson EC, Elhammady MS, Aziz-Sultan MA, **Yavagal DR**. Posterior communicating and vertebral artery configuration and outcome in endovascular treatment of acute basilar artery occlusion. **J Neurointerv Surg**. 2014 Sep 17. pii: neurintsurg-2014- 011327. doi: 10.1136/neurintsurg- 2014-011327. [Epub ahead of print] PubMed PMID: 25230838.

**133.** Johnson JN, Haussen DC, Elhammady MS, Pao CL, **Yavagal DR**, Aziz-Sultan MA. Poor outcomes of elderly patients undergoing multimodality intra-arterial therapy for acute ischemic stroke. **Clin Neurol Neurosurg**. 2014 Aug; 123:136-41. doi: 10.1016/j.clineuro.2014.05.025. Epub 2014 Jun PubMed PMID: 25012026.

**134.** Johnson J, Patel S, Saraf-Lavi E, Aziz-Sultan MA, **Yavagal DR**. Posterior spinal artery aneurysm rupture after 'Ecstasy' abuse. **J Neurointerv Surg**. 2014 Jul 8. pii: neurintsurg-2014-011248. doi: 10.1136/neurintsurg-2014- 011248.rep. [Epub ahead of print] PubMed PMID: 25006043.

**135.** Alderazi YJ, Dharmadhikari S, Haussen DC, **Yavagal DR.** Teaching NeuroImages: reversible pontomesencephalic edema caused by traumatic carotid cavernous fistula. **Neurology**. 2014 Jul 8; 83(2):e18. doi: 10.1212/WNL.0000000000000562. PubMed PMID: 25002572; PubMed Central PMCID: PMC4117172.

**136.** Johnson J, Patel S, Saraf-Lavi E, Aziz-Sultan MA, **Yavagal DR.** Posterior spinal artery aneurysm rupture after 'Ecstasy' abuse. **BMJ Case Rep**. 2014 Jul 3; 2014. pii: bcr2014011248. doi: 10.1136/bcr-2014-011248. PubMed PMID: 24994748.

**137.** Demchuk AM, Goyal M, Yeatts SD, Carrozzella J, Foster LD, Qazi E, Hill MD, Jovin TG, Ribo M, Yan B, Zaidat OO, Frei D, von Kummer R, Cockroft KM, Khatri P, Liebeskind DS, Tomsick TA, Palesch YY, Broderick JP; IMS III Investigators. Recanalization and clinical outcome of occlusion sites at baseline CT angiography in the Interventional Management of Stroke III trial. **Radiology**. 2014 Oct; 273(1):202-10. doi: 10.1148/radiol.14132649. Epub 2014 Jun 5. PubMed PMID: 24895878; PubMed Central PMCID: PMC4174723.

**138.** Simpson KN, Simpson AN, Mauldin PD, Hill MD, Yeatts SD, Spilker JA, Foster LD, Khatri P, Martin R, Jauch EC, Kleindorfer D, Palesch YY, Broderick JP; IMS III Investigators. Drivers of costs associated with reperfusion therapy in acute stroke: the Interventional Management of Stroke III Trial. **Stroke**. 2014 Jun PubMed PMID: 24876261; PubMed Central PMCID:

PMC4128893.

**139.** Hayes SB, Johnson JN, Most Z, Elhammady MS, **Yavagal D,** Aziz-Sultan MA. Transarterial embolization of intractable nasal and oropharyngeal hemorrhage using liquid embolic agents. **J Neurointerv Surg**. 2014 May 26. pii: neurintsurg- 2014-011101. doi: 10.1136/neurintsurg-2014-011101. [Epub ahead of print] PubMed PMID: 24862104.

**140.** **Yavagal DR**, Lin B, Raval AP, Garza PS, Dong C, Zhao W, Rangel EB, McNiece I, Rundek T, Sacco RL, Perez-Pinzon M, Hare JM. Efficacy and dose-dependent safety of intra-arterial delivery of mesenchymal stem cells in a rodent stroke model. **PLoS One**. 2014 May 7; 9(5):e93735. doi: 10.1371/journal.pone.0093735. eCollection 2014. PubMed PMID: 24807059; PubMed Central PMCID: PMC4012944.

**141.** Haussen DC, Gaynor BG, Johnson JN, Peterson EC, Elhammady MS, Aziz- Sultan MA, **Yavagal DR.** Carotid siphon calcification impact on revascularization and outcome in stroke intervention. Clin Neurol Neurosurg. 2014 May; 120:73-7. doi: 10.1016/j.clineuro.2014.02.021. Epub 2014 Mar 5. PubMed PMID: 24731580.

**142.** Haussen DC, **Yavagal DR**. Endovascular therapies in acute ischemic stroke. **Semin Neurol**. 2013 Nov; 33(5):441-7. doi: 10.1055/s-0033-1364219. Epub 2014 Feb 6. Review. PubMed PMID: 24504606.

**143.** Savitz SI, Cramer SC, Wechsler L; STEPS 3 Consortium. Stem cells as an emerging paradigm in stroke 3: enhancing the development of clinical trials. **Stroke**. 2014 Feb; 45(2):634-9. doi: 10.1161/STROKEAHA.113.003379. Epub 2013 Dec 24. Review. PubMed PMID: 24368562.

**144.** Saver JL, Jovin TG, Smith WS, Albers GW, Baron JC, Boltze J, Broderick JP, Davis LA, Demchuk AM, DeSena S, Fiehler J, Gorelick PB, Hacke W, Holt B, Jahan R, Jing H, Khatri P, Kidwell CS, Lees KR, Lev MH, Liebeskind DS, Luby M, Lyden P, Megerian JT, Mocco J, Muir KW, Rowley HA, Ruedy RM, Savitz SI, Sipelis VJ, Shimp SK 3rd, Wechsler LR, Wintermark M, Wu O, **Yavagal DR**, Yoo AJ; STAIR VIII Consortium. Stroke treatment academic industry roundtable: research priorities in the assessment of neurothrombectomy devices. **Stroke**. 2013 Dec; 44(12):3596- 601. doi: 10.1161/STROKEAHA.113.002769. Epub 2013 Nov 5. PubMed PMID: 24193797; PubMed Central PMCID: PMC4142766.

**145.** Derdeyn CP, Chimowitz MI, Lynn MJ, Fiorella D, Turan TN, Janis LS, Montgomery J, Nizam A, Lane BF, Lutsep HL, Barnwell SL, Waters MF, Hoh BL, Hourihane JM, Levy EI, Alexandrov AV, Harrigan MR, Chiu D, Klucznik RP, Clark JM, McDougall CG, Johnson MD, Pride GL Jr, Lynch JR, Zaidat OO, Rumboldt Z, Cloft HJ; Stenting and Aggressive Medical Management for Preventing Recurrent Stroke in Intracranial Stenosis Trial Investigators. Aggressive medical treatment with or without stenting in high-risk patients with intracranial artery stenosis (SAMMPRIS): the final results of a randomised trial. **Lancet**. 2014 Jan 25; 383(9914):333-41. doi: 0.1016/S0140-6736(13)62038-3. PubMed Central PMCID: PMC3971471.

**146.** Shah AH, Haussen DC, Snelling BM, Heros RC, **Yavagal DR.** Delayed ischemic stroke following spontaneous thrombosis of an arteriovenous

malformation. **J Neurointerv Surg.** 2014 Oct; 6(8). PubMed PMID: 24064366.

**147.** Shah AH, Haussen DC, Snelling BM, Heros RC, **Yavagal DR.** Delayed ischemic stroke following spontaneous thrombosis of an arteriovenous malformation. BMJ Case Rep. 2013 Sep 18; 2013. pii: bcr2013010817. doi: 10.1136/bcr-2013-010817. PubMed PMID: 24049090.

**148.** Zaidat OO, Yoo AJ, Khatri P, Tomsick TA, von Kummer R, Saver JL, Marks MP, Prabhakaran S, Kallmes DF, Fitzsimmons BF, Mocco J, Wardlaw JM, Barnwell SL, Jovin TG, Linfante I, Siddiqui AH, Alexander MJ, Hirsch JA, Wintermark M, Albers G, Woo HH, Heck DV, Lev M, Aviv R, Hacke W, Warach S, Broderick J, Derdeyn CP, Furlan A, Nogueira RG, **Yavagal DR**, Goyal M, Demchuk AM, Bendszus M, Liebeskind DS; Cerebral Angiographic Revascularization Grading (CARG) Collaborators; STIR Revascularization working group; STIR Thrombolysis in Cerebral Infarction (TICI) Task Force. Recommendations on angiographic revascularization grading standards for acute ischemic stroke: a consensus statement. **Stroke.** 2013 Sep; 44(9):2650-63. PubMed PMID: 23920012; PubMed Central PMCID: PMC4160883.

**149.** **Yavagal D.** Joined forces: society of vascular and interventional neurology and interventional neurology. **Interv Neurol.** 2013 Mar; 1(2):55. doi: 10.1159/000349885. PubMed PMID: 25187767; PubMed Central PMCID: PMC4138771.

**150.** Kidwell CS, Jahan R, Gornbein J, Alger JR, Nenov V, Ajani Z, Feng L, MeyerBC, Olson S, Schwamm LH, Yoo AJ, Marshall RS, Meyers PM, **Yavagal DR**, Wintermark M, Guzy J, Starkman S, Saver JL; MR RESCUE Investigators. A trial of imaging selection and endovascular treatment for ischemic stroke. **N Engl J Med.** 2013 Mar 7; 368(10):914-23. doi: 10.1056/NEJMoa1212793. PubMed PMID: 23394476; PubMed Central PMCID: PMC3690785.

**151.** Derdeyn CP, Fiorella D, Lynn MJ, Rumboldt Z, Cloft HJ, Gibson D, Turan TN, Lane BF, Janis LS, Chimowitz MI; Stenting and Aggressive Medical Management for Preventing Recurrent Stroke in Intracranial Stenosis Trial Investigators. Mechanisms of stroke after intracranial angioplasty and stenting in the SAMMPRIS trial. **Neurosurgery.** 2013 May; 72(5):777-95; discussion 795. doi: 10.1227/NEU.0b013e318286fdc8. PubMed PMID: 23328689; PubMed Central PMCID: PMC3696348.

**152.** Haussen DC, Koch S, Saraf-Lavi E, Shang T, Dharmadhikari S, **Yavagal DR.** FLAIR distal hyperintense vessels as a marker of perfusion-diffusion mismatch in acute stroke. **J Neuroimaging.** 2013 Jul; 23(3):397-400. doi: 10.1111/j.1552- 6569.2012.00784.x. Epub 2013 Jan 14. PubMed PMID: 23317412.

**153.** Zaidat OO, **Yavagal DR.** Endovascular acute ischemic stroke therapy: Society of Vascular and Interventional Neurology roundtable proceedings. **Neurology.** 2012 Sep 25; 79(13 Suppl 1):S1-2. PubMed PMID: 23019136

**154.** Shang T, **Yavagal DR.** Application of acute stroke imaging: selecting patients for revascularization therapy. **Neurology.** 2012 Sep 25; 79(13 Suppl 1):S86-94. Review. PubMed PMID: 23008419.

