UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
IN ADMIRALTY

CASE NO. 15-23414-CIV-MORENO/O'Sullivan

ANNE CORDANI, Individually and as
Personal Representative for the Estate of
WILLIAM CORDANI, Deceased,

Plaintiff,

v.

NCL (BAHAMAS) LTD., DR. CHERRYLL LeBLANC,
DR. MICHIEL ADRIAAN ETSEBETH, DR. ANABELLE ABAD,
JOHANNES DE WINNAAR, LEILANI DANAN,
DOCTOR DOE(S), and NURSE DOE(S),

Defendants.
_______________________________________/

## NOTICE OF SETTLEMENT

The Plaintiff, ANNE CORDANI, Individually and as Personal Representative for the Estate of WILLIAM CORDANI, by and through undersigned counsel, hereby notifies this Honorable Court that all pending claims between the Plaintiff and Defendants have been settled.[1] The parties will submit a Joint Stipulation for Dismissal upon effectuation of the terms of the settlement.

Respectfully submitted,

LIPCON, MARGULIES,
ALSINA & WINKLEMAN, P.A.
*Attorneys for Plaintiff*
One Biscayne Tower, Suite 1776
2 S. Biscayne Boulevard
Miami, Florida 33131
Telephone No.: (305) 373-3016
Facsimile No.: (305 373-6204

By: */s/ Jacqueline Garcell*
**JASON R. MARGULIES** (FBN 57916)
**JACQUELINE GARCELL** (FBN 104358)

[1] The Plaintiff voluntarily dismissed Defendant, Dr. Cherryll LeBlanc, with prejudice. [D.E. 60].

Case 1:15-cv-23414-FAM Document 61 Entered on FLSD Docket 03/17/2016 Page 2 of 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 17, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

By: */s/ Jacqueline Garcell*
**JACQUELINE GARCELL**

## SERVICE LIST

***Cordani v. NCL (Bahamas) Ltd., et al.***
**Case No. 15-23414-CIV-Moreno/O'Sullivan**

**Jason R. Margulies, Esq.**
jmargulies@lipcon.com
**Jacqueline Garcell, Esq.**
jgarcell@lipcon.com
LIPCON, MARGULIES,
ALSINA & WINKLEMAN, P.A.
One Biscayne Tower, Suite 1776
2 S. Biscayne Boulevard
Miami, Florida 33131
Telephone No.: (305) 373-3016
Facsimile No.: (305) 373-6204
*Attorneys for Plaintiff*

**Barry Postman, Esq.**
barry.postman@csklegal.com
**David A. Kirsch, Esq.**
david.kirsch@csklegal.com
COLE, SCOTT & KISSANE. P.A.
Esperante Building, Suite 120
222 Lakeview Avenue
West Palm Beach, Florida 33401
Telephone No.: (561) 383-9200
Facsimile No.: (561) 683-8977
*Attorneys for Medical Defendants*

**Jeffrey E. Foreman, Esq.**
jforeman@fflegal.com
**Noah D. Silverman, Esq.**
nsilverman@fflegal.com
**Rachael Mitchell Fagenson, Esq.**
rmitchell@fflegal.com
FOREMAN FRIEDMAN, PA
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, Florida 33131
Tel.: (305) 358-6555
Fax: (305) 374-9077
*Attorneys for Defendant, NCL*

Case 1:15-cv-23414-FAM Document 64 Entered on FLSD Docket 03/29/2016 Page 1 of 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 15-23414-CIV-MORENO/O'Sullivan

ANNE CORDANI, Individually, and as
Personal Representative for the Estate of
WILLIAM CORDANI, Deceased,

*Plaintiff,*

vs.

