EXHIBIT A

# Burgess, Richard Wayne

Gangway Activity

| DATE | STATION | LOCATION | DIRECTION |
|---|---|---|---|
| 2/17/2019 1:11:18 PM | PEVT18GUARD6 | TERMINAL 18 SOUTH | Coming Onboard |
| 2/18/2019 12:03:40 AM | HMGUARD06 | ATTIC COMEDY CLUB | |
| 2/18/2019 1:40:58 AM | HMGUARD06 | ATTIC COMEDY CLUB | |
| 2/19/2019 11:48:11 PM | HMGUARD10 | DAZZLES | |
| 2/20/2019 11:49:57 AM | HMGUARD03 | SHELL DOOR 06 | Going Ashore |
| 2/20/2019 2:43:27 PM | HMGUARD09 | SHELL DOOR 10 | Coming Onboard |
| 2/21/2019 12:02:12 PM | HMGUARD12 | SHELL DOOR 09 | Going Ashore |

# Henze, Darren Lee

Gangway Activity

| DATE | STATION | LOCATION | DIRECTION |
|---|---|---|---|
| 2/17/2019 1:11:22 PM | PEVT18GUARD6 | TERMINAL 18 SOUTH | Coming Onboard |
| 2/20/2019 11:39:49 AM | HMGUARD03 | SHELL DOOR 06 | Going Ashore |
| 2/20/2019 11:40:03 AM | HMGUARD03 | SHELL DOOR 06 | Coming Onboard |
| 2/20/2019 11:40:11 AM | HMGUARD03 | SHELL DOOR 06 | Going Ashore |
| 2/20/2019 2:43:54 PM | HMGUARD09 | SHELL DOOR 10 | Coming Onboard |
| 2/21/2019 12:00:38 PM | HMGUARD12 | SHELL DOOR 09 | Going Ashore |