EXHIBIT B

# *Harmony of the Seas*

## FINAL STATEMENT

GUEST DARREN HENZE

SAIL DATE 17-Feb-2019 To 21-Feb-2019 STATEROOM 8660

| DATE | CHECK | DESCRIPTION | CREDITS | CHARGES |
|---|---|---|---|---|
| DARREN HENZE | | | | |
| 2/20/2019 | OA1128755 | CLUB ROYALE ENTERTAINMENT GAMES | 0.00 | 100.00 |
| 2/20/2019 | OA1128926 | CLUB ROYALE ENTERTAINMENT GAMES | 0.00 | 100.00 |
| 2/20/2019 | OA1128972 | CLUB ROYALE ENTERTAINMENT GAMES | 0.00 | 100.00 |
| 2/20/2019 | OA1128978 | CLUB ROYALE ENTERTAINMENT GAMES | 0.00 | 100.00 |
| 2/20/2019 | OA1128994 | CLUB ROYALE ENTERTAINMENT GAMES | 0.00 | 100.00 |
| BEVERAGES | | | | |
| 2/17/2019 | 17023799 | WIPEOUT BAR | 0.00 | 0.00 |
| 2/17/2019 | 7024380 | POOL BAR | 0.00 | 0.00 |
| 2/17/2019 | 39026521 | SAND BAR | 0.00 | 0.00 |
| 2/17/2019 | 39026522 | SAND BAR | 0.00 | 9.43 |
| 2/17/2019 | 39026523 | SAND BAR | 0.00 | 0.00 |
| 2/17/2019 | 39018666 | SAND BAR | 0.00 | 1.57 |
| 2/17/2019 | 9039050 | CASINO BAR | 0.00 | 11.79 |
| 2/17/2019 | 9039117 | CASINO BAR | 0.00 | -11.79 |
| PAYMENTS / CREDITS | | | | |
| 2/17/2019 | | REFUNDABLE ONBOARD CREDIT - ROYAL SELECTIONS | 100.00 | 0.00 |
| 2/19/2019 | | CASH | 500.00 | 0.00 |
| 2/21/2019 | | CASH | 700.00 | 0.00 |
| 2/21/2019 | | VISA | 1,037.91 | 0.00 |
| 2/21/2019 | | VISA | 351.50 | 0.00 |

# *Harmony of the Seas*

## FINAL STATEMENT

GUEST DARREN HENZE

SAIL DATE 17-Feb-2019 To 21-Feb-2019 STATEROOM 8660

| DATE | CHECK | DESCRIPTION | CREDITS | CHARGES |
|---|---|---|---|---|
| SERVICES | | | | |
| 2/17/2019 | | ONBOARD GRATUITIES | 0.00 | 17.50 |
| 2/18/2019 | | ONBOARD GRATUITIES | 0.00 | 17.50 |
| 2/19/2019 | | ONBOARD GRATUITIES | 0.00 | 17.50 |
| 2/20/2019 | | ONBOARD GRATUITIES | 0.00 | 17.50 |
| SHOPPING | | | | |
| 2/18/2019 | 83615270 | PRINCE & GREENE | 0.00 | 20.00 |
| 2/18/2019 | 83824975 | PORT MERCHANTS | 0.00 | 6.25 |
| TOTAL CHARGES FOR | DARREN HENZE | | 2,689.41 | 607.25 |

RICHARD BURGESS

| DATE | CHECK | DESCRIPTION | CREDITS | CHARGES |
|---|---|---|---|---|
| BEVERAGES | | | | |
| 2/17/2019 | 34020225 | TRELLIS BAR | 0.00 | 19.98 |
| 2/17/2019 | 34020255 | TRELLIS BAR | 0.00 | 9.99 |
| 2/17/2019 | 34020257 | TRELLIS BAR | 0.00 | 1.00 |
| 2/17/2019 | 17010050 | WIPEOUT BAR | 0.00 | 8.98 |
| 2/17/2019 | 17010063 | WIPEOUT BAR | 0.00 | 9.99 |
| 2/17/2019 | 7079212 | POOL BAR | 0.00 | 9.43 |
| 2/17/2019 | 17010077 | WIPEOUT BAR | 0.00 | 1.00 |
| 2/17/2019 | 39026512 | SAND BAR | 0.00 | 8.56 |
| 2/17/2019 | 17010087 | WIPEOUT BAR | 0.00 | 1.00 |
| 2/17/2019 | 39026532 | SAND BAR | 0.00 | 8.56 |

