EXHIBIT D

Security: UTSS NARENDRA
Doctor: Dr. Adrian
Riskconnect: (Yes) No

FORM # 1 (GUEST)

ROYAL CARIBBEAN CRUISES LTD.

# GUEST INJURY STATEMENT

*Ship Name:* Harmony of the Seas

***The following is to be filled by the guest in his or her handwriting***

| | | | |
|---|---|---|---|
| **Last Name:** Burgess | | **First Name:** Richard | |
| **Booking Number:** | | **Folio Number:** 35404074 | |
| **Home Address:** 50 S Yale St | | | |
| **City:** York PA 17403 | | **Country:** USA | |
| **Phone Number:** 717-818-7001 | | **Cabin Number:** 8660 | |
| **Nationality:** American | | **Date of Birth (MMDDYYYY):** 3/14/59 | |
| **Gender:** ☒ Male ☐ Female | **Height:** 5'9" | **Weight:** 182 | **Marital Status:** m |
| **Email:** Darrowhenze@aol.com | | | |
| **Name of Person Traveling With:** Darrow Henze | | | |

| | | |
|---|---|---|
| **Date of Incident:** 2/18/19 | **Time of Incident (HHMM):** Lst 3:Am | **Date First Reported:** 2/18/19 |
| **Detailed Location Where Incident Occurred:** Stateroom Foyer | **Onboard:** ☒ **Ashore:** ☐ | |
| **First Reported to Name:** | **Date (MMDDYYYY):**<br>**Time (HHMM):** | |
| **Date Medical Facility Visited (MMDDYYYY):** 2/18/19 | **Time Medical Facility Visited (HHMM):** | |
| **If Not Reported Immediately, Please Explain Why:** | | |

**List all Witnesses (Indicate whether Guest or Crew)**

| | |
|---|---|
| **Name:** Darrow Henze | **Contact Information:** 717-578-4490 |
| **Name:** | **Contact Information:** |
| **Name:** | **Contact Information:** |

FORM # 1 (GUEST)

ROYAL CARIBBEAN CRUISES LTD.

**Describe In Detail How the Incident Happened**

Became unstable - fell in foyer hitting ~~my~~ his head

**What do you believe caused this incident?**

Excess alcohol

**What could you (or anyone else) have done to avoid this incident?**

*I certify that the above statement is true and correct.*

| | |
|---|---|
| **Guest Signature:** [signature] | **Date (MMDDYYYY):** 2-18-19 |
| **If Injured Person Is Unable Sign, Please Print Name of Person Completing Form:** | **Cabin Number:** 8660 |



GS000025