UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

RICHARD BURGESS, Individually, and by and through DARREN HENZE as Guardian of the Person and Estate of Richard Burgess, incapacitated and as agent under that certain durable power of attorney dated November 20, 2006,

Plaintiffs,

vs. CASE No. 1:20-CV-20687-AOR

ROYAL CARIBBEAN CRUISES LTD., a Liberian Corporation d/b/a ROYAL CARIBBEAN CRUISE LINE and/or ROYAL CARIBBEAN INTERNATIONAL, JOAO PEREIRA, MICHIEL ADRIAAN ETSEBETH,

Defendants.

* * * * * * * *

The deposition of SUSAN HIATT was taken before Bethany Whaley, Certified Court Reporter, ACCR 661, as Commissioner, on Monday, June 6, 2022, commencing at approximately 1:56 p.m., at 4000 Eagle Point Corporate Drive, Birmingham, Alabama.

APPEARANCES

Representing the Plaintiffs:

Sarah A. Lobel
Hickey Law Firm, PA
1401 Brickell Avenue
Suite 510
Miami, Florida 33131
305.371.8000
slobel@hickeylawfirm.com

Representing the Defendants:

Michael J. Drahos
GrayRobinson, PA
515 North Flagler Drive
Suite 650
West Palm Beach, Florida 33401
561.268.5727
michael.drahos@gray-robinson.com

INDEX

| WITNESS: SUSAN HIATT | PAGE |
|---|---|
| Examination By Mr. Drahos | 4 |
| Examination By Ms. Lobel | 141 |

INDEX OF EXHIBITS

| | |
|---|---|
| Defendants' 1 - Photographs | 14 |
| Defendants' 2 - Verizon phone records | 82 |

* * * * * * * *

SUSAN HIATT,

being first duly sworn, was examined and testified as follows:

THE WITNESS: Yes.

EXAMINATION

BY MR. DRAHOS:

**Q. Good afternoon. Can you please state your name for the record?**

A. Susan Hiatt.

**Q. And Ms. Hiatt, do you go by any other names other than Susan Hiatt?**

A. Toot. Susie. My grandson said I -- that's a potty word. But I go by Toot.

**Q. Susie is a potty word?**

A. Toot.

**Q. Oh. Too.**

A. Toot, T-O-O-T.

**Q. Oh. T-O-O-T.**

A. That's my grandmother name. Susie.

**Q. All right. What about any other legal names?**

A. No.

**Q. What's your maiden name?**

A. My what?
**Q. Your maiden name.**
A. Oh. Doyle, D-O-Y-L-E.
**Q. D-O-Y-L-E?**
A. L-E.
**Q. Okay. Thank you.**
**So we're here today to take your deposition in a case that Richard Burgess has filed against my client, Royal Caribbean Cruise Lines.**
**And before I go any further, have you ever done anything like this before?**
A. Yes, I have. We had a --
**Q. How many times?**
A. Once.
**Q. When was that?**
A. It was -- I'm trying to think. Maybe 20 years ago.
**Q. Was that the friend who fell --**
A. Yeah.
**Q. -- off the horse?**
A. Yeah, that fell off the horse. Yeah.
**Q. Part of the benefit of going second is that I've learned a lot of stuff about you**

and your husband already. So fortunately that'll save us some time.
A. Uh-huh.
Q. So as I understand it, your husband testified in that matter, and now I'm learning --
A. He what?
Q. -- you as well.
Your husband testified.
A. Oh, right.
Q. Okay. So this is a formal question and answering session.
A. Uh-huh.
Q. And we try and treat this as close to being in a courtroom as we possibly can. Obviously, there isn't a judge here, but the same concept applies.
A. Uh-huh.
Q. So as you saw, the court reporter swore you in to tell the truth which you're obligated to do throughout the entirety of the deposition.
A. Yeah.
Q. But the way we speak is going to be a little bit different than normal

conversation. So in particular, because
everything is being taken down by the court
reporter --
A. Uh-huh.
Q. -- you have to let me ask my entire
question before you go to answer.
If you start answering in the
middle of my question, you may answer something
that I'm not intending or we're both talking at
the same time and it's impossible for her to
get that down.
A. Right.
Q. The second thing is, if you nod
your head, I'm going to know what you mean.
I've seen you nod your head already.
A. Uh-huh.
Q. But when I read the transcript a
month from now, I'm not going to remember how
your nodded your head. So I'm going to say is
that a yes, is that a no --
A. Yes. Okay.
Q. -- I'm not doing that to be
obnoxious. I just need you to answer out loud
so we clearly reflect how you've answered a
particular question.

A. Okay.
Q. I just had another cup of coffee, and I've been going at this now all day. So if I am somehow or another slurring my words or mumbling or using legalese or something, let me know, and I'll rephrase the question.
A. Okay.
Q. Otherwise, if you answer my question, I'm going to assume you understood what I was asking you. Okay?
A. Okay.
Q. Are you under any medication or anything that would affect your ability to understand my questions or answer truthfully?
A. No.
Q. Okay. This isn't intended to be a marathon. I asked your husband if he wanted to take breaks, and he kept saying, No, let's keep going. So that's why we went four straight hours.
A. Right.
Q. But if at any point in time you need to stop, phone call or whatever, just let me know, and we'll stop. Okay?
A. Okay. I'm just going to cut my

phone off. I just remembered.
Q. No problem.
A. Sorry. I don't want it to start ringing. Okay.
Q. All right. So as I understand it, you and your husband just recently moved into a new home in Vincent, Alabama?
A. Uh-huh. Correct.
Q. Congratulations. Okay.
And we don't need to go through all of that, but I'll skip kind of to the point which is what's the highest level of education you've obtained?
A. High school.
Q. Where did you go to school?
A. Huffman High School.
Q. Where is that located?
A. It's in Huffman, Alabama.
Q. How far away is that from downtown Birmingham? That seems to be my center point where I understand everything.
A. About 20 minutes.
Q. So are you from this area?
A. Yes.
Q. Spend most of your life here?

A. Yes. I was born in Birmingham.
**Q. Okay. And how did you meet your husband, Joe?**
A. Let's see. The first year out of high school, I got a job, and I met him there.
**Q. Do you hold any certificates or professional licenses of any sort?**
A. No.
**Q. What do you do for a living?**
A. I'm retired.
**Q. What did you do prior to retirement?**
A. I worked at a bank. I've worked secretary work. I stayed -- then I stayed home when my first child -- second child was born. I worked at Saunder's Truck Leasing. That's one of the places I worked.
**Q. So do you have any medical training of any sort?**
A. No. I did get a CPR degree or a -- you know, certificate when I used to keep children when my children were little.
**Q. Okay. That was smart.**
A. Yeah. It's not easy.

Q. Right. Okay.
So no other litigation experience, though, other than this situation you told me about before and here today --
A. No.
Q. -- correct?
A. Yes. Correct.
Q. You've never sued anyone, and no one has ever sued you?
A. No.
Q. Ever been arrested before?
A. No.
MR. DRAHOS: We're going to go off the record for just a second.
(Discussion off the record.)
MR. DRAHOS: Let's go back on.
BY MR. DRAHOS:
Q. Do you have any social media accounts?
A. I do.
Q. What do you have?
A. Facebook.
Q. Did you have a Facebook page at the time of this subject cruise? And when I say "subject cruise," I'm talking about the cruise

that we're here to talk about, the one that happened in February of 2019.
A. I do. I did.
Q. Did you post anything on your Facebook page --
A. No.
Q. -- about this particular cruise?
A. No.
Q. Are there any pictures on Facebook at all of Richard -- strike that.
First of all, on your Facebook page, did you post anything of Richard Burgess?
A. No.
Q. So I sent a subpoena to your house. I'm sorry for doing that, but it's a formality. And part of what I was trying to get at was, first of all, I wanted to make sure you showed up, which I knew Sarah would deliver you.
But secondly, I was looking to see if you had any photographs of Richard or Darren during the subject cruise that you may have taken.
Did you have an opportunity to check for that?
A. I did try to find something.

There was one picture that I couldn't find of us all on the top deck before the first day of the cruise, and I tried to find it. It's like -- I still can't find it. I don't know why.

**Q. Let me show you --**

A. I wonder if y'all already have it.

**Q. Well, let me show you what I have, and then you can tell me whether or not --**

A. Okay.

**Q. -- you're in any of these photos.**

A. Okay.

**Q. These look -- yeah, they are three different ones. Hand these to Ms. Lobel.**

A. That's one that I had. Yeah. That's a lot clearer than my phone picture.

MS. LOBEL: Are you going to do this as a composite?

MR. DRAHOS: Yes.

MS. LOBEL: Okay. Is this going to be Exhibit 1?

BY MR. DRAHOS:

**Q. So we're going to hand that to you as Defendants' Composite Exhibit 1 to the**

deposition.

(Defendants' Exhibit 1 was marked for identification.)

BY MR. DRAHOS:

Q. And I'd ask you if you could take a look at those three photographs and tell me whether or not you are in any of them.

A. I'm in that one.

Q. Let's put that as the top photograph then.

A. Okay.

MS. LOBEL: Why don't I --

MR. DRAHOS: That's going to be page 1.

MS. LOBEL: Can I help you --

MR. DRAHOS: Yes. Yes.

MS. LOBEL: -- 1A, 1B, and 1C.

MR. DRAHOS: Thank you.

MS. LOBEL: I'll put it on the top page and then in the bottom corner A, B, C, and D so we know which one.

THE WITNESS: Okay. I'm in that picture, but I'm not like in the -- I'm in the background.

MS. LOBEL: Hang on. Before you

testify -- sorry. I don't mean to domineer.
THE WITNESS: Okay.
MS. LOBEL: I'm going to do 1A, 1B, and C in the lower right-hand corner, and then you can refer to -- it will be 1A, 1B, 1C. Okay?
THE WITNESS: Okay.
BY MR. DRAHOS:
**Q. So you're in each of those three photographs?**
A. No. Just two.
**Q. Just two of them?**
A. Uh-huh.
**Q. So let's talk about the first one which has been identified as 1A.**
A. Uh-huh.
**Q. Do you recall what day of the cruise that photograph was taken?**
A. That was the first day.
**Q. Okay.**
A. Because everybody had T-shirts. You know, we get matching T-shirts.
**Q. Yeah.**
A. So that's what they wore that -- I didn't get one because I didn't come --

Q. Would you mind handing that back to me? So this is a photograph of you. I see Richard and Darren.
A. Uh-huh and my sister.
Q. Who are these other two?
A. Oh. That's my sister Ilene right here.
Q. Ilene Landrum?
A. That's Ilene Landrum. And then that's Teri Daugherty. Daugherty.
Q. And do you know when on the first day that this picture was taken? When during the day?
A. Let's see. Okay. It's probably a couple -- two or three hours after we got off the boat.
Q. After you got on to the boat?
A. On to the boat, I mean. Sorry. Yeah.
Q. Okay. And then did you tell me you were in photograph B?
A. The second one, yeah, but in the background.
Q. Oh. That's you back there?
A. Yeah, back there with my --

**Q. So that means that's you back there. I do see you in --**
A. Am I in there too --
**Q. -- C. You can't really see you.**
A. -- on the other one?
**Q. But now that I know that's you, okay.**
A. Oh, okay.
**Q. It's like Where's Waldo. I can pick you out.**
A. Okay. Gosh. I need to get my glasses on.
**Q. You can see the back of your head. You're not looking at the camera.**
A. Oh. That's it.
MS. LOBEL: Yep. Sorry.
A. Oh, yeah. I see. Over there.
BY MR. DRAHOS:
**Q. Okay. So --**
A. Back there. I didn't even see that.
MS. LOBEL: And that's C.
BY MR. DRAHOS:
**Q. In looking at photograph 1B, can you tell me what day that photograph was taken?**

A. I have no idea.
**Q. Look at this one while you're looking at that one.**
A. I have no idea about that.
**Q. So sometimes you can judge it off of what everyone is wearing.**
A. Right.
**Q. So based upon the clothing --**
A. Uh-huh.
**Q. -- is that Richard in the direct center there with the teal blue shirt?**
A. It is.
**Q. Is Darren in this photograph?**
A. Uh-huh.
**Q. That's him on the right?**
A. Yes.
**Q. So in looking at the photograph of the clothing particularly, you got Darren and Richard that are wearing sneakers?**
A. Uh-huh.
**Q. Did this appear to you to have been a day where you all might have gotten off of the ship?**
A. They always wore tennis shoes. They didn't really wear flip flops or...

Q. Okay.
A. You know, that's...
Q. But if we are judging off the clothing, is it safe to say that Defendants' Exhibit 1A and Defendants' Exhibit 1B are taken on different days?
A. Yes. Yes.
Q. All right. And I don't mean to jump too far ahead, but, you know, while we're on the subject, you are aware that there was an instance where Darren -- strike that -- Richard had fallen and hit his head --
A. Uh-huh --
Q. -- on the first night?
A. -- yes.
Q. So is it safe to assume then that photograph 1B was taken after that incident?
A. Yes.
Q. Okay. Thank you.
A. Because, yeah, he wore his hat after that.
Q. Who are these other individuals that are in the photograph? I know that's now Darren, and I know Richard. And I see you in the back.

**Who is this lady that's in the front?**
A. Now, that's Teri Daugherty's mother.
**Q. Teri is wearing the black --**
A. Uh-huh.
**Q. -- the black dress.**
A. And that's her mother.
**Q. Her mother is next to Darren?**
A. Uh-huh.
**Q. Who is this individual here?**
A. That's Ilene.
**Q. Ilene?**
A. Yeah.
**Q. And is that Jimmy?**
A. Jimmy.
**Q. Who --**
A. And that's Jim Brown. He's a friend -- one of the friends that came on the -- on the cruise.
MS. LOBEL: And for the record, that's 1B.
MR. DRAHOS: Thank you.
BY MR. DRAHOS:
**Q. Do you know where you are in this**

photograph?
A. I think it's down by the pool. That's the pool level.
Q. Okay.
A. Yeah.
Q. And is there anything about this photograph that allows for you to estimate what time of the day this may have been? Morning? Noon? Evening?
A. It's got to be, like, maybe noon. I'm thinking that but...
Q. Okay. So what we can tell then is that this photograph was definitely taken at least between the time of February 18 or February 20, correct?
MS. LOBEL: Form.
A. Possibly, yes.
BY MR. DRAHOS:
Q. In other words, was this photograph taken on February 21st when the ship was in Puerto Rico?
A. I don't know that.
Q. Okay. I'm going to give these back to the court reporter.
So you had said that there was a

photograph you saw on your phone of you all, you were trying to find it. Is that --
A. That's it.
Q. -- the photograph that's depicted in Defendants' 1?
A. It is.
Q. That was a good example of you got to let me finish the question before you answer.
A. Oh. Sorry.
Q. I may have said is that of you on a lunar launch and, you know --
A. Sorry.
Q. -- been a totally different question.
A. Sorry.
Q. So earlier I'd asked whether or not you had any posts on Facebook about the subject cruise. I just want to make sure I wrap up that line of questioning.
Have you posted anything on your Facebook page about Royal Caribbean at all?
A. No.
Q. Have you posted anything on your Facebook page concerning Richard's recovery or

raising any money for Richard or anything like that?
A. No.
Q. So as I understand it, you are Richard's cousin?
A. Uh-huh.
Q. And are you related -- is that a yes?
A. It's a yes.
Q. Thank you.
Are you related maternally or paternally? What -- where's the --
A. His mother is my mother's sister.
Q. His mother is your mother's sister. Okay.
And I know this sounds silly, but how long have you known Richard? Your whole life?
A. Yes.
Q. And prior to the subject cruise, how often would you speak with him?
A. Off and on all year. We would text each other.
Q. So what kind of texting habits did you have? For example, would you text him

like, Hey, thinking of you, hope all is well, or would you text him, Hey, did you hear about the shooting? What kind of things would require or would prompt you to text him?

