EXHIBIT G



# Travel Summary

**Cruise Itinerary**

| DAY | DATE | PORTS-OF-CALL | DOCK OR TENDER | ARRIVE | DEPART |
|---|---|---|---|---|---|
| SUN | 17 FEB | FORT LAUDERDALE, FLORIDA | D | | 4:30 PM |
| MON | 18 FEB | CRUISING | C | | |
| TUE | 19 FEB | CRUISING | C | | |
| WED | 20 FEB | PHILIPSBURG, ST. MAARTEN | D | 8:00 AM | 5:00 PM |
| THU | 21 FEB | SAN JUAN, PUERTO RICO | D | 7:00 AM | 2:00 PM |
| FRI | 22 FEB | LABADEE, HAITI | D | 9:30 AM | 6:00 PM |
| SAT | 23 FEB | CRUISING | C | | |
| SUN | 24 FEB | FORT LAUDERDALE, FLORIDA | D | 6:15 AM | |