UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

RICHARD BURGESS, Individually, and by and through DARREN HENZE as Guardian of the Person and Estate of Richard Burgess, incapacitated and as agent under that certain durable power of attorney dated November 20, 2006.

Plaintiffs,

V.

ROYAL CARIBBEAN CRUISES LTD., a Liberian Corporation d/b/a ROYAL CARIBBEAN CRUISE LINE and/or ROYAL CARIBBEAN INTERNATIONAL, JOAO PEREIRA, MICHIEL ADRIAAN ETSEBETH.

Defendants.

CASE NO: 1:20-cv-20687-AOR

DEPOSITION OF: ILENE LANDRUM

Commissioner: Jason Kobielus, RPR, Alabama CCR

Videographer: Paige Ali

S T I P U L A T I O N S

IT IS STIPULATED AND AGREED, by and between the parties through their respective counsel, that the videotaped deposition of:

ILENE LANDRUM,

may be taken before Jason Kobielus, Commissioner and Notary Public, State of Alabama at Large, at the offices of Eagle Point Business Center, 4000 Eagle Point Corporate Drive, Birmingham, Alabama 35242, on the 7th day of June, 2022, commencing at 2:30 p.m. CDT.

IT IS FURTHER STIPULATED AND AGREED that the signature to and reading of the deposition by the witness is waived, the deposition to have the same force and effect as if full compliance had been had with all laws and rules of Court relating to the taking of depositions.

IT IS FURTHER STIPULATED AND AGREED that it shall not be necessary for any objections to be made by counsel to any questions, except as to form or leading questions, and that counsel for the parties may make objections and assign grounds at the time of the trial, or at the time said deposition is offered in evidence, or prior thereto.

***

A P P E A R A N C E S

ON BEHALF OF THE PLAINTIFFS:

SARAH A. LOBEL
Attorney at Law
Hickey Law Firm, P.A.
1401 Brickell Avenue
Suite 510
Miami, Florida 33131
slobel@hickeylawfirm.com

ON BEHALF OF THE DEFENDANTS:

MICHAEL J. DRAHOS
Attorney at Law
GrayRobinson, P.A.
515 North Flagler Drive
Suite 650
West Palm Beach, Florida 33401
michael.drahos@gray-robinson.com

***

EXAMINATION INDEX

ILENE LANDRUM
BY MR. DRAHOS . . . . . . . . . . . . . . 7
BY MS. LOBEL . . . . . . . . . . . . . .121

***

EXHIBIT INDEX


| Defendant's Exhibit | | MAR |
|---|---|---|
| 1 | Harmony of the Seas, FINAL STATEMENT, GUEST JAMES LANDRUM | 51 |
| 2 | Three photographs | 62 |
| 4 | Harmony of the Seas, Gourmet Evenings, 74166921 | 73 |


***

I, Jason Kobielus, a Court Reporter of Birmingham, Alabama, and a Notary Public for the State of Alabama at Large, acting as Commissioner, certify that on this date, pursuant to Rule 30 of the Alabama Rules of Civil Procedure and the foregoing stipulation of counsel, there came before me on the 7th day of June, 2022, at the offices of Eagle Point Business Center, 4000 Eagle Point Corporate Drive, Birmingham, Alabama 35242, commencing at 2:30 p.m. CDT. ILENE LANDRUM, witness in the above cause, for oral examination, whereupon the following proceedings were had:

THE VIDEOGRAPHER: This marks the beginning of the deposition of Ilene Landrum in the matter of Richard Burgess, et al., versus Royal Caribbean Cruises LTD., et al., Case Number 1:20-cv-20687-AOR filed in the United States District Court, Southern District of Florida. The date is June 7th, 2022. Time is 2:30 p.m.

All attorneys present, will you please state your names and whom you represent.

MS. LOBEL: Sarah Lobel on behalf of the plaintiff Richard Burgess.

MR. DRAHOS: Michael Drahos from the

law firm of GrayRobinson on behalf of the defendant Royal Caribbean.

THE VIDEOGRAPHER: Court reporter, will you please swear in the witness.

ILENE LANDRUM,

having been duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. DRAHOS:

**Q. Can you please state your name for the record.**

A. Ilene Landrum.

**Q. How do you spell Ilene?**

A. I-L-E-N-E.

**Q. Thank you, Ms. Landrum. Have you gone by any other names in your lifetime?**

A. Before I was married.

**Q. And what was your maiden name?**

A. Doyle -- D-O-Y-L-E.

**Q. Thank you. And have you ever given a deposition before?**

A. Never.

**Q. All right. So this is a formal question-and-answering session as you can see. We're on the record.**

So we treat this the -- the exact same way we would if you were in a courtroom. So what that means is, first of all, you've been sworn in now by the court reporter to tell the truth. So you're under oath.
A. Okay.
Q. All times that we're now in deposition and I'm asking questions and my colleague may be asking questions of you later, you are sworn under oath to tell the truth just as if you were in a courtroom, okay?
A. Okay.
Q. The way we speak is a little bit more formal than normal. Sometimes it can be very awkward.
Because every word's being taken down by a court reporter on a transcript, that means that we can't talk at the same time. If we talk at the same time, it makes it impossible for him to capture what everyone's saying.
So when I ask questions of you today, I'll need you to let me finish my question before you go to start your answer, even if you know what I'm going to be asking you. This way, we're talking separately and also you're answering the

questions that I'm intending of you, all right?
A. Okay.
Q. If you nod your head, I'm going to know what that means when I'm sitting here looking at you. And it'll be on the camera, but it's not going to be on the transcript.
So if you nod your head, I'm going to ask you is that a yes? Is that a no? I'm not doing that to be obnoxious with you. I'm doing that so your answer is clearly reflected on the record, okay?
A. Okay.
Q. I certainly don't want you to guess or speculate. So if I ask a question that you don't know the answer to, let me know that.
If I ask a question that doesn't make any sense -- you're the fourth witness we've deposed, so last but certainly not least. So we've been down this a few times before. I may just forget that I haven't asked you something previously and just assume you knew.
So the point being if you need me to rephrase my question, I'm happy to do that for you. Otherwise, if you answer my question, I'm going to assume that you understood what I was

asking you, okay?
A. Okay.
Q. Are you under any medication today that would affect your ability to understand my questions or to answer truthfully?
A. No.
Q. Okay. And -- and also I know you've been sitting out there for a while and you've sort of seen how long this takes. But this is not a marathon. And so if you need to stop for whatever reason, just tell me I need to take a break and we'll stop --
A. Okay.
Q. -- okay? All right.
So I've had the benefit of meeting your husband, which means there's a lot of background questions that I don't need to cover with you, because I know them from him already.
A. Okay.
Q. But the one thing I do want to cover just briefly is your level of education.
What's the highest level of education you've obtained?
A. I graduated from high school.
Q. Okay. Where did you go to high

**school?**
A. Huffman High School.
**Q. All right. And do you hold any licenses or certifications of any sort?**
A. I used to be CPR-certified.
**Q. CPR-certified. And when did you get that certification?**
A. It was -- let me see, '80s -- probably back in the '90s.
**Q. What did you get that for?**
A. I -- I was an aerobics instructor.
**Q. Okay. And when did that CPR certification lapse?**
A. It was -- I probably got recertified twice, two or three times, so -- and I didn't teach anymore after about 2000- --
**Q. Okay.**
A. -- '5, so it would have been before that.
**Q. And so is that -- are you currently employed?**
A. No, I'm not.
**Q. Is that what you did for a living: You were an aerobics instructor?**
A. I've done a few things. But that was

one of the things I did, yes.
**Q. What were some of the other things that you did?**
A. I used to work at a bank. I worked at Liberty National Life Insurance Company. I worked in the school system in Georgia.
**Q. What did you do in the school system?**
A. I was a P- -- PE parapro. And I was a -- enrolling students in school.
And let's see. Then I did -- then I was a nurse -- you go to classes to learn how to take care of students and give them medicine and that kind of stuff but not any kind of -- like, you didn't give shots. Just you had to administer their medicine, that kind of stuff: Band-Aids.
**Q. So did you serve as the school nurse?**
A. I did. But you didn't have to be a certified nurse.
**Q. So the classes that you went to, you said they teach you how to give medicine to kids?**
MS. LOBEL: Form.
A. Give you medicine and different -- they teach you how to -- like, if you have an emergency, somebody gets hurt, they break their

arm, that kind of stuff, what you do.
**Q. (By Mr. Drahos) Okay. So any training as it relates to handling strokes?**
A. None whatsoever.
**Q. How long did you serve in that capacity as the school nurse?**
A. Probably -- I'm thinking six years, something like that.
**Q. And that was in Georgia?**
A. Yes.
**Q. So could you give me the time periods?**
A. Oh, this is -- okay. I hadn't thought about this in a long time. I can't even -- let's see. We've been here 10, 11 years -- 2011, so it was probably about 2005, maybe -- maybe 2003. No, it was 2003.
**Q. 2003 to 2009?**
A. Possibly -- yes.
**Q. Okay. And then you all move from Georgia back here to Alabama?**
A. Yes.
**Q. Okay.**
A. We've always had our place here. That -- but we moved here permanently about 11 years ago, I think.

Q. Yeah. As I understand it, you have a house on the lake?
A. Yes.
Q. Okay. Have you ever been involved in any litigation before?
A. No.
Q. All right. Have you ever been arrested?
A. No.
Q. Okay. And as I understand it, you do have a Facebook page?
A. I do.
Q. You're, like, the only one in this group that does, so --
A. I don't post much on it.
MS. LOBEL: No. I was going to say Suzie does.
Q. (By Mr. Drahos) Yeah. So the -- the women do; the men don't.
Okay. And how long have you maintained that Facebook page?
A. Oh, I'd have to -- my children made me do it. I did not want to.
Q. Okay.
A. So let me think. Probably maybe 2011.

**Q. Do you have any other social media platforms other than Facebook?**
A. No.
**Q. Okay. And so did you post anything on your Facebook page about the subject cruise that we're here to talk about?**
A. Not that I know of. But I may have reposted. I don't post stuff myself, because I don't really know how to do it that good. And so I may have reposted if somebody posted something.
But I doubt -- I don't think that we did. I don't think anybody did, because I've been in constant contact with Darren, so I don't really need to, you know -- I look at Facebook, but I don't really get too involved in it.
**Q. Okay. Understand. But when you say you may have reposted if somebody else did, who else would have been somebody that would have posted something about the cruise?**
A. Some of the people that were on the boat with us. But it wasn't probably about what happened. It would have been more like just pictures and things that went on while we're there but not about this -- this whatever we're calling it.

Q. Okay. So do you know one way or another whether or not there are any pictures on your Facebook page of Richard Burgess during the subject cruise?
A. I do not know. But I can look and find out, but I don't.
Q. Yeah. Could you please, after today's --
A. Okay.
Q. -- deposition --
A. Yes.
Q. -- check your Facebook page and see if there are any photographs there?
A. Okay.
Q. And if there are, I'm going to work with Ms. Lobel to make sure we get copies of those, all right?
A. Okay.
Q. By the way, we served a subpoena on you and your husband. I'm sorry for having to do that, but there's formalities to this job sometimes.
A. Okay.
Q. And did you get a chance to look at that subpoena?

A. I didn't really look at -- I didn't look too closely, so I don't --

**Q. Okay. One of the issues or, really, the reason why I was serving that on you is that I wanted to know if you had any photographs of Richard on the subject cruise. Did you have a chance to look into that before today?**

A. I did not.

**Q. All right. Do you know if you have any photographs of Richard either on a cell phone or in any format?**

A. I have a picture at my house that we took the night before the stroke. We were out to dinner, the four of us, and we took a picture. In fact, I got a picture of it sent to Darren and Richard when we got back.

MS. LOBEL: And for the record, I believe I've given you a copy of that photo.

MR. DRAHOS: Of -- of the Landrums?

MS. LOBEL: The one she's talking about with the four of them at the restaurant.

MR. DRAHOS: At dinner the night before?

MS. LOBEL: I believe I -- because in my head, I -- I remember what it is. But I'll

double-check and work with Dolores to make sure you get a copy if --

THE WITNESS: But I can just take --

MS. LOBEL: -- for some reason it didn't go.

THE WITNESS: I can take a picture of it and send it to you.

MS. LOBEL: Because you're -- you're referring to a hard copy of the photograph --

THE WITNESS: Yes.

MS. LOBEL: -- correct?

MR. DRAHOS: Would it be possible, if you've got regular access to it right now -- I don't know if you want to go through the formal channels, but could -- while I have her here, I just want --

MS. LOBEL: Yeah. No, no, that's fine.

MR. DRAHOS: -- and especially since it's the night before, it's important enough to where I'd like to be able to see it today if possible.

So we'll go off the record for just a second --

MS. LOBEL: Sure.

MR. DRAHOS: -- and we'll see if you can send that to Ms. Lobel and then she can get it over to me.

THE VIDEOGRAPHER: We're off the record. The time is 2:40 p.m.

(A break was taken.)

THE VIDEOGRAPHER: We are back on the record. The time is 2:50 p.m.

MR. DRAHOS: Would you mind -- what was the last question I asked?

THE REPORTER: Sorry. That question was about getting access to the picture. Let me go to the one before.

MS. LOBEL: Sorry. Then you can take that out --

MR. DRAHOS: Oh, I think I was talking to her about Facebook.

MS. LOBEL: I think so. About --

THE REPORTER: Yeah. Do you know if you have any photographs of Richard --

MR. DRAHOS: Yeah, yeah. I got it. Thank you.

THE REPORTER: -- on a cell phone or any format? Yeah.

MR. DRAHOS: Okay. Ready?

THE REPORTER: Yeah.

Q. (By Mr. Drahos) Okay. So we were talking about your Facebook page and what your posts, if any, were that were on there about Richard.

And so kind of closing off that loop, have you put anything on your Facebook page that depicts Richard following the cruise up until present day? So any of pictures of Richard from the point of the cruise up until present day on your Facebook page?

A. No.

Q. And as I understand it, from time to time, Darren has sent prerecorded videos that Richard's made to various family members. Have you ever received anything like that since the cruise?

A. I -- I get them quite often to keep me caught up with how he's doing.

Q. How many do you think you have in total from that -- that show Richard?

A. At least six.

Q. Do you still have those stored on your phone?

A. I -- I do. And the thing is I -- I

don't know how many I have. I don't know how long it comes up on my phone. But I have had -- I've had many.

I'm not sure they're all still on there. Some of them are there, but I feel like I had more.

**Q. All right. If you could not intentionally delete those videos, we may ultimately make a request for them later and we'll go through Ms. Lobel's office --**

A. Okay.

**Q. -- okay? All right.**

MS. LOBEL: And I'll just represent off the record.

(A discussion was held off the record.)

THE VIDEOGRAPHER: Okay. We're off the record. The time is 2:54 p.m.

(A discussion was held off the record.)

THE VIDEOGRAPHER: We are back on the record. The time is 2:54 p.m.

