EXHIBIT K

01122

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

RICHARD BURGESS, Individually, and by and through DARREN HENZE as Guardian of the Person and Estate of Richard Burgess, incapacitated and as agent under that certain durable power of attorney dated November 20, 2006.

Plaintiffs,

v.

ROYAL CARIBBEAN CRUISES LTD., a Liberian Corporation d/b/a ROYAL CARIBBEAN CRUISE LINE and/or ROYAL CARIBBEAN INTERNATIONAL, JOAO PEREIRA, MICHIEL ADRIAAN ETSEBETH.

Defendants.

_______________________________/

CASE NO: 1:20-cv-20687-OTAZO-REYES

a0014882
12/22/155

**SUBPOENA DUCES TECUM WITHOUT DEPOSITION**

**TO:** Verizon Wireless Services, LLC
c/o C T Corporation System
1200 South Pine Island Road
Plantation, FL 33324

**HIPAA NOTICE:** In accordance with the provisions of 45 C.F.R. 164.512(e)(1), we have previously notified Plaintiff's counsel of our request for the above referenced information pursuant to a Notice of Production from Non-Party dated this 19th day of January, 2022. This Notice included sufficient information about the above-captioned matter to provide an opportunity for the Plaintiff to raise an objection with the Court.

**YOU ARE COMMANDED TO MAIL TO** Michael J. Drahos, Esquire, GrayRobinson, P.A., 515 N. Flagler Drive, Ste 650, West Palm Beach, FL 33401, ***within ten (10) days of service hereof***, the following:

> **ANY AND ALL RECORDS for phone calls and text messages sent/received by Richard Burgess (cell number 717-818-7001) between the time period of February 16, 2019 through February 25, 2019 and all phone calls and text**

**messages sent/received by Darren Henze (cell number 717-578-4490) between the time period of February 16, 2019 through February 25, 2019.**

**IN AN EFFORT TO AVOID ANY DISCREPANCIES AND DUPLICATION OF RECORDS, IT IS HEREBY REQUESTED THAT A COPY OF THIS SUBPOENA BE ATTACHED TO YOUR RECORDS.**

**You must produce each and every piece of paper contained in your files regarding the patient, whether or not prepared by you (i.e., including letters or records sent to you from other healthcare providers.)**

**Pursuant to Florida Statutes 456.057(17) and Florida Administrative Code §64B8-10.003, a fee of $1.00 per page for the first twenty-five (25) pages and .25 cents per page for each additional page will be paid for the photocopying of said records. IF THE FEE FOR PHOTOCOPYING EXCEEDS FIFTY ($50.00) DOLLARS, PLEASE CONTACT THE UNDERSIGNED IN ADVANCE OF THE COPYING FOR AUTHORIZATION TO DO SO. If it is necessary to have the fee paid in advance or if the records cannot be gathered by the appointed date, please contact the undersigned on or before the date on the Subpoena and arrangements will be made.**

You have the right to object to the production pursuant to this Subpoena at any time before production by giving written notice to the attorney whose name appears on this Subpoena. **THIS WILL NOT BE A DEPOSITION, NO TESTIMONY WILL BE TAKEN.**

If you fail to: (1) furnish the records; or (2) object to this Subpoena, you may be in contempt of Court. You are subpoenaed by the attorney whose name appears on this Subpoena and unless excused from this Subpoena by the attorney whose name appears on this Subpoena or the Court, you shall respond to this Subpoena as directed.

DATED this 19th of January, 2022.

