EXHIBIT L

# CASE SUMMARY

Harmony of the Seas - 34160 (Feb 17, 2019 - Feb 24, 2019) - Feb 21, 2019 09:25 UTC-05:00

| PATIENT ID | NAME | DATE OF BIRTH | GENDER | CABIN |
|---|---|---|---|---|
| 9841000202505200 | BURGESS, RICHARD | Mar 14, 1957 | M | 8660 |

## Triage

DATE
Feb 21, 2019 09:25 UTC-05:00

PERFORMED BY
Bremner, Mary RN

VISIT REASON
Illness

PRIORITY
URGENT

CHIEF COMPLAINTS
**Patient attends clinic for 911 call to suite lounge deck 17 : ? cva : inability to move fingers of right hand ; unstable gait**

NOTES
? CVA : inability to move fingers of right hand ; unstable gait : to be seen by Dr in ICU

## Vitals

DATE
Feb 21, 2019 09:30 UTC-05:00

PERFORMED BY
BREMNER, MARY RN

**VITAL SIGNS**

| TEMPERATURE | BLOOD PRESSURE | MAP |
|---|---|---|
| 35.9 C 96.6 F T | 169/96 LA lie | 120 |
| HEART RATE | SPO2 | RESPIRATORY RATE |
| 72 bpm reg Radial | 69 SpO2 Finger Room air | 20 breaths/min |

COMMENTS
--

## Allergy

No Known Allergies.

## Medical History

No Past Medical History documented.

## Surgical History

DATE
Feb 18, 2019

LOCATION
--

DOCUMENTED BY
Bremner, Mary RN

SURGERY
**February 18th : fall : laceration back of head sutured : Dr aware of same.**

NOTES
--

## Psychiatric History

No Past Psychiatric History documented.

## Social History

No social history available.

## HPI

No HPI documented.

## Review of Systems

No Review of Systems Performed.

## Physical Examination

No physical examinations performed.

## Physician Orders

| STATUS | TASK | | ORDERED | ORDER ID |
|---|---|---|---|---|
| **Pending** | NEUROLOGY REFERRAL | | Feb 21, 2019 09:55 UTC-05:00 by Pereira, Joao MD | 553833 |
| **FREQUENCY/TIMES** | **LOCATION** | **PRIORITY** | **NOTES** | **SELF-PAY** |
| once | San Juan-SJU, Puerto Rico | -- | Thank you for seeing this 61 year old male. Patient says that this morning at around 9:15 had sudden onset of weakness in right lower limb, plus vision changes in right eye. Was asymptomatic when he woke up. No other complaints. Had fall with head trauma in occipital area, 3 days ago. No lost of consciousness, no amnesia, no neurological deficits at the time. Oriented, normal vitals, normal | Yes |

color, no obvious asymmetry in tonus, strength or sensibility (tactile, proprioceptive, nociceptive). Blurriness in right eye. No pain anywhere. Normal ECG.

Please evaluate (including CT-scan if you see fit) and treat accordingly.

DOCUMENTS

Shore Side Referral

## Nurse Orders

| STATUS | TASK | | ORDERED | ORDER ID |
|---|---|---|---|---|
| **Completed** | TROPONIN I | | Feb 21, 2019 09:48 UTC-05:00 by Rivera, Lilibeth RN | 603465 |
| FREQUENCY/TIMES | LOCATION | PRIORITY | NOTES | |
| once | -- | 4 | -- | |

| ACTION | USER | DATE |
|---|---|---|
| Completed | Rivera, Lilibeth RN | Feb 21, 2019 09:48 UTC-05:00 |

LAB RESULTS

| | |
|---|---|
| Troponin T.cardiac | 0.00 ng/mL |

| FINDINGS | COMMENTS |
|---|---|
| -- | -- |

| STATUS | TASK | | ORDERED | ORDER ID |
|---|---|---|---|---|
| **Completed** | ELECTROCARDIOGRAM COMPLETE | | Feb 21, 2019 09:52 UTC-05:00 by Rivera, Lilibeth RN | 410789 |
| FREQUENCY/TIMES | LOCATION | PRIORITY | NOTES | |
| once | -- | 4 | -- | |

| ACTION | USER | DATE |
|---|---|---|
| Completed | Rivera, Lilibeth RN | Feb 21, 2019 09:52 UTC-05:00 |

DOCUMENTS

Richard ECG

| FINDINGS | COMMENTS |
|---|---|
| -- | -- |

## Current Medications

DIPTHERIS/TETANUS INJECTION PREFILLED SYRINGES IM

1 Ampule stat starting Feb 18, 2019 11:34 UTC-05:00 for 10 year(s)

## New Medications

No medications found.

## Discontinued Medications

No medications found.

## Past Vaccinations

No vaccinations available.

## Vaccinations

No vaccinations performed.

## Assessment

No Assessments Performed.

