EXHIBIT N

Best Regards,

James Russel | Medical Secretary | Harmony of the seas
Royal Caribbean International® | 1050 Caribbean Way, Miami, FL 33132-2096 U.S.A.
Office: 21113 | Dect. Phone: 50303 | Email: HM_medicalsecretary@rccl.com
Royal Caribbean International | Celebrity Cruises | Azamara Club Cruises

----- Forwarded by HM Medical Secretary/HM/RCLShip on 02/21/2019 12:12 PM -----

From: HM Medical Secretary/HM/RCLShip
To: operations@continentalshipping.com, continental@coqui.net
Cc: HM Doctor Sr/HM/RCLShip@RCLSHIP, HM Doctor 02/HM/RCLShip@RCLSHIP, HM Doctor 03/HM/RCLShip@RCLSHIP, HM Senior Nurse/HM/RCLShip@RCLSHIP, HM Nurse/HM/RCLShip@RCLSHIP, CareTeam@MSO365, CareTeamSupport@RCL
Date: 02/21/2019 09:59 AM
Subject: HM-OTS // REQUESTING BLS AMBULANCE TODAY IN SAN JUAN // FEB 21

---

Good Day Team,

Requesting BLS Ambulance to assist guest mentioned below.

**DX: ?Stroke**



Guest

**BURGESS, RICHARD (61)**

| | | | |
|---|---|---|---|
| Passenger Id | 86630643 | Date of birth | Mar 14, 1957 |
| Booking Re... | N/A | Gender | M |
| Folio | 9841000202505200 | Country | United States |
| Cabin | 8660 | Signed On | Harmony of the Seas |

Current Location

Clinic | $ Quick Charge | Start | Action

Best Regards,

James Russel | Medical Secretary | Harmony of the seas
Royal Caribbean International® | 1050 Caribbean Way, Miami, FL 33132-2096 U.S.A.
Office: 21113 | Dect. Phone: 50303 | Email: HM_medicalsecretary@rccl.com
Royal Caribbean International | Celebrity Cruises | Azamara Club Cruises

CONFIDENTIALITY NOTE: This message may contain confidential or legally privileged information.If you are not the intended recipient, you are hereby notified that any disclosure, copying,distribution, or taking any action in reliance on these contents is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this e-mail and then delete it from your system.