EXHIBIT O

F-3

**SUNNY Ambulance Inc.**
**Paramédico Certificado**
P.O. Box 2404
Toa Baja, P.R. 00951
(787) 667-7753 • (787) 796-9011
TC-AMB 549

Paid

**RECIBO NO.** [illegible]

Unidad: S-3 Fecha: 02/21/2019

Hora de Servicio: 12:21 pm

Nombre del Paciente: Richard Burgess

Dirección: 03-14-1957

Fecha de Nacimiento: 03-14-57 Edad: 61y/o Teléfono:

Seguro Social: H M

$ 275-00 Efectivo ___ Cheque ___ Privado ___ Facturar ___ Contrato ___ Medicare

Firma Autorizada: [signature] Teléfono:

Servicio Solicitado por:

Traslado desde: Muelle 3 SS Embarcación Harmony of the Seas Hasta: Hima Caguas

OBSERVACIONES: Pte M 61 y/o el mismo c̄ Dx de R/O stroke c̄ lado Lt afectado el mismo lo comió en la mañana

TEM [signature] TEM J. Gracia

**SUNNY AMBULANCE INC.**
PARAMEDICO CERTIFICADO
P.O. Box 2404 Toa Baja P.R.00951
TC. AMB - 549
Tels. (787) 667- 7753 • Fax. (787) 796-0911 13269

## HOJA INFORME INCIDENTE AMBULANCIA

| | |
|---|---|
| Nombre Despachador: C diaz | Nombre del Paciente: Richard Burgess |
| Nombre TEM: J. Garcia | Fecha de Nacimiento (MM DD Año): 03/11/57 |
| Nombre TEM: K Ortiz | Dirección Residencial: Pensilvania, United States |
| Incidente Estatal: | Dirección Postal: Zip Code: Sexo ☐ F ☑ M |
| # Incidente: 2019-02-1616 | Seguro Social: 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 Teléfono: 717/578/4490 Edad: 61 |

| MILLAJE | | HORAS | |
|---|---|---|---|
| 10-70 | 331508 | 1221 | ☐ AM ☑ PM |
| 10-71 | 331518 | 1254 | ☐ AM ☑ PM |
| 10-72 | 331517 | 1308 | ☐ AM ☐ PM |
| 10-73 | 331560 | 1350 | ☐ AM ☑ PM |
| 10-74 | 331560 | 1431 | ☐ AM ☐ PM |

| NOTIFICADO POR: | LOC. A LA LLAMADA | SELECCION DEL HOSPITAL |
|---|---|---|
| ☑ DESPACHADOR | ☐ BASE | ☐ FAMILIARES |
| ☐ POLICIA | ☐ OTRA ESTACION | ☑ MEDICO |
| ☐ ENFERMERA | ☑ EN TRANSITO | ☐ MAS CERCANO |
| ☐ MEDICO | ☐ EN ESPERA | ☐ PETICION PACIENTE |
| ☐ OTRO | ☐ OTRO | ☐ DECISION DESPACHADOR |
| | | ☐ PETICION TECNICO |

8413

**CATEGORIA DE PAGO**

1. ☐ MEDICARE
2. ☐ MMM
3. ☐ S.S.S. COMP.
4. ☐ F.S.E.
5. ☐ A.C.A.A.
6. ☐ CRUZ AZUL COMP.
7. ☐ PAGO DIRECTO
8. ☐ HUMANA - REFORMA
9. ☐ OTROS $275

DONDE OCURRIO EL ACCIDENTE — LUGAR DEL INCIDENTE O ACCIDENTE: Muelle #3 Harmony of the Seas — FECHA (MM / DD / Año): 02/21/2019 — HORA: 1254

**QUEJA PRINCIPAL (SIGNOS Y SINTOMAS)**

☐ MAREOS
☐ EMESIS
☐ DOLOR PECHO
☐ DOLOR ABDOMEN
☐ CEFALEA
☑ DEBILIDAD CORPORAL
☐ FRIO
☐ DIFICULTAD RESP.
☐ SYNCOPE
☐ CONVULCION
☐ ASINTOMATICO
☐ OTRO (Especifique)

**PUPILAS**

☑ IGUALES
☐ CONTRAIDAS
☐ DILATADAS
☐ NO REACCIONAN
☐ IZQUIERDA MAS GRANDE
☐ DERECHA MAS GRANDE
☐ NO VIDENTE

**SIGNOS VITALES**

| HORA | PULSO | RESP. | P. ARTERIAL | $SPO_2$ | D.X.T. |
|---|---|---|---|---|---|
| 1:10pm | 88 | 20 | 130/90 | 98 | / |

**IMPRESION DIAGNOSTICA**

Debilidad generalizada R/O STROKE Hono muscular en lado Rt

**HISTORIAL DEL PACIENTE**

☐ ENCAMADO
☐ HBP
☐ DM
☐ CARDIACO
☐ FALLO RENAL
☐ DESBALANCE
☐ ASMA
☐ COPD
☐ CHF
☐ HIPOGLUCEMIA
☐ ANEMIA
☐ CVA
☐ ARTRITIS
☐ PARKINSON
☐ ALZHEIMER
☑ OTRO (Especifique)

