EXHIBIT P

Grupo HIMA•San Pablo

# ACUTE STROKE NEUROLOGY CONSULTATION

RICHARD BURGESS
#2788757
HIMA CAGUAS
Patient Information

Patient Name: RICHARD BURGESS
Record #:
Requested by Dr.: ER MD
Date: 2 / 21 / 19 Time: 13 : 59

History obtained by: ☐ EMS ☐ family member ☒ patient ☐ neighbors ☐ other:

Arrived to ER from: ☐ home ☐ clinic ☐ nursing home ☐ Hospital ☒ other: CRUISE SHIP

Last time normal: Date 2 / 21 / 19 Time: 09 : 30 ☐ unknown

Discovery of Symptoms: Date __/__/__ Time: __:__ ☒ same as last time normal

Brought here by: ☒ EMS ☐ private transportation ☐ Tx from another institution

Ambulatory status prior to current event: ☒ independent assistance ☐ unable to determinate ☐ mRS: __

Notification to the neurology service on: Date 2 / 21 / 19 Time: __:__

TPA initiated in other facility prior to arrival to our ED: ☒ No ☐ Yes

Allergies: ☒ NKDA List of allergic meds:

Social History: ☐ Tobacco ☐ ETOH ☐ Drugs Ocasional ETOH

CONFIDENTIAL
DO NOT DUPLICATE
HEALTH INFORMATION MANAGEMENT DEPT
HOSP. HIMA SAN PABLO CAGUAS

Family History:

**History of Present illness: (HPI)**

61 y/o male. Known HIV and no other significant medical conditions. He remembers having had some kind of brain surgery for unknown reasons at the age of 16, left with no permanent deficits.
Woke up today without any problems. At 9:30 AM, developed visual loss over the right side and right side weakness, worse in the leg. Denies new headaches, nausea or vomiting.
He fell down to the floor 3 days ago ( overdrunk) requiring stitches. Since then, he has been having no kind of neurological problems.
Arrived here by 2 PM. Stat head CT shows already a fully developed L PCA stroke, with a L PCA hyperdense sign and a small, ipsilateral SAH, possible due to trauma. In view of the already expired time window AND CT findings, TPA was not administered.

**Review of Systems (ROS)**

☒ A 14 system review was performed, positive and negative pertinent as per HPI.

Cuenta: 2788757
Richard Burgess
HAB: STK-511-1 FN: 03/14/1957
Récord Médico: 904354 61 Year(s)M
Comercial Others
Dr(a). GRUPO HOPE, HEALTH



HIMA1276 (STROKE) REV. JUNE 1, 2015

RICHARD BURGESS
#2788757
HIMA CAGUAS

| PAST MEDICAL HISTORY | MEDICATIONS |
|---|---|
| ☐ Previous TIA/Stroke How many: ______ Last one on: ______ | ☒ Compliant ☐ Non-compliant ☐ Unknown |
| ☐ Intracranial hemorrhage ☐ SAH | HIV meds |
| ☐ Brain aneurysm or AVM | |
| ☐ Hypertension | |
| ☐ DM | |
| ☐ Dyslipidemia | |
| ☐ CAD ☐ Prior MI | CONFIDENTIAL |
| ☐ CABG ☐ PTCI | DO NOT DUPLICATE HEALTH INFORMATION MANAGEMENT DPT. HOSP. HIMA SAN PABLO CAGUAS |
| ☐ A-FIB/A-FLUTTER | |
| ☐ CHF | |
| ☐ Valvular Replacement: ☐ Mechanical ☐ Aortic ☐ Biological ☐ Mitral ☐ Other | |
| ☐ Recent viral or bacterial syndrome (last 3 weeks) | Cuenta: 2788757 |
| ☐ Carotid artery disease ☐ Endarterectomy ☐ ☐ | Richard Burgess |
| ☐ Peripheral Artery Disease | HAB: STK-511-1 FN: 03/14/1957 Record Médico: 904354 61 Year(s)M Comercial Others |
| ☐ Surgeries | Dr(a). GRUPO HOPE, HEALTH |
| ☐ Other: | |

**NEUROLOGICAL EXAMINATION**

**VITAL SIGNS:** T: 36.0 P: 78 R: 16 BP: 157/104 O2Sat: ______ Dextro: 97 mg/dl

**Weight:** 180 ☑ Self Reported ☐ Estimated ☐ Measured

**Mental Status:** ☒ Alert and Oriented ☐ Time ☐ Space ☐ Place ☐ Lethargic ☐ Comatose ☐ On the Ventilator
☐ Dysarthric ☐ Aphasia ☐ Neglect

**Cranial Nerves (Positive Findings only):**
R HH/ R facial weakness

**Motor:** Strenght **Right UE:** 4/5 **Left UE:** 5/5 **Right LE:** 4/5 **Left LE:** 5/5

Tone: Normal Abnormal Movements: ☐ Yes ☒ No

**Coordination:**
☐ Dysmetria on FTN: ☐ ☐ Ataxia: ☐ Yes ☒ No

Gait: Not tested

**Sensory: Light Touch:** Preserved




**MRS's**

RICHARD BURGESS
#2788757
HIMA CAGUAS
Patient Information

**Other important information from physical examination:**

**LABS:** INR 1.0 aPTT ____ Troponin: ____ AST: ____ ALT: ____

**CT INITIAL FINDINGS:**

L occipital stroke/ L PCA hyperdense sign. Small, left T-O SAH.

