EXHIBIT R

Cuenta: 2788757

**Richard Burgess**
HAB: ICU-436-1 FN: 03/14/1957
Récord Médico: 904354 61 Year(s)M
Comercial Others
Dr(a). GRUPO HOPE, HEALTH

February 25th, 2019

RE: Richard Burgess

To whom it may concern:

I am writing this letter as a brief summary of what took place with Mr. Burgess in our facility.

This gentleman, 61 years old, arrived to our facility shortly after 2 PM on 2/21/19, from a cruise ship, with a left posterior cerebral artery stroke. Three days earlier, he felt down to the floor while in the cruise ship and hit his head, requiring stitches. Unfortunately, he was already outside therapeutic window for TPA and CT was showing already a completed L occipital stroke (Left P2 and beyond thrombosis and questionable minor SAH vs bone artifact at the level of the recent trauma) by the time he reached our hospital. CTA of the brain and neck done at the same moment showed a lack of contrast in the initial segment of the R VA (V1) compatible with severe stenosis/occlusion and likely the source of this patient's problems. The left VA ended in PICA. Began antithrombotics shortly after I completed my consultation note.

CONFIDENTIAL
DO NOT DUPLICATE
HEALTH INFORMATION MANAGEMENT DEPT.
HIMA SAN PABLO CAGUAS

Approximately 12-14 hours later, early on 2/22/19, he suddenly progressed, developing new left hemiparesis and inability to speak plus vomits. Arrived to our stroke unit in such condition, requiring stat CT which showed a possible tip of the basilar hyperdensity. This was followed by another CTA of the brain, which confirmed a total basilar occlusion and absence of the intracranial right vertebral artery. A green code was activated in view of the need for emergent intubation. Thereafter, he was taken to the angio suite for a possible mechanical thrombectomy. Unfortunately, despite multiple attempts, the Endovascular Neurosurgeon (Dr Ramos), was unable to get into the right vertebral artery to perform the intended procedure. Complete DSA confirmed a left VA ending in PICA. After the DSA, he was transferred to the ICU. Repeat CT showed no hemorrhagic conversion of any kind and he began full AC in an attempt to help this ominous situation. A day later, he was noticed to have an upper GI bleed. apparently not severe enough to make him drop hemoglobin levels. We decided to hold anticoagulation and keep him on ASA alone instead.

As suspected, he evolved in a state of almost complete lock in syndrome, with preserved eye movements, minimal motor activity in the left lower extremity and on mechanical ventilation.

I'll be including a CD with every CT, CTA and the DSA for you to review.

Please, do not hesitate in calling me if I can be of any help.

Best wishes for Richard and his family

Ulises Nobo, Stroke Neurologist (Cell phone: 787-404-8875)

HIMA San Pablo Caguas

ulinobo@me.com