**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 20-20687-CIV-OTAZO-REYES**

**CONSENT CASE**

RICHARD BURGESS, individually, and by and through DARREN HENZE as Guardian of the Person and Estate of Richard Burgess, incapacitated, and as Agent under that certain durable power of attorney dated November 20, 2006,

Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD., a Liberian Corporation, d/b/a ROYAL CARIBBEAN CRUISE LINE and/or ROYAL CARIBBEAN INTERNATIONAL.

Defendant.
_______________________________________/

**ORDER**

THIS CAUSE came before the Court upon Plaintiff Richard Burgess' ("Plaintiff") Unopposed Amended Motion for Leave to Produce Dr. David Nidorf ("Dr. Nidorf") on February 15, 2023 and Permit Dr. Camilo Gomez ("Dr. Gomez") to Testify on February 14, 2023 at 3:00 P.M. (hereafter, "Plaintiff's Unopposed Amended Motion for Leave") [D.E. 97]. The Court held a hearing on this matter on February 2, 2023 (hereafter, "Hearing"). In accordance with the Court's rulings at the Hearing, it is

ORDERED AND ADJUDGED that Plaintiff's Unopposed Amended Motion for Leave [D.E. 97] is GRANTED. The *Daubert* Hearing on Defendant's Daubert Motion to Strike Plaintiff's Expert Captain Hendrik J. Keijer ("Captain Keijer") [D.E. 86] and Defendant's Motion

in Limine to Exclude Certain Opinions and Testimony of Dr. Nidorf and Dr. Gomez at Trial [D.E. 87] shall proceed as follows:

1. Captain Keijer shall testify beginning at **10:30 A.M. on Tuesday, February 14, 2023**.
2. Dr. Gomez shall testify beginning at **3:00 P.M. on Tuesday, February 14, 2023**.
3. Dr. Nidorf shall testify beginning at **9:00 A.M. on Wednesday, February 15, 2023**.

DONE AND ORDERED in Chambers at Miami, Florida this 2nd day of February, 2023.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record