UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:20-cv-20687-Otazo-Reyes

RICHARD BURGESS individually and
by and through DARREN HENZE
as Guardian of the Person and Estate
of Richard Burgess, incapacitated and
as agent under that certain durable power
of attorney dated November 20, 2006.

Plaintiffs,

v.

ROYAL CARIBBEAN CRUISES LTD.,
a Liberian Corporation, d/b/a
ROYAL CARIBBEAN CRUISE LINE and/or
ROYAL CARIBBEAN INTERNATIONAL,

Defendant.
___________________________________/

**DEFENDANT ROYAL CARIBBEAN CRUISES LTD.'s**
***DAUBERT* HEARING WITNESS AND EXHIBIT LIST**

Defendant, ROYAL CARIBBEAN CRUISES, LTD., by and through its undersigned counsel, and in compliance with this Court's Order [ECF No. 90], files its Witness and Exhibit List in advance of the Court's *Daubert* Hearing set for March 17, 2023. [ECF No. 113].

**WITNESS LIST**

1. Captain Hendrik J. Keijer (via Zoom)
   Robson Forensic, Inc.
   14160 Palmetto Frontage Road
   Suite 23
   Miami Lakes, FL 33016

2. Dr. David M. Niford, M.D. (via Zoom)
   11 Morningstar Drive
   New Paltz, NY 12561

3. Dr. Camilo R. Gomez, MBA (via Zoom)
   CS & E Building, One Hospital Drive
   CE507
   Columbia, MO 65212

# EXHIBIT LIST

1. **Captain Hendrik Keijer**

| # | Description | Original Docket Entry |
|---|---|---|
| **Exhibit 1** | Keijer's Expert Report | DE 86-1 |
| **Exhibit 2** | Deposition Transcript of Keijer | DE 86-2 |
| **Exhibit 3** | Google Maps Printout | DE 86-3 |
| **Exhibit 4** | Ambulance Run Report | DE 86-4 |
| **Exhibit 5** | Keijer's Supplemental Expert Report | DE 86-5 |

2. **Dr. David Nidorf**

| # | Description | Original Docket Entry |
|---|---|---|
| **Exhibit 6** | Dr. Nidorf's Expert Report | DE 87-1, pgs. 66-75 |
| **Exhibit 7** | Deposition Transcript of Dr. Nidorf | DE 87-2 |
| **Exhibit 8** | Deposition Transcript of Dr. Ulises Nobo | DE 87-5 |
| **Exhibit 9** | Deposition Transcript of Daniel Threadgill-Colon | DE 87-4 |
| **Exhibit 10** | Deposition Transcript of Dr. Joao Pereira | DE 99-6 |

3. **Dr. Camilo Gomez**

| # | Description | Original Docket Entry |
|---|---|---|
| **Exhibit 11** | Dr. Gomez's Expert Report | DE 87-1, pgs. 9-22 |
| **Exhibit 12** | Dr. Gomez's Supplemental Expert Report | DE 105-3 |
| **Exhibit 13** | Deposition Transcript of Dr. Gomez | DE 87-3 |
| **Exhibit 8** | Deposition Transcript of Dr. Ulises Nobo | DE 87-5 |
| **Exhibit 9** | Deposition Transcript of Daniel Threadgill-Colon | DE 87-4 |
| **Exhibit 10** | Deposition Transcript of Dr. Joao Pereira | DE 99-6 |

Respectfully submitted,

GrayRobinson, P.A.
515 North Flagler Drive, Ste. 650
West Palm Beach, Florida 33401
Tel: (561) 268-5727
Fax: (561) 268-5747

By: */s/ W. Cooper Jarnagin*
Michael J. Drahos
Florida Bar No. 0617059
michael.drahos@gray-robinson.com
W. Cooper Jarnagin
Florida Bar No. 117767
cooper.jarnagin@gray-robinson.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

*/s/ W. Cooper Jarnagin*

**SERVICE LIST**
**CASE NO.: 1:20-CV-20687-AOR**

John H. Hickey, Esq.
hickey@hickeylawfirm.com
Sarah A. Lobel, Esq.
slobel@hickeylawfirm.com
Hickey Law Firm, P.A.
1401 Brickell Avenue, Suite 510
Miami, FL 33131
Telephone: (305)371-8000
Facsimile: (305) 371-3542

Elizabeth K. Russo, Esq.
ekr@russoappeals.com
Paulo R. Lima, Esq.
prl@russoappeals.com
RUSSO APPELLATE FIRM, P.A.
e-service@russoappeals.com
7300 North Kendall Drive, Suite 600
Miami, Florida 33156
Telephone (305) 666-4660
Facsimile (305) 666-4470