**EXPERT REPORT**

**of**

**RICHARD BURGESS' Incident**

RICHARD BURGESS, Individually, and by and through DARREN HENZE as Guardian of the Person and Estate of Richard Burgess, incapacitated and as agent under that certain durable power of attorney dated November 20, 2006,

Plaintiffs,

vs.

ROYAL CARIBBEAN CRUISES LTD., a Liberian Corporation d/b/a ROYAL CARIBBEAN CRUISE LINE and/or ROYAL CARIBBEAN INTERNATIONAL.

Defendants.

RFI # 21SS0297

By:

**Captain Hendrik J. Keijer**

August 25, 2022

EXHIBIT NO. A

Melanie Konstantinidis

THE EXPERTS
Robson Forensic

## 1.0 INTRODUCTION

Richard Wayne Burgess (BURGESS) and his spouse, Darren Lee Henze (HENZE), were passengers on board a cruise ship named *HARMONY OF THE SEAS.* ROYAL CARIBBEAN CRUISES LTD. (RCCL) managed the *HARMONY OF THE SEAS.* [1]

BURGESS sustained personal injury in the early morning hours of February 18, 2019, when he fell in his stateroom.[2] BURGESS visited the cruise ship's medical center, and following treatment, was released.[3]

The *HARMONY OF THE SEAS* docked in the port of San Juan, Puerto Rico, on February 21, when BURGESS suspected he had a stroke. The on-board 911 emergency number was called and a RCCL employee escorted BURGESS to the onboard medical center.[4] The port agent, RCCL's representative, arranged BURGESS' ambulance transport to a local hospital in San Juan.[5] BURGESS was discharged from the shore-based hospital 5 days later and flown back to home.[6]

I, Captain Hendrik J. Keijer of Robson Forensic, Inc., was retained to analyze and determine, if possible, whether the actions/inactions of ROYAL CARIBBEAN CRUISES LTD., regarding the evacuation of Plaintiff, were reasonable and to provide an analysis to the timeline of events.

I may use the following materials as exhibits to illustrate testimony: all items listed below (2.0) as available information and all items cited and footnoted in this report.

I am an associate at Robson Forensic Inc. where I am employed as a Marine Expert. Robson Forensic invoices the work associated with my investigation at a rate of $455.00 per hour. I obtained a Bachelor of Science degree as a Maritime Officer from the Amsterdam University of Applied Sciences in the Netherlands. I have approximately 25 years' professional experience in the commercial maritime industry, both at sea as Mariner and as Captain. I have worked on cruise ships and possess specialized training, skill, education, experience and knowledge regarding the on-board organization, responsibilities, and duties as well as interactions with shore-based parties including, but not limited to port agents.

---

[1] DNV classification society records for the Harmony of the Seas

[2] RCCL Documents – Initial Disclosures – Guest Injury Statement – page 24, GS000024-25

[3] Medical Consent Form; Deposition transcript of Darren Henze page 147

[4] Med Recs -5.Hospital HIMA San Pablo Caguas, Harmony of the Seas medical Center Case Summary, page 298; Deposition transcript of Darren Henze pages 187,190,197,199

[5] RCCL emails and communications re Richard Burgess, page 1, GS000087, Guest landed report page 3-4, GS000089-90

[6] Med Recs -5.Hospital HIMA San Pablo Caguas, Summary Sheet, page 8

My expertise includes working and corresponding via email with parties located in different time zones and analyzing time stamps. I have been trained in limited medical care and overseen medical centers and their personnel aboard cruise ships. I have worked closely with ship Physicians and Medical Staff. I have reconstructed and analyzed medical disembarkation processes. My seagoing career was augmented with a shore side office position as Commodore/ Director of Stability and Damage Control. As Commodore I managed and visited Captains and their teams and provided operational oversight and guidance, including, but not limited to, medical evacuations. I have collaborated with relevant shore-based cruise line departments, port agents and authorities globally in varying time zones.

In my role as Commodore, I visited and sailed aboard ships and assessed Captains and their teams on procedures including, but not limited to medical emergency response timelines.

My expertise consists of specialized cruise industry knowledge, education, and training with regards to vessel safety, industry guidelines, standards, regulations, and requirements. A copy of my curriculum vitae is attached (Exhibit A) outlining my qualifications and, in accordance with Federal Rule 26, a listing of the past 4 years of testimony (Exhibit B) with this report.

## 2.0 AVAILABLE MATERIALS

2.1 Deposition transcript of Darren Henze and Exhibits, dated September 16, 2021
2.2. Deposition transcript of Richard Burgess, dated September 16, 2021
2.3 Deposition transcript of Dr. Ben Shore, dated November 05, 2021
2.4 Deposition transcript of Dr. Joao Pereira, dated November 14, 2021
2.5 Deposition transcript of Daniel Threadgill - Colon, dated January 27, 2022
2.6 Deposition transcript of Ilene Landrum, dated June 07, 2022
2.7 Deposition transcript of Jimmie Landrum, dated June 07, 2022
2.8 Deposition transcript of Jimmie Landrum and Exhibits, dated June 07, 2022
2.9 Deposition transcript of Susan Hiatt, dated June 06, 2022
2.10 Plaintiff's answers to initial interrogatories
2.11 Second Amended Complaint for Damages
2.12 Complaint and Demand for Jury Trial Pack Et Al. v. Royal Caribbean Cruises
2.13 Job description of Royal Caribbean's Medical Director
2.14 Royal Caribbean's initial disclosures GS 1-80
2.15 Defendant Royal Caribbean Cruises Ltd. Notice of Service of Answers to Plaintiff's Initial Interrogatories
2.16 Defendant Royal Caribbean Cruises Ltd. Notice of Service of Answers to Plaintiff's Second Interrogatories
2.17 Defendant Royal Caribbean Cruises Ltd. Notice of Service of Supplemental Answer to Plaintiff's Interrogatory no.5 per Court Order [DE51]
2.18 Defendant Royal Caribbean Cruises Ltd. Response to Plaintiff's Initial Request for Production
2.19 Defendant Royal Caribbean Cruises Ltd. Response to Plaintiff's Request for Admissions

