# SUNNY AMBULANCE INC.


PARAMEDICO CERTIFICADO
P.O. Box 2404 Toa Baja P.R.00951
TC. AMB - 549
Tels. (787) 667- 7753 • Fax. (787) 796-0911


13269

## HOJA INFORME INCIDENTE AMBULANCIA

Nombre Despachador: C. diaz
Nombre TEM: J. Garcia
Nombre TEM: K Ortiz
Incidente Estatal:
# Incidente: 2019-02-1616

Nombre del Paciente: Richard Burgess
Fecha de Nacimiento (MM DD Año): 03/14/57
Dirección Residencial: Pensylvania, United States
Sexo ☐ F ☑ M
Dirección Postal: Zip Code
Edad: 61
Seguro Social: 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
Teléfono: 717/578/4490

| MILLAJE | HORAS | | |
|---|---|---|---|
| 33~~4~~508 (10-7?) | 1221 | ☐ AM | ☑ PM |
| 33~~4~~518 (10-7?) | 1254 | ☐ AM | ☑ PM |
| 339517 (10-7?) | 1308 | ☐ AM | ☐ PM |
| 334560 (10-7?) | 1350 | ☐ AM | ☑ PM |
| 884560 | 1431 | ☐ AM | ☐ PM |

**NOTIFICADO POR:** ☑ DESPACHADOR ☐ POLICIA ☐ ENFERMERA ☐ MEDICO ☐ OTRO

**LOC. A LA LLAMADA:** ☐ BASE ☐ OTRA ESTACION ☑ EN TRANSITO ☐ EN ESPERA ☐ OTRO

**SELECCION DEL HOSPITAL:** ☐ FAMILIARES ☑ MEDICO ☐ MAS CERCANO ☐ PETICION PACIENTE ☐ DECISION DESPACHADOR ☐ PETICION TECNICO

8473

**CATEGORIA DE PAGO**
1. ☐ MEDICARE
2. ☐ MMM
3. ☐ S.S.S. COMP.
4. ☐ F.S.E.
5. ☐ A.C.A.A.
6. ☐ CRUZ AZUL COMP.
7. ☐ PAGO DIRECTO
8. ☐ HUMANA - REFORMA → $475
9. ☐ OTROS

DONDE OCURRIO EL ACCIDENTE — LUGAR DEL INCIDENTE O ACCIDENTE: Muelle #3 Harmony of the Seas — FECHA (MM / DD / Año): 02/21/2019 — HORA: 1254

**QUEJA PRINCIPAL (SIGNOS Y SINTOMAS)**
☐ MAREOS ☐ EMESIS ☐ DOLOR PECHO ☐ DOLOR ABDOMEN ☐ CEFALEA ☑ DEBILIDAD CORPORAL ☐ FRIO ☐ DIFICULTAD RESP. ☐ SYNCOPE ☐ CONVULCION ☐ ASINTOMATICO ☐ OTRO (Especifique)

**PUPILAS**
☑ IGUALES ☐ CONTRAIDAS ☐ DILATADAS ☐ NO REACCIONAN ☐ IZQUIERDA MAS GRANDE ☐ DERECHA MAS GRANDE ☐ NO VIDENTE

**SIGNOS VITALES**

| HORA | PULSO | RESP. | P. ARTERIAL | $SPO_2$ | D.X.T. |
|---|---|---|---|---|---|
| 1:10pm | 88 | 20 | 130/80 | 98 | |

**IMPRESION DIAGNOSTICA**
Debilidad generalizada R/D STROKE daño parcial en lado Rt

**EXAMEN FISICO**
A. CUELLO 1) VENAS a) Normales ☑ b) Distendidas ☐
B. TORAX 1) CORAZON a) RITMO Regular ☑ Irregular ☐; 2) PULMONES a) Claros ☑ b) Sibilancias ☐ c) Estertores ☐
C. ABDOMEN 1) Blando ☑ 2) Doloroso ☐
D. EXTREMIDADES 1) Simétricas ☑ 2) Asimétricas ☐
E. PULSOS DISTALES 1) Ausentes ☐ 2) Presentes ☑
F. PIEL 1) Fria ☐ 2) Normal ☑ 3) Húmeda ☐
OTRO (ESP.)

**HISTORIAL DEL PACIENTE**
☐ ENCAMADO ☐ HBP ☐ DM ☐ CARDIACO ☐ FALLO RENAL ☐ DESBALANCE ☐ ASMA ☐ COPD ☐ CHF ☐ HIPOGLUCEMIA ☐ ANEMIA ☐ CVA ☐ ARTRITIS ☐ PARKINSON ☐ ALZHEIMER ☑ OTRO (Especifique)

H Bebedor social, No fuma
A NO
M NO
P NO
L NO
E R/D STROKE

**CUIDADO INMEDIATO Y TRATAMIENTO ADMINISTRADO**
☐ LIMPIEZA VIAS RESPIRATORIAS ☐ RESPIRACION ARTIFICIAL ☐ CPR HORA ☐ ADM. OXIGENO ☐ CONTROL HEMORRAGIA ☐ INMOVILIZACION ☐ TRACCION ☐ VENDAJE ☐ APLICACION FRIO ☐ AYUDA OBSTETRICIA ☐ DEFIBRILADOR ☐ EXTRICACION ☐ TELEMETRIA ☑ TRANSPORTE Y OBS ☑ OTROS SV

