UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:20-cv-20687- OTAZO-REYES

AT LAW AND IN ADMIRALTY

RICHARD BURGESS individually and
by and through DARREN HENZE
as Guardian of the Person and Estate
of Richard Burgess, incapacitated and
as agent under that certain durable power
of attorney dated November 20, 2006.

Plaintiffs,

v.

ROYAL CARIBBEAN CRUISES LTD.,
a Liberian Corporation, d/b/a
ROYAL CARIBBEAN CRUISE LINE and/or
ROYAL CARIBBEAN INTERNATIONAL

Defendants.

_________________________________/

**PLAINTIFF EXHBHIT LIST AND WITNESS LIST FOR DAUBERT HEARING**

The Plaintiff, RICHARD BURGESS individually and by and through DARREN HENZE as Guardian of the Person and Estate of Richard Burgess, incapacitated and as agent under that certain durable power of attorney dated November 20, 2006, and pursuant to the Court's Paperless Order [D.E. 90] files this her Witness List of the witnesses she intends to call at hearing and Exhibit List of the exhibits she intends to enter into evidence and states as follows:

## A. FACT WITNESSES EXPECTED TO BE CALLED AT HEARING

1. **Hendrik J. Keijer.** — **Captain Expert**
   **Robson Forensic, Inc.**
   14160 Palmetto Frontage Road
   Suite 23
   Miami Lakes, FL 33016
   **Appearing March 17, 2023**

2. **Dr. Camilo R. Gomez, MBA Vascular & Interventional Neurology Expert**
   CS & E Building, One Hospital Drive
   CE507
   Columbia, MO 65212
   **Appearing March 17, 2023**

3. **David M. Nidorf, M.D. - Board Certified Emergency and Family Medicine**
   11 Morningstar Drive
   New Paltz, NY 12561
   **Appearing March 17, 2023**

