EXHIBIT C

# TIMELINE OF EVENTS ONBOARD THE ROYAL CARIBBEAN HARMONY OF THE SEAS AND IN PUERTO RICO FEBRUARY 17 – FEBRUARY 26, 2019 PATIENT/PASSENGER: RICHARD BURGESS

General notes:

Harmony of the Seas Medical Center medical log/notes are referred in ship's time: UTC- 5 hrs.
Provided dates from February 18 – February 21, 2019, refer to the ship's time as being UTC – 5 hrs.
Port Everglades was on UTC - 5 hrs.

**ALL TIMES IN THE BELOW TIMELINE HAVE BEEN CONVERTED TO SAN JUAN, PUERTO RICO LOCAL TIME (LT=UTC-4 hrs.)**

## FEBRUARY 17,2019 Fort Lauderdale

Burgess embarked the Harmony of the Seas to start their cruise at 1.11 pm, on February 17, 2019 (2.11 pm, February 17, 2019, San Juan time)

[HENZE: 107]

Burgess went for a shave in the Spa at 2.47 pm, February 17, 2019
(2.47 pm, February 17, 2019, San Juan time)
[HENZE: 109]

Burgess purchased 2 Coors Light beers at 4:18 pm, February 17, 2019
(5.18 pm, February 17, 2019, San Juan time)
[HENZE: 110]

Burgess purchased 1 Coors Light beer at 4:41 pm, February 17, 2019
(5.41 pm, February 17, 2019, San Juan time)
[HENZE: 110]

Burgess purchased 1 beer at 5:06 pm, February 17, 2019
(6.06 pm, February 17, 2019, San Juan time)
[HENZE: 111]

Burgess purchased 1 beer at 5:29 pm, February 17, 2019
(6.29 pm, February 17, 2019, San Juan time)
[HENZE: 111]

Burgess purchased 1 beer at 5:38 pm, February 17, 2019
(6.38 pm, February 17, 2019, San Juan time)
[HENZE: 112]
Burgess purchased 1 beer at 5:57 pm, February 17, 2019
(6.57 pm, February 17, 2019, San Juan time)
[HENZE: 112]

EXHIBIT C

Burgess purchased 1 beer at 6:12 pm, February 17, 2019
(7.12 pm, February 17, 2019, San Juan time)
[HENZE: 112]

Burgess purchased 1 beer at 8:56 pm, February 17, 2019
(9.56 pm, February 17, 2019, San Juan time)
[HENZE: 113]

Burgess purchased 1 beer at 9:46 pm, February 17, 2019
(10.46 pm, February 17, 2019, San Juan time)
[HENZE: 113]

Burgess purchased 1 beer at 10:21 pm, February 17, 2019
(11.21 pm, February 17, 2019, San Juan time)
[HENZE: 113]

Burgess purchased 1 Jägermeister at 11:06 pm, February 17, 2019
(00.06 am, February 18, 2019, San Juan time)
[HENZE: 114]

Burgess purchased 1 beer at 11:27 pm, February 17, 2019
(00.27 am, February 18, 2019, San Juan time)
[HENZE: 114]

## FEBRUARY 18, 2019: At Sea

Burgess purchased 1 beer at 00:02 am, February 18, 2019
(1.02 am, February 18, 2019, San Juan time)
[HENZE: 114]

Burgess purchased 1 beer at 01:05 am, February 18, 2019
(02.05 am, February 18, 2019, San Juan time)
[HENZE: 115]

Burgess fell and hit his head inside his stateroom 03:00 am, February 18, 2019
(04.00 am, February 18, 2019, San Juan time)
[HENZE: 117; 119; 134] [Guest injury statement][Witness to injury statement]

**CASE SUMMARY**

Harmony of the Seas - 34160 (Feb 17, 2019 - Feb 24, 2019) - Feb 18, 2019 11:00 UTC-05:00

| PATIENT ID | NAME | DATE OF BIRTH | GENDER | CABIN |
| --- | --- | --- | --- | --- |
| 9841000202505200 | BURGESS, RICHARD | Mar 14, 1957 | M | 8660 |

