# EXHIBIT D

Local time (LT) in Fort Lauderdale, Miami and aboard the *HARMONY OF THE SEAS*, February 2019= UTC - 5hrs.
Local time in Philipsburg, St Maarten, February 2019 (LT=UTC – 4hrs.)
Local time in San Juan, Puerto Rico, February 2019 (LT=UTC – 4hrs.)

timeanddate




Home | World Clock | Time Zones | Calendar | Weather | Sun & Moon | Timers | Calculators | Apps & API | Free Fun

Home / Time Zones / Time Zone Converter – Time Difference Calculator

## Time Zone Converter – Time Difference Calculator

Provides time zone conversions taking into account Daylight Saving Time (DST), local time zone and accepts present, past, or future dates.

Time Zone Converter | Meeting Planner

What's New? Settings

Add locations

Search for city or time zone...

Sort by -- Custom -- Remove all

| | | |
|---|---|---|
| **Fort Lauderdale, FL, USA**<br>EST (UTC -5) | Sun, Feb 17, 2019 | **7:00 am** |
| **San Juan, Puerto Rico**<br>AST (UTC -4) 1 hour(s) ahead | Sun, Feb 17, 2019 | **8:00 am** |

## Time Changes in San Juan Over the Years

Daylight Saving Time (DST) changes do not necessarily occur on the same date every year.

**Time zone changes for:** 2010 — 2019

| Year | Date & Time | Abbreviation | Time Change | Offset After |
|---|---|---|---|---|
| **2010 — 2019** | No changes, UTC -4 hours all of the period | | | |

* All times are local San Juan time.

EXHIBIT D

timeanddate

DELL Early Deals. Up to $400 Off. Inspiron 3891 Desktop $399.99 View the Deals Click for legal. intel CORE i3 10th gen Intel Core i3 AdChoices

Home World Clock Time Zones Calendar Weather Sun & Moon Timers Calculators Apps & API Free Fun

Home / Time Zones / World Clock / USA / Fort Lauderdale

# Current Local Time in Fort Lauderdale, Florida, USA

Search for city or place…

Time/General Weather Time Zone DST Changes Sun & Moon




**6:47:47 pm** EST

Wednesday, November 17, 2021

Fullscreen

| | |
|---|---|
| **Country:** | United States |
| **State:** | Florida (FL) |
| **Lat/Long:** | 26°07'N / 80°08'W |
| **Elevation:** | 1 m |
| **Currency:** | United States Dollar (USD) |
| **Languages:** | English, Spanish |
| **Country Code:** | +1 |



## 2021 Time Zones - Fort Lauderdale

| EST UTC-5h | EDT UTC-4h | EST UTC-5h |
|---|---|---|

Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec

## Time Changes in Fort Lauderdale Over the Years

Daylight Saving Time (DST) changes do not necessarily occur on the same date every year.

**Time zone changes for:** 2010 — 2019

| Year | Date & Time | Abbreviation | Time Change | Offset After |
|---|---|---|---|---|
| **2019** | Sun, Mar 10 at 2:00 am | EST → EDT | +1 hour (DST start) | UTC-4h |
| | Sun, Nov 3 at 2:00 am | EDT → EST | -1 hour (DST end) | UTC-5h |

EXHIBIT D

timeanddate

SONESTA THE GIFT OF GOING Save up to 30% + 3X Sonesta Travel Pass points Book Now

Home World Clock Time Zones Calendar Weather Sun & Moon Timers Calculators Apps & API Free Fun

Home / Time Zones / World / Sint Maarten / Philipsburg

# Time Zone in Philipsburg, Sint Maarten

Search for city or place...

Time/General Weather Time Zone DST Changes Sun & Moon




7:52:54 pm AST
Wednesday, November 17, 2021
Fullscreen

| | |
|---|---|
| **Current:** | AST — Atlantic Standard Time |
| **Current Offset:** | UTC/GMT -4 hours |
| **Difference:** | 1 hour ahead of Miami |



2021 Time Zones - Philipsburg

More Information

## 2021 Time Zones - Philipsburg

AST
UTC-4h

Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec

The graph above shows that there is no clock change in Philipsburg during 2021.

## Time Changes in Philipsburg Over the Years

Daylight Saving Time (DST) changes do not necessarily occur on the same date every year.

**Time zone changes for:** 2010 — 2019

| Year | Date & Time | Abbreviation | Time Change | Offset After |
|---|---|---|---|---|
| **2010 — 2019** | No changes, UTC -4 hours all of the period | | | |

* All times are local Philipsburg time.