THE EXPERTS
**Robson Forensic**

September 19, 2022

Sarah A. Lobel, Partner
Hickey Law Firm, P.A.
1401 Brickell Avenue, Suite 510
Miami, Fl 33131

**Subject: Rebuttal letter report to Dr. Khoury, Dr. Alcedo-Guardia, Dr. Merkler, Dr. Sze, Dr. Yavagal, Dr, Groomes and Ms. Mitchell's documents, regarding the Richard Burgess vs. Royal Caribbean Cruises, Ltd. case**

Dear Attorney, Lobel:

Following my expert report, submitted on August 25, 2022, in the Richard Burgess (BURGESS) case, I have received and reviewed the documents outlined below. I hereby submit this letter report to refute the referenced relevant expert reports.

I have reviewed the following documents:

1. Exhibit A, Nure Khoury, M.D.
2. Exhibit B, Rodolfo E. Alcedo-Guardia, M.D.
3. Exhibit C, Alexander Merkler, M.D.
4. Exhibit D, Gordon Sze, M.D.
5. Exhibit E, Dileep Yavagal, M.D.
6. Exhibit F, Thomas E. Groomes, M.D.
7. Exhibit G, Cathlin Mitchell, RN, BSN, CRRN, CM

**RESPONSE TO EXHIBIT A, NURE KHOURY, M.D.'s WRITTEN REPORT**

Defense expert, Nure Khoury's report, provides an assertion which I will address.

**Dr. Khoury, Factual timeline, page 5:**

> "*The Sunny Ambulance Run Report indicates that paramedics arrived to the Port at 11:40 AM (EST)/12:40 PM (AST).*"

THE EXPERTS
Robson Forensic

**Captain Keijer's response to Dr. Khoury's assertion:**

Dr. Khoury's assertion that the Sunny Ambulance arrived at the Port at 11:40 AM (EST)/12:40 PM (AST) is inaccurate.
Sunny Ambulance records show that they arrived at pier number 3, where the HARMONY OF THE SEAS was docked, not at 12:40 pm but at 12:54 pm (AST)

**RESPONSE TO EXHIBIT B, RODOLFO E. ALCEDO-GUARDIA, M.D.'s WRITTEN REPORT**

Defense expert, Dr. Alcedo-Guardia's report, provides several assertions and opinions. I will address relevant statements individually.

**Dr. Alcedo-Guardia, Opinions, 2., page 5:**

> "*Mr. Burgess waited a very reasonable amount of time at port to be transported to HIMA San Pablo Caguas. To give perspective, to transport patients from ED to the stroke center for subspecialty care, takes sometimes 3-4 hours in distances that are less than 1 mile travel. This is because of the lack of sufficient ambulances in the Island and not enough paramedics.*"

**Captain Keijer's response to Dr. Alcedo-Guardia's opinion:**

ROYAL CARIBBEAN CRUISES, LTD. requested an ambulance at 10:59 am local San Juan time (AST). The ambulance arrived at the HARMONY OF THE SEAS at 12:54 pm (AST), approximately 2 hours after being requested. Dr. Alcedo-Guardia's assertion that it was very reasonable for BURGESS to wait approximately two hours for his ambulance, is not in accordance with ROYAL CARIBBEAN CRUISES, LTD's portrayal of evacuating a patient as soon as practical as addressed in my August 25, 2022, report under paragraph 4.3.

Within the bounds of reasonable operational maritime certainty, the opinions from my August 25, 2022, expert report remain unchanged. My opinions are subject to change if additional information becomes available.

Captain Hendrik J. Keijer
Marine Expert

THE EXPERTS
**Robson Forensic**

CAPTAIN HENDRIK J. KEIJER
Marine Expert

Maritime industry veteran with more than 25 years experience onboard in Officer and Captain roles, augmented by a land side Commodore/Director role in the Marine Operations Department in Cruise Line Headquarters. Additional extensive small boating expertise both professionally and recreationally.

**PROFESSIONAL EXPERIENCE**

2018 to present **Robson Forensic, Inc**.
*Associate*
Provide technical investigations, analysis, reports, and testimony toward the resolution of commercial and personal injury litigation involving maritime and related matters

2020 to present **H&A Maritime, LLC**
*Founder*
Private yacht charters. Operate and manage a 38' vessel as captain for passengers.

2015 to 2018 **Pacific Northwest Marine Consultancy**
*Founder*

2015 to 2017 **Carnival Cruise Line**
*Commodore/Director Stability and Damage Control*

- Supervised and provided support to captains. Subject matter expert in stability and damage control related issues for a fleet of 25 ships
- Cruise impact management related to technical and operational challenges, equipment failures, crew and guest issues; liaised with port and coast guard authorities and officials
- Visited ships to conduct inspections, training and provide issue resolution
- Assessed and analyzed the Safety Management System

**Rerouting ships due to heavy weather and/or unusual circumstances**

- Provided guidance to captains on itinerary rerouting and/or port cancellations/delays
- Studied weather data and provided safe passage options
- Rerouted ships in the Pacific and North Atlantic Oceans, the Gulf of Mexico and the Caribbean Sea avoiding hurricanes, other strong weather systems and high seas
- Rerouted vessels on numerous occasions due to technical, operational and other causes
- Organized and executed medical evacuations of guests by helicopter, boat or deviations to the closest harbor

**Incident investigations**

Conducted internal investigations related to incidents of the vessel, including but not limited to:

- Black box (VDR) data, wind and current, navigational data, equipment performance and settings, work and rest hours, drugs and alcohol and compliance with set standards; interviews of involved personnel
- Wrote and presented investigation reports to upper management



EXHIBIT A

**Audits and Inspections**

- Visited the ships during Coast Guard, Public Health, Port State, Flag State and internal company audits and inspections
- All ships passed their inspections and audits during my time as Commodore/ Director
- Assisted the captain and his teams in the resolution of non-conformities and findings

**Safety**

- Developed enhanced procedures for safe tender ( small boat ) operations transferring guests to and from the ships' anchorage to the shore
- Developed enhanced safety procedures related to the safe boarding/debarkation process of tenders, the tender platforms and the transfer process
- Provided ship-handling guidance and training to captains
- Worked with Classification, Flag Society and Coast Guard Officials worldwide to resolve fire safety, lifesaving, navigational and operational challenges

**Stability**

- Ensured the fleet operated within stability parameters
- Implemented a fleet wide fluid management plan, enhancing understanding of ballast water management, internal fuel, potable water and waste water management practices
- Updated stability documents, certificates and computer program software
- Provided stability related resolutions to the company's new build and dry-dock programs when structural modifications resulted in weight changes to the vessel
- Managed lightweight surveys and inclining tests to determine weight changes of vessels over time

**Emergency Response**

- Emergency Response Team core member on call 24/7 to respond to emergencies and unusual situations
- Coordinated and executed frequent emergency exercises between the company, vessels and the contracted emergency service provider
- Part of the development team of the Fleet Operations Center, a new concept in the industry that was developed to provide round the clock and year round support for the fleet
- The Fleet Operations Center handled deviations, port cancellations, weather monitoring, vessel monitoring with live feeds from the vessel on navigational and technical data and status of equipment and all types of unusual circumstances and emergencies

