EXHIBIT E

The shortest distance from pier 3 in San Juan, to Hospital HIMA • San Pablo, 100 Av. Luis Muñoz Marín, Caguas, 00725, Puerto Rico was 21.9 miles




The ambulance departed pier 3 with BURGESS at 1:08 pm.
The ambulance arrived at Hospital HIMA at 1:50 pm

21.9 miles was covered in 42 minutes.
21.9 / 42 = 0.52 miles per minute
0.52 x 60 = 31 miles per hour (mph)