**Robson Forensic** THE EXPERTS

# CAPTAIN HENDRIK J. KEIJER
## Marine Expert

Maritime industry veteran with more than 25 years experience onboard in Officer and Captain roles, augmented by a land side Commodore/Director role in the Marine Operations Department in Cruise Line Headquarters. Additional extensive small boating expertise both professionally and recreationally.

**PROFESSIONAL EXPERIENCE**

2018 to present — **Robson Forensic, Inc**.
*Associate*
Provide technical investigations, analysis, reports, and testimony toward the resolution of commercial and personal injury litigation involving maritime and related matters

2020 to present — **H&A Maritime, LLC**
*Founder*
Private yacht charters. Operate and manage a 38' vessel as captain for passengers.

2015 to 2018 — **Pacific Northwest Marine Consultancy**
*Founder*

2015 to 2017 — **Carnival Cruise Line**
*Commodore/Director Stability and Damage Control*

- Supervised and provided support to captains. Subject matter expert in stability and damage control related issues for a fleet of 25 ships
- Cruise impact management related to technical and operational challenges, equipment failures, crew and guest issues; liaised with port and coast guard authorities and officials
- Visited ships to conduct inspections, training and provide issue resolution
- Assessed and analyzed the Safety Management System

**Rerouting ships due to heavy weather and/or unusual circumstances**

- Provided guidance to captains on itinerary rerouting and/or port cancellations/delays
- Studied weather data and provided safe passage options
- Rerouted ships in the Pacific and North Atlantic Oceans, the Gulf of Mexico and the Caribbean Sea avoiding hurricanes, other strong weather systems and high seas
- Rerouted vessels on numerous occasions due to technical, operational and other causes
- Organized and executed medical evacuations of guests by helicopter, boat or deviations to the closest harbor

**Incident investigations**

Conducted internal investigations related to incidents of the vessel, including but not limited to:

- Black box (VDR) data, wind and current, navigational data, equipment performance and settings, work and rest hours, drugs and alcohol and compliance with set standards; interviews of involved personnel
- Wrote and presented investigation reports to upper management

**Audits and Inspections**

- Visited the ships during Coast Guard, Public Health, Port State, Flag State and internal company audits and inspections
- All ships passed their inspections and audits during my time as Commodore/ Director
- Assisted the captain and his teams in the resolution of non-conformities and findings

**Safety**

- Developed enhanced procedures for safe tender ( small boat ) operations transferring guests to and from the ships' anchorage to the shore
- Developed enhanced safety procedures related to the safe boarding/debarkation process of tenders, the tender platforms and the transfer process
- Provided ship-handling guidance and training to captains
- Worked with Classification, Flag Society and Coast Guard Officials worldwide to resolve fire safety, lifesaving, navigational and operational challenges

**Stability**

- Ensured the fleet operated within stability parameters
- Implemented a fleet wide fluid management plan, enhancing understanding of ballast water management, internal fuel, potable water and waste water management practices
- Updated stability documents, certificates and computer program software
- Provided stability related resolutions to the company's new build and dry-dock programs when structural modifications resulted in weight changes to the vessel
- Managed lightweight surveys and inclining tests to determine weight changes of vessels over time

**Emergency Response**

- Emergency Response Team core member on call 24/7 to respond to emergencies and unusual situations
- Coordinated and executed frequent emergency exercises between the company, vessels and the contracted emergency service provider
- Part of the development team of the Fleet Operations Center, a new concept in the industry that was developed to provide round the clock and year round support for the fleet
- The Fleet Operations Center handled deviations, port cancellations, weather monitoring, vessel monitoring with live feeds from the vessel on navigational and technical data and status of equipment and all types of unusual circumstances and emergencies

1992 to 2015 **Holland America Line**

*Captain* *2005-2015*

**Captain's responsibilities:**

- Overall responsibility for the operation, navigation, seaworthiness and safety of cruise ships
- Operated with thousands of guests and hundreds of crew worldwide in all types of weather and sea conditions

**Management**

- Overall management of 870 multinational crewmembers who not only work, but also live in confined areas for lengthy periods of time. These conditions resulted in security, safety, health and recreational challenges whilst maintaining standards of compliance, work efficiency and productivity
- Human Resource Management including disciplinary actions
- Chaired crew meetings and managed resultant matters
- Reviewed work and rest hour compliance
- Oversaw the random drug and alcohol testing program for crew
- Conducted crew and guest area inspections verifying compliance with health, safety and security standards

