UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:20-cv-20687- OTAZO-REYES

AT LAW AND IN ADMIRALTY

RICHARD BURGESS individually and
by and through DARREN HENZE
as Guardian of the Person and Estate
of Richard Burgess, incapacitated and
as agent under that certain durable power
of attorney dated November 20, 2006.

Plaintiffs,

v.

ROYAL CARIBBEAN CRUISES LTD.,
a Liberian Corporation, d/b/a
ROYAL CARIBBEAN CRUISE LINE and/or
ROYAL CARIBBEAN INTERNATIONAL

Defendants.

_________________________________/

**NOTICE OF FILING EXHIBITS OF PLAINTIFF'S WITNESS AND EXHIBIT LIST FOR DAUBERT HEARING**

Plaintiff, RICHARD BURGESS individually and by and through DARREN HENZE by and through her undersigned attorneys, hereby gives her Notice of Filing Exhibits of Plaintiff's Witness and Exhibit List for Daubert Hearing filed March 16, 2023. Exhibits are being filled in parts due to the size of the exhibits. This matter is being filed March 17, 2023, and the exhibits are as follows:

8. Dr. David Nidorf report dated August 25, 2022 (pages 66-75 pages) – DE 87-1
9. Dr. David Nidorf Curriculum Vitae (pages 76-80) – DE 87-1
10. Dr. Nidorf deposition exhibit E – Stroke Scorecard – DE 105 – 4
11. Deposition transcript of Daniel Nidorf, M.D. and all exhibits thereto
12. Dr. Camilo Gomez report dated August 26, 2022 (9-21 pages) – DE 87-1
13. Dr. Camilo Gomez rebuttal report dated September 13, 2022 (pages 1-53) – DE 105-3
14. Dr. Camilo Gomez Curriculum Vitae (pages 22-63) – DE 87-1
15. Declaration of Dr. Camilo Gomez (3 pages) – DE 105-2

16. Deposition transcript of Dr. Camilo Gomez and all exhibits thereto.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served via e-mail on this 17th day of March, 2023 on all counsel of record on the attached service list.

By: *s/ Sarah A. Lobel*
**John J. Hickey** (FBN 305081)
hickey@hickeylawfirm.com
**Sarah A. Lobel** (FBN 88716)
slobel@hickeylawfirm.com
**Hickey Law Firm, P.A.**
1401 Brickell Avenue, Suite 510
Miami, FL 33131-3504
Telephone: (305) 371-8000
Facsimile: (305) 371-3542
*Attorneys for the Plaintiff*

**SERVICE LIST**

Richard Burgess v. Royal Caribbean Cruises LTD.
United States District Court, Southern District of Florida
CASE NO.: 1:20-cv-20687-Otazo Reyes


| | |
|---|---|
| **John H. Hickey, Esq.** (FBN 305081)<br>hickey@hickeylawfirm.com<br>federalcourtfilings@hickeylawfirm.com<br>**Sarah A. Lobel, Esq. (FBN 88716)**<br>slobel@hickeylawfirm.com<br>dmartinez@hickeylawfirm.com<br>**HICKEY LAW FIRM, P.A.**<br>1401 Brickell Avenue, Suite 510<br>Miami, FL 33131-3504<br>Telephone: (305) 371-8000<br>Facsimile: (305) 371-3542<br>*Attorneys for Plaintiff* | **Michael J. Drahos, Esq.** (FBN 0617059)<br>Michael.drahos@gray-robinson.com<br>Lilia.parker@gray-robinson.com<br>**W. Cooper Jarnagin, Esq.** (FBN 117767)<br>Cooper.jarnagin@gray-robinson.com<br>**Ashley Genoese, Esq.** (FBN 1019357)<br>Ashley.genoese@gray-robinson.com<br>**GRAY ROBINSON, P.A.**<br>515 North Flagler Drive, Suite 650<br>West Palm Beach, FL 33401<br>Telephone: (561) 268-5727<br>Fax: (561) 268-5745<br><br>**Randy S. Ginsberg, Esq.** (FBN 185485)<br>rginsberg@rccl.com<br>**ROYAL CARIBBEAN CRUISES LTD.**<br>1080 Caribbean Way<br>Miami, Florida 3312<br>Telephone: (305) 539-6327<br>Alt. Tel. (305) 539-4457<br>Fax (305) 539-6561<br>*Attorneys for Defendant* |