# CURRICULUM VITAE

*David Mark Nidorf, MD*
*11 Morningstar Dr.*
*New Paltz, NY 12561*

## Employment History

| | | |
|---|---|---|
| 2008 - present | TeamHealth – Emergency Department Attending Physician<br>Vassar Brother's Medical Center (Poughkeepsie, NY): 75,000 annual pt visits<br>Northern Dutchess Hospital (Rhinebeck, NY): 25,000 annual patient visits | |
| 1993 - 2008 | Valley Emergency Physicians Medical Group (VEPMG)<br>1990 N. California Blvd Suite 400, Walnut Creek, CA 94596<br><br>Emergency Medicine Physician in many rural and urban sites including: | |
| | Sonoma Valley Hospital (Sonoma, CA) | 1997 - 2007 |
| | Emanuel Medical Center (Turlock, CA) | 2007 - 2008 |
| | Oak Valley Hospital (Oakdale, CA) | 1995 - 2005 |
| | Dameron Medical Center (Stockton, CA) | 2005 - 2007 |
| 2000 - 2007 | Medical Director, Sonoma Valley Hospital Emergency Department | |
| 2000 - 2007 | Medical Executive Committee, Sonoma Valley Hospital | |
| 2004 - 2005 | Chair of Medical Executive Committee, Sonoma Valley Hospital | |
| 2004 - 2005 | Chief of Staff, Sonoma Valley Hospital | |
| 2003 - 2004 | Credentials Committee, Sonoma Valley Hospital | |
| 2004 - 2008 | VEPMG Chief Compliance Officer (24 ED's, 4 hospitalist programs, 300+ providers)<br>• Initiated VEPMG Compliance Program<br>• Designed VEPMG Billing Compliance Plan<br>• Authored Coding and Documentation Guide for VEPMG ER providers | |

- Authored Coding and Documentation Guide for Hospitalist providers
- Gave multiple lectures on coding and documentation

| | |
|---|---|
| 2003 – 2007 | VEPMG Board of Directors |
| 2005 – 2007 | Chairman of the Board, VEPMG |
| 1994 – 2009 | St. Luke's Hospital (San Francisco, CA): high volume urban Emergency Department<br>3555 Cesar Chavez Street, San Francisco, CA 94110<br>Emergency Medicine Physician |
| 1996 – 1998 | Contra Costa Regional Medical Center, Martinez, CA: high volume urban Emergency Department at UC Davis affiliated Family Practice Residency teaching program |
| 10/1994 – 11/1994 | MIHV/Chandaria Health Center, Dagoretti, Kenya<br>volunteer physician at rural health clinic |
| 7/1994 – 8/1994 | Peace Village Health Center, Danang, Vietnam<br>volunteer physician teaching local physicians in rural health center |
| 9/1993 – 10/1993 | Alaska Native Health, Ketchikan, Alaska<br>worked with Native Americans in a government run hospital Emergency Department |
| 12/1989 – 2/1990 | San Juan Sacatepequez rural health center, San Juan Sacatepequez, Guatemala<br>worked in rural health clinic with Guatemalan Medical Students |

## Licensure and Certifications

NY Medical License: 251090
**Board Certification in Family Medicine**, American Board of Family Medicine since 1993
**Board Certification in Emergency Medicine**, American Academy of Physician Specialists since 2000
Advanced Cardiac Life Support
Pediatric Advanced Life Support
Advanced Trauma Life Support

## Memberships

American College of Emergency Physicians (ACEP)
American Academy of Physician Specialists (AAPS)
American Academy of Family Physicians (AAFP)

## Training & Education

Stanislaus Medical Center — *Modesto, CA*
Residency, Family Practice (UC Davis affiliate) — 1990 – 1993

- Chief Resident 1993
- The David H. Stein Award for Most Outstanding Resident
- Founder of Modesto DOC (Doctor's Ought to Care): supporting anti-smoking education and outreach programs
- Chairman – UC Davis Family Practice Residency Research Conference
- Co-founder of HealthRap, a non-profit organization which creates patient education materials (rap music videos) directed at school age children.

Baylor College of Medicine — *Houston, TX*
Degree: Medical Doctor — 1986 - 1990

- Nominated to AOA

University of California, Los Angeles — *Los Angeles, CA*
Degree: Bachelor of Science — 1982 - 1986

- Magna Cum Laude
- Phi Beta Kappa
- Dean's Honor List
- National Dean's List

## Publications

Eye Emergency Care. Natural Eye Care. Grossman and Edson, pp. 761-762. 2018.

The Basketball Diaries. Annals of Emergency Medicine. Volume 67, No. 6, p. 776. June 2016.

Proctalgia Fugax. American Family Physician. Volume 52, No. 8, pp. 2238-2240. December 1995.

Comparison of Two Topical Preparations for the Treatment of Onychomycosis: Melaleuca Alternifolia (Tea Tree) Oil and Clotrimazole. The Journal of Family Practice. Vol. 38, No. 6, pp. 601-605. June 1994.

Immunosuppressive Mechanisms in Pure Red Cell Aplasia.- A Review. Annals of Clinical Laboratory Science. Vol. 20, No. 3, pp. 214-219. May 1990.

***Professional and personal references available upon request***