EXHIBIT
E
221014al

US News HEALTH

Home / Best Hospitals / PR / University Hospital-San Juan / Stroke Rankings

# University Hospital-San Juan Stroke

San Juan, PR

**Below Average in Stroke**

Overview Rankings

## Stroke Scorecard

A hospital's stroke score is based on multiple data categories, including patient survival, volume, discharging to home and more. Over 6,000 hospitals were evaluated and eligible hospitals received one of three ratings – high performing (1,053 hospitals), average (915 hospitals) or below average (1,156 hospitals) – with the balance either not offering the service or performing too few of the procedures to be rated. Hospitals that earned a high performing rating were significantly better than the national average. Find neurologists near you. See more hospital ratings in Stroke.

### Overall Stroke Score

| | |
|---|---|
| Rating | Below Average |

### Quality Indicators

**Survival**
Relative survival 30 days after hospitalization for stroke, compared to other hospitals treating similar patients.

ⓘ Worse than Average

**Discharging patients directly to home**
How often patients can go directly home from the hospital rather than being discharged to another facility. Recovery at

ⓘ Excellent

home is preferred by most patients and families.

### Reperfusion therapy

Percentage of stroke patients treated with reperfusion therapy. This measure quantifies how often the hospital provided time-sensitive medical intervention such as intravenous tissue plasminogen activator or mechanical thrombectomy.

ⓘ Some therapy provided

Less than 10%

### Number of patients

Relative volume of Medicare inpatients age 65 and over who had this procedure or condition over five years. Higher volume is associated with better outcomes.

ⓘ Average

Range: 53 to 197

### Avoiding overuse of carotid endarterectomy

How well the hospital avoided low-value operations on the carotid artery. This measure was provided by the Lown Institute, which uses it as a component of the Overuse metric of the the Lown Institute Hospitals Index.

Not Rated

### Nurse staffing

More nursing care per patient is associated with better outcomes and better patient experience.

ⓘ Low

### ICU specialists

Whether the hospital has at least one adult intensive-care unit staffed by a doctor specifically certified or trained to care for ICU patients.

✖

### Public transparency

Whether hospital publicly shared its stroke data through the American Heart Association. Hospitals participating in transparency programs foster sharing of data and adoption of best practices.

✖

Help is on the way!

Ad by The Everglades Foundation

## BEST NEUROLOGY & NEUROSURGERY HOSPITALS

| | |
|---|---|
| #1 | NYU Langone Hospitals |
| #2 | UCSF Health-UCSF Medical Center |
| #3 | New York-Presbyterian Hospital-Columbia and Cornell |
| #4 | Rush University Medical Center |
| #5 | Johns Hopkins Hospital |

SEE FULL RANKINGS LIST »

SEE NEARBY HOSPITAL RANKINGS IN NEUROLOGY & NEUROSURGERY »




## RANKINGS AND RATINGS AT THIS HOSPITAL

### Adult Specialties +

### Procedures and Conditions –

| | |
|---|---|
| Back Surgery (Spinal Fusion) | Kidney Failure |
| Chronic Obstructive Pulmonary Disease (COPD) | Pneumonia |
| Colon Cancer Surgery | Prostate Cancer Surgery |
| Diabetes | Stroke |
| Heart Failure | Uterine Cancer Surgery |

Hip Fracture

HEALTH DISCLAIMER »

## YOU MAY ALSO LIKE

**Medicare vs. Medicaid**



**What Is Chronic Lyme Disease?**

**Medicare Mistakes**



**What Is Gaslighting?**



**Wegovy Drug for Weight Loss**



**What Is the Polio Virus?**

**Symptoms of Common Thyroid Diseases**



**What to Ask Your Oncologist**



**Enough with Toxic Algae!**

Ad by The Everglades Foundation

**Deal With Stomach Bloating Now**



**Questions Doctors Wish You Would Ask**



Load More

HOSPITALS

DOCTORS

DENTISTS

SENIOR LIVING

NURSING HOMES

WELLNESS

DIETS

PRODUCT RANKINGS & REVIEWS

HEALTH INSURANCE

CONDITIONS

Copyright 2022 © U.S. News & World Report L.P.

Terms & Conditions/Privacy Policy/California Privacy Notice/California Do Not Sell My Personal Information Request