**155.** Nguyen TN, Zaidat OO, Edgell RC, Janjua N, **Yavagal DR**, Xavier AR, Kirmani JF, Liebeskind DS, Nogueira RG, Vora NA, Sims JR, Lynch JR,

156. Fitzsimmons BF, Wolfe TJ, Chen M, Badruddin A, Zahuranec DB, McDonagh DL, Janardhan V, Bastan B, Madden JA, Sanossian N, Gupta R, Lazzaro MA, Jovin TG, Abou-Chebl A, Linfante I, Hussain SI. Vascular neurologists and neurointerventionalists on endovascular stroke care: polling results. Neurology. 2012 Sep 25; 79(13 Suppl 1):S5-15. PubMed PMID: 23008412; PubMed Central PMCID: PMC4109229.

157. Lazzaro MA, Novakovic RL, Alexandrov AV, Darkhabani Z, Edgell RC, English J, Frei D, Jamieson DG, Janardhan V, Janjua N, Janjua RM, Katzan I, Khatri P, Kirmani JF, Liebeskind DS, Linfante I, Nguyen TN, Saver JL, Shutter L, Xavier A, **Yavagal D**, Zaidat OO. Developing practice recommendations for endovascular revascularization for acute ischemic stroke. Neurology. 2012 Sep 25; 79(13 Suppl 1):S243-55. Review. PubMed PMID: 23008406; PubMed Central PMCID: PMC4109230.

158. Zaidat OO, Lazzaro MA, Liebeskind DS, Janjua N, Wechsler L, Nogueira RG, Edgell RC, Kalia JS, Badruddin A, English J, **Yavagal D**, Kirmani JF, Alexandrov AV, Khatri P. Revascularization grading in endovascular acute ischemic stroke therapy. Neurology. 2012 Sep 25; 79(13 Suppl 1):S110-6. Review. PubMed PMID: 23008384; PubMed Central PMCID: PMC4109231.

159. Rose DZ, Koch S, Reyes-Iglesias Y, **Yavagal DR.** Obesity and intracranial in-stent thrombosis. J Neurointerv Surg. 2013 Sep 1; 5(5):e33. doi: 10.1136/neurintsurg- 2012-010310. Epub 2012 Aug 4. PubMed PMID: 22863979.

160. **Yavagal DR**, Haussen DC. Large artery revascularization. Continuum (Minneap Minn). 2011 Dec; 17(62) Secondary Stroke Prevention):1267- 92. doi: 10.1212/01.**CON**.0000410035.26853.45. PubMed PMID: 22810030.

161. Zaidat OO, Lazzaro MA, Gupta R, **Yavagal DR**, Rasmussen PA, Hirsch JA, Castonguay AC, Tarr RW. Interventional Management of Stroke III trial: establishing the foundation. **J Neurointerv Surg**. 2012 Jul; 4(4):235-7. doi: 10.1136/neurintsurg-2012-010409. Epub 2012 May 21. PubMed PMID: 22613883.

162. Haussen DC, Modir R, **Yavagal DR**. Unilateral contrast neurotoxicity as a stroke mimic after cerebral angiogram. **J Neuroimaging**. 2013 Apr; 23(2):231-3. doi: 10.1111/j.1552-6569.2011.00655.x. Epub 2011 Sep 13. PubMed PMID: 21914034.

163. Chimowitz MI, Lynn MJ, Derdeyn CP, Turan TN, Fiorella D, Lane BF, Janis LS, Lutsep HL, Barnwell SL, Waters MF, Hoh BL, Hourihane JM, Levy EI,Alexandrov AV, Harrigan MR, Chiu D, Klucznik RP, Clark JM, McDougall CG, Johnson MD, Pride GL Jr, Torbey MT, Zaidat OO, Rumboldt Z, Cloft HJ; SAMMPRIS Trial Investigators. Stenting versus aggressive medical therapy for intracranial arterial stenosis. **N Engl J Med.** 2011 Sep 15; 365(11):993-1003. PubMed PMID: 21899409; PubMed Central PMCID: PMC3552515

164. Haussen DC, **Yavagal DR**. Stroke: Consensus on evidence-based implementation of early supported discharge. Nat Rev Neurol. 2011 Sep 5; 7(9):482-3. doi: 10.1038/nrneurol.2011.128. PubMed PMID: 21892214

165. Chimowitz MI, Lynn MJ, Turan TN, Fiorella D, Lane BF, Janis S, Derdeyn CP; SAMMPRIS Investigators. Design of the stenting and aggressive medical management for preventing recurrent stroke in intracranial stenosis

trial. J Stroke Cerebrovasc Dis. 2011 Jul-Aug; 20(4):357-68. doi: 10.1016/j.jstrokecerebrovasdis.2011.05.001. PubMed PMID: 21729789; PubMed Central PMCID: PMC3506385

**166.** Shuaib A, Bornstein NM, Diener HC, Dillon W, Fisher M, Hammer MD, Molina CA, Rutledge JN, Saver JL, Schellinger PD, Shownkeen H; SENTIS Trial Investigators. Partial aortic occlusion for cerebral perfusion augmentation: safety and efficacy of NeuroFlo in Acute Ischemic Stroke trial. Stroke. 2011 Jun; 42(6):1680-90. doi: 10.1161/STROKEAHA.110.609933. Epub 2011 May 12. Erratum in: Stroke. 2011 Nov; 42(11):e632-3. PubMed PMID: 21566232

**167.** Raval AP, Hirsch N, Dave KR, **Yavagal DR,** Bramlett H, Saul I. Nicotine and estrogen synergistically exacerbate cerebral ischemic injury. Neuroscience. 2011 May 5; 181:216-25. doi: 10.1016/j.neuroscience.2011.02.036. Epub 2011 Feb 18. PubMed PMID: 21334425Savitz SI, Chopp M, Deans R, Carmichael T, Phinney D, Wechsler L; STEPS Participants. Stem Cell Therapy as an Emerging Paradigm for Stroke (STEPS) II. Stroke. 2011 Mar; 42(3):825-9. doi: 10.1161/STROKEAHA.110.601914. Epub 2011 Jan 27. PubMed PMID: 21273569

**168.** Edgell RC, Boulos AS, Borhani Haghighi A, Bernardini GL, **Yavagal DR**. Middle cerebral artery stenosis associated with moyamoya pattern collateralization. Front Neurol. 2010 Nov 25; 1:119. doi: 10.3389/fneur.2010.00119. eCollection 2010. PubMed PMID: 21206524; PubMed Central PMCID: PMC3009450

**169.** Gupta R, Jovin TG, **Yavagal D,** Abou-Chebl A. Carotid endarterectomy vs. Carotid stenting: fairly comparable or unfairly compared? Front Neurol. 2010 Jul 16; 1:14. doi: 10.3389/fneur.2010.00014. eCollection 2010. PubMed PMID: 21173891; PubMed Central PMCID: PMC2995618.

**170.** Edgell RC, Alshekhlee A, **Yavagal DR,** Vora N, Cruz-Flores S. Interventional neurology: a reborn subspecialty. J Neuroimaging. 2012 Oct; 22(4):319-23. doi: 10.1111/j.1552-6569.2010.00557.x. Epub 2010 Dec 1. PubMed PMID: 21122027

**171.** **Yavagal DR,** Geng D, Akar S, Buonanno F, Kesari S. Superficial siderosis ofthe central nervous system due to bilateral jugular vein thrombosis. Arch Neurol. 2010 Oct; 67(10):1269-71. doi: 10.1001/archneurol.2010.255. Review. PubMed PMID: 20937957

**172.** Edgell RC, **Yavagal DR,** Drazin D, Olivera R, Boulos AS. Treatment of vertebral artery origin stenosis with anti-proliferative drug-eluting stents. J Neuroimaging. 2010 Apr; 20(2):175-9. doi: 10.1111/j.1552-6569.2008.00330.x. Epub 2008 Nov 7. PubMed PMID: 19040627.

**173.** **Yavagal DR.** Is coiling really more costly than clipping in patients with ruptured intracranial aneurysm? Nat Clin Pract Neurol. 2008 Jun; 4(6):300- doi: 10.1038/ncpneuro0790. Epub 2008 Apr 29. PubMed PMID:18446152.

**174.** Edgell RC, **Yavagal DR,** Agner C, Adamo M, Boulos AS. Recanalization of a symptomatic extracranial internal carotid artery near

occlusion with proximal and distal protection: technical case report. Neurosurgery. 2007 Jul; 61(1):E174; discussion E174. PubMed PMID: 17621010.

**175.** Edgell R, **Yavagal DR**. Acute endovascular stroke therapy. Curr Neurol Neurosci Rep. 2006 Nov; 6(6):531-8. Review. PubMed PMID: 17074290.

**176.** **Yavagal DR**, Mayer SA. Respiratory complications of rapidly progressive neuromuscular syndromes: Guillain-Barré syndrome and myasthenia gravis. Semin Respir Crit Care Med. 2002 Jun; 23(3):221-9. PubMed PMID: 1608861Mayer SA, Kowalski RG, Presciutti M, Ostapkovich ND, McGann E, Fitzsimmons BF, **Yavagal DR**, Du YE, Naidech AM, Janjua NA, Claassen J, Kreiter KT, Parra A, Commichau C. Clinical trial of a novel surface cooling system for fever control in neurocritical care patients. Crit Care Med. 2004 Dec; 32(12):2508-15. PubMed PMID: 15599159.

**177.** Schumacher HC, Meyers PM, **Yavagal DR**, Harel NY, Elkind MS, Mohr JP, Pile- Spellman J. Endovascular mechanical thrombectomy of an occluded superior division branch of the left MCA for acute cardioembolic stroke. Cardiovasc Intervent Radiol. 2003 May-Jun; 26(3):305-8. PubMed PMID: 14562985.

**178.** **Yavagal DR**, Karnad DR, Oak JL. Metoclopramide for preventing pneumonia in critically ill patients receiving enteral tube feeding: a randomized controlled trial. Crit Care Med. 2000 May; 28(5):1408-11. PubMed PMID: 10834687

**179.** Ghosh K, **Yavagal D**, Phillips C, Jijina F, Pathare AV, Kerketta L, Iyer YS, Nair CN, Shinde S, Mohanty D. Ultrastructural, cell culture and karyotype study of bone marrow in a patient with congenital dyserythropoietic anaemia (CDA)- type III presenting with recurrent still-births. Haematologia (Budap). 1998; 29(1):41-5. PubMed PMID: 9704256.

**180.** Jijina F, Ghosh K, **Yavagal D**, Pathare AV, Mohanty D. A patient with congenital dyserythropoietic anaemia type III presenting with stillbirths. Acta Haematol. 1998; 99(1):31-3. PubMed PMID: 9490563.

**Books and Monographs Published:**

1. Intra-arterial Approaches to Stem-Cell Therapy for Ischemic Stroke. Jadhav, Vikram, Bhattacharya, **Yavagal, DR**. Cell Therapy for Brain Injury. Hess, David C. ISBN: 978-3-319-15062-8) by Springer Verlag.