NCL (BAHAMAS) LTD., DR. CHERRYLL LeBLANC,
DR. MICHIEL ADRIAAN ETSEBETH, DR. ANABELLE ABAD,
JOHANNES DE WINNAAR, LEILANI DANAN,
DOCTOR DOE(S), and NURSE DOE(S),

*Defendants.*
_______________________________________/

**JOINT STIPULATION FOR DISMISSAL**

Plaintiff, ANNE CORDANI, Individually and as Personal Representative for the Estate of WILLAIM CORDANI, Deceased, and Defendants, NCL (BAHAMAS) LTD., DR. MICHIEL ADRIAAN ETSEBETH, DR. ANABELLE ABAD, JOHANNES DE WINNAAR, LEILANI DANAN, DOCTOR DOE(S), and NURSE DOE(S)[1], by and through their undersigned counsel and pursuant to the General Release of All Claims, Indemnity and Hold Harmless Agreement to be executed by Plaintiff, hereby file this Joint Stipulation for Dismissal of the above-styled action with prejudice, each party to bear its respective costs and attorneys' fees. The parties respectfully request that the Court retain jurisdiction to enforce the terms of the settlement.

Dated: March 29, 2016
Miami, Florida

[1] The claims against Dr. Cherryll LeBlanc were voluntarily dismissed with prejudice. [D.E. 60].

Respectfully submitted,

/s/Jason R. Margulies, Esq.
Jason R. Margulies, Esq.
crewlawyer@aol.com
Jacqueline Garcell, Esq.
jgarcell@lipcon.com
mbroszkiewicz@lipcon.com
Lipcon, Margulies, Alsina, Winkleman, P.A.
One Biscayne Tower, Suite 1776
2 South Biscayne Boulevard
Miami, FL 33131
Phone: 305-373-3016, Fax: 305-373-6204
*Attorneys for Plaintiff*

/s/Rachael Mitchell Fagenson, Esq.
Jeffrey E. Foreman, Esq.
jforeman@fflegal.com
oricardo@fflegal.com
Noah D. Silverman, Esq.
nsilverman@fflegal.com
mfonticiella@fflegal.com
Rachael Mitchell Fagenson, Esq.
rmitchell@fflegal.com
mfonticiella@fflegal.com
Foreman Friedman, PA
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL 33131
Phone: 305-358-6555, Fax: 305-374-9077
*Attorneys for Defendant, NCL (Bahamas) Ltd.*

/s/David A. Kirsch, Esq.
Barry A. Postman, Esq.
postman@csklegal.com
patricia.neal@csklegal.com
David A. Kirsch, Esq.
david.kirsch@csklegal.com
Cole, Scott & Kissane, P.A.
Esperante Building, Suite 120
222 Lakeview Avenue
West Palm Beach, FL 33401
Phone: 561-383-9200, Fax: 561-683-8977
*Attorneys for Defendants, Dr. Michiel Adriaan Etsebeth; Dr. Anabelle Abad; Johannes De Winnaar; Leilani Danan*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 29, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to electronically receive Notices of Electronic Filing.

BY: /s/*Rachael Mitchell Fagenson, Esq.*
Rachael Mitchell Fagenson, Esq.

Case 1:15-cv-23414-FAM Document 64 Entered on FLSD Docket 03/29/2016 Page 4 of 4



**SERVICE LIST**

Jason R. Margulies, Esq.
crewlawyer@aol.com
Jacqueline Garcell, Esq.
jgarcell@lipcon.com
mbroszkiewicz@lipcon.com
Lipcon, Margulies, Alsina, Winkleman, P.A.
One Biscayne Tower, Suite 1776
2 South Biscayne Boulevard
Miami, FL 33131
Phone: 305-373-3016, Fax: 305-373-6204
*Attorneys for Plaintiff*

Jeffrey E. Foreman, Esq.
jforeman@fflegal.com
oricardo@fflegal.com
Noah D. Silverman, Esq.
nsilverman@fflegal.com
mfonticiella@fflegal.com
Rachael Mitchell Fagenson, Esq.
rmitchell@fflegal.com
mfonticiella@fflegal.com
Foreman Friedman, PA
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL 33131
Phone: 305-358-6555, Fax: 305-374-9077
*Attorneys for Defendant, NCL (Bahamas) Ltd.*

Barry A. Postman, Esq.
postman@csklegal.com
patricia.neal@csklegal.com
David A. Kirsch, Esq.
david.kirsch@csklegal.com
Cole, Scott & Kissane, P.A.
Esperante Building, Suite 120
222 Lakeview Avenue
West Palm Beach, FL 33401
Phone: 561-383-9200, Fax: 561-683-8977
*Attorneys for Defendants, Dr. Michiel Adriaan Etsebeth; Dr. Anabelle Abad; Johannes De Winnaar; Leilani Danan*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-23414-CIV-MORENO/O'Sullivan

ANNE CORDANI, Individually, and as
Personal Representative for the Estate of
WILLIAM CORDANI, Deceased,

Plaintiff,

vs.