# Harmony of the Seas

## FINAL STATEMENT

**GUEST** **DARREN HENZE**

**SAIL DATE 17-Feb-2019 To 21-Feb-2019** **STATEROOM** 8660

| DATE | CHECK | DESCRIPTION | CREDITS | CHARGES |
|---|---|---|---|---|
| 2/17/2019 | 38014858 | RISING TIDE | 0.00 | 9.43 |
| 2/17/2019 | 9038993 | CASINO BAR | 0.00 | 9.43 |
| 2/17/2019 | 3028252 | SCHOONER BAR | 0.00 | 9.43 |
| 2/17/2019 | 3028314 | SCHOONER BAR | 0.00 | 11.79 |
| 2/17/2019 | 3013651 | SCHOONER BAR | 0.00 | 8.20 |
| 2/17/2019 | 4016022 | THE ATTIC COMEDY & NIGHT CLUB | 0.00 | 9.43 |
| 2/17/2019 | 4027066 | THE ATTIC COMEDY & NIGHT CLUB | 0.00 | 9.43 |
| 2/18/2019 | 3029025 | SCHOONER BAR | 0.00 | 1.00 |
| 2/18/2019 | 3029027 | SCHOONER BAR | 0.00 | 1.00 |
| 2/19/2019 | 15016308 | BOLEROS | 0.00 | 7.08 |
| 2/19/2019 | 9039878 | CASINO BAR | 0.00 | 3.54 |
| 2/19/2019 | 9019029 | CASINO BAR | 0.00 | 1.00 |
| 2/20/2019 | 15027225 | BOLEROS | 0.00 | 1.00 |
| 2/20/2019 | 4016524 | THE ATTIC COMEDY & NIGHT CLUB | 0.00 | 1.00 |
| DINING | | | | |
| 2/18/2019 | 27028383 | JOHNNY ROCKETS | 0.00 | 23.48 |
| 2/18/2019 | 27012213 | JOHNNY ROCKETS | 0.00 | 2.00 |
| SERVICES | | | | |
| 2/17/2019 | | ONBOARD GRATUITIES | 0.00 | 17.50 |
| 2/18/2019 | 89999962 | MEDICAL FACILITY | 0.00 | 1,014.76 |
| 2/18/2019 | | ONBOARD GRATUITIES | 0.00 | 17.50 |
| 2/19/2019 | | ONBOARD GRATUITIES | 0.00 | 17.50 |

# *Harmony of the Seas*

## FINAL STATEMENT

**GUEST** **DARREN HENZE**

**SAIL DATE** **17-Feb-2019 To 21-Feb-2019** **STATEROOM** 8660

| DATE | CHECK | DESCRIPTION | CREDITS | CHARGES |
|---|---|---|---|---|
| 2/20/2019 | | ONBOARD GRATUITIES | 0.00 | 17.50 |
| 2/21/2019 | 89991067 | MEDICAL FACILITY | 0.00 | 351.50 |
| SHOPPING | | | | |
| 2/18/2019 | 83724191 | THE SHOP | 0.00 | 30.00 |
| SPA | | | | |
| 2/17/2019 | 89935360 | SPA/SALON | 0.00 | 100.89 |
| 2/17/2019 | 89935421 | SPA/SALON | 0.00 | 140.42 |
| 2/18/2019 | 89935708 | SPA/SALON | 0.00 | 187.86 |
| **TOTAL CHARGES FOR** | **RICHARD BURGESS** | | **0.00** | **2,082.16** |

| | | |
|---|---|---|
| **TOTAL ACCOUNT CHARGES:** | | **2,689.41** |
| **TOTAL CREDITS/PAYMENTS:** | **2,689.41** | |
| **BALANCE DUE:** | | **0.00** |

The final amount is charged to your card on your last cruise day. Depending on your bank, any holds or pre-authorizations will release in 3-5 days for U.S. banks and under 30 days for international banks.