A. Just check to see how they're doing, Happy Birthday, you know, hope y'all had a good Christmas, stuff like that.

Q. Okay. So like holidays and things of that nature?

A. Yeah.

Q. It's wasn't like daily --

A. No. No.

Q. -- like thinking of you, that kind of thing?

A. No. No. And he would come visit. And then, you know, we were looking forward to seeing him, and we were just trying to get dates right. So when him and Darren would come to town.

Q. All right. Other than texting, did you have any other form of communication with Richard?

A. No.

Q. In other words, did you ever talk on FaceTime?

A. No. I would just talk to him on the phone. Every once in a while, I'd call him. He'd call me.

**Q. How often did you physically see him every year prior to the cruise? Let's start with the three years before the subject cruise.**

**So before 2016 and 2019, how often would you physically see him?**

A. Between 2016 and 2019?

**Q. Yeah. I'm trying to keep it within a reasonable scope.**

A. Okay.

**Q. So --**

A. Well, he didn't come every year, so I wouldn't see him. You know, he would come stay with Ilene and Jimmy, you know, maybe every other year or something like that. And then we would all come and visit, you know, when they were here.

**Q. Over at Jimmy's house?**

A. Uh-huh.

MS. LOBEL: Is that a yes?

A. Yes.

MS. LOBEL: Sorry.

BY MR. DRAHOS:
**Q. And so your husband testified that he believes he met Richard or he would see Richard only at family occasions before y'all started cruising together.**
**Is that sort of similar to what your relationship was like as well?**
A. Yeah. Yes.
**Q. Okay. So did you and Richard ever travel off anywhere together, just the two of you?**
A. No.
**Q. Did Richard come to your wedding?**
A. No.
**Q. Did you go to Richard's wedding?**
A. No.
**Q. How well did you know Darren before the subject cruise?**
A. Let's see. We -- me and my mother and my sister all went to visit for a wedding, Richard's sister's wedding, and we went up and that's when I met Darren.
**Q. Richard's sister's wedding, when was that?**
A. I don't know. My mother's

been -- trying to think.
Q. How about we do it this way? Did Richard's sister get married before Darren got --
A. Yes, before they got --
Q. -- Richard got married?
A. Sorry.
Q. So let me do that again. And that was on me. I lost my thought midway through. So you're saying that you met Darren before he married Richard?
A. Oh, yes.
Q. Okay. Did you ever talk to Darren on the phone?
A. Yes.
Q. Without Richard?
A. Yes.
Q. Okay. And would it be more or less of a -- of a pattern than when you spoke to Richard?
A. Oh, less.
Q. What about texting? Did you ever text with Darren?
A. No.
Q. So --

A. Excuse me. After what happened, I did.

**Q. Understood. Right now and for clarity -- I'm glad you asked -- I'm only asking about your interactions before the subject cruise.**

A. Okay. Okay.

**Q. How much did you know, if anything, about Richard's health before the subject cruise?**

A. I thought his health was great. He worked out a lot. I knew that.

**Q. Were you aware of whether or not he had any medical conditions or ailments or deficits of any sort prior to the cruise?**

A. I did when he was 16. I knew about that.

**Q. And you're referring to --**

A. Uh-huh.

**Q. -- his head injury?**

A. Uh-huh.

**Q. Do you know if Richard ever complained of any sensations of dizziness or blurred vision before the subject cruise?**

A. No.

**Q. Do you know whether or not he had any reason to have his brain imaged other than this instance when he was 16 before the subject cruise?**

A. No.

**Q. No, you don't know, or no --**

A. No, I don't know.

**Q. Did you review anything in advance of today's deposition?**

A. No. I did read the -- I mean, saw part of the deposition.

**Q. When you say you "saw part of the deposition," which one are you referring to?**

A. The one with -- Darren's deposition.

**Q. Did you watch a video of it or read the transcript?**

A. No, I didn't read the whole -- I mean, I just glanced -- you know, glanced through it because I thought it -- this is a lot.

**Q. So is there portions of Darren's deposition testimony that you recall specifically reading that stand out to you as something that you learned through that**

exercise?
A. No.
Q. Okay. Did you read any of the portions of Darren's testimony that concerned Richard's medical history before the subject cruise?
A. No.
Q. Was there anything that you read in Darren's deposition that you specifically disagreed with?
A. No.
Q. Okay. What else, if anything, did you do to prepare for today?
A. I talked to my husband about trying to remember things and then of course, we met with Sarah. And we -- trying to refresh our memory. It's been three years.
Q. Were you part of a phone call between your husband and Ms. Lobel a few weeks ago? Approximately six weeks ago?
A. Six weeks ago? No.
Q. Did you ever speak to Ms. Lobel prior to your recent meeting with her?
A. Who is Ms. Lobel?
Q. Oh, sorry. Sarah.

A. Oh, I'm sorry. Sarah.
MS. LOBEL: That's okay.
THE WITNESS: Sorry.
A. Can you say that again?
BY MR. DRAHOS:
**Q. Yeah. Let me do it this way. How many times in total have you spoken to Sarah before today's deposition?**
A. Last week we did when we were on vacation.
**Q. And how did you speak last week?**
A. What do you mean?
**Q. So you said you spoke to Sara. Did you speak to her in person or --**
A. On the phone. I'm sorry.
**Q. Okay. Sometimes the --**
MS. LOBEL: I did not crash any vacation.
THE WITNESS: Yeah.
BY MR. DRAHOS:
**Q. Sometimes the way lawyers ask questions it's a little odd, but we have to ask it in a certain way like that?**
A. That's fine.
**Q. Okay. So you spoke to her over the**

**phone?**
A. Uh-huh.
**Q. What was point of the call?**
A. Just refreshing our memory. I mean, you know, we were just talking about the case and when we were going to have to do the deposition and that kind of thing. We were trying to set up our schedule for that.
**Q. How long was the phone call in total?**
A. I have no clue.
**Q. More or less than a half hour?**
A. More.
**Q. More or less than an hour?**
A. Less.
**Q. And who else was on the call?**
A. Just me and Joe.
**Q. And Sarah?**
A. And Sarah.
**Q. During that phone call, did you learn anything about this case?**
A. No.
**Q. During that phone call, did Sarah share --**
MR. DRAHOS: I don't mean to be

calling you by your first name. I normally would say Ms. Lobel but --
A. Go ahead.
MS. LOBEL: You can say whatever you want.
A. Now I know her last name.
BY MR. DRAHOS:
**Q. During that phone call, did you learn information from Ms. Lobel that you had not otherwise been aware of?**
A. Other than not knowing when we were going to do the deposition?
**Q. Yes, ma'am.**
A. That's it.
**Q. During the phone call, did Ms. Lobel say anything that you disagreed with?**
A. No.
**Q. During the phone call, did Mr. Hiatt say anything that you disagreed with?**
A. No.
**Q. And during the phone call, did you say anything that anyone disagreed with?**
A. No.
**Q. Okay. So you made mention that you've also met Ms. Lobel before today?**

A. Yes.
**Q. And when was that?**
A. Yesterday.
**Q. And for how long --**
A. Was that Sunday? Okay. Yes.
**Q. For how long of a period of time did you all meet?**
A. Not long. Maybe about an hour.
**Q. Who else was at the meeting?**
A. Ilene and Jimmy and my husband, Joe.
**Q. Where did you guys meet?**
A. Do what?
**Q. Where did you meet? Sorry.**
A. Oh. Jimmy's house.
**Q. And what was your understanding of the point of this meeting?**
A. Just to catch up on what was -- what we did, clarify because it's been three years. So...
**Q. Why was this meeting necessary if you had already previously done that over the phone?**
A. I don't know.
**Q. Okay. So everyone was physically**

present at Jimmy's house, I assume?
A. Yes, sir.
Q. Including Sarah obviously?
A. Yes.
Q. And during this particular meeting, did you learn any information from anybody who was there that you did not otherwise know about?
A. Not really.
Q. And when you say "not really" --
A. No.
Q. -- I have to follow up.
A. No. No. Sorry.
Q. Okay.
A. No.
Q. All right. Did anyone at the meeting make any comments or statements of any sort that you disagreed with?
A. No.
Q. Did anyone disagree with you about anything?
A. No.
Q. Was there anything that was discussed during the meeting that you had forgotten about and that comment or that

discussion reminded you of something about the experience?
A. I do remember one thing, that I had Richard's key. And when they checked out off the ship, I remembered he gave me his key to his room.
Q. Okay.
A. I just remembered that.
Q. Okay. So you had told me it's been three years. Everybody was meeting to sort of refresh their recollection of what was going on.
A. Uh-huh.
Q. Was there any particular aspect of the recollection that you all were covering that collectively the group was struggling with trying to figure out?
A. No.
Q. So everybody had a clear recollection going in and a clear recollection going out of this meeting?
A. Yes.
Q. Did you have any questions during the meeting that went unresolved as you left, meaning they never answered the question --

A. No.
Q. -- that you had?
Have you spoken to Darren at all about your deposition testimony?
A. No.
Q. Have you spoken to Richard?
A. No.
Q. Have you spoken to anyone else outside of this meeting with Jimmy and Ilene and Joe and Sarah in preparation for your testimony today?
A. No.
Q. So as I understand it, there was an event of some sort at Jimmy's house wherein you all were sharing your experience of cruising, and that sort of enticed Richard and Darren to want to do that.
Is that kind of an accurate summary of how it came to be that you all started traveling together?
A. I don't know that. That was between Ilene -- Ilene is very close to Richard --
Q. Okay.
A. -- and so they talked about it a

lot.
Q. Is Ilene also your cousin?
A. She's my sister.
Q. Oh. Your sister?
A. Yeah.
Q. Okay.
A. There's five of us.
Q. Okay. So Ilene and Richard are the ones that have the close relationship?
A. Yes.
Q. So did you and Ilene and Jimmy all travel together before you started traveling with Richard --
A. Oh, yes --
Q. -- and Darren?
A. -- uh-huh. Yes.
Q. How many cruises have you been on in total?
A. Last 26 years, we went on Carnival a lot. Used to go on Carnival. I'd say at least 18 maybe.
Q. Okay. And in those 18 prior cruises -- well, have you been on a cruise since the subject cruise?
A. No.

Q. So in those 18 prior cruises, had you ever had occasion to visit San Juan, Puerto Rico?
A. We probably had a port there, but I don't remember getting off the boat.
Q. In those 18 prior cruises, had you ever had occasion to seek medical care down in the cruise ship's medical center regardless of the cruise line?
A. I did.
Q. How many times?
A. Once.
Q. Do you recall which cruise line that was?
A. I'm pretty sure it was Royal.
Q. And do you recall the vessel?
A. I don't.
Q. And what was the circumstance of that?
A. I got that norovirus, and I had to stay in my room for, like, three days.
Q. Okay. And do you know where -- strike that.
Do you know when that cruise was?
A. I don't recall.

Q. Do you have any criticisms of the experience you had in the ship's medical center during that particular --
A. I didn't.
Q. So in the 18 prior cruises that you've been on, have either you or your husband ever required the need for medical care at any foreign ports of call?
A. No.
Q. Do you know anyone that's ever had to seek medical care in a foreign port of call during a cruise?
A. No.
Q. Do you have any other traveling companions who have ever been treated in a cruise ship medical center before this incident?
A. No.
Q. How much alcohol, if any, did Richard typically consume prior to the subject cruise?
MS. LOBEL: Form.
A. I don't have a clue.
BY MR. DRAHOS:
Q. To your knowledge, did Richard

struggle with alcohol prior to the subject cruise?
A. I don't know that.
Q. Did he have any type of rule or policy that he would follow when going on cruises as it relates to how or when or how frequently he would ingest alcoholic beverages?
A. The first day I knew that he would. And at first -- we went on a cruise 2017 with them, and he would not even -- he'd maybe have, you know, a beer. I mean, I never saw him drink much.
Q. So was 2017 the first time you ever went on a cruise with him?
A. I think so. I think it's only been two.
Q. And so in 2017, you don't recall him drinking anything beyond a beer or two?
A. Uh-uh, I don't.
Q. Throughout the entirety of the voyage?
A. No.
Q. And did you go on a cruise with Darren and Richard in 2018?
A. Was that the cruise in question?

Q. The subject cruise was in February of 2019 and as --
A. Okay. No, I didn't. I didn't.
Q. No cruising in 2018?
A. No. We -- no. I'm pretty sure we didn't.
Q. Okay. So how many cruises had you been on with Richard and Darren before the subject cruise?
A. One.
Q. And that was 2017?
A. Uh-huh.
Q. Is that a yes?
A. Yes. Sorry.
Q. That's all right.
So when I first brought this subject up, you made a comment about the first day of the cruise.
What were you referring to there when I asked you did he have a policy or a habit about how he would drink alcohol?
A. He would have a drink the first day, and he wouldn't drink the rest of the cruise.
Q. Do you know why that was his

**policy?**

A. I'm not sure, but I guessed that maybe it's because he didn't want to drink too much.

**Q. Did he ever make any type of comment as to why he was doing that?**

A. No, not to me.

**Q. Did Darren ever make any comments about that?**

A. No.

**Q. Did you ever have any specific discussions with Richard about his career aspirations?**

A. Richard's?

**Q. Yes.**

A. Yes, I have. I've asked him when he was going to retire, and he said never.

**Q. When did you have that discussion with him?**

A. When he was at Ilene and Jimmy's the last time. I'm trying to think, was that 2018? Trying to think of the year. But it was one of the times he came to see Ilene and Jimmy.

**Q. But you don't recall what year that**

**was?**
A. I'm thinking it was '18 when they came, him and Darren.
**Q. Do you know for sure, or is that your best guess?**
A. That's -- I'm not for sure.
**Q. Did he say it to anyone else or just to you?**
A. I think he's always said it to everybody.
**Q. Okay. But I'm talking about specifically --**
A. Okay.
**Q. -- comments that you've heard him make. Did he make it to anyone else, or did he just make --**
A. He just --
**Q. -- that comment?**
A. -- told me.
**Q. So do you know when the subject cruise was actually booked by the group?**
A. Well, I do not know.
**Q. Did you have any involvement in that?**
A. You mean -- me and my husband

talked about it, but I don't know --

Q. Sure.

A. Yeah, we did.

Q. All right. So that was probably not a good question. Let me -- let me say it this way.

A. Okay.

Q. When you and your husband would book a cruise, who would be the one to actually do the booking?

A. Oh. Joe would book it.

Q. And would you participate in any specific research about the cruise itself before Joe would book it?

A. No, because we went with friends, and that's -- we all did -- we did it, like, for years together. And it didn't really matter where we went.

Q. Okay. So do you know why the Harmony of the Seas was chosen among the group?

A. Was it -- I thought it was a new ship then, and that's why everybody wanted to go.

Q. Okay.

A. That's what I gathered.

Q. Did you do any particular research about the Harmony or the subject voyage?
A. No.
Q. Did you speak to anybody at Royal Caribbean about the subject cruise before you booked it?
A. No.
Q. Did you do any research at all about San Juan, Puerto Rico before the subject cruise?
A. No.
Q. Do you know if Richard did?
A. I don't know that.
Q. So we're going to go sort of in chronological -- well, we're going to go in chronological order of the cruise.
A. Uh-huh.
Q. And what I'm going to do is I'm going to take you to a particular date and a particular location, and we're going to try and do our best to recreate what happened or what you recall happening.
A. Okay.
Q. If you don't remember something, just tell me you don't remember. That's --

we'll move on.
A. Okay.
Q. So the first day of the cruise was Sunday, February 17 of 2019, and this cruise originated out of Fort Lauderdale, correct?
A. Correct.
Q. Okay. And with you all being from the Birmingham area, it's my understanding that you and your husband flew down to Fort Lauderdale?
A. Right.
Q. And did you meet up with Richard and Darren at some point prior to the cruise?
A. No.
Q. When was the first time that you saw Richard?
A. On the ship. And I'm going to say this was a surprise because we weren't going to go on the cruise. We were just going to surprise everybody because they all thought we weren't going to come, and it was just, you know -- it was just a surprise --
Q. Well, that's fine.
A. -- that we came.
Q. So they didn't learn that you were

going to be on the cruise until you actually got on?
A. Exactly.
Q. That's pretty cool.
A. Yeah.
Q. So what was Richard's reaction when he saw you? He must have been happy.
A. Oh, yeah. They were all happy, and they were all going, Oh, my gosh, I can't believe y'all are here. So we met up with them later after we got on the boat.
Q. So according to Royal Caribbean's records, you would have boarded the ship at 1:25 p.m. on February 17.
Any reason to dispute the accuracy of that?
A. No.
Q. All right. Do you know how long after you boarded the ship you first saw Richard?
A. I don't know. I don't know that.
Q. Okay. So how much alcohol do you typically drink on just a regular Friday evening, let's say?
MS. LOBEL: Form.