**Q. (By Mr. Drahos) So what is your relationship to Richard Burgess?**

A. He is my first cousin.

**Q. And did you grow up together?**
A. We -- he always lived in Hagerstown, and we always lived in Birmingham.
But we would get together probably four or five times while we were young. And we would go visit them or they would come visit us. So we were pretty close.
**Q. And Hagerstown -- where is that?**
A. Maryland.
**Q. Okay. And so growing up, you would see him four or five times a year?**
A. No. Probably four or five times total when --
**Q. Oh.**
A. -- we were young, not -- we didn't see each other -- we wrote each other letters a lot. That's how we stayed in touch. But we would see each other probably four or five times before I was probably 12.
After that, his mother and father got a divorce, so we didn't -- probably later than him being -- us being 12. But we kind of, you know --
**Q. So do you have a relationship with a family member like the one you have with Richard?**

Or is he, among your whole family, the one you're closest with?
A. He is the one that I'm closest with.
Q. And, to your knowledge, does Richard -- strike that.
To your knowledge, prior to the subject cruise, did Richard have any relationships with any other family members like the one he had with you?
A. Not that I know of. I don't believe he did.
Q. So it sounds to me, then, like after age 12, when Richard's parents got divorced, you lost touch for a little bit?
A. I believe -- yes. I think it was more like when -- or it might have been right before he was 16, because I know that he had some surgery done. And I didn't, as a child, know about that.
But I remember us talking about it since it -- since then. And he told me that that was going on: that he had moved out of his -- of his mother and daddy's house because they were getting a divorce. And he was -- he moved out, and then that was when he had the surgery.

**Q. Okay. So do you know how old he was when he moved out?**

A. For some reason, 16 sounds like that's right. But I couldn't -- I couldn't swear to it, but that's what I remember.

**Q. Where did he go?**

A. A friend's house is what he told me.

**Q. And did there come a point in time where the two of you got reacclimated together?**

A. We -- we stayed in touch somewhat but not -- we weren't as close, because I got -- I got married. He was doing his thing. We stayed in touch a little.

But not -- but then we got back in touch with each other when we went on the cruise together the first time. But I don't remember what year that was. So -- so that was '19. It had to have been '15, maybe 2015. But we would still have been in touch, just hadn't met up and seen each other.

**Q. Okay. And when you say you were still in touch, through what means?**

A. Just talk on the phone, text, that kind of thing.

**Q. So you stayed in touch over the phone,**

but you had not physically seen each other until approximately 2015?
MS. LOBEL: Form.
A. Yes, approximately.
Q. (By Mr. Drahos) And did you get reacclimated and physically see each other on a cruise ship, or was there some meeting point beforehand?
A. We -- we would always meet in Fort Lauderdale. And they would come to Fort Lauderdale. We would go to Fort Lauderdale, and we would meet up the day before the cruise. Usually, they would get there the night before and we would get there during the day.
Q. Understood. And that's -- probably because I didn't word the question right, that's not really what I was seeking.
A. Okay.
Q. So there's a period of time where you've lost -- well, that you're not as in touch as you were?
A. Right.
Q. And then as I understand it, there was some kind of reunion where you saw him for the first time in many years. So when was that that

**you had this meeting?**
A. When we were going on the cruise before, the day before, the first one we went on.
**Q. So you had not seen Richard in --**
A. Not --
**Q. -- over 20 years?**
A. I had not seen him in person, no.
**Q. Okay.**
A. His mother had died, and I wasn't able to go to the funeral. Some of my family went, but I wasn't. At the time, I couldn't -- it didn't work out and I couldn't go. So they had met up and seen him, but I didn't.
I'm -- as far as I can remember, I didn't see him until we were going on the cruise again.
**Q. And when you say they, who are you talking about?**
A. My sister and some of her -- I think my sister and her daughter went to Hagerstown when my aunt died.
**Q. And which sister is that?**
A. Kathleen, my oldest sister.
**Q. Okay. Has Kathleen ever traveled with you all?**

A. No. No.
**Q. Okay. So what was it that prompted Richard and Darren to start going on cruises with you and your husband?**
A. Well, the way I understand it is that they used to go on cruises together. And then we started talking. When we were talking with them, we talked about that we go.
And they were like -- they had these dogs, and they didn't have -- and they had probably four dogs. And they really didn't trust anybody to take care of them, so they really quit going on the cruises. That's the way I understood it.
And so once we started talking about how we go, they started thinking, well, maybe we could find somebody to come to the house, which is, I think, Darren's cousin came and stayed at their house and took care of their dogs. And then they were able to go on the cruises again.
**Q. Okay. So how many cruises did you go on with Richard and Darren before the subject cruise that we're here to talk about, the one that took place in 2019?**
A. It was, like, four or five, I believe,

so '15, '16, '17, '18, maybe -- yeah.
**Q. All right.**
A. Best I can remember.
**Q. And do you recall the names of the ships that you went on together?**
A. I'm terrible. I know we went on Allure, the Oasis. We've been on the Harmony. I'm not sure if that's when Richard and them went with us or not.
My husband and his group always plan, and I just go, so --
**Q. All right.**
A. Because I don't care.
**Q. As I understand it from talking to your husband, he was kind of the ringleader of these vacations; is that true?**
MS. LOBEL: Form.
A. That's true.
**Q. (By Mr. Drahos) All right. So you never had, really, any involvement in the actual picking of the ship or the subject cruise or anything like that?**
MS. LOBEL: Form.
A. No.
**Q. (By Mr. Drahos) Okay. Did you do any**

**research in advance of the subject cruise that we're here to talk about?**
A. No.
Q. **All right.**
A. I may have looked at an itinerary, and that would have been all that I would do.
Q. **I want to just confirm some things I've heard before.**
A. Okay.
Q. **In all of the cruises that you ever went on before the subject cruise, has there ever been any reason for you to go and seek medical care in one of those cruise ship medical centers?**
A. No. Not me.
Q. **In all those cruises that you've been on before, have any of your traveling companions ever had a reason to go down to the medical center for medical care?**
A. I believe my sister Suzie went. I know for sure she went one time. That may -- as far as I know, there was another friend of ours that went down there, maybe. So that would have been two people that I knew that had gone down there. I did not go with them.
Q. **Okay. And that was my next question,**

**so thank you. You saved me a question.**
**And you're talking about Suzie when she got the norovirus?**
A. Yes.
MS. LOBEL: Form.
**Q. (By Mr. Drahos) Okay. And the other friend -- do you recall what the circumstances were that required that person to go to the medical center?**
A. She got -- she got off the ship and wore a pair of shoes that made a big giant blister on her foot. And then so I believe she probably went down there to get some care for that, but --
**Q. Okay. But you weren't there for any part of that?**
A. Uh-uh, no.
MS. LOBEL: Form.
**Q. (By Mr. Drahos) What -- what was your understanding of Richard's health prior to the subject cruise?**
A. As far as I knew, he was fine. He always took good care of himself. I knew he walked and, you know, he exercised and he -- so I know that he took care of himself. But that's

all I know. I --
Q. Were you ever aware of an instance where Richard complained of dizziness and blurred vision prior to the subject cruise?
A. No. He did not share that with me.
Q. Were you part of a discussion with your husband and the Hiatts prior to today's deposition where that specific issue came up in conversation: Richard having a prior history of dizziness and blurred vision?
A. Did we talk about that? We may have, but I --
Q. Did you speak to Suzie last night?
A. I did speak to her.
Q. And during the conversation last night, did she bring up the fact or did you bring up the fact that Richard had a prior occasion where he had suffered dizziness and blurred vision --
A. No.
Q. -- before the cruise?
A. We did not speak.
Q. It never came up in discussion?
A. No.
MS. LOBEL: Form.

Q. (By Mr. Drahos) Were any discussions had yesterday with Suzie wherein you discussed Richard's medical history at all?
A. No.
Q. Did you have any conversations last night with your husband about Richard's prior medical history before the subject cruise?
A. No.
Q. To your knowledge, did Suzie have any discussions with your husband last night about Richard's prior medical history?
A. No. She didn't talk to my husband last night.
Q. To your knowledge, did Joe have any discussions with your husband last night about his deposition testimony?
A. He may have talked to him, but I don't know what they talked about.
Q. Okay. So right here, right now in this very moment, is this the first and only time you've ever heard any discussion at all about Richard Burgess having a prior history of dizziness and blurred vision before the subject cruise?
A. I -- I somehow know -- have found out

that -- I mean, I looked over Darren's deposition. I may have seen it in there. But I haven't -- I don't remember talking to anybody about it. I may have, but --

**Q. Okay. How long did you talk to Suzie last night?**

A. Probably ten minutes.

**Q. What did you all discuss?**

A. I was nervous about doing this. And I just wanted to know how -- how was it.

And she said, It wasn't terrible. So I just wanted to be -- not be worried.

**Q. Did you discuss with Suzie at any point in time during that call the substance of what she had talked about?**

A. No, we did not.

**Q. Did Suzie ever share with you any of the questions that I had asked of her?**

A. She did not.

**Q. Did you speak to Joe at all last night?**

A. I did not.

**Q. Other than reviewing Darren's deposition transcript, did you review any other documents before today's deposition?**

A. No.
**Q. Did you do anything else to prepare for your testimony today?**
A. We have talked some about it. But we've talked -- in three years that -- since it happened, we've talked about it just trying to, you know, remember it, because it was so -- such a blur. And we've talked about it over the years just from time to time.
But no, not sitting around just -- we've just talked about it over the years.
**Q. When you say we, who are you talking about?**
A. Joe, Suzie, and Jimmie and I.
**Q. And you all meet every Sunday for barbecue?**
A. We do. We have been. They were living at our house for, like, a year --
**Q. All right.**
A. -- downstairs. So we did see them a lot.
But now that they've moved, we don't see them as much. But they do -- we do see a good bit of each other, because they're, like, five minutes from our house.

**Q. Right. So the time period that you all lived together -- could you give me the -- the dates?**
A. Yes. It was -- let's see. They moved just in maybe -- so they were there from March.
**Q. Of what year?**
A. 2021. And they moved back -- they moved into their house April of 2022.
**Q. Okay. So during the time frame of March 2021 through April of 2022, you all -- did you all have discussions about what went on during the subject cruise?**
A. I can't recall anything specific. I just know that over the time since it's happened we've talked about it. Not anything in that year. Just maybe we've talked about it two or three times, but not -- especially right after it happened more so than just recently, like, within the last year.
**Q. Okay. And did you have a meeting with Joe and Suzie to prepare specifically for this deposition?**
MS. LOBEL: Form.
A. We -- we did talk. And basically we kind of just -- everybody got -- you know, told

what they knew. And that was pretty much it.
**Q. (By Mr. Drahos) So when did you have this talk?**
A. Sunday.
**Q. Where was the talk had?**
A. At our house.
**Q. And for how long did the talk take place?**
A. I truthfully cannot tell you exactly how long. I just remember that I talked to Sarah for, you know, probably an hour. Just -- but I don't remember how long.
**Q. Ms. Lobel was at this meeting?**
A. She was.
**Q. And for how long of a period of time was she there for?**
A. I couldn't tell -- truthfully, I was not paying attention. And we went right into cooking and all that, and I didn't even -- I have no idea.
**Q. Did Ms. Lobel stay for dinner?**
A. She did not.
**Q. All right. So was she there for more or less than an hour?**
A. Probably more than.

**Q. And when you say you talked to Sarah -- or Ms. Lobel.**
MR. DRAHOS: Sorry.
MS. LOBEL: That's okay.
**Q. (By Mr. Drahos) Did you speak with her alone or with a group?**
A. We talked separately. I mean, I talked with her separately.
And then some of us -- we talked about a lot of different things, because we'd get off on -- we'd get off on a subject, talk about stuff that -- that we knew the same thing about.
So I -- it was very nice.
**Q. Okay. So the -- the point, though, is that there was some period of time where you broke off in the group and spoke with Ms. Lobel alone?**
A. Yes.
**Q. And you said that conversation was about an hour?**
A. Yes.
**Q. Did others within the group also similarly break off and have solo meetings with Ms. Lobel?**
A. I guess they did. I'm thinking I -- I

did, but I guess they did --
**Q. Did you see anyone else go and meet with her separately?**
A. Yes.
**Q. Okay. Who else did you see go off?**
A. I saw -- well, I guess Suzie, I know for sure. And -- but I was kind of getting up and doing other things while -- so I wasn't -- I don't really know how -- if everybody met separately or not. I was -- I was doing other things, so --
**Q. But you know for sure that Suzie did?**
A. Yes.
**Q. And do you know for sure whether or not your husband did?**
A. I do not.
**Q. So during this meeting -- well, strike that.**
**Did you also have a meeting with Ms. Lobel and the entire group?**
A. We did talk together, yes.
**Q. Okay. So during this meeting when the group talked with Ms. Lobel --**
A. Yes.
**Q. -- did you learn anything that you did**

not previously know before the meeting?
A. No.
Q. During the meeting with the group, did anyone say anything that you disagreed with?
A. No.
Q. During the meeting with the group and Ms. Lobel, did you say anything that anyone disagreed with?
A. No.
Q. During this meeting with Ms. Lobel, did the four of you, you and your husband and the Hiatts, review the -- the time line or the chronology of events that occurred?
A. We just -- we talked about what everybody did. And we just kind of -- so I guess that would be talked about. Well, not really the time -- it was the time line, but it was more about just how we all went through the day, the morning.
Q. Did you specifically speak about specific times, when things occurred?
A. Yes. But we had talked about all those things before, so it didn't seem like it was anything new.
Q. So earlier you had told me that this

**whole thing seemed like a blur. Such a blur is what you said. What was it that was such a blur for you?**

MS. LOBEL: Form.

A. Just how fast it all happened. And, you know, you wake up and you're not expecting anything like this, because we had been together since -- we got on the boat, it was the 17th. And so this is -- he had fallen that night, and we had been together.

And -- and I kept asking him, Does -- how's your head? How -- what's going on?

And he is, like, Eh.

I said, Does it hurt?

And he said, Well, no more than you get stitches and it hurts.

And so I was trying to needle him about how he was doing, and so I kept asking him. And he just seemed -- you know, he just said, Not any worse. I kind of deserved it. I fell.

So he -- but he never said anything about feeling bad or anything like that. So, therefore, when it wakes -- you wake up to it, it's just very surprising.

**Q. (By Mr. Drahos) Understand. And so**

**when you say this happened -- this happened really fast or how fast this all happened, are you talking about the morning of the 21st?**

A. Yes.

**Q. That all seemed like a blur because it happened so quickly?**

A. Just --

MS. LOBEL: Form.

A. -- yes. As a more of a just -- you-kind-of-sit-back-afterwards-and-go-wow-that-just-happened thing, more -- not like a blur like you don't remember it -- a blur like that was fast. And all of a sudden, he's gone. And we were planning to be together, you know, that whole week; and he was gone.

**Q. (By Mr. Drahos) All right. And so since February of 2019 up until today, June 7th of 2022, the four of you have continually talked about this and tried to remember what happened?**

MS. LOBEL: Form.