MICHAEL J. DRAHOS, Esquire
For the Court

*/s/ Michael J. Drahos, Esquire*
Florida Bar No.: 0617059
GRAYROBINSON, P.A.
515 North Flagler Drive, Suite 650
West Palm Beach, Florida 33401
Telephone: (561) 268-5727
Facsimile: (561) 268-5745

*Counsel for Royal Caribbean Cruise Ltd.*

verizon
VERIZON SECURITY SUBPOENA COMPLIANCE
180 WASHINGTON VALLEY ROAD
BEDMINSTER NJ 07921
Phone: 800-451-5242 Fax:888-667-0028

March 23, 2022

GRAY ROBINSON
515 N FLAGLER DR STE 650
WEST PALM BEACH FL 33401

**Verizon Case #: 22124616**
**Docket / File #: 1:20-cv-20687-OTAZO-REYES**

State of Texas

ss:

County of Tom Green

I, RICHARD LUNA, being duly sworn, depose and say:

I am the custodian of records for Verizon, and in that capacity, I certify that the attached 7 pages of records are true and accurate copies of the records created from the information maintained by Verizon in the actual course of business. It is Verizon's ordinary practice to maintain such records, and that said records were made contemporaneously with the transaction and events stated therein, or within a reasonable time thereafter.

/s/ RICHARD LUNA

Certification following USCS Federal Rules of Evidence Rule 902 & 803.

verizon

PO BOX 489
NEWARK, NJ 07101-0489

| | |
|---|---|
| **Billing period** | Jan 19, 2019 - Feb 18, 2019 |
| **Account number** | 220727645-00001 |
| **Invoice number** | 7807341976 |

**See last page for payment options and how to split your bill.**
Questions? Visit vzw.com/contactus

verizon

Billing period Jan 19, 2019 to Feb 18, 2019 | Account # 220727645-00001 | Invoice # 7807341976

# Darren L Henze

717.578.4490 |

## Talk activity - continued

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Feb 13 | | | | | | | | |

verizon

Billing period Jan 19, 2019 to Feb 18, 2019 | Account # 220727645-00001 | Invoice # 7807341976

# Richard Burgess

717.818.7001 |

## Talk activity - continued

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Feb 15 | | | | | | | | |
| Feb 16 | 1:47 PM | 717.755.8615 | Fort Laude, FL | York, PA | 2 | -- | -- | -- |

verizon

PO BOX 489
NEWARK, NJ 07101-0489

| | |
|---|---|
| **Billing period** | Feb 19, 2019 - Mar 18, 2019 |
| **Account number** | 220727645-00001 |
| **Invoice number** | 7820906554 |