## Diagnosis

DIAGNOSED DATE
Feb 21, 2019

PERFORMED BY
Pereira, Joao MD

TYPE
Final

DIAGNOSIS
**I67.81 - Acute cerebrovascular insufficiency**

NOTES
Patient says that this morning at around 9:15 had sudden onset of weakness in right lower limb, plus vision changes in right eye. Was asymptomatic when he woke up. No other complaints. Had fall with head trauma in occipital area, 3 days ago. No lost of consciousness, no amnesia, no neurological deficits at the time.
Oriented, normal vitals, normal color, no obvious asymmetry in tonus, strength or sensibility (tactile, proprioceptive, nociceptive). Blurriness in right eye. No pain anywhere. Normal ECG.
For immediate neurological/neurosurgical evaluation (including CT-scan if you see fit). Referral done.

## Note

DATE
Feb 21, 2019 09:47 UTC-05:00

PERFORMED BY
Rivera, Lilibeth RN

NOTES
IV catheter gauge 18 inserted left hand
Blood sample taken for analysis
ECG done and relayed
Kept in ICU for observation

## Disposition

No disposition performed.

No instructions documented.

## Addendums

No addendums available.

Acute cerebrovascular insufficiency

DEVICE ID:00000000000

RECORDED:09:27:22 21 FEB 19

PATIENT NAME : Richard Burgess

PATIENT ID# :201902210927

PATIENT AGE: 62

PATIENT SEX: Male

Normal sinus rhythm
Normal ECG
*** Unconfirmed ***

| | |
|---|---|
| Vent. rate | 73 |
| PR interval | 170 ms |
| QRS Duration: | 80 ms |
| QT/QTc | 376/414 ms |
| P-R-T axes | 36 52 35 |

09:27:22 21 FEB 19 HR= 85 DEVICE ID:00000000000 PATIENT NAME : ______________ PATIENT ID# :201902210927 Age:62 Sex: Male




25mm/sec 10mm/mV 0.05-150 Hz

SEACARE

# HARMONY OF THE SEAS MEDICAL CENTER

## CONSENT FOR MEDICAL TREATMENT

MEDICAL AUTHORIZATION

I, BURGESS, RICHARD , hereby authorize the medical staff and/or their agents, employees and representatives to conduct such treatments, procedures, administer anesthesia, medication and other therapies, with the exception of (if none, enter the word, none), as they may deem necessary in their medical judgment. I understand that the medical care furnished to me will be limited to the type of care necessary in the opinion of the medical staff for my condition at the time of treatment. I accept the services of the vessel's medical staff and understand that whatever service is rendered is emergency treatment within the scope of the limited shipboard medical facility.

I acknowledge that medical doctors and nurses are made available on the ship for my convenience. I understand and agree that full payment is due upon services rendered, in the event there is a charge for the services rendered. I understand that although this bill may be submitted to my insurance carrier for consideration, I agree not to hold Royal Caribbean Cruises Ltd. and/or Celebrity Cruises Inc., its ships, agents or employees, responsible or liable for any shipboard medical facility or physician charges, including all or any portion of any charges not covered by my travel, health, or other insurance carrier(s).

I understand that any/all medical treatment provided on the ship is considered a preliminary medical evaluation and/or treatment and does not replace timely follow-up or ongoing care by my primary health care provider(s). Timely medical follow-up is recommended for all medical problems initially treated onboard the ship.

Neither the physicians, nurses, Royal Caribbean Cruises Ltd., and/or Celebrity Cruises Inc. and/or Pullmantur Cruises Inc. can be held responsible for any adverse outcomes that result from my failure to follow up or carry out instructions exactly as given.

I also consent that, in the event I have, or am later determined to have, applicable insurance, which covers all or part of my medical, or medically related care and treatment, including medically related air ambulance and/or medical escort charges, provided for my benefit by RCL and/or other vendors authorized or paid for by RCL, that RCL may directly or indirectly seek recovery of any/all such amounts, in whole or in part, from any/all applicable public or private insurance coverage in my name or for my benefit.

BY MY SIGNATURE BELOW, I ACKNOWLEDGE THAT I HAVE READ AND FULLY UNDERSTAND THE CONTENT OF THIS INFORMED CONSENT FOR MEDICAL TREATMENT.

Signature (Patient and or Parent/Guardian):

Patient BURGESS, RICHARD
Feb 21, 2019 09:27 UTC-05:00

Signature (Witness)

Feb 21, 2019 09:27 UTC-05:00

GS000043

## CONSENT TO SHARE MEDICAL INFORMATION

I understand that the medical staff may be required to provide my personal data including confidential medical information and/or records of my medical treatment **(Personal Data)** to others

- in the ordinary course of medical treatment and/or
- to comply with regulations of regulatory agencies and/or
- to others necessary for the purpose of my receipt of treatment by health care providers off of this vessel if necessary,

and I hereby authorize such release of my confidential medical information/records to all individuals and entities necessary to accomplish these purposes, whether or not such individuals and entities are subject to the Health and Insurance Portability and Accountability Act (HIPAA) of 1996.