H Bebedor social, No fuma
A ND
M ND
P ND
L ND
ER/O STROKE

**EXAMEN FISICO**

**A. CUELLO**
1) VENAS
a) Normales ☑
b) Distendidas ☐

**B. TORAX**
1) CORAZON
a) RITMO
Regular ☑
Irregular ☐
2) PULMONES
a) Claros ☑
b) Sibilancias ☐
c) Estertores ☐

**C. ABDOMEN**
1) Blando ☑
2) Doloroso ☐

**D. EXTREMIDADES**
1) Simétricas ☑
2) Asimétricas ☐

**E. PULSOS DISTALES**
1) Ausentes ☐
2) Presentes ☑

**F. PIEL**
1) Fría ☐
2) Normal ☑
3) Húmeda ☐

**OTRO (ESP.)**

**ESTADO DE CONCIENCIA**

☑ ALERTA
☑ CONCIENTE
☑ ORIENTADO
☐ CONFUNDIDO
☐ LETARGICO
☐ INCONSCIENTE
☐ CONVATIVO

**CUIDADO INMEDIATO Y TRATAMIENTO ADMINISTRADO**

☐ LIMPIEZA VIAS RESPIRATORIAS
☐ RESPIRACION ARTIFICIAL
☐ CPR HORA
☐ ADM. OXIGENO
☐ CONTROL HEMORRAGIA
☐ INMOVILIZACION
☐ TRACCION
☐ VENDAJE
☐ APLICACION FRIO
☐ AYUDA OBSTETRICIA
☐ DEFIBRILADOR
☐ EXTRICACION
☐ TELEMETRIA
☑ TRANSPORTE Y OBS
☑ OTROS SV

FLUIDOS INTRAVENOSOS: N/A

MEDICAMENTOS DROGA-VIA-DOSIS-HORA:

Nos activan para Emergencia por

COMENTARIOS: R/O Stroke c/ dolor en lado Rt c/ visión borrosa independiente
Q muestra evaluación Ple H. c/ ND el mismo
transportado en camilla hacia Hosp. Hima Cupey el mismo
alerte conciente orientado el mismo para continuar trabajando
y observación transportado a Hima Cupey.

**FIRMAS IMPORTANTES**

Hosp. Hima Cupey
Hospital Receptor que acepta paciente

Dr. Pereira
Firma del Médico o su Representante

FIRMA DEL TEM — LIC. NO — K Ortiz 3785

FIRMA DEL TEM — LIC. NO

FIRMA DEL TEM — LIC. NO

MEDICAL CONTROL — LIC. NO

Yo,(nombre del paciente) ____________ me comprometo a pagar a **SUNNY AMBULANCE INC.**, a la compañía aseguradora, al demandado y/o responsable del accidente, la cuenta por los servicios pre- hospitalarios recibidos o que se me preste. Autorizo a cualquier poseedor de información médica a que ofrezca a la compañía aseguradora, cualquier información sobre estos servicios. Esta cuenta tendrá prioridad sobre cualquier pago o transacción que se haga a mi favor, de mis familiares o de cualquier otro interesado.

Paciente no acepta el servicio ____________ 02/21/2019 Fecha (MM/DD/Año) ____________ Firma del paciente o Encargado

# DECLARACIÓN DE EXONERACIÓN DE RESPONSABILIDAD

FECHA: ______________________________ HORA: ______________________________

Yo, ______________________________________________________________

1. Voluntariamente rechazo y abandono por mi propio deseo y contra las recomendaciones del control médico ______________________________ y del personal de **SUNNY AMBULANCE INC.**, toda atención médica y los servicios de transportación en ambulancia (paramédicos).

2. He sido debidamente informado de todos los riesgos que puedan sobrevenir como consecuencia de mi rechazo y abandono de los servicios pre-hospitalarios y de transportación que se me ofrecen. En vista de lo cual actuando en el ejercicio libre y consciente de mi voluntad: exonero a **SUNNY AMBULANCE INC.**,
(Control médico): ______________________________________________________________
y a todos sus empleados (paramédicos), de cualquiera daño o daños que puedan producirse como resultado de haber yo rechazado voluntariamente el tratamiento médico (control médico) y los servicios de transportación en ambulancia.

______________________________
Firma del Paciente

______________________________
Testigo

______________________________

______________________________
Dirección

Yo, ______________________________________________ asumo toda responsabilidad legal relativa al menor ______________________________________________

A tenor con la responsabilidad legal asumida, exonero a **SUNNY AMBULANCE INC.**, al médico de cabecera del paciente, a la institución y a todos sus empleados de cualesquiera daño o daños que puedan producirse como resultado de la suspensión del tratamiento médico ordenado y de los servicios de transportación en ambulancia.

He procedido en la forma antes descrita no obstante, haber sido debidamente informado de los riesgos que puedan sobrevenir al suspender el tratamiento ordenado y el servicio de transportación en ambulancia al paciente.

______________________________ ______________________________
Firma de la persona que asume la responsabilidad — Parentesco con el paciente

---

**INFORMACIÓN POLICÍACA**

Nombre del policía: ______________________________ Núm. Querella: ______________________________

Núm. de Placa: ______________________________

Precinto a que pertenece: ______________________________

Fecha del incidente o accidente: ______________________________ Hora: ______________________________

Testigo: ______________________________