Cuenta: 2788757
**Richard Burgess**
HAB: STK-511-1 FN: 03/14/1957
Record Médico: 904354 61 Year(s)M
Comercial Others
Dr(a). GRUPO HOPE, HEALTH

**BRAIN MRI/A INITIAL FINDINGS:**

Pending

CONFIDENTIAL
DO NOT DUPLICATE
HEALTH INFORMATION MANAGEMENT DPT.
HOSP HIMA SAN PABLO CAGUAS

**ASSESSMENT:**

61 y/o male. Acute onset right visual field cut and ipsilateral right side weakness.

**IMPRESSION:**

Acute, L PCA ischemic stroke. History of recent trauma due to a fall. Needs to exclude a cervicocephalic dissection involving posterior circulation. IF negative, then cardiac work up will follow.

**RECOMMENDATIONS FOR THE USE OF TPA (ISCHEMIC ONLY)**

☐ Yes Total Dose: ____ Bolus Initiation ____ TPA Completion ____

☐ Was r-tPA initiated AFTER 60 minutes upon patient arrival (DTN) ☐ No ☐ Yes, why: ____

☒ No use of IV r-tPA. Explain reasons: ☑ Outside window ☐ Unknown time of onset ☐ Presence of ICH

☐ Current use of anticoagulants ☐ Other, explain reasons: Already completed stroke/ Small SAH.

**RECOMMENDATIONS FOR THE USE OF PCC'S AND VIT K (Anticoagulant-related ICH only)**

☐ Yes Total Dose of PCC'S: ____ Total Dose of Vit K: ____

☐ No: Explain reasons why not. ☒ N/A

RICHARD BURGESS
#2788757
HIMA CAGUAS
Patient Information

Is surgery for ICH indicated?
☐ Yes ☐ No ☒ N/A

**OTHER RECOMMENDATIONS:**

- ☑ Admit to: ☑ Stroke Unit ☐ ICU ☐ Regular Ward
- ☑ Neurochecks as per Protocol for ☒ Ischemic Stroke ☐ ICH (SEE ORDERS) ☐ Post r-tPA ☐ SAH
- ☑ BP management as per Protocol for ☒ Ischemic Stroke ☐ ICH (SEE ORDERS) ☐ Post r-tPA ☐ SAH
- ☑ Continuous cardiac monitoring
- ☒ Use isotonic fluids: ☐ Mannitol Bolus ______ Maintenance ______
  ☐ 3% Saline ______ ml / hrs.
- ☐ Repeat ☐ HEAD CT OR ☑ BRAIN MRI ON: 2 / 21 / 19 Time: ___:___
- ☐ CBC ☐ INR ☐ PTT ☑ LIPID PROFILE ☑ HBA1C On: 2 / 21 / 19 Time: ___:___

Other laboratories not done in ER: ______

CONFIDENTIAL
DO NOT DUPLICATE
HEALTH INFORMATION MANAGEMENT DPT.
HOSP. HIMA SAN PABLO CAGUAS

- ☒ Head of bed elevated 30 degrees
- ☒ Absolute NPO until speech therapy evaluation
- ☒ Nutrition evaluation
- ☒ DVT Prophylaxis: ☑ Lovenox 40mg Subq daily ☐ Heparin 5,000 IU twice daily ☐ SCD'S

Antiplatelet medications: ☒ ASA daily ☑ 300mg supp. per rectum ☐ 325mg oral ☐ 325mg by NGT
☐ Plavix 75mg daily ☐ oral ☐ by NGT ☐ None for 24 hours

Anticoagulants: ☐ Heparin DRIP *SEE PROTOCOL HIMA 510 HEPARIN WEIGHT ORDER*
☐ Lovenox® FULL Anticoagulation ☐ Coumadin® ☐ None for 24 hours

- ☐ Nimotop 60 mg q 4 hrs
- ☒ Carotid Doppler ☐ TCD ☐ Brain MRA ☐ Neck MRA ☒ Brain CTA ☒ Neck CTA ☒ 2D echocardiogram
- ☐ TEE
- ☒ PMR Evaluation:
- ☑ Other Consults: Speech/ Cardiology evaluation
- ☑ Patient should be discharged on platelet or anticoagulants medications as well as lipid reducing drugs if this is an ischemic stroke.

Case discussed with patient's friend at bedside.

- ☑ Smoking cessation If applicable
- ☑ Stroke education for patient and family
- ☑ Stroke coordinator
- ☑ Discharge Planing
- ☑ In patient rehabilitation

Cuenta: 2788757
**Richard Burgess**
HAB: STK-511-1 FN: 03/14/1957
Récord Médico: 904354 61 Year(s)M
Comercial Others
Dr(a). GRUPO HOPE, HEALTH

**EDUCATION:**

Patient and/or caregiver received education or resource material regarding all of the following:

- ☑ Risk factors of stroke ☑ Smoking cessation ☑ How to activate EMS for stroke
- ☑ Their prescribed medications ☑ Stroke warning signs and symptoms ☑ Need for follow-up at discharge

[signature]

2/21/19 14:00/ Critical care time 60 minutes/ NOBO MD

Physician's Signature Date / Time

HIMA1276 (STROKE) REV. JUNE 1, 2015