2.20 Defendant Royal Caribbean Cruises Ltd. Response to Plaintiff's Second Request for Production
2.21 Defendant Royal Caribbean Cruises Ltd. Second Supplemental Response to Plaintiff's Request for Production
2.22 Royal Caribbean's Second Supplemental Responsive Documents GR000455 – 465
2.23 Royal Caribbean Cruises Ltd Responsive Documents to Plaintiff's Initial Request for Production GR81-444
2.24 Royal Caribbean's Supp Prod to Request for Production #42 GR000447 – 454
2.25 Royal Caribbean's Supplemental Document Production GR466-545
2.26 Defendant Royal Caribbean Cruises Ltd. Supplemental Response to Plaintiff's Request for Production #42
2.27 Defendant Royal Caribbean Cruises Ltd. Supplemental Response to Plaintiff's Request for Production Pursuant to Court Order [DE51]
2.28 Defendant Request for Production to Plaintiff
2.29 Defendant's Rule 26 Disclosures
2.30 DE 63 Second Amended Scheduling Order
2.31 Photographs of the Harmony of the Seas, her medical center and the HIMA hospital
2.32 Email and communications
2.33 Harmony of the Seas Medical Center records
2.34 Ambulance records
2.35 Hospital HIMA San Pablo Caguas Medical records
2.36 Royal Caribbean Medical Center & Shipboard career videos
2.37 Royal Caribbean Doctor's Job Posting
2.38 Royal Caribbean website information - CLIA Passenger Bill of Rights, FAQ's, Guest Request for Medical Records form, Safety, Security, Health, Shipboard careers, medical career information.
2.39 United States Securities and Exchange Commission Form 10-K Royal Caribbean Cruises
2.40 Hospitals and Medical Centers in the Region of Port of San Juan
2.41 Maps with hospitals in San Juan Puerto Rico
2.42 Port Agent agreement between Continental Shipping and ROYAL CARIBBEAN CRUISES LTD.
2.43 Various emails, Guest Landed Report, passports, Guest complaint extracts

## 3.0 BACKGROUND AND DESCRIPTION OF THE INCIDENT

### 3.1 The *HARMONY OF THE SEAS* [7]

The *HARMONY OF THE SEAS* is a cruise ship built on May 13, 2016. The vessel is managed by RCCL and capable of carrying 6687 passengers and 2200 crew members. [8]

The *HARMONY OF THE SEAS* is 1181 feet long, 154 feet wide, propelled by 3 Azipod units, four bow thrusters and capable of reaching a twenty-two knot (25 mph) cruising speed. The vessel comes equipped with a medical center staffed with doctors and nurses.

The medical facility on the *HARMONY OF THE SEAS* offered limited professional medical services through licensed physicians and nurses. When a patient required treatment beyond what could be provided onboard, a patient would be considered for evacuation to an appropriately equipped and staffed shore side medical facility as soon as practical. RCCL addressed shore-based hospital care:

> *"In responding to medical emergencies, our goal is to first stabilize emergency patients and, where indicated, evacuate the patient to an appropriately equipped and staffed shore side medical facility as soon as practical."* [9]




*Figure 1: HARMONY OF THE SEAS* [10]

[7] USCG PSIX; DNV Harmony of the Seas, RCCL's Harmony of the Seas ship fact sheets
[8] DNV classification society records for the Harmony of the Seas
[9] File:RCCL website-Licensed medical staff and services available.pdf, frequently asked questions, page 1-2
[10] Photograph provided by Plaintiff's counsel

**Vessel particulars** [11]

| | |
|---|---|
| Name | : Harmony of the Seas |
| Type | : Passenger vessel |
| IMO number | : 9682875 |
| Official number | : 7000798 |
| Call sign | : C6BX8 |
| Registration | : The Bahamas |
| Keel laid | : May 09, 2014 |
| Year of build | : May 13, 2016 |
| Length over all | : 1181' |
| Breadth | : 154.2' |
| Draft | : 36' 9" |
| Gross Tonnage | : 226963 |
| Manager | : Royal Caribbean Cruises, Ltd. |
| Owner | : Harmony of the Seas Inc. |
| Classification society | : Det Norske Veritas (DNV) |
| Propulsion type | : 3 x Azipod |
| Bow thrusters | : 4 |

### 3.2 *HARMONY OF THE SEAS'* itinerary[12]

| Day | Date | Ports-of-call | Dock or Tender | Arrive | Depart |
|---|---|---|---|---|---|
| SUN | 17 Feb,2019 | Fort Lauderdale, Florida | D | | 4:30 pm. |
| MON | 18 Feb,2019 | At Sea, cruising | - | | |
| TUE | 19 Feb,2019 | At Sea, cruising | - | | |
| WED | 20 Feb,2019 | Philipsburg, St Maarten | D | 8:00 am | 5:00 pm |
| THU | 21 Feb,2019 | San Juan, Puerto Rico | D | 7:00 am | 2:00 pm |
| FRI | 22 Feb,2019 | Labadee, Haiti | D | 9:30 am | 6:00 pm |
| SAT | 23 Feb,2019 | At Sea, cruising | - | | |
| SUN | 24 Feb,2019 | Fort Lauderdale, Florida | D | | |

### 3.3 Description of BURGESS' incidents

Note: Relevant times noted in this paragraph have been converted to San Juan, Puerto Rico local time.

The cruise ship *HARMONY OF THE SEAS,* carrying passengers BURGESS and his spouse, HENZE, departed Port Everglades, Florida on February 17, 2019.

---

[11] Sources: United States Coast Guard Port State Information Exchange; DNV classification society records

[12] Royal Caribbean's Travel Summary : GS000007

The vessel spent two days at sea with subsequent port calls to St Maarten and San Juan, Puerto Rico. The vessel arrived in San Juan on February 21, 2019.[13]

On February 21, 2019, while the *HARMONY OF THE SEAS* was docked in the port of San Juan, BURGESS suspected he had a stroke. BURGESS called a family member (Hiatt) at 9:59 am and told her he believed he was suffering a stroke.[14] Hiatt informed a family member of BURGESS' condition around 10 am.[15] The on-board 911 emergency number was notified and a RCCL employee transported BURGESS to the ship's medical center in a wheelchair.[16] BURGESS was admitted to the vessel's medical center at 10:25 am.[17]

RCCL determined at 10:55 am that BURGESS required medical care beyond what could be provided onboard. [18] RCL requested an ambulance for BURGESS at 10:59 am.[19] The ambulance arrived at the pier at 12:54 pm and departed with BURGESS at 1:08 pm.[20] BURGESS received shore-based medical care at 1:59:02 pm.