**FIRMAS IMPORTANTES**
Hosp Hima Cupey — Hospital Receptor que acepta paciente
Dr. Pereira — Firma del Médico o su Representante
[signature] — FIRMA DEL TEM — LIC. NO
KMOK 9285 — FIRMA DEL TEM — LIC. NO
FIRMA DEL TEM — LIC. NO
MEDICAL CONTROL — LIC. NO

**ESTADO DE CONCIENCIA**
☑ ALERTA ☑ CONCIENTE ☑ ORIENTADO ☐ CONFUNDIDO ☐ LETARGICO ☐ INCONSCIENTE ☐ CONVATIVO

FLUIDOS INTRAVENOSOS: N/A

MEDICAMENTOS DROGA-VIA-DOSIS- HORA:

COMENTARIOS: Nos activan para Emergencia por R/D Stroke c̄ daño en lado Rt c̄ visión borrosa. Independencia a nuestra evaluación Pte M (el) y/o el mismo transportado en camilla hacia Hosp. Hima Cupey el mismo alerte conciente orientado. El mismo para continuar tratamiento y observación transportado a Hima Cupey.

Yo,(nombre del paciente) ______________________ me comprometo a pagar a **SUNNY AMBULANCE INC.**, a la compañía aseguradora, al demandado y/o responsable del accidente, la cuenta por los servicios pre- hospitalarios recibidos o que se me preste. Autorizo a cualquier poseedor de información médica a que ofrezca a la compañía aseguradora, cualquier información sobre estos servicios. Esta cuenta tendrá prioridad sobre cualquier pago o transacción que se haga a mi favor, de mis familiares o de cualquier otro interesado.

Paciente no acepta el servicio ______ 02/21/2019 Fecha (MM/DD/Año) ______ [signature] Firma del paciente o Encargado

# Certificación de Necesidad Médica

Para Servicios de Transporte en Ambulancia

Desde 02/21/2019 Hasta 02/21/2019 Este Certificado no es válido por mas de sesenta (60) días

Nombre del Paciente Richard Burgess Peso: ____

Número de Plan Médico |__|__|__|__|__|__|__|__|__|

Nombre Compañía de Ambulancias: Sunny Ambulance

Origin (POP): Muelle 3 Embarcación Harmony of the Seas

Destino: Hosp. Hima Cupey

Marque uno: Ida: ✓ Ida y vuelta: ____

**Definición de confinamiento en cama, según Medicare: La imposibilidad de levantarse de la cama; sin asistencia; ambular; y sentarse en una silla, incluyendo silla de ruedas.**

**Estas tres preguntas deben ser contestadas o de lo contrario se invalidara esta Certificación**

1. ¿Está el paciente confinado a una cama tal cual definido por la regulación de Medicare? ☐ Si ☑ No
2. ¿Que condición médica presentaba este paciente en la fecha de la transportación de ambulancia que requeria que se transportara en una camilla hacia la ambulancia?

Nos activan para Pt. M Col y/o el mismo refiere sufrió R/o Stroke en la mañana c dano en Right lado c visión borrosa. El mismo OX3. Fue transportado en camilla hacia Hosp. Hima Cupey para continuar Tx y Obs.

3. ¿Podía ser transportado el paciente de manera segura en cualquier otro medio de transporte? ☐ Si ☑ No

**Marcar en caso que sea Necesario**

| | | |
|---|---|---|
| ☐ Requirió oxigeno durante el Transporte | ☐ Presentó convulsiones | ☐ Monitoreo de Glucosa |
| ☐ Requiere Monitoreo Cardiaco | ☐ Signos o síntomas de contusiones | ☐ Requiere mantenimiento IV |
| ☐ Se realizó Resucitación Cardiopulmonar | ☐ Paciente necesita ser restringido | ☐ Requirió Inmovilización por algún tipo de fractura |
| ☑ El paciente fue movido en camilla | ☐ El paciente presenta hemorragia | ☐ Paciente requirió succión |
| ☐ El paciente es dependiente de ventilador | ☐ Paciente inconsciente o en "shock" | ☐ Fue transportado a la facilidad más cercana |
| ☑ Estaba frágil o debilitado | | |

Diagnóstico

Stroke?

Con mi firma certifico que la información arriba es verdadera y correcta según mi evaluación de este paciente, mi adiestramiento profesional, y mi mejor conocimiento. Entiendo que la información será utilizada por el Departamento Federal de Salud y Servicios Humanos y Medicare como apoyo a la determinación de necesidad médica para servicios de ambulancia.

[signature] Firma del Médico — JOAO PEREIRA Nombre (letra de molde) — 45538 NPI #

FEB/21/2019 Fecha de la Firma — ____ UPIN

**SUNNY Ambulance Inc.**
**Paramédico Certificado**
P.O. Box 2404
Toa Baja, P.R. 00951
(787) 667-7753 • (787) 796-9011
TC-AMB 549

**RECIBO NO.**
Nº 8473

Unidad: S-3 Fecha: 02/21/2019

Hora de Servicio: 12:21 pm

Nombre del Paciente: Richard Burgess

Dirección: 03-14-1957

Fecha de Nacimiento: 03-14-57 Edad: 61 [illegible] Teléfono:

Seguro Social: H M

$ 215.00 ___ Efectivo ___ Cheque ___ Privado ___ Facturar ___ Contrato ___ Medicare

Firma Autorizada: [signature] Teléfono:

Servicio Solicitado por:

Traslado desde: Muelle 3 S.J. Embarcación Harmony of the Seas Hasta: [illegible]

OBSERVACIONES: [illegible] 61 y/o [illegible] Dx de R/O stroke [illegible]
[illegible] en la mañana

TEM [illegible] TEM J. Garcia