## PLAINTIFF'S EXHIBIT LIST

INDEX TO OBJECTIONS

A. Authenticity
I. Inadmissible Material
R. Relevancy
H. Hearsay

LP. Lack of Personal Knowledge
F. Foundation
O. Opinion

UP. Unduly Prejudicial
P. Privileged
N. No Objection
C. Cumulative

V. Vague
S. Speculation
L. Leading

| PLF. NO. | DEF. NO | JOINT. NO | OBJ. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|---|---|
| | | | | | | | **DOCUMENTS PRODUCED BY PLAINTIFF** |
| 1. | | | | | | | Captain Hendrik J. Keijer report dated August 25, 2022 (24 pages) – DE 105-5 |
| 2. | | | | | | | Captain Hendrik J. Keijer Report Exhibit C – Timeline Events Onboard RCCL (Pages 112-119) DE 87-1 |
| 3. | | | | | | | Captain Hendrik J. Keijer Report Exhibit D – Time Changes in San Juan (Pages 120-123) DE 87-1 |
| 4. | | | | | | | Captain Hendrik J. Keijer Rebuttal report dated September 19, 2022 |
| 5. | | | | | | | Captain Hendrik J. Keijer Rebuttal Report Exhibit E – Distance from Pier 3 in San Juan to Hospital Hima San Caguas |
| 6. | | | | | | | Captain Hendrik J. Keijer Curriculum Vitae (pages 95-109) – DE 87-1 |
| 7. | | | | | | | Deposition transcript of Captain Hendrik J. Keijer and all exhibits thereto |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8. | | | | | | | Dr. David Nidorf report dated August 25, 2022 (pages 66-75 pages) – DE 87-1 |
| 9. | | | | | | | Dr. David Nidorf Curriculum Vitae (pages 76-80) – DE 87-1 |
| 10. | | | | | | | Dr. Nidorf deposition exhibit E – Stroke Scorecard – DE 105 - 4 |
| 11. | | | | | | | Deposition transcript of Daniel Nidorf, M.D. and all exhibits thereto |
| 12. | | | | | | | Dr. Camilo Gomez report dated August 26, 2022 (9-21 pages) – DE 87-1 |
| 13. | | | | | | | Dr. Camilo Gomez rebuttal report dated September 13, 2022 (pages 1-53) – DE 105-3 |
| 14. | | | | | | | Dr. Camilo Gomez Curriculum Vitae (pages 22-63) – DE 87-1 |
| 15. | | | | | | | Declaration of Dr. Camilo Gomez (3 pages) – DE 105-2 |
| 16. | | | | | | | Deposition transcript of Dr. Camilo Gomez and all exhibits thereto |
| 17. | | | | | | | Guidelines for early management - 2018 |
| 18. | | | | | | | Email exchange with Michael Drahos dated December 19, 2022 (1 page) – DE 105 – 6 |
| 19. | | | | | | | Shipboard medical records dated 02/21/2019 |
| 20. | | | | | | | Sunny Ambulance Records |
| 21. | | | | | | | Shoreside referral form referred to by Dr. Periera |
| 22. | | | | | | | HIMA SAN PABLO CAGUAS Medical note – Dr. Nobo Initial Neurological Report dated February 21, 2019 |
| 23. | | | | | | | HIMA SAN PABLO CAGUAS Medical note – Dr. Nobo Note to File dated February 25, 2019 |
| 24. | | | | | | | Plaintiff Richard Burgess answers to Defendants Interrogatories (DE 114-3) |
| 25. | | | | | | | Onboard Medical Secretary Email to Continental Shipping |
| 26. | | | | | | | Defendant’s Response to Plaintiff’s Second Request for Production No. 2 |
| 27. | | | | | | | Timeline of Events (Response to Motion for Summary Judge D.E. 114) |
| 28. | | | | | | | HIMA SAN PABLO CAGUAS Report CT Angiogram brain and neck with addendum - timestamp of 2:24 p.m. |
| 29. | | | | | | | Medical literature – Stroke Hospital Characteristics in the Florida – Puerto Rico Collaboration to Reduce Stroke Disparities Study by Dr. Ulises Nobo, M.D. |
| 30. | | | | | | | Deposition transcript of RCCL Corporate Representative deposition – Ben Shore and all exhibits thereto |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 31. | | | | | | | Deposition transcript of Continental Shipping Corporate Representative – Daniel Threadgill -Colon and all exhibits attached thereto |
| 32. | | | | | | | Deposition transcript of Dr. Joaio Periera and all exhibits thereto |
| 33. | | | | | | | Policy of RCCL (DE 115-1) |
| 34. | | | | | | | Guest Land report |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court via CM/ECF on this 16th day of March 2023. We also certify that the foregoing was served on all counsel or parties of record on the attached Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.

By: *s/ Sarah A. Lobel*

**John J. Hickey** (FBN 305081)
hickey@hickeylawfirm.com
**Sarah A. Lobel** (FBN 88716)
slobel@hickeylawfirm.com
**Hickey Law Firm, P.A.**
1401 Brickell Avenue, Suite 510
Miami, FL 33131-3504
Telephone: (305) 371-8000
Facsimile: (305) 371-3542
*Attorneys for the Plaintiff*

## SERVICE LIST

Richard Burgess v. Royal Caribbean Cruises LTD.
CASE NO.: 1:20-cv-20687-Otazo Reyes

| | |
|---|---|
| **John H. Hickey, Esq.** (FBN 305081)<br>hickey@hickeylawfirm.com<br>federalcourtfilings@hickeylawfirm.com<br>**Sarah A. Lobel, Esq. (FBN 88716)**<br>slobel@hickeylawfirm.com | **Michael J. Drahos, Esq.** (FBN 0617059)<br>Michael.drahos@gray-robinson.com<br>Lilia.parker@gray-robinson.com<br>**W. Cooper Jarnagin, Esq.** (FBN 117767)<br>Cooper.jarnagin@gray-robinson.com |

| | |
|---|---|
| dmartinez@hickeylawfirm.com<br>**HICKEY LAW FIRM, P.A.**<br>1401 Brickell Avenue, Suite 510<br>Miami, FL 33131-3504<br>Telephone: (305) 371-8000<br>Facsimile: (305) 371-3542<br>*Attorneys for Plaintiff* | **GRAY ROBINSON, P.A.**<br>515 North Flagler Drive, Suite 650<br>West Palm Beach, FL 33401<br>Telephone: (561) 268-5727<br>Fax: (561) 268-5745<br><br>**Randy S. Ginsberg, Esq.** (FBN 185485)<br>rginsberg@rccl.com<br>**ROYAL CARIBBEAN CRUISES LTD.**<br>1080 Caribbean Way<br>Miami, Florida 3312<br>Telephone: (305) 539-6327<br>Alt. Tel. (305) 539-4457<br>*Attorneys for Defendant* |