**Triage**

DATE
Feb 18, 2019 11:00 UTC-05:00

PERFORMED BY
Rivera, Lilibeth RN

VISIT REASON
Illness

PRIORITY
NON-URGENT

CHIEF COMPLAINTS
**Patient attends clinic for Head injury**

Extract "MED RECS-1.ROYAL CARIBBEAN CRUISE LINE.pdf" – page 11

EXHIBIT C

Case Summary – Triage 11:00 am, February 18, 2019
(12.00 pm, February 18, 2019, San Juan time)
**BURGESS VISITS THE MEDICAL CENTER ABOARD THE HARMONY OF THE SEAS**
[Harmony of the Seas Medical Center Case Summary – Triage Feb 18, 2019, 11:00 UTC-05:00]

Consent for Medical Treatment 11:02 am, February 18, 2019
(12.02 pm, February 18, 2019, San Juan time)
[Harmony of the Seas Medical Center Consent for medical treatment Feb 18, 2019, 11:02 UTC-05:00]

Burgess presented to the Medical Center aboard the Harmony of the Seas at 11:00 am – 11:24 am, February 18, 2019
(12.00 pm – 12:24 pm, February 18, 2019, San Juan time)
[HENZE: 140, 306, 310]

Vitals 11:05 am, February 18, 2019
(12.05 pm, February 18, 2019, San Juan time)
[Harmony of the Seas Medical Center Case Summary – Vitals Feb 18, 2019, 11:05 UTC-05:00]

Physical Examination 11:32 am, February 18, 2019
(12.32 pm, February 18, 2019, San Juan time)
[Harmony of the Seas Medical Center Case Summary – Physical Examination Feb 18, 2019, 11:32 UTC-05:00]

Note: closed with Nylon 3/0 and gave Tetavax 11:33 am, February 18, 2019
(12.33 pm, February 18, 2019, San Juan time)
[Harmony of the Seas Medical Center Case Summary – Note Feb 18, 2019, 11:33 UTC-05:00]

CURRENT MEDICATIONS DIPTHERIS/TETANUS INJECTION PREFILLED SYRINGES IM 1 Ampule stat starting Feb 18, 2019, 11:34 UTC-05:00 For 10 years(s) 11:34 am, February 18, 2019
(12.34 pm, February 18, 2019, San Juan time)
[Harmony of the Seas Medical Center Case Summary – CURRENT MEDICATIONS Feb 18, 2019, 11:34 UTC-05:00 for 10 year(s)]

Henze believes Burgess had a massage around 2 pm, February 18, 2019, at the Spa
(3.00 pm, February 18, 2019, San Juan time)
[HENZE: 165]

HPI 4:30 pm, February 18, 2019
(5.30 pm, February 18, 2019, San Juan time)
[Harmony of the Seas Medical Center Case Summary – HPI Feb 18, 2019, 16:30 UTC-05:00]

Burgess had a massage at the Spa at 8:30 pm, February 18, 2019
(9.30 pm, February 18, 2019, San Juan time)
[HENZE: 165]

Burges went to bed at 11 pm, February 18, 2019
(0.00 am – midnight - San Juan time)
[HENZE: 166]

EXHIBIT C

## FEBRUARY 19, 2019: At Sea

HENZE went to bed at 1 or 2 am, February 19, 2019
(02.00 – 03.00 am, February 19, 2019, San Juan time)
[HENZE: 166]

Burgess woke up around 7.30 – 8 am, February 19, 2019
(08.30 – 09.00 am, February 19, 2019, San Juan time)
[HENZE: 167]

Henze went to the Casino at 9 pm, February 19, 2019
(10 pm, February 19, 2019, San Juan time)
[HENZE: 172]

Burgess was in *DAZZLES* at 11:48 pm, February 19, 2019
(00.48 am, February 20, 2019, San Juan time)
[HENZE: 172]