1992 to 2015 **Holland America Line**

*Captain* *2005-2015*

**Captain's responsibilities:**

- Overall responsibility for the operation, navigation, seaworthiness and safety of cruise ships
- Operated with thousands of guests and hundreds of crew worldwide in all types of weather and sea conditions

**Management**

- Overall management of 870 multinational crewmembers who not only work, but also live in confined areas for lengthy periods of time. These conditions resulted in security, safety, health and recreational challenges whilst maintaining standards of compliance, work efficiency and productivity
- Human Resource Management including disciplinary actions
- Chaired crew meetings and managed resultant matters
- Reviewed work and rest hour compliance
- Oversaw the random drug and alcohol testing program for crew
- Conducted crew and guest area inspections verifying compliance with health, safety and security standards

**Ships movement minimization**

- Utilized ships stabilizers in rough sea conditions and/or sharp turns to minimize the ships' movement
- Oversaw the securing arrangement plan implementation dependent on weather and sea conditions including, but not limited to: casino machines, exercise equipment, pianos, deck loungers, etc.
- Swimming pool and hot tub ( Jacuzzi ) water level management in heavy weather/sea conditions
- Managed instrumentation, engine and system settings to optimize ships movement

**Slip, trip and fall hazard management**

Managed procedures and conducted inspections to reduce slip, trip and fall hazards including but not limited to, restricting access to areas, deck cleaning, use of signage and barriers, proper stowage and use of electrical cabling and hoses, handrail use, field of vision issues, placement of material such as sunloungers, deck chairs and sports equipment, identification of contaminant sources and corrective measures to leaks etc., vessel movement minimization, pool and Jacuzzi water level management, proper securing measures and anti-skid material applications.

**Fire Safety Management**

- Ultimate responsibility for the safety of all aboard
- Verified safe storage practice of stores, spare parts, general goods and equipment
- Detailed knowledge of HI-FOG and sprinkler systems including, but not limited to, fire-dampers, fire-screen doors, draft stops, ventilation systems, smoke management, smoke extraction systems, fire plans, fire attack plans, emergency response organization, command center control, heat and smoke detectors and $CO_2$ fire suppression systems
- Ensured all safety training programs were effectively conducted, analyzed and further developed

**Lifesaving and Man Overboard Management**

- Ultimate responsibility for the safety of all aboard
- Ensured evacuation, including, but not limited to: lifeboats and liferafts; ensured man overboard exercises were effectively conducted
- Crowd control and escape route requirements and supporting equipment were verified for compliance
- Ensured all lifesaving related equipment and systems remained in good working order, maintained to the highest standards, inspected and tested
- A proven track record of successfully saving numerous lives at sea through medical evacuations and rescuing persons adrift under my tenure as Captain

**Environmental**

- Waste management through various waste streams and separation compliance, compliance with smoke emission standards including but not limited to overboard discharge management, waste offload requirements, incinerator use, fuel efficiency management
- Oily water separator performance compliance and verification
- Lock-out/tag-out of vital overboard and system valves and their management

**Health and Medical**

- Conducted regular meetings with infirmary nurses and doctors
- Stayed apprised of crew and guest health concerns
- Initiated protocols to stop the spread of communicable diseases including, but not limited to legionnaires and norovirus and verified preventative measures
- Conducted weekly inspections of the galleys (kitchens) including, but not limited to the store rooms, freezer rooms, bars and pantries, water facility plants and other public health related areas to verify compliance with United States Public Health regulations and requirements
- Received numerous public health inspections over the years which were all successfully concluded

**Occupational Safety and Permitting**

- Verified occupational safety compliance with company policies and procedures
- Examples of the inspected work areas included, but were not limited to the engine room, engine room workshop, plumbers workshop, electricians workshop, carpenter and locksmith workshop, laundry, upholsterer workshop, photo lab, entertainment department areas, backstage, stage lift in the theater, boatswains store, paint store, firefighting safety store, butcher shop, fish preparation room, fruit preparation room, mooring decks, fuel injector testing room, garbage room, guest areas
- Approved the following permits, including but not limited to, diving operations, operations affecting structural fire, and/or, the watertight integrity of the vessel, enclosed space entries

**Inspections and Audits**

- Evaluated compliance with the following standards through inspections and audits, including, but not limited to, US Coast Guard, Public Health, Flag State, Port State Control, Class, MARPOL, International Safety Management (ISM) code, Safety Management System (SMS), International Ship and Port Facility Security Code (ISPS), Maritime Labor Convention (MLC) 2006, International Organization for Standardization (ISO), internal audit, environmental regulations and company policies
- Passed all inspections and audits
- Reviewed and analyzed the Safety Management System (SMS) program company procedures and policies
- Suggested changes/ amendments to the Safety Management System program to head office management
- Coordinated ship's preparedness with reference to mandatory inspections carried out by Classification Society and other authorities
- Ensured all official logs and books were kept in good order and updated

**Navigation**

- Ensured ship's certificates, nautical charts, publications and other documents were present on board, valid and kept in good order
- Operated in accordance with the International Regulations for Preventing Collision at Sea ( COLREGS )
- Operated in accordance with the U.S. Inland Rules of the Road in the navigable waters of the USA
- No navigational incidents occurred during my career as captain
- Verified bridge equipment, system performance and settings
- Enforced bridge resource management procedures to ensure all bridge personnel functioned as a team
- Conducted frequent voyage debriefings, including, but not limited to the docking and undocking evolutions
- Designed and executed voyage plans from berth to berth
- Studied weather forecasts including, but not limited to, currents, wind, seas and swell conditions
- Ensured pilot boarding's were safely conducted in accordance with the requirements

**Ship handling**

- Overall responsibility for the navigational safety of the vessel
- Maneuvered ships in and out of ports and challenging docks with limited room including, but not limited to, icebergs around Greenland and Alaska, high seas and heavy weather and wind conditions
- All evolutions and voyages were all successfully executed with a clean record of zero incidents
- Expert shiphandler having handled ships and boats my entire career in numerous harbors, anchorages, along various docks, in rivers, estuaries, seas, bays, and oceans under varying weather, sea and ice conditions

CAPTAIN HENDRIK J. KEIJER
Marine Expert

**Seaworthiness**
- Responsible for the seaworthiness of the vessel
- Ensured the vessel was fit for any foreseeable perils of the sea, including the fitness of the vessel itself as well as any equipment on it and the skills and health of its crew

**Dry and wet docks**
- Ensured all safety requirements and preparations were met for dry and wet dock operations of the vessel
- Conducted several dry and wet docks

*Chief Officer* *1999-2005*

**Chief Officer responsibilities :**
- Should the master become incapacitated, the chief officer would take over command and assume the position of master (captain)
- Reported deficiencies to the master, the company and authorities when required.
- Managed the deck department team members