**Ships movement minimization**

- Utilized ships stabilizers in rough sea conditions and/or sharp turns to minimize the ships' movement
- Oversaw the securing arrangement plan implementation dependent on weather and sea conditions including, but not limited to: casino machines, exercise equipment, pianos, deck loungers, etc.
- Swimming pool and hot tub ( Jacuzzi ) water level management in heavy weather/sea conditions
- Managed instrumentation, engine and system settings to optimize ships movement

**Slip, trip and fall hazard management**

Managed procedures and conducted inspections to reduce slip, trip and fall hazards including but not limited to, restricting access to areas, deck cleaning, use of signage and barriers, proper stowage and use of electrical cabling and hoses, handrail use, field of vision issues, placement of material such as sunloungers, deck chairs and sports equipment, identification of contaminant sources and corrective measures to leaks etc., vessel movement minimization, pool and Jacuzzi water level management, proper securing measures and anti-skid material applications.

**Fire Safety Management**

- Ultimate responsibility for the safety of all aboard
- Verified safe storage practice of stores, spare parts, general goods and equipment
- Detailed knowledge of HI-FOG and sprinkler systems including, but not limited to, fire-dampers, fire-screen doors, draft stops, ventilation systems, smoke management, smoke extraction systems, fire plans, fire attack plans, emergency response organization, command center control, heat and smoke detectors and $CO_2$ fire suppression systems
- Ensured all safety training programs were effectively conducted, analyzed and further developed

**Lifesaving and Man Overboard Management**

- Ultimate responsibility for the safety of all aboard
- Ensured evacuation, including, but not limited to: lifeboats and liferafts; ensured man overboard exercises were effectively conducted
- Crowd control and escape route requirements and supporting equipment were verified for compliance
- Ensured all lifesaving related equipment and systems remained in good working order, maintained to the highest standards, inspected and tested
- A proven track record of successfully saving numerous lives at sea through medical evacuations and rescuing persons adrift under my tenure as Captain

**Environmental**

- Waste management through various waste streams and separation compliance, compliance with smoke emission standards including but not limited to overboard discharge management, waste offload requirements, incinerator use, fuel efficiency management
- Oily water separator performance compliance and verification
- Lock-out/tag-out of vital overboard and system valves and their management

**Health and Medical**

- Conducted regular meetings with infirmary nurses and doctors
- Stayed apprised of crew and guest health concerns
- Initiated protocols to stop the spread of communicable diseases including, but not limited to legionnaires and norovirus and verified preventative measures
- Conducted weekly inspections of the galleys (kitchens) including, but not limited to the store rooms, freezer rooms, bars and pantries, water facility plants and other public health related areas to verify compliance with United States Public Health regulations and requirements
- Received numerous public health inspections over the years which were all successfully concluded

**Occupational Safety and Permitting**

- Verified occupational safety compliance with company policies and procedures
- Examples of the inspected work areas included, but were not limited to the engine room, engine room workshop, plumbers workshop, electricians workshop, carpenter and locksmith workshop, laundry, upholsterer workshop, photo lab, entertainment department areas, backstage, stage lift in the theater, boatswains store, paint store, firefighting safety store, butcher shop, fish preparation room, fruit preparation room, mooring decks, fuel injector testing room, garbage room, guest areas
- Approved the following permits, including but not limited to, diving operations, operations affecting structural fire, and/or, the watertight integrity of the vessel, enclosed space entries

**Inspections and Audits**

- Evaluated compliance with the following standards through inspections and audits, including, but not limited to, US Coast Guard, Public Health, Flag State, Port State Control, Class, MARPOL, International Safety Management (ISM) code, Safety Management System (SMS), International Ship and Port Facility Security Code (ISPS), Maritime Labor Convention (MLC) 2006, International Organization for Standardization (ISO), internal audit, environmental regulations and company policies
- Passed all inspections and audits
- Reviewed and analyzed the Safety Management System (SMS) program company procedures and policies
- Suggested changes/ amendments to the Safety Management System program to head office management
- Coordinated ship's preparedness with reference to mandatory inspections carried out by Classification Society and other authorities
- Ensured all official logs and books were kept in good order and updated