2. Acute Stroke Evaluation and Management. Shang TT, **Yavagal, DR**, Romano, JG, Sacco, RL. In Roos, K, Ed. Emergency Neurology, 1st edition. New York. Springer. 2012

3. Diagnostic Endovenous Procedures. Vijayappa, M, **Yavagal, DR**. In Deshaies E, Eddleman, C, Boulos A eds. Handbook of Neuroendovascular Therapy. New York: Thieme Medical Publishers Inc. 2012.

4. Large Artery Revascularization. **Yavagal, DR**; Haussen, DC. In Secondary Stroke Prevention; Pp 1267-1292, Continuum: Lifelong Learning in Neurology December 2011; Volume 17(6)

5. Pharmacologic and cell based therapies for Stroke recovery. **Yavagal D. R.**, Finkelstien S.P In Bougosslavsky, J. ed. Long term effects of Stroke. New York: Marcel Dekker Inc., 2002.

6. Respiratory complications of rapidly progressive neuromuscular syndromes: Guillain Barre Syndrome and myasthenia gravis. **Yavagal D.R.**, Mayer S.A. In Lynch, JP, Hill, NS eds. Pulmonary Complications of Neuromuscular Diseseases. Seminars in Respiratory and Critical Care Medicine. Coly 23, Number 3, New York: Thieme Medical Publishers 2002

**Other Works, Publications and Abstracts:**

1. Combining Clinical and Imaging Data to Develop a Highly Predictive Model of Outcomes in the MR RESCUE Trial, Chelsea S Kidwell, Reza Jahan, Jeffrey Gornbein, Jeffry R Alger, Val Nenov, Gina Norato, Zahra Ajani, Lei Feng, Kaiser Permanente, Brett C Meyer, Scott Olson, Lee H Schwamm, Albert J Yoo, Randolph S Marshall, Philip M Meyers, **Dileep R Yavagal,** Max Wintermark, David S Liebeskind, Judy Guzy, Sidney Starkman, Jeffrey L Saver: MR RESCUE Investigators; International Stroke Conference: February 11- 13, 2015, Nashville, TN

2. Covered Stents for Treatment and Prevention of Carotid Blowout in Head and NeckCancer. Brandon G. Gaynor, MD, Chalres R. Bowie, MD, Diogo C. Haussen, MD, Eric C. Peterson, MD, **Dileep R. Yavagal, MD**, Mohamed S. Elhammady, MD Mohammad A.Sultan, MD. North American Skull Base Society Annual Meeting, February 15th, 2014, San Diego, CA

3. Severe Delays in Switch from Transfemoral Access to Transradial Access in Intra- arterial Cerebral Thrombolysis (IACT), **Yavagal, Dileep R.** , Haussen, Diogo C., DeSousa, Keith G., Janjua, Sophia, Sun, Chung-Huan, Nogueira, Raul. Presentation at the SVIN 5th Annual Meeting October 26-28, 2012, Miami, FL

4. Safety, Feasibility and Signal of Activity of Intra-carotid Allogenic Mesenchymal Stem Cell therapy in a Large Animal Stoke Model, **Yavagal D. R.** et al., poster presentation at The International Stroke Conference, February 1-3, 2012, New Orleans, LA

5. Intra-Carotid Mesenchymal Stem Cell Therapy is Superior to Intravenous delivery in Rat Model of Cerebral Ischemia, **Yavagal D.R.** et al., poster presentation at The International Stroke Conference, February 1- 3, 2012, New Orleans, LA

6. Development and Feasibility of a Canine Endovascular Reversible Middle Cerebral Artery Occlusion Stroke Survival Model. **Yavagal, DR**, Giannini, Harbie, K, Lewis NN, Amatangelo S, Garza, PS, Raval AP, Cesar L, McNiece I, Hare JM, Vinuela, F. Platform Presentation at the SVIN, 4th Annual Meeting, October 22nd, 2011, Miami, F

7. Efficacy of Maximum Tolerated Dose of Intra-Carotid Mesenchymal Stem Cells in Reversible Subacute Middle Cerebral Artery Occlusion. **Dileep R. Yavagal,** Boawan Lin, Philip Garza, Miami, FL, Tienlong Pham, Coral Gables, FL, Steven M. Amatangelo, Ami R. Raval, Miguel Perez-Pinzon, Ian McNiece, Tatjana Rundek, Joshua M. Hare, Poster Presentation at AAN 2011 Annual meeting April 10-16, Honolulu, HI

8. Recanalization Rates and Outcomes with Larger Diameter Thromboaspiration Catheter in Acute Stroke. Haussen, Diogo, Aziz-Sultan, M. Ali, **Yavagal, Dileep**. Presented at AAN 2011 Annual meeting April 10-16, Honolulu, HI

9. Penumbra Evolution in Acute Ischemic Stroke Is Determined by Vessel Status. Haussen, Diogo, Shang, Tiesong, **Yavagal, Dileep**. Presented at AAN 2011 Annual meeting April 10- 16, Honolulu, HI

10. Multiple Telescoping Self Expanding Stents Effectively Recanalize Acute Cervical Internal Carotid Artery Dissection. Bayamon, PR, Delgado, Ana L., Gordon-Perue, Guillian, Reyes-Iglesias, Yolanda, Slanky, Adam, Valdes, Carolina, **Yavagal, Dileep**. Presented at AAN 2011 Annual meeting April 10-16, Honolulu, HI

11. Rates of Acute Stroke Intervention after Direct Field to Hospital Inter-County Transfer: A Study on Patients from the Florida Keys. Brotons, Angel, Kottapally, Mohan, Romano, Jose, Shang, Tiesong, **Yavagal, Dileep**. Presented at AAN 2011 Annual meeting April 10-16, Honolulu, HI

12. MRI Turn-Around Time for Acute Stroke Imaging Remains Unchanged Over a 2 Year Time Period. Tielong Pham, Tiesong Shang, Dalia Milan, Diogo Haussen, Philip Garza, Gustavo Ortiz, **Dileep R Yavagal**, Poster # P225, International Stroke Conference, 2011, Los Angeles, CA, February 9-11, 2011

13. US Multicenter Study of Endovascular Therapy in Ruptured Cerebral Aneurysms With Parent Artery Vasospasm **D. Yavagal**, D. Drazin, E. Gifford, R. Edgell, M. Rayes, A. Xavier, M. S. Hussain, R. Gupta, J. Kalia, O. O Zaidat, I. Linfante, R. Nogueira, T. Nguyen,A. B. Boulos, International Stroke Conference, 2010, San Antonio, TX, February 25th, 2010 [Platform Presentation #133].

14. Superselective Endovascular Canine Model of Ischemic Stroke. Nestor R. Gonzalez MD; Joshua Robert Dusick MD; Azim Laiwalla MS; **Dileep Yavagal MD**; Fernando Vinuela MD. Congress of Neurological Surgeons meeting, San Franscisco, CA. Oct 16-21, 2010

15. Endovascular Therapy for Acute Ischemic Stroke: Importance of Pre-procedural Perfusion Studies. Mohamed Samy Elhammady, M.D., Asterios Tsimpas, M.D., Eric C. Peterson, M.D., Mohammad Ali Aziz-Sultan, M.D., **Dileep R. Yavagal, M.D.**, Congress of Neurological Surgeons meeting, San Franscisco, CA. Oct 16-21, 2010

16. Acute Intra-Carotid Delivery of Mesenchymal Stem Cells in Middle Cerebral Artery Occlusion. **D. R. Yavagal**, Miami, FL, T. Pham, B. Lin, S. Dharmadhikari, P. Garza, I. McNiece, J. Hare, M. Perez-Pinzon, 62nd Annual AAN meeting in Toronto, ON. April 16, 2010. [Platform Presentation # IN9-2.006]

17. Carotid Artery Sacrifice for Unclippable and Uncoilable Aneurysms: Endovacular Occlusion versus Common Carotid Artery Ligation. **Dileep R Yavagal**, Mohamed Samy Elhammady, MD, Stacey Quintero Wolfe, MD, Hamad Farhat, MD, Mohammad Ali Aziz-Sultan, MD, Roberto C Heros, MD P43, International Stroke Conference, 2010, San Antonio, TX, February 25th, 2010

18. Impact of MRI Selection on Triage and Outcome of Endovascular Recanalization Therapy in Acute Stroke. **D. R Yavagal**, T. N Pham, S. Dharmadhikari, A. Rodriguez, T. Shang, M. Katsnelson, E. Wiley, M. A. Aziz-Sultan, G. Ortiz, International Stroke Conference, 2010, San Antonio, TX, February 25th, 2010

19. Chairmen Perspective on Current State of Vascular and Interventional Neurology. O. Zaidat, J. S. Kalia, M. D. Lochen, A. Furlan, S. Jaradeh, D. Kaufman, H. Kaminski, C. Kase, L. Wechsler, **D. Yavagal**, T. Jovin, R. Gupta, J. Biller, April 13th, 62nd AAN meeting, Toronto, CA, P01.011

20. Distal Hyperintense Vessels in Acute Ischemic Stroke beyond Three Hours. **Dileep Yavagal**, Diogo C. Haussen, April 14th, 2010, 62nd AAN meeting, Toronto, CA. P03.077

21. Transcranial Doppler Follow-Up after Intracranial Stenting. Jose Romano, **Dileep Yavagal**, Frank A. Cabrera, Yosdely Echevarria, Sebastian Koch, April 14th, AAN, Toronto, CA. P03.086

22. Obesity and Intracranial Stent Thrombosis. David Z. Rose, Miami Beach, FL, Sebastian Koch, Miami, FL, Yolanda Reyes-Iglesias, Bayamon, PR, **Dileep R. Yavagal**, April 15th, 2010, AAN, Toronto, CA. P05.282

23. Selection for Endovascular Acute Stroke Therapy by MR Imaging. **D.Yavagal**, Elka Wiley, Abizer Rodriguez, HamadFarhat, Sammy Elhammady, Mohammed Ali Aziz-Sultan, Gustavo Ortiz. Poster presented at the 61st American Academy of Neurology annual meeting, Seattle, WA, April 29th, 2009

24. Endovascular treatment of ruptured cerebral aneurysms with vasospasm in parent artery. **D.R. Yavagal,** E. Giffords, D.Drazin, C. Agner, R. Edgell, J. Dalfino, A.S. Boulos. Platform presentation at the 2nd Annual Society for Vascular and Interventional Neurology meeting, Miami, FL, October 25, 2008

25. Combined Inra-arterial Abciximab and Balloon Angioplasty for Acute Ischemic Stroke. Gary Bernardini, Kathryn Ruzhansky, Amit Pal, Alan Boulos and **Dileep Yavagal**. Accepted for Poster presentation at the International Stroke

Conference, New Orleans, Feb 20-22nd, 2008

26. Effect of Pre-existing Statin Therapy on Presentation of Cervical Carotid Occlusion. **D. Yavagal**, S. Newsome, H. Gardner, D. Drazin, R. Edgell, A. Boulos, G Bernardini, T. Rundek. Poster presentation accepted at the European Stroke Conference, Nice, France, May 17th, 2008

27. Middle cerebral artery angioplasty for prolonged cerebral ischemia in subacute stroke with reversal of neurodeficits. **D. Yavagal**, C. Agner, C. Belden, A. Boulos and G. Bernardini. Oral Presentation at World Federation of Interventional and Therapeutic Neuroradiologists (WFITN) meeting in Venice, Italy, October 21st, 2005