NCL (BAHAMAS) LTD., DR. CHERRYLL LeBLANC,
DR. MICHIEL ADRIAAN ETSEBETH, DR. ANABELLE ABAD,
JOHANNES DE WINNAAR, LEILANI DANAN,
DOCTOR DOE(S), and NURSE DOE(S),

Defendants.

______________________________________/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

THIS CAUSE came before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice **(D.E. 64)**, filed on **March 29, 2016**.

THE COURT has considered the stipulation and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that Plaintiff's claims against Defendants NCL (Bahamas) Ltd., Dr. Michiel Adriaan Etsebeth, Dr. Anabell Abad, Johannes De Winnaar, Leilani Danan, Doctor Doe(s), and Nurse Doe(s)[1] are hereby **DISMISSED** with prejudice, with each party bearing its own fees and costs. The Court reserves jurisdiction to enforce the terms of settlement.

DONE and ORDERED in Chambers in Miami, Florida this 30 day of March, 2016.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

[1] The claims against Defendant, Dr. Cherryll LeBlanc, were voluntarily dismissed with prejudice. *See* D.E. 60.

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-22078-TORRES

LEWIS MASOTTI,

Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES, LTD.

Defendant.
_______________________________/

**NOTICE OF SETTLEMENT**

The parties, Plaintiff, **LEWIS MASOTTI**, and Defendant, **ROYAL CARIBBEAN CRUISES, LTD.**, hereby notify this Honorable Court that all claims and causes of action between or among the parties have been amicably resolved, pending execution of all settlement documents.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 11, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

BY: *<u>/s/ Glenn J. Holzberg</u>*
GLENN J. HOLZBERG
Fla. Bar Number: 369551

**SERVICE LIST**
Masotti v. RCCL
Case No.: 19-CV-22078-WILLIAMS

**GLENN J. HOZBERG, ESQ.**
glenn@holzberglegal.com
Florida Bar No: 369551
HOLZBERG LEGAL
Offices at Pinecrest II, Suite 220
7685 S.W. 104th Street
Miami, Florida 33156
Telephone: (305) 668-6410
Facsimile: (305) 667-6161
*Attorney for Plaintiff*

**PHILLIP D. PARRISH, ESQ.**
phil@parrishappeals.com
Florida Bar No. 0541877
7301 SW 57th Court, Suite 430
Miami, Florida 33143
Telephone: (305) 670-5550
Facsimile: (305) 670-5552
*Co-counsel for Plaintiff*

**ANDREW D. CRAVEN, ESQ.**
acraven@chartwelllaw.com
The Chartwell Law Offices, LLP
100 SE 2nd Street, Suite 2150
Miami, FL 33131
Direct: (786) 804-4614
Telephone: (305) 372-9044
Facsimile: (305) 372-5044
*Attorney for Defendant*

**NATASHA K. ALCIVAR, ESQ.**
nalcivar@rccl.com
Florida Bar No: 390054
CELEBRITY CRUISES, INC.
1050 Caribbean Way
Miami, Florida 33132
Telephone: (305) 539-3943
Telephone: (305) 539-6204 Alt. Tel.
Facsimile: (305) 539-6561
*Attorney for Defendant*

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 19-CV-22078-TORRES

LEWIS MASOTTI,

Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES, LTD.

Defendant.
_________________________________/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by the parties to this proceeding that the action has been amicably settled, compromised, adjusted, and discharged and that the claim against Defendant, ROYAL CARIBBEAN CRUISES, LTD, is dismissed with prejudice with each side to bear its own attorneys' fees. The effectiveness of this stipulation of dismissal is conditioned upon the Court's entry of an order retaining jurisdiction to enforce the terms of the parties' settlement agreement." *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012).