Your statement total will reflect the currency and presiding exchange rate at the end of the voyage.

THANK-YOU FOR VACATIONING WITH US.

Recreate Check
Page: 1

<DUPLICATE>

ROYAL CARIBBEAN INTERNATIONAL
Harmony of the Seas
Trellis Bar

2/17/2019 16:18
Server#: Ayana Esis J
Term: 3402 Table:

Guest
2 Coors Lt Alum Bt 15.98
@ 7.99

| | |
|---|---|
| Gross Sales | 15.98 |
| Discount | 0.00 |
| Subtotal | 15.98 |
| Tax | 1.12 |
| Service Charge | 2.88 |
| Additional Tip | 0.00 |
| Total | 19.98 |

Guest 19.98
35433902 BURGESS, RICHARD

GRAND TOTAL 19.98

T3402 C131643 2/17/2019 16:18

Additional Tip $____________

Total $____________

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

______________________________
Signature

***************
A 18% service charge is added to your bill, however, please use the "Additional Tip" line to recognize outstanding service.
***************

Recreate Check
Page: 2

Check: 34020225

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

<DUPLICATE>

ROYAL CARIBBEAN INTERNATIONAL
Harmony of the Seas
Trellis Bar

2/17/2019 16:41
Server#: Ramon
Term: 3402 Table:

Guest
1 Coors Lt Alum Bt 7.99

| | |
|---|---|
| Gross Sales | 7.99 |
| Discount | 0.00 |
| Subtotal | 7.99 |
| Tax | 0.56 |
| Service Charge | 1.44 |
| Additional Tip | 0.00 |
| Total | 9.99 |

Guest 9.99
35433902 BURGESS, RICHARD

GRAND TOTAL 9.99

T3402 C305687 2/17/2019 16:42

Additional Tip $____________

Total $____________

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

Signature

***************

Recreate Check
Page: 3

A 18% service charge is added to your bill, however, please use the "Additional Tip" line to recognize outstanding service.
***************

Check: 34020255

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

<DUPLICATE>

ROYAL CARIBBEAN INTERNATIONAL
Harmony of the Seas
Trellis Bar

2/17/2019 16:42
Server#: Ramon
Term: 3402 Table:

Guest

| | |
|---|---|
| Gross Sales | 0.00 |
| Discount | 0.00 |
| Subtotal | 0.00 |
| Tax | 0.00 |
| Service Charge | 0.00 |
| Additional Tip | 1.00 |
| Total | 0.00 |

Guest 1.00
35433902 BURGESS, RICHARD

GRAND TOTAL 1.00

T3402 C305687 2/17/2019 16:42

Additional Tip $____________

Total $____________

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

Recreate Check
Page: 4

_________________________________
Signature

***************
A 18% service charge is added to
your bill, however, please use
the "Additional Tip" line to
recognize outstanding service.
***************

Check: 34020257

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

<DUPLICATE>

ROYAL CARIBBEAN INTERNATIONAL
Harmony of the Seas
Wipe Out Bar

2/17/2019 17:29
Server#: ALVARO
Term: 1701 Table:

Guest
1 Coors Lt Alum Bt 7.99

| | |
|---|---|
| Gross Sales | 7.99 |
| Discount | 0.00 |
| Subtotal | 7.99 |
| Tax | 0.56 |
| Service Charge | 1.44 |
| Additional Tip | 0.00 |
| Total | 9.99 |

Guest 9.99
35433902 BURGESS, RICHARD

GRAND TOTAL 9.99

T1701 C520613 2/17/2019 17:29

Additional Tip $____________

Total $____________

Recreate Check
Page: 5

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

Signature

***************

A 18% service charge is added to
your bill, however, please use
the "Additional Tip" line to
recognize outstanding service.