A. Well, I'll drink my wine or --
THE WITNESS: Is that not good?
MS. LOBEL: Go ahead.
BY MR. DRAHOS:
**Q. Okay.**
A. I mean, I'll have wine.
MS. LOBEL: I can't comment. Just so you know, I'm objecting. Ignore me --
THE WITNESS: Oh, okay.
MS. LOBEL: -- and just answer the question.
MR. DRAHOS: It's for later.
THE WITNESS: Okay.
BY MR. DRAHOS:
**Q. So from time to time -- I'll fully explain that. From time to time, I may ask a question that's legally incorrect in the way I've worded it --**
A. Okay.
**Q. -- or potentially not admissible.**
A. Okay.
**Q. And so Ms. Lobel is going to make an objection so that later the judge can rule on whether or not my question and your answer can be --**

A. Right.
**Q. -- considered by the jury.**
A. Okay.
**Q. Okay. So -- I'm sorry. So we went back. So you drink wine typically? That's your --**
A. Yeah. That's...
MS. LOBEL: Form.
BY MR. DRAHOS:
**Q. Do you drink beer and liquor as well?**
A. I have. I mean, it's not, like, regular.
**Q. What about when you go on cruises?**
A. Oh, now, yeah. I mean, I'll -- yeah. I mean, we're on -- we're there to party. So yeah, I do.
**Q. So did you and your husband sign up for the drink package for this particular --**
A. We did.
**Q. Which means when you order the drinks you don't have to pay for them; they're already included in the price?**
A. They are already included.
**Q. And so if according to Royal**

Caribbean's records you would have obtained eight different alcoholic drinks on February 17 of 2019, would you have any reason to dispute that?

MS. LOBEL: Form.

A. I have no -- I don't know if that's right. I don't know.

BY MR. DRAHOS:

Q. Are you the one that settles up the final bill, or is that your husband's job?

A. Joe.

Q. So I guess what I'm getting at here is -- and I'm happy to show you a copy of the invoice if you want to look at it. But what I'm getting at is if that's what Royal Caribbean says --

A. Uh-huh.

Q. -- that you had eight alcoholic drinks on February 17th, as you're sitting here, are you able to say that's absolutely correct, that's wrong, or you just defer to what's written there?

MS. LOBEL: Form.

A. I can't even remember.

BY MR. DRAHOS:

Q. Okay.
THE WITNESS: What?
MS. LOBEL: Ignore me.
BY MR. DRAHOS:
Q. Objecting to the form.
A. I'm just saying I don't.
Q. So did you see Richard drinking any alcohol on the first day of this cruise on February 17th?
A. I did.
Q. Do you know how many drinks he had that day?
A. I do not.
Q. Do you know if he had more than one?
A. More than one?
Q. Yes, ma'am.
A. I don't know that. I would assume.
Q. So how would you describe Richard socially? Is he an outgoing person?
A. Yes.
Q. And is Darren more a reserved type?
A. Yes.
Q. Okay. So when on these cruises, do

**Richard and Darren kind of party together throughout the evening, or do they separate at some point? What do --**

A. They separate.

**Q. And who typically retires to the cabin first? Darren or Richard?**

A. I don't know that.

**Q. On February 17 of 2019, did you spend the evening with Richard?**

A. A little bit. We all met together at the piano bar, and then me and my husband left. So I really didn't see -- we left about 9:00.

**Q. Okay.**

A. So everybody was still there. I think it closes at 10:00 maybe anyway.

**Q. So at the time that you left at 9:00, was Richard in the piano bar as well?**

A. He was there, yes.

**Q. Do you know how many alcoholic drinks he had had up until that point?**

A. I don't.

**Q. Did he appear intoxicated to you?**

A. Not to me.

**Q. Do you know how late he was out and**

about on the ship before retiring to his cabin after you retired at 9 o'clock?
A. I don't.
Q. Do you know how many drinks he had had in total that night?
A. I don't.
Q. Do you know if Richard ever drank Jagermeister?
A. I know that several people were. I didn't know if he was or not. Because Jimmy -- they were all at the bar, and me and my husband were about to leave anyway because we don't typically stay up late.
Q. Okay. So what I'm gathering from you, and correct me if I'm wrong, is that it sounds like the Landrums are a little bit more of the partiers of the group?
MS. LOBEL: Form.
A. Yes. Correct.
BY MR. DRAHOS:
Q. So do you know anything about what the group was doing that evening after you all left?
A. I don't. I know they typically, like, will get pizza later and that kind of

thing, but I don't know because we were going to bed. It was a long day.

Q. So is it safe for me to assume, then, that the last time you ever heard anything about Richard was when you and your husband left -- I'm sorry.

Where were you again?

A. The piano bar.

Q. The piano bar.

Was the last time you had heard anything about Richard when you all left the piano bar that night?

A. Did I hear anything?

Q. Did you hear from him at all after?

A. No.

Q. Did you see him at all?

A. No.

Q. When is the next time you heard anything about Richard following your departure from the piano bar?

A. I didn't hear anything.

Q. Did you come to learn of an event that occurred in the cabin later that night when Richard finally did return?

A. The next day I did.

**Q. Tell me what you heard.**
A. Well, I always give everybody like a goody bag, so I was going to their cabin just to give them -- you know, it's like candy and stuff like that.
And then when I came in to the room, Darren said that Richard had fallen. And then I look -- I said, Let me see that, and I went into the bathroom with him. And I said, Oh, you need to go to the infirmary. That's not -- you know, it was a gash and, you know, a cut in the back of his head. So...
**Q. Okay.**
A. And I think they did after that.
**Q. So let me go back. It's your practice during all of these cruises to give these goody bags to everybody?**
A. Yeah. I take them to their cabin and...
**Q. I mean, that's nice. I'd like to travel with you.**
A. You know, little Poo-Pourri and little this and that.
**Q. That really is nice.**

A. It's fun.
**Q. So approximately what time of the day on February the 18th were you doing this?**
A. Well, I don't get up early. So I'm thinking it's probably after 9:00 that I went down there because I didn't know if they were sleeping late or what -- you know, what their...
**Q. Where was Richard and Darren's cabin in relation to yours?**
A. I think it was 50 away from ours. You know, I knew it was a long way down the hall. It would take me, you know, like five minutes at least to get there. Five or ten minutes.
**Q. And you were on the same floor?**
A. Yes. I'm pretty sure. Yeah. We were on the same floor.
(Discussion off the record.)
BY MR. DRAHOS:
**Q. So when you knocked on the door that morning, who greeted you? Richard or Darren?**
A. Darren.
**Q. And where was Richard at the time?**

A. He was standing -- he was there. He was in the den. They had a little den area, and he was there.

**Q. So he was up out of bed?**

A. Yes.

**Q. And what did you observe about his demeanor?**

A. He seemed fine. He was quiet, you know.

**Q. Did he say anything at all about what happened?**

A. No. Well, they did say it. Darren told me. And then -- and then Richard said, Yeah. And then -- and then I looked at his head. I said, Can I look at your head to see how bad it is?

**Q. Before we get to that point --**

A. Uh-huh.

**Q. -- what did Darren tell you happened as specifically as you can recall?**

A. He just said Richard slipped coming into -- last night. And I said, Oh, no.

**Q. Did Darren make mention of how much Richard had had to drink that night?**

A. No.
Q. Didn't make mention of how much alcohol -- strike that.
Did he make mention of whether or not he believed the amount of alcohol contributed to Richard's fall?
A. No.
Q. So the alcohol never came up at all?
A. No.
Q. He just said Richard's slipped?
A. Right.
Q. Did he give you any other details on that?
A. No, he didn't.
Q. And when you say Richard said yeah, yeah, what was he acknowledging?
A. Richard was -- he said, I did. You know, he didn't look like he was happy about it.
Q. So what I'm gathering from you is Richard -- or Darren says Richard slipped?
A. Uh-huh.
Q. Darren said, Yeah, I did.
A. Right.

Q. Wait a minute. I got that wrong.
A. Oh.
Q. Darren said that Richard had come into the room and slipped?
MS. LOBEL: Form.
A. Right.
BY MR. DRAHOS:
Q. Richard made some sort of acknowledging remark like yeah, I did?
A. Yeah.
Q. That's it; these guys never said any more details than that?
A. No.
MS. LOBEL: Form.
A. It was uncomfortable, you know, because they -- you know, they were like -- kind of like mad at each other maybe. I don't know.
BY MR. DRAHOS:
Q. All right.
A. Maybe I came at a wrong time.
Q. So you sensed that Darren might have been a little frustrated with Richard?
A. Maybe. Maybe.
Q. And so you wanted to look at it

**being the mother as your husband has already characterized you as to see --**

A. Oh, yeah, really?

**Q. He said she's a mother, and I totally get it. I can totally see this scenario. So you wanted to see the back of his head and took a look at it.**

A. Right.

**Q. Based upon what you observed, why did you think it required medical care?**

A. Well, just because I've seen cuts before on my own kids, and, you know, it looked like it needed stitches.

**Q. It was, what, wide enough or deep enough or what?**

A. Yeah. It was, you know, maybe about an inch or two. I'm not -- I don't really know. But it just looked like it needed stitches. It doesn't need a Bandaid.

**Q. Did either Darren or Richard explain why they didn't pursue medical attention up until this point?**

A. No, they didn't say it. I just said you need to.

**Q. Was it your impression that you**

were the first one to introduce the idea of him getting medical care, or do you think that those two had talked about this up until that point?

A. I'm not sure.

Q. I'm just trying to get a sense of --

A. Right.

Q. -- two grown men --

A. Right.

Q. -- one has got an injury to the back of his head.

Why is it that you were the one that had to say --

A. Right.

Q. -- go get medical care?

A. And maybe Darren -- I don't know. I don't want to, you know, put it in that maybe Darren told him or maybe he should. I don't know. I don't know.

Q. All right. Did either of them dispute or disagree when you made that comment?

A. No. Let me try to -- I think Darren agreed. He said, Yeah, I think we might need to take him.

**Q. All right.**
A. I might need to go.
**Q. And what did Richard say?**
A. And Richard agreed. I mean, you know, he said, Maybe I should.
**Q. How much longer were you in the cabin for before you ultimately left?**
A. Oh, it wasn't long. I was just in there and out. I had a couple more bags to give out.
**Q. And did you go -- strike that.**
**Was everyone in your group all on the same floor?**
A. Yes.
**Q. Did -- where was Jimmy and Ilene's room in relation to Richard's?**
A. The same -- close to our end.
**Q. So was Richard and Darren away from everybody else?**
A. Right. They had a suite.
**Q. So after you left the cabin, when was the next time you saw Richard?**
A. I don't recall. Later on that day probably. It might have been that night when we were at dinner. Him and Darren came

by.

**Q. You did not go down to the medical center --**

A. No.

**Q. -- that day?**

A. With them? No, I didn't go.

**Q. So do you know what Richard was doing throughout the day on February 18th?**

A. I don't.

**Q. Do you know how he was feeling?**

A. When we saw him at dinner, he seemed to be fine. He didn't tell me.

**Q. When you saw him at dinner, how did he appear to you?**

A. Fine. And they just dropped by. They weren't eating dinner with us.

**Q. They dropped by your cabin?**

A. No. By where we were seated at dinner.

**Q. Why weren't they eating with you all?**

A. I don't think they -- I don't know for sure. I think they had their own packet. You know, like they -- they went somewhere else because, you know, I think

people that are on the -- you know, that are on their level of cruise line, they go up to another place to eat.

It's a -- you know, it's another restaurant that the -- you know, with their package that they've got. The people that have suites spend so much money on that, they go to a different place.

**Q. So it wasn't like they were snubbing you guys or --**

A. No.

**Q. -- Richard wasn't feeling well, it's just they had their own plans?**

A. Right.

**Q. All right. So did you see Richard walk into the area that you guys were seated at?**

A. Yes.

**Q. And did he appear to be walking fine?**

A. Yeah.

**Q. And did you have any type of an interaction with him at all?**

A. We just said hey and how are you doing.

Q. Did he appear to be speaking fine?
A. Uh-huh.
Q. Is that a yes?
A. Yes.
Q. So you didn't observe anything unusual about him during this encounter?
A. Uh-uh.
Q. Is that a no?
A. It's a no.
Q. Did you see Richard at any point in time that evening after the dinner?
A. No.
Q. Do you know what he was doing that night?
A. I don't.
Q. So what time do you typically wake up in the morning when you're on these cruises? You personally.
A. I don't have a routine, but, you know, I try to sleep as late as I can.
Q. Does your husband typically wake up before?
A. He does.
Q. And what does he do?
A. Gets coffee.

**Q. Where does he go to get it?**
A. It's right there at Central Park. There's a little thing right there.
**Q. Right.**
A. It's right outside the door.
**Q. Do you know what time typically your husband wakes up?**
A. I don't. Usually he gets up about 6:00, but on cruises, it might be -- you know, he tries to sleep later.
**Q. Yeah. So what about Richard, do you have any idea what his morning habits were like?**
A. Darren has told me that he gets up early and then goes for a walk.
**Q. Darren told you that Richard wakes up early?**
A. Yeah, he gets up pretty early. Not real -- I mean, I don't know.
**Q. Did he tell you --**
A. Didn't really tell me the time.
**Q. Before or after 8 o'clock?**
A. I don't even know. I couldn't tell you.
**Q. When did Darren tell you this?**

A. Oh, that -- what time he gets up?
**Q. Yeah.**
A. He just says he's an early riser, and he likes to walk. And me and my husband like to walk too, but I have to wait. I can't get up and start walking.
**Q. I'm with you there. So -- okay.**
A. But he is like that. He's, you know, always walking the deck. He's always been a workout person.
**Q. Okay. But going back then to the specifics of my question so that I know I understood you answer.**
**Darren told you that Richard likes to wake up early on these cruises?**
A. Uh-huh.
**Q. Is that a yes?**
A. Yes.
**Q. But he didn't tell you what time --**
A. No.
**Q. All right. But it's your understanding that when Richard woke up, he would go exercise on the top deck?**
A. Or walk, yeah. Take a walk around the deck and -- yeah.

Q. Do you know if anyone in your traveling group would accompany Richard for this?

A. No.

Q. He would do it by himself?

A. Yes. We're not much of a workout group, you know. You'll see Jimmy. He's pretty laid back.

Q. And this conversation that you had with Darren where he shared this information with you --

A. Uh-huh.

Q. -- when specifically did he share this with you?

A. Well, it was as a group. We were all together and he would -- you know, we knew that from prior cruises, you know, he did too. So we already knew too.

Q. So you knew from prior cruises that it was Richard's habit to get up early in the morning?

A. Uh-huh.

MS. LOBEL: Is that a yes?

BY MR. DRAHOS:

Q. Is that a yes?

A. Yes. Sorry.
Q. But was there any particular reason why this came up in discussion during the subject cruise?
A. No, I don't know that.
Q. Is it just a coincidence that it just so happens to be that during this cruise before the subject incident there was a specific conversation about Richard's habits in the morning?
MS. LOBEL: Form.
A. I don't know. I don't -- you know, I don't understand the question, really.
BY MR. DRAHOS:
Q. Sure. What I'm getting at is there was no particular reason that you can recall why Darren would have shared this information with the group about Richard's habits in the morning before the subject incident?
A. No.
Q. Did you ever see Richard out and about in the morning doing this walking and --
A. Oh, yes.
Q. How about on the subject cruise?