A. No. No. We talk about it here and there but not tried to figure out what -- no. We all knew.

Everybody -- the thing is everybody had a different thing going on, so it wasn't like

we were all all together all the time.
**Q. (By Mr. Drahos) Right.**
A. So everybody had -- and we just -- like I said, this was more after it happened than recent, because we had no idea that -- I mean, I knew that there was a -- that he was suing. I knew that. But I didn't know any -- I know no details, so --
**Q. Okay. So do you think that your memory of what took place in February of 2019 is as clear today as it was on February 21st of 2019?**
A. Yes. I feel like it's pretty clear.
**Q. Okay. So let's -- let's talk about the first day of the cruise itself, which was -- well, strike that.**
**When was the first day of this cruise?**
A. I want to say it was the 17th.
**Q. Okay.**
A. But I could be wrong. I'm not -- like I said, I get on there and I'm -- weeks before, I'm not even really -- we usually go down about a week before. So we're hanging out, having fun.
And so I think it was the 17th. Sometimes we go Saturday to Saturday; sometimes

we go Sunday to Sunday, so --
**Q. Do you recall when you arrived at Fort Lauderdale for this particular cruise?**
A. I do not.
**Q. Okay.**
A. But we usually did about the same thing, so it would have probably been at least four days ahead.
**Q. Now, on -- on this particular cruise, do you recall when specifically you would have met up with Richard?**
A. On the boat, at the bar right inside where you get on. I'm trying to --
**Q. What's the name of that bar?**
A. Oh, Lands --
**Q. Is it Schooner's?**
A. It's not. It's -- Shooters is in Fort Lauderdale.
**Q. No. Schooner. Schooner --**
A. The Schooner Bar.
**Q. The Schooner Bar?**
A. The Schooner Bar. It's -- no. Is it? It's the -- it's a pub, actually.
**Q. Pub?**
A. It's a pub, yeah.

Q. Okay.
A. Because we could come in and it's, like, right there, so --
Q. Okay. And so you recall meeting Richard and Darren for the very first time at the pub --
A. Yes.
Q. -- on February 17th?
A. Yes.
MS. LOBEL: Form.
Q. (By Mr. Drahos) Do you know what time of the day that was?
A. We usually got on the boat about 2:00.
Q. So it would have been about 2:00 o'clock when you --
A. Yes.
Q. -- met up?
A. I believe so.
MS. LOBEL: Form.
Q. (By Mr. Drahos) So do you know how often, if at all, Richard would consume alcohol before the subject cruise in February of 2019?
A. What I know about that is that from the very beginning when we would go on cruises together, he never drank.

**Q. Do you know why?**
A. Because he's had trouble with alcohol before. And he chose -- he made a decision in his life not to drink anymore. So that -- I knew that, so I knew that was why.
But then in maybe one or two before -- I don't know if it was the year before or two years before -- he would have a beer the first night when we would get on.
We would go to the back of the boat when the boat takes off. And I believe it leaves about 5:00. So we would all go to the back of the boat and have a beer and just cruise.
**Q. And so prior to the subject cruise in February of 2019, you did see Richard consume alcohol on these cruise ships?**
MS. LOBEL: Form.
A. One time.
**Q. (By Mr. Drahos) When you say --**
A. One beer.
**Q. -- one time --**
A. He would never --
**Q. -- it would just be one drink?**
A. Just one beer. That was all he would have.

And he would say, I'm going to have my beer. And that's -- that's all he would have. And I never saw him drink anymore, and we would stay together most of the time.

**Q. Okay. And so what about on this cruise, the one in February of 2019? Did he drink any more than one beer?**

A. I -- when I was with him, he -- maybe he drank at the pub -- at the pub and then maybe a beer on the back of the boat. And we all go put our stuff up, and we go -- let's see. Where did we go that night?

Oh, we went to the piano bar. And he was in the piano bar, and I remember. But I don't remember him drinking. I don't remember what he drank. I wasn't paying any attention to him, what he was drinking.

**Q. Okay. So prior to February of 2019, you, as his cousin and closest family member, were aware of the fact that he's had trouble with alcohol in the past?**

A. I knew that.

MS. LOBEL: Form.

**Q. (By Mr. Drahos) And so what was your relationship like back then? If you saw that he**

was drinking more than one beer, would you feel comfortable enough to ask him if he was okay or were -- would you leave that more to Richard and Darren to handle privately?

A. Okay. Now, I didn't -- I don't think I understood that. That day, if he were drinking too much on the boat?

Q. So what I'm wondering is if you saw him have more than one beer, would that alarm you?

A. It wouldn't alarm me, no.

Q. Why not?

A. He's just a person that has control. I mean, he's in control. He does -- there are certain qualities about him I just know and that I would have thought I've never seen him do it before. I've never -- I wouldn't be alarmed if he had another beer.

Q. Before February of 2019, had you ever seen Richard intoxicated?

A. At my grandmother's funeral.

Q. When was that?

A. That was -- Lordy -- I don't remember. I -- back in the '90, maybe, '90- -- early '90s.

Q. And was this before you were aware

**that he had had issues with alcohol?**
A. This was before I knew.
**Q. Okay. So since the time that you came to learn that he had issues with alcohol, had you ever seen him intoxicated since then?**
A. Never.
**Q. By the way, when did you come to learn that?**
A. I don't know. I -- I don't know if my mother told me, because their -- my mother and his mother were sisters and they were pretty close. So my mother may have told me.
**Q. Okay. But you don't know when that was?**
A. I have no idea.
**Q. So how many drinks would Richard need to consume before you became concerned?**
A. I would probably know how he acted, watch how he acted, more than how -- I wouldn't know how much he would consume because -- we stayed together a lot, but I don't -- like I said, I didn't even -- he only would drink that one night, and usually it was that one beer. And I didn't notice anything different.
**Q. So --**

A. But if I noticed him acting out of sorts, I would have had to have said something.

**Q. And so was Richard intoxicated on February 17, 2019?**

A. I didn't notice any difference when I met up with him.

**Q. Were you with him throughout the entirety of the night?**

A. No. We met up at the piano bar, and I sat there for a little while with them. We had -- probably all of us were there. Most of our group was there. And I sat there with him.

And then we -- I went to bed. I didn't stay up. They were still there when I left.

**Q. What time was it that you left?**

A. That was probably -- let's see. It doesn't start until 9:00 at -- maybe 10:00. That is late for me.

**Q. Okay.**

A. 10:30.

**Q. So you went to bed on February 17th at approximately 10:00, 10:30 at night?**

A. Yes, sir.

**Q. And at that point in time, you did not**

notice Richard under the influence of alcohol?
MS. LOBEL: Form.
A. I did not. I didn't notice him being any different.
Q. (By Mr. Drahos) Do you know at that point in time whether or not he had more than one drink?
A. I do not.
Q. Okay. I'm going to hand to you what we've previously marked to your husband's deposition as Defendant's Composite Exhibit 1.
I'm curious. Why are -- why are you chuckling?
A. It's just not surprising. I'm just glad this is him and not me.
Q. Okay. Well --
A. I've got my own.
Q. I actually am about ready to educate you, Ms. Landrum. Give me a second. I need to pull up my copy. I don't know where it went.
A. Oh, this is so --
Q. Here it is.
A. -- typical. Yeah, 17 is when it starts.
Q. Okay. So if -- if you'll take a look

there -- and you're welcome to take all the time that you need to review Defendant's Composite Exhibit 1, which we'll mark as Composite Exhibit 1 to your deposition as well -- if you see there along the top of page 1, your name is listed: Ilene Landrum. Do you see that there?
A. No. Wait. Is it under this?
(Defendant's Exhibit 1 was marked for identification.)
Q. (By Mr. Drahos) It is on page 1.
A. Oh.
Q. So if you look, you'll see a blue bar there that says DATE, CHECK, DESCRIPTION, CREDIT, CHARGES. Oh, you're -- you're going too deep into it.
A. Oh.
Q. It should be right there on the title -- the first page you've got -- right there, yeah.
So do you see that there's a blue bar that goes all the way across? It's like --
A. I see it, uh-huh.
Q. And just for the record --
A. Oh, I see it. It says my name right there.

Q. -- Ilene, right?
A. This is mine. Oh.
Q. Okay. So if according to Royal Caribbean's records you would have purchased 16 drinks on February 17, 2019, would you have any reason to dispute the accuracy of that?
A. I would not.
Q. Okay.
A. I'm surprised, but --
Q. Your husband was telling me a little bit about the fact that when you all go on these ships, you -- you drink a lot. Is that true?
A. I think that speaks for itself. Yes, sir, that's true.
Q. Okay. Well, I take depositions of a lot of cruise ship passengers over the course of 20 years. Everybody's a little different.
A. Okay.
Q. For you, is that a lot of drinks?
A. It is a lot.
Q. Okay.
A. Yes. Absolutely.
Q. What about --
A. Oh, my gosh.
Q. -- your husband, in your experience

**being his wife for how many years?**
A. 48 this year.
**Q. 48 years. Okay. Would 16 drinks be a lot for him in one day?**
A. On the boat, I would say no. When we're at home, that would be a lot.
**Q. Okay. What about 23 drinks in one day?**
A. That sounds like a lot, but I wouldn't be -- you know, you just don't count. And most of the time, mine gets hot; so I just throw it away and get another one. So that's terrible.
**Q. And -- and your husband, though, even whether it's a cruise ship or it's at home, 23 drinks in one day would be --**
A. Absolutely --
**Q. -- a lot for him?**
A. Absolutely, yes.
**Q. Okay.**
A. Really.
**Q. So getting back to the first evening there, did you speak to Richard any further that night after you retired to the cabin? Or was this goodbye in the -- was it a --**
A. Yes.

**Q. -- casino bar?**
A. It's a -- no. It's the piano bar.
**Q. Piano bar.**
A. And yes. I would -- well, the Schooner Bar is the piano bar, so --
**Q. Okay.**
A. That would -- no. I said, Good night, and I never --
**Q. Didn't speak to him again --**
A. -- saw him again until the next morning.
**Q. All right. When did you hear anything further about Richard after saying good night to him in the piano bar on February 17?**
A. My sister Susan, who is the information queen, she came to the bar and told us that he had hit his head and that they were gone -- or had gone to the infirmary or were going to the infirmary.
**Q. What time of the day was it that you learned this?**
A. Probably 10:00, 10:30, something like that.
**Q. 10:00, 10:30 a.m.?**
A. Yes, sir.

**Q. On February 18?**
A. Yes.
**Q. And you said she came into the bar to tell you all that?**
A. Well, it's an outside area. It's all open, and there's just a bar sitting there.
So she just -- and usually we wasn't -- kind of meet there. It's kind of the meeting place where everybody tells what we're going to do.
**Q. All right. And can you, for me, to the best of your ability, recall specifically what Suzie said to you about what had happened?**
A. She -- let's see. She said that Richard had -- I don't know if she said fallen or slipped. But she said Richard had fallen and hit his head and they were going to the -- the infirmary to get it checked out.
**Q. Did she say how it was that he fell?**
A. She did not.
**Q. Did she say what caused it?**
A. She did not.
**Q. Did she say anything further at all about the circumstances?**
A. No.

**Q. Did you go down to the medical center while Richard was there on February 18th?**
A. No.
**Q. When was the next time you saw Richard?**
A. I want to say that he came up where -- to where we all were after he got through with the infirmary.
But, you know, I really -- I remember the first time I saw him he had a hat on. I've never seen him in a hat, because he likes to fix his hair.
So -- but I don't remember if that was -- that right then, I don't remember what time of day it was.
**Q. So the next time that you saw him after having previously saying good night to him the night before --**
A. Yes.
**Q. -- did he already have the stitches?**
A. Yes. Yes.
**Q. And so did you ask him what happened?**
A. No. Susan -- yes. I did after Susan -- no, I didn't ask him. She told me, and I just went with it.

Q. So did he tell you what happened?
A. No. He didn't want to talk about it.
Q. So earlier in your testimony, you said that he said to you, I kind of deserved it. I had circled that and put stars around it because I wanted to ask you about that.
What did -- what did he mean by that?
A. I just --
MS. LOBEL: Form.
A. I don't have -- I don't know. I just think he felt bad about it, because he was embarrassed. But I don't know why.
But he just is not that kind of -- he likes things to be just so --
Q. (By Mr. Drahos) All right.
A. -- and --
Q. But when he -- did he show you the stitches?
A. I never saw them.
Q. Okay. So you're aware of the fact that he fell, hit his head, that he needed stitches as a result. And now you're speaking to him about what had gone on.
When he said to you, I kind of deserved it, you didn't follow up to ask why did

you -- why do you think he deserved something like that?

MS. LOBEL: Form.

A. I did not. But also I didn't talk to him about the fall. I knew that he didn't want to talk about it, because I just know that.

Q. (By Mr. Drahos) Okay.

A. And so I didn't talk to him anymore about any of that.

Q. Did you have any discussions with Darren at all about what had happened?

A. I did not.

Q. So up until this present moment, you've never spoken to Darren about what happened that night?

A. I --

MS. LOBEL: Form.

A. -- have not.

Q. (By Mr. Drahos) And you've never had any discussions with Richard since about what took place in the cabin that night?

A. No.

MS. LOBEL: Form.

Q. (By Mr. Drahos) So as you sit here today, you don't know what caused him to fall?

MS. LOBEL: Form.

A. I do not.

**Q. (By Mr. Drahos) All right. Have you ever heard anything else from any of your other traveling companions about what went on in the cabin that night?**

A. I have not. My sister Susan is more involved in all those type things. She likes to know all that. And so she's the one that asks all the questions, and I -- I don't care.

**Q. Okay.**

A. I mean, it's not important to me, because it's really not my business.

**Q. Okay. So when you saw Richard on February 18th, did he appear any different to you at all?**

A. Just embarrassed, I guess --

**Q. Okay.**

A. -- I would say.

**Q. Other than being embarrassed, was there anything else about his demeanor that you found to be different than the norm?**

MS. LOBEL: Form.

A. No.

**Q. (By Mr. Drahos) Was there anything at**

all in terms of how he was walking or moving his
limbs or anything that you found to be different
than how he normally is?
A. No.
MS. LOBEL: Form.
Q. (By Mr. Drahos) Did he show any
unusual signs or symptoms to you at all on
February the 18th?
A. He did not.
Q. Was there anything about Richard on
February the 18th that you observed that you
believe warranted additional medical care beyond
what he had received in the medical center that
morning?
A. I do not.
Q. Did you at any point in time following
the incident on February 18th until the time that
you arrived in Saint Martin two days later on
February 20th suggest to anyone that Richard
should be seen by a doctor for further medical
care?
A. I did not.
Q. Did anyone in your group ever make any
type of suggestion like that?
MS. LOBEL: Form.

A. Not that I know of.
Q. (By Mr. Drahos) Did anyone in your group, between the time of February 18th until the time you arrived in Saint Martin on February the 20th, ever suggest that Richard was acting unusual or that he needed to maybe see a doctor?
MS. LOBEL: Form.
A. No.
Q. (By Mr. Drahos) Okay. Now with the benefit of hindsight, looking back on your experience, did Richard demonstrate any behaviors, make any comments, or in any way indicate to you like something was off or not -- not normal about him?
A. No. I asked him repeatedly was it -- you know, how was he doing?
And he said, It -- you know, it hurt, but it's not anything. Not terrible.
Q. (By Mr. Drahos) Okay. And so in each and every one of those times that you asked him how he was doing, he always indicated to you that he was okay?
A. Uh-huh. Yeah, he always did --
Q. Was that a yes?
A. Yes.