**See last page for payment options and how to split your bill.**
Questions? Visit vzw.com/contactus

# Darren L Henze

717.578.4490 |

## Talk activity

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Feb 21 | 2:44 PM | 787.667.5305 | San Juan/, PR | San Juan, PR | 3 | -- | -- | -- |
| Feb 21 | 2:57 PM | 855-5364658 | Guaynabo/, PR | Toll-Free, CL | 1 | -- | -- | -- |
| Feb 21 | 3:07 PM | Unavailable | Guaynabo/, PR | Incoming, CL | 2 | -- | -- | -- |
| Feb 21 | 3:49 PM | 800-3315224 | Guaynabo/, PR | Toll-Free, CL | 2 | -- | -- | -- |
| Feb 21 | 3:50 PM | 800-3315224 | Guaynabo/, PR | Toll-Free, CL | 1 | -- | -- | -- |
| Feb 21 | 3:51 PM | 800-4228330 | Guaynabo/, PR | Toll-Free, CL | 10 | -- | -- | -- |
| Feb 21 | 4:02 PM | 787.653.3108 | Guaynabo/, PR | Puerto Ric, PR | 1 | -- | -- | -- |
| Feb 21 | 4:10 PM | 787.400.6361 | Guaynabo/, PR | Puerto Ric, PR | 1 | -- | -- | -- |
| Feb 21 | 4:23 PM | 787.667.5305 | Guaynabo/, PR | San Juan, PR | 1 | -- | -- | -- |
| Feb 21 | 4:24 PM | 787.653.1111 | Guaynabo/, PR | Puerto Ric, PR | 6 | -- | -- | -- |
| Feb 21 | 4:45 PM | 787.653.3434 | San Juan/, PR | Caguas, PR | 1 | -- | -- | -- |
| Feb 21 | 4:46 PM | 787.653.3434 | San Juan/, PR | Caguas, PR | 5 | -- | -- | -- |
| Feb 21 | 5:25 PM | 787.653.3434 | Guaynabo/, PR | Puerto Ric, PR | 2 | -- | -- | -- |
| Feb 21 | 6:12 PM | 717.818.7001 | Guaynabo/, PR | York, PA | 1 | -- | -- | -- |
| Feb 21 | 6:13 PM | Unavailable | Guaynabo/, PR | Incoming, CL | 1 | -- | -- | -- |
| Feb 21 | 6:56 PM | 717.818.7001 | Guaynabo/, PR | York, PA | 1 | -- | -- | -- |
| Feb 21 | 9:21 PM | 786-5386502 | Puerto R/, PR | Incoming, CL | 2 | -- | -- | -- |
| Feb 22 | 8:40 AM | 717-4518897 | Puerto R/, PR | Hanover, PA | 1 | -- | -- | -- |
| Feb 22 | 8:53 AM | 305-7420036 | Puerto R/, PR | Miami, FL | 1 | -- | -- | -- |
| Feb 22 | 8:56 AM | 305-7420036 | Puerto R/, PR | Miami, FL | 2 | -- | -- | -- |
| Feb 22 | 9:12 AM | 305-7420036 | Puerto R/, PR | Incoming, CL | 3 | -- | -- | -- |
| Feb 22 | 9:14 AM | 717-2077206 | Puerto R/, PR | Lancaster, PA | 1 | -- | -- | -- |