I am aware that the medical staff may use or disclose my health information, including without limitation any and all medical, treatment, and diagnostic records, charts, notes, correspondence, counseling or support services records for purposes of

- providing or obtaining medical care or advice or other assistance or services for me,
- complying with legal or other reporting obligations,
- prevent the spread of infectious diseases such as gastro-intestinal disease and/or
- investigating or evaluating any alleged or reported injury, loss, damage, crime and its or their causes or circumstances.

I authorize release of my health information to any government authority such as the F.B.I., the U.S. Coast Guard, the Centers for Disease Control (CDC) or any other national, state or local authority either in the U.S. or abroad, or any other person or entity as may be required by law.

Further, I acknowledge that my Personal Data might be transferred to countries outside the European Union **(EU)** and/or the European Economic Area **(EEA)**. When we transfer your Personal Data outside the EU/EEA, the laws and rules that protect your Personal Data in such countries may be different (or less protective) from your own country. For example, the circumstances in which law enforcement can access your Personal Data may vary from country to country.

I hereby authorize the release of my entire medical record, including patient histories, office notes, test results, radiology studies, films, referrals, consults and billing records, even if said record(s) include information relating to alcohol, drug abuse, mental health treatment, or confidential HIV related information, to me and/or my health insurer or any other entity from which I requested support or third party payment for the services provided at this medical facility.

I understand that signing this authorization is voluntary, and my treatment has not been conditioned upon my authorization of this disclosure. However, if you withhold or revoke your consent, the extent of medical treatment we provide may be limited. If there is another legal basis for processing, Royal Caribbean Cruises Ltd., and/or Celebrity Cruises Inc. reserve the right to process the data on such other legal basis.

I understand that I may only revoke this authorization by sending a written notice to Royal Caribbean International, c/o Medical Department, 1050 Caribbean Way, Miami, FL 33132 USA and that said revocation will not affect actions already taken based upon this authorization.

This authorization is executed in compliance with the Health and Insurance Portability and Accountability Act (HIPAA) of 1996 and 45 C.F.R. Parts 160 and 164.

You can find all further information on the processing of your Personal Data including your rights to access, rectification and erasure of your data and contact details for a revocation of your consent in the most recent version of our global privacy notice at http://www.royalcaribbean.com/privacyPolicy.do

| Signature (Patient and or Parent/Guardian): | Signature (Witness) |
|---|---|
| Patient BURGESS, RICHARD<br>Feb 21, 2019 09:27 UTC-05:00 | Feb 21, 2019 09:27 UTC-05:00 |

SEACARE HARMONY OF THE SEAS MEDICAL CENTER

**SHORE SIDE REFERRAL**

HM553833

| | | | |
|---|---|---|---|
| Name: BURGESS, RICHARD | Crew ID: | Ship: Harmony of the Seas | Billing information: SELF-PAY: Provider to collect payment at time of service from guest |
| DOB: Mar 14, 1957 Gender: M | Department: | Appt Date: Feb 21, 2019 | |
| Citizen: United States | Position: | Port: San Juan-SJU, Puerto Rico | |

| | | | |
|---|---|---|---|
| From | Pereira, Joao MD | Email | HM_DoctorSr@rccl.com |
| Date | Feb 21, 2019 | Phone | |

Thank you for seeing this 61 year old male.

Patient says that this morning at around 9:15 had sudden onset of weakness in right lower limb, plus vision changes in right eye. Was asymptomatic when he woke up. No other complaints. Had fall with head trauma in occipital area, 3 days ago. No lost of consciousness, no amnesia, no neurological deficits at the time.

Oriented, normal vitals, normal color, no obvious asymmetry in tonus, strength or sensibility (tactile, proprioceptive, nociceptive). Blurriness in right eye. No pain anywhere. Normal ECG.

Please evaluate (including CT-scan if you see fit) and treat accordingly.

Pereira, Joao MD

Feb 21, 2019 09:56 UTC-05:00

I hereby authorize the health care facility / physician to release all medical records to the Referring Ship Physician & Royal Caribbean's Medical Dept.

Patient BURGESS, RICHARD

Feb 21, 2019 09:56 UTC-05:00

**SHORESIDE PHYSICIAN** (PRINT CLEARLY IN **ENGLISH** - COMPLETE ALL SECTIONS - ATTACH A COPY TO YOUR CLAIM)

Brief History of Illness / Accident:

Diagnosis:

Specialty:

Neurology

**IMPORTANT!** Is the guest fit to sail? ☐ YES ☐ NO

| | | |
|---|---|---|
| Shoreside physician's signature | Shoreside Physician's name (please print) | Date |
| Physician's E-mail: | Telephone (area/country code): | Fax No. (area/country code): |

**Contact # for ship's physician to discuss referral if needed.*