BURGESS was discharged from the San Juan hospital 4 days later, on February 25. His spouse, Denze, made their own travel arrangements and flew BURGESS back home via air ambulance.[21] [22]

## 4.0 ANALYSIS

My analysis revealed that ROYAL CARIBBEAN CRUISES LTD. did not operate the *HARMONY OF THE SEAS* on San Juan, Puerto Rico's local time. The time used on board the incident vessel was one hour behind the local time in San Juan. To provide a sequenced timeline overview, relevant times were converted to San Juan local time

My analysis revealed that RCCL deprived BURGESS the opportunity to reasonably receive shore-based medical care as soon as possible.

[13] Deposition transcript of Darren Henze page 103; RCCL Documents – Initial Disclosures GS 1-80 – Cruise Summary– page 6,GS000006, Guest Landed Report, page 47, GS000047, Final Statement page 47, GS000049-52; RCCL Responsive Documents to Pl's Initial R4P, page 2, GR000082

[14] Deposition transcript of Ilene Landrum, page 83; Deposition transcript of Susan Hiatt, page 84, 97

[15] Deposition transcript of Jimmie Landrum, page 121

[16] Med Recs -5.Hospital HIMA San Pablo Caguas, Harmony of the Seas medical Center Case Summary, page 298; Deposition transcript of Darren Henze pages 187,190,197,199

[17] Med Recs -1.Harmony of the Seas Medical Center Case Summary, Triage, page 2

[18] Med Recs -1.Harmony of the Seas Medical Center Case Summary, Physician Orders, page 3

[19] File: ColonD B.pdf, page 2: email 02/21/2019 09:59 am, HM

[20] File: Med Recs -1. SUNNY AMBULANCE, INC.pdf

[21] Med Recs -5.Hospital HIMA San Pablo Caguas, Summary Sheet, page 8

[22] File: ColonD B.pdf, page 19, Port Agent's email Feb 26, 2019, 12:03 pm, GR000104

## 4.1 *HARMONY OF THE SEAS'* TIME ZONES

The world is divided in different time zones. Time zones are referenced to Coordinated Universal Time (UTC) per the International Organization for Standardization (ISO).[23] UTC is zero at 0° longitude. A meridian is an imaginary vertical line that connects the North and the South Pole of our planet. 0° longitude is the meridian that runs through Greenwich in the United Kingdom. Time zones are notated as positive or negative offsets from UTC. San, Juan, Puerto Rico, located in the western hemisphere applies a negative offset. The local time in Greenwich is ahead of the local time in San Juan. To derive local time in San Juan, Puerto Rico from UTC time, a certain number of hours needs to be subtracted from UTC. To compare the various times referenced in the BURGESS case, times were analyzed and standardized to San Juan, Puerto Rico local time.

Communications and events took place in locations with differing time zones during the incident cruise. One location was RCCL's cruise ship, the *HARMONY OF THE SEAS.* The other locations were her ports of call. To create a timeline of events to Burgess' incidents between February 17 and 26, 2019, I analyzed relevant times and standardized these to the local time in San Juan, Puerto Rico as shown in Exhibit C.




*Figure 2: Time Zones referenced to the 0° meridian*

[23] ISO 8601

### 4.1.1 FORT LAUDERDALE & MIAMI, FLORIDA TIME (February 17, 2019)

Fort Lauderdale, Florida operated on a local time that had a 5-hour time difference with UTC. Also, the local time in Miami and Fort Lauderdale was one hour behind the local time in San Juan, Puerto Rico.

### 4.1.2 *HARMONY OF THE SEAS* TIME (FEBRUARY 18 AND 19, 2019)

The medical log of the *HARMONY OF THE SEAS* recorded that the vessel operated on a 5-hour time difference with UTC on February 18 and 19, 2019. The vessel operated one hour behind the local time in San Juan, Puerto Rico.

### 4.1.3 SAN JUAN, PUERTO RICO TIME (February 21, 2019)

San Juan, Puerto Rico operated on a local time on February 21 with a UTC time difference 4 hours. The medical log of the *HARMONY OF THE SEAS* recorded that the vessel operated on a UTC -5 hour offset during her port call to San Juan, Puerto Rico on February 21, 2019. The time onboard the *HARMONY OF THE SEAS* was one hour behind San Juan's local time.

**San Juan, Puerto Rico's local time was one hour ahead of the time on the *HARMONY OF THE SEAS*.**

## 4.2 ROYAL CARIBBEAN CRUISES LTD.'s RESPONSIBILITY [24]

RCCL documented their responsibility to BURGESS' safety and wellbeing until his care was transferred to the receiving physician at a shore-based hospital as follows:

> *"It should be noted that anytime a guest or crew member is disembarked from the vessel, the treating physician is responsible for the care of the patient until s/he arrives at a medical facility or is handed over to the care of another physician."*[25]

[24] Exhibit C

[25] RCCL Responsive Documents to Pl's Initial R4P, Chapter 14 – Emergency Medical Disembarkation of Guests or Crew, 14.01 Policy, page 332, GR000412

## 4.3 ROYAL CARIBBEAN CRUISES' FAILURE TO EXPEDITOUSLY PROVIDE BURGESS WITH SHORE-BASED MEDICAL CARE

RCCL self-portrayed an online image of a responsive company to medical emergencies:

A. *In responding to medical emergencies, our goal is to first stabilize emergency patients and, where indicated, evacuate the patient to an appropriately equipped and staffed shore side medical facility as soon as practical."* [26]

The International Maritime Organization (IMO) is the United Nations specialized agency dedicated to maritime safety and security.[27] IMO standards apply to RCCL's *HARMONY OF THE SEAS.* The International Maritime Organization (IMO) [28] coordinates global efforts to provide search and rescue (SAR) services, including medical evacuations.

The IMO published three International Aeronautical and Maritime Search and Rescue Manuals (IAMSAR) which provide guidelines for a maritime approach to organizing and providing SAR services including, but not limited to, MEDEVACS. The United States has provided a National Search and Rescue Supplement to the IAMSAR manuals.[29]

IAMSAR addressed medical evacuations at sea. A long-standing maritime tradition and practice is for vessel operators to guarantee the safety of all aboard.