## FEBRUARY 20, 2019; St Maarten

Burgess got up around 7 am, February 20, 2019
(08:00 am, February 20, 2019, San Juan time)
[HENZE: 173]

Henze went ashore at 11:39 am, February 20, 2019
(12.39 pm , February 20, 2019, San Juan time)
[HENZE: 174]

Burgess went ashore at 11:50 am, February 20, 2019
(12.50 pm, February 20, 2019, San Juan time)
[HENZE: 174] [RCCL Documents – Initial disclosure GS000001]

Burgess came back aboard at 2:43 pm, February 20, 2019
(3.43 pm, February 20, 2019, San Juan time)
[HENZE: 174] [RCCL Documents – Initial disclosure GS000001]

Henze went to the Casino at 9 pm, February 20, 2019
(10.00 pm, February 20, 2019, San Juan time)
[HENZE: 179]

Burgess purchased water at the Attic Comedy Club at 10:38 pm, February 20, 2019
(11.38 pm, February 20, 2019, San Juan time)
[HENZE: 180]

EXHIBIT C

# FEBRUARY 21; San Juan, Puerto Rico

Burgess returned to the cabin before 2 – 3 am, February 21, 2019, possibly later – Henze does not recall when he returned
(3 – 4 am, February 21, 2019, San Juan time)
[HENZE: 181]

Burgess was asleep by time Henze returned to the cabin
[HENZE: 181]

Henze returned to the cabin around 2 - 3 am, possibly later: does not recall
(3 – 4 am, possibly later San Juan time)
[HENZE: 181, 182]

The Harmony of the Seas is scheduled to dock at 8 am, February 21, 2019
(9 am, February 21, 2019, San Juan time)
[RCCL Cruise Itinerary]

Henze is informed by Susey Hiatt that Burgess thinks he is having a stroke on Deck 17 – 9 am, February 21, 2019
(10 am, February 21, 2019, San Juan time)
[HENZE: 185, 191]

## HARMONY OF THE SEAS MEDICAL CENTER

### CASE SUMMARY

Harmony of the Seas - 34160 (Feb 17, 2019 - Feb 24, 2019) - Feb 21, 2019 09:25 UTC-05:00

| PATIENT ID | NAME | DATE OF BIRTH | GENDER | CABIN |
|---|---|---|---|---|
| 9841000202505200 | BURGESS, RICHARD | Mar 14, 1957 | M | 8660 |

### Triage

| DATE | PERFORMED BY | VISIT REASON |
|---|---|---|
| Feb 21, 2019 09:25 UTC-05:00 | Bremner, Mary RN | Illness |

PRIORITY
URGENT

CHIEF COMPLAINTS
**Patient attends clinic for 911 call to suite lounge deck 17 : ? cva : inability to move fingers of right hand ; unstable gait**

Extract "MED RECS-1.ROYAL CARIBBEAN CRUISE LINE.pdf" – page 2

**Burgess is admitted to the Medical Center aboard the Harmony of the Seas** at 9.25 am, February 21, 2019
(10.25 am, February 21, 2019, San Juan time)
[HENZE 201, 230, 328] [Harmony of the Seas Medical Center Case Summary – Triage Feb 21, 2019, 09:25 UTC-05:00]

Henze signed a medical consent form at 9:27 am, February 21, 2019
(10.27 am, February 21, 2019, San Juan time)
[RCL Documents – Initial Disclosures GS00044 – page 44]

Vitals 09:30 am, February 21, 2019
(10.30 am, February 21, 2019, San Juan time)
[Harmony of the Seas Medical Center Case Summary – Vitals Feb 21, 2019, 09:30 UTC-05:00]

EXHIBIT C

Henze leaves the onboard Medical Center to collect an insurance card at approximately 9:35 am, February 21, 2019
(10.35 am, February 21, 2019, San Juan time)
[HENZE 208]

NOTE: IV catheter gauge 18 inserted left hand, Blood sample taken for analysis, ECG done and relayed, Kept in ICU for observation 09:47 am, February 21, 2019
(10.47 am, February 21, 2019, San Juan time)
[Harmony of the Seas Medical Center Case Summary – NOTE Feb 21, 2019, 09:47 UTC-05:00]