**Newbuild*:***
- Part of the newbuild team at shipyards in Italy in 2002 and 2003 for two cruise ships
- Involved in the testing and commissioning of the safety systems aboard including, but not limited to : HI-FOG sprinkler systems, fire detection systems, lifeboat and liferaft davit systems, lifeboats, liferafts, cranes, hoists, firehoses, smoke detectors, heat detectors, flame detectors, CCTV camera systems, man overboard rescue boats, lifesaving devices such as Jacob's ladders, lifebuoys, man overboard buoys, lifejackets, EPIRB's (Emergency Position Radio Beacons), SART's (Search And Rescue Transponders), signals, flares, CO2 fire suppression system for the galleys, ducting, the engine rooms, the emergency diesel generator room, rolling shutters in the galleys, window wash systems, GMDSS (Global Maritime Distress Safety System), stability computer, VDR (voyage data recorder – black box)

**Management**
- Provided oversight, scheduling and work assignments of approximately 50 crewmembers in the deck and security departments
- Scheduled the deck department members in accordance with the work and rest hour requirements
- Managed the navigational team on the bridge, the deck officers, the lookouts, the sailors and boatswain, the maintenance team consisting of a locksmith, the carpenters, upholsterers and security officers

**Incident investigations**

- Conducted internal investigations as assigned by the captain related to accidents/incidents aboard the vessel

**Security and gangway operations**

- Designated security officer
- Conducted internal investigations related to accidents/incidents involving guests and crew members
- Ensured all security requirements were met with operational readiness of CCTV camera systems and other security related equipment
- Trained onboard security personnel, deck officers and assigned crew in boarding/debarkation procedures and requirements at all points of entry to the ship (gangways, jetways, stores and bunkering loading doors)
- Inspected gangways and maintained these in good order
- Organized security exercises

**Safety**

- Designated safety officer
- Managed the safety, welfare, discipline and training of the navigation team, medical department, security officers and maintenance teams
- Ensured safety training was provided before work assignments were issued where applicable
- Chaired the safety committee

**Health and Medical**

- Managed the medical department
- Conducted regular meetings with infirmary nurses and doctors
- Stayed apprised of health concerns concerning guests and crew
- Enforced norovirus protocol as directed by the captain following procedural guidelines

**Maintenance**

**Exterior Decks, Hull and Superstructure, Windows**

- Maintained the cleanliness and condition of the outside decks, hull and superstructure, rust removal and painting
- Maintained the interior carpets, hallways and railings, flooring and tiles
- Maintained and inspected windows, gaskets replacing broken pieces where required
- Maintained and inspected window blinds and deadlights (steel shutters that prevent window glass shattering to the interior of guest staterooms and public spaces in heavy sea conditions

**Overboard devices, cranes, lifeboat davits, life-raft davits, lifting gear**

- Was responsible for the operational status and maintenance of, including but not limited to: window wash systems and railings, boatswain chairs and their hoisting gear, shackles, wires, scaffolding, lifeboat falls, lifeboat release wires, greasing of davit arm sheaves, rollers, wires, gripes
- Was responsible for lifting gear appliances (cranes) and lifting point inspections and surveys

**Doors and Hatches and Locks**

- Inspected, maintained and verified doors and hatches including, but not limited to, water-tightness of shell (side) doors in the hull, condition of gaskets on shell doors, locking mechanism of shell doors, hatches and their securing arrangement on the bulkhead and outside decks

- Was responsible for the operational condition of Fire screen doors including but not limited to watertight and semi-watertight bulkhead doors, locking mechanisms, gaskets, hinges and doors and their frames on guest and crew cabin entry and bathroom doors, balcony doors and restricted area doors

**Preventative Maintenance**

- Ensured preventative maintenance was recorded in accordance with the preventative maintenance system requirements

**Permits**

- Approved permits including, but not limited to hot work, working aloft and working at heights

**Tendering (small boat) and Gangway operations**

- Managed the safe operation of tender service, gangway operations and security provided at all points of access to the vessel

**Emergency Management**

- Leader of the Command and Control Team, provided strategic management of the emergency response in non-engineering spaces
- Conducted safety exercises, including but not limited to: security exercises, man overboard exercises, abandon ship exercises, steering gear failures, damage control exercises, groundings, collisions, fire drills

**Inspections and Audits**

- Ensured compliance with USCG, Public Health, Flag State, Port State Control, Lloyds, ISM code, internal audits and environmental regulations successfully passing all inspections

**Stability**
- Designated stability officer
- Ensured the ship operated within the required stability parameters
- Operated in accordance with the ballast water management plan
- Prepared stability calculation reports
- Prepared fuel and potable water loading plans
- Managed fluid management of internal fuel, potable, waste, black, grey and ballast water
- Ensured stability documents, including, but not limited to certificates and computer program software remained up to date
- Prepared Inclining tests and lightweight surveys as needed

**Navigation**
- Managed the navigation team on the bridge
- Oversaw the work of the 2nd officer ( Navigation Officer) ensuring requirements were met for safe operation of the vessel from a nautical perspective

**Spare Part inventory control**
- Managed financial aspects and budgets whilst maintaining inventory control
- Monitored critical spare part levels for the deck department
- Ensured sufficient supplies were available to operate safely when deck and safety equipment broke down and required new replacement parts
- Ensured sufficient glass windows and portholes were onboard as per the requirements

**Safety Management System**
- Ensured compliance with company policies and procedures through the safety management system

**Administrative**
- Kept regulatory vessel documentation, drawings and certification up to date
- Was responsible for regulatory licensing requirements of crew in accordance with the safe manning document

*2nd Officer* *1996-1999*

**2nd Officer responsibilities:**
- Ensured bridge standards and watch keeping procedures were complied with by the watch standing team members
- Designated safety, training and lifesaving officer
- Designated fire team leader
- Bridge watch standing officer

**Tendering (small boat) and Gangway operations**

- Provided training to tender operators, reviewed tender routes and nautical charts
- Managed the condition of the tenders, lifeboats and their safety equipment, including, but not limited to, navigational instrumentation, anti-slip on the lifeboat decks and steps, fire extinguishers, $CO_2$ release systems for the engine compartment
- Trained gangway personnel and maintained the gangways, tender platforms and related equipment
- Performed gangway and tender platform duties boarding and disembarking crew and guests
- Drove ship's Tenders
- Responsible for safe fuel bunkering of ship's tenders and lifeboats with preventative environmental measures in place

**Safety**

- Trained relevant crew on the safe operation, location and use of, including but not limited to, watertight doors, splash doors, fire-screen doors, fire extinguishers, emergency procedures, escape routes, emergency stops, power shut offs, remote and local release of fire suppression systems ($CO_2$), ventilation system stops, fire blankets, fire dampers, lifeboats, liferafts, life buoys, davit systems, Jacob's ladders, pilot ladders, life jackets, descent devices, rescue boats, low level lighting, evacuation of guests and crew, helicopter hoists, Inspected and maintained the above mentioned equipment in a good state of operational readiness within the realm of responsibility
- Investigated safety related complaints and issues
- Updated fire attack and control plans

**Training**

- Scheduled, conducted, administered and reviewed safety training and drills ensuring compliance with international, national and company requirements