**Navigation**

- Ensured ship's certificates, nautical charts, publications and other documents were present on board, valid and kept in good order
- Operated in accordance with the International Regulations for Preventing Collision at Sea ( COLREGS )
- Operated in accordance with the U.S. Inland Rules of the Road in the navigable waters of the USA
- No navigational incidents occurred during my career as captain
- Verified bridge equipment, system performance and settings
- Enforced bridge resource management procedures to ensure all bridge personnel functioned as a team
- Conducted frequent voyage debriefings, including, but not limited to the docking and undocking evolutions
- Designed and executed voyage plans from berth to berth
- Studied weather forecasts including, but not limited to, currents, wind, seas and swell conditions
- Ensured pilot boarding's were safely conducted in accordance with the requirements

**Ship handling**

- Overall responsibility for the navigational safety of the vessel
- Maneuvered ships in and out of ports and challenging docks with limited room including, but not limited to, icebergs around Greenland and Alaska, high seas and heavy weather and wind conditions
- All evolutions and voyages were all successfully executed with a clean record of zero incidents
- Expert shiphandler having handled ships and boats my entire career in numerous harbors, anchorages, along various docks, in rivers, estuaries, seas, bays, and oceans under varying weather, sea and ice conditions

**Seaworthiness**

- Responsible for the seaworthiness of the vessel
- Ensured the vessel was fit for any foreseeable perils of the sea, including the fitness of the vessel itself as well as any equipment on it and the skills and health of its crew

**Dry and wet docks**

- Ensured all safety requirements and preparations were met for dry and wet dock operations of the vessel
- Conducted several dry and wet docks

*Chief Officer* *1999-2005*

**Chief Officer responsibilities :**

- Should the master become incapacitated, the chief officer would take over command and assume the position of master (captain)
- Reported deficiencies to the master, the company and authorities when required.
- Managed the deck department team members

**Newbuild*:***

- Part of the newbuild team at shipyards in Italy in 2002 and 2003 for two cruise ships
- Involved in the testing and commissioning of the safety systems aboard including, but not limited to : HI-FOG sprinkler systems, fire detection systems, lifeboat and liferaft davit systems, lifeboats, liferafts, cranes, hoists, firehoses, smoke detectors, heat detectors, flame detectors, CCTV camera systems, man overboard rescue boats, lifesaving devices such as Jacob's ladders, lifebuoys, man overboard buoys, lifejackets, EPIRB's (Emergency Position Radio Beacons), SART's (Search And Rescue Transponders), signals, flares, CO2 fire suppression system for the galleys, ducting, the engine rooms, the emergency diesel generator room, rolling shutters in the galleys, window wash systems, GMDSS (Global Maritime Distress Safety System), stability computer, VDR (voyage data recorder – black box)

**Management**

- Provided oversight, scheduling and work assignments of approximately 50 crewmembers in the deck and security departments
- Scheduled the deck department members in accordance with the work and rest hour requirements
- Managed the navigational team on the bridge, the deck officers, the lookouts, the sailors and boatswain, the maintenance team consisting of a locksmith, the carpenters, upholsterers and security officers

**Incident investigations**

- Conducted internal investigations as assigned by the captain related to accidents/incidents aboard the vessel

**Security and gangway operations**

- Designated security officer
- Conducted internal investigations related to accidents/incidents involving guests and crew members
- Ensured all security requirements were met with operational readiness of CCTV camera systems and other security related equipment
- Trained onboard security personnel, deck officers and assigned crew in boarding/debarkation procedures and requirements at all points of entry to the ship (gangways, jetways, stores and bunkering loading doors)
- Inspected gangways and maintained these in good order
- Organized security exercises

**Safety**

- Designated safety officer
- Managed the safety, welfare, discipline and training of the navigation team, medical department, security officers and maintenance teams
- Ensured safety training was provided before work assignments were issued where applicable
- Chaired the safety committee

**Health and Medical**

- Managed the medical department
- Conducted regular meetings with infirmary nurses and doctors
- Stayed apprised of health concerns concerning guests and crew
- Enforced norovirus protocol as directed by the captain following procedural guidelines