28. Direct Intra-sinus Heparin Administration to Maintain Recanalization after subacute cerebral venous thrombosis. **D. Yavagal**, C. Agner, G. Bernardini, C. Belden and A. Boulos. Poster presentation at the SecondNeurocritical Care Society meeting at Scottsdale, AZ February 25-27, 2005

29. Aneurysmal Subarachnoid Hemorrhage with MR Diffusion-Perfusion Imaging. **D Yavagal**, Perera G., Legnelli, A., Fitzsimmons BF.,Krieter, K., Classen, J., Mayer,S. A. Platform Session (oral) at the 2005 Neurocritical Care Society meeting at Scottsdale, AZ February 25-27, 2005

30. Detection of Microvascular Vasospasm after aneurysmal subarachnoid hemorrhage with MRI Perfusion imaging. **Yavagal D. R.**, Perera G., Legnelli, A., Fitzsimmons BF.,Krieter, K., Classen, J., Mayer, S. A. Platform presentation at American Academy of Neurology annual meeting at Denver, CO in April 2002

31. Two-dimensional reformation improves specificity of diagnosis of Superior semicircular canal dehiscence syndrome in 1 mm temporal bone CT scan. **Dileep Yavagal**, Alex Juncosa, Jim Andrews, Akira Ishiyama, Robert Lufkin. Oral Presentation at Radiological Society of North America annual meeting, December1st 2003

32. Timing of Angioplasty for Symptomatic Vasospasm following Acute Subarachnoid Hemorrhage. B-F.M. Fitzsimmons, **D. Yavagal**, R. Kowalski, J. Claassen, S.A. Mayer. Poster presentation at American Neurological Association meeting in New York, NY, Oct 2002

33. Fever after subarachnoid hemorrhage: Predictors and impact on outcome. Mayer, Stephan A, Kreiter, Kurt T, Huddleston, Daniel, Peery, Shelly, Fitzsimmons, Brian-Fred, **Yavagal, Dileep**, Ostapkovich, Noeleen, Connolly, E. Sander, Kowalski, Robert GI. Platform presentation at Society of Critical Care Medicine meeting in San Antonio, TX, January 2003

34. Anesthetist with progressive paraesthesias, numbness and ataxia: Vitamin B12 deficiency. **Dileep R. Yavagal**, Ronan Walsh. Boston Neurological Society Cobb Assembly on April 19th, 2002

35. Congenital Dyserythropoietic anemia (CDA) type III presenting with bad obstetric history.Ghosh K. **Yavagal D**. Phillips C. Jijina F. Pathare AV. Kerketta L. Iyer YS. Nair CN. Shinde S. Mohanty D Poster presentation at National Hematology Conference 1995, Bangalore, India

36. Society for Vascular and Interventional Neurology (SVIN): A New Neurological Society with a New Mission. **D.R. Yavagal**. Invited article in Neurocritical Care Society Newsletter Vol 2, No2, May, 2007

6. Other Works Accepted for Publication: N/A

## V. PROFESSIONAL

### 1. Research Grants:

4. Dates: March 2020-March 2021: Applebaum Foundation Grant.
Title: Translation of Intra-arterial Stem Cell Delivery in Large Animal Model of Stroke.
Award: $250,000

2. Dates: June 2018-2020
Sponsor: Department of Neurology University of Miami Miller School of Medicine
Title: Efficacy of Intra-arterial Cell Therapy in Canine Stroke Model Role: Principal Investigator
Award: $200,000.00

3. Dates: 2011- 2017
Sponsor: Anderson Family Gift Fund
Title: Development of Novel Endovascular Therapies for Stroke.
Role: Principal Investigator
Award:$750,000.00

4. Dates:9/2014 – 9/2015
Sponsor: UM-FIU BioNIUM CREF pilot Grant
Title: "Intra-arterial Delivery of BDNF Bound Magnetic Nano Carriers for the Treatment of Stroke". Description: This grant is awarded via a joint initiative between University of Miami and Florida International University to provide seed funding for innovative nanobiotechnology projects. Role: Principal Investigator
Amount Award: $50,000.00

5. Dates: 1/2013- 12/2013
Sponsor: Miami Clinical Translational Science Institute (CTSI)
Title:"Time Window of Intracarotid Mesenchymal Stem Cell Therapy in a Large Animal Model of Stroke"
Description: Pilot study award by the NIH funded CTSI program at the University Of Miami Miller School Of Medicine.
Role: Principal
Investigator Amount

Awarded:
$50,000.00

5. Dates: 2011-2014
Sponsor: James & Esther King Biomedical Research Program Grant
Title: Intra-arterial Mesenchymal Stem Cell Delivery in a Canine Model of Acute Ischemic Stroke"
Description: This grant is awarded by the Florida State Department of Health under the Florida Biomedical Research Program.
Role: Principal
Investigator Amount
Awarded:
$360,000.00
6. Dates: 2010
Sponsor: James & Esther King Biomedical Research Program
Title: Shared Instrumentation Grant (SIG), 2010 Hare, Heldman and Yavagal Descriptions: This is a competitive grant for $500,000.00 towards funding a state- of the art large animal biplane angiography suite at the Stem Cell institute at the University of Miami. The suite is shared by the cardiovascular and Neurovascular research groups for large animal endovascular research.
Role: Co-Principal
Investigator Amount
Award :$500,000.00
7. Dates: May 2009-May 2010
Sponsor: Intramural Grant from University of Miami Interdisciplinary Research Development Initiative (IRDI)
Title "Safety, Feasibility and Outcomes in Intra-arterial and Intravenous Administration of Mesenchymal Stem Cells in Acute Endovascular Canine Stroke Model"
Description: Competitive Intramural
Grant award Role: Principle Investigator
Award: $90,000.00

- **Clinical Research Trials: Steering Committee/ Principal Investigator**

1. National Co-PI: RECOVER-Stroke Clinical Trial, 2012-2015
2. Steering Committee Member SWIFT-PRIME clinical trial: A randomized controlled trial of Solitaire in mechanical thrombectomy for acute stroke with imaging selection. December 2012-till date
3. DSMB member, ESCAPE clinical trial: 2013-2015
4. Steering Committee Member, TESLA Clinical Trial, 2019- till date
5. Steering Committee Member, CALM-2 Clinical Trial of Novel Carotid Device for treatment of Hypertension: 2019- Till date
6. Steering Committee Member: TIGER Clinical Trial, 2018- till date
7. Steering Committee Member, MASTERS II Clinical Trial: 2019-till date
8. Site PI, DAWN Trial, Styrker Neurovascular, Inc. 2015- present

9. Assessment Site PI, ACTIsSIMA ("Allogeneic Cell Therapy for Ischemic Stroke to Improve Motor Abilities") trial, 2015- 2019
10. Site PI, ARISE-2 Trial, Neuravi, 2015- 2019
11. Site PI, STRATIS Registry, Covidien/ Medtronic, 2014-present
12. Site Co-PI, CREST-2 Trial CAS Arm 2014- Present
13. Site PI, CRISP Registry Trial, Stanford University, 2013-2015
14. Site PI, MULTISTEM Trial, Athersys,Inc., 2013-2015
15. Site PI, Penumbra Systems THERAPY and SEPARATOR 3D Trial 2013-present
16. Site PI, Trevo Registry, STRYKER Neurovascular, 2014-2018
17. Member, Investigators Steering Committee, MR RESCUE, November 2009- till date Member Safety Monitoring Committee, Remote ischemic preconditioning to ameliorate delayed ischemic neurological deficit after aneurysmal subarachnoid hemorrhage: a safety and feasibility study. 2009- till date
18. Member, Clinical Events Committee (CEC), PENUMBRA System Pivotal Clinical Trial: 2005-2007
19. Site P.I., IMS-3: March 2009- 2013
20. Site Neurointerventional PI, SAMMPRIS: February 2009- 2012
21. Site PI, SENTIS trial (COAXIA), October 2008- 2010. Site Neurointerventional Co- Principal Investigator at Albany Medical Center.
22. Site Co-investigator at local site in ALIAS (albumin in stroke), RESPECT (PFO closure), CAPTURE-1 and 2 (carotid Stenting) registries, HEAL (Aneurysm embolization with Hydrogel coated coils) registry.

**3. Editorial Responsibilities:**

a. Interventional Neurology: Section Editor "Global Challenges to Stroke" :2018-till date
b. Operative Neurosurgery: Editorial Review Board, Endovascular Section: 2016-tille date
c. Interventional Neurology: Associate Editor: 2014-2017
d. Frontiers in Endovascular and Interventional Neurology, Associate Editor, 2010- till date
e. Journal of Experimental Stroke Medicine (JESTM): Editorial Board Member, 2009- 2012
f. The Stroke Interventionalist (TSI) Editorial Board Member, 2012.

**Reviewer:**

- Science
- Circulation Research
- JACC
- Stroke,

i. PLOSOne
ii. Neurology
iii. Neurosurgery
iv. Journal of Stroke and Cerebrovascular Diseases
v. Journal of Neurointerventional Surgery
vi. Journal of Neuroimaging
vii. Nitric Oxide

4. **Professional and Honorary Organizations:**

a. Society of Vascular and Interventional Neurology (SVIN)
   i. President, April 2011-April 2013
   ii. Founding Secretary, SVIN August 2006-2007
   iii. Co-Founder, SVIN 2006
   iv. Fellow of SVIN 2015

b. American Academy of Neurology
   i. Chair, 2012-14, AAN Section on Interventional Neurology
   ii. Fellow of AAN: 2016
   iii. Member, Stroke Systems Working Group (SSWG), AAN, June 2013- to date

c. Society of Neurointerventional Surgery (SNIS): Senior Member

d. American Heart Association-American Stroke Association (AHA-ASA)
   i. Board Director, 2010-2012, South Florida Board of American Heart Association (AHA)-ASA
   ii. Council Member, American Stroke Association (ASA), StrokeCouncil.Member 2010

5. **Honors and Awards:**

a. SVIN Distinguished Service Award, 7th Annual SVIN meeting, Nov 7-9, 2014 Fort Lauderdale, FL

b. President's Award for Exemplary Contributions 2006-2007, 1st Annual meeting of Society of Vascular and Interventional Neurologists (SVIN), April 27th and 28th, 2007, Boston, MA

c. Ranked first in Postgraduate examination in Internal Medicine, University of Bombay, India, August,1997.

d. Dadabhoy Ratanshaw Merit Scholarship in Internal Medicine, February 1992.- Scholarship awarded to first ranked student in a competitive exam for final year medical students.