Case 1:19-cv-22078-EGT Document 45 Entered on FLSD Docket 08/18/2021 Page 2 of 2

Respectfully submitted,

*/s/Glenn J. Hozberg*
**GLENN J. HOZBERG, ESQ.**
glenn@holzberglegal.com
Florida Bar No: 369551
HOLZBERG LEGAL
Offices at Pinecrest II, Suite 220
7685 S.W. 104th Street
Miami, Florida 33156
Telephone: (305) 668-6410
Facsimile: (305) 667-6161
*Attorney for Plaintiff*

*/s/Andrew D. Craven*
**ANDREW D. CRAVEN, ESQ.**
acraven@chartwelllaw.com
Florida Bar No.: 185388
The Chartwell Law Offices, LLP
100 SE 2nd Street, Suite 2150
Miami, FL 33131
Direct: (786) 804-4614
Telephone: (305) 372-9044
Facsimile: (305) 372-5044
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 18, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

BY: */s/ Andrew D. Craven*
Andrew D. Craven
Fla. Bar Number: 185388

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 15-cv-22828-GAYLES/Turnoff

CHRISTOPHER PACK, individually, and
as personal representative of the Estate
of Donald Pack, deceased, and ELIZABETH FRIESE,

Plaintiffs,

vs.

ROYAL CARIBBEAN CRUISES, LTD.,

Defendant.
_______________________________________/

**NOTICE OF SETTLEMENT**

Defendant, Royal Caribbean Cruises, Ltd, by and through its undersigned counsel, files this Notice of Settlement advising the Court that the parties have reached an agreement in this matter. The parties will be filing dismissal documents within the next sixty (60) days.

Dated: March 28, 2016
Miami, Florida

Respectfully submitted,

**FOREMAN FRIEDMAN, P.A.**

By: */s/ Marcus G. Mahfood*

Darren W. Friedman, Esq. (FBN 0146765)
dfriedman@fflegal.com
Marcus Mahfood, Esq. (FBN 41495)
mmahfood@fflegal.com
One Biscayne Tower, Suite 2300
2 South Biscayne Boulevard
Miami, FL 33131
Tel: 305-358-6555/Fax: 305-374-9077
Counsel for Defendant

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 28th day of March, 2016. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By: */s/ Marcus G. Mahfood*
Marcus Mahfood, Esq.

**SERVICE LIST**
CASE NO: 15-cv-22828-GAYLES/Turnoff

Rebecca Bedford Watford, Esq.
rebecca@watfordlawfirm.com
Watford Law Firm
4000 Ponce de Leon Boulevard, Suite 470
Coral Gables, FL 33146
Tel: 305-777-0331/ Fax: 786-472-7093
Counsel for Plaintiffs

John E. Hughes, III, Esq.
JHughes@mmlawmiami.com
McLuskey & McDonald
Barrister Building
8821 SW 69th Court
Miami, FL 33156-7858
Tel: 305-662-6160/ Fax: 305-662-6164
Counsel for Plaintiffs

Darren W. Friedman, Esq.
dfriedman@fflegal.com
Marcus Mahfood, Esq.
mmahfood@fflegal.com
FOREMAN FRIEDMAN, PA
One Biscayne Tower – Suite #2300
2 South Biscayne Boulevard
Miami, Florida 33131
Tel: 305-358-6555/ Fax: 305-374-9077
Counsel for Defendant

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 15-22828-CIV-GAYLES/TURNOFF

**CHRISTOPHER PACK**, *et al.*,

Plaintiffs,

v.

**ROYAL CARIBBEAN CRUISES, LTD.**,

Defendant.
_________________________________/

**NOTICE OF COURT PRACTICE**
**UPON NOTICE OF SETTLEMENT**

**THIS CAUSE** comes before the Court upon Defendant Royal Caribbean Cruises, Ltd.'s Notice of Settlement [ECF No. 54], which indicates that the parties have reached a settlement in this case. Based thereon,

**THE PARTIES** are hereby notified that, within sixty (60) days of the date of this Order, they must file a Stipulation or Notice of Dismissal along with any other pertinent document(s) necessary to conclude this action. It is further

**ORDERED AND ADJUDGED** that this action shall be **CLOSED** for administrative purposes, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of March, 2016.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Turnoff
All Counsel of Record