***************

Check: 17010063

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

<DUPLICATE>

ROYAL CARIBBEAN INTERNATIONAL
Harmony of the Seas
Wipe Out Bar

2/17/2019 17:06
Server#: ALVARO
Term: 1701 Table:

Guest

| | | |
|---|---|---|
| | 1 Coors Lt Alum Bt | 7.99 |
| *D | CAS BeerWineSoda | -0.80 |

| | |
|---|---|
| Gross Sales | 7.99 |
| Discount | -0.80 |
| Subtotal | 7.19 |
| Tax | 0.50 |
| Service Charge | 1.29 |
| Additional Tip | 0.00 |
| Total | 8.98 |

Guest 8.98
35433902 BURGESS, RICHARD

GRAND TOTAL 8.98

T1701 C520613 2/17/2019 17:06

Recreate Check
Page: 6

Additional Tip $____________

Total $____________

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

______________________________
Signature

***************
A 18% service charge is added to
your bill, however, please use
the "Additional Tip" line to
recognize outstanding service.
***************

Check: 17010050

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

<DUPLICATE>

ROYAL CARIBBEAN INTERNATIONAL
Harmony of the Seas
Pool Bar

2/17/2019 17:38
Server#: HUBERT
Term: 707 Table:

Guest
1 Coors Lt Alum Bt 7.99

| | |
|---|---|
| Gross Sales | 7.99 |
| Discount | 0.00 |
| Subtotal | 7.99 |
| Tax | 0.00 |
| Service Charge | 1.44 |
| Additional Tip | 0.00 |
| Total | 9.43 |

Guest 9.43
35433902 BURGESS, RICHARD

Recreate Check
Page: 7

GRAND TOTAL 9.43

T707 C312323 2/17/2019 17:38

Additional Tip $____________

Total $____________

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

______________________________
Signature

***************
A 18% service charge is added to
your bill, however, please use
the "Additional Tip" line to
recognize outstanding service.
***************

Check: 7079212

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

<DUPLICATE>

ROYAL CARIBBEAN INTERNATIONAL
Harmony of the Seas
Wipe Out Bar

2/17/2019 17:54
Server#: ALVARO
Term: 1701 Table:

Guest

| | |
|---|---|
| Gross Sales | 0.00 |
| Discount | 0.00 |
| Subtotal | 0.00 |
| Tax | 0.00 |
| Service Charge | 0.00 |
| Additional Tip | 1.00 |
| Total | 0.00 |

Recreate Check
Page: 8

Guest 1.00
35433902 BURGESS, RICHARD

GRAND TOTAL 1.00

T1701 C520613 2/17/2019 17:54

Additional Tip $____________

Total $____________

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

____________________________________
Signature

***************
A 18% service charge is added to
your bill, however, please use
the "Additional Tip" line to
recognize outstanding service.
***************

Check: 17010077

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

<DUPLICATE>

ROYAL CARIBBEAN INTERNATIONAL
Harmony of the Seas
Sand Bar

2/17/2019 17:57
Server#: Patel
Term: 3902 Table:

Guest
1 Coors Lt Btl 7.25

Gross Sales 7.25
Discount 0.00

Recreate Check
Page: 9

| | |
|---|---|
| Subtotal | 7.25 |
| Tax | 0.00 |
| Service Charge | 1.31 |
| Additional Tip | 0.00 |
| Total | 8.56 |

Guest 8.56
35433902 BURGESS, RICHARD

GRAND TOTAL 8.56

T3902 C401715 2/17/2019 17:57

Additional Tip $____________

Total $____________

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

______________________________
Signature

***************
A 18% service charge is added to your bill, however, please use the "Additional Tip" line to recognize outstanding service.
***************