Did you see him in the mornings?
A. He was usually up before me and Joe, but we would see him walking around the bottom track because he would do upstairs. You know, he just walked all over the ship.
Q. Yeah. All right. It's -- strike that.
Did you ever exercise in the gym with Richard during the subject cruise?
A. No.
Q. Did your husband?
A. I don't know that.
Q. All right. Did you see Richard exercising during the subject cruise at some point in time after this incident involving the injury to his head?
A. No, I didn't see him working out. I would see him walk around the deck -- you know, walking around inside, outside.
Q. Right. That was during the subject cruise?
A. Yes.
Q. Did he appear to you to be having any trouble walking around or --
A. No.

Q. Did you ever go to the spa with Richard?
A. No.
Q. At any point -- strike that.
As I understand your testimony, the one and only encounter you had with Richard was when he came and visited the dinner table on February 18th; is that correct?
MS. LOBEL: Form.
A. Yes.
BY MR. DRAHOS:
Q. So did you see him -- now, this is day three -- Tuesday, February 19th? It's the second sea day of the voyage.
A. Uh-huh.
Q. Did you see Richard during that day?
A. I don't recall. I'm sure I did.
Q. But you don't have a specific recollection?
A. No. I mean, but I'm sure I did.
Q. So the next day would be day four, Wednesday, February 20th. The ship is scheduled to arrive in St. Maarten.
So using these particular

benchmarks, from the morning when you were in the cabin and you saw the gash in his head and said hey, you better go get that looked at --

A. Uh-huh.

Q. -- until the time you all went to St. Maarten, was there ever any discussion raised by anyone in your group about Richard possibly going and seeking medical care at St. Maarten?

A. No.

Q. Did you ever, based upon any observation you made of Richard, feel that that was something that he should do?

A. No.

Q. Did Richard at any point in time from the time you were in the cabin until the time the ship arrived in St. Maarten ever make any complaints to you as to how he was feeling?

A. No.

Q. Did you ever observe any unusual signs or symptoms from Richard between the time you were in the cabin and saw his head for the first time until the time the ship arrived in St. Maarten?

A. No.

Q. So do you recall visiting St. Maarten?
A. I don't even know what we did. I don't know if we got off the boat because a lot of time we'll stay there because everybody will leave, and it's nice. 6,000 people, you know. But I can't remember that.
Q. So according to Royal Caribbean's records, you and your husband and your son Matthew would have debarked from the vessel at 11:40 a.m.
A. Is that Labadee on that port?
Q. No. It's St. Maarten.
A. Okay.
Q. Philipsburg.
A. We got off there. I know that.
Q. Yeah. So specifically though I want to focus you on St. Maarten.
A. Okay.
Q. According to our records, you and your husband and your son got off at 11:40 a.m., and Darren got off at 11:39 a.m., so right about the same time.
A. Okay.
Q. But Richard didn't get off until

11:49 a.m., almost ten minutes later.

A. Right.

Q. Do you have a recollection as to why he was so much later than the rest of you?

A. I don't.

Q. Do you know whether or not Richard and Darren were fighting that particular day?

A. I didn't notice that.

Q. According to records we've obtained in the case, there was a phone call between you and Richard made on February the 20th at this particular time.

A. Uh-huh.

Q. Do you know why Richard called you?

A. I don't.

Q. Do you know whether or not Richard participated with you and your family in St. Maarten?

A. I can't even remember.

Q. To help refresh your recollection, your husband testified earlier that you guys went to the beach and watched the planes land. And St. Maarten is the area --

A. Oh, is that where that is?

Q. That's famous for --

A. Okay.
**Q. -- those planes that go right over the --**
A. Okay. Yeah, I've seen that before.
**Q. -- Maho Beach.**
A. Yeah. Okay. Because we've been so many times to all these ports, I just get confused --
**Q. Okay.**
A. -- about when, you know, but I do remember the planes. Yeah.
**Q. All right. So do you know whether or not Richard was with you guys when you were watching those planes land like that?**
A. I don't remember that. I don't remember him being with us.
**Q. So is it fair then to say you have no idea what Richard was doing in St. Maarten --**
A. That's true --
**Q. -- when --**
A. Yeah, I don't. I don't remember that.
**Q. Which means you don't know what he**

ate or drank?
A. No.
Q. And you don't know how he was feeling?
A. No. He didn't complain to me.
Q. So after you all returned from St. Maarten onto the ship, did you at some point in time meet up with Richard that evening?
A. I don't recall.
Q. Okay. So --
A. Oh, now, wait. Is that the day before --
Q. Yes, ma'am.
A. -- the incident?
Q. Yes.
A. Me and my husband were in the -- watching a parade. They were doing something inside, and Richard came by to say hey to us.
Q. They were doing a parade inside the ship?
A. Yeah. They were doing some kind of a, you know, party. I don't know what it was. It was some show that they were putting on in the middle of the ship. And I remember

him coming by and talking to us for a minute.

**Q. Do you know what time of the day that was?**

A. It was at night. It was like maybe 7:00 or 8:00.

**Q. Was it before or after dinner?**

A. After dinner.

**Q. Did you all eat dinner? So y'all didn't eat dinner together?**

A. No. But we were just -- everybody else was somewhere else, and me and Joe just kind of were by ourself.

**Q. And you saw Richard; he came over to you?**

A. Uh-huh. He came over and said hey.

**Q. Was he with anyone else?**

A. No.

**Q. How did he appear to you?**

A. Fine.

**Q. How was he speaking?**

A. Good.

**Q. Did you notice any slurring or anything?**

A. No.

Q. How was he walking?
A. Fine. He was --
Q. So from your observation, based upon he was speaking and walking and moving about --
A. Uh-huh.
Q. -- you didn't observe anything unusual about him at all?
A. No.
Q. And I would assume during this interaction he never complained at all about how he was feeling?
A. No.
Q. Did you see him at any point in time that evening after this brief encounter?
A. Uh-uh, that was it.
Q. Do you know what he was doing that night?
A. I don't.
Q. Do you know how late he was out until?
A. Oh, no.
Q. Do you know if he ate or drank anything that night?
A. I don't know.

Q. Do you know how he was feeling when he went to bed --
A. No.
Q. -- on the night of February 20th?
A. No.
Q. Is your phone number (205)937-1840?
A. It is.
Q. So I want to take you now to the morning of February the 21st.
MS. LOBEL: Can I take a brief restroom break before we do the long haul?
MR. DRAHOS: Sure.
(A recess was taken.)
MR. DRAHOS: So we are back on the record.
BY MR. DRAHOS:
Q. You understand you're still under oath?
A. Uh-huh.
Q. So when we left off, we were beginning to start the questioning for Thursday, February 21st. This is when the ship was in San Juan. Okay?
A. Uh-huh.
Q. So when is the first time that you

**heard anything at all from Richard?**
A. It was like around 9 o'clock.
**Q. So --**
A. Because I know it woke me up.
**Q. I'm going to hand you what we've previously marked as Defendants' Exhibit Number 2 to your husband's deposition.**
A. Okay.
MS. LOBEL: Is it going to be Exhibit 2 to this one too?
MR. DRAHOS: No, because we've already used two exhibits. I'm just going to use it as a reference point.
Wait. Did we use two exhibits?
THE COURT REPORTER: Not in this one.
MS. LOBEL: We just got the photographs right now.
MR. DRAHOS: Oh, well, then all right. Let's --
MS. LOBEL: That's why I was going to say we could double duty --
MR. DRAHOS: Let's call -- we'll call this one Exhibit 2 to this deposition as well.

(Defendants' Exhibit 2 was
marked for identification.)
BY MR. DRAHOS:
Q. I mean, you're welcome to look through that, but none of it is really going to mean anything to you until the last page, page 12.
A. Okay.
Q. And I'd like to ask for some clarity of some things. According to the records, there's a phone call made to your cell phone at 9:59 a.m. Puerto Rico time, which would have been 8:59 a.m. Eastern Standard Time?
A. Uh-huh.
Q. And the call was for a total of one minute.
Do you see that there?
A. The 21st, right?
Q. Yes?
A. 9:59?
Q. It's the third entry down. Fourth entry down, 9:59 a.m.
A. Oh, okay.
Q. That's your phone number there,

correct?
A. Uh-huh.
Q. Is that a yes?
A. Yes.
Q. And it's a one-minute call.
Do you see that there?
A. Yes.
Q. And then there's another call about two lines down at 10:14 a.m. that's been initiated by your phone and was received by Richard's phone for a total of two minutes there.
Do you see that there?
A. Okay. Oh, 10:14?
Q. Yes, ma'am.
A. Okay.
Q. Do you see that?
A. Uh-huh.
Q. So the call that was made at 9:59 a.m., you said that it awakened you?
A. Now, it -- okay. Probably, yeah.
Q. So I want to be as sure as we can be during this particular line of questioning. Okay. So if you don't know, you let me know, but I don't want you to guess.

A. Okay.
**Q. So do you know one way or another whether or not you actually received that call that was made at 9:59 a.m. Puerto Rico time or it went to your voicemail?**
A. The call from Richard that morning?
**Q. Yes, ma'am.**
A. I answered the call.
**Q. Okay. So he calls you, and you answered it?**
A. Yes.
**Q. Tell me what he said.**
A. He said, I think I'm having a stroke. Can you get Darren? I can't get Darren on the phone. So I said, Okay. And that was it.
**Q. Did he say where he was?**
A. He said he was having breakfast.
**Q. He said he was having breakfast?**
A. Yes.
**Q. So let's go through this exercise one more time because this is the only shot I get to ask you these things.**
A. Okay.

**Q. Richard makes the phone call to your cell?**

MS. LOBEL: Form.

A. Yes.

BY MR. DRAHOS:

**Q. And you pick it up.**

**Can you please relay to me as best you can in as specific words as you can exactly what he said over the phone? You've already given me kind of a gist, but I had to prompt some of it. So I want to hear from you what exactly you remember him saying?**

MS. LOBEL: Form.

A. He said, I think I'm having a stroke. Can you -- I can't get Darren. Can you get him? And I asked him where he was, and he said he was up having breakfast.

And at the time I didn't know he was on the 17th floor because I didn't really know where -- you know, because they eat on a different floor than we do with their package that they have. They're the only ones that can go up there, and I didn't really know that.

BY MR. DRAHOS:

Q. Okay. So was any other information shared during this call other than what you just told me?
A. No.
Q. So he said, I think I'm having a stroke. I can't get Darren. Can you get him? You said, Where are you? He said, I'm up having breakfast.
A. Yes.
MS. LOBEL: Form.
BY MR. DRAHOS:
Q. Did he say anything else to you on the call?
A. No.
Q. Did you say anything else to him?
A. No. I just -- all I told him was I'm getting him, and that's it.
Q. What happened next?
A. Then I went down -- okay. Joe comes in. He had got coffee, and he had walked in. And I said, Joe, Richard just called, and he's having breakfast, and he can't get Darren. Can you go to him? And I'm going to go get Darren, and he said, Okay. So then I go down.

Q. Hold on.
A. Okay.
Q. Hold on one second. During this encounter with your husband, did you tell your husband that Richard thought he was having a stroke?
A. I did.
Q. Did you say anything else to your husband other than that you thought Richard was having a stroke, that he can't get ahold of Darren, that he's having breakfast, and can you go get him?
MS. LOBEL: Form.
A. No, I didn't. That's it.
BY MR. DRAHOS:
Q. So by the -- when you're -- strike that.
What time did your husband come into the cabin?
A. It was like 9:00.
Q. So let's see if we can be as specific as possible?
A. Okay.
Q. We know from these phone records that the call was received by you at 9:59 a.m.

**Were you in bed at the time?**

A. It was 9 -- is that ship time? 9:59?

**Q. 9:59 --**

A. Because it was 9 o'clock.

**Q. -- Puerto Rico time.**

A. Oh, okay.

**Q. So --**

A. I thought it was 9 o'clock.

**Q. And it could have been 9 o'clock Eastern Time.**

A. Because on my phone it said 9:00 when I answered my phone.

**Q. When you answered your phone, your phone said 9 o'clock?**

A. Yes.

**Q. You're on Central Time here in Alabama, correct?**

A. Uh-huh.

**Q. And so your phone's normal setting is Central Time?**

MS. LOBEL: Form.

A. Yes. And it changes, you know, every time you got into time zones or whatever.

BY MR. DRAHOS:
Q. But you have a recollection of looking at your phone and seeing 9 o'clock when Richard called?
A. Yes. Yeah. Because I wouldn't have slept until 10:00. I'm positive it was, you know...
Q. So when your husband Joe came into the cabin -- strike that.
I don't know if you answered the other question.
Were you in bed at the time the call was received?
A. Yes.
Q. And when your husband came into the cabin, were you still in bed?
A. No.
Q. So how much time had passed from the time you received that call until the time that your husband came into the cabin?
A. Just minutes.
Q. Had you already gotten changed, or were you in the process of getting changed?
A. I was -- really all I did was -- I sleep in a T-shirt. So I just pulled up --

you know, it wasn't anything to just pull some pants up and I was ready to go. I wasn't getting ready, I mean, you know.

**Q. All right. And it just so happened to be --**

A. Just happened --

**Q. -- that your husband was coming?**

A. Yeah. Yeah. He was coming in from getting his coffee at Central Park. And he had already been in and out, you know, because he would go eat and all that.

**Q. Had your husband seen Richard, to your knowledge, that morning?**

A. No.

**Q. So how did you know or how did he know to go -- where to meet him?**

A. Because I told him that he was going to eat breakfast.

**Q. And so y'all just assumed it was in this area on the 17th floor?**

A. I don't know if Joe asked somebody on the way or -- but I'm pretty sure. I mean, he knew where he was when I told him he was eating.

**Q. So do you know if Joe had to seek**

**guidance from anyone or --**
A. I don't know that.
**Q. All right.**
A. He didn't tell me that, but somehow he knew.
**Q. So Joe, did he immediately leave --**
A. Yes.
**Q. -- once you told him?**
A. He went out the door right -- right away.
**Q. Okay. So if Richard spoke to you at what would have been 9:00 a.m. --**
A. Yes.
**Q. -- do you have any idea why he would have called Darren again after speaking with you?**
A. I don't know that. Maybe he's just still trying to get him -- ahold of him.
**Q. Okay. And so where did you go from there?**
A. I went straight down to Darren's room, which is pretty far down, and I believe I tried to call him once to see if he would answer because -- excuse me -- because I wasn't sure if, you know, he was in his room

or not, but I was going to go down there and check. And he answered the door after I, you know, knocked on it a couple times. And he had -- it looked like he had just woke up.

**Q. Tell me what you said.**

A. I told him, Darren, Richard is up eating breakfast, and he called me. He's been trying to get ahold of you, and he thinks he's had a stroke.

**Q. What did Darren say?**

A. Darren said, Oh, God, and he -- and then I went. I left. You know, he got ready and left. And I went to go get my sister and my brother-in-law.

**Q. So during this encounter with Darren at the cabin -- first of all, did you go into the cabin or --**

A. No. Just to the door.

**Q. Did Darren share any other information with you other than exclaiming Oh, God after learning this?**

A. No.

**Q. Did you get the impression that Darren had seen Richard at all that morning?**

A. No. I didn't know that.

Q. Do you know -- did you get the impression that Darren knew where Richard was?
A. He probably did. I mean, I don't know for sure.
Q. Did he say anything, though?
A. No, he didn't.
Q. But based upon Darren's reaction, is it your testimony that it was clear to you from observation that Darren had not heard from Richard about his symptoms up until this point?
MS. LOBEL: Form.
A. Yeah. I --
BY MR. DRAHOS:
Q. Do you know how long Richard was up having breakfast before he started feeling this way?
A. I don't.
Q. Do you know what time Richard got up that morning?
A. I don't.
Q. And this is through your knowledge up to the present day. So at any point in time, did you ever hear from anyone what time Richard got up that morning?
A. No.