Q. I want to fast-forward to February the 20th.
By the way, before I do, we've previously shown these photographs to your traveling companions as well as your husband. And I want to ask you -- we're going to mark this as Defendant's Composite Exhibit 2 to your deposition. That says Plaintiff on it.
MS. LOBEL: You can cross it out. I've got a --
MR. DRAHOS: That's all right. We'll just find a sticker.
THE REPORTER: I've got it.
MS. LOBEL: Okay.
THE REPORTER: Hold on.
(Defendant's Exhibit 2 was marked for identification.)
Q. (By Mr. Drahos) Can you look at Defendant's Composite Exhibit 2 and tell me -- there's three pages there -- do you happen to know, on page 1 of Defendant's Composite Exhibit 2, what date that photograph was taken?
A. This -- so this was on our cruise, the -- the cruise that you're --
Q. Yes, ma'am.

A. -- we're talking about.
**Q. Yes.**
A. That looks like it would have been the first day.
**Q. Okay. Are you in that picture?**
A. I am.
**Q. Okay. Which one are you?**
A. That one --
**Q. To the far right?**
A. -- right there.
**Q. All right. And how about Defendant's Composite Exhibit 2B and C? I'm going to --**
MS. LOBEL: For the record -- sorry. I didn't mean to interrupt.
Just for the record, you just held up 2A --
MR. DRAHOS: Correct.
MS. LOBEL: Because I couldn't see it. Sorry.
**Q. (By Mr. Drahos) Now, does it appear to you that Defendant's Exhibit 2B and C were taken at or around the same exact time? They look like --**
A. Yeah, they're not, because this is the day we got on the boat, because we -- we always

wear shirts that match.
**Q. Yeah.**
A. And this right here, Richard -- I see Richard has a hat on already. So that --
**Q. Okay.**
A. -- can't be.
**Q. So --**
A. This --
**Q. Your -- your husband's in that photograph, right?**
A. Yes. Yes, he is.
**Q. And he's wearing a floppy hat?**
A. Yes.
**Q. Do you know if he brought that floppy hat onto the ship?**
A. I do not know if he did. He has a few different ones like that, and he's bought some there. But I don't know --
**Q. Yeah, no.**
A. -- if he bought it.
**Q. He's testified earlier today --**
A. Okay.
**Q. -- that he believes he may have bought that hat in Saint Martin.**
A. Oh. You're right. He -- he did get a

hat there. I forgot.
**Q. He did?**
A. I did forget that.
**Q. So does that -- does that mean if you all were on the -- in Saint Martin on February the 20th, does that mean that that photograph must have been taken after you returned from Saint Martin?**
A. Yes. Absolutely.
**Q. So does that mean that that photograph was taken on the afternoon of February the 20th?**
A. Yes. Probably so. I would guess yes, because the 20th is when we were in Saint Martin.
**Q. Yes, ma'am.**
A. Yes. Yes, that would be it.
**Q. Okay. Thank you. Could you hand those back to me.**
A. Yes.
MR. DRAHOS: -- my exhibit stickers, right?
MS. LOBEL: Could have.
And, Michael, before you go to the 21st, if we could take a restroom break.
MR. DRAHOS: Yeah. Let's just go ahead and do that now.

MS. LOBEL: Okay. Perfect. Thank you.
MR. DRAHOS: I'm going to --
THE VIDEOGRAPHER: We're off the record. The time is 3:37 p.m.
(A break was taken.)
THE VIDEOGRAPHER: We are back on the record. The time is now 2:45 p.m.
**Q. (By Mr. Drahos) Okay. So, Ms. Landrum, I want to redirect you back to Wednesday, February 20th, 2019. The ship is scheduled to arrive in Saint Martin that morning, okay?**
**So --**
A. Yes.
**Q. -- did you see Richard before getting off of the -- strike that.**
**Did you get off the ship in Saint Martin?**
A. Now, this is the 21st?
**Q. This is February 20th, 2019.**
A. 20th, Saint --
**Q. Yeah.**
A. -- Martin -- yes.
**Q. Okay. And according to our records,**

both you and your husband would have gotten off the ship at 11:40 a.m. Does that sound right to you?
A. That sounds right.
Q. Did you see Richard before you got off the ship that morning?
A. I believe we met at our normal place that we met -- meet. And we -- and we all walked down together to get off the boat.
Q. Okay. And so according to our records, you, your husband, and the Hiatts and Darren all got off the ship between 11:39 and 11:40. But Richard didn't get off until 11:49.
And do you know why it is that he got off so much later than you all?
MS. LOBEL: Form.
A. The only thing I can think is that he left something and had to go back and get it before he got off.
Q. (By Mr. Drahos) Do you have a memory of that?
A. I don't. I -- I thought he was with us.
Q. Was Richard feeling okay that morning, to your knowledge?

A. As far as I know, yes.

**Q. Did he make any complaints to you at all that morning as to how he was feeling?**

A. No.

**Q. Was he getting along okay with Darren, to --**

A. Yes.

**Q. -- your knowledge? Okay.**

**What did you guys do in Saint Martin?**

A. We went to a restaurant there and ate. And there were some little shops around, and so Darren and Richard and I went in some of the shops. We were looking at sunglasses. And that's all I remember about what we did.

**Q. Do you know what restaurant you went to?**

A. I do not know the name.

**Q. Did you go barhopping in Saint Martin?**

A. No.

**Q. Did anyone in the group?**

A. Not that I know of. We usually just went to one place and ate.

And then if somebody wanted another beverage, they would just go get it. But we -- I didn't have any after we left the restaurant,

because we can drink free on the boat, so --
**Q. Okay. So was your husband with you all when you were going into those shops?**
A. No.
**Q. What was --**
A. He was not.
**Q. What was he doing?**
A. I have no idea. Probably barhopping, possibly.
**Q. Okay. So your husband might have been barhopping --**
A. He might have been.
MS. LOBEL: Form.
**Q. (By Mr. Drahos) And how about the Hiatts? Where were they?**
A. I do not know. But they were not with Richard and I and Darren.
**Q. Did they go eat lunch with you guys?**
A. They were there at lunch, yes.
**Q. But what they did after lunch, you have no idea?**
MS. LOBEL: Form.
A. No.
**Q. (By Mr. Drahos) Were they with your husband?**

A. Possibly.
**Q. Have you ever driven a Segway?**
A. No.
**Q. Has your husband, to your knowledge?**
A. Yes.
**Q. How often?**
A. Once that I know of.
**Q. And what's the one occasion that you're aware of?**
A. When we were in San Juan -- or, no -- wherever we were on one of the islands, he drove one.
**Q. Was it in Saint Martin or somewhere else?**
A. I don't remember.
**Q. Okay.**
A. I don't know if it would have been that time, because we -- the time that I remember that he drove the Segway, we were at a bar. I was not at a bar at that time. I -- I just went to eat lunch and then went shopping. That's -- I didn't sit at a bar.
**Q. So from your recollection, then, this could not have been the time that he rode the Segway?**

A. I do not believe --
MS. LOBEL: Form.
A. I do not believe that that was the time.
Q. (By Mr. Drahos) Okay. So were you with Richard for the entirety of the time that he was in Saint Martin?
A. Yes.
Q. Did he make any complaints at all as to how he was feeling while in Saint Martin?
A. He never complained.
Q. What does that mean: He never complained, period; or he never complained in Saint Martin?
A. He never said anything about feeling bad in Saint Martin.
Q. Okay. Did you notice anything unusual about him at all?
A. No, I didn't.
Q. Okay. So according to our records, you all would have gotten back onto the ship at 2:43 p.m. Does that signed right?
A. That sounds right.
Q. And you would have been Richard now at this point -- at least according to our records,

you all reboarded at 2:44 p.m.
MS. LOBEL: Form.
Q. (By Mr. Drahos) Does that sound right to you?
A. That sounds --
MS. LOBEL: Form.
A. If that's -- yes, that sounds right.
Q. (By Mr. Drahos) Do you know what Richard did for the remainder of the day while on the ship on February the 20th?
A. We would usually -- when we got back on the boat, we would usually go sit out by the pool. And usually he would come out there and sit with us.
Q. Okay.
A. So I don't remember specifically at this time he did. But that's what we usually would do.
And pretty much when we're there, we just kind of do the same things.
Q. All right. Now, earlier in your deposition, you mentioned to me that there was a photograph taken of you all that evening of February the 20th, correct?
A. Yes.

MS. LOBEL: Form.
Q. (By Mr. Drahos) Okay. And I'm going to pull that photograph up. We're going to re-mark it as an exhibit later, so I'll mail it to the court reporter, e-mail it to the court reporter.
But for today's purposes, we're going to call this Defendant's Exhibit Number 4.
MR. DRAHOS: Wait. What am I on?
MS. LOBEL: 3.
(Defendant's Exhibit 4 was marked for identification.)
Q. (By Mr. Drahos) This is Exhibit 3. And I'm going to hand this to you. Sorry about how bulky this is.
MR. DRAHOS: That's not going to work. Hold on one second. Let me try it like that. Oh.
Q. (By Mr. Drahos) And I'm going to ask you to identify for me, if you will, please, whether or not that's the photograph that was taken on the night of February the 20th.
MS. LOBEL: Form.
A. That is the photograph we took.
Q. (By Mr. Drahos) And --

A. Or they took for us.
**Q. Okay. And is that picture that you're seeing there as Defendant's Exhibit Number 3 a true and accurate copy of the photograph that was taken that night?**
A. It is.
**Q. Who took the photograph?**
A. The photographers on the cruise line took it.
**Q. Okay. And who's in the photographs?**
A. There's --
MS. LOBEL: Form.
A. -- Darren, Richard --
**Q. (By Mr. Drahos) Photograph -- sorry.**
A. Darren, Richard, Jimmie, and myself.
**Q. Do you know what time on February the 20th that was taken?**
A. I don't know. But we -- in your records, would it show you when we went to eat? Because we were all -- it was a -- one of these gourmet restaurants that you have to make an -- so maybe 6:30, because we made an appointment and went.
**Q. Where are you eating there?**
A. I wanted to say it might be called

something like Alice in Wonderland.
**Q. Okay.**
A. I remember the restaurant, I just -- Darren and Richard wanted to go there and eat, and they asked us to come.
And I -- but the name of it, I -- I think Alice in Wonderland might be it.
**Q. Okay. Thank you. And does this photograph truly and accurately depict Richard as you remember him on February the 20th --**
A. Absolutely, yes.
**Q. -- of 2019?**
A. It does.
MS. LOBEL: Form.
**Q. (By Mr. Drahos) All right. How did Richard appear to you during dinner?**
MS. LOBEL: Form.
A. He seemed fine. Just Richard.
**Q. (By Mr. Drahos) Did he make any complaints at all as to how he was feeling?**
A. He did not.
**Q. Did he slur his words or have any trouble speaking at all?**
A. I did not notice that -- that he did.
**Q. Okay. Did you notice anything unusual**

**about him at all during dinner?**
A. I did not.
**Q. So your -- your husband -- I've gotten to know him a little bit. And I just want to ask: Is -- is he intoxicated in this photo?**
A. He's always like that. It's hard to tell.
**Q. Okay. So he's just having a good time?**
A. He's always -- yes. And that's Richard. I mean, look at -- I mean, that's the way Richard was: always like -- he's a lot like Jimmie in the sense that he's all happy and smiling and just having a good time.
But my husband, you can't tell if he's intoxicated or not unless you're there.
**Q. Okay. Do you have a memory of whether or not he was?**
A. Well, I'm guessing probably you can look at the bar tab and tell.
**Q. Okay.**
A. But he's just a happy person.
**Q. Okay. So what did you all do after dinner on February the 20th?**
A. Okay. Well, let's see. Was that a

-- was that a Wednesday? Do you -- would it have been --

**Q. It -- it was Wednesday, February the 20th.**

A. Okay. So it's Wednesday.

**Q. This was after Saint Martin. You all are at dinner at possibly Alice in Wonderland. What did you guys --**

A. I was trying to remember which night -- we go to the piano bar usually at night. Let me look on here and see if I can tell. And on -- we usually would go to the piano bar, so we would have gone and eaten dinner, probably gone and changed our clothes, and then met up back at the piano bar, if they were open.

But, see, one night he gets off -- let me see. No, we went to the -- the casino that night, so -- so sad. We went to the casino, because he wasn't -- he wouldn't have been singing that -- or the piano bar wouldn't have been open. So we went to the casino instead.

**Q. Was Richard at the casino?**

A. I do not remember him being there.

**Q. Where was he? Do you know?**

A. He may have been there. And he

usually was there. We were all meet up at the same -- like, so he most likely was there, I'm guessing, because probably Darren was there, because that's where we'd go, because Darren -- so many of the people like to gamble. So we go there.

So I'm guessing Richard was probably there.

**Q. Do you have a specific memory of him being there or not?**

A. I do not.

**Q. Do you have any knowledge as to what Richard was doing on the evening of February the 20th after dinner?**

A. I do not remember.

**Q. Do you know how late he was out until before he decided to go to bed that night?**

A. I do not.

**Q. What is the last specific memory that you do have of Richard on February the 20th? Would it have been at this dinner?**

A. It would have been at the dinner.

**Q. All right. Do you know how late Darren was out until on February the 20th?**

A. I do not know. But I knew that he

liked to -- when we were sailing, he liked to stay at the casino, so --

**Q. And do you have a specific memory of Darren being at the casino on the night of February 20th?**

A. I don't.

**Q. How late were you out until on February 20th?**

A. I would probably -- no later than 11:00 o'clock.

**Q. Okay. So it sounds like your whole group is rather routine-oriented. And you've said that to me more than once, and I've heard a couple other witnesses say that.**

**What is your knowledge of what Richard's routine was in the mornings, if any?**

A. Oh, I knew exactly what he did, because he would go -- I believe first he would go do the Bible study and eat his breakfast. Always has the same food and goes and does his walk around the -- the ship.

And then he would come down. Say, around 10:00, 10:30, we would all meet up; and he would always come down all sweaty and have to go take a shower because he'd been doing his walk

and his morning routine.
Q. Do you know what time Richard would typically wake up on these cruise ships?
A. I don't know that.
Q. Do you know what time he woke up on February the 21st?
A. I do not.
Q. Do you know whether or not Richard engaged in his Bible study on the morning of February 21st?
A. I do not know if he had already -- if he started it. I don't know if he did or not. No, I don't know that.
Q. Would he always do the Bible study before the exercise?
A. Yes.
Q. Okay. Would he always eat breakfast before his exercise?
A. Yes. But his breakfast is, like, nuts, and -- I mean, it's, like, oatmeal. And so it's not heavy food.
Q. Okay. So as far as you're aware -- to make sure I've got this straight -- he would wake up in the morning. Where would he go do the Bible study, to your knowledge?

A. In -- I think the -- my memory is the 17th floor, where they could eat. Because they had a suite, they have a different restaurant that not just everybody can go in. So he would go in there.

**Q. Okay. So he'd go in there; he would read the Bible for a while and have breakfast; and then go do his exercise --**

MS. LOBEL: Form.

**Q. -- yes?**

A. Yes.

**Q. (By Mr. Drahos) Okay.**

THE WITNESS: Sorry.