| Feb 22 | 9:18 AM | 717-7814710 | Puerto R/, PR | Incoming, CL | 4 | -- | -- | -- |
| Feb 22 | 10:34 AM | 717-7814710 | Puerto R/, PR | York, PA | 3 | -- | -- | -- |
| Feb 22 | 11:07 AM | 717-4950360 | Puerto R/, PR | York, PA | 15 | -- | -- | -- |
| Feb 22 | 11:24 AM | 717-5722516 | Puerto R/, PR | Lancaster, PA | 10 | -- | -- | -- |
| Feb 22 | 11:35 AM | 228-3232362 | Puerto R/, PR | Incoming, CL | 5 | -- | -- | -- |
| Feb 22 | 12:09 PM | 717-7814710 | Puerto R/, PR | Incoming, CL | 6 | -- | -- | -- |
| Feb 22 | 12:22 PM | 787-7177502 | Puerto R/, PR | Incoming, CL | 3 | -- | -- | -- |
| Feb 22 | 12:31 PM | 678-2309158 | Puerto R/, PR | Incoming, CL | 1 | -- | -- | -- |
| Feb 22 | 12:34 PM | 678-2309158 | Puerto R/, PR | Incoming, CL | 7 | -- | -- | -- |
| Feb 22 | 1:18 PM | 717-7814710 | Puerto R/, PR | York, PA | 2 | -- | -- | -- |
| Feb 22 | 1:49 PM | 717-3323945 | Puerto R/, PR | York, PA | 14 | -- | -- | -- |
| Feb 22 | 2:18 PM | 787-4048875 | Puerto R/, PR | Incoming, CL | 1 | -- | -- | -- |
| Feb 22 | 2:20 PM | 717-5722516 | Puerto R/, PR | Lancaster, PA | 3 | -- | -- | -- |
| Feb 22 | 2:26 PM | 717-7814710 | Puerto R/, PR | York, PA | 1 | -- | -- | -- |
| Feb 22 | 2:33 PM | 717-7814710 | Puerto R/, PR | York, PA | 5 | -- | -- | -- |
| Feb 22 | 3:00 PM | 703-4181234 | Puerto R/, PR | Alexandria, VA | 4 | -- | -- | -- |
| Feb 22 | 3:05 PM | 717-7814710 | Puerto R/, PR | York, PA | 2 | -- | -- | -- |
| Feb 22 | 3:10 PM | 717-3323945 | Puerto R/, PR | Incoming, CL | 2 | -- | -- | -- |
| Feb 22 | 3:12 PM | 717-7814710 | Puerto R/, PR | Incoming, CL | 1 | -- | -- | -- |
| Feb 22 | 3:16 PM | 717-7814710 | Puerto R/, PR | York, PA | 1 | -- | -- | -- |
| Feb 22 | 4:31 PM | 410-2157937 | Puerto R/, PR | Baltimore, MD | 8 | -- | -- | -- |
| Feb 22 | 4:40 PM | 717-5787114 | Puerto R/, PR | York, PA | 8 | -- | -- | -- |
| Feb 22 | 4:47 PM | 717-7814710 | Puerto R/, PR | York, PA | 18 | -- | -- | -- |
| Feb 22 | 5:07 PM | 787-6533108 | Puerto R/, PR | Caguas, OO | 2 | -- | -- | -- |
| Feb 22 | 5:45 PM | 787-6531111 | Puerto R/, PR | Caguas, OO | 2 | -- | -- | -- |