The IAMSAR manual addressed the responsibility of the Captain of the *HARMONY OF THE SEAS*:

*"The masters of ships are ultimately responsible for the health and safety of crew and passengers on board their ships."* [30]

The need for speed during MEDEVACs is well established in the maritime industry. IAMSAR addressed success of an expeditious MEDEVAC:

*"The success of a SAR mission often depends on the speed with which the operation is planned and carried out."* [31]

---

[26] Royal Caribbean International's website: Frequently Asked Questions
[27] US National SAR Plan 2018, page 1-4, International Maritime Organization (IMO)
[28] The International Maritime Organization is the United Nations global standard-setting specialized agency responsible for the safety and security of shipping and the prevention of marine and atmospheric pollution by ships.
[29] United States National Search and Rescue Supplement to the International Aeronautical and Maritime Search and Rescue Manual Version 2.0 April 23, 2018
[30] IAMSAR Manual Vol.1, 2013 edition, Appendix N 1.2.1.1
[31] IAMSAR Manual Vol.II 2016 edition, Chapter 1 - The search and rescue system, Paragraph 1.6.1

**ROYAL CARIBBEAN CRUISES LTD. had a responsibility to coordinate an evacuation of BURGESS and provide him with medical care at a shore-based hospital as soon as possible.**

While the *HARMONY OF THE SEAS* was docked in San Juan, BURGESS believed he was suffering a stroke at approximately 10 am while in the suite lounge on deck seventeen. BURGESS was admitted to the ship's medical center at 10:25 am following a 911 call.[32] RCCL's Case Summery classified his condition as urgent and recorded at 10:55 am that BURGESS needed to receive medical care at a shore-based hospital in Puerto Rico. [33] RCCL arranged an ambulance at 10:59 am.[34] The ambulance arrived at the pier at 12:54 pm, approximately 2 hours after being requested, and departed with BURGESS at 1:08 pm.[35] The ambulance covered 21.9 miles at an average speed of approximately thirty-three miles per hour in 40 minutes. The ambulance arrived at a local hospital at 1:50 pm, approximately 3 hours after RCCL determined that BURGESS needed to be hospitalized ashore.

**ROYAL CARIBBEAN CRUISES LTD.'s inaction to the unreasonable ambulance arrival time at the *HARMONY OF THE SEAS*, deprived BURGESS the opportunity to receive shore-based medical care as soon as possible.**

## 4.4 ROYAL CARIBBEAN CRUISES LTD.'s FAILURE TO ACT ON BURGESS' UNREASONABLE MEDICAL EVACUATION PROCEEDINGS

RCCL had several safeguards in place on paper, to arrange, and monitor, the coordination of BURGESS' medical emergency.

RCCL's so called CareTeam, a team of trained specialists, had the duty to provide professional logistical support for BURGESS.[36] The CareTeam was required to consult with the port agent to arrange ground transportation and relevant additional coordination for BURGESS. RCCL's CareTeam knew when BURGESS' ambulance was requested but failed to act on the delayed arrival.[37]

[32] Jimmie Landrum Exhibit 3, page 1 – Case Summary
[33] Med Recs -1.Harmony of the Seas Medical Center Case Summary, Physician Orders, page 3
[34] File: ColonD B.pdf, page 2: email 02/21/2019 09:59 am, HM
[35] File: Med Recs -1. SUNNY AMBULANCE, INC.pdf
[36] RCCL Responsive Documents to Pl's Initial R4P, CareTeam Manual, Chapter 0-Introduction,page 106, GR000186
[37] RCCL Responsive Documents to Pl's Initial R4P, page 7, GR000087 and page 8, GR000088 ; Colon D B.pdf, page 3, GR000089, Harmony of the Seas medical Center Guest Landed Report.

RCCL's policy, referenced the function of a CareTeam Associate (CTA) and stated that the CTA is there to provide logistical support in a coordinated manner. RCCL described the CTA's benefit and the importance of RCL's response time:

> *"The greatest benefit the CareTeam Associate (CTA) role provides is the ability to be engaged immediately following an emergency. Through continued feedback, we have learned that the Company's response time is equally as important as the type of assistance received."*[38]

Despite RCCL's awareness of the benefits BURGESS would receive, RCCL did not assign a CTA. A CTA did not disembark with BURGESS.[39]

**ROYAL CARIBBEAN CRUISES LTD. violated their own policy by not assigning a CareTeam Associate to BURGESS.**

**ROYAL CARIBBEAN CRUISES LTD. did not receive feedback from a CareTeam Associate on BURGESS' logistics to the shore-based hospital.**

ROYAL CARIBBEAN CRUISES LTD.'s policy stated that a CareTeam Associate would have been able to provide support and communicate with both the *HARMONY OF THE SEAS,* and RCCL's head office, in the event BURGESS required greater support or assistance. Based on my specialized experience, training, and knowledge, BURGESS' approximate 40 minute, and slow, 31 mph, ambulance journey to the hospital warranted a request for greater support or assistance.

Continental Shipping was the company which managed port agent operations in accordance with the Port Agent Agreement between Continental Shipping and RCCL. The Port Agent Agreement described the port agent as RCCL's representative, tasked with protecting the interests of RCCL in all matters involving the safety of guests.[40] The port agent was tasked with arranging BURGESS' ambulance. The ambulance was arranged through a private company which provided means to receive status updates:

> *"Well with the private we have direct lines to their supervisors and dispatch, so we can constantly call and find out, you know, what's the status? What's going on? Where is the ambulance? We are not seeing anything."*[41]

**ROYAL CARIBBEAN CRUISES LTD. knew, or should have known, that BURGESS' ambulance travelled at approximately 31 mph for 40 minutes on the 22-mile drive to the shore-based hospital.**

---

[38] RCCL Responsive Documents to Pl's Initial R4P, page 115, GR000195

[39] RCCL Responsive Documents to Pl's Initial R4P, page 10, GR000090

[40] Port Agent Agreement, page 3, Exhibit A, Port Agent Services Description, GR000117

[41] Deposition transcript of Daniel Threadgill-Colon, page 32

**ROYAL CARIBBEAN CRUISES LTD. failed to act on BURGESS' 40-minute long, and 31 mph, ambulance drive to the shore-based hospital.**