Nurse Orders; Task – TROPIN I 09:48 am, February 21, 2019
(10.48 am, February 21, 2019, San Juan time)
[Harmony of the Seas Medical Center Case Summary – Nurse Orders Feb 21, 2019, 09:48 UTC-05:00]

Nurse Orders; Task – ELECTROCARDIOGRAM COMPLETE 09:52 am, February 21, 2019
(10.52 am, February 21, 2019, San Juan time)
[Harmony of the Seas Medical Center Case Summary – Nurse Orders Feb 21, 2019, 09:52 UTC-05:00]

Physician Orders; Task – NEUROLOGICAL REFERAL 09:55 am, February 21, 2019
(10.55 am, February 21, 2019, San Juan time)
[Harmony of the Seas Medical Center Case Summary – Physician Orders Feb 21, 2019, 09:55 UTC-05:00]

Shore Side Referral Form requesting Hospital transfer at 9:56 am, February 21, 2019 (09.56 am = UTC – 5hrs. acc. to the form in EXH. I)
(10.56 am, February 21, 2019, San Juan time)
HENZE 231, Exhibit I,] [Harmony of the Seas Shore side referral Feb 21, 2019, 09:56 UTC-05:00]

Harmony of the Seas' Medical Secretary requests BLS Ambulance from the San Juan agent at 9:59 am, February 21, 2019
(10.59 am, February 21, 2019, San Juan time)
[RCCL emails – GR000088: page 2 of the RCCL emails pdf.]

Harmony of the Seas requests a BLS Ambulance from the agent (Continental Shipping) at 10:59 am, February 21, 2019, San Juan time
(10.59 am, February 21, 2019 San Juan time because the original Harmony of the Seas email (09:59 ship's time at UTC- 5 hrs.) was received by the Port Agent who's computer converted the ship's time (1 hr. earlier ) to San Juan time (UTC-4hrs) – so 9:59 am was converted to 10:59 am – then the email was forwarded from the Agent's computer (on San Juan time) back to the Harmony of the Seas showing the original email in the converted San Juan time)
[RCCL emails and communications page 7:GR000093; GR000088 in file ColonD B.pdf, page 2]

EXHIBIT C

Harmony of the Seas medical Center Guest Landed Report.
Source: File Colon D B.pdf, page 3, GR000089
RCCL stated the following in this document:

| | |
|---|---|
| Report submitted | : Feb 21, 2019, 12:15 = Feb 21, 2019, 1:15 pm (San Juan time) |
| Date of onset | :Feb 21, 2019 |
| Description of illness or injury/event | :Stroke |
| Date/Time CARE Team notified | : Feb 21, 2019, 12:15 = Feb 21, 2019, 1:15 pm (San Juan time) |
| Landed to | :Hospital HIMA San Pablo Caguas 100 Luis Munoz Marin Avenue, Caguas, 00725, Puerto Rico |
| CTA assigned | :No |
| CTA disembarking with guest | :No |
| If yes, confirm CTA given contact details for CareTeam Specialist | : No |

Ambulance service hour 12:21 pm, February 21, 2019, San Juan time
Ambulance 12:21 pm, February 21, 2019, San Juan time
Ambulance incident location: Pier no.3 Harmony of the Seas, Feb 21, 2019, 12:54 pm San Juan time
Ambulance mileage 339518 12:54 pm, February 21, 2019, San Juan time (**AMBULANCE ARRIVES AT THE HARMONY OF THE SEAS)**
Ambulance 1:08 pm, February 21, 2019, San Juan time
Vital signs taken 1:10 pm, February 21, 2019, San Juan time
Ambulance 1:50 pm, February 21, 2019, San Juan time **(AMBULANCE ARRIVES AT HIMA SAN CARGUAS)**
Ambulance mileage 339560 2:31 pm, February 21, 2019, San Juan time
[** Source "MED RECS -2. SUNNY AMBULANCE, INC.PDF" ]