**Navigation**

- Prepared and executed voyage plans with the captain and the nautical bridge team, updated nautical charts, publications, documents, and voyage planning and bridge equipment and systems
- Maintained and programmed bridge and nautical equipment and systems to required standards
- Managed the mooring deck operations team during the docking and undocking evolutions tying up the ship with the mooring ropes or utilizing the anchor windlass during anchoring procedures

3rd Officer 1992-1996

**3rd Officer responsibilities:**

- Bridge watch standing officer, administrative and maintenance related duties related to Safety
- Served as assistant officer to the 2nd officers in safety, lifesaving and administrative capacities

CAPTAIN HENDRIK J. KEIJER
Marine Expert

**Navigation**

- Was a Bridge watch standing officer in charge of the bridge team
- Monitored the voyage plan and safe passage of the vessel

**Administration**

- Responsible for the issuance of lifejackets to crewmembers and the correct emergency function designation on their lifejacket cards
- Performed administrative duties related to the ordering of spare parts
- Updated emergency checklists and the designated emergency team member lists
- Ensured deck officers, engineers and relevant crew ratings were in possession of valid certificates

**Safety, maintenance and instruction**

- Fire team leader
- Conducted crew safety exercises and provided training to the crew
- Assisted the 2nd officers with vessel safety familiarization for new crewmembers
- Ensured the company's safety and environmental policies and procedures were followed
- Managed lifesaving equipment, administration and upkeep of records and documentation
- Managed the mooring deck operations team during the docking and undocking evolutions or during anchoring

**Gangway and Tendering Operation Duties**

- Stood gangway and tender platform duties
- Drove ship's tenders

*4th Officer* *1992*

**4th Officer responsibilities:**

- Assistant bridge watch officer
- Assistant to the 3rd and 2nd officers
- Monitored the voyage plan
- Applied company's safety and environmental policies
- Assisted the safety officer during inspections and maintenance on life savings (lifeboats/liferafts, davits and cranes) and fire fighting equipment/systems
- Assisted the bridge watch officer on upkeep of the vessels certificates
- Assisted the 3rd officer with the administration related to deck and engine officer certifications
- Assisted the 2nd officers in safety drills
- Managed the mooring operations team
- Stood gangway and tender platform duties
- Drove ship's tenders

1991 **Van Nievelt Goudriaan**
*2nd Officer*
**2nd Officer responsibilities:**
- Bridge watch officer
- Monitored the voyage plan
- Ensured deck and engineer certification compliance
- Kept log books, safety certificates, documentation and preventative maintenance systems up to date
- Ensured bridge standards and watch keeping procedures were complied with by the watch standing team members
- Stability calculations, loading operations and related record upkeep
- Prepared and executed voyage plans, maintained nautical charts, publications, documents, and voyage planning and bridge equipment and systems
- Scheduled, conducted, and administered safety training and drills
- Inspected and maintained firefighting equipment and systems
- Fire team member within the emergency response organization

**PROFESSIONAL CREDENTIALS**

Master – worldwide coverage, unlimited tonnage, all ships
Engineer – worldwide coverage, unlimited tonnage, all ships
GMDSS Radio Operator License
Radar Navigator
In accordance with IMO-ILO Standards of Training, Certifications and Watch-keeping for seafarers 1978 ( IMO,ILO,STCW-95 )

*Additional training and courses*
**Master 100 Tons Course**
United States Coast Guard approved
**Upgrade Master 100 Tons to Master 200 Tons course**
United States Coast Guard approved
**Assistance Towing**
United States Coast Guard approved
**First Aid and CPR**
United States Coast Guard approved
**Automatic Identification Systems ( AIS )**
In accordance with IMO model course 1.34 and IMO resolution A.917(22)
**Electronic Chart Display & Information System ( ECDIS )**
In accordance with STCW Section A-II / 1-2
**Foreign Passenger Vessel Examiner Course**
Issued by: United States Coast Guard – Cruise Ship National Center of Expertise

**Nacos Operator**
Chart-pilot:UAIS DEBEG : Multipilot : Chart-radar : Radar-pilot : Track-pilot
**Radar Navigator**
In accordance with IMO-ILO Standards of Training, Certifications and Watch-keeping for Seafarers 1978 ( IMO,ILO,STCW-95 )
**ABB Deck Training course "DC2" on Azipod propulsion systems.**
**Bridge Resource Management**
In accordance with STCW 1978 as amended in 2010 and Table A-II/1 and Table A-II/2
**Crisis Management and Human Behavior**
In accordance with STCW A-V/2
**Personal Safety and Social Responsibilities**
As per Section A-VI/1 and Table A-VI/1-4 of the STCW code and 46 CFR 11.202 (b)(4)
**Proficiency in Fast Rescue Boats**
As per SOLAS Table A/VI/2-2
**Proficiency in Survival Craft and Rescue Boats.**
As per Table A-VI/2-1 of STCW as amended 2010 & 46 CFR 12.407 (b)(3)
**Basic Safety Training**
According to the provisions of Section A-VI/1-4 of the International Convention on Standards of Training, Certification and Watch-keeping for Sea-farers, 1978 amended
**Personal Survival Techniques**
As per Section A-VI/1 and Table A-VI/1-1 of the STCW code and 46 CFR 11.202 (b)(1)
**Advanced Firefighting**
In accordance with Sections A-VI/3 and Table A-VI/3 of STCW code, as amended, and the fire prevention and fire training requirements of 46.CFR 11.202(b)(2) and the advanced firefighting requirements of 11.205(d) and 11.401(g)(1)
**Train the Assessor**
In accordance with the provisions of the International Convention on Standards of Training, Certification and Watch-keeping STCW 95
**First Aid and CPR**
As per Section A-VI/1 and Table A-VI/1-3 of the STCW code and 46 CFR 11.202 (b)(3)
**Medical First Aid**
As per Table A-VI/4-1 of Chapter VI of the International Convention on Standards of Training, Certification and Watch-keeping for Seafarers (STCW) 1978 as amended, including Manila 2010 amendments
**Medical Care**
As per Table A-VI/4-2 of Chapter VI of the International Convention on Standards of Training, Certification and Watch-keeping for Seafarers (STCW) 1978 as amended, including Manila 2010 amendments
**Medical Training-L, expired 4/16/18**
In accordance with 92/29/EC & STCW95
**Ships Security Officer**
In accordance with IMO model 3.19 and ISPS code Section 13.2 and Section B 13.1,B/13.2 and SOLAS amendments 2002

THE EXPERTS Robson Forensic

CAPTAIN HENDRIK J. KEIJER
Marine Expert

## EDUCATION

Maritime Officer - Master Mariner & Engineer Unlimited Tonnage, All Oceans, All Ships, Bachelor of Science, Amsterdam University of Applied Sciences, The Netherlands

*Continuing education:*

Level 1 – Comprehensive Boating Accident Investigation Course, National Association of State Boating Law Administrators (NASBLA), 2019

International Association of Marine Investigators 29th Annual Training Seminar, Biloxi, Mississippi, 2019

Certified Operator of the English XL Variable Incidence Tribometer, Excel Tribometers LLC, 2019