**Maintenance**

**Exterior Decks, Hull and Superstructure, Windows**

- Maintained the cleanliness and condition of the outside decks, hull and superstructure, rust removal and painting
- Maintained the interior carpets, hallways and railings, flooring and tiles
- Maintained and inspected windows, gaskets replacing broken pieces where required
- Maintained and inspected window blinds and deadlights (steel shutters that prevent window glass shattering to the interior of guest staterooms and public spaces in heavy sea conditions

**Overboard devices, cranes, lifeboat davits, life-raft davits, lifting gear**

- Was responsible for the operational status and maintenance of, including but not limited to: window wash systems and railings, boatswain chairs and their hoisting gear, shackles, wires, scaffolding, lifeboat falls, lifeboat release wires, greasing of davit arm sheaves, rollers, wires, gripes
- Was responsible for lifting gear appliances (cranes) and lifting point inspections and surveys

**Doors and Hatches and Locks**

- Inspected, maintained and verified doors and hatches including, but not limited to, water-tightness of shell (side) doors in the hull, condition of gaskets on shell doors, locking mechanism of shell doors, hatches and their securing arrangement on the bulkhead and outside decks

- Was responsible for the operational condition of Fire screen doors including but not limited to watertight and semi-watertight bulkhead doors, locking mechanisms, gaskets, hinges and doors and their frames on guest and crew cabin entry and bathroom doors, balcony doors and restricted area doors

**Preventative Maintenance**

- Ensured preventative maintenance was recorded in accordance with the preventative maintenance system requirements

**Permits**

- Approved permits including, but not limited to hot work, working aloft and working at heights

**Tendering (small boat) and Gangway operations**

- Managed the safe operation of tender service, gangway operations and security provided at all points of access to the vessel

**Emergency Management**

- Leader of the Command and Control Team, provided strategic management of the emergency response in non-engineering spaces
- Conducted safety exercises, including but not limited to: security exercises, man overboard exercises, abandon ship exercises, steering gear failures, damage control exercises, groundings, collisions, fire drills

**Inspections and Audits**

- Ensured compliance with USCG, Public Health, Flag State, Port State Control, Lloyds, ISM code, internal audits and environmental regulations successfully passing all inspections

**Stability**
- Designated stability officer
- Ensured the ship operated within the required stability parameters
- Operated in accordance with the ballast water management plan
- Prepared stability calculation reports
- Prepared fuel and potable water loading plans
- Managed fluid management of internal fuel, potable, waste, black, grey and ballast water
- Ensured stability documents, including, but not limited to certificates and computer program software remained up to date
- Prepared Inclining tests and lightweight surveys as needed

**Navigation**
- Managed the navigation team on the bridge
- Oversaw the work of the 2nd officer ( Navigation Officer) ensuring requirements were met for safe operation of the vessel from a nautical perspective

**Spare Part inventory control**
- Managed financial aspects and budgets whilst maintaining inventory control
- Monitored critical spare part levels for the deck department
- Ensured sufficient supplies were available to operate safely when deck and safety equipment broke down and required new replacement parts
- Ensured sufficient glass windows and portholes were onboard as per the requirements

**Safety Management System**
- Ensured compliance with company policies and procedures through the safety management system

**Administrative**
- Kept regulatory vessel documentation, drawings and certification up to date
- Was responsible for regulatory licensing requirements of crew in accordance with the safe manning document

*2nd Officer* *1996-1999*

**2nd Officer responsibilities:**
- Ensured bridge standards and watch keeping procedures were complied with by the watch standing team members
- Designated safety, training and lifesaving officer
- Designated fire team leader
- Bridge watch standing officer

**Tendering (small boat) and Gangway operations**

- Provided training to tender operators, reviewed tender routes and nautical charts
- Managed the condition of the tenders, lifeboats and their safety equipment, including, but not limited to, navigational instrumentation, anti-slip on the lifeboat decks and steps, fire extinguishers, CO2 release systems for the engine compartment
- Trained gangway personnel and maintained the gangways, tender platforms and related equipment
- Performed gangway and tender platform duties boarding and disembarking crew and guests
- Drove ship's Tenders
- Responsible for safe fuel bunkering of ship's tenders and lifeboats with preventative environmental measures in place