## 6. Other Professional Activities:

*National Committees:*

1. Chair, Mission Thrombectomy 2020 (MT 2020) Global Campaign to increase access to Stroke Thrombectomy, SVIN, 2016- till date
2. Member, International Committee, AHA/ ASA, 2018-2020
3. Member, Stroke Leadership Council, AHA/ASA 2016- till date
4. Member, Hospital Accreditation Stroke Committee, AHA: 2017- till date
5. Member, Stroke Performance Committee, AHA/ASA: 2017-till date
6. Member of Comprehensive Stroke Certification Technical Advisory Panel on formulation of criteria and metrics for Comprehensive Stroke Center Certification invited by The Joint Commission, 2011-2013, 2017-till date
7. Member of the Get with the Guidelines Steering Committee (GTWG) of the American Heart Association July 1, 2012-June 30, 2014

*Conference organizations:*

- Co-organizer and Co-Chair, SVIN 1st Practicum in Interventional Neurology, October 29th-30th, 2010, Atlanta, GA.
- Co-organizer and Co-Chair of SVIN Roundtable on Endovascular Treatment of Acute Stroke, June 25-27, 2008, Chicago, IL.
- Member SVIN meeting committee for 2nd annual meeting held on October 24-26, in Miami, FL,

*Industry Consultancy:*

- Medtronic 2015- till date
- Cerenovus 2018-till date
- Stryker Neurovascular (formerly Boston Scientific Neurovascular)2009-2011
- Micrus Endovascular: 2008- 2011
- Codman Neurovascular 2011-2013
- Penumbra, Inc2007-2009
- Genentech 20010-2011

## 7. TEACHING

*National and International Lectures:*

a. Chair, AAN Course in Endovascular and Interventional Neurology, AAN Annual meetings 2014-2018.
b. Intra-arterial stem cell treatment reduces ischemic brain injury in reproductively senescent Female rats. Oral Presentation, International Stroke conference, Nashville, TN Feb. 2015
c. Intra-arterial stem cell for stoke from bench to bedside. Grand Rounds, Dept. of Neurology, NYC, NY Nov. 2014
d. Intra-arterial stem cell delivery for ischemic stroke: from bench to bedside. International Stroke Symposium, Nanjing, China June 2014
e. Update on clinical research trails of intra-arterial stem cell delivery for ischemic stroke. American Neurological Association. Baltimore, MD Oct. 2014
f. Endovascular Stem Cell Therapy in ischemic Stroke. Neurology Grand Rounds, September 28th, 2012, Miami, FL
g. Update on Stroke Therapy and the Role of the Anesthesiologist, SCA 35th Annual Meeting, April 6th, 2013, Miami, FL
h. Intracranial Stenting for Stroke Prevention: Yes. (Invited Debate), American Academy of Neurology 65th Annual Meeting, March 19th, 2013, San Diego, CA
i. Large Animal Studies of Stem Cell Therapy in Stroke. International Stroke Conference, Feb 7th, 2013, Honolulu, HI
j. Intra-Arterial Stem Cell Therapy in Ischemic Stroke: Progress in Clinical Translation. 8th World Stem Cell Summit, Dec 4th, 2012, West Palm Beach, FL
k. Endovascular Stem Cell Therapy in Ischemic Stroke. Society for Vascular and Interventional Neurology (SVIN) 5th Annual Meeting, October 27th, 2012, Miami, FL
l. Stroke Center Organization: Starting a New Endovascular Acute Stroke Service in a Major Metropolitan Area, Covidien Interventional Neurology Fellows Course, October 26th, 2012, Miami, FL
m. Neuroendovascular Regenerative Medicine, STEM-Stroke: A Safety Trial of Intra- Arterial Mesenchymal Stem Cells in Ischemic Stroke, 2. Neuroendovascular Stem Cell Devices Penumbra Inc., Regenerative Collaboration Visit, September 21st 2012, Miami, FL
n. Endovascular Treatment of Stroke. Acute Stroke Care in Jamaica: Bridging the Gap, July21th, 2012, Kingston, Jamaica
o. Wingspan HDE: Position of the Society of Vascular and Interventional Neurology (SVIN). Presentation to FDA Neurological Devices Panel, Washington D.C., March 23rd, 2012
p. Should We Stent Intracranial Arteries? An Interventional Neurologist's Perspective. Indian Stroke Association, 7th Annual Conference, March 9-11th, 2012, Pune, India
q. Carotid Stenting: State of the Art and the Future. Indian Stroke Association, 7th Annual Conference, March 9-11th, 2012, Pune, India
r. Impact of Advanced Neuroimaging on Time to Treatment, Triaging and Outcomes in Endovascular Stroke Therapy. In Invited Session Imaging

Biomarkers in Endovascular Stroke Therapy: Translation from Clinical Research To Practice, International Stroke Conference, Feb 1-3, 2012, New Orleans, LA

s. IND Application for STEM-Stroke: A Safety Trial of Intra-Arterial Mesenchymal Stem Cells in Ischemic Stroke, Application Committee Meeting, January 24th, 2012, Miami, FL

t. Designing intra-arterial studies in acute stroke. STEPS 3 (Stem cell Therapy as an Emerging Paradigm in Stroke 3): Enhancing the Development of Clinical Trials for Cell-Based Therapies in Stroke, December 4th-5th, 2011, Washington DC

u. Intra-cranial Stenting Post-SAMMPRIS. SVIN 4th annual meeting, October 22-23, 2011, Miami, FL

v. Starting a New Academic Endovascular Acute Stroke Service in a Major Metropolitan Area. Penumbra Neurointerventional Fellows National Meeting 2011, March 4th, 2011, San Francisco, CA

w. Intra-arterial Stem Cell Delivery for Stroke. In Invited Session Stem Cell Therapy in Stroke, International Stroke Conference, February 7-11, 2011, Los Angeles, CA

x. Vertebro-basilar Recanalization in Acute Stroke: Remarks & Controversies. XIII Ibero- American Stroke Society Meeting, November 3-5, 2010, Miami, FL

y. Treatment of Acute Stroke: A Bigger Straw a Better Draw. SVIN, 1st Practicum in Interventional Neurology, October 29-30, 2010, Atlanta, GA

z. Thrombus Aspiration for Acute Ischemic Stroke. SVIN 3rd Annual Meeting, January 16th, 2010, San Francisco, CA

aa. Interventional Options for Acute Stroke. SCCM's 39th Critical Care Congress, January 10th, 2010, Miami Beach, FL

bb. Elective AVM embolization: Indications and Techniques. SVIN 2nd Annual Meeting, October 26th, 2008, Miami, FL

cc. Stenting and Angioplasty for Intracranial Atherosclerosis. SVIN (Society of Vascular and Interventional Neurologists) First Annual Meeting, Boston, April 28th, 2007

dd. Interventional Neurology: From Contradiction to Conviction. D. R. Yavagal. AUPN ((Association of University Professors of Neurology) Leadership course at the ANA (American Neurological Association) annual meeting, October 8th, 2006, Chicago, IL

ee. Advances in Endovascular treatments for Aneurysms and AVM's. Neurosurgery Update 2006 and Neuroendoscopy workshop, 50 years of NIMHANS (National Institute of Mental Health and Neurosciences) Neurosurgery CME, April 16th, 2006, Bangalore, India

*Regional Lectures:*

1. Progress in Endovascular Therapy for Stroke, UM Stroke Update, January 26th, 2013, Miami, FL
2. Approach to Acute Stroke in the Emergency Room, Palmetto General Hospital, January 14th 2013, Hialeah, FL

3. New approaches in Endovascular Treatment of Stroke: Stent-retrievers and Stem Cell Therapy, Neurology Grand Rounds, September 28th, 2012, Miami, FL
4. Advanced Neuroimaging, Endovascular Treatment of Stroke and Comprehensive Stroke Centers. UM Stroke Update, January 28th, 2012, Mayfair Hotel, Coconut Grove, FL
5. Intra-Arterial Stem Cell Therapy for Ischemic Stroke. 2nd Annual ISCI Scientific Advisory Board Meeting, December 8th, 2011, Miami, FL
6. Acute Stroke Intervention Update: Patient Selection, Bridging Therapy, and Neuro Devices. Texas Stroke Institute Grand Rounds, November 11th, 2011, Plano, TX
7. Emergency Endovascular Treatment of Stroke. Monroe County Fire Rescue, August 5th, 2011, Marathon, FL
8. Intra-arterial stem cell therapy for ischemic stroke. Neurosurgery Grand Rounds, University of Miami, August 4th, 2011, Miami, FL
9. Flow diversion for aneurysms: ready for prime time? Yes. Neurosurgery Grand Rounds, University of Miami, July 7th, 2011, Miami, FL
10. Endovascular Treatment of Acute Ischemic Stroke. Palmetto General Stroke Lecture, June 10th, 2011, Miami, FL
11. Acute Stroke Intervention. Mercy ER Meeting, June 9th, 2011, Miami, FL
12. Advances in NeuroEndovascular Therapy. Neuroscience Consultants, South Miami, June 7th, 2011, Miami, FL
13. Stroke: Brain Attack That Could Be Reversed! South Florida AHA-ASA Board Meeting, May 17th, 2011, Ft. Lauderdale, FL
14. Interventional Therapy for Acute Stroke. Hialeah Hospital Emergency Department Talk, May 4th, 2011, Miami, FL
15. Endovascular Treatment of Acute Ischemic Stroke. Medicine Grand Rounds, March 24th, 2011, Miami, FL
16. Advanced Neuro-Imaging for Selection in Acute Interventional Stroke Treatment. UM Stroke Update, February 26th, 2011, Miami, FL
17. Neuroregenerative Medicine: Progress in Pre-clinical Studies and Clinical Translation. ISCI Dean's lecture series, University of Miami, Feb 24th, 2011 Miami, FL
18. Intra-arterial Stem Cell Therapy for Stroke. 1st Scientific Advisory Board meeting, Interdisciplinary Stem Cell Institute, University of Miami Miller School of Medicine, October 25th, 2010, Miami, FL
19. Acute Stroke Intervention. Northshore Grand Rounds, November 9th, 2010, Miami, FL
20. Acute Stroke Intervention. Ustroke Intensive Course, University of Miami Hospital, October 23th, 2010, Miami, FL
21. Advances in NeuroEndovascular therapy for Ischemic and Hemorrhagic Stroke. Coral Gables Hospital Stroke Lecture, January 27th, 2010, Miami, FL
22. Acute Brain Attack: Within three hours and beyond. Get with the guidelines (GTWG) and Broward Stroke Council CME, April 23rd, 2009, Ft. Lauderdale, FL
23. Reversing Brain attack: Endovascular therapy for acute stroke within and

beyond three hours.AHA GTWG Teleconference, February 17th, 2009

24. Acute Stroke Endovascular Therapy- New Devices and Mechanical Approaches. University of Miami, Stroke Update, March 7th, 2009, Miami, FL
25. Update in Interventional Neurology and Neurocritical Care. FSCCM Marco Island, August 29, 2008
26. Advances in Neurointerventional Therapies 2008. Grand Rounds at Cleveland Clinic, Westin, FL, August 5th, 2009
27. Endovascular Treatment of Acute Stroke beyond three hours. Visiting Professor Grand rounds at JFK Medical Center, Lake Worth, FL, Dec 4th, 2008
28. Stroke Beyond Three Hours: Conservative Management vs. Catheter Based Reperfusion. Controversies in Emergency Stroke Management, AHA (American Heart Association) symposium, Newton, MA May 4th, 2007
29. Treatment of Acute Stroke Beyond Three Hours: Intra-arterial Thrombolysis & MERCI Clot retrieval. American Heart Association Symposium on Improving Stroke Center Care in New York: Translating Knowledge into Practice Thursday, Poughkeepsie, NY November 16, 2006
30. Interventional Stroke: New Catheter-based Endovascular Treatments for Acute Stroke, 2nd Annual Winter Pre-Hospital EMS Symposium, Jiminy Peak, MA, January 26th, 2006
31. Intervention in Acute Cerebrovascular Accident. Fourth Annual Columbia Memorial Hospital Cardiovascular Teaching day, Hudson, NY September 30th, 2006

**2. Thesis and Dissertation Advising/Post-doctoral Fellows Training:**

**August 2004- Present:**

1. Trained Four Interventional Neurology Fellows and 12 Endovascular Neurosurgery fellows since August 2004
2. Post-doctoral PhD Research Fellow 2012-2016
3. Post-doctoral Research Fellow 2016-2019
4. Post-doctoral Basic Research Fellow 2019-till date
5. Resident Mentorship:

Mentoring University of Miami/ Jackson Memorial Hospital Neurology residents: Drs. Kunakorn Atchaneeyasakul, Vasu Saini, Ashutosh Mahapatra, Nicholas Liaw, Sushrut Dharmadhikari, Mohan Kottapally, Galen Rothstein, Diogo Haussen, Tiesong Shang, and George Selas in Interventional Neurology.