Check: 39026512

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

<DUPLICATE>

ROYAL CARIBBEAN INTERNATIONAL
Harmony of the Seas
Wipe Out Bar

2/17/2019 18:09
Server#: ALVARO
Term: 1701 Table:

Recreate Check
Page: 10

Guest

| | |
|---|---|
| Gross Sales | 0.00 |
| Discount | 0.00 |
| Subtotal | 0.00 |
| Tax | 0.00 |
| Service Charge | 0.00 |
| Additional Tip | 1.00 |
| Total | 0.00 |

Guest 1.00
35433902 BURGESS, RICHARD

GRAND TOTAL 1.00

T1701 C520613 2/17/2019 18:09

Additional Tip $_____________

Total $_____________

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

Signature

***************
A 18% service charge is added to
your bill, however, please use
the "Additional Tip" line to
recognize outstanding service.
***************

Check: 17010087

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

<DUPLICATE>

ROYAL CARIBBEAN INTERNATIONAL
Harmony of the Seas
Sand Bar

Recreate Check

Page: 11

2/17/2019 18:12

Server#: Patel

Term: 3902 Table:

Guest

1 Coors Lt Btl 7.25

| | |
|---|---|
| Gross Sales | 7.25 |
| Discount | 0.00 |
| Subtotal | 7.25 |
| Tax | 0.00 |
| Service Charge | 1.31 |
| Additional Tip | 0.00 |
| Total | 8.56 |

Guest 8.56

35433902 BURGESS, RICHARD

GRAND TOTAL 8.56

T3902 C401715 2/17/2019 18:12

Additional Tip $____________

Total $____________

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

Signature

***************

A 18% service charge is added to your bill, however, please use the "Additional Tip" line to recognize outstanding service.

***************

Check: 39026532

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

<DUPLICATE>

Recreate Check
Page: 12

<DUPLICATE>

ROYAL CARIBBEAN INTERNATIONAL
Harmony of the Seas
Rising Tide

2/17/2019 20:56
Server#: JAMES
Term: 3801 Table:

Guest
1 Mlr Lt Alum Bt 7.99

| | |
|---|---|
| Gross Sales | 7.99 |
| Discount | 0.00 |
| Subtotal | 7.99 |
| Tax | 0.00 |
| Service Charge | 1.44 |
| Additional Tip | 0.00 |
| Total | 9.43 |

Guest 9.43
35433902 BURGESS, RICHARD

GRAND TOTAL 9.43

T3801 C115593 2/17/2019 20:56

Additional Tip $____________

Total $____________

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

____________________________
Signature

***************
A 18% service charge is added to your bill, however, please use the "Additional Tip" line to recognize outstanding service.
***************

Recreate Check
Page: 13

Check: 38014858

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

<DUPLICATE>

ROYAL CARIBBEAN INTERNATIONAL
Harmony of the Seas
Casino Bar

2/17/2019 21:46
Server#: EVROY
Term: 903 Table:

Guest
1 Mlr Lt Alum Bt 7.99

| | |
|---|---|
| Gross Sales | 7.99 |
| Discount | 0.00 |
| Subtotal | 7.99 |
| Tax | 0.00 |
| Service Charge | 1.44 |
| Additional Tip | 0.00 |
| Total | 9.43 |

Guest 9.43
35433902 BURGESS, RICHARD

GRAND TOTAL 9.43

T903 C952193 2/17/2019 21:46

Additional Tip $____________

Total $____________

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

______________________________
Signature

***************
A 18% service charge is added to

Recreate Check
Page: 14

your bill, however, please use
the "Additional Tip" line to
recognize outstanding service.
***************

Check: 9038993

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

<DUPLICATE>

ROYAL CARIBBEAN INTERNATIONAL
Harmony of the Seas
Schooner Bar

2/17/2019 22:21
Server#: Allan Pasia
Term: 302 Table:

Guest
1 Coors Lt Alum Bt 7.99

| | |
|---|---|
| Gross Sales | 7.99 |
| Discount | 0.00 |
| Subtotal | 7.99 |
| Tax | 0.00 |
| Service Charge | 1.44 |
| Additional Tip | 0.00 |
| Total | 9.43 |

Guest 9.43
35433902 BURGESS, RICHARD

GRAND TOTAL 9.43

T302 C449177 2/17/2019 22:22

Additional Tip $____________

Total $____________

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

Recreate Check
Page: 15

______________________________
Signature

***************
A 18% service charge is added to
your bill, however, please use
the "Additional Tip" line to
recognize outstanding service.
***************

Check: 3028252

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

<DUPLICATE>

ROYAL CARIBBEAN INTERNATIONAL
Harmony of the Seas
Schooner Bar

2/17/2019 23:06
Server#: Allan Pasia
Term: 302 Table:

Guest
1 Jagermeister 9.99

| | |
|---|---|
| Gross Sales | 9.99 |
| Discount | 0.00 |
| Subtotal | 9.99 |
| Tax | 0.00 |
| Service Charge | 1.80 |
| Additional Tip | 0.00 |
| Total | 11.79 |

Guest 11.79
35433902 BURGESS, RICHARD

GRAND TOTAL 11.79

T302 C449177 2/17/2019 23:06

Additional Tip $____________

Total $____________

Recreate Check
Page: 16

---

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

__________________________________
Signature

***************
A 18% service charge is added to
your bill, however, please use
the "Additional Tip" line to
recognize outstanding service.
***************

Check: 3028314

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

<DUPLICATE>

---

ROYAL CARIBBEAN INTERNATIONAL
Harmony of the Seas
Schooner Bar

---

2/17/2019 23:27
Server#: KIM
Term: 301 Table:

---

Guest
1 Millr Lt Cn 6.95

| | |
|---|---|
| Gross Sales | 6.95 |
| Discount | 0.00 |
| Subtotal | 6.95 |
| Tax | 0.00 |
| Service Charge | 1.25 |
| Additional Tip | 0.00 |
| Total | 8.20 |

Guest 8.20
35433902 BURGESS, RICHARD

GRAND TOTAL 8.20

---

T301 C351136 2/17/2019 23:27

---

Recreate Check
Page: 17

Additional Tip $____________

Total $____________

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

________________________________
Signature

***************
A 18% service charge is added to
your bill, however, please use
the "Additional Tip" line to
recognize outstanding service.
***************

Check: 3013651

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

<DUPLICATE>

ROYAL CARIBBEAN INTERNATIONAL
Harmony of the Seas
The Attic Comedy & Night Club

2/18/2019 0:32
Server#: KENNETH
Term: 401 Table:

Guest
1 Coors Lt Alum Bt 7.99

| | |
|---|---|
| Gross Sales | 7.99 |
| Discount | 0.00 |
| Subtotal | 7.99 |
| Tax | 0.00 |
| Service Charge | 1.44 |
| Additional Tip | 0.00 |
| Total | 9.43 |

Guest 9.43
35433902 BURGESS, RICHARD

GRAND TOTAL 9.43

Recreate Check
Page: 18

T401 C197593 2/18/2019 0:32

Additional Tip $____________

Total $____________

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

______________________________
Signature

***************
A 18% service charge is added to
your bill, however, please use
the "Additional Tip" line to
recognize outstanding service.
***************

Check: 4016022

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

<DUPLICATE>

ROYAL CARIBBEAN INTERNATIONAL
Harmony of the Seas
The Attic Comedy & Night Club

2/18/2019 1:05
Server#: DIAS
Term: 402 Table:

Guest
1 Coors Lt Alum Bt 7.99

| | |
|---|---|
| Gross Sales | 7.99 |
| Discount | 0.00 |
| Subtotal | 7.99 |
| Tax | 0.00 |
| Service Charge | 1.44 |
| Additional Tip | 0.00 |
| Total | 9.43 |