Q. Did you at any point in time ever hear how long Richard had been up there before he started feeling this way?
A. No.
Q. Do you know anything about what he was doing that morning before he made the phone call to your cabin -- to your cell phone? Sorry.
A. I guess since he was up -- I thought he had -- was having breakfast.
Q. Anything beyond that?
A. That's all I know.
Q. Do you know if he actually hit anything?
A. I don't know that.
Q. Do you know if at any point in time he was ever with anyone?
MS. LOBEL: Form.
A. I don't know that.
BY MR. DRAHOS:
Q. So after the encounter with Darren, where did you go?
A. I went to go find Ilene and Jimmy because I thought they needed to know about, you know, Richard. So I went back down and

found them in their cabin.
They were down from me, and then I told them, you know, we need to go down and check on Richard because he thinks he's having a stroke.
**Q. So if you look at the records there, the phone call that's made by your cell phone at 10:14 a.m. is received by Richard's cell phone.**
**Do you see that there?**
A. 10:14? I do.
**Q. And it was a two-minute call.**
A. Right.
**Q. What can you recall about that phone call?**
A. I don't -- I don't know. I don't remember calling him back.
**Q. Okay.**
A. I remember trying to get ahold of Darren, but I don't remember trying to call him back.
**Q. So do you know why that phone call was made?**
A. Unless I was trying to find out where they were. I don't know. I have no

idea.

**Q. So you don't know why the call was made?**

A. I don't.

**Q. Do you know what was said during the call?**

A. No.

**Q. Do you recall speaking to Richard on the phone at 10:14 a.m.?**

A. No, I don't remember calling -- I don't remember talking -- that's the only time I heard from him when he called me. That's the only time I talked to him.

**Q. So --**

A. So I don't understand that two-minute call.

**Q. You have no recollection of that?**

A. Unless I tried to call trying to get Joe because he doesn't have a phone. You know, knowing he's with Richard, that would be -- I would think maybe that happened. I don't know.

**Q. Do you know whether or not you spoke to Joe or Richard when you called at 10:14 a.m.?**

A. I don't. I can't remember that.

**Q. All right. So did you meet up with them on deck 17?**

A. No.

**Q. When did you next see Richard?**

A. In the infirmary.

**Q. So would you agree then that you didn't personally observe anything about Richard while he was up on deck 17?**

A. Oh, I didn't see him. I didn't go up there.

**Q. Do you know what time it was that Richard first presented to the ship's medical center?**

A. Let's see. Okay. I'm trying to think. 9 o'clock, I talked to him. Then I'm running down to get him, and then I'm getting Ilene. I'm thinking -- I don't even think we got to the infirmary until like 9:30 or 9:25 or something. You know, it was --

**Q. Who is "we"?**

A. Huh?

**Q. Who is --**

A. Like me and Ilene and Jimmy. I went and got them.

**Q. Were Ilene and Jimmy already dressed?**

A. Yes, they had already got up. They get up pretty -- I mean, you know, not real early. But, you know, they'll get up and get coffee and stuff.

**Q. Did you have to do anything, like get changed or brush your hair or brush your teeth or anything before you went down --**

A. No.

**Q. -- to the medical center?**

A. No. I looked a sight, I'm sure.

**Q. So the point being, though, is you rendezvoused with the Landrums --**

A. Uh-huh.

**Q. -- and then the three of you went down to the medical center?**

MS. LOBEL: Form.

A. Uh-huh.

BY MR. DRAHOS:

**Q. Is that a yes?**

A. And it took us a little while because, you know, when you're in port, they close a lot of corridors down down there where the -- where the infirmary was, they

were closing a corridor, and we got through. We were able to get through there, but they close a lot of stuff up --

**Q. Do you --**

A. -- and clean.

**Q. Do you recall how long it took for you to go from the Landrums' cabin to the medical center?**

A. Let me think. Okay. I left and -- okay. Left Joe, went down to Darren. Okay. That took me a while. I'm thinking it was close to 9:30 before we got down there.

**Q. Okay. Do you know how long Richard had been in the medical center for before you arrived?**

A. Well, I thought he got there about 9:15. Is that -- I mean, I'm not -- I think that's probably -- or maybe later, a little bit later because it's going to take them a while to get him down from...

**Q. Do you know one way or another how long he'd been there before you arrived?**

A. I don't. I know he was there when I got down there.

**Q. Where was he when you got there?**

A. He was in the room.
**Q. What room?**
A. The back room or, you know, waiting -- what is it? Like a patient room.
**Q. Okay. So he was in the back patient room?**
A. Uh-huh.
**Q. Was he laying down on a bed, sitting in a chair? What --**
A. Well, I didn't go right in because the nurse said to wait, and we were waiting in the waiting room.
**Q. So when you got into the medical center, were you able to see him in the patient room from where you were standing?**
A. No. They had the door shut.
**Q. So you couldn't see him at all?**
MS. LOBEL: Form.
A. Well, I did after they let us in.
BY MR. DRAHOS:
**Q. Understood. But when you first walked in, you're saying the door was shut, the door to his room?**
A. Yes.
**Q. You couldn't see what was going on**

**in his room at all?**
MS. LOBEL: Form.
A. No.
BY MR. DRAHOS:
**Q. Where was your husband?**
A. Let's see. I think he was sitting there. Was that when Darren came down? I'm trying to think. Darren had to come down and fill out papers.
And I thought, you know, I know me and Ilene and Jimmy were sitting there waiting when we first got down there, and they didn't let us in until maybe about five minutes later. The nurse said, You can come in now.
**Q. They didn't let you in to Richard's room?**
A. Yes.
**Q. So Richard was in the room for --**
A. Uh-huh.
**Q. -- five minutes, and you don't know what was going on?**
A. Well, no, I don't.
**Q. Was your husband in there with him, or was he out in the waiting room with you**

guys?
A. I'm not sure.
Q. So other than the nurse telling you to wait, did you speak to anyone else in the medical center before going into Richard's room?
A. No. You mean the medical staff? No.
Q. So when you went into the room for the very first time, can you describe for me whether Richard was laying or sitting or standing?
A. He was leaning back in a bed. Sitting in a bed.
Q. Was he laying flat on the bed?
A. No. He was up, like sitting up.
Q. Sitting up?
A. Yeah. They had the bed propped up.
Q. So this is first time you've seen him since the day before, right?
A. Right.
Q. Did you observe any differences in his appearance?
A. Oh, yeah.

**Q. Could you describe for me what you observed?**

A. Well, he looked really scared, and he couldn't talk well. Couldn't really understand a lot of what he said.

**Q. What was it about his manner of speech that made it difficult to understand him?**

A. It was real slow, and he's a real fast talker.

**Q. Anything else about his manner of speech other than that it was slower?**

A. And then it was very -- I mean, not much. Didn't have much to, you know -- seemed like he couldn't talk.

**Q. Anything else about his appearance?**

A. I noticed that he couldn't move his arm -- his arm was, you know -- he -- it was kind of laying there on the -- by his side.

**Q. Which arm?**

A. I think it was his left arm. Pretty sure.

**Q. Anything else about his appearance?**

A. Just didn't seem like Richard,

you know.
Q. How long were you in that room for with him?
A. I stayed there the whole time.
Q. So when you -- when the nurse let you in --
A. Uh-huh.
Q. Strike that. When the -- did someone open the door and let you in?
A. I went in with Ilene and Jimmy.
Q. Who opened the door?
A. The nurse said, You can come in now. So she did.
Q. The nurse opened the door?
A. Uh-huh.
Q. By the way, did you get the nurse's name?
A. I did not.
Q. Could you describe the nurse for me?
A. It was a girl.
Q. Anything beyond that?
A. That's about all. I mean, I don't -- you know, it's hard to remember.
Q. How about skin color?

A. She was white.
**Q. White?**
A. I think.
**Q. Did she speak --**
A. Yeah, she was white.
**Q. -- with any kind of an accent?**
A. I couldn't tell.
**Q. She younger? Older?**
A. Yeah. She looked kind of like young. Maybe -- late 20s, early 30s maybe.
**Q. And how did you know that she was the nurse?**
A. She -- I don't know. I just assumed it. I mean, she was kind of checking things, you know, like the monitor and all that. She was kind of doing that kind of thing, so I thought well, she's probably the nurse hopefully.
**Q. Was she a doctor?**
A. No.
**Q. How do you know she wasn't?**
A. I mean, I would think she wasn't a doctor. I mean, I hadn't seen doctors do, you know, like -- attend to patients like that. You know, checking their -- making

sure everything is hooked up and all.
**Q. So I want to try and capture as much as you observed. You went into the room. Richard is sitting up in the bed?**
A. Yeah. Kind of leaned back. You know, they had the bed propped up for him to -- he was leaning on that.
**Q. Right. And is it your testimony -- am I accurate in understanding that from the moment you walked into that room until the time Richard left the ship, you never left his side?**
A. I was in the room, I think, the whole time.
**Q. Well, I want to be --**
A. Oh, no. Wait. We walked out.
**Q. -- sure.**
A. We did walk out when they were talking about bringing the bags, packing the bags up. We walked out when the -- the ship -- I mean, he was in a white suit, and he was saying something -- you know, that they had to get their shit -- their stuff off the boat.
**Q. All right. We're going to get to that in just a second.**

A. Oh, okay. But that's --
Q. So --
A. I think I was in the room the whole time.
Q. Okay.
A. Now Joe would walk out because, you know, he's not one to stay in a room for very long.
Q. And when you say you were in the room the whole time, I want to make sure we're using the right terminology.
When you say "the room," you're talking about Richard's room?
A. Richard's room, uh-huh.
Q. So let me go back then, make sure we got it.
A. Okay.
Q. When you walked into the room, you saw him sitting up like that?
A. Uh-huh.
Q. It's your testimony that you did not leave that room until someone from the ship came in and talked about him needing to pack his bags?
MS. LOBEL: Form.

A. Right.
BY MR. DRAHOS:
**Q. Do you know what time that was?**
A. What time -- when that guy came?
**Q. Yes.**
A. I'm -- let's see. It was after 10:30. It was like -- might have been about 10:45.
**Q. Why is it that you have that understanding?**
A. Because I just remember, you know, how long we were sitting there because I know Jimmy went and checked on the doctor a couple times. And, you know -- I guess I was watching the clock the whole time because I was wondering why isn't anybody in a big rush when you have a stroke. You know, I know that's time sensitive. And that's why I was so obsessed with the time, you know, because you've got to get help.
**Q. So going back then to kind of use markers. We know then that somebody came in from the ship's crew and discussed the need to pack. And you're saying that was around 10:45 a.m.?**

A. Yeah, somewhere around there.
**Q. Do you know what time you first entered into Richard's room?**
A. It had to be -- we got there at 9:30, like 9:35 a.m. Maybe about that. It wasn't long. It wasn't long that we were in there in the waiting room.
**Q. So it's your testimony that you would have been in Richard's room from 9:35 a.m. until 10:45 a.m.?**
A. Yes.
**Q. And you would have never left?**
A. No, because he didn't want anybody leaving him. He was terrified.
**Q. Who was in the room with you?**
A. Ilene and Jimmy. Joe was in and out.
**Q. Why was it that Joe was in and out?**
A. Because he can't stand hospitals. He's a bad patient anyway. But no, he just --
**Q. And what about Darren?**
A. Now, I didn't see Darren much. When I saw him, he would come in, and they said you need your insurance card. So he

would leave, and, you know, it takes him, what, 15 minutes to get up to his room.

And when he'd come back, they would ask him for something else, his passports or -- and then, you know, just stuff. And I was more centered on Richard really, you know, to -- I was really worried about him.

**Q. So when you first came into Richard's room, was Darren in the room there with you?**

A. No, he wasn't down yet -- or no. Wait. He was out there filling out forms. That's right. He was down there, but he wasn't in the room with us.

**Q. So when you went into the room, Darren was filling out forms --**

A. Right.

**Q. -- in a separate area?**

A. Right.

**Q. Do you know what time it was that they asked him to get his insurance card?**

A. Let's see. Maybe about 9:00 -- okay. We got down there at 9:30. Maybe about 9:35 or 9:40, somewhere around there

probably because it was pretty quick. After he finished up his work -- you know, filling out stuff that they told him they needed the insurance card.

**Q. Okay. And so you would have been in the room by this point?**

A. I was.

**Q. And Darren would have left to go up to get the insurance card?**

A. Right.

**Q. Do you know why he had to go get the insurance card?**

A. I don't. I mean, I just thought they needed the insurance card.

**Q. Okay. So do you know whether or not the ship's doctor had seen Richard before you came into the medical center that morning?**

A. No.

**Q. You don't know or --**

A. I don't know that he did. I didn't hear that he -- I mean, you know, I didn't know that he did. Didn't hear it. Nobody said that they had seen the doctor, but we were asking.

**Q. That's not the question that I**

asked, so let me --
A. Oh, what was it?
Q. -- be very specific.
A. Okay.
Q. Do you know one way or another, yes or no, whether or not the doctor had seen Richard before you arrived that morning to the medical center?
A. Can I say that my -- my husband told me he hadn't seen this doctor with -- I just need to say no because I didn't know personally, right?
Q. Okay.
A. Okay.
Q. From the time that you were in the room at 9:35 a.m. until the time this gentleman came in and started talking about packing at 10:45, did the doctor come in and examine --
A. No.
Q. -- Richard?
A. No.
Q. Did anyone come in and examine Richard?
A. No. I just saw the nurse come in, you know, and check the monitor thing.

Q. How many times did the nurse come in to check the monitor while you were in the room between 9:35 and 10:45?
A. Maybe a couple times.
Q. What does a couple mean to you?
A. Two.
Q. And do you know what she was checking?
A. I just saw her look at the machine that was behind me.
Q. What machine was she looking at?
A. There was like a heart monitor, I guess, you know, that has all your vitals on it.
Q. At any point in time while you were in the ship's medical center, did you see the ship's doctor?
A. I didn't.
Q. Do you know whether or not the ship's doctor was in the medical center at any point in time that morning?
A. I don't know that. I assumed he was.
Q. Why would you assume that?
A. Because he's supposed to be

taking care of patients I thought, right?

**Q. But it's your testimony that you never actually saw him?**

A. I never saw him, but I didn't really know which one he was. You know, I mean, there were several people in there, and I didn't know which one the doctor was. I didn't talk to the doctor.

**Q. Do you know who Dr. Joao Pereira is?**

A. No.

**Q. At any point in time while you were in the ship's medical center that morning from the first moment that you stepped in there until the time Richard left, did you ever speak to the ship's doctor?**

A. No.

**Q. So tell me what this gentleman said when he came in at approximately 10:45 a.m. You said someone came in and started talking about luggage.**

**Can you tell me specifically what that person said?**

A. All I can remember was that he said that Darren and Richard need to get

their luggage together, get packed, because they've got to get off the ship.

**Q. So this person comes in and he says to the group?**

A. Yeah. Well, yeah, we were all in there. Jimmy and me. I don't know if Joe was in there. He -- you know, he might have been in there. You know, I just remember Ilene and Jimmy because they were standing by each side of the bed the whole time.

**Q. When the person came into the room -- the person came into the room --**

A. Uh-huh.

**Q. -- when the person came into the room, he already knew the names Richard Burgess and Darren Henze?**

A. Oh, I don't know that.

**Q. Well, when he said they -- Darren and Richard need to pack their bags, did he call them by name?**

A. I don't -- I don't remember that.

**Q. Okay.**

A. I figured that's who he was talking to.

**Q. Is there anything more specific**

that you recall this person saying beyond saying that they needed to pack their bags?

A. That's all I can remember.

Q. Do you know why they had to pack their bags?

A. I figured that they had to get off the ship.

Q. Was there any type of information relayed to that effect or that was just an assumption --

A. That's just my assumption.

Q. Do you know how it came to be that somebody came into the ship's medical center and made that type of an announcement?

A. No.

Q. Do you know what communications had taken place between the ship's medical staff and this individual that prompted this individual to say that?