**Q. (By Mr. Drahos) And did he have a certain type of clothes that he would wear for this?**

A. Yes.

**Q. What would he wear --**

A. He would wear -- he would wear, like, a T-shirt. And then he would -- just shorts.

**Q. What kind of shorts?**

A. Just -- they weren't, like, cargo shorts. They were lightweight shorts that you would, like, run in or walk in.

**Q. Exercise shorts?**

A. Exercise shorts.
**Q. Okay. And sneakers?**
A. And sneakers --
MS. LOBEL: Form.
A. -- yes.
**Q. (By Mr. Drahos) Did you ever meet up with him at any point in time in the mornings for any of these Bible studies or breakfast sessions?**
A. No.
**Q. You just were aware of him doing this?**
A. We all -- we all talk about what we do. And so yes, I just knew he did -- that's what he did.
**Q. Okay. So forgive me if I've asked this already. It's been a long two days.**
A. It's okay.
**Q. Do you know what time he woke up on February the 21st?**
MS. LOBEL: Form.
A. I don't know.
**Q. (By Mr. Drahos) When is the next time you heard anything about Richard following your dinner with him on February the 20th?**
A. The next time I heard anything about him was when my sister Suzie came to the room to

tell us that he -- that he thought he was having a stroke.

**Q. What time was it that Suzie arrived to your room to tell you this?**

A. Well, it had to be about 9:15, 9:20, because we were down -- we left right then and went to the infirmary.

**Q. Were you awake at the time Suzie came to your room?**

A. Yes.

**Q. Were you dressed already?**

A. Yes.

**Q. Can you tell me as best you can recall and with as -- as specific as -- as you can what Suzie said to you when she knocked on your door?**

A. She said, Richard thinks -- Richard called me and said he thinks he's having a stroke.

**Q. How did you react to that?**

A. I just -- Let's go. Where is he?

**Q. Did she say anything else to you?**

A. She may have told me that Joe went to sit with Richard.

And she may have told me that she went by Darren's room, because I asked where Darren

was and she said, I went by his room and told him that -- that Joe was with Richard. She may have explained -- she explained all that to me --

**Q. Okay.**

A. -- as we were walking.

**Q. Did she make any phone calls while in the cabin with you?**

A. No. We didn't stay in there. We just -- as soon as she got there, we left.

**Q. And where did you go?**

A. To the infirmary, because she had to show us where it was because we had never been.

**Q. So your husband told me that his routine was typically to get up and get you coffee at Starbucks?**

A. Yes. That's what he says.

**Q. Had he done that already on the morning of February the 21st?**

A. I can't say 100 percent whether he had already been or whether he was getting ready to go.

**Q. Okay.**

A. That, I don't remember.

**Q. All right. How long did it take you to get from your cabin to the medical center?**

A. I would say probably -- it couldn't have been more than 15 minutes, if it was 15.
**Q. Did you speak to anybody along the way?**
A. No.
**Q. And did you make it to the medical center that morning?**
A. Yes, we did.
**Q. What is the -- what did you see when you walked in?**
A. Let's see. What did I see?
Actually, I was -- I think Susan was in front and Jimmie was in front of -- behind her and then I was behind him.
And we walked into the infirmary, and Joe was sitting in the -- in the waiting room. And Darren was filling out -- I'm guessing he was filling out forms. He was in there, but I wasn't really paying that much attention to what everybody was doing. I really just wanted to get in there where Richard was so I could see how he was doing.
**Q. Where was Richard when you arrived?**
A. He was in a room in the back.
**Q. Okay. So we're going to call that**

**room the observation room.**
A. Observation room, okay.
**Q. So he was in the observation room. When you arrived, was the door to the observation room open or closed?**
A. It was open.
**Q. Are you sure of that?**
A. Yes.
MS. LOBEL: Form.
A. We went right in.
**Q. (By Mr. Drahos) Did you speak to anybody in the medical center before you went right in?**
A. No.
**Q. Was anyone in the observation with Richard when you walked in?**
A. No.
**Q. What did you observe of Richard when you first walked in?**
A. I -- I observed that he was laying on a table -- on the table -- it was a bed -- and that as soon as he saw me, he started crying.
And I just kept telling him it was going to be okay. I could tell he was afraid.
**Q. Was he laying on his back on the bed?**

A. It seemed like he was laying up, not flat.
**Q. He was sitting up?**
A. Well, the bed was, you know, pulled up.
**Q. What was he wearing?**
A. What I remember is his shirt that he'd wear to go -- to go walking in and his shorts.
**Q. So he had on the exercise shorts and he had on the T-shirt?**
A. Yes.
MS. LOBEL: Form.
**Q. (By Mr. Drahos) What was he wearing on his feet?**
A. Tennis shoes.
**Q. Was he connected to any medical equipment?**
A. I didn't notice -- if he was, I didn't pay any attention to it.
**Q. All right. I know that you told me that he started crying when you walked in. What is the first thing you remember him saying?**
A. I don't -- I don't remember him saying anything. I just remember him crying. And I -- and I hugged him. I don't remember --

Q. When you --
A. -- him saying anything.
Q. -- hugged him, was he able to put his arms around you?
A. I don't remember that.
Q. Does that mean he didn't or you just don't recall --
A. I don't recall --
MS. LOBEL: Form.
A. -- that he did.
Q. (By Mr. Drahos) I'm sorry --
A. I don't know -- I don't know if he did or not.
Q. Okay.
A. Sorry.
Q. Sorry. That reads different --
A. I understand.
Q. Okay. So what is the first thing you remember anyone in the room saying? Other than you saying, Yeah, he is going to be okay, what about the rest of the --
A. I remember Jimmie starting to talk to him and ask him questions.
Q. Who was in the room at the time?
A. Joe, Suzie, Jimmie, myself, and

Richard.
**Q. And what were the questions that Jimmie started asking?**
A. He started asking him -- I don't remember his questions -- about how he was feeling, because Jimmie had just taken a course with the fire department on strokes. And so he started asking him questions about trying to decide if he'd had a stroke or not --
**Q. Okay.**
A. -- because nobody knew. Or if anybody knew, they weren't saying.
**Q. Okay. Do you recall what questions he was asking in that regard?**
A. He was more watching him than he was -- well, he was asking him, but he was also mostly watching him.
And he was kind of laughing, acting like he wasn't really serious, because he didn't -- to calm Richard down and try to get Richard to, you know, be okay and not be afraid.
**Q. So -- so Jimmie was laughing?**
MS. LOBEL: Form.
A. Well, kind of have laughing like trying to get Richard to not be upset.

**Q. (By Mr. Drahos) Okay.**
A. That's the way Jimmie does. But not laughing but making -- kind of making jokes like, Are you -- you feeling like -- maybe he said -- let me think. What are the -- maybe his vision: Are you -- is your vision blurred? Are you feeling any -- how are you feeling? Just asking him questions about how he's feeling.
**Q. Did anyone else in the group ask questions like this, or was it just Jimmie?**
A. I just remember Jimmie doing it.
**Q. Okay. And so when he asked him, Is your vision blurred? how did Richard respond to that?**
A. He said it wasn't.
**Q. He said it was not?**
A. Yes.
**Q. And when he said, How are you feeling? What did Richard respond with?**
A. Just he kept -- he kind of was saying what he was feeling. Like, he said, I feel a tingling on my right side of my leg. And he kept saying something about his leg hurting.
**Q. Okay. Any other questions you can recall Jimmie asking other than those?**

A. No.
**Q. Okay. Any other questions you can recall anyone else in the group -- Joe, Suzie, or even yourself -- during this encounter?**
A. I asked everybody that was in there. Mostly I was speaking to Joe because he had been there longer.
And I said, Has anybody -- has anybody said anything about what's going on? Has he -- did they say he's had a stroke? Has he not had a stroke? What -- what's going on?
And nobody said no. Everybody said they didn't know. Nobody had said anything.
**Q. Okay. How long were you in the observation room with Richard for?**
MS. LOBEL: Form.
A. I was probably there about 45, 50 minutes. And then Darren came back, so I wanted to see how Darren was doing.
**Q. Where did Darren come back from?**
A. He had to go -- let's see. He had to go get the passports. And -- and they had told me that he had had to go get the insurance cards and then he had had to go get the passports.
Well, then when he came back -- it was

probably a little while after he got back that the gentleman came and told him he had to go get off the boat.

**Q. What gentleman was that?**

A. The -- it looked like an officer. I didn't see what -- I don't know what his name was. I just know he had on a white suit.

**Q. Okay. Just one second. Before we get there, let me go back.**

**When you first arrived to the medical center, do you know how long Richard had been there for?**

A. I believe he had just -- I know he had just gotten there.

**Q. What do you mean by that?**

A. He -- we came in right behind Joe and Darren. We couldn't have been 5 minutes -- well, probably 10 minutes, no more than 15 minutes behind them.

**Q. So does -- does that mean that Richard had been in the medical center for anywhere between 10 and 15 minutes before you arrived?**

A. Well, that's probably not right, because if they met up at the room -- no, they went up to the 17th floor, and then they came

down.
And I don't think they had been there 15 minutes. Maybe -- maybe five, maybe ten minutes. Well, maybe. You know, that's close to 15.
**Q. So --**
A. I know.
**Q. -- I need to try and understand what you just said.**
**First of all, can you admit to me that you don't know how long he had been there for --**
A. I do not know.
**Q. -- before you arrived?**
A. You're right.
**Q. Okay.**
A. That was all guessing, yes.
**Q. Okay. But you don't think it was more than 15 minutes?**
A. Right. Yes.
**Q. Okay. Do you know anything about the medical care that had been rendered to Richard before your arrival?**
A. No.
**Q. Okay. So when you said that you were in there for about 45 to 50 minutes, that was 45**

**to 50 minutes total time in the observation room without having left at all?**
A. Yes. Before I left.
**Q. Did you speak to anyone at all while you were in the observation room, anyone from the ship crew?**
A. No.
**Q. Did you at any point in time ever speak to any medical staff member of the ship's medical center that morning?**
A. No.
**Q. Where did you go after you left the observation room?**
A. To the waiting room.
**Q. Why did you go into the waiting room?**
A. To check on Darren.
**Q. And this was, you said, after Darren had returned?**
A. It's probably been -- I mean yes. Returned from getting his passports.
**Q. Did he have the passports in his hands when you saw him?**
A. I don't remember.
**Q. Do you know what time this was?**
A. I'm going to say it was about 10:30,

10:35, somewhere right in there. I don't --
**Q. How was it that you come to that time frame? Why is it that you think it was 10:30?**
A. Well, somewhere around 10:30, because I know that I stayed in that -- in that observation room for a while.
And then I remember that I went out into the waiting room. And it was probably about an hour from the -- I stayed in there about an hour. And then I went out to the waiting room for just a minute to talk to Darren. I didn't stay out there long.
**Q. Where did you --**
A. And then I went back into the room, because I stayed with Richard the whole time he was in there.
**Q. Okay. So you went out -- the only time that you had gone out of the observation room from the time you first entered until the time Richard left was to talk to Darren?**
A. Yes.
MS. LOBEL: Form.
**Q. (By Mr. Drahos) And you believe this was at 10:30 in the morning?**
MS. LOBEL: Form.

A. Around that time yes.
**Q. (By Mr. Drahos) Okay. So did you -- I know you told me you had never talked to anybody from the ship's medical staff. Did you observe anybody that you thought was part of the ship's medical staff while in the medical center?**
A. When I left the room to go to the -- the lobby room, there was a -- like a closet on the side that was open.
And there was a gentleman sitting on a stool, and he had on blue scrubs and he had on a blue something over his head. And he was just -- I don't know what he was doing, but he was sitting on a stool. I walked by and saw him.
I didn't know who he was. I didn't know -- he's the only person I saw the entire time I was there.
**Q. Okay. And -- and you don't know what this gentleman was doing?**
A. He was sitting at a computer. I don't know if he was on it or if he was just sitting there. I don't know what he was doing, no.
**Q. Were there any other patients in the medical center that morning, to your knowledge?**
A. There were -- I think there were a

few, actually. There was a person that fell, and -- there was a couple of people that fell. That was what I remember.

**Q. Okay. Anything about their injuries at all that you observed?**

A. Seems like one of them either had black eyes -- maybe black eyes; bloody nose; tripped and fell and didn't -- like, hit their nose; was bleeding; had a big patch on their nose when they left. I remember seeing somebody like that.

**Q. Okay. Did you see anyone render any treatment to that individual?**

A. I did not.

MS. LOBEL: Sorry.

THE WITNESS: Bless you.

MS. LOBEL: Thank you.

**Q. (By Mr. Drahos) Did you see -- strike that.**

**So the only individual that you ever saw was somebody wearing blue scrubs?**

A. Yes.

MS. LOBEL: Form.

**Q. (By Mr. Drahos) Did you see anybody in the medical -- and this was a man, a male?**

A. Yes.
MS. LOBEL: Form.
A. A male.
Q. (By Mr. Drahos) Did you see any females working in the ship's medical center that morning?
A. I did not.
Q. Did you see anybody wearing any white scrubs?
A. No.
Q. So do you know what role the person wearing the blue scrubs had --
A. No.
Q. -- in the ship's medical center?
A. I never -- I don't know.
Q. And so did anyone come into the room during the time you were with Richard?
MS. LOBEL: Form.
A. No.
Q. (By Mr. Drahos) So it's your testimony that no member of the ship's medical staff came in to see Richard at any point in time while you were in the observation room?
MS. LOBEL: Form.
A. Yes.

**Q. (By Mr. Drahos) Never even a nurse to check on equipment?**
MS. LOBEL: Form.
A. I did not see anybody.
**Q. (By Mr. Drahos) Never a nurse to come in to check on any of the connections that Richard had on his body?**
MS. LOBEL: Form.
A. I didn't. But I didn't know -- I don't remember if -- if he had anything. So I -- I really was focused on him more than anything. So I didn't see anybody, though.
**Q. (By Mr. Drahos) Okay. Did you overhear anyone from the ship's medical staff speaking in the medical center at any point?**
A. No.
**Q. When is the first time you heard anything about Richard being transferred from the ship?**
A. When Darren came down and he said that he -- they were leaving the ship and the officer was standing there -- Suzie, Darren, and I and the officer was standing there -- and he said he had to go pack.
And I know they have a lot of bags. I

know they have a lot of stuff.
So I said to Darren. I said, You -- why don't you just go get a bag and put this stuff you all need now in that bag and leave the rest of them with -- for me? I'll take them. I'll get them to you.
And the officer said, He has to take his own -- he has to take all of his bags.
**Q. And this officer -- did you get his name by chance?**
A. No.
**Q. Can you describe him for me at all?**
A. I remember that he was tall and thin. But that's just about -- that's all I remember.
**Q. What about the color of his skin? Do you recall?**
A. It was dark. Dark. Not -- actually, it was kind of a light brown.
**Q. Light brown?**
A. That I remember. I don't -- I wasn't paying any attention.
**Q. And what was the color of his hair?**
A. That, I don't know.
**Q. Did he have hair?**
A. I don't know.

**Q. Do you know what his role was on the ship?**
A. I do not know that.
**Q. Do you know what department he worked in?**
A. I do not.
**Q. Other than this discussion where he -- Darren was instructed to go pack, did you have any other discussions with this gentleman?**
A. No.
**Q. Do you know what efforts Royal Caribbean made on the morning of February 21st, 2019, to get Richard transferred off the ship?**
MS. LOBEL: Form.
A. What they -- what arrangements they made?
**Q. (By Mr. Drahos) No. The question is do you know what efforts Royal Caribbean made in order to get Richard transferred off of the ship on February the 21st, 2019?**
MS. LOBEL: Form.
A. I do not know what efforts they made. I --
**Q. (By Mr. Drahos) Do you know how many phone calls Royal Caribbean made in order to**

**coordinate Richard's transfer from the vessel on February 21st, 2019?**

A. No.

**Q. Do you know how many people were involved in coordinating Richard's transfer on February 21st, 2019?**

MS. LOBEL: Form.