verizon√ **Billing period** Feb 19, 2019 to Mar 18, 2019 | **Account #** 220727645-00001 | **Invoice #** 7820906554

# Darren L Henze

**717.578.4490 |**

## Talk activity - continued

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Feb 22 | 6:41 PM | 717-3378824 | Puerto R/, PR | Incoming, CL | 1 | -- | -- | -- |
| Feb 22 | 7:42 PM | 717-7814710 | Puerto R/, PR | Incoming, CL | 3 | -- | -- | -- |
| Feb 22 | 8:36 PM | 717-7814710 | Puerto R/, PR | York, PA | 12 | -- | -- | -- |
| Feb 23 | 11:19 AM | 717-5786632 | Puerto R/, PR | York, PA | 4 | -- | -- | -- |
| Feb 23 | 11:54 AM | 787-6533434 | Puerto R/, PR | Caguas, 00 | 1 | -- | -- | -- |
| Feb 23 | 11:55 AM | 717-3329198 | Puerto R/, PR | Incoming, CL | 12 | -- | -- | -- |
| Feb 23 | 12:10 PM | 787-6533434 | Puerto R/, PR | Caguas, 00 | 2 | -- | -- | -- |
| Feb 23 | 1:44 PM | 717-7814710 | Puerto R/, PR | Incoming, CL | 2 | -- | -- | -- |
| Feb 23 | 1:50 PM | 939-2708315 | Puerto R/, PR | Bayamonnor, 00 | 1 | -- | -- | -- |
| Feb 23 | 1:52 PM | 787-4006361 | Puerto R/, PR | Guaynabo, 00 | 1 | -- | -- | -- |
| Feb 23 | 2:07 PM | 939-2708315 | Puerto R/, PR | Incoming, CL | 2 | -- | -- | -- |
| Feb 23 | 8:40 PM | 717-7814710 | Puerto R/, PR | Incoming, CL | 3 | -- | -- | -- |
| Feb 23 | 9:53 PM | 717-7814710 | Puerto R/, PR | York, PA | 4 | -- | -- | -- |
| Feb 23 | 11:09 PM | 717-3323945 | Puerto R/, PR | York, PA | 1 | -- | -- | -- |
| Feb 24 | 8:55 AM | 717-7814710 | Puerto R/, PR | York, PA | 11 | -- | -- | -- |
| Feb 24 | 9:48 AM | 787-4006361 | Puerto R/, PR | Guaynabo, 00 | 1 | -- | -- | -- |
| Feb 24 | 9:49 AM | 787-4006361 | Puerto R/, PR | Guaynabo, 00 | 1 | -- | -- | -- |
| Feb 24 | 10:00 AM | 717-3323945 | Puerto R/, PR | York, PA | 4 | -- | -- | -- |
| Feb 24 | 10:27 AM | 717-7814710 | Puerto R/, PR | Incoming, CL | 1 | -- | -- | -- |
| Feb 24 | 10:52 AM | 678-2309158 | Puerto R/, PR | Atlanta NE, GA | 6 | -- | -- | -- |
| Feb 24 | 10:57 AM | 787-6533108 | Puerto R/, PR | Caguas, 00 | 1 | -- | -- | -- |
| Feb 24 | 11:03 AM | 787-6533108 | Puerto R/, PR | Incoming, CL | 4 | -- | -- | -- |
| Feb 24 | 11:47 AM | 205-9371840 | Puerto R/, PR | Birmingham, AL | 1 | -- | -- | -- |
| Feb 24 | 11:51 AM | 205-9371840 | Puerto R/, PR | Incoming, CL | 2 | -- | -- | -- |
| Feb 24 | 12:21 PM | 717-7814710 | Puerto R/, PR | York, PA | 1 | -- | -- | -- |
| Feb 24 | 12:21 PM | 717-3323945 | Puerto R/, PR | York, PA | 1 | -- | -- | -- |
| Feb 24 | 1:25 PM | 787-6533108 | Puerto R/, PR | Incoming, CL | 2 | -- | -- | -- |
| Feb 24 | 4:26 PM | 787-4048875 | Puerto R/, PR | Guaynabo, 00 | 3 | -- | -- | -- |
| Feb 24 | 5:02 PM | 717-5722516 | Puerto R/, PR | Lancaster, PA | 6 | -- | -- | -- |
| Feb 24 | 5:58 PM | 717-5787114 | Puerto R/, PR | Incoming, CL | 13 | -- | -- | -- |
| Feb 24 | 9:15 PM | 678-2309158 | Puerto R/, PR | Atlanta NE, GA | 21 | -- | -- | -- |
| Feb 24 | 9:37 PM | 717-3323945 | Puerto R/, PR | York, PA | 3 | -- | -- | -- |
| Feb 24 | 9:48 PM | 410-2157937 | Puerto R/, PR | Baltimore, MD | 23 | -- | -- | -- |
| Feb 24 | 10:40 PM | 717-5786632 | Puerto R/, PR | Incoming, CL | 11 | -- | -- | -- |
| Feb 25 | 6:58 AM | 717-7814710 | Puerto R/, PR | Incoming, CL | 6 | -- | -- | -- |
| Feb 25 | 7:57 AM | 939-2708315 | Puerto R/, PR | Bayamonnor, 00 | 2 | -- | -- | -- |
| Feb 25 | 8:53 AM | 787-6533108 | Puerto R/, PR | Incoming, CL | 2 | -- | -- | -- |
| Feb 25 | 9:02 AM | 787-6533108 | Puerto R/, PR | Incoming, CL | 2 | -- | -- | -- |
| Feb 25 | 9:29 AM | 787-6533108 | Puerto R/, PR | Incoming, CL | 2 | -- | -- | -- |
| Feb 25 | 10:53 AM | 787-7177502 | Puerto R/, PR | Incoming, CL | 1 | -- | -- | -- |
| Feb 25 | 11:10 AM | 717-7814710 | Puerto R/, PR | Incoming, CL | 8 | -- | -- | -- |
| Feb 25 | 4:55 PM | 717.515.3103 | Fort Laude, FL | York, PA | 4 | -- | -- | -- |
| Feb 25 | 5:08 PM | 410.215.7937 | Ft. Lauder, FL | Baltimore, MD | 1 | -- | -- | -- |
| Feb 25 | 10:46 PM | 717.851.2631 | York, PA | Incoming, CL | 1 | -- | -- | -- |
| Feb 26 | | | | | | | | |