## 5.0 CAPTAIN HENDRIK J. KEIJER'S FINDINGS

Within the bounds of reasonable operational maritime certainty, and subject to change if additional information becomes available, it is my opinion that:

5.1 **San Juan, Puerto Rico's local time was one hour ahead of the time on the *HARMONY OF THE SEAS*.**

5.2 **ROYAL CARIBBEAN CRUISES LTD. had a responsibility to coordinate an evacuation of BURGESS and provide him with medical care at a shore-based hospital as soon as possible.**

5.3 **ROYAL CARIBBEAN CRUISES LTD.'s inaction to the unreasonable ambulance arrival time at the *HARMONY OF THE SEAS*, deprived BURGESS the opportunity to receive shore-based medical care as soon as possible.**

5.4 **ROYAL CARIBBEAN CRUISES LTD. violated their own policy by not assigning a CareTeam Associate to BURGESS.**

5.5. **ROYAL CARIBBEAN CRUISES LTD. did not receive feedback from a CareTeam Associate on BURGESS' logistics to the shore-based hospital.**

5.6 **ROYAL CARIBBEAN CRUISES LTD. knew, or should have known, that BURGESS' ambulance travelled at approximately 31 mph for 40 minutes on the 22-mile drive to the shore-based hospital.**

5.7 **ROYAL CARIBBEAN CRUISES LTD. failed to act on BURGESS' 40-minute long, and 31 mph, slow ambulance drive to the shore-based hospital.**

I hereby certify that this report is a complete and accurate statement of my opinions to date and the bases and reasons for them, to which I will testify under oath.



Captain Hendrik J. Keijer
Marine Expert

EXHIBIT C

# TIMELINE OF EVENTS
# ONBOARD THE ROYAL CARIBBEAN HARMONY OF THE SEAS AND IN PUERTO RICO
# FEBRUARY 17 – FEBRUARY 26, 2019
# PATIENT/PASSENGER: RICHARD BURGESS

General notes:

Harmony of the Seas Medical Center medical log/notes are referred in ship's time: UTC- 5 hrs.
Provided dates from February 18 – February 21, 2019, refer to the ship's time as being UTC – 5 hrs.
Port Everglades was on UTC - 5 hrs.

**ALL TIMES IN THE BELOW TIMELINE HAVE BEEN CONVERTED TO SAN JUAN, PUERTO RICO LOCAL TIME (LT=UTC-4 hrs.)**

## FEBRUARY 17,2019 Fort Lauderdale

Burgess embarked the Harmony of the Seas to start their cruise at 1.11 pm, on February 17, 2019 (2.11 pm, February 17, 2019, San Juan time)

[HENZE: 107]

Burgess went for a shave in the Spa at 2.47 pm, February 17, 2019
(2.47 pm, February 17, 2019, San Juan time)
[HENZE: 109]

Burgess purchased 2 Coors Light beers at 4:18 pm, February 17, 2019
(5.18 pm, February 17, 2019, San Juan time)
[HENZE: 110]

Burgess purchased 1 Coors Light beer at 4:41 pm, February 17, 2019
(5.41 pm, February 17, 2019, San Juan time)
[HENZE: 110]

Burgess purchased 1 beer at 5:06 pm, February 17, 2019
(6.06 pm, February 17, 2019, San Juan time)
[HENZE: 111]

Burgess purchased 1 beer at 5:29 pm, February 17, 2019
(6.29 pm, February 17, 2019, San Juan time)
[HENZE: 111]

Burgess purchased 1 beer at 5:38 pm, February 17, 2019
(6.38 pm, February 17, 2019, San Juan time)
[HENZE: 112]
Burgess purchased 1 beer at 5:57 pm, February 17, 2019
(6.57 pm, February 17, 2019, San Juan time)
[HENZE: 112]

EXHIBIT C

Burgess purchased 1 beer at 6:12 pm, February 17, 2019
(7.12 pm, February 17, 2019, San Juan time)
[HENZE: 112]

Burgess purchased 1 beer at 8:56 pm, February 17, 2019
(9.56 pm, February 17, 2019, San Juan time)
[HENZE: 113]

Burgess purchased 1 beer at 9:46 pm, February 17, 2019
(10.46 pm, February 17, 2019, San Juan time)
[HENZE: 113]

Burgess purchased 1 beer at 10:21 pm, February 17, 2019
(11.21 pm, February 17, 2019, San Juan time)
[HENZE: 113]

Burgess purchased 1 Jägermeister at 11:06 pm, February 17, 2019
(00.06 am, February 18, 2019, San Juan time)
[HENZE: 114]

Burgess purchased 1 beer at 11:27 pm, February 17, 2019
(00.27 am, February 18, 2019, San Juan time)
[HENZE: 114]

## FEBRUARY 18, 2019: At Sea

Burgess purchased 1 beer at 00:02 am, February 18, 2019
(1.02 am, February 18, 2019, San Juan time)
[HENZE: 114]

Burgess purchased 1 beer at 01:05 am, February 18, 2019
(02.05 am, February 18, 2019, San Juan time)
[HENZE: 115]

Burgess fell and hit his head inside his stateroom 03:00 am, February 18, 2019
(04.00 am, February 18, 2019, San Juan time)
[HENZE: 117; 119; 134] [Guest injury statement][Witness to injury statement]

**CASE SUMMARY**

Harmony of the Seas - 34160 (Feb 17, 2019 - Feb 24, 2019) - Feb 18, 2019 11:00 UTC-05:00

| PATIENT ID | NAME | DATE OF BIRTH | GENDER | CABIN |
|---|---|---|---|---|
| 9841000202505200 | BURGESS, RICHARD | Mar 14, 1957 | M | 8660 |

**Triage**

DATE
Feb 18, 2019 11:00 UTC-05:00

PERFORMED BY
Rivera, Lilibeth RN

VISIT REASON
Illness

PRIORITY
NON-URGENT

CHIEF COMPLAINTS
**Patient attends clinic for Head injury**

Extract "MED RECS-1.ROYAL CARIBBEAN CRUISE LINE.pdf" – page 11

EXHIBIT C

Case Summary – Triage 11:00 am, February 18, 2019
(12.00 pm, February 18, 2019, San Juan time)
**BURGESS VISITS THE MEDICAL CENTER ABOARD THE HARMONY OF THE SEAS**
[Harmony of the Seas Medical Center Case Summary – Triage Feb 18, 2019, 11:00 UTC-05:00]