Burgess disembarked at 12:02 pm, February 21, 2019
(1.02 pm, February 21, 2019, San Juan time)
[RCL Documents – Initial disclosure GS000001]

Henze disembarked at 12:00 pm, February 21, 2019
(1.00 pm, February 21, 2019, San Juan time)
[RCL Documents – Initial disclosure GS000001]

Guest Landed Report 12.15 pm, February 21, 2019
(1.15 pm, February 21, 2019, San Juan time)
[Harmony of the Seas Medical Center Guest Landed Report]

Guest Landed 12.15 pm, February 21, 2019
(1.15 pm, February 21, 2019, San Juan time)
[Harmony of the Seas Medical Center Guest Landed Report – RCCL emails]

CARE TEAM notified 12.15 pm, February 21, 2019
(1.15 pm, February 21, 2019, San Juan time)
[Harmony of the Seas Medical Center Guest Landed Report – RCCL emails]

Harmony of the Seas' Medical Secretary informs the CARETEAM that Burgess is heading to Hospital HIMA-San Pablo Caguas with paramedics. – 12.27 pm, February 21, 2019 (Ship and Miami where the Careteam is located are on the same time zone: correspondence between these 2 parties will be in the same time zone)
(1.27 pm, February 21, 2019, San Juan time)
[RCCL email - GR000087: page 1 of the RCCL emails pdf file]

EXHIBIT C

Acute Stroke Neurological Consultation 13:59 = 1.59 pm, February 21, 2019, San Juan time
[MED RECS.-5: Acute Stroke Neurological Consultation – page 25]

Acute Stroke Screening Sheet 1:59 pm, February 21, 2019, San Juan time
[MED RECS.-5: Acute Stroke Screening Sheet – page 35

HIMA San Pablo Caguas – Triage/ Registration time: 1:59:02 pm, February 21, 2019, San Juan time
[MED RECS.-5: HIMA San Pablo Caguas – page 17]

Medical evaluation form by Grupo HIMA-San Pablo – 2:09 pm, February 21, 2019, San Juan time
[MED RECS.-5 Emergency Department Medical Evaluation Form – page 13]

## FEBRUARY 22, 2019

Lifelink referral by Grupo HIMA-San Pablo 10:30 am, February 22, 2019, San Juan time
[Hospital HIMA San Pablo Caguas pdf. Summary Sheet HIMA Caguas – page 9]

Email string starting on page 11 (GR000097) :Harmony of the Seas notified the Agent of the need to dispatch an ambulance – the email was forwarded/responded (GR000096 – page 10) to, by San Juan agent which means 10:59 am was the time set on the Agent's computer. The forwarded email (GR000096) (subject: Burgess is undergoing surgery due to blood clot) by the Agent was received by the Harmony of the Seas at 2:47 pm, February 22, 2019, ship's time.
(3:47 pm, February 22, 2019, San Juan time)

RCL was notified by the San Juan agent (Continental Shipping) that Burgess is undergoing surgery due to blood clot. Email was sent at 2:47 pm, February 22, 2019, San Juan time [because the agent forwarded the email – their computer would have used local San Juan time]
[RCL emails – page 7]

## FEBRUARY 25, 2019

Richard Burgess is discharged from the HIMA Caguas Hospital 5:39 pm, February 25, 2019, San Juan time
[Summary Sheet HIMA Caguas – page 8]

## FEBRUARY 26, 2019

Ship's agent in San Juan informs the CARE TEAM that Burgess was discharged 12:03 pm, February 26, 2019, Care Team time = Miami = UTC- 5hrs. = the same as Harmony of the Seas time
[13:03 pm, February 26, 2019, San Juan time]
[RCL emails and communications – page 18]

CARE TEAM requests San Juan agent to confirm Burgess was successfully transferred back home via Air Ambulance 12:32 pm, February 26, 2019, Miami time (=Ship's time)
1.32 pm, February 26, 2019, San Juan time
[RCL emails and communications – page 10]