Safe Boating Course, State of Florida and recognized by the United States Coast Guard, the National Association of State Boating Law Administrators (NASBLA), 2018

BOAT GPS Forensics Course, the National Association of State Boating Law Administrators (NASBLA), 2018, 2022

International Association of Marine Investigators 28th Annual Training Seminar, Norfolk, VA, 2018

Rules of the Road (Inland and International), United States Coast Guard approved

## PROFESSIONAL MEMBERSHIPS

American Professional Mariners Association
International Association of Marine Investigators, Member
The American Boat & Yacht Council (ABYC)
Southeastern Admiralty Law Institute, Member

## PRESENTATIONS

"Cargo Delays Based on Vessel Safety or Security Issues," AON 2019 Casualty & Marine Conference, June 24-25, 2019

"The Role of a Marine Expert and Daubert Issues," Second Annual Cruise Industry Passenger and Crew Claims Seminar, Oct 17 2018

## SPOKEN AND WRITTEN LANGUAGES

English and Dutch

EXHIBIT C

# TIMELINE OF EVENTS
# ONBOARD THE ROYAL CARIBBEAN HARMONY OF THE SEAS AND IN PUERTO RICO
# FEBRUARY 17 – FEBRUARY 26, 2019
# PATIENT/PASSENGER: RICHARD BURGESS

General notes:

Harmony of the Seas Medical Center medical log/notes are referred in ship's time: UTC- 5 hrs.
Provided dates from February 18 – February 21, 2019, refer to the ship's time as being UTC – 5 hrs.
Port Everglades was on UTC - 5 hrs.

**ALL TIMES IN THE BELOW TIMELINE HAVE BEEN CONVERTED TO SAN JUAN, PUERTO RICO LOCAL TIME (LT=UTC-4 hrs.)**

## FEBRUARY 17,2019 Fort Lauderdale

Burgess embarked the Harmony of the Seas to start their cruise at 1.11 pm, on February 17, 2019 (2.11 pm, February 17, 2019, San Juan time)

[HENZE: 107]

Burgess went for a shave in the Spa at 2.47 pm, February 17, 2019
(2.47 pm, February 17, 2019, San Juan time)
[HENZE: 109]

Burgess purchased 2 Coors Light beers at 4:18 pm, February 17, 2019
(5.18 pm, February 17, 2019, San Juan time)
[HENZE: 110]

Burgess purchased 1 Coors Light beer at 4:41 pm, February 17, 2019
(5.41 pm, February 17, 2019, San Juan time)
[HENZE: 110]

Burgess purchased 1 beer at 5:06 pm, February 17, 2019
(6.06 pm, February 17, 2019, San Juan time)
[HENZE: 111]

Burgess purchased 1 beer at 5:29 pm, February 17, 2019
(6.29 pm, February 17, 2019, San Juan time)
[HENZE: 111]

Burgess purchased 1 beer at 5:38 pm, February 17, 2019
(6.38 pm, February 17, 2019, San Juan time)
[HENZE: 112]
Burgess purchased 1 beer at 5:57 pm, February 17, 2019
(6.57 pm, February 17, 2019, San Juan time)
[HENZE: 112]

Burgess purchased 1 beer at 6:12 pm, February 17, 2019
(7.12 pm, February 17, 2019, San Juan time)
[HENZE: 112]

Burgess purchased 1 beer at 8:56 pm, February 17, 2019
(9.56 pm, February 17, 2019, San Juan time)
[HENZE: 113]

Burgess purchased 1 beer at 9:46 pm, February 17, 2019
(10.46 pm, February 17, 2019, San Juan time)
[HENZE: 113]

Burgess purchased 1 beer at 10:21 pm, February 17, 2019
(11.21 pm, February 17, 2019, San Juan time)
[HENZE: 113]

Burgess purchased 1 Jägermeister at 11:06 pm, February 17, 2019
(00.06 am, February 18, 2019, San Juan time)
[HENZE: 114]

Burgess purchased 1 beer at 11:27 pm, February 17, 2019
(00.27 am, February 18, 2019, San Juan time)
[HENZE: 114]

## FEBRUARY 18, 2019: At Sea

Burgess purchased 1 beer at 00:02 am, February 18, 2019
(1.02 am, February 18, 2019, San Juan time)
[HENZE: 114]

Burgess purchased 1 beer at 01:05 am, February 18, 2019
(02.05 am, February 18, 2019, San Juan time)
[HENZE: 115]

Burgess fell and hit his head inside his stateroom 03:00 am, February 18, 2019
(04.00 am, February 18, 2019, San Juan time)
[HENZE: 117; 119; 134] [Guest injury statement][Witness to injury statement]

**CASE SUMMARY**

Harmony of the Seas - 34160 (Feb 17, 2019 - Feb 24, 2019) - Feb 18, 2019 11:00 UTC-05:00

| PATIENT ID | NAME | DATE OF BIRTH | GENDER | CABIN |
|---|---|---|---|---|
| 9841000202505200 | BURGESS, RICHARD | Mar 14, 1957 | M | 8660 |

**Triage**

DATE
Feb 18, 2019 11:00 UTC-05:00

PERFORMED BY
Rivera, Lilibeth RN

VISIT REASON
Illness

PRIORITY
NON-URGENT

CHIEF COMPLAINTS
**Patient attends clinic for Head injury**

Extract "MED RECS-1.ROYAL CARIBBEAN CRUISE LINE.pdf" – page 11

EXHIBIT C

Case Summary – Triage 11:00 am, February 18, 2019
(12.00 pm, February 18, 2019, San Juan time)
**BURGESS VISITS THE MEDICAL CENTER ABOARD THE HARMONY OF THE SEAS**
[Harmony of the Seas Medical Center Case Summary – Triage Feb 18, 2019, 11:00 UTC-05:00]

Consent for Medical Treatment 11:02 am, February 18, 2019
(12.02 pm, February 18, 2019, San Juan time)
[Harmony of the Seas Medical Center Consent for medical treatment Feb 18, 2019, 11:02 UTC-05:00]

Burgess presented to the Medical Center aboard the Harmony of the Seas at 11:00 am – 11:24 am, February 18, 2019
(12.00 pm – 12:24 pm, February 18, 2019, San Juan time)
[HENZE: 140, 306, 310]

Vitals 11:05 am, February 18, 2019
(12.05 pm, February 18, 2019, San Juan time)
[Harmony of the Seas Medical Center Case Summary – Vitals Feb 18, 2019, 11:05 UTC-05:00]

Physical Examination 11:32 am, February 18, 2019
(12.32 pm, February 18, 2019, San Juan time)
[Harmony of the Seas Medical Center Case Summary – Physical Examination Feb 18, 2019, 11:32 UTC-05:00]

Note: closed with Nylon 3/0 and gave Tetavax 11:33 am, February 18, 2019
(12.33 pm, February 18, 2019, San Juan time)
[Harmony of the Seas Medical Center Case Summary – Note Feb 18, 2019, 11:33 UTC-05:00]