**Safety**

- Trained relevant crew on the safe operation, location and use of, including but not limited to, watertight doors, splash doors, fire-screen doors, fire extinguishers, emergency procedures, escape routes, emergency stops, power shut offs, remote and local release of fire suppression systems (CO2), ventilation system stops, fire blankets, fire dampers, lifeboats, liferafts, life buoys, davit systems, Jacob's ladders, pilot ladders, life jackets, descent devices, rescue boats, low level lighting, evacuation of guests and crew, helicopter hoists, Inspected and maintained the above mentioned equipment in a good state of operational readiness within the realm of responsibility
- Investigated safety related complaints and issues
- Updated fire attack and control plans

**Training**

- Scheduled, conducted, administered and reviewed safety training and drills ensuring compliance with international, national and company requirements

**Navigation**

- Prepared and executed voyage plans with the captain and the nautical bridge team, updated nautical charts, publications, documents, and voyage planning and bridge equipment and systems
- Maintained and programmed bridge and nautical equipment and systems to required standards
- Managed the mooring deck operations team during the docking and undocking evolutions tying up the ship with the mooring ropes or utilizing the anchor windlass during anchoring procedures

3rd Officer 1992-1996

**3rd Officer responsibilities:**

- Bridge watch standing officer, administrative and maintenance related duties related to Safety
- Served as assistant officer to the 2nd officers in safety, lifesaving and administrative capacities

**Navigation**
- Was a Bridge watch standing officer in charge of the bridge team
- Monitored the voyage plan and safe passage of the vessel

**Administration**
- Responsible for the issuance of lifejackets to crewmembers and the correct emergency function designation on their lifejacket cards
- Performed administrative duties related to the ordering of spare parts
- Updated emergency checklists and the designated emergency team member lists
- Ensured deck officers, engineers and relevant crew ratings were in possession of valid certificates

**Safety, maintenance and instruction**
- Fire team leader
- Conducted crew safety exercises and provided training to the crew
- Assisted the 2nd officers with vessel safety familiarization for new crewmembers
- Ensured the company's safety and environmental policies and procedures were followed
- Managed lifesaving equipment, administration and upkeep of records and documentation
- Managed the mooring deck operations team during the docking and undocking evolutions or during anchoring

**Gangway and Tendering Operation Duties**
- Stood gangway and tender platform duties
- Drove ship's tenders

*4th Officer* *1992*

**4th Officer responsibilities:**
- Assistant bridge watch officer
- Assistant to the 3rd and 2nd officers
- Monitored the voyage plan
- Applied company's safety and environmental policies
- Assisted the safety officer during inspections and maintenance on life savings (lifeboats/liferafts, davits and cranes) and fire fighting equipment/systems
- Assisted the bridge watch officer on upkeep of the vessels certificates
- Assisted the 3rd officer with the administration related to deck and engine officer certifications
- Assisted the 2nd officers in safety drills
- Managed the mooring operations team
- Stood gangway and tender platform duties
- Drove ship's tenders

1991 **Van Nievelt Goudriaan**
*2nd Officer*
**2nd Officer responsibilities:**

- Bridge watch officer
- Monitored the voyage plan
- Ensured deck and engineer certification compliance
- Kept log books, safety certificates, documentation and preventative maintenance systems up to date
- Ensured bridge standards and watch keeping procedures were complied with by the watch standing team members
- Stability calculations, loading operations and related record upkeep
- Prepared and executed voyage plans, maintained nautical charts, publications, documents, and voyage planning and bridge equipment and systems
- Scheduled, conducted, and administered safety training and drills
- Inspected and maintained firefighting equipment and systems
- Fire team member within the emergency response organization

**PROFESSIONAL CREDENTIALS**

Master – worldwide coverage, unlimited tonnage, all ships
Engineer – worldwide coverage, unlimited tonnage, all ships
GMDSS Radio Operator License
Radar Navigator
In accordance with IMO-ILO Standards of Training, Certifications and Watch-keeping for seafarers 1978 ( IMO,ILO,STCW-95 )

*Additional training and courses*
**Master 100 Tons Course**
United States Coast Guard approved
**Upgrade Master 100 Tons to Master 200 Tons course**
United States Coast Guard approved
**Assistance Towing**
United States Coast Guard approved
**First Aid and CPR**
United States Coast Guard approved
**Automatic Identification Systems ( AIS )**
In accordance with IMO model course 1.34 and IMO resolution A.917(22)
**Electronic Chart Display & Information System ( ECDIS )**
In accordance with STCW Section A-II / 1-2
**Foreign Passenger Vessel Examiner Course**
Issued by: United States Coast Guard – Cruise Ship National Center of Expertise