**8. <u>SERVICE</u>**

**University Committee and Administrative Responsibilities:**

| | |
|---|---|
| 2008- Present | Chair, UMH Carotid Stenting Practice Committee, University of Miami |
| 2010- Present | UMH Stroke Steering Committee, University of Miami |
| 2009- Present | Platform Advisory Committee, Interdisciplinary Stem Cell Institute (ISCI), University of Miami |
| 2008- Present | Stroke Council, UM/Jackson Memorial Hospital, |
| 2005- 2007 | Stroke working group, Albany Medical Center. Albany, NY |
| 2005-2007 | Factor VIIa Subcommittee, Albany Medical Center. Albany, NY |
| 1999- 2001 | Elected resident representative to the Executive Committee on Teaching and Education at Massachusetts General Hospital, Boston, MA |
| 1999-2001 | Member appointment on the Partners (Massachusetts General and Brigham and Woman's' Hospitals)Education Committee, Boston, MA |

**3. Community Activities:**

| | |
|---|---|
| 2010-2013 | Board Member, South Florida American Heart Association. Miami, FL |
| 2010 | Invited Physician Speaker, Power to End Stroke. Miami, FL |
| 2009-2010 | Leadership Committee, Miami Heart and Stroke Ball |

# EXHIBIT F

# THOMAS E. GROOMES, M.D.

**Thomas E. Groomes, M. D.**
**Physiatrist**
**Retired Associate Professor**
**Vanderbilt University Medical Center**
**Department of Physical Medicine and Rehabilitation**

**312 Silvercreek Court**
**Franklin, TN 37069**
**Office 615-516-6653**
**Mobile 615-319-2088**

**Medical Report:** 06/02/2022
**Name:** Richard Burgess
**Date of Birth:** 03/14/1957
**Date of Injury:** 02/21/2019

**Background:** A comprehensive medical record review, medical evaluation and development of a life care plan were requested by attorney Michael Drahos with Gray Robinson, PA. An in home medical evaluation was done on May 9, 2022. Mrs. Cathlin Vinett Mitchell, life care planner, and Mr. Henze, Mr. Burgess's partner were present.

**Records reviewed:**

- Case Summary – Harmony of the Seas
- Express Air Medica Transport
- Fast Ambulance
- San Pablo Medical Records
- Magee Rehab Records
- Magee Rehab Radiology Reports
- Martins Pharmacy
- Mobilexusa- Mid Atlantic Region – Trident Care Imaging
- Select Specialty Hospital
- WellSpan VNA Home Care
- York ENT Associates
- York Hospital
- WellSpan Pulmonary and Sleep Medicine
- WellSpan Physiatry Medical Records

**Documents:**

- Second amended complaint for damages

**Depositions:**

- Mr. Darren Henze 09/16/2021
- Mr. Richard Burgess 09/16/2021 (video)

**Brief Present Medical History:**

On 2/18/2019, Mr. Richard Burgess, a 61-year-old male, presented to Harmony of the Seas Royal Caribbean Cruise Line (RCCL) Clinic, after falling and hitting his head. He was seen by Dr. Michiel Etsebeth. His exam noted no neurologic deficits but did reveal a 10cm long full depth laceration of the scalp across the occiput. There was no loss of consciousness noted. Mr. Burgess was alert, cooperative, and appeared to be in no acute distress. Tetavax, a tetanus injection was given. The laceration was sutured.

On 2/21/2019, Mr. Burgess had vision changes, was unable to move his fingers on his right hand, and his gait was unsteady. He was seen by Dr. Joao Pereira. An ambulance was called to take him to a hospital to be seen by a neurologist.

On 2/21/2019, Mr. Burgess was admitted to HIMA San Pablo in San Juan, Puerto Rico. His presenting exam showed a right hemiparesis, worse in his right leg and a right visual field cut. Mr. Burgess was alert and oriented. His NIHSS (National Institute of Health Stroke Scale) was 6. CT of his head revealed a fully developed left PCA (posterior cerebral artery) stroke with a small ipsilateral subarachnoid hemorrhage. TPA (tissue plasminogen activator) was not administered because of expired time. His admitting diagnosis was a left occipital stroke. The plan included the need to exclude cervicocephalic dissection involving the posterior vascular circulation. CT angiogram of his brain showed evidence of a basilar stroke. MRI showed a left (PCA) distribution, left anterior superior cerebellar artery distribution, and a left posterior inferior cerebellar artery distribution infarcts. Findings were consistent with occlusion of the basilar artery. On 2/22/2019, he had an ictus and became comatose. Neurosurgery consult recommended emergency mechanical thrombectomy. An attempt failed to complete the mechanical thrombectomy. He was unable to follow commands. He was intubated and placed on mechanical ventilation. His prognosis was very poor for functional recovery and for overall survival. On 2/24/2019, his hospital course was complicated by a GI bleed. On 2/25/2019, Mr. Burgess was transferred to York Penn Hospital in York, Pennsylvania.

Mr. Burgess received care at York Hospital from 2/25/2019 to 3/05/2019. He remained on mechanical ventilation. His hospital course was complicated by pneumonia. On 3/01/2019, he underwent a tracheostomy and on 3/04/2019 he underwent a percutaneous endoscopic gastrostomy for G-tube placement. He was seen by Neurology who felt he had an extremely high likelihood that no meaningful neurological function would be regained.

On 3/05/2019, Mr. Burgess was transferred to Select Specialty Hospital (LTAC) in York, Pennsylvania. His admitting assessments were vertebrobasilar artery occlusion with extensive brain stem infarction-locked in syndrome, acute hypoxic respiratory failure, vent-dependent respiratory failure, pseudomonas pneumonia, well controlled human immunodeficiency virus (HIV), restless legs syndrome, and gastroesophageal reflux disease. He was slowly weaned off the ventilator by 4/26/2019. Pulmonary recommended against decannulation because of his locked-in syndrome. On 5/10/2019, Mr. Burgess was vocalizing "yes". He had a self-limited episode of rectal bleeding. He was seen by therapy services. He was placed on Baclofen for

rigidity. He relied on a G-tube for all nutrition and hydration. By time of discharge on 5/29/2019, he was awake and alert and was trying to respond. His quadriplegia was essentially unchanged. Follow up was recommended with his family doctor, Neurology, and Pulmonology.

On 5/29/2019, Mr. Burgess was transferred to Magee Rehabilitation Hospital in Philadelphia, Pennsylvania for acute rehabilitation. On admission. his strength was 0/5 in both upper and lower extremities. He was dependent for all transfers, mobility, and activities of daily living (ADL's). He was not on any-supplemental oxygen. He was able to open and close his eyes on verbal command. His HIV was stable. He was continued on aspirin and statin medication for secondary stroke prevention. At Magee, he was evaluated by ENT, who noted that he did not have any significant granulation tissue around his trach. He continued to have thick secretions. He was using a Passy-Muir valve (PMV) during the day only with therapy supervision. On 6/06/2019, his foley was discontinued and intermittent catheterization was ordered for his bladder program. He was treated by Baclofen and tizanidine for his spasticity. His spasticity was under control in that it was not causing him pain. He was seen by Neuro-optometry for his nystagmus. He would use a patch periodically. He denied dipoplia. He continued to have dysphagia and remained npo receiving feeding by G-tube only. He was treated with ampicillin for a urinary tract infection. At time of discharge, Mr. Burgess remained with profound limited movement in his head and neck, significant weakness in his lower extremities, and severely impaired trunk control. He was dependent to maximal assistance with all activities. An overhead lift was utilized for transfers. He received trach care every 6 hours with albuterol. On 7/12/2019, he was tolerating a PMV and was initiating voicing. He continued tube feeding via G-tube. His last doppler study on 7/15/2019 did not reveal DVT (deep vein thrombosis) in his legs. He was discharged home with his partner on 7/19/2019 with home health. Follow up was recommended with his primary care physician at WellSpan Community Health Center, Dr. Daniel Contract with Physiatry, and Pulmonary.

On 7/20/2019, Mr. Burgess began receiving home health care, including nursing, social worker, PT, OT, and Speech through WellSpan VNA Home Care York. On initial presentation, Mr. Burgess was oriented to person and place. He was mostly nonverbal. He was unable to write and may have been able to read. He could communicate yes/no with head nodding or blinking. He had a PMV and occasionally would vocalize. He had an alphabet board. He had a G-tube for feeding. He was incontinent of urine and was continent and incontinent of bowel. His height was 68 inches, and his weight was 180 pounds. He was 2 to 3 person assist with a Hoyer to transfer from wheelchair to EZ stander.

On 7/23/2019, Mr. Burgess was seen by Dr. Elizabeth Azubike, Pulmonologist to follow up his pneumonia. He was nonverbal. He was up to date with flu and pneumonia shots. He was now at home. He would continue with his trach. He should follow up in 3 months.

On 10/13/2019, Mr. Burgess was seen by Lisa Dewees NP, Family medicine, to provide primary care. He had been home about 2 months. He had daytime caregivers while his partner was at work. He was seen by home health therapies, PT, OT, and Speech. He was able to move his

lower extremities and his right upper extremity. He had moderate secretions on suctioning. He had some anxiety.

On 10/24/2019, Mr. Burgess was seen in the Pulmonary clinic. He was relatively stable as far as his respiratory symptoms were concerned. Mr. Burgess was referred to ENT for trach change or discontinuation. He was mostly nonverbal. Trach care was being performed every 6 to 8 hours. His partner wanted the trach to be taken out, but he was open to replacing the trach with a less prominent one. Pulmonary noted that they would consider weaning Mucinex. Mr. Burgess' follow up was scheduled for one year or as needed.

On 10/28/2019, Mr. Burgess was seen by Dr. Daniel Contract, Physiatrist. He noted that Mr. Burgess' emotional outbursts were less frequent.

On 11/07/2019, Mr. Burgess was discharged from home health physical therapy. There had been some improvement in strength in his lower extremities, but it was not enough to achieve functional movement.