Recreate Check
Page: 19

Guest 9.43
35433902 BURGESS, RICHARD

GRAND TOTAL 9.43

T402 C402702 2/18/2019 1:05

Additional Tip $____________

Total $____________

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

Signature

***************
A 18% service charge is added to
your bill, however, please use
the "Additional Tip" line to
recognize outstanding service.
***************

Check: 4027066

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

<DUPLICATE>

ROYAL CARIBBEAN INTERNATIONAL
Harmony of the Seas
Boleros

2/19/2019 11:24
Server#: Ikomang Gede Put
Term: 1501 Table:

Guest
2 Natura Water 6.00
@ 3.00

Gross Sales 6.00

Recreate Check
Page: 20

| | |
|---|---|
| Discount | 0.00 |
| Subtotal | 6.00 |
| Tax | 0.00 |
| Service Charge | 1.08 |
| Additional Tip | 0.00 |
| Total | 7.08 |

Guest 7.08
35433902 BURGESS, RICHARD

GRAND TOTAL 7.08

T1501 C915640 2/19/2019 11:24

Additional Tip $______________

Total $______________

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

______________________________
Signature

***************
A 18% service charge is added to
your bill, however, please use
the "Additional Tip" line to
recognize outstanding service.
***************

Check: 15016308

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

<DUPLICATE>

ROYAL CARIBBEAN INTERNATIONAL
Harmony of the Seas
Casino Bar

2/19/2019 20:28
Server#: EVROY

Recreate Check

Page: 21

Term: 903 Table:

Guest

1 Natura Water 3.00

| | |
|---|---|
| Gross Sales | 3.00 |
| Discount | 0.00 |
| Subtotal | 3.00 |
| Tax | 0.00 |
| Service Charge | 0.54 |
| Additional Tip | 0.00 |
| Total | 3.54 |

Guest 3.54
35433902 BURGESS, RICHARD

GRAND TOTAL 3.54

T903 C952193 2/19/2019 20:28

Additional Tip $____________

Total $____________

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

______________________________
Signature

***************
A 18% service charge is added to your bill, however, please use the "Additional Tip" line to recognize outstanding service.
***************

Check: 9039878

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

<DUPLICATE>

ROYAL CARIBBEAN INTERNATIONAL

Recreate Check
Page: 22

Harmony of the Seas
Schooner Bar

2/18/2019 21:20
Server#: ANDREW ARMAS
Term: 302 Table:

Guest

| | |
|---|---|
| Gross Sales | 0.00 |
| Discount | 0.00 |
| Subtotal | 0.00 |
| Tax | 0.00 |
| Service Charge | 0.00 |
| Additional Tip | 1.00 |
| Total | 0.00 |

Guest 1.00
35433902 BURGESS, RICHARD

GRAND TOTAL 1.00

T302 C309398 2/18/2019 21:20

Additional Tip $____________

Total $____________

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

______________________________
Signature

***************
A 18% service charge is added to your bill, however, please use the "Additional Tip" line to recognize outstanding service.
***************

Check: 3029025

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

Recreate Check
Page: 23

<DUPLICATE>

ROYAL CARIBBEAN INTERNATIONAL
Harmony of the Seas
Schooner Bar

2/18/2019 21:20
Server#: ANDREW ARMAS
Term: 302 Table:

Guest

| | |
|---|---|
| Gross Sales | 0.00 |
| Discount | 0.00 |
| Subtotal | 0.00 |
| Tax | 0.00 |
| Service Charge | 0.00 |
| Additional Tip | 1.00 |
| Total | 0.00 |

Guest 1.00
35433902 BURGESS, RICHARD

GRAND TOTAL 1.00

T302 C309398 2/18/2019 21:20

Additional Tip $____________

Total $____________

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

______________________________
Signature

***************
A 18% service charge is added to your bill, however, please use the "Additional Tip" line to recognize outstanding service.
***************