A. I don't.

Q. Do you know how many communications took place between the ship's medical staff and this individual which prompted this announcement?

A. I don't.

**Q. Do you know how many phone calls the ship's medical staff made to facilitate Richard's transfer from the ship that morning?**

A. I don't know that.

**Q. Are you saying that they never made any phone calls or that you don't know?**

A. I don't know that because the phone was in the other room anyway. You know, I wouldn't have seen them on the phone. I'm in the other room.

**Q. Did you observe or overhear any telephone calls being made by the ship's medical staff to facilitate Richard's transfer that morning?**

A. No.

**Q. Did you observe or overhear any conversations within the ship's medical center about Richard's transfer off the ship that morning?**

A. No.

**Q. Do you know how many people were involved in facilitating that transfer?**

A. I don't.

**Q. Do you know what efforts were made to facilitate that transfer?**

A. I don't.
Q. Do you know how long it took for the ship's medical staff to facilitate that transfer?
A. To get him off the boat?
Q. Yes, ma'am.
A. I know it was 12:00 -- a little after 12:00. I was looking at my phone, and it was like 12:00. Right around 12:00.
Q. Do you know when that process started, the process that the ship's medical staff underwent to get Richard off of the ship?
A. I don't.
Q. Did you overhear any conversations being had with any prospective facilities in the San Juan area?
A. No.
Q. And by "facilities," I mean hospitals or --
A. Right.
Q. -- treatment centers.
A. No.
Q. Did you at any point in time ever meet the port agent for the vessel in -- the San Juan port agent for the vessel?

A. No.
Q. Do you know who that person is?
A. No.
Q. Do you know whether or not the port agent was in the ship's medical center on February 21st?
A. I do not know.
Q. Did you overhear any conversations between -- strike that.
Did you overhear any telephone calls being made between the ship's medical staff and the ambulance company?
A. No.
Q. Do you know when that request was first made to --
A. I don't.
Q. -- bring an ambulance?
A. I don't. All I -- anyway, I just know what went on in the room, you know, and where we were. I didn't hear all that.
Q. Okay. So when this individual came in and said they need to pack their bags, where did you go?
A. Well, we had walked out into the waiting -- you know, there's a waiting room

area, and then there was another area where they were -- you know, you fill out forms and stuff, and he was standing there. And me and Ilene and Jimmy were standing there, and Darren was up -- I think at that point he was getting his passport.

**Q. Okay.**

A. Okay.

**Q. This person that came into the medical center, they came all the way into the room where Richard was?**

A. No. They were in that other room, that waiting area. I mean, there's a waiting area, and then there's another little room.

**Q. Little, tiny room?**

A. Yes.

**Q. There's like medicines in there you can pull out like seasickness?**

A. Well, and then there's also like a -- there was a thing over there where you could -- there was a computer, you know, where you could fill out forms. There was a little area -- you know, like a table.

**Q. Uh-huh.**

A. And it wasn't very big.
**Q. So how did it come to be that you were in Richard's room but then met this individual in this other room?**
A. Because he came -- that was about 10:45 when he came in and we all were wondering if we could go help. Me and Ilene were going to go help, you know, put -- because he said you've got to fix -- you know, pack and leave.
**Q. Understand that. But what I'm trying to get at is you're in the room with Richard.**
A. Uh-huh.
**Q. How do you know there's some person in another room talking about luggage?**
A. Well, because he -- I don't know. I'm trying to think. We went to the door -- or did he come to the door? I don't know. We walked out there, and we -- you know, I'm kind of trying to think.
How'd we know? I'm not sure. I mean, I just know that we were talking to him about the luggage.
**Q. Okay. And so once you had this --**

**other than the person bringing up the luggage, did this person say anything else?**

A. That's all I remember. He's not the one, I think, that needed the passport. You know, because that was another reason why Darren had to go up and get the passport.

**Q. Do you know why Darren had to get the passport?**

A. I don't.

**Q. So do you know who this person was that --**

A. No. He was in a white suit. That's all I can remember.

**Q. Did you happen to catch how much stripes he had on?**

A. I didn't. I just know that he probably was an officer, you know, because you see them walking around the ship all the time. Ship officer maybe. I guess that's what he was.

**Q. Do you know if he was a member of the ship's medical staff?**

A. I don't know that.

**Q. So you don't know what department on the ship this person represented?**

MS. LOBEL: Form.
A. I don't.
BY MR. DRAHOS:
**Q. And you don't know what his title or role was?**
A. I don't. I guess I was in panic mode -- you know, just in a panic about the whole thing.
**Q. So once you had this encounter with this individual, where did you go from there?**
A. He said that they -- Darren is the one that needed to pack the bags and get, you know -- because we were going to keep a couple of bags and maybe meet them later or, you know, we didn't know how bad it was going to be.
We didn't want them to have to take all their bags. They had four bags, big bags. And so we just stayed there and then Darren -- you know, Darren left to do all that.
**Q. So you said you were thinking that possibly you were just going to pack a couple bags and meet them up later?**
A. Well, I mean, you know, like --

so they wouldn't have to take all four bags. We could take care of his other bags. You know, so he would -- they could get off the boat quicker was my whole thing.

**Q. And --**

A. But they said no, that they needed to get all their stuff off the boat.

**Q. So where did you go from there?**

A. I just stayed there. I was there.

**Q. In that little seated area?**

A. No. We went back into Richard's room --

**Q. Back in --**

A. -- waiting for Darren to come back down. Yeah. We didn't -- I didn't leave until they put him on, you know -- they went out with the wheelchair. He didn't want to be left alone.

**Q. If it's the ship doctor's position in this case that he made a formal request to have Richard transferred off the vessel within 30 minutes of his arrival to the ship's medical center, would you have any reason to dispute the --**

A. Oh, yes.
Q. -- accuracy of that?
A. Oh, yeah.
Q. What is the basis for your dispute?
A. Because I was there, and I know that they didn't leave.
Q. Okay.
A. And I -- I'm looking at a -- you know, I know what time it is.
Q. I understand that it took time to get him off of the ship.
A. Right.
Q. But do you have any idea how long it took to facilitate that transfer? Meaning how many phone calls needed to be made --
A. Oh, no, I don't know that. I just know physically watching him leave.
Q. All right. So you knew how long it took to get him off of the ship.
A. Right.
Q. But if the doctor said I initiated that process within 30 minutes of him arriving --
A. Right.
Q. -- you would have to agree that you

don't know --
A. I don't know.
Q. All right.
A. Yeah, I agree to that.
Q. During the time that you were in the room with Richard, did his condition change at all?
A. It just seemed to get worse, I mean, when he tried to talk. It was more -- getting more slurred, and he was very emotion -- you know, he was scared.
Q. Did you observe any other changes other than his sleep -- his speech was diminishing?
A. Well, I noticed that he couldn't -- you know, like he was going to try to stand up, and he couldn't do that.
Q. Well, he was not capable of standing when he was up on deck 17; is that correct?
MS. LOBEL: Form.
A. That's what -- yes.
BY MR. DRAHOS:
Q. All right. So is there any other physical sign or symptom that you observed in

**the room as a definitive evidence of some change in his condition?**

A. Not other than what I've already told you.

**Q. Did you at any point in time ever speak to any of the ship's other medical staff? So other than the doctor, other medical staff members at all about Richard while you were in the medical center?**

MS. LOBEL: Form. She didn't testify she spoke to the doctor unless I missed something.

A. No.

MR. DRAHOS: I didn't intend to phrase it that way.

MS. LOBEL: Sorry. I -- so we're clear.

MR. DRAHOS: Let me just rephrase it so that it's the question I want.

A. Okay.

BY MR. DRAHOS:

**Q. You told me that you never spoke to the ship's doctor, correct?**

MS. LOBEL: Form.

A. I didn't.

BY MR. DRAHOS:
**Q. Did you speak to any other members of the ship's medical staff?**
A. I talked to the nurse that was there, and I just -- I think I asked her one time where is the doctor.
**Q. Okay. What did she say?**
A. And she said, He's busy or, you know, he'll be here soon.
**Q. When was that that you had that encounter?**
A. Let's see. I got in the room about 9:30, 9:40. That might have been close to 10:00.
**Q. Okay.**
A. And Jimmy had already talked to the doctor. You know, he had gone -- because I saw him leaving the room going -- trying to get the doctor.
**Q. Jimmy?**
A. Jimmy.
**Q. So the doctor then must have been present in the medical center?**
A. Yeah, he must have been.
**Q. Somebody was speaking to Jimmy?**

A. Right.
**Q. Was Jimmy telling you at all about what was being said?**
A. He said he would be in -- he would be in shortly.
**Q. That's it?**
A. Yeah. But I never saw him when I was there.
**Q. Okay. Did anyone tell any of you where Richard was going?**
A. When he got off the ship?
**Q. While you were in the medical center. So before he got off the ship, did anyone tell you this is where you're headed?**
A. To get off the --
**Q. Bad question. Let me withdraw.**
A. I was fixing to say, yeah, he's got to go.
**Q. During the time that you were in the ship's medical center, did you at any point hear where Richard was being sent to?**
A. No. I just figured he was getting off the boat to go to the hospital.
**Q. Okay. So do you know what time the paramedics first arrived?**

A. With the -- with his wheelchair?
**Q. No. The paramedics who were from the ambulance company.**
A. Oh. It was right before he left. It was right before they left the boat. It was right before 12:00.
**Q. The paramedics for the ambulance company came onto the ship?**
A. Right. And they had -- they were taking him off in the wheelchair. They came in, and they were there real quick. I mean, they got in there. They, you know -- and took him off the ship.
**Q. When you say "real quick," how much time do you think passed from the time they first presented until the time they left?**
A. It wasn't like ten minutes probably. They came in. I think they had to take -- do paperwork or, you know, like sign him off or whatever and then they took him.
**Q. Did they say anything?**
A. Not to -- I didn't hear anything. I just -- we -- you know, Darren had rushed in because he had finally -- with their bags and all. And he had -- he was just getting

there when they were all about to take him off the ship.

**Q. So you didn't hear the paramedics say anything?**

A. I didn't.

**Q. Was there any interaction between the paramedics and the ship's medical staff that you observed?**

A. I don't know that. I don't know that.

**Q. Did you say anything to Richard before he left?**

A. I did. I told him I loved him.

**Q. Anything else?**

A. And that -- be praying for him.

**Q. Did he say anything back to you?**

A. He just -- no. He didn't really talk. He just, you know, did like this (indicating). Like shook his head. Yes.

**Q. In acknowledgment?**

A. Yes.

**Q. So earlier you told me that you believe the person who was handling the insurance card was different than the person who was handling the luggage, right?**

MS. LOBEL: Form.
A. Yes. Yes.
BY MR. DRAHOS:
**Q. So what I'd like to do is -- can you definitively identify for me each of the people who you saw in the medical center? So right now, I know of a nurse that you've told me about.**
A. There was a girl.
**Q. Was there any other nurse, or was it just the one nurse that was involved with Richard's care?**
A. Just one that I observed.
**Q. Okay. And you never saw the ship's doctor, right?**
MS. LOBEL: Form.
A. Right.
BY MR. DRAHOS:
**Q. You saw this individual come down and talked about luggage, right?**
A. Right.
**Q. He was in a white uniform?**
A. Right.
**Q. Any other members of the ship's crew that you can recall other than these two**

**people, the white uniform guy and the nurse?**

A. That's all I can remember.

**Q. Okay. When did you next hear anything at all about Richard after he was transferred off the vessel?**

A. Let's see. I know I texted Darren later that day. I was worried. You know, I hadn't heard anything, and I can't remember the time.

But I had text Darren just to see, you know, did y'all get to the hospital, how is Richard doing, and I don't really even know what time that was. But I know he said they were still on the way.

**Q. So you --**

A. I'm not sure if that was around 2:00 or 3:00.

**Q. You text with Darren while he was en route to the hospital?**

A. I thought I did. Yeah. I had been trying to get ahold of him.

**Q. And he text you back that they were en route?**

A. I'm pretty sure he did, but I don't know where that is on any of the texts.

**Q. So --**
A. You know, we sent y'all some records of texts but...
**Q. Of text messages?**
A. Yeah, there was text messages, but I don't know.
**Q. I've not seen any text messages.**
A. You hadn't seen any text messages? Okay.
**Q. Are there text messages that exist between you and Mr. Henze about this incident?**
A. I don't know. I'll have to -- I thought so. I'm going to have to --
THE WITNESS: You don't have the record of our phone, right?
MS. LOBEL: Uh-uh.
A. Joe's got that, but I'll have to see if I --
BY MR. DRAHOS:
**Q. So I would prefer not to bother you with another subpoena. So I'll just ask you on the record.**
A. Uh-huh.
**Q. If you have text messages that exist between you and Mr. Henze or you and**

**Mr. Burgess on February 21st, can you send a copy of those to Ms. Lobel?**

A. Sure.

**Q. Okay.**

MS. LOBEL: I'll just put on record I'll do what I can to facilitate that because just like you, you want to see the records, I want to see the records too. So I can try and facilitate that.

MR. DRAHOS: Yeah. Okay.

A. I thought -- I'm pretty sure I did, but, yeah, because I was pretty worried.

BY MR. DRAHOS:

**Q. So in the meantime, let me get back to what we were talking about.**

**So do you have a recollection of speaking to Darren over the phone after Richard was transferred off of the vessel but before the cruise ended?**

A. I'm not sure if I talked to him personally or if I text him.

**Q. Okay. So I have a record of a phone call made to you on Darren's cell phone on February the 24th at 11:47 a.m.**

A. Okay. Now, what day would that

be? Sunday?
**Q. That would be three days after. So --**
A. Friday, Saturday, Sunday.
**Q. -- it would have been Sunday?**
A. Sunday.
**Q. The cruise would have been over at that point, right?**
A. Right. Yeah, we were getting off the boat. Oh, wait. Yeah.
**Q. And so is it your testimony there had been some kind of communication between you and Mr. Henze before this communication on February 24th?**
A. No. You mean the text that I tried to check with him?
**Q. I intentionally asked a very broad.**
A. Sorry.
**Q. So let me ask it again --**
A. Yeah.
**Q. -- because I know it's getting late.**
A. Okay.
**Q. So according to this record, the next communication between you and Mr. Henze**

would have been a phone call he made to you on February 24th at 11:47 a.m. At that point the cruise would have been over.

A. Uh-huh.

Q. And so I'm trying to clarify from your testimony, are you saying that there was some other kind of communication and some other method between you and Mr. Henze while the cruise was still ongoing after Richard had been transferred off?

A. Right. I did.

Q. And you're saying there were text messages?

A. Yes. I text him to see how Richard was doing.

Q. What do you recall learning from those text messages?

A. I think they were still en route then when I -- or maybe they had already got there. But anyway -- see Ilene had been talking to him, and she told me, you know, what he had told her about Darren [sic] is not -- you know, he was having more strokes, and he wasn't doing good.

Q. Did you get off the ship while it

was in San Juan on February 21st?
A. Uh-uh. Did I?
Q. That's a no?
A. No.
Q. All right. Do you have any personal knowledge regarding the traffic in and around the San Juan area that day?
A. I had no -- no, I didn't even look out. I was -- I didn't pay any attention.
Q. Do you know how long it took the ambulance to get from the ship to the hospital?
A. I don't.
Q. And so beyond learning that Richard had had more strokes --
A. Right.
Q. -- did you learn any other details about the medical care or his condition while he was in San Juan?
A. That's all I heard.
Q. After Richard was transferred from the ship, did you have any further communications with any of the ship's crew about Richard?
A. No.

**Q. Did you have any communications with anyone affiliated with Royal Caribbean about Richard?**

A. No.

**Q. And just to be abundantly cautious, you never had any communications with the ship's doctor at all --**

A. No.

**Q. -- after Richard was transferred?**

A. No.

**Q. Have you seen Richard since?**

A. I've just seen text. I mean, you know, like Darren would take like a video and send it to us of him. You know, like he would say maybe Happy Birthday on my birthday and stuff like that.