A. The people that were involved in the transfer -- the only people I knew, I remembered the -- the gentleman, the tall gentleman. And he talked about a girl named Jennifer, who was the person that he talked to on land that they were going back -- that she was going to be in charge after they got off the boat.

That is what he told Jimmie. And I heard him tell Jimmie that.

**Q. (By Mr. Drahos) Okay. So other than this tall gentleman and Jennifer, do you know who else, if anyone, was involved in getting Richard transferred off the ship?**

A. No.

**Q. Do you know when the very first phone call was made to begin coordinating Richard's transfer off the ship?**

A. No.

**Q. Do you know how it came to be that this tall gentleman was even aware of Richard?**

A. No.

**Q. Did you overhear any comments being made in the ship's medical center regarding the coordination of Richard's transfer off the ship on February 21st, 2019?**

A. No.

**Q. Did you see Richard get up from the bed at any point in time from the moment you arrived until the time he left?**

A. I saw him try to -- to get up. But he said he couldn't, because his leg, his right leg -- he said, I can't get up.

**Q. When was it that he tried to get up?**

A. He was -- that would have been when they -- when they came in to get him to put him on -- on the gurney to take him to -- off the boat.

**Q. At some point in time that morning, from the time you first arrived in the observation room until the time Richard left, was there ever any discussion with Richard about whether or not he should get off the boat?**

A. We had a conversation about maybe him

staying, because he said he -- he was trying to reassure everybody that he felt better.

And -- and so we all talked about, well, if they haven't said you've had a stroke, what if it's something else? What if it's really not that bad?

And then, of course, when he tried to stand up, that was a good indication that he couldn't stay on the boat.

**Q. What do you recall Richard saying to try and reassure everyone that he felt better?**

A. Just that maybe -- maybe it's not a stroke. Maybe it's not -- he didn't say what he thought it might be.

But he said, Maybe it's not a stroke. Maybe it'll be okay if I stay. He really just didn't want to get off. I --

**Q. Okay.**

A. So --

**Q. Understood. But do you recall him saying anything else specifically about how he was feeling to reassure everyone that he was feeling better?**

A. No. Just that it being -- maybe it wasn't a stroke. Maybe I'll -- maybe I'll be

okay, but not specific.
**Q. So from your observation, did Richard know who he was on the morning of February the 21st?**
MS. LOBEL: Form.
A. Absolutely.
**Q. (By Mr. Drahos) Did he know where he was?**
A. Absolutely.
**Q. Did you see him make any other attempts to move his body before he attempted to get out of bed that morning?**
A. Maybe trying to move his right leg.
**Q. When you say maybe --**
A. Rubbing -- no. He would rub it and say it felt weird. And that's -- other than that, that's it.
**Q. So you said that he attempted to get up out of bed when the paramedics arrived?**
A. Yes.
MS. LOBEL: Form.
**Q. (By Mr. Drahos) Do you know what time that was?**
A. Let's see. I want to -- I want to say it was probably getting close to 12:00, so maybe

11:45, 11:50.
Q. So -- sorry. Let me go back for a minute.
When Richard was talking about whether or not he should get off the ship, it was your observation that he didn't want to?
MS. LOBEL: Form.
A. He did -- he did not want to.
Q. (By Mr. Drahos) So did somebody need to convince him to leave?
A. Darren said, We're going.
Q. So --
A. He really just wanted to stay and hope it wasn't as bad as it was, I guess. That's what I -- the feeling that I got from him.
Q. But it was Darren who made the final call to say We're leaving?
A. Yeah.
MS. LOBEL: Form.
A. We're going.
Q. (By Mr. Drahos) Did he protest any further after that?
A. No, he did not.
Q. When was it that Darren said, We're going?

A. When he came back down with the bags. So it would have been about 11:50, close.

**Q. In your mind, from what you were observing, up until the point that Darren said, We're leaving, do you think there was any chance that Richard was not leaving?**

A. No.

**Q. It was just Darren who was the one who needed to --**

A. Yes.

**Q. -- deliver that final message?**

A. Yes, sir.

**Q. All right. Did you at any point ever have to convince Richard that he should go?**

A. No, I did not.

**Q. When he was -- you all were contemplating this, did you make any statements to him as to whether or not he should or should not go?**

A. I did not.

**Q. Did anyone else in the room?**

A. No. Not that I know of. I didn't hear anybody say anything.

We were just listening to him; I was listening to him. And I -- I knew that he was

afraid to get off, because he didn't know what -- what was going to happen.

**Q. Okay. So going back to the paramedics -- you said they arrived around 11:50?**

A. Yes, sir.

**Q. And what happened next?**

A. The paramedics came. Richard -- they were loading him up. And he said he needed to go to the bathroom, so Jimmie took him to the bathroom in a -- a wheelchair. And they brought him back, and he got -- then they put him back on the gurney.

And Darren -- that about the time Darren showed up. And we said to Darren, Maybe -- and Richard said to Darren, Maybe -- maybe we don't have to go.

And Darren said, We're going. And then they left.

**Q. What happened that led Richard to say, Maybe we don't have to go?**

A. Just he didn't want to go.

**Q. Okay. So did you see him get up from the bed and get into the wheelchair?**

A. I did not.

**Q. Do you know how he got from the bed to**

**the wheelchair?**
A. I do not.
**Q. Did you see him get up from the wheelchair to go into the bathroom?**
A. I did not.
**Q. Do you know how he got from the wheelchair to the bathroom?**
A. From the wheelchair to the bathroom.
**Q. Yes, ma'am.**
A. As far as I -- no, I don't. I didn't -- I was out in the lobby at that point.
**Q. When Richard said, Maybe we don't have to go, did you clearly understand him?**
A. Yes.
**Q. Did you say anything further to Richard before he left?**
A. I just hugged him and told him, Goodbye, and that I loved him.
**Q. Did he say anything further to you?**
A. He was just crying.
**Q. Did he hug you back?**
A. Yes.
**Q. He put his arms around you?**
A. Yes.
**Q. Do you recall the paramedics making**

any statements at all?
A. No.
Q. Did you have any questions for the paramedics?
A. No.
Q. Do you know -- did anybody tell you where he was going?
A. I don't recall that they did, no. But I knew that I was going to be in touch with Darren and I would find out, so --
Q. Did you have any further conversations with the man in the white uniform?
A. No.
Q. I'm sorry. Was that a no?
A. No -- yes.
Q. Okay. So did you leave the medical center after Richard was transferred off?
A. Yes.
Q. All right. So let me go back, then, and just identify all of the individuals that you identified for me.
You told me that you saw a man in blue scrubs sitting on a stool?
A. Yes.
MS. LOBEL: Form.

Q. (By Mr. Drahos) And as I recall your testimony, that's the only person you saw in the medical center?
A. Yes.
MS. LOBEL: Form.
Q. (By Mr. Drahos) And then you said there was a gentleman in a white uniform?
A. Yes.
Q. How many paramedics arrived to pick up Richard?
A. I saw two.
Q. Did you get their names by chance?
A. No.
Q. Anything about them that you can help --
A. I remember --
Q. -- who they were?
A. There was a man and a -- a lady and a man.
Q. Okay. So anyone else who you can identify being involved in Richard's transfer in the medical center other than the man you saw with the blue scrubs, the gentleman in the white uniform, and these two paramedics?
A. No. That is all I saw.

**Q. So does that mean you never saw a nurse at any point in time in the ship's medical center?**

A. I --

MS. LOBEL: Form.

A. I'm sure they were there. I didn't see them, because I was really just focusing on Richard. And I didn't -- I wasn't paying a lot of attention to everything else.

**Q. (By Mr. Drahos) Okay. So following Richard's transfer from the Harmony, did you speak to anyone else of the Royal Caribbean crew about Richard?**

A. No.

**Q. When is the next time you heard anything about Richard?**

A. I called Darren later that day, and he had just gotten to the hospital.

**Q. Did he tell you what hospital?**

A. He did not.

**Q. Did you get off the ship at any point in time that day?**

A. No.

**Q. Do you have any personal knowledge of the traffic in San Juan on February 21st, 2019?**

A. I do not.
**Q. What did Darren tell you during the phone call?**
A. That it was -- it seemed like it was taking forever, that --
**Q. What -- what was taking forever?**
A. The drive. And -- and he was very nervous. I -- it was easy to tell he was very nervous.
And he just said, It seems like it's taking forever.
**Q. Did he say anything at all about Richard's condition?**
A. He did not.
**Q. Did you observe whether or not Richard's condition changed at all during the time that he was in the medical center?**
A. I did not.
**Q. Did you learn anything else from Darren during this call?**
A. No.
**Q. When was the next time you heard anything about Richard?**
A. The next time -- the next time what?
**Q. Sorry.**

A. It's --
**Q. When was the next time you heard anything at all about Richard?**
A. It would have been the next day. We were in port the next day. I don't remember where we were, but I was in port and I talked to him on the phone --
**Q. Talked to who?**
A. -- the next -- to Darren the next day. So they would have gotten to the hospital afternoon.
And then the next day I talked to Darren. And he had said that Richard had a bad night.
**Q. Okay. Before we get there, can you go back to Defendant's Exhibit 1 for me, please.**
A. Yes. Yes. Yes.
**Q. Do you see there's a charge on February the 21st, 2019, at Starbucks for 11.72?**
A. 21 -- I do.
**Q. Would that have been the Starbucks that you had told me about that your husband went and got for you?**
A. Yes.
**Q. Or did you have a separate trip?**

A. No. It would have been --
Q. Okay. If, according to Royal Caribbean's records, you would have had 11 alcoholic drinks on February the 21st, 2019, would you have any reason to dispute that?
A. I would not.
Q. Okay. And if, according to Royal Caribbean's records, your husband would have had 23 drinks on February 21st, 2019, would you have any reason to dispute that?
A. No. No.
Q. So when you had this call with Richard -- I'm sorry -- Darren on February the 22nd and he said that he had gotten a little bit worse, did he give you specifics? Or he had -- I'm sorry.
He had told you that Richard had a bad night. Did he give you any specifics?
A. I cannot -- I remember we talked, and it seemed like he -- he said that the people at the hospital weren't monitoring Richard and that Darren was staying with him and he had to let them know that he had had another stroke.
Q. Darren had to tell the hospital that Richard had another stroke?

A. Yes.
MS. LOBEL: Form.
**Q. (By Mr. Drahos) And when he said the people at the hospital were not monitoring Richard, monitoring him medically?**
A. That --
MS. LOBEL: Form.
A. That's what I understood him to say. He was very upset because there wasn't anybody in there staying with him. So he was staying with him.
**Q. (By Mr. Drahos) What do you -- what do you mean? There was nobody from --**
A. The hospital staff staying in, taking care of Richard.
**Q. In the room?**
A. In the room. That's what I understood.
**Q. Did he give you any more details at all as it relates to Richard's medical condition?**
A. No.
**Q. Did you learn anything further about Richard's medical condition through the remainder of the cruise?**
A. No.

**Q. Have you seen Richard since the cruise?**
A. I have not.
**Q. Have you seen Darren?**
A. I have not.
**Q. Have you spoken to Richard?**
A. Yes, I have.
**Q. How many times?**
A. Probably six or eight. He doesn't -- he doesn't want to talk anymore because he's self-conscious about people understanding how he sounds.
**Q. Among the six to eight times, are you counting the prerecorded videos as well? Or are these separate conversations?**
A. Separate conversations.
**Q. So these are six to eight times where you specifically spoke to Richard?**
A. Yes.
MS. LOBEL: Form.
**Q. (By Mr. Drahos) And did you speak to him via FaceTime, Zoom? Or just regular old-fashioned telephone?**
A. Probably -- it was FaceTime.
**Q. FaceTime?**

A. Yes.

**Q. When's the last time you spoke to Richard?**

A. It has probably been eight months. I talked to Darren. And when he doesn't offer to let me talk to Richard, then I don't talk to him.

**Q. Okay. So why is it that you came to the number eight?**

A. Because I know -- that's a guess, but --

**Q. All right. So we are currently in -- what month is this: June? So does that mean that you last spoke to him in November?**

A. Probably, yes.

**Q. Did you speak to him over the Christmas holiday?**

A. He sends us a video. And then I text back to Darren, and Darren relays the information to him for me.

**Q. Does Richard ever text you independently of Darren?**

A. No.

**Q. Okay. So when you text Richard, you text Darren?**

A. I text Darren and then -- yes.

**Q. How often do you speak with Darren?**
A. At least once a month.
**Q. Do you initiate the calls each time or does he?**
A. I -- I am the one that initiates.
**Q. When's the last time you talked to Darren?**
A. I talked to Darren -- actually, I text him this -- this last weekend.
**Q. And what was the reason?**
A. Just to tell him that I got the video Richard sent me.
**Q. Did Richard send you a video thanking you for testifying in the case?**
A. Yes.
MS. LOBEL: Form.
**Q. (By Mr. Drahos) Do you still have that video?**
A. I do. I don't delete any of the videos that he sends me.
**Q. All right. I similarly would ask if you could please preserve those, and --**
A. I will.
**Q. Okay. Thank you.**
THE REPORTER: Do you mind if we take

a quick five-minute break?

MR. DRAHOS: Yeah. Of course. I know you've been going all day, man. Yeah.

THE VIDEOGRAPHER: We're off the record. The time is 4:41 p.m.

(A break was taken.)

THE VIDEOGRAPHER: We are back on the record. The time is 4:47 p.m.

**Q. (By Mr. Drahos) So, Ms. Landrum, thank you. We've -- we've gone for a while now. And the last question I always ask is really more of a courtesy for you.**

**Is there anything else that you want to tell me about this experience that you haven't already told me about, whether it's because I haven't asked you the right question or it's just something on your mind that you think would be important for me to know when I'm evaluating the situation?**

A. Well, the only thing that I can think of is the fact that I know that if we had known what was going on on that boat, we -- they could have gotten him off of there faster. There has to be a faster way. There was no way that should have taken that long.

It just seemed like we were all moving in slow motion. Nobody would say he's had a stroke. We need to get him out of here. Nobody acted like there was any emergency going on.

And I -- I felt like -- that's why I offered Darren to go get his bags. I felt like it was an emergency, and I wanted to help to get them out of there. But it probably wouldn't have helped, because I guess they didn't show up until he was done anyway.

But I just feel like something should -- something should have been different.

**Q. So if it was Royal -- if it's Royal Caribbean's position in this case that a request was made to have Richard transferred off of the ship within 30 minutes of his arrival to the medical center, do you have any information to specifically refute that --**

MS. LOBEL: Form.

**Q. (By Mr. Drahos) -- to say that definitely didn't happen or I --**

A. I have --

MS. LOBEL: Form.

A. -- no way to know that.

**Q. (By Mr. Drahos) Okay. Thank you,**

ma'am. Those are all the questions I have. My colleague now may have some follow-up.

EXAMINATION

BY MS. LOBEL:

Q. I do. I'm going to start with that last point.

You recall just now being asked if you knew of anything to dispute whether Royal Caribbean had made a request to get Richard off the vessel 30 minutes after being seen. Do you recall being asked that just now?