# Richard Burgess

717.818.7001 |

## Talk activity

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Feb 20 | 11:39 AM | 205.937.1840 | ST Maart/, ZZ | Incoming, CL | 2 | -- | -- | -- |
| Feb 20 | 11:55 AM | 205.937.1840 | ST Maart/, ZZ | Birmingham, AL | 1 | -- | -- | -- |
| Feb 21 | 9:55 AM | 717-5784490 | Puerto R/, PR | York, PA | 1 | -- | -- | -- |
| Feb 21 | 9:59 AM | 205-9371840 | Puerto R/, PR | Birmingham, AL | 1 | -- | -- | -- |
| Feb 21 | 10:01 AM | 717-5784490 | Puerto R/, PR | York, PA | 1 | -- | -- | -- |
| Feb 21 | 10:14 AM | 205-9371840 | Puerto R/, PR | Incoming, CL | 2 | -- | -- | -- |
| Feb 21 | 4:06 PM | 888-4919281 | Puerto R/, PR | Incoming, CL | 1 | -- | -- | -- |
| Feb 21 | 6:13 PM | 717-5784490 | Puerto R/, PR | York, PA | 1 | -- | -- | -- |
| Feb 21 | 6:57 PM | 717-5784490 | Puerto R/, PR | Incoming, CL | 1 | -- | -- | -- |
| Feb 22 | 10:51 AM | 717-9682261 | Puerto R/, PR | York, PA | 4 | -- | -- | -- |
| Feb 22 | 10:58 AM | 240-4526396 | Puerto R/, PR | Hagerstown, MD | 3 | -- | -- | -- |
| Feb 22 | 11:01 AM | 240-4526396 | Puerto R/, PR | Hagerstown, MD | 1 | -- | -- | -- |
| Feb 22 | 12:00 PM | 717-5758407 | Puerto R/, PR | Lancaster, PA | 7 | -- | -- | -- |
| Feb 22 | 2:48 PM | 717-9682261 | Puerto R/, PR | York, PA | 1 | -- | -- | -- |
| Feb 22 | 2:48 PM | 717-9682261 | Puerto R/, PR | York, PA | 7 | -- | -- | -- |
| Feb 22 | 4:03 PM | 717-4684211 | Puerto R/, PR | Incoming, CL | 6 | -- | -- | -- |
| Feb 22 | 8:49 PM | 240-4526396 | Puerto R/, PR | Incoming, CL | 3 | -- | -- | -- |
| Feb 23 | 11:46 AM | 717-6791752 | Puerto R/, PR | Lebanon, PA | 1 | -- | -- | -- |
| Feb 23 | 11:47 AM | 240-4526396 | Puerto R/, PR | Hagerstown, MD | 3 | -- | -- | -- |
| Feb 23 | 4:45 PM | 717-9685236 | Puerto R/, PR | York, PA | 8 | -- | -- | -- |
| Feb 23 | 9:34 PM | 240-4526396 | Puerto R/, PR | Incoming, CL | 7 | -- | -- | -- |
| Feb 24 | 3:25 PM | 717-9409764 | Puerto R/, PR | Lancaster, PA | 8 | -- | -- | -- |
| Feb 24 | 3:33 PM | 717-4439563 | Puerto R/, PR | Harrisburg, PA | 6 | -- | -- | -- |
| Feb 24 | 5:24 PM | 717-5758407 | Puerto R/, PR | Lancaster, PA | 19 | -- | -- | -- |
| Feb 24 | 5:44 PM | 717-5696102 | Puerto R/, PR | Lancaster, PA | 9 | -- | -- | -- |
| Feb 24 | 6:41 PM | 717-8512334 | Puerto R/, PR | Incoming, CL | 1 | -- | -- | -- |
| Feb 24 | 6:54 PM | 717-8911262 | Puerto R/, PR | York, PA | 3 | -- | -- | -- |
| Feb 24 | 8:20 PM | 240-4526396 | Puerto R/, PR | Incoming, CL | 1 | -- | -- | -- |
| Feb 24 | 10:12 PM | 717-6836295 | Puerto R/, PR | Incoming, CL | 3 | -- | -- | -- |
| Feb 25 | 8:25 AM | 717-6835626 | Puerto R/, PR | Incoming, CL | 2 | -- | -- | -- |
| Feb 25 | 11:27 PM | 717.817.7546 | York, PA | York, PA | 4 | -- | -- | -- |
| Feb 25 | 11:43 PM | 276.728.8330 | York, PA | Hillsville, VA | 1 | -- | -- | -- |
| Feb 25 | 11:44 PM | 240.452.6396 | York, PA | Hagerstown, MD | 1 | -- | -- | -- |
| Feb 26 | | | | | | | | |