Consent for Medical Treatment 11:02 am, February 18, 2019
(12.02 pm, February 18, 2019, San Juan time)
[Harmony of the Seas Medical Center Consent for medical treatment Feb 18, 2019, 11:02 UTC-05:00]

Burgess presented to the Medical Center aboard the Harmony of the Seas at 11:00 am – 11:24 am, February 18, 2019
(12.00 pm – 12:24 pm, February 18, 2019, San Juan time)
[HENZE: 140, 306, 310]

Vitals 11:05 am, February 18, 2019
(12.05 pm, February 18, 2019, San Juan time)
[Harmony of the Seas Medical Center Case Summary – Vitals Feb 18, 2019, 11:05 UTC-05:00]

Physical Examination 11:32 am, February 18, 2019
(12.32 pm, February 18, 2019, San Juan time)
[Harmony of the Seas Medical Center Case Summary – Physical Examination Feb 18, 2019, 11:32 UTC-05:00]

Note: closed with Nylon 3/0 and gave Tetavax 11:33 am, February 18, 2019
(12.33 pm, February 18, 2019, San Juan time)
[Harmony of the Seas Medical Center Case Summary – Note Feb 18, 2019, 11:33 UTC-05:00]

CURRENT MEDICATIONS DIPTHERIS/TETANUS INJECTION PREFILLED SYRINGES IM 1 Ampule stat starting Feb 18, 2019, 11:34 UTC-05:00 For 10 years(s) 11:34 am, February 18, 2019
(12.34 pm, February 18, 2019, San Juan time)
[Harmony of the Seas Medical Center Case Summary – CURRENT MEDICATIONS Feb 18, 2019, 11:34 UTC-05:00 for 10 year(s)]

Henze believes Burgess had a massage around 2 pm, February 18, 2019, at the Spa
(3.00 pm, February 18, 2019, San Juan time)
[HENZE: 165]

HPI 4:30 pm, February 18, 2019
(5.30 pm, February 18, 2019, San Juan time)
[Harmony of the Seas Medical Center Case Summary – HPI Feb 18, 2019, 16:30 UTC-05:00]

Burgess had a massage at the Spa at 8:30 pm, February 18, 2019
(9.30 pm, February 18, 2019, San Juan time)
[HENZE: 165]

Burges went to bed at 11 pm, February 18, 2019
(0.00 am – midnight - San Juan time)
[HENZE: 166]

EXHIBIT C

## FEBRUARY 19, 2019: At Sea

HENZE went to bed at 1 or 2 am, February 19, 2019
(02.00 – 03.00 am, February 19, 2019, San Juan time)
[HENZE: 166]

Burgess woke up around 7.30 – 8 am, February 19, 2019
(08.30 – 09.00 am, February 19, 2019, San Juan time)
[HENZE: 167]

Henze went to the Casino at 9 pm, February 19, 2019
(10 pm, February 19, 2019, San Juan time)
[HENZE: 172]

Burgess was in *DAZZLES* at 11:48 pm, February 19, 2019
(00.48 am, February 20, 2019, San Juan time)
[HENZE: 172]

## FEBRUARY 20, 2019; St Maarten

Burgess got up around 7 am, February 20, 2019
(08:00 am, February 20, 2019, San Juan time)
[HENZE: 173]

Henze went ashore at 11:39 am, February 20, 2019
(12.39 pm , February 20, 2019, San Juan time)
[HENZE: 174]

Burgess went ashore at 11:50 am, February 20, 2019
(12.50 pm, February 20, 2019, San Juan time)
[HENZE: 174] [RCCL Documents – Initial disclosure GS000001]

Burgess came back aboard at 2:43 pm, February 20, 2019
(3.43 pm, February 20, 2019, San Juan time)
[HENZE: 174] [RCCL Documents – Initial disclosure GS000001]

Henze went to the Casino at 9 pm, February 20, 2019
(10.00 pm, February 20, 2019, San Juan time)
[HENZE: 179]

Burgess purchased water at the Attic Comedy Club at 10:38 pm, February 20, 2019
(11.38 pm, February 20, 2019, San Juan time)
[HENZE: 180]

EXHIBIT C

# FEBRUARY 21; San Juan, Puerto Rico

Burgess returned to the cabin before 2 – 3 am, February 21, 2019, possibly later – Henze does not recall when he returned
(3 – 4 am, February 21, 2019, San Juan time)
[HENZE: 181]

Burgess was asleep by time Henze returned to the cabin
[HENZE: 181]

Henze returned to the cabin around 2 - 3 am, possibly later: does not recall
(3 – 4 am, possibly later San Juan time)
[HENZE: 181, 182]

The Harmony of the Seas is scheduled to dock at 8 am, February 21, 2019
(9 am, February 21, 2019, San Juan time)
[RCCL Cruise Itinerary]

Henze is informed by Susey Hiatt that Burgess thinks he is having a stroke on Deck 17 – 9 am, February 21, 2019
(10 am, February 21, 2019, San Juan time)
[HENZE: 185, 191]

## HARMONY OF THE SEAS MEDICAL CENTER

### CASE SUMMARY

Harmony of the Seas - 34160 (Feb 17, 2019 - Feb 24, 2019) - Feb 21, 2019 09:25 UTC-05:00

| PATIENT ID | NAME | DATE OF BIRTH | GENDER | CABIN |
|---|---|---|---|---|
| 9841000202505200 | BURGESS, RICHARD | Mar 14, 1957 | M | 8660 |

### Triage

| DATE | PERFORMED BY | VISIT REASON |
|---|---|---|
| Feb 21, 2019 09:25 UTC-05:00 | Bremner, Mary RN | Illness |

PRIORITY
URGENT

CHIEF COMPLAINTS
**Patient attends clinic for 911 call to suite lounge deck 17 : ? cva : inability to move fingers of right hand ; unstable gait**

Extract "MED RECS-1.ROYAL CARIBBEAN CRUISE LINE.pdf" – page 2

**Burgess is admitted to the Medical Center aboard the Harmony of the Seas** at 9.25 am, February 21, 2019
(10.25 am, February 21, 2019, San Juan time)
[HENZE 201, 230, 328] [Harmony of the Seas Medical Center Case Summary – Triage Feb 21, 2019, 09:25 UTC-05:00]