CURRENT MEDICATIONS DIPTHERIS/TETANUS INJECTION PREFILLED SYRINGES IM 1 Ampule stat starting Feb 18, 2019, 11:34 UTC-05:00 For 10 years(s) 11:34 am, February 18, 2019
(12.34 pm, February 18, 2019, San Juan time)
[Harmony of the Seas Medical Center Case Summary – CURRENT MEDICATIONS Feb 18, 2019, 11:34 UTC-05:00 for 10 year(s)]

Henze believes Burgess had a massage around 2 pm, February 18, 2019, at the Spa
(3.00 pm, February 18, 2019, San Juan time)
[HENZE: 165]

HPI 4:30 pm, February 18, 2019
(5.30 pm, February 18, 2019, San Juan time)
[Harmony of the Seas Medical Center Case Summary – HPI Feb 18, 2019, 16:30 UTC-05:00]

Burgess had a massage at the Spa at 8:30 pm, February 18, 2019
(9.30 pm, February 18, 2019, San Juan time)
[HENZE: 165]

Burges went to bed at 11 pm, February 18, 2019
(0.00 am – midnight - San Juan time)
[HENZE: 166]

EXHIBIT C

## FEBRUARY 19, 2019: At Sea

HENZE went to bed at 1 or 2 am, February 19, 2019
(02.00 – 03.00 am, February 19, 2019, San Juan time)
[HENZE: 166]

Burgess woke up around 7.30 – 8 am, February 19, 2019
(08.30 – 09.00 am, February 19, 2019, San Juan time)
[HENZE: 167]

Henze went to the Casino at 9 pm, February 19, 2019
(10 pm, February 19, 2019, San Juan time)
[HENZE: 172]

Burgess was in *DAZZLES* at 11:48 pm, February 19, 2019
(00.48 am, February 20, 2019, San Juan time)
[HENZE: 172]

## FEBRUARY 20, 2019; St Maarten

Burgess got up around 7 am, February 20, 2019
(08:00 am, February 20, 2019, San Juan time)
[HENZE: 173]

Henze went ashore at 11:39 am, February 20, 2019
(12.39 pm , February 20, 2019, San Juan time)
[HENZE: 174]

Burgess went ashore at 11:50 am, February 20, 2019
(12.50 pm, February 20, 2019, San Juan time)
[HENZE: 174] [RCCL Documents – Initial disclosure GS000001]

Burgess came back aboard at 2:43 pm, February 20, 2019
(3.43 pm, February 20, 2019, San Juan time)
[HENZE: 174] [RCCL Documents – Initial disclosure GS000001]

Henze went to the Casino at 9 pm, February 20, 2019
(10.00 pm, February 20, 2019, San Juan time)
[HENZE: 179]

Burgess purchased water at the Attic Comedy Club at 10:38 pm, February 20, 2019
(11.38 pm, February 20, 2019, San Juan time)
[HENZE: 180]

# FEBRUARY 21; San Juan, Puerto Rico

Burgess returned to the cabin before 2 – 3 am, February 21, 2019, possibly later – Henze does not recall when he returned
(3 – 4 am, February 21, 2019, San Juan time)
[HENZE: 181]

Burgess was asleep by time Henze returned to the cabin
[HENZE: 181]

Henze returned to the cabin around 2 - 3 am, possibly later: does not recall
(3 – 4 am, possibly later San Juan time)
[HENZE: 181, 182]

The Harmony of the Seas is scheduled to dock at 8 am, February 21, 2019
(9 am, February 21, 2019, San Juan time)
[RCCL Cruise Itinerary]

Henze is informed by Susey Hiatt that Burgess thinks he is having a stroke on Deck 17 – 9 am, February 21, 2019
(10 am, February 21, 2019, San Juan time)
[HENZE: 185, 191]

## HARMONY OF THE SEAS MEDICAL CENTER

### CASE SUMMARY

Harmony of the Seas - 34160 (Feb 17, 2019 - Feb 24, 2019) - Feb 21, 2019 09:25 UTC-05:00

| PATIENT ID | NAME | DATE OF BIRTH | GENDER | CABIN |
|---|---|---|---|---|
| 9841000202505200 | BURGESS, RICHARD | Mar 14, 1957 | M | 8660 |

### Triage

| DATE | PERFORMED BY | VISIT REASON |
|---|---|---|
| Feb 21, 2019 09:25 UTC-05:00 | Bremner, Mary RN | Illness |

PRIORITY
URGENT

CHIEF COMPLAINTS
**Patient attends clinic for 911 call to suite lounge deck 17 : ? cva : inability to move fingers of right hand ; unstable gait**

Extract "MED RECS-1.ROYAL CARIBBEAN CRUISE LINE.pdf" – page 2

**Burgess is admitted to the Medical Center aboard the Harmony of the Seas** at 9.25 am, February 21, 2019
(10.25 am, February 21, 2019, San Juan time)
[HENZE 201, 230, 328] [Harmony of the Seas Medical Center Case Summary – Triage Feb 21, 2019, 09:25 UTC-05:00]

Henze signed a medical consent form at 9:27 am, February 21, 2019
(10.27 am, February 21, 2019, San Juan time)
[RCL Documents – Initial Disclosures GS00044 – page 44]

Vitals 09:30 am, February 21, 2019
(10.30 am, February 21, 2019, San Juan time)
[Harmony of the Seas Medical Center Case Summary – Vitals Feb 21, 2019, 09:30 UTC-05:00]

EXHIBIT C

Henze leaves the onboard Medical Center to collect an insurance card at approximately 9:35 am, February 21, 2019
(10.35 am, February 21, 2019, San Juan time)
[HENZE 208]

NOTE: IV catheter gauge 18 inserted left hand, Blood sample taken for analysis, ECG done and relayed, Kept in ICU for observation 09:47 am, February 21, 2019
(10.47 am, February 21, 2019, San Juan time)
[Harmony of the Seas Medical Center Case Summary – NOTE Feb 21, 2019, 09:47 UTC-05:00]

Nurse Orders; Task – TROPIN I 09:48 am, February 21, 2019
(10.48 am, February 21, 2019, San Juan time)
[Harmony of the Seas Medical Center Case Summary – Nurse Orders Feb 21, 2019, 09:48 UTC-05:00]

Nurse Orders; Task – ELECTROCARDIOGRAM COMPLETE 09:52 am, February 21, 2019
(10.52 am, February 21, 2019, San Juan time)
[Harmony of the Seas Medical Center Case Summary – Nurse Orders Feb 21, 2019, 09:52 UTC-05:00]

Physician Orders; Task – NEUROLOGICAL REFERAL 09:55 am, February 21, 2019
(10.55 am, February 21, 2019, San Juan time)
[Harmony of the Seas Medical Center Case Summary – Physician Orders Feb 21, 2019, 09:55 UTC-05:00]

Shore Side Referral Form requesting Hospital transfer at 9:56 am, February 21, 2019 (09.56 am = UTC – 5hrs. acc. to the form in EXH. I)
(10.56 am, February 21, 2019, San Juan time)
HENZE 231, Exhibit I,] [Harmony of the Seas Shore side referral Feb 21, 2019, 09:56 UTC-05:00]

Harmony of the Seas' Medical Secretary requests BLS Ambulance from the San Juan agent at 9:59 am, February 21, 2019
(10.59 am, February 21, 2019, San Juan time)
[RCCL emails – GR000088: page 2 of the RCCL emails pdf.]