**Nacos Operator**
Chart-pilot:UAIS DEBEG : Multipilot : Chart-radar : Radar-pilot : Track-pilot
**Radar Navigator**
In accordance with IMO-ILO Standards of Training, Certifications and Watch-keeping for Seafarers 1978 ( IMO,ILO,STCW-95 )
**ABB Deck Training course "DC2" on Azipod propulsion systems.**
**Bridge Resource Management**
In accordance with STCW 1978 as amended in 2010 and Table A-II/1 and Table A-II/2
**Crisis Management and Human Behavior**
In accordance with STCW A-V/2
**Personal Safety and Social Responsibilities**
As per Section A-VI/1 and Table A-VI/1-4 of the STCW code and 46 CFR 11.202 (b)(4)
**Proficiency in Fast Rescue Boats**
As per SOLAS Table A/VI/2-2
**Proficiency in Survival Craft and Rescue Boats.**
As per Table A-VI/2-1 of STCW as amended 2010 & 46 CFR 12.407 (b)(3)
**Basic Safety Training**
According to the provisions of Section A-VI/1-4 of the International Convention on Standards of Training, Certification and Watch-keeping for Sea-farers, 1978 amended
**Personal Survival Techniques**
As per Section A-VI/1 and Table A-VI/1-1 of the STCW code and 46 CFR 11.202 (b)(1)
**Advanced Firefighting**
In accordance with Sections A-VI/3 and Table A-VI/3 of STCW code, as amended, and the fire prevention and fire training requirements of 46.CFR 11.202(b)(2) and the advanced firefighting requirements of 11.205(d) and 11.401(g)(1)
**Train the Assessor**
In accordance with the provisions of the International Convention on Standards of Training, Certification and Watch-keeping STCW 95
**First Aid and CPR**
As per Section A-VI/1 and Table A-VI/1-3 of the STCW code and 46 CFR 11.202 (b)(3)
**Medical First Aid**
As per Table A-VI/4-1 of Chapter VI of the International Convention on Standards of Training, Certification and Watch-keeping for Seafarers (STCW) 1978 as amended, including Manila 2010 amendments
**Medical Care**
As per Table A-VI/4-2 of Chapter VI of the International Convention on Standards of Training, Certification and Watch-keeping for Seafarers (STCW) 1978 as amended, including Manila 2010 amendments
**Medical Training-L, expired 4/16/18**
In accordance with 92/29/EC & STCW95
**Ships Security Officer**
In accordance with IMO model 3.19 and ISPS code Section 13.2 and Section B 13.1,B/13.2 and SOLAS amendments 2002

CAPTAIN HENDRIK J. KEIJER
Marine Expert

## EDUCATION

Maritime Officer - Master Mariner & Engineer Unlimited Tonnage, All Oceans, All Ships, Bachelor of Science, Amsterdam University of Applied Sciences, The Netherlands

*Continuing education:*

Level 1 – Comprehensive Boating Accident Investigation Course, National Association of State Boating Law Administrators (NASBLA), 2019
International Association of Marine Investigators 29th Annual Training Seminar, Biloxi, Mississippi, 2019
Certified Operator of the English XL Variable Incidence Tribometer, Excel Tribometers LLC, 2019
Safe Boating Course, State of Florida and recognized by the United States Coast Guard, the National Association of State Boating Law Administrators (NASBLA), 2018
BOAT GPS Forensics Course, the National Association of State Boating Law Administrators (NASBLA), 2018, 2022
International Association of Marine Investigators 28th Annual Training Seminar, Norfolk, VA, 2018
Rules of the Road (Inland and International), United States Coast Guard approved

## PROFESSIONAL MEMBERSHIPS

American Professional Mariners Association
International Association of Marine Investigators, Member
The American Boat & Yacht Council (ABYC)
Southeastern Admiralty Law Institute, Member

## PRESENTATIONS

"Cargo Delays Based on Vessel Safety or Security Issues," AON 2019 Casualty & Marine Conference, June 24-25, 2019
"The Role of a Marine Expert and Daubert Issues," Second Annual Cruise Industry Passenger and Crew Claims Seminar, Oct 17 2018

## SPOKEN AND WRITTEN LANGUAGES

English and Dutch