On 12/13/2019, Mr. Burgess' strength was reported at 2minus/5 in his shoulder flexors and extensors and in his elbow extensors. His elbow flexors showed 4 minus/5 and his elbow pronators and supinators showed 2/5 strength.

On 1/04/2020, Mr. Burgess was initiating active movement and participation in functional tasks (i.e., cleaning mouth, desire to self-feed, pulling down shirt). He had a lateral grasp in both hands. Mr. Burgess' partner bought grab bars for his walk-in shower. He had significant improvement in range of motion (ROM) in both upper extremities. His sitting balance had improved to contact guard to minimal assist with the client holding bars for support.

On 1/27/2020, Mr. Burgess was seen by Dr. Contract. Mr. Burgess' tracheal secretions were minimal. He was started on a pureed by mouth diet. Dr. Contract discontinued the amantadine because it was no longer indicated. Follow up was scheduled for 6 months.

The medical records for home health ended with certification of home health services from 5/15/2020 to 7/13/2020. Dr. Christopher Echterling was the ordering physician. Services includes OT 1 -2 visits per week for 9 weeks and Speech 1-2 visits per week for 5 weeks.

On 5/28/2020, Speech therapy noted that Mr. Burgess tolerated advanced p.o. trials with decreased overall aspiration. His trials had various consistency solids. He was drinking nectar thick liquid via a straw. Mr. Burgess had fair standing posture due to tight hip and knee flexors. He required 2-3 person maximal assist with a platform walker to go from sit to stand. He was using Easy stand daily for 60 minutes. He was using a portable cycle for the arms and legs daily for 5-10 minutes. He was dependent with all ADLs. His transfers involved using a lift. Mr. Burgess' partner transferred Mr. Burgess with a stand pivot transfer with maximal assist. Mr. Burgess fell while his partner was attempting a car transfer. Mr. Burgess was able to ambulate 8 feet with maximal assist with Liko lift pants and double platform walker.

On 7/27/2020, Mr. Burgess was seen by Dr. Contract. His last visit was in January 2020. He was doing well overall. He continued being treated with PT, OT, and Speech, two visits per week. His partner had retired. He had fulltime hired caregiver support. Mr. Burgess used a condom cath for urinary incontinence. His trach was plugged 24 hours per day. On exam, he was still dysphonic with a capped trach. His strength was 1/5 in both upper and lower extremities. His spasticity was 3 out of 4 on the modified Ashworth scale (MAS) in his upper extremities and 2 out of 4 in his lower extremities. He had bilateral hand splints. He was taking Baclofen 30mg three times a day and tizanidine 4mg three times a day for his spasticity. On 6/04/2020, a modified barium swallow study revealed aspiration of all liquid consistencies, but he was tolerating a regular diet with thin liquid by mouth. Dr. Contract considered Nuedexta for emotional lability, but Mr. Burgess and his partner preferred to avoid further medications. Dr. Contract noted pseudobulbar affect and major depressive disorder to his problem list.

On 9/14/2020, Mr. Burgess was seen by Dr. Daniel Contract, Physiatrist. His G-tube was removed. He received Botox injections in his right forearm (5 muscles for a total of 200 units).

**Past Medical History**: Hypertension, HIV positive disease, Gastroesophageal reflux disease, esophageal stricture, restless leg syndrome, Brain hemorrhage 1974 with no permanent deficits, Barrett's esophagus, depression, gall bladder surgery

**Allergies:** NKDA

**Social History:** Former smoker (1 pack per day from 1977 to 2000); alcohol abuse; former hair stylist, married to Mr. Henze, no children, lives in multistory house.

**Recreational history**: Enjoys watching TV, daily devotional reading (Mr. Henze does most all of the actual reading), enjoys their garden, daily exercising with free weights and standing frames

**Present Physicians:**

- Lisa Dewees NP, family medicine primary care every 6 months (similar to before his stroke)
- Dr. Contract, Physiatry every 3 months for Botox injections
- Dr. Garth Good, ENT every 6 months
- Optometrist/Ophthalmologist every year (similar to before his stroke)
- Dentist every 6 months (similar to before his stroke)

**Present therapy**: None. They had been receiving 2 visits per week from PT, OT, and Speech. The therapies were discontinued by Home Heath about Christmas 2021.

**Present support:** Mr. Darren Henze, Richard Burgess's partner, is his primary care giver. They have hired one caregiver who works about 5 hours 2 days a week. She predominantly works as a sitter for Mr. Burgess and for housekeeping.

**Present Medications:**

- Hydroxyzine HCL 10mg, take ½ tablet 2 times a day
- Omeprazole 20mg, take once a day
- Sodium Chloride 0.9% nebulizer solution, take 4 times a day
- Tizanidine 4mg, take three times a day
- Fluoxetine 40mg, take once a day
- Albuterol 2.5mg/3ml, take 4 times a day ( now using 2 times per day scheduled)
- Cholecalciferol Vitamin D3 50mcg, take once a day
- Bisacodyl 10mg, take once a day
- Mucinex 600mg, take every 12 hours as needed
- Benadryl, take 2 at night
- Botox injections every 3 months in both forearms by Dr. Contract.

**Review of Symptoms:** (Mr. Burgess with support of Mr. Henze on May 9, 2022)

**General:** Since September 2020, Mr. Burgess has not been hospitalized or seen in an emergency room except on one occasion. The one occasion that he was seen in an ER was not related to his stroke according to Mr. Henze. Mr. Burgess cut the back of his throat by eating an apple. He reported that he sleeps well.

**HEENT:** Mr. Burgess noted he does not see in his right lower quadrant of visual field. He noted that he does not have any difficulty in hearing, smelling, or tasting. He noted that he cannot swallow meats unless the meat is cut up in very small pieces. He noted that he is able to drink thin liquids. He noted that he manages his oral secretions.

**Cardiac:** Denied heart palpations or chest pain

**Respiratory**: Denied needing supplemental oxygen. Stated that Mr. Burgess uses an inhaler on a scheduled basis 2 times a day. His trach is alternately capped with a Passy-Muir valve around the clock for 2 weeks and then capped with a red cap around the clock for 2 weeks. He denied difficulty in coughing.

**Gastrointestinal:** Denied chronic constipation or diarrhea. Reported very rarely having bowel incontinence.

**Urologic**: They reported using a condom catheter for urinary control. The catheter is changed twice a day and as needed. They denied any skin irritation on his penis related to the use of a condom.

**Skin:** They reported that Mr. Burgess does not have any wounds or breakdown on his skin now and has not had any breakdown in his skin since the stroke.

**Pain:** Denied any pain. Denied any pain with his extremities due to lack of sensations or increased tone or spasticity.

**Neurologic:** They reported decreased strength and decreased control in all extremities. Mr. Burgess noted that he cannot feel anything in his right leg.

**Mood:** Mr. Burgess noted his mood was now even. He denied difficulty with anger or crying as a result of his stroke. When asked about his health status overall now and what he will look like in 5 years, Mr. Burgess stated his overall health was about an 8 (0 being the worst and 10 being the best). He reported before his stroke that his overall health was also an 8. He reported that he prefers to live in the present and does not think about the future because he really does not know what will happen in 5 years.

**Functional:** They reported that Mr. Burgess can feed himself after setup for breakfast and lunch by using a spoon or his fingers. They reported that Mr. Burgess was dependent or needing assistance with all other ADLs. Mr. Burgess is transferred with an overhead lift or his transfers are maximum assistance via stand pivot. Mr. Henze stated that Mr. Burgess has not improved functionality in the last 6 months. They did report that Mr. Burgess can open and close his right and left hand better since starting Botox injections.

**Examination:**

**General:** Well developed man with glasses and a trach sitting in a manual wheelchair, casually dressed in short sleeves shirt, shorts, and high-top shoes, good hygiene was noted, presumably condom catheter was seen exiting his shorts, he appeared in no distress, he was cooperative with the examiner.

**HEENT:** Normocephalic atraumatic head, decreased hearing on the left with finger rubbing, pupils were round and reactive and accommodating to light, abnormal saccadic movements were noted, right hemianopsia by finger movement testing was noted, facial movements are appeared symmetrical, trach with Passy -Muir valve was noted, tongue protruded normally and had a brown coating, symmetrical voluntary elevation of the soft palate was present.

**Cardiac:** regular rate and rhythm with no murmurs noted

**Respiratory:** Breath sounds were symmetrical with no rales, rhonchi, or wheezing noted, fair air movement noted, fair strength in voluntary coughing noted.

**Abdomen:** adequate bowel sounds noted

**Extremities:** Right shoulder with impaired ROM, left shoulder with impaired ROM but still functional, both elbows were contracted about 30 degrees of flexion, fingers of both hands had moderate flexion contractures. The legs were shiny in appearance. Strength testing was somewhat difficult due to his position, contractures, and his tone. Strength tested in the right arm showed: shoulder 4/5, elbow flexors 3/5, finger movements 2/5. Strength tested in the left arm:

shoulder 4/5, elbow flexors 4/5, finger movements 4/5. Dexterity of finger movements and hand movements were poor bilaterally. Strength testing in the legs showed: hip flexors were 3/5 Left, 3/5 minus Right; knee extensors 4/5; ankle dorsiflexors 3/5 Left, 2/5 plus Right; and ankle plantar flexors 2 plus/5 Left, 2 minus Right. Using the modified Ashworth Scale for spasticity, his tone was 2 in both upper and lower extremities. In testing for sensation, he appeared to be able to detect light touch on both upper extremities and on his left leg but not his right leg. He did not show extinction to touch when given simultaneously bilateral light touch.

**Neurologic:** Alert, awake, conversing with the examiner. When he was quiet, he had a somewhat flat affect but when he was engaged in conversation his affect was appropriate. His emotions appeared exaggerated at times. In conversation, he would ask appropriate questions. His vocal volume appeared normal. He was good on confrontational naming. He was oriented to the day, the month, and the season but misstated the year. He was oriented to place but could not state the county where he lived. He was able to recall 3 items immediately and was able to state all 3 items when asked about the items after a few minutes. But he relied on his partner when asked about how long he had lived in his present house and what he had had for breakfast today. He was able to repeat a phrase and he was able to state a normal number of words starting with the letter F (screening for language component of cognition). He had much difficulty in counting backwards from 100 by sevens, but he was able to spell the word "WORLD" backwards. He was good at sentence comprehension. He was good at describing what was happening in a picture. He was able to read at a word level and simple sentence level but had difficult with complex sentences.

**Functional:** Poor to fair sitting balance was noted. When unsupported, he would flex his upper back towards his knees and outstretch his arms for balance. He could only sit unsupported for a few seconds before putting his hands down on the chair for balance. The movement of his arms appeared ataxic. He was able to lift a mug of liquid with his left hand and drink from a straw.