Recreate Check
Page: 24

Check: 3029027

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

<DUPLICATE>

ROYAL CARIBBEAN INTERNATIONAL
Harmony of the Seas
Johnny Rockets

2/18/2019 21:11
Server#:ASGHAR Term:2701
Table#:

Johnny R Guest

| | |
|---|---|
| Gross Sales | 0.00 |
| Discount | 0.00 |
| Subtotal | 0.00 |
| Tax | 0.00 |
| Service Charge | 0.00 |
| Cover Charge | 0.00 |
| Additional Tip | 2.00 |
| Total | 0.00 |

Guest 2.00
35433902 BURGESS, RICHARD

GRAND TOTAL 2.00

T2701 C992213 2/18/2019 21:12

Additional Tip $____________

Total $____________

______________________________
Signature

***************
A 18% service charge is added to
your bill, however, please use
the "Additional Tip" line to

Recreate Check
Page: 25

recognize outstanding service.
***************

Check: 27012213

Get up to $600 to spend onboard!
Visit NextCruise to learn how!
=================================
=================================
DUPLICATE RECEIPT
=================================

<DUPLICATE>

ROYAL CARIBBEAN INTERNATIONAL
Harmony of the Seas
Casino Bar

2/20/2019 0:09
Server#: DIBYARANJAN
Term: 901 Table:

Guest

| | |
|---|---|
| Gross Sales | 0.00 |
| Discount | 0.00 |
| Subtotal | 0.00 |
| Tax | 0.00 |
| Service Charge | 0.00 |
| Additional Tip | 1.00 |
| Total | 0.00 |

Guest 1.00
35433902 BURGESS, RICHARD

GRAND TOTAL 1.00

T901 C404297 2/20/2019 0:09

Additional Tip $____________

Total $____________

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

Recreate Check
Page: 26

____________________________________
Signature

***************
A 18% service charge is added to
your bill, however, please use
the "Additional Tip" line to
recognize outstanding service.
***************

Check: 9019029

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

<DUPLICATE>

ROYAL CARIBBEAN INTERNATIONAL
Harmony of the Seas
Boleros

____________________________________
2/20/2019 17:46
Server#: Craston H
Term: 1502 Table:

____________________________________
Guest

| | |
|---|---|
| Gross Sales | 0.00 |
| Discount | 0.00 |
| Subtotal | 0.00 |
| Tax | 0.00 |
| Service Charge | 0.00 |
| Additional Tip | 1.00 |
| Total | 0.00 |

Guest 1.00
35433902 BURGESS, RICHARD

GRAND TOTAL 1.00

____________________________________
T1502 C229922 2/20/2019 17:47
____________________________________

Additional Tip $____________

Total $____________

Recreate Check
Page: 27

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

________________________________
Signature

***************
A 18% service charge is added to
your bill, however, please use
the "Additional Tip" line to
recognize outstanding service.
***************

Check: 15027225

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

<DUPLICATE>

ROYAL CARIBBEAN INTERNATIONAL
Harmony of the Seas
The Attic Comedy & Night Club

2/20/2019 22:38
Server#: KENNETH
Term: 401 Table:

Guest

| | |
|---|---|
| Gross Sales | 0.00 |
| Discount | 0.00 |
| Subtotal | 0.00 |
| Tax | 0.00 |
| Service Charge | 0.00 |
| Additional Tip | 1.00 |
| Total | 0.00 |

Guest 1.00
35433902 BURGESS, RICHARD

GRAND TOTAL 1.00

T401 C197593 2/20/2019 22:38

Recreate Check

Page: 28

Additional Tip $____________

Total $____________

Get up to $600 to spend onboard!
Visit NextCruise to learn how!

____________________________________
Signature

***************
A 18% service charge is added to
your bill, however, please use
the "Additional Tip" line to
recognize outstanding service.
***************

Check: 4016524

Get up to $600 to spend onboard!
Visit NextCruise to learn how!