**Q. These are pre-recorded videos that are sent to you?**

A. Yeah, that he recorded and sent. He would send them to me and Ilene.

**Q. Have you spoken to Richard?**

A. No. I just talked to Darren and tell Darren what I want to tell Richard. Because Darren said -- you know, he told me, You can't really understand him that well,

because he's with him all the time.
**Q. Yeah.**
A. And he wouldn't -- I wouldn't be able to understand him.
**Q. Okay. Do you have any plans to visit Richard any time soon?**
A. I would like to sometime. I'm not sure when.
**Q. Nothing specific?**
A. No. It might be easier for me to go see him than -- you know, than him come down.
**Q. Right. To your knowledge, has Richard traveled anywhere outside the house?**
A. Not that I know of. I know that Darren said he goes to the doctor every once in a while, but that's all I know of.
**Q. So this being the last time we get a chance to speak before the trial, is there anything else that you want to share with me about this experience that you think would be important for me to know that perhaps I just haven't asked you the right question or something else on your mind that would be worthwhile --**

A. No.
**Q. -- to share with us?**
A. Just that I wish it hadn't happened, you know.
**Q. I think we all can agree with that.**
A. Right.
MR. DRAHOS: So with that, I'm going to turn it over to my colleague. If she has any questions for you, now is her chance.
THE WITNESS: Okay.

EXAMINATION

BY MS. LOBEL:
**Q. Susie, approximately how many videos have you seen of Richard?**
A. How many what?
**Q. How many of those prerecorded videos have you seen of Richard since he's --**
A. Oh, I can look on my phone --
**Q. -- been back?**
A. -- if you want to -- I mean...
**Q. You still have them?**
MR. DRAHOS: You still have them?
A. Yeah.
BY MS. LOBEL:
**Q. Oh, I didn't know that.**

A. They're on my phone.

MS. LOBEL: I will make sure for the record that --

THE WITNESS: I don't --

MS. LOBEL: -- they're not delete --

THE WITNESS: I don't delete anything.

MS. LOBEL: Please do not delete them.

THE WITNESS: I'm not. I never do.

MS. LOBEL: Because I'm anticipating that Mr. Drahos will ask me to get it, and I want to see them too.

MR. DRAHOS: Yeah, I mean, I'd like that. I'll just ask for it now.

THE WITNESS: Okay. They're on here, and they're all from Darren. So if you -- I got them all from Darren. In fact, they -- there's one he sent Thursday.

BY MS. LOBEL:

**Q. Okay.**

A. Thanksgiving, I kind of, you know, say happy -- there's one that he sent. I think that was Merry Christmas.

**Q. Around Christmas?**
A. Uh-huh. And then -- I don't ever delete anything -- any messages.
**Q. Okay.**
A. So I've got a bunch.
**Q. Is this --**
A. Now, these are pictures when Darren was -- now there's a picture. That's an old cruise. These pictures that we're in the piano bar --
**Q. Before the incident?**
A. Yeah.
**Q. Before the subject cruise?**
A. Right. Right. Right. And these are videos. There's one, anyway, of us on the boat -- on Ilene's boat when we were all together.
**Q. Is that before the incident?**
A. Uh-huh, it is.
**Q. Okay.**
A. Yeah, that's one. That's Richard. Okay. Now that's him doing my sister's hair. That's not a video. Now there's one. That's one me and Joe sent. Now, there he was 2020, February 2020.

**Q. February 2020?**
A. When he had his --
**Q. So for Valentine's Day?**
A. When he had his trach in, yeah.
**Q. So that's three.**
A. Oh, there's that picture.
**Q. Oh.**
A. I'm going to send that picture. I won't have to worry about it anymore. Okay.
**Q. I'm going to ask just for the record that you don't --**
A. And then there's one.
**Q. -- delete anything.**
A. I won't.
**Q. So that's four.**
A. That's --
**Q. That's December --**
A. That's 2019.
**Q. All right.**
A. December 8. Looked pretty bad. Okay. Yeah. And then there's one on the boat.
**Q. And that's before the incident?**
A. Yeah. That was 2019 December.

That was right before the cruise -- okay. That couldn't be December. We're on the boat.

**Q. So this was a text message December 7, 2019, but a video from before that day --**

A. Right. Right. Yeah.

**Q. Okay.**

A. Because I wanted to -- yeah. Because we were talking about them coming back to see us.

**Q. Got it.**

A. That's about it. Well, that would be the only -- you know, the ones y'all would know.

**Q. All right. So you've got at least four videos of Richard since --**

A. Afterwards? Y'all would want that afterwards?

**Q. Yes.**

A. Okay.

**Q. So I would just ask that you preserve that --**

A. One, two.

**Q. -- and I'll get that from you and**

give a copy to Mr. Drahos because I don't have those.
A. Okay. And how would you get those?
Q. We'll discuss that.
A. Okay. Okay.
Q. You can email it to me, and I'll get it to Mr. Drahos in discovery.
A. Okay.
Q. So my question to you is those videos have shown you how Richard physically is since this incident, correct?
A. Yeah.
Q. And those videos also show you how Richard now talks, correct?
A. Right. Uh-huh.
Q. Would it be fair to say that those videos show you the changes in Richard as a result of this incident?
A. Oh, yeah.
Q. What to your knowledge -- well, strike that.
How has Richard changed as a result of this incident?
A. Totally. I mean, it's not

Richard.
**Q. How is he not Richard?**
A. Well -- well, you can't understand him. He was also -- always so, you know -- just so vital, you know. He was all about everybody. You know, he can't really communicate that well now. And he doesn't have any -- he worked out. He was, you know, physical all the time, and now he can't.
**Q. Can Richard walk without assistance now?**
A. I don't think -- not that I've heard of.
MR. DRAHOS: Object to the form.
A. Darren told me he could stand up.
BY MS. LOBEL:
**Q. Can he -- can Richard stand up if I were, for example, go from sitting in a chair to standing without assistance (demonstrating)?**
A. That's what I've heard.
MR. DRAHOS: Object to the form. Sorry. You got to let me get my objections in.
A. Oh, that's okay. I didn't hear that.

BY MS. LOBEL:

**Q. It's okay. Is Richard fully dependent on Darren to get through his day?**

MR. DRAHOS: Object to the form.

A. Oh, yes.

BY MS. LOBEL:

**Q. Does Richard cook?**

A. No.

**Q. Can Richard drive a car?**

A. Not that I -- no, no way.

**Q. Does Richard to your knowledge still have that trach in his throat?**

A. No. He didn't have it on that last video.

**Q. He doesn't now? Okay.**

A. Uh-huh.

**Q. And that last video is relatively recent, correct?**

A. Oh, yeah. It was just this last Thursday.

**Q. Okay. Now with respect to the way Richard communicates, does he seem to, from your observation, think and communicate the same way he used to?**

A. No.

MR. DRAHOS: Object to the form.
BY MS. LOBEL:
**Q. What's changed?**
MR. DRAHOS: Object to the form.
A. Everything.
BY MS. LOBEL:
**Q. Can Richard remember things like he used to --**
A. Now, I don't really --
**Q. -- before this incident?**
A. -- know that.
MR. DRAHOS: Object to the form. Sorry. I don't want to break up the flow, but I've got to get objections in.
A. That's okay.
BY MS. LOBEL:
**Q. That's fine.**
A. I don't know that.
**Q. Have you spoken to Richard on the phone?**
A. No.
**Q. You've just seen videos of Richard?**
A. Right.
**Q. So everything that you know about changes in Richard are either from the videos**

**you've been sent or from what Darren has reported to you?**

A. Right.

**Q. Okay. All right.**

A. Mainly the videos because Darren doesn't really, you know, go into his, you know, condition. I mean, we can just tell from looking at the video.

**Q. Okay.**

A. You don't really -- it's self-explanatory.

**Q. Understood. Has Darren been the primary caretaker of Richard since this incident?**

MR. DRAHOS: Object to the form.

A. Oh, yeah.

BY MS. LOBEL:

**Q. Okay. All right.**

A. Yes.

**Q. Has Richard -- strike that.**

**Has Darren had a break from caring for Richard full time since this incident happened?**

MR. DRAHOS: Object to the form.

A. Not that I know of.

BY MS. LOBEL:
Q. Based off of your interactions with Darren, does this -- has Darren been stressed out by this?
MR. DRAHOS: Form.
A. Oh, yeah.
BY MS. LOBEL:
Q. Has this been a difficult time for Darren since this happened to Richard?
A. Oh, yeah.
Q. Before this incident --
A. Well, he had to retire, so that was a biggie, you know.
Q. So Richard -- strike that.
Darren had to retire in order to care for Richard as a result of this incident?
A. Right.
Q. And obviously, Richard is no longer working?
A. Right.
Q. I had something in mind, and I just forgot it. It'll come to me. Before this incident -- well, strike that.
You've known Richard since he was a child, correct?

A. Right.

**Q. Okay. Up until this incident, would you say that Richard was a dependent or independent type of person?**

A. Richard?

**Q. Richard.**

A. Oh, very independent.

**Q. Why is that?**

A. Just he always has been. I mean, he's always had his own business. Well, he's worked at other places, but then he got his own business. He's very -- and he's, you know, on time kind of person. I'm not.

Yeah. He's just real regimented in everything he did. You know, like he's worked out. He -- you know, just he was -- he was very independent.

**Q. Okay.**

A. Even with Darren, I mean, you know, he had his thing going on, and Darren, they always -- they had fun together, but, you know, they had their own thing going on as far as work and...

**Q. And before this incident, was Richard, one of the things he was able to do**

**and participate in was being active with his local church?**

A. Oh, yes. He was real big on his church. He had talked to me about that.

**Q. What did he talk to you about that before this incident with regard to his relationship with his church?**

A. He said that he loved all the people there, and he really -- and he had like -- on his Facebook, he had videos, you know, of his church and, you know...

**Q. Was Richard the type of person who, you know, would do Bible studies every day, things like that?**

A. Who? Richard?

MR. DRAHOS: Object.

BY MS. LOBEL:

**Q. Richard, yes.**

MR. DRAHOS: Object to the form.

A. I don't really know that.

BY MS. LOBEL:

**Q. All right. Fair enough. Fair enough.**

**Since this incident, do you know if Richard is still, or tries to be, an active**

participant in his church?
MR. DRAHOS: Object to the form.
A. I don't know that.
BY MS. LOBEL:
Q. Okay. Fair enough.
A. I don't know how. I guess he could.
Q. Okay. Let me go back to my notes. Bear with me. I've got to look through them.
(Discussion off the record.)
BY MS. LOBEL:
Q. So the date of the incident is February 21st of 2019?
A. Uh-huh.
Q. You did not get off the ship that day?
A. Uh-uh.
Q. Is that a no?
A. That's a no. Sorry.
Q. So if the ship is in Puerto Rico at the time, you did not disembark to go to San Juan, Puerto Rico, correct?
A. Yes. Correct.
Q. All right. So you testified on direction examination about having a copy of

Darren's deposition.
Do you recall that?
A. Yes.
Q. Did you read that much of that transcript?
A. No. I just -- I wondered where we were at. You know, I didn't read -- you know, I didn't study it. So I didn't even -- it was like 300 and something pages. I'm like, no.
Q. And you recall being asked questions about what you did to prepare for this deposition, correct?
A. Right.
Q. And you did speak with me?
A. Right.
Q. And did I more or less ask you the same questions that we've discussed here today as to what happened on the ship?
A. Oh, yeah.
Q. Is there anything that I told you to say?
A. No.
Q. Okay. Is there any information that I fed you and asked you to testify to

today?

A. No. I probably couldn't remember it anyway.

Q. And when I spoke to you over the phone and then I met with you in person at Jimmy and Ilene's house, I asked you about the timeline again so I could understand what you were going to testify about here today, correct?

A. Right.

Q. And then I also -- while I made that same visit spoke to Jimmy at some point to ask him those questions --

A. Right.

Q. -- correct?

A. Uh-huh.

Q. And I wasn't asking you questions at that point in time; I was just talking to Jimmy?

A. Right. Right.

Q. And then I also spoke to Ilene to ask her what she was going to testify, and I asked her all sorts of questions about that, correct?

A. Right.

Q. And I did the same thing with your husband. I wanted to confirm what he was going to testify to today?
A. Right.
Q. Okay. And I didn't show you anything?
A. No.
Q. And is the timeline that you explained to me when I spoke to you briefly over the phone and then I met with you yesterday the same, more or less, timeline --
A. Yeah.
Q. -- that you told us here today?
A. Oh, yeah.
Q. Do you know if you had dinner with the group before you got on the cruise ship in Fort Lauderdale?
A. No. It was a surprise. Like I --
Q. Okay.
A. You know, they didn't meet us.
Q. Have you previously had dinner with the group before getting on cruises in Fort Lauderdale?
A. Yes, we have. We only did one

night. They want to do the whole week before, and I'm like...

**Q. Who is they who would do the whole week before that you're referring to?**

A. Usually, Jimmy and Ilene, Chuck and Teri.

**Q. Did you fly from Birmingham to -- ultimately to Fort Lauderdale?**

A. Yes.

**Q. Did the rest of the family drive?**

A. I'm trying to think. Sometimes Jimmy and Ilene would drive with Chuck and Terri.

**Q. Okay.**

A. Not real sure on that.

**Q. Did they fly with you this time?**

A. No.

**Q. "They" being Jimmy and Ilene?**

A. No. They usually take their car, I think.

**Q. Now, do you remember being asked some questions about medical care and treatment that Richard received regarding to the head injury where he had a gash and some stitches? Do you recall that?**

A. Oh, you mean after he fell?
Q. Yeah. Yeah. After the first night?
A. Yeah.
Q. My question to you is: If somebody from the medical center had recommended that Richard and Darren go to shore to get checked again, they would have done that, correct?
MR. DRAHOS: Object to the form.
A. I would think.
BY MS. LOBEL:
Q. Based off what you recall being a conversation having to do with that care and treatment to the head, nobody made any mention that the medical center recommended that Richard go to shore to get that head checked?
A. No, I didn't hear that.
Q. So just so I'm clear, you were in your cabin in bed when Richard first called you just before 9 o'clock, correct?
A. Correct.
Q. All right. And that woke you up, and you immediately shot out of bed to get ready to go?
A. Oh, yeah.

Q. And all you had to do was put a pair of shorts or some leggings on --
A. Yeah.
Q. -- to leave?
A. Yeah.
Q. And grab your cell phone, of course?
A. Right.
Q. And coincidently as time -- you know, you're about to walk out, your husband is coming in?
A. Right.
Q. And you tell your husband everything that Richard told you?
A. Yes.
Q. And you told him, Go to Richard?
A. Yeah.
Q. And then you go your way and rely on your husband to figure out how to get to Richard?
A. Yes.
Q. Your next stop is to go to Darren's room to tell Darren exactly what's going on, correct?
A. Uh-huh, correct.

Q. Now, if you had a secondary phone conversation with Richard, that 9:14 call, you just don't remember it?
A. I don't.
Q. It's not to say that it didn't happen?
A. Right.
Q. You just don't have a specific memory of it?
A. Right.
Q. But what you do remember is more or less by 9:30 or so getting to the ship infirmary with Jimmy and Ilene?
A. Right.
Q. And once you saw Darren, he went to go find Richard, correct?
A. Correct.
Q. And Darren seemed to know where to find Richard?
A. Right.
Q. And then by the time you get down to the medical center, Joe is down there, correct?
A. Correct.
Q. And Darren is down there filling

out paperwork?
A. Right.
Q. And you can't get into the room with Richard because the nurse is --
A. Right.
Q. -- not done dealing with Richard?
A. Right.
Q. When the door is opened and the nurse says, You can come in, was the nurse by herself, or was there another medical person with her?
A. I just saw her.
Q. At no point in time you saw a male --
A. No.
Q. -- from the medical center?
A. No.
Q. Okay. There's the white man in the officer uniform but he wasn't medical care, correct?
A. Right.
Q. All right. And at no point in time did you --
A. I guess. I mean, that's what I assume.