A. Yes.

Q. Okay. Would you agree with me that if that were actually the case, that means that Royal Caribbean knew that this was a medical emergency out the gate?

A. Yes.

Q. And would you agree with me that that also means that despite knowing that Richard was suffering from a medical emergency, it took them over three hours to get him to a -- to an ambulance to then take him to a hospital?

MR. DRAHOS: Object to the form.

A. Yes.

Q. (By Ms. Lobel) Would you agree with me

that three hours is a long time to get somebody to an ambulance when you're at a major U.S. metropolitan city?

MR. DRAHOS: Object to the form.

A. Yes.

Q. (By Ms. Lobel) Okay.

MR. DRAHOS: Ma'am, you got to let me object. So --

THE WITNESS: Sorry. I got --

MR. DRAHOS: -- if you can pause so I can have time to --

THE WITNESS: Okay.

MR. DRAHOS: -- do that. Thank you.

Q. (By Ms. Lobel) Yeah. Try to, after I ask my question, take a breath --

A. Got you.

Q. -- because he may object, okay?

A. Okay.

Q. All right. Thank you. All right. And you recall testifying that you saw a man wearing -- a tall man wearing a white uniform who appeared to be an officer, correct?

A. Yes.

Q. Okay. Did that gentleman at any point of time come into the room to physically examine

or check on Richard's condition?
MR. DRAHOS: Object to the form.
A. No.
Q. (By Ms. Lobel) Was there any indication to you that that tall gentleman was a medical -- medical professional?
A. No.
Q. And based off of what you recall overhearing, it was that this gentleman was in charge of getting Richard off the ship and then somebody by the name of Jennifer would handle the situation after Richard had already been taken off the ship?
MR. DRAHOS: Object to the form.
A. Yes.
Q. (By Ms. Lobel) Okay. And your recollection is that Suzie came to your room to let you know what happened -- strike that.
Your recollection is that at around 9:15 or so, Suzie came to your room to tell you that Richard had contacted her because he believed he was having a stroke?
A. Yes.
Q. Okay. And your husband's recollection, Mr. Landrum's recollection, is that

**you were still getting ready for the morning at that point of time. But you recall being already dressed?**
MR. DRAHOS: Object to the form.
A. Yes.
**Q. (By Ms. Lobel) Okay. Is it possible you were still gathering your things to get ready for the day? Or what's -- how do we resolve that discrepancy?**
MR. DRAHOS: Object to the form.
A. He might not have been ready, but I was. Because I would usually get up, put my bathing suit on, and that was all I had to do. But if he had gone to get the coffee, he might not have -- well, he would have been dressed.
But I don't remember there being -- I just remember leaving --
**Q. (By Ms. Lobel) Okay.**
A. -- as soon as she came.
**Q. Okay. And your recollection is that you were with Suzie and then your husband comes?**
A. No. We were all together.
**Q. Okay. You're all together by the time Suzie comes?**
A. He may have come in the room right

after she got there.
**Q. Okay.**
A. And she had told me. Then she tells him, and then -- yes, that -- that makes -- sorry.
**Q. Okay. And your recollection is that you got to the infirmary around 9:30 in the morning, correct?**
A. Yes.
MR. DRAHOS: Object to the form.
**Q. (By Ms. Lobel) Okay. And when you got to the infirmary -- and your recollection is that you got there more or less around 9:30 -- did you see a shipboard clock?**
A. Yes. There were clocks -- any time you wanted to know what time it was, there was always a clock in every room --
**Q. Okay.**
A. -- everywhere.
**Q. All right. Now, when you -- your testimony is when you get to the infirmary, the first person to get into the infirmary is Jimmie, correct?**
A. I believe Susan was in front of him.
**Q. Forgive me. All right. So the order**

of folks going into the infirmary and heading towards Richard is Suzie goes first?
A. Because she knew where to go. We did not.
Q. Okay. And then Jimmie's in front of you?
A. Yes.
Q. And then you're last in line?
A. Yes.
Q. And when you arrive, Joe is in the waiting room?
A. Yes.
Q. And Richard is also in the waiting room. And you believed he was filling out paperwork or doing something?
A. Darren, yes.
Q. Oh, sorry -- Darren. Excuse me.
So would it be fair to say that Suzie and Jimmie would have been able to see who, if anyone, was in the room before you?
A. Yes.
MR. DRAHOS: Object to the form.
Q. (By Ms. Lobel) Okay. So if Jimmie and Suzie recall seeing a female nurse in the room, they may have seen that and you didn't?

MR. DRAHOS: Object to the form.
A. Yes.
Q. (By Ms. Lobel) Okay. Did you talk to Joe or Darren when you first get down into the infirmary?
A. No.
Q. Okay. All right. Go into the room and you see Richard in the bed. The bed's propped up, correct?
A. That is what I remember.
Q. Okay. All right. And then you remain in the room with Richard until you leave the room. And there was a conversation with Darren, who's returned, and the officer, correct?
A. Yes.
Q. And did you go out because you hear Darren and then you join the conversation with the officer about packing up the bags?
MR. DRAHOS: Form.
A. I'm not exactly sure why I went out there. I may have looked out and seen him out there.
Q. (By Ms. Lobel) Okay.
A. There's no -- I don't remember that part.

Q. Would it be fair to say the medical center on the ship isn't a very large area?
A. No, it's not very --
MR. DRAHOS: Object to the form.
Q. (By Ms. Lobel) Okay. So if you hear voices, you'd be able to hear it even if you're -- strike that.
If there's voices in the waiting room, you'd be able to hear it from Richard's room?
A. Yes.
Q. Okay. And if there was somebody down the hall who was, you know, chitter-chattering or what, you'd be able to hear that, too, because of the short space?
A. Yes.
Q. All right.
A. Very small. Very tight.
Q. Okay. All right. And your recollection is you get out of the room with -- with Richard to speak with Darren and Suzie and the officer about packing approximately 10:30, 10:40?
MR. DRAHOS: Object to the form.
A. Yes.
Q. (By Ms. Lobel) Okay. And your

recollection is you were waiting in the -- strike that.
Your recollection is that you were in the room with Richard for about an hour?
A. Yes.
Q. Okay.
A. Yes.
Q. All right. Jimmie went to -- strike that.
There were points in time while you were in the room with Richard that Jimmie left to go find a doctor, correct?
A. That is correct.
Q. Okay. Was the first time that Jimmie left to go find a doctor in the medical center shortly after you had arrived in the infirmary to speak with Richard?
MR. DRAHOS: Form.
A. I think it was probably about 20, 25 -- 20 minutes probably --
Q. (By Ms. Lobel) Okay.
A. -- after we got in there.
Q. Okay. All right. Is the next time that Jimmie tries to find the doctor around the same time that you go speak with the officer?

A. When -- when I went to speak to Darren out there --

**Q. Yes.**

A. Yes. Yes.

**Q. Okay. Was there a conversation that you're going to -- you know, something to the effect of I'm going to go speak with Darren and go find the doctor?**

A. We never really talked about it.

**Q. Okay.**

A. We were kind of all just doing our own thing --

**Q. Okay.**

A. -- and --

**Q. Okay. All right. And at any point of time that you were in the room with Richard, did any doctor come?**

A. No.

**Q. Okay. Did anyone from the infirmary provide any information about what they believed was wrong with -- with Richard? Forgive me.**

MR. DRAHOS: Object to the form.

A. No.

**Q. (By Ms. Lobel) Okay. At any point of time, did anyone from Royal Caribbean indicate to**

you what Royal Caribbean believed was going on with Richard?

MR. DRAHOS: Object to the form.

A. No.

Q. (By Ms. Lobel) Okay. And your recollection is the next major event that you witnessed was the paramedics coming onto the vessel shortly before or just before noon?

A. Yes.

Q. Okay. I believe you said, like, 11:45 or something --

A. Yes.

Q. -- to that effect?

A. Yes.

Q. Okay. Now, there was a period of time when the paramedics come onto the ship and then Richard -- Richard indicates he needs to use the restroom before he leaves?

A. Yes.

Q. Okay. And Richard mentioned to the family that he -- he didn't want to leave and was wondering if he could stay on the ship. You recall that?

A. Yes.

Q. Okay. Did it seem to you that Richard

**was in denial about the severity of the situation out of fear?**

MR. DRAHOS: Object to the form.

A. It's possible. But it's also -- I mean, I -- I just felt like he was scared and, you know, you're leaving all of us. He's leaving all of us, and we're all there together. And he's going off somewhere he doesn't know. He doesn't know what's going to happen, so he was really scared.

And he just wanted to stay there with all of us. But he knew he couldn't. He just --

**Q. (By Ms. Lobel) Okay. Now, you recall testifying in the beginning of the deposition that you felt like this is -- this major event was like a blur and oh-wow kind of a situation: Did that just happen? Do you recall that?**

A. Yes.

**Q. Was it a blur in that it was fast because folks from Royal Caribbean were running around all over the place --**

MR. DRAHOS: Object to the form.

**Q. (By Ms. Lobel) -- moving quickly?**

MR. DRAHOS: Object to the form.

A. No.

Q. (By Ms. Lobel) Was it the family who you felt like was running around trying to get organized to get off the ship and following Royal Caribbean's instructions?
A. Yes.
MR. DRAHOS: Object to the form.
Q. (By Ms. Lobel) Was it really Darren who was forced to run around the ship constantly during the three hours before Richard was taken off the ship?
A. Yes.
Q. And Jimmie also at one point left to go upstairs because --
A. Yes.
Q. -- there was a need for passports --
A. Yes.
Q. -- correct?
A. That's correct.
Q. Okay. Now, you've testified that you and Richard are very close with each other, correct?
A. Yes. Yes.
Q. And you testified shortly before I started asking you questions that you received a text with a video having to do with thanking you

**for your involvement in this case. Do you recall that?**
A. Yes.
**Q. Is the video thanking you for your testimony, or is it thanking you for meeting with his lawyers?**
A. Just thanking us for taking the time. That's -- I didn't read anything into it. It just --
**Q. Okay.**
A. -- sounded like Richard being --
**Q. Okay.**
A. -- thanking us.
**Q. Okay.**
A. I guess he thinks we didn't have to do it. But I think we did.
**Q. Well, you were under a subpoena, correct? So you had to show up, correct?**
A. That's what I mean. I don't know that he knew that.
**Q. Okay. Richard's not physically capable of texting, correct?**
A. No.
**Q. He's got a situation with his hands where they're very rigid, correct?**

A. Yes.
**Q. He can't move his hands like a normal person can with the agility with their fingers --**
A. No.
**Q. -- correct?**
A. No, he can't.
**Q. Are you aware that Richard actually gets injections to try to relax the muscles in his hands?**
A. Yes.
**Q. You learned that from Darren, correct?**
A. I may have learned it from Richard, talking to Richard on the phone --
**Q. Okay.**
A. -- because I didn't understand why he would need the injection.
He said -- he told me, It helps my hands.
**Q. Okay.**
A. And then Darren would have followed up with the rest.
**Q. Okay. Is Richard able to communicate with the level of sophistication that he used to before this incident?**
A. Absolutely not.

**Q. What's changed in the level of ability Richard has in communicating with others?**
A. Well, he feels very uncomfortable talking, because it's -- it's slower and it takes him longer to get what he wants to say out. He's -- I mean, he speaks very well now compared to what it was, but it's still not what he was used to.
**Q. Okay.**
A. And I believe that's just hard for him to accept: that he's not what he used to be.
**Q. If a stranger were to meet Richard now and hear him speak, would you notice if something's wrong with his ability to speak?**
MR. DRAHOS: Object to the form.
A. Yes.
**Q. (By Ms. Lobel) He doesn't sound like a normal person anymore?**
A. No.
**Q. Okay.**
A. And it takes him a long -- it takes him a few minutes to get the words together and get them out. But now that I've listened to him talk quite a bit from the videos that I have, so I can tell that it's better. But it's still

not -- someone else wouldn't really necessarily understand.
Q. Okay. To your knowledge, can Richard walk by himself now?
A. No, he can't.
Q. Okay. Can Richard stand up by himself now?
A. No.
Q. Okay. Are you aware that Richard requires a device to hold him up in order to stand?
A. Yes.
MR. DRAHOS: Object to the form.
Q. (By Ms. Lobel) Okay. Are you aware that Richard is more recently learning to try to move his feet a little bit to push the device that holds him to stand so he can move a little bit?
MR. DRAHOS: Object to the form.
A. Yes.
Q. (By Ms. Lobel) Okay. Is Richard predominantly spending his time in either a wheelchair or a chair?
MR. DRAHOS: Object to the form.
A. I would say -- yeah, yes.

**Q. (By Ms. Lobel) Okay.**

A. Because he doesn't stay in the bed all day. I know he gets up, and he has a routine: takes his shower, does all -- I mean, he has a routine, and -- eats breakfast.

But -- and I know Darren takes him outside and let's him sit on the porch. And he actually pulls weeds. Darren's very proud of the fact that he can push him outside and he can -- because he liked to work in the yard and things and he can't do that anymore. So Darren has a little bed that he lets him weed, and he says he's doing a really good job. So -- but it's nothing like -- Darren's just trying to make him happy.

**Q. All right. When you said just now that Richard has a routine where he gets out of bed, he showers, he has breakfast, in order to do this routine, does Darren have to help him with everything?**

A. Absolutely.

MR. DRAHOS: Object to the form.

**Q. (By Ms. Lobel) When -- when Richard gets out of bed in the morning, does somebody have to help him physically to get out of bed?**

A. Yes.
Q. To shower -- can Richard shower alone?
MR. DRAHOS: Object to the form.
A. No.
Q. (By Ms. Lobel) Does Richard -- strike that.
Does Darren have to assist Richard physically into the shower so he can assist Richard with bathing?
A. Yes.
Q. To use the bathroom -- and not to be impolite, but to use the toilet, does Richard need assistance to physically get on the toilet so he can relieve himself throughout the day?
A. Yes.
Q. Okay. To eat, does Richard prepare his meals?
A. No.
MR. DRAHOS: Object to the form.
Q. (By Ms. Lobel) Does Darren prepare all of Richard's meals?
A. He does.
Q. Does Darren dress Richard?
A. He does.
Q. Okay. In order for Richard to get

through his day from start to finish, does Richard rely on Darren?
A. 100 percent.
Q. Has Darren been taking care of Richard pretty much every single day since the moment this incident happened on February 21st of 2019?
A. Absolutely.
Q. Did Darren have to retire from his job earlier than he wanted to in order to care for Richard?
A. He did.
MR. DRAHOS: Object to the form.
Q. (By Ms. Lobel) Okay. Based off of your conversations or observations of Darren, has this been a very stressful change in Darren's life?
MR. DRAHOS: Object to the form.
A. He tries to act like it's not, but I can tell that it is --
Q. (By Ms. Lobel) Okay.
A. -- just from talking to him.
Q. Can you tell that Darren is very -- has been worn down since the moment this day happened to today?
MR. DRAHOS: Object to the form.

A. He just tries to act like it's not that way, but I know it is. I know it's hard, because we talk about the -- the routine day and what he does.

And it's gotten bigger because now he doesn't get the treatment. He was getting some treatment now that he's not getting, and so Darren's having to do all that. You know, the people that were teaching -- that were working with his speech and the people that have been coming doing his physical therapy and different things -- Darren is having to do all of that now.

So that -- I know that's a lot. I can't imagine.