Henze signed a medical consent form at 9:27 am, February 21, 2019
(10.27 am, February 21, 2019, San Juan time)
[RCL Documents – Initial Disclosures GS00044 – page 44]

Vitals 09:30 am, February 21, 2019
(10.30 am, February 21, 2019, San Juan time)
[Harmony of the Seas Medical Center Case Summary – Vitals Feb 21, 2019, 09:30 UTC-05:00]

EXHIBIT C

Henze leaves the onboard Medical Center to collect an insurance card at approximately 9:35 am, February 21, 2019
(10.35 am, February 21, 2019, San Juan time)
[HENZE 208]

NOTE: IV catheter gauge 18 inserted left hand, Blood sample taken for analysis, ECG done and relayed, Kept in ICU for observation 09:47 am, February 21, 2019
(10.47 am, February 21, 2019, San Juan time)
[Harmony of the Seas Medical Center Case Summary – NOTE Feb 21, 2019, 09:47 UTC-05:00]

Nurse Orders; Task – TROPIN I 09:48 am, February 21, 2019
(10.48 am, February 21, 2019, San Juan time)
[Harmony of the Seas Medical Center Case Summary – Nurse Orders Feb 21, 2019, 09:48 UTC-05:00]

Nurse Orders; Task – ELECTROCARDIOGRAM COMPLETE 09:52 am, February 21, 2019
(10.52 am, February 21, 2019, San Juan time)
[Harmony of the Seas Medical Center Case Summary – Nurse Orders Feb 21, 2019, 09:52 UTC-05:00]

Physician Orders; Task – NEUROLOGICAL REFERAL 09:55 am, February 21, 2019
(10.55 am, February 21, 2019, San Juan time)
[Harmony of the Seas Medical Center Case Summary – Physician Orders Feb 21, 2019, 09:55 UTC-05:00]

Shore Side Referral Form requesting Hospital transfer at 9:56 am, February 21, 2019 (09.56 am = UTC – 5hrs. acc. to the form in EXH. I)
(10.56 am, February 21, 2019, San Juan time)
HENZE 231, Exhibit I,] [Harmony of the Seas Shore side referral Feb 21, 2019, 09:56 UTC-05:00]

Harmony of the Seas' Medical Secretary requests BLS Ambulance from the San Juan agent at 9:59 am, February 21, 2019
(10.59 am, February 21, 2019, San Juan time)
[RCCL emails – GR000088: page 2 of the RCCL emails pdf.]

Harmony of the Seas requests a BLS Ambulance from the agent (Continental Shipping) at 10:59 am, February 21, 2019, San Juan time
(10.59 am, February 21, 2019 San Juan time because the original Harmony of the Seas email (09:59 ship's time at UTC- 5 hrs.) was received by the Port Agent who's computer converted the ship's time (1 hr. earlier ) to San Juan time (UTC-4hrs) – so 9:59 am was converted to 10:59 am – then the email was forwarded from the Agent's computer (on San Juan time) back to the Harmony of the Seas showing the original email in the converted San Juan time)
[RCCL emails and communications page 7:GR000093; GR000088 in file ColonD B.pdf, page 2]

EXHIBIT C

Harmony of the Seas medical Center Guest Landed Report.
Source: File Colon D B.pdf, page 3, GR000089
RCCL stated the following in this document:

| | |
|---|---|
| Report submitted | : Feb 21, 2019, 12:15 = Feb 21, 2019, 1:15 pm (San Juan time) |
| Date of onset | :Feb 21, 2019 |
| Description of illness or injury/event | :Stroke |
| Date/Time CARE Team notified | : Feb 21, 2019, 12:15 = Feb 21, 2019, 1:15 pm (San Juan time) |
| Landed to | :Hospital HIMA San Pablo Caguas 100 Luis Munoz Marin Avenue, Caguas, 00725, Puerto Rico |
| CTA assigned | :No |
| CTA disembarking with guest | :No |
| If yes, confirm CTA given contact details for CareTeam Specialist | : No |

Ambulance service hour 12:21 pm, February 21, 2019, San Juan time
Ambulance 12:21 pm, February 21, 2019, San Juan time
Ambulance incident location: Pier no.3 Harmony of the Seas, Feb 21, 2019, 12:54 pm San Juan time
Ambulance mileage 339518 12:54 pm, February 21, 2019, San Juan time (**AMBULANCE ARRIVES AT THE HARMONY OF THE SEAS)**
Ambulance 1:08 pm, February 21, 2019, San Juan time
Vital signs taken 1:10 pm, February 21, 2019, San Juan time
Ambulance 1:50 pm, February 21, 2019, San Juan time **(AMBULANCE ARRIVES AT HIMA SAN CARGUAS)**
Ambulance mileage 339560 2:31 pm, February 21, 2019, San Juan time
[** Source "MED RECS -2. SUNNY AMBULANCE, INC.PDF" ]

Burgess disembarked at 12:02 pm, February 21, 2019
(1.02 pm, February 21, 2019, San Juan time)
[RCL Documents – Initial disclosure GS000001]

Henze disembarked at 12:00 pm, February 21, 2019
(1.00 pm, February 21, 2019, San Juan time)
[RCL Documents – Initial disclosure GS000001]

Guest Landed Report 12.15 pm, February 21, 2019
(1.15 pm, February 21, 2019, San Juan time)
[Harmony of the Seas Medical Center Guest Landed Report]

Guest Landed 12.15 pm, February 21, 2019
(1.15 pm, February 21, 2019, San Juan time)
[Harmony of the Seas Medical Center Guest Landed Report – RCCL emails]

CARE TEAM notified 12.15 pm, February 21, 2019
(1.15 pm, February 21, 2019, San Juan time)
[Harmony of the Seas Medical Center Guest Landed Report – RCCL emails]

Harmony of the Seas' Medical Secretary informs the CARETEAM that Burgess is heading to Hospital HIMA-San Pablo Caguas with paramedics. – 12.27 pm, February 21, 2019 (Ship and Miami where the Careteam is located are on the same time zone: correspondence between these 2 parties will be in the same time zone)
(1.27 pm, February 21, 2019, San Juan time)
[RCCL email - GR000087: page 1 of the RCCL emails pdf file]