Harmony of the Seas requests a BLS Ambulance from the agent (Continental Shipping) at 10:59 am, February 21, 2019, San Juan time
(10.59 am, February 21, 2019 San Juan time because the original Harmony of the Seas email (09:59 ship's time at UTC- 5 hrs.) was received by the Port Agent who's computer converted the ship's time (1 hr. earlier ) to San Juan time (UTC-4hrs) – so 9:59 am was converted to 10:59 am – then the email was forwarded from the Agent's computer (on San Juan time) back to the Harmony of the Seas showing the original email in the converted San Juan time)
[RCCL emails and communications page 7:GR000093; GR000088 in file ColonD B.pdf, page 2]

Harmony of the Seas medical Center Guest Landed Report.
Source: File Colon D B.pdf, page 3, GR000089
RCCL stated the following in this document:

| | |
|---|---|
| Report submitted | : Feb 21, 2019, 12:15 = Feb 21, 2019, 1:15 pm (San Juan time) |
| Date of onset | :Feb 21, 2019 |
| Description of illness or injury/event | :Stroke |
| Date/Time CARE Team notified | : Feb 21, 2019, 12:15 = Feb 21, 2019, 1:15 pm (San Juan time) |
| Landed to | :Hospital HIMA San Pablo Caguas 100 Luis Munoz Marin Avenue, Caguas, 00725, Puerto Rico |
| CTA assigned | :No |
| CTA disembarking with guest | :No |
| If yes, confirm CTA given contact details for CareTeam Specialist | : No |

Ambulance service hour 12:21 pm, February 21, 2019, San Juan time
Ambulance 12:21 pm, February 21, 2019, San Juan time
Ambulance incident location: Pier no.3 Harmony of the Seas, Feb 21, 2019, 12:54 pm San Juan time
Ambulance mileage 339518 12:54 pm, February 21, 2019, San Juan time (**AMBULANCE ARRIVES AT THE HARMONY OF THE SEAS)**
Ambulance 1:08 pm, February 21, 2019, San Juan time
Vital signs taken 1:10 pm, February 21, 2019, San Juan time
Ambulance 1:50 pm, February 21, 2019, San Juan time **(AMBULANCE ARRIVES AT HIMA SAN CARGUAS)**
Ambulance mileage 339560 2:31 pm, February 21, 2019, San Juan time
[** Source "MED RECS -2. SUNNY AMBULANCE, INC.PDF" ]

Burgess disembarked at 12:02 pm, February 21, 2019
(1.02 pm, February 21, 2019, San Juan time)
[RCL Documents – Initial disclosure GS000001]

Henze disembarked at 12:00 pm, February 21, 2019
(1.00 pm, February 21, 2019, San Juan time)
[RCL Documents – Initial disclosure GS000001]

Guest Landed Report 12.15 pm, February 21, 2019
(1.15 pm, February 21, 2019, San Juan time)
[Harmony of the Seas Medical Center Guest Landed Report]

Guest Landed 12.15 pm, February 21, 2019
(1.15 pm, February 21, 2019, San Juan time)
[Harmony of the Seas Medical Center Guest Landed Report – RCCL emails]

CARE TEAM notified 12.15 pm, February 21, 2019
(1.15 pm, February 21, 2019, San Juan time)
[Harmony of the Seas Medical Center Guest Landed Report – RCCL emails]

Harmony of the Seas' Medical Secretary informs the CARETEAM that Burgess is heading to Hospital HIMA-San Pablo Caguas with paramedics. – 12.27 pm, February 21, 2019 (Ship and Miami where the Careteam is located are on the same time zone: correspondence between these 2 parties will be in the same time zone)
(1.27 pm, February 21, 2019, San Juan time)
[RCCL email - GR000087: page 1 of the RCCL emails pdf file]

EXHIBIT C

Acute Stroke Neurological Consultation 13:59 = 1.59 pm, February 21, 2019, San Juan time
[MED RECS.-5: Acute Stroke Neurological Consultation – page 25]

Acute Stroke Screening Sheet 1:59 pm, February 21, 2019, San Juan time
[MED RECS.-5: Acute Stroke Screening Sheet – page 35

HIMA San Pablo Caguas – Triage/ Registration time: 1:59:02 pm, February 21, 2019, San Juan time
[MED RECS.-5: HIMA San Pablo Caguas – page 17]

Medical evaluation form by Grupo HIMA-San Pablo – 2:09 pm, February 21, 2019, San Juan time
[MED RECS.-5 Emergency Department Medical Evaluation Form – page 13]

## FEBRUARY 22, 2019

Lifelink referral by Grupo HIMA-San Pablo 10:30 am, February 22, 2019, San Juan time
[Hospital HIMA San Pablo Caguas pdf. Summary Sheet HIMA Caguas – page 9]

Email string starting on page 11 (GR000097) :Harmony of the Seas notified the Agent of the need to dispatch an ambulance – the email was forwarded/responded (GR000096 – page 10) to, by San Juan agent which means 10:59 am was the time set on the Agent's computer. The forwarded email (GR000096) (subject: Burgess is undergoing surgery due to blood clot) by the Agent was received by the Harmony of the Seas at 2:47 pm, February 22, 2019, ship's time.
(3:47 pm, February 22, 2019, San Juan time)

RCL was notified by the San Juan agent (Continental Shipping) that Burgess is undergoing surgery due to blood clot. Email was sent at 2:47 pm, February 22, 2019, San Juan time [because the agent forwarded the email – their computer would have used local San Juan time]
[RCL emails – page 7]

## FEBRUARY 25, 2019

Richard Burgess is discharged from the HIMA Caguas Hospital 5:39 pm, February 25, 2019, San Juan time
[Summary Sheet HIMA Caguas – page 8]

## FEBRUARY 26, 2019

Ship's agent in San Juan informs the CARE TEAM that Burgess was discharged 12:03 pm, February 26, 2019, Care Team time = Miami = UTC- 5hrs. = the same as Harmony of the Seas time
[13:03 pm, February 26, 2019, San Juan time]
[RCL emails and communications – page 18]

CARE TEAM requests San Juan agent to confirm Burgess was successfully transferred back home via Air Ambulance 12:32 pm, February 26, 2019, Miami time (=Ship's time)
1.32 pm, February 26, 2019, San Juan time
[RCL emails and communications – page 10]