**Assessment:**

1. Occlusion of the basilar artery with infarctions in the left posterior cerebral artery distribution, left anterior superior cerebellar artery distribution, and the left posterior inferior cerebellar artery distribution

2. S/p tracheostomy

3. Spasticity

4. Cognitive impairment

5. Quadriparesis

6. Cranial nerve impairments

7. Urinary incontinence

8. Mood/emotion disorder

9. HIV positive (pre-existing stroke)

10. Gastroesophageal Reflux Disease (pre-existing stroke)

11. Hypertension (pre-existing stroke)

**Summary:** Mr. Richard Burgess is at maximal medical improvement from his stroke on February 21, 2019. His caregiver uses an overhead lift to transfer Mr. Burgess out of the bed to a manual wheelchair. Mr. Burgess is able to self-feed by mouth, but he requires assistance for almost all activities of daily living and mobility. He is unable to ambulate. He is incontinent of bladder and manages his bladder by condom catheterization. He currently has a trach. He is tolerating a capping schedule that is fully capped around the clock for 2 weeks alternating capping with a Passy-Muir valve around the clock for 2 weeks. He does not require supplement oxygen or respiratory treatments except for his scheduled inhaler. It is therefore probable that his trach will be discontinued in the future.

**Life expectancy:** Given his current age (65 years), his medical history, and his current functional status, a life care plan for Mr. Richard Burgess should incorporate a life expectancy of an additional 7.5 years.

The information in this report will be used in forming a life care plan for Mr. Richard Burgess.

My opinions are based upon a reasonable degree of medical certainly. I reserve the right to modify my opinions in the event additional medical records are provided for my review or if there is a change in Mr. Burgess's medical condition.

Thomas E. Groomes M.D.

Thomas E. Groomes, MD

# Curriculum Vitae

**Thomas Edward Groomes, MD**
312 Silvercreek Court
Nashville, Tennessee 37069
615-319-2088
DOB:04/15/1961
Married

**Revised 04/14/2021**

**Education:**

Disability Evaluation Program
American Academy of Physical Medicine and Rehabilitation
Atlanta, GA
Oct. 1997

Research Enrichment Program for Physiatrists
Missouri Arthritis Rehabilitation Research Center and the MA427
Health Sciences Center, Columbia, MO 65212
June 1991-June 1992 NIDRR

Physical Medicine and Rehabilitation Residency
University of Alabama at Birmingham, Spain Rehabilitation Center
1717 6th Avenue South, Birmingham, AL 35233
(Chief Resident, 1990-1991)
July 1988-June 1991

Transitional Internship, University of Tennessee Memorial Hospital
1924 Alcoa Highway, Knoxville, TN 37920
July 1987-June 1988

University of Tennessee-Memphis, College of Medicine
Memphis, TN, Doctor of Medicine
August 1983- June 1987

Vanderbilt University,
Nashville, TN
B. S. (Biomedical Engineering, Math Majors)
September 1979-May 1983

**Licensure and Certification:**

Tennessee Medical License # 25141
December 1993 through April 2023

American Board of Physical Medicine and Rehabilitation Number: 3819
June 1992

Spinal Cord Injury Medicine Subspecialty Certification
October 2000

Spinal Cord Injury Medicine Subspecialty Recertification
November 2010

**Academic Appointments:**

Retired Associate Professor
Vanderbilt University Medical Center
Department of Physical Medicine and Rehabilitation
October 2018 – Present

Associate Professor
Vanderbilt University Medical Center
Department of Physical Medicine and Rehabilitation
January 2016 – October 2018

Assistant Professor
Vanderbilt University Medical Center
Department of Physical Medicine and Rehabilitation
July 2012- December 2015

Assistant Professor
Vanderbilt University Medical Center
Department of Orthopedics and Rehabilitation
February 1994 – July 2012

Instructor
University of Alabama at Birmingham
July 1991 to January 1994

**Hospital Appointments:**

Interim Medical Director

Vanderbilt Stallworth Rehabilitation Hospital
July 2012 – August 2013

Physiatry Consultant
Post-Acute Facility
Center for Comprehensive Services
Gallatin, Tennessee (completed term)

Medical Director
Spinal Cord Injury Program
Vanderbilt Stallworth Rehabilitation Hospital
July 1996 - September 2018

Medical Director
Traumatic Brain Injury Program
Vanderbilt Stallworth Rehabilitation Hospital
February 1994 – July 2012

Head of PM&R Division Department of Orthopedics 2010 – 2012

**Professional Organizations:**

Alpha Omega Alpha Medical Honor Society
American Academy of Physical Medicine and Rehabilitation
Southern Society of Physical Medicine and Rehabilitation
 Vice President – June 2001 – 2002
 President – June 2002 – 2003

**Community Activity:**

Tennessee Traumatic Brain Injury Advisory Board to the Governor (2006-2012)
Co-chairman Disability Awareness Committee, First Presbyterian Church, Nashville, TN (2012-2018)
Tennessee Brain Injury Association Board Member (1994-1998)

**Other Honors or Awards:**

VUMC, Dept. PM&R Teacher of the Year 2016-2017
VUMC, Dept. PM&R Outstanding Contribution Award 2013
VSRH Superior Service Recognition Award 2013
VSRH Clinical Service Award 2006

**Publications:**

Frontera WF, Silver JK, Rizzo TD. Essentials of Physical Medicine and Rehabilitation: Musculoskeletal Disorders, Pain and Rehabilitation, 4th Edition. Heterotopic Ossification, Groomes TE, Elsevier, 2018; Ch. 131.

Frontera WF, Silver JK, Rizzo TD. Essentials of Physical Medicine and Rehabilitation: Musculoskeletal Disorders, Pain, and Rehabilitation, 3rd Edition. Total Knee Replacement, Groomes TE, Elsevier, 2014; Ch. 80, p 411-418.

Barkana DE, Das J, Wang F, Groomes TE, Sarker N. Incorporating Verbal Feedback into a Robot-Assisted Rehabilitation System. *Probiotics* 2011; 29:433-443.

Barkana DE, Das J, Wang F, Sarker N, Groomes TE. A Step Toward Increasing Automation in Robot-Assisted Rehabilitation. Proceedings of the 2nd Biennial IEEE/RAS-EMBS International Conference on Biomedical Robotics and Biomechatronics. Scottsdale, AZ, USA, October 19-22, 2008.

Roberts AG, Konrad PE, Graves CR, Groomes TE, Pfister AA, Damian MM, Charles PD. Intrathecal Baclofen Pump Implantation During Pregnancy, *Neurology* 2003; 61(8); 1156-1167.

Watson HE, Groomes TE. "Extended Care and Rehabilitation." In Surgical Care for the Elderly, 2nd ed., edited by R. Benton Adkins, Jr., and H. William Scott, Jr. Lippincott-Raven Publishers, Philadelphia, 1998.

Jackson, AB, Groomes, TE. Incidence of Respiratory Complications Following Spinal Cord Injury. Archives of Physical Medicine and Rehabilitation, 75 (3): 270-5, March 1994.

Taub E, Craso JE, Bursio LD, Groomes TE, et al. An Operant Approach to Rehabilitation Medicine: Overcoming Learned Nonuse by Shaping. *Journal of the Experimental Analysis of Behavior*, 61: 281-293, March 1994.

Taylor EW, Morris D, Shaddeau S, Groomes TE, Dupuy T: Effects of Water Walking on Hemiplegic Gait. *Aquatic Physical Therapy Report*, 1 (2): 10-13, 21, April 1993.

Groomes TE, Huang CT: Orthostatic Hypotension after Spinal Injury: Treatment with Fludrocortisone and Ergotamine. *Archives of Physical Medicine and Rebilitation*, 72: 56-58, January 1991.

**Presentations:**

Groomes TE: Opening the Black Box of Inpatient Rehabilitation for the Multi-trauma/Brain Injured Patient. Medical Management of the Injured Worker X: Vanderbilt's Commitment to the Community. April 15, 2011 (Murfreesboro, Tennessee).

Groomes TE: Rehabilitation Services at Vanderbilt Stallworth Vanderbilt University Medical Center, Trauma Fellows Conference. November 2005 (Nashville, Tennessee).

Groomes TE: Psychopharmacology. The Mentor Network's Center for Comprehensive Services (Tennessee) Brain Injury Symposium Sumner Regional Medical Center. November 2005 (Gallatin, Tennessee).

Groomes TE: Nontraumatic Spastic Paraplegia and Quadriplegia Vanderbilt University Medical Center Combined Conference: Neurology, Neurosurgery, Neuroradiology, and Neuropathology. April 2005 (Nashville, Tennessee).

Groomes TE: Medication Options for Cognition in Traumatic Brain Injury. Tennessee Head Injury Association Annual Conference. October 2003 (Nashville, Tennessee).

Groomes TE: Medical Complications of Traumatic Brain Injury Encountered in Acute Care Rehabilitation. Tennessee Neuro Restorative Center Education Series. October 2003 (Gallatin, Tennessee).

Groomes TE: Agitation in Traumatic Brain Injury, Neurology Grand Rounds Vanderbilt University November 1997 (Nashville, Tennessee).

Groomes, TE: Alternative Treatment for D.V.T. in the Rehabilitation Setting. Orthopaedic Rehabilitation Association Annual Meeting. May 1997 (Nashville, Tennessee).

Groomes, TE: Rehabilitation Services for Seniors, Vanderbilt University Medical Center, Geriatric Education Series. April 1997 (Nashville, Tennessee).

Groomes TE: Rehabilitation Needs for the Minimally Responsive Patient. Vanderbilt University Medical Center, Neurology Grand Rounds. October 1995 (Nashville, Tennessee).

Groomes TE: Respiratory Issues in Spinal Cord Injury. Southern Society of Physical Medicine and Rehabilitation 27th Annual Conference. April 1995 (Gatlinburg, Tennessee).

Groomes TE: Headaches in Mild Traumatic Brain Injury. Vanderbilt University medical Center. Pain Grand Rounds. March 1995 (Nashville, Tennessee).

Groomes TE: Medical Complications Associated with Traumatic Brain Injury. Tennessee Head Injury Association Annual Conference. October 1994 (Nashville, Tennessee).

Groomes TE: Geriatric Rehabilitation. Conference Services for HCFA Nursing Home Surveyors, July 1993 (Atlanta, Georgia).

Groomes TE: Pathophysiology of Stroke. Rehabilitation and Beyond: Trends for the 90's. Alabama Chapter: Association of Rehabilitation Nurses. April 1993 (Birmingham, Alabama).

Groomes TE, Wallace K, Mizzel L: Coping with Stroke: Help for the Patient and the Caregiver. UAB Medwise. March 1993, (Birmingham, Alabama).

Groomes TE: Effect of Peripheral Hearing Loss on Speech and Functional Recovery from Cerebrovascular Accident (Abstract). Research Enrichment Program for Physiatrist and the Missouri Arthritis Rehabilitation Research Center/National Institute on Disability and Rehabilitation Research. June 1992 (Washington, D. C.).

Groomes TE, Pidikiti R, Novack T: Identifying the Disabled Driver. ANN Meeting American Academy of Physical Medicine and Rehabilitation and American Congress of Rehabilitation Medicine. October 1990 (Phoenix, Arizona).

Groomes TE, Huang CT: Ergotamine and Low Dose Fludrocortisone in the Treatment of Severe Orthostatic Hypotension in Quadriplegics. ANN Meeting American Academy of Physical Medicine and Rehabilitation and American Congress of Rehabilitation Medicine, October 1989 (San Antonio, Texas); and Sixteenth ANN Scientific Meeting ASIA, May 1990 (Orlando, Florida).