Q. At no point in time did you see the man in the white uniform provide care or treatment to Richard, correct?
A. Correct.
Q. And that gentleman never looked at the monitors, for example, for Richard?
A. I didn't notice that.
Q. And he never had any paperwork, you know, to write down medical notes about Richard?
A. I didn't --
MR. DRAHOS: Object to the form.
A. -- notice.
BY MS. LOBEL:
Q. Did you ever see -- well, strike that.
You didn't see the man in the white officer [sic] with paperwork, correct?
A. No.
Q. He was just barking orders, basically?
A. Yeah.
Q. Was this man in the white uniform, was he tall, short? Do you recall?
A. I don't even recall.

Q. You just remember it was a man in a white --
A. Yeah.
Q. -- officer's uniform?
A. Yeah.
Q. And was Jimmy the only one in the group who ever encountered the person believed to be the doctor?
MR. DRAHOS: Object to the form.
A. That's what I -- yeah, that's what I believe.
Q. Is that what Jimmy told you?
A. He told me.
Q. And based off of your recollection, Jimmy told you the doctor told him that he'd be there in a minute?
A. Right.
Q. And the nurse said the same thing?
A. Correct.
Q. All right. So you're in the infirmary from approximately 9:30 -- strike that.
You're in the room with Richard -- in the treatment room with Richard between 9:30 and approximately 10:45 a.m., correct?

A. Correct.
**Q. And Jimmy and Ilene are down there with you, correct?**
A. Right. Correct.
**Q. And Joe is moving between the waiting room --**
A. Yeah.
**Q. -- and Richard's room, correct?**
A. Uh-huh, correct.
**Q. Okay. Darren at this point of time is going up and down to get an insurance card?**
A. Right.
**Q. And he also goes up and down to get passport from the room?**
A. Correct.
**Q. And do you learn about the need to go get the passport after getting the insurance card because Darren told you?**
MR. DRAHOS: Object to the form.
A. No. I just heard them say he's got to get his passport.
BY MS. LOBEL:
**Q. Who is "them"?**
A. I thought it was -- I heard Jimmy say, He's got to get his passport.

**Q. So Jimmy told you he heard that?**
A. Yeah.
**Q. Did Darren pop in his head to say, Hey, I have to go get the insurance card?**
A. He did. He popped his head in.
**Q. Okay.**
A. That's why I didn't see much of him other than when we first got there because he was filling forms out.
**Q. Okay.**
A. And he -- when he popped in, he said, I've got to go up into the room.
**Q. Okay. All right.**
A. And then I did hear where they -- he couldn't -- you know, they didn't think he had enough -- you know, he needed another credit card or something about payment. I just remember that.
**Q. Did that happen after the situation with the packing?**
A. Yes.
**Q. Okay. So --**
A. Yeah. He had to go to the purser's to settle his bill.
**Q. So first it's Darren goes up and**

down to get the insurance card, correct?
A. Uh-huh, right.
Q. And then he is asked to go get his passport, correct?
A. Correct.
Q. And then he comes down with the passport, and then there's a conversation about 9:40 -- 9:30, 9:40 [sic], whatever it is -- around there and the officer says that they need to pack up the room, correct?
A. Right.
Q. And then there's a conversation between you, Ilene, the officer and Darren --
A. Was it 9:40 or 10:40? I thought you said 10:40.
Q. I'm sorry. Well, you get down at 9:30 --
A. Right.
Q. -- correct?
A. Right.
Q. And then around 10:30, 10:40 --
A. Right.
Q. -- is when the conversation with the officer, correct?
A. Right.

Q. Okay. So I understand that correct.
So then it's you, Ilene, and Darren talking about the packing situation with the officer?
A. Correct.
Q. Did the officer tell Darren somebody would come down to assist him?
A. Yes.
MR. DRAHOS: Object to the form.
A. He was waiting for somebody to come help him.
Q. Did anyone come to the infirmary to come assist --
A. No.
Q. -- Darren to pack?
A. No.
Q. Was the agreement that you all would stay with Richard so Darren could go up to pack?
A. Correct.
Q. All right. And then Darren is gone packing?
A. Right.
Q. And then you go back into the room

with Richard?
A. Correct.
Q. And you're with Richard until the folks from the ambulance come?
A. Uh-huh.
MR. DRAHOS: Object to the form.
BY MS. LOBEL:
Q. Is that correct?
A. Correct.
Q. And then the folks from the ambulance come onto the ship, correct?
A. Correct.
Q. There were two people from the ambulance?
A. I don't know that.
Q. Did you see much of what was going on with the folks with the ambulance?
A. I didn't.
Q. Where were you when the folks from the ambulance come onto the ship with the gurney?
A. I was standing in the waiting -- the room in between the waiting room and his room. We were standing there because the door is right there where they were taking

him out.

Q. **Is the reason why you get out of Richard's room at that point to make room for the gurney?**

A. Yes, because they were putting him in the -- yeah, the -- I thought he was in a wheelchair. Wasn't he in a wheelchair?

Q. **I can't answer the question. I wasn't there.**

A. I'm just saying --

Q. **I don't know.**

A. -- I thought he was in a wheelchair.

Q. **I wasn't there.**

A. I thought he was in a wheelchair.

Q. **Okay. All right. So your recollection was that he was there in a wheelchair?**

A. He was in a wheelchair.

Q. **Did Richard, when he got out of the bed, have to ask to do anything before he left the ship, that you saw?**

MR. DRAHOS: Object to the form.

A. No. I didn't see that because I think we were -- they were trying to get him

ready to get off. So we were waiting outside the room while they were doing all that.

BY MS. LOBEL:

**Q. Understood.**

A. And trying to get him on the -- you know, ready to get on the -- off the boat.

**Q. Okay. Now the folks from the ambulance go into Richard's room.**

**Did anyone from the ship medical infirmary go into Richard's room?**

A. I don't know that.

**Q. Okay. You don't know that one way or the other --**

A. No, I don't.

**Q. -- because you didn't see it?**

A. Yeah. I didn't see it.

**Q. Did Jimmy go into the room with Richard when the ambulance people came in?**

A. I don't remember that either.

**Q. So we'd have to ask Jimmy what he did?**

A. Right. Right.

**Q. You just remember what you did?**

A. Right.

**Q. Okay.**

A. Yeah, because I was kind of focused on, you know, Richard, and I was kind of shook up myself.

**Q. Okay. Understand.**

**So by the time that -- would it be fair to say that -- strike that. Let me catch up with my notes. Forgive me.**

**Did you speak to Joe about what he did when he was upstairs on deck 17 with Richard?**

MR. DRAHOS: Object to the form.

A. Did I speak to Joe about what they did?

BY MS. LOBEL:

**Q. Yeah, what happened up there.**

A. He said that he had to help him because he couldn't walk.

**Q. Did --**

A. He had to help him --

**Q. Go ahead. Sorry.**

A. He had to help him, you know, get on the -- in the wheelchair or whatever it was they put him on.

**Q. Did Joe tell you whether or not he**

**grabbed a wheelchair and wheeled Richard down himself or he had assistance?**

A. He told me he had assistance.

**Q. Was the assistance from the ship, or was it from Darren?**

A. I thought it was Darren. He told me Darren.

**Q. Did he tell you that he spoke with the concierge to notify --**

A. Yes, he --

MR. DRAHOS: Object to the form.

A. He did.

BY MS. LOBEL:

**Q. So it would be fair to say that the ship knew shortly after 9 o'clock in the morning that Richard thought he was having a stroke?**

MR. DRAHOS: Object to the form.

A. Right.

BY MS. LOBEL:

**Q. And the ship should have known that --**

A. Yeah, Joe told them on the phone.

**Q. Okay.**

A. Or told the concierge guy.

Q. And do you recall being asked a question of the effect of something having to do with the ship's doctor requesting to transfer Richard about 30 minutes after he was brought into the medical center?
Do you recall --
A. No, I don't recall that.
Q. No. No. No.
Do you recall being asked that?
A. Oh, I do. I do.
Q. If that is correct, would you agree that that means the ship knew that Richard was suffering a medical emergency?
A. I would think --
MR. DRAHOS: Object to the form.
A. -- that.
MR. DRAHOS: You got to let me get my objections in, ma'am.
BY MS. LOBEL:
Q. So we know that 30 minutes -- according to the question, if we assume it to be correct that the ship knew by at least --
A. Right.
Q. -- before 10 o'clock that Richard was suffering from a medical emergency and they

**knew it?**

MR. DRAHOS: Object to the form.

A. Right.

BY MS. LOBEL:

**Q. And there was never a point in time where somebody introduced themselves to you as the port agent, correct?**

A. No.

**Q. Did you ever meet somebody by the name of Jennifer Robles?**

A. No.

**Q. Did the guy in the white officer uniform have a Royal Caribbean officer white uniform or a uniform you've never seen before?**

MR. DRAHOS: Object to the form.

A. It looked like an officer uniform. I mean, I've seen the, you know -- the officers that walk around. It just looked like an officer uniform, not like a medical uniform.

BY MS. LOBEL:

**Q. So did it -- based off of your understanding, the man in the white uniform worked for Royal Caribbean?**

MR. DRAHOS: Object to the form.

A. Yes.
BY MS. LOBEL:
**Q. He never said, I'm the port agent or something like that?**
A. No. I didn't hear that.
**Q. And when all was said and done, it took the ship three hours to get Richard off the ship?**
MR. DRAHOS: Object to the form.
A. Right.
BY MS. LOBEL:
**Q. And the ship was in the port of San Juan?**
A. Right.
**Q. And the ship was not anchored off of the port of San Juan --**
A. No.
**Q. -- correct?**
A. Correct.
**Q. It was right next to land?**
A. Right. Yeah, on the dock.
**Q. So this wasn't a situation like you're in the middle of the ocean trying to get help, correct?**
A. Right.

**Q. This is actually like being on land and calling for an ambulance, correct?**

MR. DRAHOS: Object to the form.

A. Right.

BY MS. LOBEL:

**Q. And based off of your knowledge of cruising for the past -- I don't know -- what did you say?**

A. 26 years.

**Q. -- 26 years, is it understanding that Royal Caribbean has been using port of San Juan --**

MR. DRAHOS: Object to the form.

A. Oh, yeah.

BY MS. LOBEL:

**Q. -- as one of its ports?**

MR. DRAHOS: Object to the form. Ma'am, you got to let me --

A. I would think so.

MR. DRAHOS: -- object. Okay?

THE WITNESS: Okay.

MR. DRAHOS: I just don't want there later to be argument that I didn't timely raise the objection. I'm trying to get them in.

THE WITNESS: Right.

MR. DRAHOS: You're answering really quickly.

MS. LOBEL: I know. You were --

THE WITNESS: Okay. What do I need to do?

MS. LOBEL: Take a breath after --

THE WITNESS: Okay.

MS. LOBEL: -- I finish the question.

THE WITNESS: Okay.

MS. LOBEL: Just give him a sec. Otherwise, Ms. Brittany [sic] is going to be mad at all three of us.

THE WITNESS: Sorry.

MS. LOBEL: No, it's okay.

THE WITNESS: Sorry about that.

BY MS. LOBEL:

**Q. And your recollection is that you texted Richard -- strike that.**

**Your recollection is that you texted Darren sometime when he was either still en route or shortly arrived at the hospital?**

A. Right.

**Q. And you continued to text with**

**Darren to get updates on Richard's --**

A. No. After that --

**Q. -- status?**

A. After that, I talked to Ilene. Ilene is the one that -- you know, she told me it was not going well.

**Q. So Ilene became the point of contact --**

A. Yeah.

**Q. -- for Darren?**

A. Yeah.

**Q. Was the idea that Ilene would be the point of contact so Darren wouldn't get inundated with tons of text and calls?**

A. Oh, yeah. Yeah. And then plus they're closer, you know -- you know, because I mean, Ilene talks to Richard and Darren all the time.

They talk about Penn State football, and, you know, he's a big Penn State fan. You know, so she's got a, you know -- I don't know. Her and Jimmy both are real outgoing. I'm not so much.

**Q. Why is it that Ilene is closer -- or --**

A. Because she's closer to Richard.

**Q. In age?**

A. She's not -- no. Well, I'm -- found out I'm closer to age than she is, but they've always been into gymnastics and she was the cheerleader. You know, they all had -- they had a really good relationship.

When we were little, they would, you know -- they would do gymnastics together. Because they had four kids and we had six, so you kind of like, you know, go off with each other, the ones that get along.

**Q. Did you not get along with Richard when he was young?**

A. Oh, yeah, I did. I did.

**Q. Okay.**

A. But I didn't have a whole lot in common.

**Q. Okay.**

A. It wasn't that -- I was very shy.

**Q. Did you become closer with Richard as you got older?**

A. Oh, yeah. We had a lot of memories, you know, that we talk about later. Like wasn't that weird or, you know, stuff

that you don't talk about when you're little.

**Q. Were these conversations that you had with Richard before the incident, though?**

A. Oh, yeah. I haven't had that now.

**Q. Okay.**

A. And his mother and my mother were a lot alike in not a good way. So we would, you know, talk about that.

**Q. What do you think Richard has lost as a result of this incident?**

MR. DRAHOS: Object to the form.

A. His life. It's really sad.

MS. LOBEL: I'm just going to double check my notes because this is my only shot too, okay?

BY MS. LOBEL:

**Q. At any point in time when you were in the infirmary, did anyone from the medical center indicate to you or anyone from the family what was wrong with Richard at the time?**

MR. DRAHOS: Object to the form.

A. No.

BY MS. LOBEL:

**Q. Did anyone from the medical center**

indicate to you or anyone from the family that this was a time sensitive situation?
MR. DRAHOS: Object to the form.
A. No.
BY MS. LOBEL:
Q. Did anyone from the ship indicate to you or did you see them moving quickly to try to get Richard off the ship as fast as possible?
MR. DRAHOS: Object to the form.
A. No.
BY MS. LOBEL:
Q. Did anyone update you as to what the ship was attempting to do or not attempting to do to get Richard off the ship?
MR. DRAHOS: Object to the form.
A. No.
BY MS. LOBEL:
Q. Did the officer in white, who you had a conversation with regarding packing, have any sense of urgency or time sensitivity to getting a room packed?
MR. DRAHOS: Object to the form.
A. No.
BY MS. LOBEL:

**Q. Based off of what you observed from the time this got going shortly after 9:00 through the time they get off the ship shortly after noon, from your observations, did you see the ship do anything with any sense of urgency to deal with medical emergency?**

MR. DRAHOS: Object to the form.

A. No.

BY MS. LOBEL:

**Q. And it took approximately three hours to get Richard --**

A. Right.

**Q. -- who was suffering from a suspected stroke off the ship while the ship was right next to land at a major metropolitan city, correct?**

MR. DRAHOS: Object to the form.

A. Right.

MS. LOBEL: That's all I have for you. Thank you.

MR. DRAHOS: So Ms. Hiatt, you have the right to read the transcript to make sure that everything that you said was taken down accurately by the court reporter, or you can waive it.

If you decide that you want to read the transcript, you got to coordinate an appointment with her, and the lawyers have nothing to do with it. It's between you and the court reporter, so it's up to you.

THE WITNESS: I'll waive it.

(Deposition was concluded at 4:36 p.m.)

* * * * * * * * * * * *

REPORTER'S CERTIFICATE

* * * * * * * * * * * *

STATE OF ALABAMA)
COUNTY OF ST. CLAIR)

I, Bethany Whaley, Certified Court Reporter and Notary Public in and for the State of Alabama at Large, do hereby certify that on June 6, 2022, I reported the aforementioned proceedings, and that the pages herein contain a true and accurate transcription of the said proceedings.

I further certify that I am neither of kin nor of counsel to the parties to said cause, nor in any manner interested in the results thereof.

This the 25th day of June, 2022.

Bethany Whaley

s/s Bethany Whaley

Bethany Whaley, ACCR 661
Certified Court Reporter and
Notary Public for the
State of Alabama
My commission expires 4/1/26.