**Q. (By Ms. Lobel) Has Darren's responsibilities to care for Richard increased or decreased since this happened?**

A. Increased.

**Q. All right. Has Darren had a break since the day this has happened from this change in both of their lives?**

MR. DRAHOS: Object to the form. Sarah, can I have a standing objection as it relates to Darren? I just don't want to keep objecting.

MS. LOBEL: That's fine. Whatever you want.
Q. (By Ms. Lobel) You may answer.
A. What --
Q. (By Ms. Lobel) Has -- has Darren had a break from caring for Richard and dealing with Richard's changed condition since February 21st, 2019, through the present?
A. No.
Q. Okay. Forgive me for not asking this earlier. Did the tall gentleman in the white officer uniform -- did he have a Eastern European accent?
A. He did.
Q. Okay. And do you recall whether or not -- and forgive me if you said this, I just don't recall -- did the officer that you saw -- was he a tall person or a short person?
A. He was tall.
Q. Okay.
A. Much taller than my husband.
Q. How tall is your husband?
A. I want to --
Q. About.
A. -- probably 6'4".

**Q. Your husband's 6'4"?**
A. No. I don't know. 6'2".
**Q. Okay.**
A. 6'1" --
**Q. Let's do it this way. How tall are you?**
A. I'm -- I'm 5'4," and he's a little taller than me.
**Q. Okay.**
A. And this gentleman was taller than him.
**Q. Okay. All right.**
A. I don't know. I should know.
**Q. Your husband's not a short person. Would that be fair to say?**
A. It would be fair.
**Q. Okay. If you wear high heels, he's taller than you, right?**
A. Yes.
**Q. Okay.**
A. I don't do measurements well.
**Q. All right.**
A. But he would probably say 6'8".
**Q. Are you saying that because your husband's an exaggerator or a joker?**

A. Both. A little of both.
**Q. All right. Is anything that you've heard your husband talk about this incident an exaggeration?**
A. No. Absolutely not.
**Q. All right. I just want to -- in all seriousness.**
A. And his recollection is really -- and he was a lot more involved. My -- that wasn't my role. His role was to kind of -- that's what he does. But my role was just to -- to be with Richard.
**Q. Okay. All right. If I could have you look briefly at Defendant's Exhibit 1 and turn your attention to -- forgive me, I got to count pages -- page 1, 2, 3, 4 -- okay, of page 5. This is part of your account.**
**Do you see there's a section -- it's not towards the middle, but it's kind of towards the middle -- where it says DINING?**
A. Oh. Wonderland, yeah.
**Q. And it says, WONDERLAND?**
A. That's where it was.
**Q. Okay. But it says, 2/19/2019, which would have been the day before -- the night**

**before this incident happened?**
A. Right.
**Q. Okay. Is it possible that you're not recalling correctly when that dinner happened if it was the night before --**
A. Or the night before that.
**Q. -- or two that -- correct. Two nights before --**
A. Okay. So it was two nights.
**Q. Do you know?**
A. Oh, absolutely that could happen. I just --
**Q. Okay.**
A. -- remembered that we went together.
**Q. Okay.**
A. And so yes. And then Wonderland is where we went, yes.
**Q. Okay. All right. Would it be fair to say that the days on a cruise, in your experience of cruising, can start to blend together?**
A. They absolutely do. Especially when you look at all these dates.
**Q. Okay. Was the day this incident happened memorable?**
MR. DRAHOS: Object to the form.

A. Absolutely.
**Q. (By Ms. Lobel) Is the reason why you have a better recollection of what happened the day Richard had his stroke because that was a highly unusual scenario for you on an average day, regardless of where you are in the world?**
A. Yes.
MR. DRAHOS: Object to the form.
**Q. (By Ms. Lobel) All right.**
A. And now that I think about it, we were off the boat the day before where we -- oh, see, I get -- it all gets turned around. But if we were off the boat the day before, we wouldn't have gone to -- anyway. Okay.
**Q. So if you went to Saint Martin on -- forgive me -- if you went to Saint Martin on February 20th, 2019, the day before Richard started having stroke symptoms and was ultimately taken off the ship after a three-hour wait --**
A. Yes. That would --
**Q. -- are you saying you wouldn't have had that dinner?**
A. We wouldn't have --
MR. DRAHOS: Object to the form.
A. -- gone to Wonderland that --

**Q. (By Ms. Lobel) Okay.**
A. -- day, because we would have been off the boat and then come back, get ready, and gone out. We wouldn't have done that. So that does --
**Q. Okay.**
A. -- make more sense --
**Q. Okay.**
A. -- to -- okay.
**Q. Okay. Now, there's been a lot of talk about how many drinks you and your family have had during this cruise, correct?**
A. Yes.
**Q. All right. The day of this incident, that morning, did you have anything to drink?**
A. No.
**Q. Were you hungover?**
A. No.
**Q. Was -- was your husband?**
MR. DRAHOS: Object to the form.
A. No.
**Q. (By Ms. Lobel) Had your husband had anything to drink by the time you all first heard that Richard thought he was having a stroke through the time that he was taken off the ship?**

MR. DRAHOS: Object to the form.
A. No.
**Q. (By Ms. Lobel) If there were --**
A. Unless it was coffee.
**Q. Okay.**
A. He may have had some coffee.
**Q. (By Ms. Lobel) So the only -- the records with all these drinks later -- that would have been after Richard had already left the ship with Darren?**
A. Yes.
**Q. All right.**
A. Absolutely.
**Q. Okay. And is the idea, you know, behind all these drinks is letting loose on a cruise and having a vacation?**
A. And meeting up with old friends.
**Q. Okay.**
A. And, you know, that's what it -- that's definitely what we do.
**Q. Okay.**
A. It's just a nice, fun time.
**Q. Now, if Richard had a whole bunch of drinks the first night of the cruise, is it your understanding that Richard sometimes would get**

drinks for other people to have?
MR. DRAHOS: Object to the form.
A. Yes. I've seen him get he and Darren a drink.
Q. (By Ms. Lobel) Okay.
A. And I've seen Darren drink.
Q. Okay. Have you seen Richard buy drinks for other people other than Darren?
MR. DRAHOS: Object to the form.
A. I've never noticed that at all. I never paid any attention --
Q. (By Ms. Lobel) Okay.
A. -- to what he was doing --
Q. (By Ms. Lobel) So it's possible he might have done, correct?
A. It might.
MR. DRAHOS: Object to the form.
A. Yes, he might have.
Q. (By Ms. Lobel) Okay. And if Darren had, I don't know, ten drinks or had ordered -- there's records that he ordered ten or plus drinks, did Darren -- sorry. Strike that.
If Richard had ordered ten-plus drinks, do you know if Richard would necessarily finish every single beverage?

MR. DRAHOS: Object to the form.
A. I wouldn't know that.
**Q. (By Ms. Lobel) The last time you had personally seen Richard before you went to bed on the first night of the cruise, did Richard seem like he was in control of himself?**
A. He did.
**Q. He was still relaxed and having fun, though, with everybody, correct?**
A. Yes. Very much so.
**Q. All right.**
A. Because it's our first night to get back together. And, like I said, we've met so many people and we go back and back. And so he -- we all get to see each other, and it's just a lot of fun. And he always enjoyed all the people.
**Q. Okay. And after that first night on the cruise, Richard didn't have any other drinks, correct, to your knowledge?**
A. I never saw him --
MR. DRAHOS: Object to the form.
A. -- drink.
**Q. (By Ms. Lobel) Okay. Did you hear of anyone tell you that Richard had any other**

alcoholic beverages after that first night?
MR. DRAHOS: Object to the form.
A. No.
Q. (By Ms. Lobel) Okay. Was it Richard's practice to only drink on one night of the cruise and that's it?
A. That -- yes. And that had just started, like, the year before, maybe two years before, because before that he never drank the entire time.
Q. Okay. Was, to your knowledge, Richard the sort of person that if he had a drink, that he would fall off his sobriety and have issues with alcohol after the one day he would let loose?
MR. DRAHOS: Object to the form.
A. I don't see that being him at all.
Q. (By Ms. Lobel) Had Darren ever told you that?
A. No.
Q. Okay. Are you aware that Darren at some point in time gave Richard a hard line of You need to get your act together with alcohol or I'm leaving?
A. Absolutely.

**Q. Okay. And do you recall approximately when that was?**
A. I wouldn't have known when it happened.
**Q. Okay.**
A. But I knew -- it's been at least 20 years.
**Q. Okay.**
A. And I would have known after the fact, not when it happened.
**Q. Sure. Understood. Your husband testified that Richard and Darren had come to Alabama to visit you before the family started cruising together with Richard and Darren; is that correct?**
MR. DRAHOS: Object to the form.
A. Yes. I -- it may have been before. I don't --
**Q. (By Ms. Lobel) Okay.**
A. -- really know where it fit in there.
**Q. Okay.**
A. But yes, they had been to our house a few times.
**Q. Okay. Before you started cruising together?**

MR. DRAHOS: Object to the form.
A. I don't know if it was before they -- we started cruising or during.
**Q. (By Ms. Lobel) Okay.**
A. One, I know, was within the last ten years --
**Q. Okay.**
A. -- because they were there at our house. The other time we came -- they came, they stayed in our house next door.
**Q. Okay. And -- and when you say our house and the house next door, at some point of time, you and your husband purchased the property next to a property you had previously owned where you currently live?**
A. Yes.
**Q. If that --**
A. That's right.
**Q. -- makes sense. Okay. All right.**
**All right. And I did meet with you and your family at your house on Sunday, correct?**
A. Yes.
**Q. Okay. And I asked you questions similar to the way we're asking -- me and opposing counsel have been asking questions today**

about what happened?
A. Yes.
Q. Okay. Did I tell you what to say?
A. No.
Q. Did I suggest to you or anyone in the family what the time line is and rehearse what everyone's times are?
A. No. You said, Tell the truth.
Q. Okay. And did I speak to the group together at one point of time?
A. Yes.
Q. Okay. And I also asked individual questions to individual people while I was at the house, too, correct?
A. Yes.
Q. Okay. And people did come and go to get drinks, use the restroom, check on the golf game, go to the kitchen, make some phone calls, and things like that, too --
A. Yes.
Q. -- correct?
A. That did happen.
Q. Okay. I didn't come to your house to hang out, correct?
A. No.

Q. And I --
A. It felt like it, but it wasn't -- that wasn't the point.
Q. I understand. And -- and I asked questions, also, not just about what happened on the ship, but I also asked questions about things about Richard both before and -- and how he is after, too, correct?
A. Yes.
Q. And I also asked the family as a group what they knew about how Richard has changed both before and after --
A. Yes.
Q. -- correct? Okay.
Now, as somebody who's very close to Richard for a very long time, what do you think Richard has lost as a result of this incident?
A. He's lost everything except Darren. He just -- he just can't do anything. It's just sad. It breaks my heart.
And I -- I can't reconcile in my head how it happened, because I -- he left the boat that day and he was fine. I mean, he wasn't fine, but, you know, he was Richard. Now he's not Richard anymore.

**Q. Okay.**

A. And I can't talk to him. I -- I want to go see him, but I -- you know, I don't know how that would go, so -- and before, I wouldn't have thought a thing about that.

He can't come to see us. They were planning to come see us, and they had to cancel it because -- so this happened in February. They were supposed to come that summer and, of course, they couldn't come. So I'm sure they'll never come back.

Anyway, it's just -- he's lost everything. Now he's just -- and I know it upsets him, and I know he talks to Darren about why -- how bad off, you know, how he is and that he feels bad that Darren has to -- given his life to take care of him. But Darren never complains. He's always just as happy as he can be.

And I know that he feels like a burden. I know him and Richard would never want to feel like that, because he's strong. He was strong; he was independent. He's been independent his whole life. And -- and now he's not.

So it's just sad.

**Q. Was independence something that was important to Richard?**

A. Absolutely. His family wasn't close with him.

**Q. Why was that?**

A. Because he was gay.

**Q. Okay.**

A. And they didn't like that.

Well, his mother was always supportive. His dad wasn't. He had an older brother that was not nice to him. His two sisters probably didn't care.

But he and his youngest sister had a very -- Richard was very opinionated, and he'd argue with you. He was going to tell you what he thought no matter what you thought. And so he and his sister probably had words at some point, so they weren't speaking for a little while. But she was -- she was supportive of him.

But his life -- you know, he moved out early. And he always had to take care of himself, so he did.

**Q. Was the fact that Richard grew up in a culture where he wasn't necessarily accepted for who we was force him to be a stronger person --**

A. Absolutely --
MR. DRAHOS: Object to the form.
**Q. (By Ms. Lobel) Okay.**
A. He absolutely -- he was strong. He is -- he wouldn't be here today if he weren't, though, because of what he's been through.
**Q. Was Richard's strong sense of independence -- did that develop as a result of him being different from everybody else in the family?**
MR. DRAHOS: Object to the form.
A. Yes.
**Q. (By Ms. Lobel) Okay.**
A. And he made a very strong connection -- Jimmie and I have a son that's gay, and he made a very strong bond with him. He understood.
What he didn't really understand is that nowadays it's different. When he was -- when it was back then, he was treated -- he wasn't treated right. And he was mistreated by a lot of people. And nowadays that isn't as prominent as it was then. So he felt like he could be support.
**Q. Okay. All right. And have you**

**noticed since this has happened with Richard his sense of loss of independence and the hurt that is associated with that loss?**

A. Yes. I just know him. I know his heart. I know what he's -- I just know that he -- he can't do anything.

He was busy. He stayed busy all the time. He never sat; he was always doing things. Like, even when he came to the house, he would go walking and he'd get in the lake and just swim. And, I mean, he didn't sit still much.

And on his off days, he was doing things for his clients that nobody would do. And he was just very -- he was very much a giver.

And now he just can't. He can't -- he just can't do it.

**Q. Okay. Thank you, Mrs. Landrum. I appreciate it.**

A. I'm sorry. I didn't mean to do that.

**Q. You don't need to apologize to me.**

MR. DRAHOS: Mrs. Landrum, you have the right to read the transcript to make sure that everything that you said was taken down accurately by the court reporter. Or you can waive that right. It's up to you.

If you choose to read the transcript, you have to coordinate that with the court reporter yourself. The -- the lawyers don't get involved.

THE WITNESS: I'll waive, then.

MR. DRAHOS: Okay. Everyone else has waived, so don't -- all right. That's it. You're done.

THE WITNESS: Okay. I know you all are ready to go home.

THE VIDEOGRAPHER: This ends the deposition of Ilene Landrum. The time is now 5:24 p.m.

THE REPORTER: Ms. Lobel, same order?

MS. LOBEL: Yeah.

THE REPORTER: Mr. Drahos, same order?

MR. DRAHOS: Yes.

(Deposition ended at 5:24 p.m.)

C E R T I F I C A T E

STATE OF ALABAMA )
JEFFERSON COUNTY )

I hereby certify that the above and foregoing deposition was taken down by me in stenotype, and the questions and answers thereto were reduced to computer print under my supervision, and that the foregoing represents a true and correct transcript of the deposition given by said witness upon said hearing.

I further certify that I am neither of counsel nor of kin to the parties to the action, nor am I in anywise interested in the result of said cause.

______________________________

Jason Kobielus, Commissioner
ACCR #668 - Expires September 30, 2022
RPR #990854 - Expires December 31, 2022