EXHIBIT C

Acute Stroke Neurological Consultation 13:59 = 1.59 pm, February 21, 2019, San Juan time
[MED RECS.-5: Acute Stroke Neurological Consultation – page 25]

Acute Stroke Screening Sheet 1:59 pm, February 21, 2019, San Juan time
[MED RECS.-5: Acute Stroke Screening Sheet – page 35]

HIMA San Pablo Caguas – Triage/ Registration time: 1:59:02 pm, February 21, 2019, San Juan time
[MED RECS.-5: HIMA San Pablo Caguas – page 17]

Medical evaluation form by Grupo HIMA-San Pablo – 2:09 pm, February 21, 2019, San Juan time
[MED RECS.-5 Emergency Department Medical Evaluation Form – page 13]

## FEBRUARY 22, 2019

Lifelink referral by Grupo HIMA-San Pablo 10:30 am, February 22, 2019, San Juan time
[Hospital HIMA San Pablo Caguas pdf. Summary Sheet HIMA Caguas – page 9]

Email string starting on page 11 (GR000097) :Harmony of the Seas notified the Agent of the need to dispatch an ambulance – the email was forwarded/responded (GR000096 – page 10) to, by San Juan agent which means 10:59 am was the time set on the Agent's computer. The forwarded email (GR000096) (subject: Burgess is undergoing surgery due to blood clot) by the Agent was received by the Harmony of the Seas at 2:47 pm, February 22, 2019, ship's time.
(3:47 pm, February 22, 2019, San Juan time)

RCL was notified by the San Juan agent (Continental Shipping) that Burgess is undergoing surgery due to blood clot. Email was sent at 2:47 pm, February 22, 2019, San Juan time [because the agent forwarded the email – their computer would have used local San Juan time]
[RCL emails – page 7]

## FEBRUARY 25, 2019

Richard Burgess is discharged from the HIMA Caguas Hospital 5:39 pm, February 25, 2019, San Juan time
[Summary Sheet HIMA Caguas – page 8]

## FEBRUARY 26, 2019

Ship's agent in San Juan informs the CARE TEAM that Burgess was discharged 12:03 pm, February 26, 2019, Care Team time = Miami = UTC- 5hrs. = the same as Harmony of the Seas time
[13:03 pm, February 26, 2019, San Juan time]
[RCL emails and communications – page 18]

CARE TEAM requests San Juan agent to confirm Burgess was successfully transferred back home via Air Ambulance 12:32 pm, February 26, 2019, Miami time (=Ship's time)
1.32 pm, February 26, 2019, San Juan time
[RCL emails and communications – page 10]

# EXHIBIT D

Local time (LT) in Fort Lauderdale, Miami and aboard the *HARMONY OF THE SEAS*, February 2019= UTC - 5hrs.
Local time in Philipsburg, St Maarten, February 2019 (LT=UTC – 4hrs.)
Local time in San Juan, Puerto Rico, February 2019 (LT=UTC – 4hrs.)




## Time Changes in San Juan Over the Years

Daylight Saving Time (DST) changes do not necessarily occur on the same date every year.

**Time zone changes for:** 2010 — 2019

| Year | Date & Time | Abbreviation | Time Change | Offset After |
|---|---|---|---|---|
| 2010 — 2019 | No changes, UTC -4 hours all of the period | | | |

* All times are local San Juan time.

# EXHIBIT D

timeanddate

AdChoices
DELL Early Deals. Up to $400 Off. Inspiron 3891 Desktop $399.99
View the Deals
Click for legal.
intel CORE i3 10th gen Intel Core i3

Home World Clock Time Zones Calendar Weather Sun & Moon Timers Calculators Apps & API Free Fun

Home / Time Zones / World Clock / USA / Fort Lauderdale

## Current Local Time in Fort Lauderdale, Florida, USA

Search for city or place...

Time/General Weather Time Zone DST Changes Sun & Moon



**6:47:47 pm** EST
Wednesday, November 17, 2021
Fullscreen

| | |
|---|---|
| **Country:** | United States |
| **State:** | Florida (FL) |
| **Lat/Long:** | 26°07'N / 80°08'W |
| **Elevation:** | 1 m |
| **Currency:** | United States Dollar (USD) |
| **Languages:** | English, Spanish |
| **Country Code:** | +1 |



## 2021 Time Zones - Fort Lauderdale

| EST UTC-5h | EDT UTC-4h | EST UTC-5h |
|---|---|---|

Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec

## Time Changes in Fort Lauderdale Over the Years

Daylight Saving Time (DST) changes do not necessarily occur on the same date every year.

**Time zone changes for:** 2010 — 2019

| Year | Date & Time | Abbreviation | Time Change | Offset After |
|---|---|---|---|---|
| **2019** | Sun, Mar 10 at 2:00 am | EST → EDT | +1 hour (DST start) | UTC-4h |
| | Sun, Nov 3 at 2:00 am | EDT → EST | -1 hour (DST end) | UTC-5h |

# EXHIBIT D

timeanddate
SONESTA
THE GIFT OF GOING
Save up to 30% + 3X Sonesta Travel Pass points
Book Now

Home | World Clock | Time Zones | Calendar | Weather | Sun & Moon | Timers | Calculators | Apps & API | Free Fun

Home / Time Zones / World / Sint Maarten / Philipsburg

## Time Zone in Philipsburg, Sint Maarten

Search for city or place...

Time/General | Weather | Time Zone | DST Changes | Sun & Moon



7:52:54 pm AST
Wednesday, November 17, 2021
Fullscreen

**Current:** AST — Atlantic Standard Time
**Current Offset:** UTC/GMT -4 hours
**Difference:** 1 hour ahead of Miami



**2021 Time Zones - Philipsburg**

**More Information**

## 2021 Time Zones - Philipsburg




The graph above shows that there is no clock change in Philipsburg during 2021.

## Time Changes in Philipsburg Over the Years

Daylight Saving Time (DST) changes do not necessarily occur on the same date every year.

**Time zone changes for:** 2010 — 2019

| Year | Date & Time | Abbreviation | Time Change | Offset After |
|---|---|---|---|---|
| **2010 — 2019** | No changes, UTC -4 hours all of the period | | | |

* All times are local Philipsburg time.