**Captain Hendrik J. Keijer, Marine Expert**
History of Expert Testimony by Deposition or Trial

| Date | Case Name & Description |
|---|---|
| 6/12/18 | Slobodan Despot v. Celebrity Cruises International<br>Case No. 01-16-0001-5958<br>American Arbitration Association, International Center for Dispute Resolution*;*<br>*Deposition* |
| 6/19/18 | Slobodan Despot v. Celebrity Cruises International<br>Case No. 01-16-0001-5958<br>American Arbitration Association, International Center for Dispute Resolution*;*<br>*Arbitration* |
| 2/4/19 | James Ryan Peterson v. City of Long Beach, et al.<br>Case No. BC645456<br>Los Angeles Superior Court*;*<br>*Deposition* |
| 8/7/19 | Juan Carlos Urrutia-Velez v. FRS Fast Reliable Seaways, LLC<br>Case No. 18-CV-25212-CMA<br>United States District Court, Southern District of Florida*;*<br>*Deposition* |
| 7/31/20 &<br>8/5/20 | Dusan Dubljevic v. Royal Caribbean Cruises LTD.<br>ICDR Case No. 01-19-0001-0173<br>American Arbitration Association, International Centre for Dispute Resolution<br>*Deposition* |
| 3/24/21 | Archer Daniels Midland Company d/b/a ADM Grain Company, ADM International SARL and American River Transportation Co., LLC vs. M/T American Liberty, her engines, tackle, apparel, etc., in rem<br>Civil Action No. 19-cv-10525 c/w 19-cv-10925 c/w 19-cv-11813 c/w 19-cv-12748<br>United States District Court Easter District of Louisiana<br>*Deposition* |
| 5/20/21 | Archer Daniels Midland Company d/b/a ADM Grain Company, ADM International SARL and American River Transportation Co., LLC vs. M/T American Liberty, her engines, tackle, apparel, etc., in rem<br>Civil Action No. 19-cv-10525 c/w 19-cv-10925 c/w 19-cv-11813 c/w 19-cv-12748<br>United States District Court Easter District of Louisiana<br>*Trial* |
| 7/21/21 | Pablo Rodriguez, individually, v. NOBLE HOUSE HOTELS & RESORTS, LTD., d/b/a Little Palm Island Resort and Spa, a foreign limited partnership<br>Case no.: 2020-CA-583-K<br>Circuit Court of the 16th Judicial Circuit in and for Monroe County, Florida<br>*Deposition* |

| | |
|---|---|
| 11/5/21 | Leonella Treto Erdberg v. Key Largo Hospitality Lan Trust, and Caribbean Watersports LLC<br>Case no.: 2019-CA-618 PK<br>Circuit Court of the 16th Judicial Circuit in and for Monroe County, Florida<br>*Deposition* |
| 12/14/21 | Renee Richardson v. James Esposito<br>Docket No.: CV-17-6072276<br>State of Connecticut ,Superior Court Judicial District of New Haven<br>*Deposition* |
| 05/17/22 | Nela Militaru v. Celebrity Cruises Inc.<br>Case No.: ICDR 01-18-0001-3791<br>In Arbitration, International Center for Dispute Resolution;<br>*Deposition* |

EXHIBIT E

The shortest distance from pier 3 in San Juan, to Hospital HIMA • San Pablo, 100 Av. Luis Muñoz Marín, Caguas, 00725, Puerto Rico was 21.9 miles




The ambulance departed pier 3 with BURGESS at 1:08 pm.
The ambulance arrived at Hospital HIMA at 1:50 pm

21.9 miles was covered in 42 minutes.
21.9 / 42 = 0.52 miles per minute
0.52 x 60 = 31 miles per hour (mph)

EXHIBIT D

Local time (LT) in Fort Lauderdale, Miami and aboard the *HARMONY OF THE SEAS*, February 2019= UTC - 5hrs.
Local time in Philipsburg, St Maarten, February 2019 (LT=UTC – 4hrs.)
Local time in San Juan, Puerto Rico, February 2019 (LT=UTC – 4hrs.)




## Time Changes in San Juan Over the Years

Daylight Saving Time (DST) changes do not necessarily occur on the same date every year.

**Time zone changes for:** 2010 — 2019

| Year | Date & Time | Abbreviation | Time Change | Offset After |
|---|---|---|---|---|
| 2010 — 2019 | No changes, UTC -4 hours all of the period | | | |

* All times are local San Juan time.

EXHIBIT D

Early Deals. Up to $400 Off.
Inspiron 3891 Desktop
$399.99
View the Deals
Click for legal.
10th gen Intel Core i3
AdChoices

timeanddate

Home | World Clock | Time Zones | Calendar | Weather | Sun & Moon | Timers | Calculators | Apps & API | Free Fun

Home / Time Zones / World Clock / USA / Fort Lauderdale

# Current Local Time in Fort Lauderdale, Florida, USA

Search for city or place...

Time/General | Weather | Time Zone | DST Changes | Sun & Moon




**6:47:47 pm** EST

Wednesday, November 17, 2021

Fullscreen

| | |
|---|---|
| **Country:** | United States |
| **State:** | Florida (FL) |
| **Lat/Long:** | 26°07'N / 80°08'W |
| **Elevation:** | 1 m |
| **Currency:** | United States Dollar (USD) |
| **Languages:** | English, Spanish |
| **Country Code:** | +1 |




## 2021 Time Zones - Fort Lauderdale

| EST UTC-5h | EDT UTC-4h | EST UTC-5h |
|---|---|---|
| Jan, Feb, Mar | Mar, Apr, May, Jun, Jul, Aug, Sep, Oct, Nov | Nov, Dec |

## Time Changes in Fort Lauderdale Over the Years

Daylight Saving Time (DST) changes do not necessarily occur on the same date every year.

**Time zone changes for:** 2010 — 2019

| Year | Date & Time | Abbreviation | Time Change | Offset After |
|---|---|---|---|---|
| 2019 | Sun, Mar 10 at 2:00 am | EST → EDT | +1 hour (DST start) | UTC-4h |
| | Sun, Nov 3 at 2:00 am | EDT → EST | -1 hour (DST end) | UTC-5h |

EXHIBIT D

timeanddate

SONESTA THE GIFT OF GOING Save up to 30% + 3X Sonesta Travel Pass points Book Now

Home World Clock Time Zones Calendar Weather Sun & Moon Timers Calculators Apps & API Free Fun

Home / Time Zones / World / Sint Maarten / Philipsburg

# Time Zone in Philipsburg, Sint Maarten

Search for city or place...

Time/General Weather Time Zone DST Changes Sun & Moon




7:52:54 pm AST

Wednesday, November 17, 2021

Fullscreen

| | |
|---|---|
| Current: | AST — Atlantic Standard Time |
| Current Offset: | UTC/GMT -4 hours |
| Difference: | 1 hour ahead of Miami |



2021 Time Zones - Philipsburg

More Information

## 2021 Time Zones - Philipsburg

AST

UTC-4h

Jan Feb Mar Apr May Jun Jul Aug Sep Oct Nov Dec

The graph above shows that there is no clock change in Philipsburg during 2021.

## Time Changes in Philipsburg Over the Years

Daylight Saving Time (DST) changes do not necessarily occur on the same date every year.

**Time zone changes for:** 2010 — 2019

| Year | Date & Time | Abbreviation | Time Change | Offset After |
|---|---|---|---|---|
| **2010 — 2019** | No changes, UTC -4 hours all of the period | | | |

* All times are local Philipsburg time.