Curriculum Vitae

of

**Camilo R. Gomez, MD, MBA**
*Professor of Neurology*
*University of Missouri School of Medicine*
*Vascular & Interventional Neurologist*
*University of Missouri Medical Center*
*One Hospital Drive – CS&E Building – Room 548*
*Columbia, MO 65212*
***crgomez@missouri.edu***

Revised 01JUN22

## PERSONAL DATA

- Full name: Camilo Ramiro Gomez
- Place of birth: Holguin, Cuba
- Date of birth: September 12, 1960
- Race: Caucasian
- Lineage: Spanish ancestors in both maternal and paternal sides
- Father: Camilo Gomez. Certified Public Accountant. Deceased.
- Mother: Mercedes Teresa Ferrero. Housewife. Deceased.
- Languages: Fluency in Spanish and English
- Marital Status: Married (Kayla K. Fricks)
- Children:
    - Cristina Cecilia Gomez. Major. U.S. Army
    - Camilo Arístides Gomez. Lance Corporal. U.S. Marine Corps. (Reserve)
- Citizenship: U.S.A.

## EDUCATIONAL BACKGROUND

- Primary School: Colegio "Fray Luis Amigo", 1966-1972, Caracas-Venezuela

- High School - Baccalaureate
  Common cycle: Colegio "Fray Luis Amigo", 1972-1975, Caracas-Venezuela
  Diversified cycle: Colegio "Santo Thomas de Villanueva", 1975-1977, Caracas-Venezuela
  DEGREE: Bachelor of Science

- Medical School: "Universidad Central del Este", 1977-1981, San Pedro de Macoris. Dominican Republic
  DEGREE: Doctor of Medicine

- Rotatory Externship at the Seminole Memorial Hospital, Sanford, Florida (Supervisor: Luis M. Perez, M.D.). January, 1981 - June, 1981.

- Postgraduate Year 1: Internal Medicine Internship. St. Louis University Hospitals. May, 1982 - June, 1983. Sponsored by the Department of Neurology (CHAIRMAN: Simon Horenstein, M.D.).

- Postgraduate Year 2: Neurology Resident (Junior). St. Louis University Hospitals. May, 1982 - June, 1983 (CHAIRMAN: Simon Horenstein, M.D.).

- Postgraduate Year 3: Neurology Resident (Senior). St. Louis University Hospitals. July, 1984 - June, 1985. (CHAIRMAN: Simon Horenstein, M.D.).

- Postgraduate Year 4: Neurology Chief Resident. St. Louis University Hospitals. July 1985 - June, 1986. (CHAIRMAN: John B. Selhorst, M.D.)

- Business School: University of Tennessee at Knoxville, 2006, Knoxville, Tennessee.
  DEGREE: Master in Business Administration

## MEDICAL PROFESSIONAL ACTIVITIES

- Technical Assistant, Department of Orthopedic Pathology, Columbia University Medical Center - Presbyterian Hospital in the City of New York. 630 West 168th Street, New York, New York, 10032. (Attn: Austin D. Johnston, M.D.). September 1981 - April 1982.
- Attending Neurologist. The University Hospital. St. Louis University Medical Center. July, 1986 - April, 1995.
- Attending Neurologist. Cardinal Glennon Children's Hospital. St. Louis University Medical Center. July, 1986 - April, 1995.
- Director, Residents Outpatient Continuity Clinics. Department of Neurology. St. Louis University Medical Center. July, 1986 - July 1994.
- Director, Souers Stroke Institute (formerly The Stroke Resource Center). Department of Neurology. St. Louis University Medical Center. July, 1986 - April, 1995.
- Director, Cerebrovascular Disease Service. St. Louis University Hospital. July, 1986 - April, 1995.
- Director, Cerebrovascular Clinical Research Laboratory. St. Louis University Hospital. July, 1987 - April, 1995.
- Director, Acute Stroke Unit. St. Louis University Hospital. February, 1990 - April, 1995.
- Medical Director, PremierCare Neurorehabilitation Program of Bethesda General Hospital. St. Louis University Medical Center. April, 1989 - July, 1990.
- Attending Neurologist. University of Alabama Hospital. May, 1995 – April, 2003.
- Attending Neurologist. Birmingham Veteran's Administration Hospital. May, 1995 – April, 2003.
- Director, Comprehensive Stroke Center. University of Alabama at Birmingham. May, 1995 – April, 2003.
- Director, Vascular & Critical Care Neurology Service. University of Alabama Hospital. July, 1995 – April, 2003.
- Attending Neuroimaging Specialist. ImageSouth, Inc. August, 2004 – August, 2005.
- Medical Advisory Board Member. ImageSouth, Inc. November, 2004 – August, 2005.
- Attending Neurologist. St. Vincent's East Hospital (Formerly Medical Center East). June 2006 – June 2008
- Attending Neurologist. UAB Highlands Hospital (Formerly HealthSouth Hospital). January, 2004 – May, 2008.

- Director, Alabama Neurological Institute. May, 2003 – May, 2011.
- Attending Neurologist. Brookwood Medical Center. May, 2003 – February, 2016.
- Medical Director, Hoover Fire Department. July, 2004 - February, 2016
- Medical Director, ANI Imaging Center. September, 2005 – February, 2016
- Director, Neurological Institute of Alabama. May, 2011 – February, 2016
- Director, Brookwood Stroke Center. September, 2013 - February, 2016
- Attending Vascular & Interventional Neurologist – Loyola University Medical Center – March, 2016 – March, 2019
- Medical Director, Neuroendovascular Surgery – Loyola University Medical Center - March, 2016 – March, 2019
- Vascular and Interventional Neurologist. University of Missouri Columbia Medical Center. March, 2019 - Present

## CORPORATE PROFESSIONAL ACTIVITIES

- President and CEO. RangerSoft, Inc. February, 2001 – December, 2005.

## HONORS AND AWARDS

- Commencement Speaker, Graduation Ceremonies. Universidad Central del Este. San Pedro De Macoris, Dominican Republic. October 14, 1988.
- Honorary Professor of Neurology. School of Medicine. Universidad Central del Este. San Pedro de Macoris, Dominican Republic. November 7, 1988.
- Student Scholarship (Preceptor to Richard T. Kubiniec). American Heart Association. Awarded on February 10, 1989.
- Honorable Mention, William M. McKinney Award in Neurosonology (Advisor to Sandra M. Gomez, M.D.). American Society of Neuroimaging. February 24, 1989.
- Residents' Recognition Award. Department of Neurology. St. Louis University Medical Center. June, 1989.
- E.M.E. Award in Transcranial Doppler Research. Awarded on February 14, 1990.
- Student Scholarship (Preceptor to Galen S. Chun). American Heart Association. Awarded on February 16, 1990.

- Honorable Mention, Best Poster Award. American Society of Neuroimaging. 13th Annual Meeting. March, 1990.
- Residents' Recognition Award. Department of Neurology. St. Louis University Medical Center. June 1990.
- Physician of the Year Award. St. Louis University Hospital. April, 1992.
- Listed in the 1994-1995 edition of *Best Doctors in America*. Woodward/White Inc., Aiken, SC (Publishers).
- Argus Society Award for Instructional Excellence. Best Faculty in Neurology. University of Alabama School of Medicine. April, 1996.
- Argus Society Award for Instructional Excellence. Best Faculty in Neurology. University of Alabama School of Medicine. April, 1997.
- Argus Society Award for Instructional Excellence. Most Outstanding Faculty in Neurology. University of Alabama School of Medicine. April, 1998.
- R. Floyd Yarbrough EMS Award. Birmingham Regional EMS System. December, 2000.
- Argus Society Award for Instructional Excellence. Best Faculty in Neurology. University of Alabama School of Medicine. April, 2001.
- Alabama Quality Assurance Foundation (AQAF) "Best Practice Award for Stroke 2002". February 14, 2003.
- Birmingham Magazine. "Men of Substance and Style" Recognition. October, 2003.
- Birmingham Health Care Heroes. "Healthcare Innovator" Award. October, 2006.
- University of Tennessee Physician Executive MBA Program: "Outstanding Service Award". December 2006.
- University of Tennessee Physician Executive MBA Program: "Marketplace Masters" Award. December 2006.
- Member, the Honor Society of Phi Kappa Phi. December, 2006.
- Member, the International Honor Society Beta Gamma Sigma (ΒΓΣ). December, 2006.
- Society of Vascular and Interventional Neurology (SVIN). "SVIN Interventional Pioneer Award." April, 2007.

- Listed in the 2010 - 2011 Edition of *Best Doctors in America*. Woodward/White Inc., Aiken, SC (Publishers).

- Named in *"Who is Who in Hispanic Chicago"* by Negocios Now Publications. 2017.

- Outstanding Faculty Teacher. University of Missouri Neurology Residency Program. June, 2021.

**ACADEMIC APPOINTMENTS**

- Instructor in Neurology. Department of Neurology. St. Louis University School of Medicine. July, 1986 - January, 1989

- Assistant Professor of Neurology. Department of Neurology. St. Louis University School of Medicine. January, 1989 - June 1992.

- Associate Professor of Neurology (Tenured). Department of Neurology. St. Louis University School of Medicine. July, 1992 - April, 1995.

- Associate Professor of Neurology (Tenured). Department of Neurology. University of Alabama at Birmingham School of Medicine. May, 1995 – June, 1999.

- Professor of Neurology (Tenured). Department of Neurology. University of Alabama at Birmingham School of Medicine. July, 1999 – April, 2003.

- Adjunct Professor. Department of Biostatistics. University of Alabama at Birmingham. School of Public Health. April, 2005 – February, 2016

- Professor of Neurology and Neurosurgery. Loyola University – Stritch School of Medicine – March, 2016 – March, 2019

- Professor of Neurology (Vascular & Interventional). University of Missouri Columbia. School of Medicine. March, 2019 - Present

**OFFICES HELD**

- Saint Louis University Hospital
  - Member, Utilization Review Committee. July, 1987 - June, 1990
  - Member, International Advisory Board. August, 1988 - Present
  - Member, Credentials Committee. July 1990 - November 1994
  - Member, Physicians Advisory Committee. July 1990 - October 1993
  - Member, Ambulatory Care Committee. July 1990 - November 1993
  - Secretary-Treasurer, Medical Staff. July, 1993 - June 1994
  - Vice-President, Medical Staff. July, 1994 - November 1994
  - Chairman, Credentials Committee. July 1994 - November 1994
  - Chairman, Physicians Advisory Committee. November 1993 - December 1994

- Saint Louis University
  - Member, Curriculum Committee. School of Allied Health Professionals. November, 1988 - April, 1995.

- Member, Institutional Review Board. November 1990 - November 1994
- Chairman, Institutional Review Board. November 1993 - November 1994
- Department of Neurology, Saint Louis University Health Sciences Center
- Associate Director, Neurology Residency Program. July 1990 - April, 1995.
- Member, Neuroscience IV Students Curriculum Committee. July, 1988 - April, 1995.
- Member, Executive Committee. July 1994 - April, 1995.

- University of Alabama Hospital
  - Member, Code 10 Subcommittee. July, 1995 - July, 1996
  - Chair, Code 10 Subcommittee. July, 1996 – November, 1998
  - Member, University Emergency Department Development Task Force. July, 1996 – November, 1998
  - Member, Resuscitation Committee. July, 1995 - November, 1998
  - Member, Credentials Committee. July, 1995 – April, 2003
  - Member, Vascular Center Development Task Force. July, 1996 - April, 2003
  - Chair, Stroke Clinical Effectiveness Team (CET). January, 1997 - April, 2003
  - Chair, Stroke AQAF Benchmarking Project. January, 1997 - April, 2003
  - Member, Critical Care Oversight Committee. October, 1997 – April, 2003
  - Chair, Resuscitation Sub-Committee. March, 1999 – April, 2003
  - Member, Clinical Council. March, 1999 - April, 2003

- Brookwood Medical Center
  - Chair, Stroke Center Certification Task Force. September, 2013 – February, 2016
  - Member, Critical Care Committee. January, 2013 – February, 2016
  - Member, Medicine Process Improvement Committee. September, 2013 – February, 2016

- Loyola University Health System
  - Member, Endovascular Subcommittee. Medical Economic Outcomes Committee (MEOC). March, 2016 – March, 2019.
  - Member, Steering Committee, Clinical Documentation Improvement. August, 2016 – March, 2019
  - Medical Director, 2-East Nursing Unit (Neurology, Neurosurgery & Otolaryngology). August, 2016 – March, 2019
  - Member, Stritch School of Medicine Admission Committee. September, 2016 - March, 2019

- University of Missouri Columbia Health System
  - Member, Cardiology & Interventional Radiology Value Analysis Executive Committee. March, 2019 - Present
  - Member, Promotions and Tenure Committee (Non-Tenure Track). School of Medicine. December, 2019 – Present

- Department of Neurology. University of Alabama School of Medicine
  - Member, Promotion and Tenure Committee. July, 1995 - April, 2003
  - Member, Practice Committee. Neuroimaging Unit. July, 1995 - April, 2003
  - Chair, Education Committee. Neuroimaging Unit. July, 1995 - April, 2003.
  - Member, Practice Committee (Departmental). July, 1996 - April, 2003
  - Member, Professors' Committee. July, 1999 - April, 2003

- Department of Neurology. Loyola University in Chicago – Stritch School of Medicine
  - Vice- Chairman. March, 2016 - March, 2019

- Department of Neurology. University of Missouri – Columbia
  - Member, Promotions & Tenure Committee. July, 2020 – Present
  - Member, Neurology Residency Steering Committee. July, 2021 - Present

- American Academy of Neurology
  - Secretary, Section on Stroke and Vascular Neurology. May 1994 - May, 1996
  - Chairman, Task Force on Update of Credential Guidelines in Neuroimaging. May, 1995 - July, 1996
  - Vice-Chairman, Section on Stroke and Vascular Neurology. May, 1996 - May, 1997.
  - Vice-Chairman, Section on Interventional Neurology. September 1994 – April, 1999
  - Chair, Section of Interventional Neurology. April, 1999 – April 2001
  - Chair, Task Force for Credentialing Neurologist in Interventional techniques. April, 1999 – April 2002
  - Member, Neuroimaging Subcommittee. Practice Committee. May, 1993 – May, 1995
  - Member, Neuroprocedures Subcommittee. Practice Committee. July, 1995 – May, 1995.

- American Heart Association
  - Member, Stroke Education Committee. Missouri Affiliate. September, 1988 - April, 1995.
  - Member, Board of Directors. Missouri Affiliate June, 1991 - April, 1995
  - Member-at-Large, Executive Committee, Stroke Council. December, 1993 – February, 1998
  - Member, Stroke Student Scholarship Committee, Stroke Council. September, 1994 - September 1996
  - Member, Women & Minorities Committee, Stroke Council. September, 1994 - June, 1995
  - Liaison, Stroke Council and Public Affairs Office AHA. July, 1995 – June, 1997
  - Chair, Membership & Credentials Committee, Stroke Council. July, 1995 – June, 1997
  - Member, Editorial Board of Newsletter. Stroke Council. September 1995 - August, 1998
  - Chair, Birmingham's Metro Task Force on Acute Stroke Management. October, 1997 - September, 1999.
  - Member, Board of Directors. Alabama Affiliate. October, 1998 – September, 2002

- American Society of Neuroimaging
  - Member, CT Examination Committee. June, 1988 - March, 1994
  - Co-Chairman, Neurosonology Committee. February, 1991 - November 1994
  - Chairman, Neurosonology Exam Committee. February, 1994 - February, 1996.
  - Member, Neurosonology Committee. February, 1988 – February, 1996
  - Member, Archives Committee. February, 1989 – February 1992
  - Member, TCD Study Group. March, 1990 – February 1992
  - Member, Board of Directors. February, 1992 – February, 1996
  - Member, CT and MRI Examination Committee. March, 1994 - March, 2003.
  - Secretary/Treasurer. March 2003 – February, 2004
  - Vice-President/President-Elect. March, 2004 – January, 2006.
  - President. January, 2006 – December ,2008

- International Society of Interventional Neurology
  - Member, Board of Directors. January 2017 - Present

- United Council of Neurologic Subspecialties
  - Chair, Certification Committee for Interventional Neurology. October, 2020 - Present

- Editorial Boards
  - Member, Editorial Board. *Stroke*. December, 1994 – December, 2005t
  - Member, Editorial Board, *Journal of Endovascular Therapy*. July, 2000 – December, 2005

- Member, Editorial Board. *Journal of Neuroimaging*. June, 1990 – April, 2003
- Member, Editorial Board, *Journal of Stroke and Cerebrovascular Diseases*. April, 1992- April, 2003
- Book Review Editor, *Journal of Stroke and Cerebrovascular Diseases*. May, 1992 – April, 2003
- Specialty Chief Editor, *Frontiers in Endovascular and Interventional Neurology*. January 2010 – June, 2021
- Ad Hoc Reviewer, *Military Medicine*. May, 1991 - Present
- Ad Hoc Reviewer, *Archives of Neurology*. February, 1992 - Present
- Ad Hoc Reviewer, *Neurology*. September, 1992 - Present
- Ad Hoc Reviewer, *Journal of Neurological Sciences*. November, 1992 – Present
- Ad Hoc Reviewer, *Catheterization and Cardiovascular Diagnosis*. November, 1998 - Present
- Ad Hoc Reviewer, *Journal of Endovascular Therapy*. January, 1999 - Present
- Member, Editorial Board, *Seminars in Neurology & Neurosurgery*. March, 2000 – Present
- Member, Editorial Board, *Journal of Stroke and Cerebrovascular Diseases*. June, 2019 - Present

- Other
  - Member, Sonology Committee, Stroke Prevention in Atrial Fibrillation Study Group. May, 1988 - April, 1995.
  - President and Chairman, Board of Directors. UCE Alumni Association. August, 1988 - July 1994
  - Member, Intracranial Hemodynamics Research Group. February 1990 - 1992
  - Secretary, St. Louis Society of Neurological Sciences. May 1991 - April, 1995.
  - Chair, Alabama Stroke Education Consortium (ASEC). August, 1998 – April, 2003.
  - Member, Gov. Fob James's Stroke Care Task Force (Representing MASA). September, 1998 – August 1999
  - Member, Governor Stroke Task Force (Representing ASEC). July, 2002 – November, 2003.
  - Birmingham Regional Chamber of Commerce, Board of Trustees. July, 2003 – June 2006

## MILITARY EXPERIENCE

- Captain. United States Army Reserve. Medical Corps. 102nd ARCOM. Executive Officer in Charge, St. Louis University MED DET. 21st General Hospital, St. Louis, Missouri. 1986 - 1992.

- Captain. United States Army Medical Corps. Medical Department Activities (MEDDAC). Chief, Neurology Service, General Leonard Wood Army Community Hospital. Fort Leonard Wood, Missouri. 1991. (Operation Desert Storm).

- Major. United States Army Reserve, Medical Corps. 102nd ARCOM. Executive Officer in Charge, St. Louis University MED DET. 21st General Hospital, St. Louis, Missouri. 1992 - 1994.

- Commander. 1886th Neurosurgical Group. 102nd ARCOM. 21st General Hospital, St. Louis, MO. 1991 - 1994

## CERTIFICATES & LICENSURES

- Licensing Certifications
  - Educational Council of Foreign Medical Graduates (E.C.F.M.G.). Number: 314-232-0. Examination passed on the 23rd of July, 1981. (Standard Certificate).
  - Federation Licensing Examination (F.L.E.X.) passed December, 1983 State of Illinois.
  - License to Practice Medicine in the State of Illinois. Number: 003-036-068376-1. Since 1984.

  - License to Practice Medicine in the State of Missouri. Number: R6F48. Since 1986.
  - License to Practice Medicine in the State of Alabama. Number 18822. Since 1995.
  - License to Practice Medicine in the State of Iowa. Number 44433. Since 2017.
  - License to Practice Medicine in the State of Indiana. Number 01079070A. Since 2017.

- Subspecialty Credentialing
  - Certification in CT-scanning (By Examination). American Society of Neuroimaging. February, 1988.
  - Certification in Magnetic Resonance Imaging (By Examination). American Society of Neuroimaging. February, 1988.
  - Certification in Neurosonology (By Examination). American Society of Neuroimaging. February, 1988.
  - American Board of Psychiatry and Neurology. Part I examination passed. April, 1989. Part II examination passed. June 11, 1990. Certificate #32959. Lifetime Certificate
  - American Board of Psychiatry and Neurology. Certificate in Vascular Neurology. May, 2005. Certificate #00090. Recertified 2017. Valid until 2027

- Competency Certifications
  - Advanced Cardiac Life Support (ACLS). Provider. American Heart Association. December, 2005
  - Advanced Trauma Life Support (ATLS). Provider. American College of Surgeons. June, 2002
  - Fundamentals of Critical Care Support (FCCS). Instructor and Course Director. April, 1996.
  - Fundamentals of Acute Stroke Treatment (FAST). Instructor and Course Director. January, 2003.
  - Advanced Cardiac Life Support (ACLS). Provider. Advanced Medical Certification. December, 2019

- Additional Certifications
  - Lean Six Sigma White Belt Certification. Council for Six Sigma Certification. February, 2022
  - Lean Six Sigma Yellow Belt Certification. Council for Six Sigma Certification. February, 2022
  - Lean Six Sigma Green Belt Certification. Council for Six Sigma Certification. March, 2022
  - Lean Six Sigma Black Belt Certification. Council for Six Sigma Certification. March, 2022

## PATENTS AND INVENTIONS

- **Gomez CR** and McLaughlin JR: Transcranial Doppler Monitoring Transducer Housing. Patent Number 5,070,880 assigned to St. Louis University.

- **Gomez CR,** James D. Geyer, and Paul G. Cox: Method, System, and Computer Program Product for the Assessment of Cerebral Tissue at Risk and Opportunity for Therapeutic Intervention in Patients with Acute Ischemic Stroke. Provisional Patent Application Number 62664131.

- **Gomez, CR**: New Design for a Catheter to be used for Cerebral Angiography via the Radial Approach. Provisional Patent Application Number: 62905007

## PROFESSIONAL ORGANIZATIONS

- American Academy of Neurology (A.A.N.), Fellow
- American Neurological Association (A.N.A.), Fellow
- American Society of Neuroimaging (A.S.N.), Active Member
- Stroke Council. American Heart Association (A.H.A.), Fellow
- Society of Critical Care Medicine (S.C.C.M.), Active Member

- Neurocritical Care Society (NCS), Active Member
- American College of Physicians (A.C.P.), Inactive Member
- American College of Angiology (A.C.A.), Fellow
- Assn. of Military Surgeons of the United States (A.M.S.U.S), Inactive Member
- Sociedad IberoLatinoAmericana de Neuroradiologia Diagnóstica y Terapeutica (SILAN), Inactive Member
- Sociedad Mexicana de Neuroradiologia, Honorary Member
- International Society of Endovascular Surgery (ISES), Affiliate Member
- International Society Interventional Neurology (ISIN), Senior Member
- Society of Vascular and Interventional Neurology (SVIN), Active Member

**BIBLIOGRAPHY**

- ORIGINAL ARTICLES:

1. Kotagal S, Archer C, Walsh J and **Gomez CR**: Hypersomnia, bithalamic lesions, and altered sleep architecture in Kearns-Sayre syndrome. Neurology 35:574-577, 1985.

2. Kotagal S, Wenger D, Alcala H, **Gomez CR** and Horenstein S: AB Variant GM2 Gangliosidosis: Cerebrospinal Fluid and Neuropathologic Characteristics. Neurology 36:438-440, 1986.

3. **Gomez CR** and Hogan PA: A case report: Unilateral Moyamoya disease in an adult. Angiology 38(4):342-346, 1987.

4. **Gomez CR**, Hogan PA, Cruz-Rodriguez RF and Jumao-as AP: Altered sensorium, confusion and vertical gaze paresis: The Top of the Basilar Syndrome. South Med J 81(7):842-845, 1988.

5. **Gomez CR**, Malik MM, Gomez SM and Wingkun EC: Non-invasive evaluation of stroke with SPECT. South Med J 81:1245-1248, 1988.

6. **Gomez CR**, Gomez SM and Selhorst JB: Acute thalamic esotropia. Neurology 38:1759-1762, 1988.

7. **Gomez CR**, Luque FA and Horenstein S: Microvasculopathy may precede cerebral calcifications - Case Report. Angiology 40 (1): 67-72, 1989.

8. **Gomez CR**: Mapping the cerebral blood vessels with high-field MRI. Angiology 40(5): 436-442, 1989.

9. **Gomez CR**, Gomez SM, Yoon KWP and Kraus GE: Evaluation and follow-up of carotid-cavernous fistulas by Transcranial Doppler Sonography: An illustrative case. Neurosurgery 24(5):749-753, 1989.

10. Sandhu JS, McLaughlin JR and **Gomez CR**: MRI characteristics of incidental pineal cysts. Neurosurgery 25 (4): 636-640. 1989

11. Schwartz RE and **Gomez CR:** Intimal Fibroplasia: An Unusual Etiology of Stroke. Ann Vasc Surg 3:384-386. 1989

12. **Gomez CR**, Bhat MH and Chung HD: Homonymous quadrantic visual field defect resulting from vertebrobasilar insufficiency: Report of a Case. Angiology 41 (2): 151-155. 1990

13. Caplan LR, Brass LM, DeWitt LD, Adams RJ, **Gomez CR**, Otis S, Wechsler LR and Von Reutern GM: Transcranial Doppler Ultrasound: Present Status. Neurology 40: 696-700. 1990

14. Lewis LM, **Gomez CR**, Ruoff B, Gomez SM, Hall IS and Gasirowski B: Transcranial Doppler Determination of Cerebral Perfusion in Patients Undergoing CPR: Methodology and Preliminary Results. Annals Emergency Medicine 19:1148-51. 1990

15. Gomez SM, **Gomez CR** and Hall IS: Transcranial Doppler Ultrasonographic Assessment of Intermittent Light Stimulation at Different Frequencies. Stroke 21: 1746-1748. 1990

16. **Gomez CR**, Saul Rf, Selhorst JB, Hogan PA, Cruz-Rodriquez RF, Jumao-as AP and Gomez SM: Meso-diencephalic Infarction: A Not So Rare Form of Stroke. Ital J Neurol Science 11:551-557. 1990

17. Lewis LM, Stothert JC, Kraus GE, **Gomez CR**, Goodgold H., Keltner M, Ashley K and Fortney JP: A Comparison of Transcranial Doppler Ultrasound (TCD) and Radioactive Microspheres in Determining Cerebral Perfusion in Normal and Low Flow States. Resuscitation 20: 213-220. 1990

18. Pearson AC, Labovitz AJ, Tatineni S and **Gomez CR**: Superiority of Transesophageal Echocardiography in Detecting Cardiac Sources of Embolus in Patients with Cerebral Ischemia of Uncertain Etiology J Am Coll Cardiol 17 (1): 66-72. 1991

19. **Gomez CR**, Backer RJ and Bucholz RD: Transcranial Doppler After Closed Head Injury: Vasospasm or Vasoparalysis? Surgical Neurology 35: 30-35. 1991

20. **Gomez CR**, Gomez SM, Puricelli M and Malik MM: Transcranial Doppler Evidence of Reversible Migranous Vasospasm Causing Cerebellar Infarction: Report of a Case. Angiology 42(2):152-156. 1991.

21. **Gomez CR,** Burger SK, Smith RR, Powers A and Graeber M: Transcranial Doppler Findings in Acute Spontaneous Recanalization of Middle Cerebral Artery Embolism. J Neuroimaging 1:63-67. 1991

22. McLaughlin JR and **Gomez CR**: New Method for Optimal Stabilization of Transcranial Doppler Transducer During Monitoring: Normal Controls and Patient Application. J Neuroimaging 1:63-67. 1991.

**23.** Njemanze PC, Beck OJ, **Gomez CR** and Horenstein S: Fourier Analysis of the Cerebrovascular System. Stroke 22: 721-726. 1991

24. Pearson AC, Nagelhout D, Castello R, **Gomez CR** and Labovitz AJ: Atrial Septal Aneurysm and Stroke: A Transesophageal Echocardiography Study. J Am Coll Cardiol. 18: 1223-1229. 1991.

25. **Gomez CR**, Lewis LM, Gomez SM, Ruoff BE, Gasirowski B and Hall IS: Transcranial Doppler Assessment of the Cerebral Hemodynamic Effect of CPR in Fatal Cardiac Arrest. J Neuroimaging 2:8-11. 1992.

26. **Gomez CR**, McLaughlin JR, Gomez SM, Taylor D and Horenstein S: Interracial Cerebral Vasoreactivity in Patients with Migraine. Headache Quarterly. III (1): 50-53. 1992

27. **Gomez CR**, Kubiniec RT, Wade JB and Bedrossian C: Immunohistochemistry of Carotid Plaque Neovascularization and Vasa Vasorum. J Stroke Cerebrovasc Dis. 2 (1): 1-5. 1992

28. **Gomez CR**, Gomez SM, Rosenfeld WE and Selhorst JB: Cavernous Angiomas: Magnetic Resonance Imaging, Transcranial Doppler, and Angiographic Correlates. J Neuroimaging. 2:91-96. 1992.

29. Njemanze PC, **Gomez CR** and Horenstein S: Cerebral Lateralization and Color Perception: A Transcranial Doppler Study. Cortex. 28:669-675. 1992.

30. **Gomez CR**, McLaughlin JR, Njemanze PC and Nashed A: Effect of Cardiac Dysfunction Upon Diastolic Cerebral Blood Flow. Angiology. 43(8):625-630. 1992.

31. **Gomez CR** and Malik MM: Exercise-Induced Headaches and Cerebral Venous Angiomas. Journal of Neuroimaging. 2:139-142. 1992.

32. **Gomez CR**, Burger SK, Lakhanpal A, Puricelli M and Selhorst JB: Early Computed Tomography Demonstration of Cerebral Infarction Does Not Correlate with Clinical Outcome. J Stroke Cerebrovasc Dis. 2(3): 146-150. 1992.

33. **Gomez CR**: Establishing a Neurology Service in Support of "Operation Desert Storm". Military Medicine. 157 (10):544-547. 1992.

34. Albert SG, **Gomez CR**, Russell S, Chaitman BR, Bernbaum M and Kong BA: Cerebral and Ophthalmic Artery Hemodynamic Responses in Diabetes Mellitus. Diabetes Care. 16: 476-482. 1993.

35. Bitar S and **Gomez CR**: Stroke Following Injection of a Melted Suppository. Stroke. 24: 741-743. 1993.

36. **Gomez CR**, Brass LM, Tegeler CH, Babikian VL, Sloan MA, Feldmann E and Wechsler LR. The TCD Standardization Project: Phase I Results. J Neuroimaging 3: 190-192. 1993

37. Nosan DK, **Gomez CR** and Maves MD: Perioperative Stroke in Patients Undergoing Head and Neck Surgery. Ann Otol, Rhinol & Laryngol. 102 (9): 717-723. 1993

38. Babikian V, Sloan MA, Tegeler CH, DeWitt LD, Fayad PB, Feldmann E and **Gomez CR**: Transcranial Doppler Validation Study. J Neuroimaging 3. (4) 242-249. 1993

39. Malik MM, **Gomez CR**, Tulyapronchote R, Bandlamudi R and Banet GA: Delay Between Emergency Room Arrival and Stroke Consultation. J Stroke and Cerebrovasc Dis. 3: 177-180. 1993

40. Yu CM, **Gomez CR**, Manepalli A, Faber JJA and Levy B: Recurrent Syncope and Quadriplegia. J Neuroimaging. 4: 34-38. 1994.

41. Tulyapronchote R, Selhorst JB, Malkoff MD and **Gomez CR**: Delayed Sequelae of Vertebral Artery Dissection and Occult Cervical Fractures. Neurology. 44: 1397-1399. 1994.

42. **Gomez CR**, Cruz Flores S, Malkoff MD, Tulyapronchote R and Malik MM: Preliminary Experience Using Ticlopidine in Clinical Practice. J Stroke Cerebrovasc Dis. 4: 143-147. 1994.

43. **Gomez CR**, Tulyapronchote R, Malkoff MD, Malik MM, Sauer CM, Labovitz AJ and Castello R: Changing Trends in the Etiologic Diagnosis of Ischemic Stroke. J Stroke Cerebrovasc Dis. 4: 169-173. 1994.

44. Lewis LM, Stothert JC, **Gomez CR**, Ruoff BE, Hall IS, Chandel B and Standeven J: A Non-Invasive Method for Monitoring Cerebral Perfusion During Cardiopulmonary Resuscitation. J Critical Care. 9(3): 169-174. 1994.

45. **Gomez CR**, Malkoff MD, Sauer CM, Tulyapronchote R, Burch CM and Banet GA: Code Stroke: An Attempt to Shorten In-Hospital Therapeutic Delays. Stroke. 25(10): 1920-1923. 1994.

46. Schwarze JJ, Babikian V, DeWitt MA, Sloan MA, Wechsler LR, **Gomez CR**, Pochsy V and Baker E: Longitudinal Monitoring of Intracranial Arterial Stenoses with Transcranial Doppler Ultrasonography. J Neuroimaging. 4(4): 182-187. 1994.

47. Malkoff MD, Ponzillo J, **Gomez CR**, Myles GL and Cruz-Flores S: Sinus Arrest After Administration of Intravenous Metoclopramide: A Case Report. Ann Pharmacother 29: 381-383. 1995.

48. Malkoff MD, **Gomez CR**, Myles GL and Cruz-Flores S: Cerebrovascular Hemodynamic Inefficiency of Premature Ventricular Contractions. Angiology 47(1): 51-56. 1996.

49. **Gomez CR**, Cruz-Flores S, Malkoff MD, Sauer CM and Burch CM. Isolated Vertigo as a Manifestation of Vertebrobasilar Ischemia. Neurology 47: 94-97. 1996.

50. Myles GL, Malkoff MD, Perry AG, Bucholz RD and **Gomez CR**. The Utilization of Therapeutic Intervention Scoring System (TISS) Levels in the Care of Patients in Pentobarbital-Induced Coma to Determine Nurse-Patient Ratios. Am J Crit Care 5: 74-79. 1996.

51. Geyer JD, Nabors LB, Harrell L and **Gomez CR**: Magnetic Resonance Cisternography in the Diagnosis of Delayed Iatrogenic Cerebrospinal Fistula: A Case Report. J Neuroimag 7: 244-247. 1997

52. Piamsomboon C, Roubin GS, Liu MW, Iyer SS, Mathur A, Dean LS, **Gomez CR**, Vitek JJ, Chattipakorn N and Yates G. Relationship Between Oversizing of Self-Expanding Stents and Late Loss Index in Carotid Stenting. Cathet Cardiovasc Diagn 1998; 45: 139-143.

53. Mathur A, Roubin GS, Iyer SS, Piansonboom P, Liu MW, **Gomez CR**, Yadav SS, Chastain HD, Dean LS, Vitek JJ. Predictors of Stroke Complicating Carotid Artery Stenting. Circulation. 97: 1239-1245. 1998.

54. Al-Mubarak N, **Gomez CR**, Vitek JJ and Roubin GS. Stenting of Symptomatic Stenosis of the Intracranial Internal Carotid Artery. Am J Neuroradiology 19: 1949-1951. 1998.

55. Al-Mubarak N, Roubin GS, Vitek JJ and **Gomez CR**. Simultaneous Bilateral Carotid Stenting for Restenosis After Endarterectomy. Catheterization and Cardiovascular Diagnosis. 45: 11-15, 1998

56. Piansomboon C, Roubin GS, Liu MW, Iyer SS, Mathur A, Dean LS, **Gomez CR**, Vitek JJ, Chattipakorn N and Yates V. Relationship Between Oversizing of Self-Expanding Stents and Late Loss of Index in Carotid Stenting. Catheterization and Cardiovasc Diagnosis 45: 139-143. 1998

57. Thakur AC, Voros S, Nanda NC, **Gomez CR**, Terry JB, Tulyapronchote R and Ocak O. Transesophageal Echocardiographic Diagnosis of Proximal Coronary Artery Stenosis in Patients with Ischemic Stroke. Echocardiography 16 (2): 159-166. 1999

58. Nanda NC, **Gomez CR**, Liu MW, Terry JB, Tulyapronchote R, Samal AK, Thakur AC, Narayan VK, Lee TY, Ocak O and Jindal A. Transesophageal Echocardiographic Diagnosis of Coronary Stenosis in a Stroke Patient. Echocardiography 16(6): 589-592. 1999.

59. Al-Mubarak N, Roubin GS, Liu MW, **Gomez CR**, Terry JB, Iyer SS and Vitek JJ. Carotid Artery Stenting in Patients with High Neurologic Risks. Am J Cardiol 83: 109-111. 1999

60. Chastain HD, Iyer S, Roubin GS, Vitek JJ, **Gomez CR**, Mathur A, Levine R, Al-Mubarak N, Terry JB, Wong PMT, Yates V, Kretzer K and Alred D. Extracranial Vertebral Artery Stenting: In Hospital and Follow-Up Results. J Neurosurgery 91: 547-552. 1999

61. Chastain HD, **Gomez CR**, Iyer SS, Roubin GS, Mathur A, Vitek JJ, Terry JB and Levine RL. Influence of Age Upon Complications of Carotid Artery Stenting. J Endovasc Surg 6: 217-222. 1999

62. Potts DC, Gilliam F, **Gomez CR**, Marsh EE, Mitchell VL and Sherrill R. Intraregional Decline in Case-Fatality and Hospital Utilization Following Occlusive Stroke in the Southeast. J Stroke Cerebrovasc Dis 8(5): 344-348. 1999.

63. **Gomez CR**, Roubin GS, Dean LS, Iyer S, Vitek JJ, Liu MW, Wadlington VR and Terry JB. Neurologic Monitoring During Carotid Artery Stenting: The Duck Squeezing Test. J Endovasc Surg 6: 332-336. 1999

64. Al-Mubarak N, Roubin GS, **Gomez CR**, Liu MW and Vitek JJ. Carotid Stenting for Severe Radiation-induced Extracranial Carotid Occlusive Disease. J Endovasc Ther 7: 36-40. 2000.

65. **Gomez CR**, Misra VK, Liu MW, Wadlington VR, Terry JB, Tulyapronchote R and Campbell MS. Elective Stenting of Symptomatic Basilar Artery Stenosis. Stroke 31: 95-99. 2000.

66. **Gomez CR,** Misra VK, Cambell MS and Soto RD. Elective Stenting of Symptomatic Middle Cerebral Artery Stenosis. Am J Neuroradiol 21: 971-973. 2000.

67. Kadimi S, Terry JB and **Gomez CR**. "Hyperechoic Middle Cerebral Artery" – Acute Occlusion detected by Transcranial Doppler Ultrasonography. J Neuroimaging 2000. 10: 228-230.

68. **Gomez CR**, Misra VK, Terry JB, Tulyapronchote R and Campbell MS. Emergency Endovascular Treatment of Cerebral Sinus Thrombosis with a Rheolytic Catheter Device. J Neuroimaging 2000; 10: 177-180.

69. Al-Mubarak NA, Roubin GS, Liu MW, Dean LS, **Gomez CR**, Iyer SS and Vitek JJ. Early results of Percutaneous Intervention for Severe Coexistent Carotid and Coronary Artery Disease. Am J Cardiol 2004. 84 (5): 600-602.

70. Roubin GS, New G, Iyer SS, Vitek JJ, Al-Mubarak N, Liu MW, Yadav J, **Gomez CR**, Yadav SS and Kuntz RE. Immediate and Late Clinical Outcome of Carotid Artery Stenting in Patients with Symptomatic

and Asymptomatic Carotid Artery Stenosis. A 5-Year Prospective Analysis. Circulation 2001; 103: 532-537.

71. Limdi N, Lemons NV, and **Gomez CR**. Superiority of Fixed Dose of Warfarin for Chronic Anticoagulation. J Stroke Cerebrovasc Dis 2004; 13:118-21.

72. Howard VJ, Cushman M, Pulley L, **Gomez CR** et al. The reasons for geographic and racial differences in stroke study: objectives and design. Neuroepidemiology 2005; 25:135-43.

73. Zenteno MA, Murillo-Bonilla LM, Guinto G, **Gomez CR**, Martinez SR, Higuera-Calleja J, Lee A and Gomez-Llata S. Sole Stenting Bypass for the Treatment of Vertebral Artery Aneurysms: Technical Case Report. Neurosurgery 2005;57 (1 Suppl):E208. https://doi.org/10.1227/01.neu.0000163683.64511.24

74. Howard G, Safford MM, Meschia JF, Moy CS, Howard VJ, Pulley L, **Gomez CR** and Crowther M. Stroke symptoms in individuals reporting no prior stroke or transient ischemic attack are associated with a decrease in indices of mental and physical functioning. Stroke 2007; 38:2446-52.

75. Wadley VG, McClure LA, Howard VJ, Unverzagt FW, Go RC, Moy CS, Crowther, MR, **Gomez CR** and Howard G. Cognitive status, stroke symptom reports, and modifiable risk factors among individuals with no diagnosis of stroke or transient ischemic attack in the REasons for Geographic and Racial Differences in Stroke (REGARDS) Study. Stroke 2007; 38:1143-7.

76. Gupta V, Yesilbursa D, Huang WY, Agganwal K, **Gomez CR** et al. Patent foramen ovale in a large population of ischemic stroke patients: diagnosis, age distribution, gender, and race. Echocardiography 2008; 25:217-27.

77. Howard VJ, Lackland DT, Lichtman JH, McClure LA, Howard G, Wagner L, Pulley L and **Gomez CR**. Care seeking after stroke symptoms. Ann Neurol 2008; 63:466-472.

78. Zenteno MA, **Gomez CR**, Santos-Franco JA, Vinuela F, Aburto-Murrieta Y and Lee A. Ten-year follow-up of giant basilar aneurysm treated by sole stenting technique: a case report. J Med Case reports 2010; 4: 64-68.

79. Zenteno, M., Santos-Franco, J., Freitas-Modenesi, J., **Gómez, C**R., Murillo-Bonilla, L., Aburto-Murrieta, Y., Díaz-Romero, R., Nathal, E., Gómez-Llata, S., and Lee, A. Use of the sole stenting technique for the management of aneurysms in the posterior circulation in a prospective series of 20 patients, Journal of Neurosurgery JNS 2008; 108(6), 1104-1118.

80. **Gomez CR**: Time is Brain: The Stroke Theory of Relativity. Journal of Stroke and Cerebrovascular Diseases. 2018; 27 (8): 2214-2217.

81. Joyce C and **Gomez CR**: Reimagining ARUBA: Theoretical Optimization of the Treatment of Unruptured Brain Arteriovenous Malformations. Journal of Stroke and Cerebrovascular Diseases. 2018; 27 (11): 3100-3107.

82. Colletta KL, Bar B, Liebo MJ, Borys E, Schneck MJ and **Gomez CR**. Thrombectomy of Ventricular Assist Device-Originated Embolic Stroke: A Clinical decision Model. J Neuroimaging. 2019, 00: 1-8

83. Qureshi AI, Asif A, Aytac E, Liaqat J, Gurkas E, Lobanova I, Saeed O, Ahsan H, Siddiq F, **Gomez CR** and French BR. Preprocedure Intravenous Recombinant Tissue Plasminogen Activator and Risk of Distal Embolization with Thrombectomy in Acute Ischemic Stroke. J Stroke Cerebrovasc Dis. 2019; 28 (12). https://doi.org/10.1016/j.jstrokecerebrovasdis.2019.104362

84. Bhatia K, Akhtar IN, Akinci Y, Liaqat J, Liaqat J, Siddiq F, **Gomez CR** and Qureshi AI. Drug-eluting balloon angioplasty for in-stent restenosis following carotid artery stent placement. J Neuroimaging 2020; 30: 267-275.

85. Qureshi, A.I., Jahngir, M.U., Qualls, K., Akinci, Y., Lobanova, I., Liaqat, J., Gao, X., Akhtar, I.N., Kraus, J., Uzun, G., French, B., Siddiq, F. and **Gomez, CR**. The Effect of Ticagrelor on Platelet Reactivity in Patients with Clopidogrel Resistance Undergoing Neuroendovascular Procedures. J Neuroimaging 2020; 30: 327-334.

86. Qureshi AI, Saeed O, Sahito S, Lobanova I, Liaqat J, Siddq F and **Gomez CR**. Treatment Outcomes of Endovascular Embolization Only in Patients with Unruptured Brain Arteriovenous Malformations: A Subgroup Analysis of ARUBA (A Randomized Trial of Unruptured Brain Arteriovenous Malformations). AJNR 2020; 4: 676-680. http://dx.doi.org/10.3174/ajnr.A6443

87. Qureshi, A. I., Abd-Allah, F., Alsenani, F., Aytac, E., Borhani-Haghighi, A., Ciccone, A., **Gomez CR** …Wang, Y. (2020). Management of acute ischemic stroke in patients with COVID-19 infection: Report of an international panel. Int J of Stroke 2020. https://doi.org/10.1177%2F1747493020923234

88. Qureshi, A. I., Abd-Allah, F., Alsenani, F., Aytac, E., Borhani-Haghighi, A., Ciccone, A., **Gomez CR** …Wang, Y. Management of acute ischemic stroke in patients with COVID-19 infection: Insights from an international panel. Am J Emerg Med 2020. https://doi.org/10.1016/j.ajem.2020.05.018

89. Balasetti VKS, Kumar N, **Gomez CR**, Siddiq F and Qureshi AI. Technical Feasibility and Safety of Transaxillary Artery Approach for Cerebral Angiography—a Case Report and Review of Literature. JVIN 2020; 11 (2): 1-7.

90. Qureshi AI, French BR, Siddiq F, Arora NA, Nattanmai P, and **Gomez CR**. COVID-19 Screening with Chest CT in Acute Stroke Imaging: A Clinical Decision Model. J Neuroimaging 2020; 0: 1-8. https://doi.org/10.1111/jon.12746

91. Qureshi AI, Jani V, Akhtar IN, Huang W, Ishfaq MF, Lobanova I, Siddiq F, Naqvi SH, **Gomez CR** and Suri MFK. Occurrence of COVID-19 Mimic in Persons Under Surveillance After COVID-19 Exposure: A Systematic Review. HCRJ 2020; 1: 2-8.

92. Qureshi AI, Jilani T, Huang W, Lobanova I, **Gomez CR**, Siddiq F and Suri MFK. Performance of Various Countries in Reducing COVID-19 Mortality After Adjustment for Vulnerability. HCRJ 2020; 1: 9-10.

93. Qureshi AI, Huang W, Ishfaq MF, Lobanova I, Zeeshan M, Suri MFK, Lucchese SA, Siddiqui JH, Siddiq F, French BR and **Gomez CR**. A Cross-Sectional Study of N95 Facemask Related Headaches Among Medical Professionals. HCRJ 2020; 1: 11-16.

94. Qureshi AI, Huang W, Khan S, Lobanova I, Siddiq F, **Gomez CR** and Suri MFK. Mandated societal lockdown and road traffic accidents. Accident Analysis and Prevention 2020; 146. https://doi.org/10.1016/j.aap.2020.105747

95. Qureshi AI, Aslam H, Zafar W, Huang W, Lobanova I, Naqvi SH, Malhotra K, Arora N, Chandrasekaran PN, Siddiq F, French BR, **Gomez CR**. Acute kidney injury in acute ischemic stroke patients in clinical trials. Crit Care Med 2020; 48 (9): 1334-1339.

96. Qureshi AI, Bains NK, Balasetti VKS, Salame K, **Gomez CR**, Siddiq F and Cousins JP. Percutaneous Fenestration of a Spinal Arachnoid Web Using an Intrathecal Catheter: Effect on Cerebrospinal Fluid Flow and Clinical Status. World Neurosurg. (2020) 142:17-23. https://doi.org/10.1016/j.wneu.2020.06.119

97. Qureshi AI, French BR, Siddiq F, Arora NA, Nattanmai P, and **Gomez CR**: COVID-19 Screening with Chest CT in Acute Stroke Imaging: A Clinical Decision Model. J Neuroimaging. 2020; 30: 617-624.

98. Qureshi AI, Ishfaq MF, Balasetti VKS, Lobanova I, Uzun G, Siddiq F, and **Gomez CR**. The Stenting versus Aggressive Medical Therapy for Intracranial Arterial Stenosis Trial: Reanalysis Using the FDA "On Label" Criteria. J Neuroimaging 2020;30:857-861.

99. Qureshi AI, Baskett WI, Huang W, Shyu D, Myers D, Lobanova I, Ishfaq MF, Naqvi SH, French BR, Siddiq F, **Gomez, CR** and Shyu CR. Subarachnoid Hemorrhage and COVID-19: An Analysis of 282,718 Patients. World Neurosurgery 2021. 151: e651-620.

100. Qureshi AI, Baskett WI, Huang W, Shyu D, Myers D, Lobanova I, Ishfaq MF, Naqvi SH, French BR, Chandrasekaran PN, Siddiq F, **Gomez, CR** and Shyu CR. Intracerebral Hemorrhage and Coronavirus Disease 2019 in a Cohort of 282,718 Hospitalized Patients. Neurocrit Care 2021. Jul 6;1-7.

101. Qureshi AI, Pfeiffer K, Babar S, Huang W, Lobanova I, Ishfaq MF, French BR, Siddiq F and **Gomez CR**. Intra-arterial injection of lidocaine into middle meningeal artery to treat intractable headaches and severe migraine. J Neuroimaging. 2021; 1-9.

102. Qureshi AI, Baskett WI, Huang W, Shyu D, Myers D, Murugesan R, Lobanova I, Suri FK, Naqvi SH, French BR, Siddiq F, **Gomez CR** and Shy C-R. Acute Ischemic Stroke and COVID-19. An Analysis of 27 676 Patients. Stroke. 2021;52:905–912.

103. Qureshi AI, Rheaume C, Huang W, Lobanova I, Govindarajan R, French BR, Siddiq F, **Gomez CR** and Sahota P. COVID-19 Exposure During Neurology Practice. Results of American Academy of Neurology Survey. The Neurologist 2021; 26: 225–230.

104. Qureshi AI, Huang W, Lobanova I, Ishfaq MF, French BR, Siddiq F and **Gomez CR**. Clopidogrel Bolus is Inferior to Sustained Clopidogrel Pretreatment in Patients Undergoing Carotid Artery Stent Placement. Neurosurgery 90:717–724, 2022.

105. Qureshi AI, Suri MFK, Huang W, Akinci Y, Chaudhry MR, Pond DS, French BR, Siddiq F and **Gomez CR**. Annual Direct Cost of Dysphagia Associated with Acute Ischemic Stroke in the United States. Journal of Stroke Cerebrovasc Dis, Vol. 31, No. 5 (May), 2022.

106. Qureshi AI, Huang W, Gomez FE, Malhotra K, Arora N, Chandrasekaran PN, Siddiq F, French BR, **Gomez CR** and Suarez JI. Early hyperchloremia and outcomes after acute ischemic stroke. Journal of Stroke and Cerebrovasc Dis, Vol. 31, No. 8 (August), 2022

- INVITED ARTICLES:

1. **Gomez CR**, Fischer AQ and Gomez SM: Color-Flow Imaging in Neurosonology: Technical Background and Clinical Applications. J Islamic Medical Association. 20:141-145. 1988.

2. **Gomez CR**: Carotid Plaque Morphology and the Risk for Stroke. Curr Concepts Cerebrovasc Disease. 24(5): 25-29. 1989.

3. **Gomez CR**: Carotid Plaque Morphology and the Risk for Stroke. Stroke. 21(1): 148-151. 1990.

4. **Gomez CR**: Current Management of Acute Cerebral Infarction. St. Louis Metro Medicine. November: 34-36. 1990.

5. **Gomez CR** and Labovitz AJ: Transesophageal Echocardiography in the Etiologic Diagnosis of Stroke. J Stroke Cerebrovasc Dis. 1(2): 87-93. 1991.

6. **Gomez CR** and Tulyapronchote R: Neurologists' Perspective in the Evaluation of Ischemic Stroke. Echocardiography 10 (4): 367-372. 1993

7. Adams HP, Brott TG, Crowell RM, Furlan AJ, **Gomez CR**, Grotta J, Helgason CM, Marler JR, Woolson RF, Zivin JA, Feinberg W and Mayberg M: Guidelines for the Management of Patients with Acute Ischemic Stroke. Stroke. 25(9): 1901-1914. 1994.

8. Adams HP, Brott TG, Furlan AJ**, Gomez CR**, Grotta J, Helgason CM, Kwitkowski T, Lyden PD, Marler JR, Torner J, Feinberg W, Mayberg M and Thies W. Guidelines for Thrombolytic Therapy for Acute Stroke: A Supplement to the Guidelines for the Management of Patients with Acute Ischemic Stroke. Stroke. 27: 1711-1718. 1996.

9. **Gomez CR**, Kinkel P, Masdeu J, McKinney W, Polachini I, Tegeler C and Yadav S. American Academy of Neurology Guidelines for Credentialing in Neuroimaging. Report of the Task Force on Updating Guidelines for Credentialing in Neuroimaging. Neurology 49: 1734-1737. 1997.

10. Mohr JP, Albers GW, Amarenco P, Babikian VL, Biller J, Brey RL, Coull B, Easton JD, **Gomez CR**, Helgason CM, Kase CS, Pullicino PM and Turpie AGG. Etiology of Stroke. In Prevention Conference IV: Prevention and Rehabilitation of Stroke. American Heart Association. Stroke 28: 1501-1506. 1997.

11. **Gomez CR**. The Role of Carotid Angioplasty and Stenting. In Biller J (ed), Stroke Therapy in the New Millennium. Seminars in Neurology 18 (4): 501-511. 1998.

12. **Gomez CR**, Wadlington VR, Terry JB and Tulyapronchote R. Neuroendovascular Rescue. Nonthrombolytic Approach to Acute Brain Ischemia. In Endovascular Therapy and Neurocritical Care (Critical Care Clinics of North America). Gomez CR (Guest Editor) 15(4): 755-776. 1999.

13. **Gomez CR** May AK, Terry JB and Tulyapronchote R. Endovascular Therapy of Traumatic Injuries of the Extracranial Cerebral Arteries. In Endovascular Therapy and Neurocritical Care (Critical Care Clinics of North America). Gomez CR (Guest Editor) 15(4): 755-776. 1999.

14. **Gomez CR**. Treatment of Ruptured Vertebrobasilar Aneurysms Using Endovascular Techniques. Journal Watch. Neurology. 2(4). 25. 2000.

15. **Gomez CR.** Carotid Angioplasty and Stenting: New Horizons. In Current Atherosclerosis Reports. Grotto AM (ed). Cardiovascular Disease and Stroke. Gorelick PB (ed). 2(2): 151-159. 2000.

16. Khatri R, **Gomez CR** and Qureshi AI. Interventional Neuroimaging. Neurol Clin 2008; 27: 109-137.

17. Orjuela KD and **Gomez CR**. Stroke syndromes and their anatomic localization. In: Greenamyre JT, editor-in-chief. MedLink Neurology. San Diego: MedLink Corporation. Available at www.medlink.com. Last updated: April 27, 2017

18. **Gomez CR**, Schneck MJ and Biller J. Recent advances in the management of transient ischemic attacks [version 1; referees: 2 approved]. *F1000Research* 2017, **6** (F1000 Faculty Rev):1893.

19. Heiferman DM, Reynolds MR, Serrone JC, Biller J, and **Gomez CR**. Cerebral revascularization: Surgical and endovascular approaches. In: Greenamyre JT, editor-in-chief. MedLink Neurology. San Diego: MedLink Corporation. Available at www.medlink.com. Last updated: November 9, 2017

20. Morales-Vidal S, **Gomez CR**, Block HS, and Biller J: Cardiac catheterization: Neurologic Complications. Available at www.medlink.com. Last updated: March 5, 2018

21. Ruland S, **Gomez CR**, and Biller J: Basilar artery stroke. Available at www.medlink.com. Last updated: October 3rd, 2018

22. Bulwa Z, **Gomez CR**, Morales-Vidal S, and Biller J. Blood Pressure Management After Acute Ischemic Stroke. Practical Neurology. March/April 2019: 2-8

23. Bulwa Z, **Gomez CR**, Morales-Vidal S, and Biller J. Blood Pressure Management After Acute Ischemic Stroke. Current Neurology and Neuroscience Reports. 19: 29. 2019

24. Ortiz-Garcia J, **Gomez CR**, Schneck MJ and Biller J. Recent Advances in the Management of Transient Ischemic Attacks. Faculty Opinion (In Press)

- ARTICLES OF COOPERATIVE PROJECTS:

1. SPAF Investigators. Preliminary Report of the Stroke Prevention in Atrial Fibrillation Study. N Engl J Med 322(12):863-868. 1990.

2. Therapeutics and Technology Assessment Subcommittee, American Academy of Neurology. Assessment: Transcranial Doppler. Neurology 40:680-681. 1990.

3. SPAF Investigators. Design of a Multicenter Randomized Trial for the Stroke Prevention in Atrial Fibrillation Study. Stroke 21: 538-545. 1990.

4. Anderson DC and SPAF Investigators. Progress Report of the Stroke Prevention in Atrial Fibrillation Study. Stroke 21(Suppl III): 12-17. 1990.

5. NASCET Investigators. North American Symptomatic Carotid Endarterectomy Trial. Methods, Patient Characteristics, and Progress. Stroke 22: 711-720. 1991.

6. NASCET Investigators. Beneficial Effect of Carotid Endarterectomy in Symptomatic Patients with High-Grade Stenosis. N Engl J Med 325:445-453.

7. The American Nimodipine Study Group. Clinical Trial of Nimodipine in Acute Ischemic Stroke. Stroke 23:3-8. 1992.

8. SPAF Investigators. The Stroke Prevention in Atrial Fibrillation Study: Final Results. Circulation 84: 527-539. 1991.

9. SPAF Investigators. Predictors of Thromboembolism in Atrial Fibrillation I: Clinical Features of Patients at Risk. Ann Int Med 116: 1-5. 1992.

10. SPAF Investigators. Predictors of Thromboembolism in Atrial Fibrillation II: Echocardiographic Features of Patients at risk. Ann Int Med 116: 6-12. 1992.

11. SPAF Investigators. Warfarin Compared to Aspirin for Prevention of Arterial Thromboembolism in Atrial Fibrillation. Cerebrovasc Dis 2:332-341. 1992.

12. TOAST Investigators: Classification of Subtype of Acute Ischemic Stroke. Definitions for Use in a Multicenter Trial. Stroke. 24: 35-41. 1993.

13. The Antiphospholipid Antibodies in Stroke Study (APASS) Study Group. Anticardiolipin Antibodies are an Independent Risk Factor for First Ischemic Stroke. Neurology. 43 (10): 2069-2072. 1993

14. SPAF Investigators: Carotid Stenosis in Patients with Atrial Fibrillation. Prevalence, Risk Factors, and Relationship to Stroke in the Stroke Prevention in Atrial Fibrillation Study. Arch Intern Med. 154: 1372-1377.

15. TOAST Investigators: Ensuring Reliability of Outcome Measures in Multicenter Clinical Trials of Treatments for Acute Ischemic Stroke. The Program Developed for the Trial of ORG 10172 in Acute Stroke Treatment (TOAST). Stroke. 25 (9): 1746-1751. 1994.

16. The Ancrod Stroke Study Investigators: Ancrod for the Treatment of Acute Ischemic Brain Infarction. Stroke. 25 (9): 1755-1759. 1994.

17. The Antiphospholipid Antibodies and Stroke Study Group (APASS). Anticardiolipin antibodies and the risk of recurrent thrombo-occlusive events and death. Neurology 48: 91-94. 1997.

18. del Zoppo GJ, Higashida RT, Furlan AJ and the PROACT Investigators. PROACT: A Phase II Randomized Trial or Recombinant Pro-Urokinase by Direct Arterial Delivery in Acute Middle Cerebral Artery Stroke. Stroke 29: 4-11. 1998.

19. The Trial of ORG-10172 in Acute Stroke Treatment (TOAST) Investigators. Low Molecular Weight Heparinoid, ORG 10172 (Danaparoid), and Outcome After Acute Ischemic Stroke. A Randomized Controlled Trial. JAMA 279: 1265-1272. 1998.

20. The Abciximab in Ischemic Stroke Investigators. Abciximab in Acute Ischemic Stroke. A Randomized, Double-Blind, Placebo-Controlled, Dose-Escalation Study. Stroke 31:601-609. 2000.

21. Babikian VL, Feldmann E, Wechsler LR, Newell DW, **Gomez CR**, Bogdahn U, Caplan LR, Spencer MP, Tegeler CH, Ringelstein EB and Alexandrov AV. Transcranial Doppler Ultrasonography. Year 2000 Update. J Neuroimaging 10: 101-115. 2000.

22. Sloan MA, Alexandrov AV, Tegeler CH, et al. Assessment: transcranial Doppler ultrasonography: report of the Therapeutics and Technology Assessment Subcommittee of the American Academy of Neurology. Neurology 2004;62:1468-81.

23. Connors JJ, Sacks D, Furlan AJ, et al. Training, competency, and credentialing standards for diagnostic cervicocerebral angiography, carotid stenting, and cerebrovascular intervention: a joint statement from the American Academy of Neurology, the American Association of Neurological Surgeons, the American Society of Interventional and Therapeutic Neuroradiology, the American Society of Neuroradiology, the Congress of Neurological Surgeons, the AANS/CNS Cerebrovascular Section, and the Society of Interventional Radiology. Neurology 2005; 64: 190-8.

24. Wise RA, Anderson JA, Amarenco P, Cowans NJ, Crim C, Denvir MA, **Gomez CR**, Jones MPA, Morris A, Niewoehner D, and Yates J, for the SUMMIT Investigators. Adjudication of cardiovascular events in patients with chronic obstructive pulmonary disease: SUMMIT Trial. Clinical Trials https://doi.org/10.1177/1740774520920897

- ABSTRACTS & PRESENTATIONS:

1. Kotagal S, **Gomez CR**, Wenger D, Alcala H and Horenstein S: AB variant GM2 Gangliosidosis Clinicopathologic and Cerebrospinal Fluid Characteristics. Neurology 35 (Suppl 1): 311. 1985. Presented at the 37th Meeting of the American Academy of Neurology. Dallas, Texas. May, 1985.

2. **Gomez CR**, Cruz-Rodriguez RF, Horenstein S and Chung HD: Movement disorders may result from parietal lobe lesions. Ann Neurol 18(1):48. 1985. Presented at the 110th meeting of the American Neurological Association. Chicago, Illinois. October 4, 1985.

3. **Gomez CR**, Luque FA and Horenstein S: Dystonia, dementia, tissue edema and cerebral mineralization:; A study by magnetic resonance imaging. Ann Neurol 20(1):124-125, 1986. Presented at the 111th meeting of the American Neurological Association. Boston, Massachusetts. October 6, 1986.

4. Cruz-Rodriguez RF, Gomez SM, Samuels LD, Goodgold HM and **Gomez CR**: Increased blood flow during subclinical epileptogenic discharges demonstrated by radionuclide scanning. Proc 15th Child Neurol Soc #207. October, 1986.

5. **Gomez CR**, Horenstein S, Kotagal S and Alcala H: Morphologic change in herpes simplex virions following treatment with vidarabine. Proc 15the Child Neurol Soc #226. October 1986.

6. Gomez SM, **Gomez CR** and Selhorst JB: Acute esotropia: A sign of thalamic ischemia. Neurol 37(1):289, 1987. Presented at the 39the meeting of the American Academy of Neurology. New York, New York. April 9, 1987.

7. **Gomez CR**, Horenstein S and Yusufaly I: Mioclono persistente luego de anestesia con isofluorano [Persistent myclonus following isofluorane anesthesia]. Proc VII Panam Cong Neurol. Page 4. October, 1987.

8. Schwartz RA and **Gomez CR**: La angiodinografia en la evaluacion de la patologia carotidea extracraneal [Angiodynography in the evaluation of extranial carotid disease]. Proc VII Panam Cong Neurol. Page 14. October 1988.

9. **Gomez CR**: Apariencia de los vasos intracraneales a la resonancia magnetica nuclear [Appearance of the intracranial vessels on nuclear magnetic resonance]. Proc VII Panam Cong Neurol. Page 13. October 1987.

10. **Gomez CR**, Saul RF, Hogan PPA, Cruz-Rodriguez RF, Jumao-as AP, Gomez SM and Selhorst JB: Espectro Clinico de la isquemia meso-diencefalica [Clinical spectrum of meso-diencephalic ischemia]. Proc VII Panam Cong Neurol. Page 49. October, 1987.

11. Cruz-Rodriguez RF, **Gomez CR**, Horenstein S and Chung HD: Efecto de lesiones parietales en la modulacion del sistema motor [Effect of parietal lesions in the modulation of the motor system]. Proc VII Panam Cong Neurol. Page 54. October, 1987.

12. **Gomez CR**, Gomez SM and Horenstein S: Abnormal Cerebral Vasoreactivity in Twins with Migraine and Strokes. Ann Neurol 24(1):1158, 1988. Presented at the 113th Annual Meeting of American Neurological Association Philadelphia, Pennsylvania. October 4, 1988.

13. **Gomez CR**, Gomez SM and Hall IS: Comparison of TCD evaluation of syncope and vertebrobasilar insufficiency. J. Cardiovasc Technol 8 (2): 167-168. 1989. Presented at the 3rd International Symposium on Intracranial Hemodynamics: Transcranial Doppler and Cerebral Blood Flow. February 13, 1989.

14. **Gomez CR**, Gomez SM and Hall IS: The Elusive Transtemporal Window: A Demographic and Technical Study. J Cardiovasc Technol 8 (2): 176-177. 1989. Presented at the 3rd International Symposium on Intracranial Hemodynamics: Transcranial Doppler and Cerebral Blood Flow. February 13, 1989.

15. Sandhu JS, McLaughlin JR and **Gomez CR**: Significance of Spin-Density MRI in the evaluation of Pineal cystic changes. Presented at the 12th Meeting of the American Society of Neuroimaging. Orlando, Florida. February 24, 1989.

16. **Gomez SM**, Gomez CR and Hall IS: The Effects of Temporal Summation of Visual Stimuli in the Doppler Characteristics of the Posterior Cerebral Arteries of Normal Volunteers. Presented at the 12th Meeting of the American Society of Neuroimaging. Orlando, Florida. February 24, 1989.

17. Backer RJ, **Gomez CR** and Bucholz R: Transcranial Doppler Ultrasound recording after closed head injury: Diagnosis and evaluation of post traumatic vasospasm. Presented at the Meeting of the American Association of Neurological Surgeons. Washington, DC April 5, 1989.

18. **Gomez CR**, Sundrani S, Gomez SM and Selhorst JB: Diagnosis of Basilar Artery Occlusion by Transcranial Doppler. Neurol 39 (Suppl 1):122. 1989 Presented at the 41st Meeting of the American Academy of Neurology. Chicago, Illinois. April 15, 1989.

19. **Gomez CR**, McLaughlin JR, Gomez SM, Yusufali I and Taylor D: Hemodynamic Evaluation of AVMs by 3-D Transcranial Doppler Scanning. Neurol 39 (Suppl 1) 134. 1989. Presented at the 41s Meeting of the American Academy of Neurology. Chicago, Illinois. April 15, 1989.

20. **Gomez CR**, Gomez SM, Rosenfeld WWE and Selhorst JB: Transcranial Doppler Complements MRI in the Evaluation of Cavernous Malformations. Neurol 39 (Suppl 1):134. 1989. Presented at the 41st Meeting of the American Academy of Neurology. Chicago, Illinois. April 15, 1989.

21. **Gomez CR**, Graber M. Powers A, Smith RR and Yusufali Y: Acute Recanalization of Middle Cerebral Artery Occlusion: A Transcranial Doppler Study. Neurol 39 (Suppl 1):122. 1989. Presented at the 41 Meeting of the American Academy of Neurology. Chicago, Illinois. April 15, 1989.

22. Lewis LM, **Gomez CR**, Ruoff B, Gomez SM, Hall IS and Gasirowski BM: Transcranial Doppler Determination of Cerebral Perfusion in Patients Undergoing CPR: Methodology and Preliminary Findings. Ann Emerge Med 19:1148-1151. 1990. Presented at the 19th Meeting of the Society for Academic Emergency Medicine. May 23, 1989.

23. Pearson AC, Wallace P, Barth C, **Gomez CR**, Sullivan N, Sear J, Labovitz AJ: Comparative Yield of Transesophageal and Tran thoracic Echocardiography in Patients with Stroke. Eur J Card. 10(Suppl):205. 1989. Presented at the XXIth Congress of the European Cardiology Society. Nice, France. September, 1989.

24. Pearson AC, **Gomez CR**, Ojile M, Sullivan NA, Tatineni S, Labovitz AJ: Comparative Yield of Transesophageal and Trans-Thoracic Echocardiography in Patients Presenting with Stroke or TIA. Circulation 80(4):11-403. 1989. Presented at the 62nd Scientific Session, American Heart Association. New Orleans, Louisiana. November, 1989.

25. **Gomez CR**, Lewis LM, Wade JB, Gomez SM, Stothert JC, Kraus G, and Hall IS: Transcranial Doppler Monitoring of Cardiopulmonary Resuscitation: Logistics of Human and Animal Experimentation. J Cardiovasc Technol. 1:84. 1990. Presented at the 4th International Symposium on Intracranial Hemodynamics: Transcranial Doppler and Cerebral Blood Flow. Orlando, Florida. February 14, 1990.

26. **Gomez CR**, Kubiniec R, Wade JB and Bedrossian C: Immunohistochemical Differences Between Carotid Plaque Neovascularization & Vasa Vasorum. Stroke 21 (1): 183. 1990. Presented at the 15th International Joint Conference on Stroke and Cerebral Circulation. Orlando, Florida. February 17, 1990.

27. Lakhanpal A, Puricelli M, **Gomez CR** and Selhorst JB: Early CT Demonstration of Cerebral Infarction Does Not Modify Clinical Outcome. Presented at the 13th Annual Meeting of the American Society of Neuroimaging. San Diego, California. March 1990.

28. Njemanze PC, McKinney WM, Ferrell WG, Flowers L, **Gomez CR**, Matthews C and Goulding PM: Transcranial Doppler Assessment of Neuropsychological Functions: Practical Methodology. Presented at the 13th Annual Meeting of the American Society of Neuroimaging. San Diego, California. March 1990.

29. Njemanze PC, Beck OJ and **Gomez CR**: Fourier Pulsatility Analysis of Doppler Waveforms in Normal an AVM-related Vessels. Presented at the 113th Annual Meeting of the American Society of Neuroimaging. San Diego, California. March 1990.

30. Njemanze PC and **Gomez CR:** Color Perception and Cerebral Lateralization: A Transcranial Doppler Study. Presented at the 13th Annual Meeting of the American Society of Neuroimaging. San Diego, California. March 1990.

31. **Gomez CR**, Lewis LM, Wade JB, Stothert JC, Kraus G and Hall IS: Animal Model for Assessing Cardiopulmonary Resuscitation with Transcranial Doppler. Presented at the 13th Annual Meeting of the American Society of Neuroimaging. San Diego, California. March 1990.

32. Matthews C, Goulding PM and **Gomez CR**: Tracing Cognitive Activity with Doppler Sonography. Presented at the 31st Annual Convention of the Missouri Speech-Language-Hearing Association. Springfield, Missouri. March 15, 1990.

33. **Gomez CR,** Lewis LM, Gomez SM, Ruoff B, Gasirowski B and Hall IS: Assessment of the Cerebral Hemodynamic Effect of CPR Using Transcranial Doppler. Neurol 40(suppl 1): 145. 1990. Presented at the 42nd Meeting of the American Academy of Neurology. Miami, Florida. April 2, 1990.

34. Lakhanpal A, **Gomez CR**, Pearson AC, Gomez SM, Tatineni S and Labovitz A: Impact of Transesophageal Echocardiography in the Etiologic Diagnosis of Cerebral Ischemic Events. Neurol 40 (suppl 1): 433. 1990. Presented at the 42nd Meeting of the American Academy of Neurology. Miami, Florida. April 4, 1990.

35. Fenton GA, **Gomez CR**, Kotagal S and Gibbons VP: Evaluation of the Cerebral Circulation by Transcranial Doppler in Patients Having Undergone Extracorporeal Membrane Oxygenation. Neurol 40 (suppl 1): 266. 1990. Presented at the 42nd Meeting of the American Academy of Neurology. Miami, Florida. April 3, 1990.

36. Lewis LM, Stothert JC, Kraus GE, **Gomez CR,** Goodgold H. Keltner R, Ashley K and Fortney J: A Comparison of Transcranial Doppler Ultrasound to Radioactive Microspheres in Determining Cerebral Perfusion in Normal and Low Flow States. Ann Emerg Med 19(4): 204-205/488-489. 1990 Presented at the 20th Meeting of the Society for Academic Emergency Medicine. May, 1990.

37. Hall IS, **Gomez CR** and Lewis LM: Transcranial Doppler Monitoring of Cardiopulmonary Resuscitation. Presented at the 13th Annual Society of Vascular Technology (SVT) Conference. Los Angeles, California. June 1990

38. McLaughlin JR, **Gomez CR,** Gomez SM, Taylor D and Horenstein S: Exaggerated Cerebral Vasoconstriction As An Interictal Marker of Migraine. Ann Neurol 28: 233. 1990. Presented at the 115th Annual Meeting of the American Neurological Association. Atlanta, Georgia. October 15, 1990.

39. Wade JB, **Gomez CR**, Kubiniec RT and Bedrossian C: Relationship Between Carotid Plaque Neovascularization and Common Risk Factor for Stroke. Ann Neurol 28: 257-258. 1990. Presented at the 115th Annual Meeting of the American Neurological Association. Atlanta, Georgia. October 16, 1990.

40. **Gomez CR**, Brass LM, Tegeler CH, Sloan MA and Babikian VL for the TCD Study Group: TCD Standardization Project: Concept and Methodology. J. Neuroimaging 1 (1): 59. 1991. Presented at the 14th Annual Meeting of the American Society of Neuroimaging. Orlando, Florida. February 6, 1991.

41. **Gomez CR**, Brass LM, Tegeler CH, Sloan MA and Babikian VL for the TCD Study Group. TCD Standardization Project Phase I: National Survey of the Practice of TCD. J. Neuroimaging 1 (1): 59. 1991. Presented at the 14th Annual Meeting of the American Society of Neuroimaging. Orlando, Florida. February 6, 1991.

42. Wooten J, **Gomez CR**, Tegeler CH, Frederick RK, Hitchins LP and the Neurology Residents at Bowman Gray Medical School and St. Louis University Medical Center. Neuroimaging Training in Neurology Residency Program. J. Neuroimaging 1 (1): 56. 1991. Presented at the 14th Annual Meeting of the American Society of Neuroimaging. Orlando, Florida. February 6, 1991.

43. Njemanze PC, **Gomez CR**, Wade JB and Malkoff MD: Cerebrovascular Resistance and Distensibility in Systemic Hypertension. J. Neuroimaging 1 (1): 54. 1991. Presented at the 14th Annual Meeting of the American Society of Neuroimaging. Orlando, Florida. February 6, 1991.

44. Njemanze PC, **Gomez CR**, Rosenfeld WE, Mirza W and Malkoff MD: Synchronized TCD and Video EEG I: Rationale and Methodology. J.Neuroimaging 1 (1): 60. 1991 Presented at the 14th Annual Meeting of the American Society of Neuroimaging. Orlando, Florida. February 6, 1991.

45. Mirza W, Rosenfeld WE, Njemanze PC, **Gomez CR**, Malkoff MD, Yu C, Fields G, Jones E and Hall IS: Synchronized TCD and Video EEG II: Utilization in the Epilepsy Unit. J. Neuroimaging 1 (1): 54. 1991. Presented at the 14th Annual Meeting of the American Society of Neuroimaging. Orlando, Florida. February 6, 1991.

46. Njemanze PC, **Gomez CR**, Janosik D, Redd R, Fredman C, Genovely H and Nashed A: Hemodynamic Differences Between Symptomatic and Asymptomatic Patients during Head-Up-Tilt. J. Neuroimaging 1 (1): 59. 1991. Presented at the 14th Annual Meeting of the American Society of Neuroimaging. Orlando, Florida. February 6, 1991.

47. McLaughlin JR and **Gomez CR**: New Method for Optimal Stabilization of TCD Transducers during Continuous Monitoring. J. Neuroimaging 1 (1): 60. 1991. Presented at the 14th Annual Meeting of the American Society of Neuroimaging. Orlando, Florida. February 6, 1991.

48. Njemanze PC, and **Gomez, CR**: Fundamental Principles of High Resolution Transcranial Doppler with Frequency Domain Analysis. J Cardiovasc Technol 9 (3): 274-275. 1990. Presented at the 5th International Symposium on Intracranial Hemodynamics: Transcranial Doppler and Cerebral Blood Flow. San Francisco, California. February 19, 1991.

49. McLaughlin JR and **Gomez CR**: Continuous Long-Term Transcranial Doppler Monitoring: The Search for Optimal Probe Stabilization. J Cardiovasc Technol 9 (3): 316-317. 1990. Presented at the 5th International Symposium on Intracranial Hemodynamics: Transcranial Doppler and Cerebral Blood Flow. San Francisco, California. February 20, 1991.

50. Camp A, Pearson AC, Sullivan NA, **Gomez CR** and Labovitz AJ: Evaluation of Patients with Transesophageal Echocardiography Following Cerebral Ischemic Events: Follow-Up Experience. Journal of American Coll Cardiol 17 (2): 315A. 1991. Presented at the 40th Annual Scientific Session of the American College of Cardiology. Atlanta, Georgia. March 6, 1991.

51. Njemanze PC, Beck OJ and **Gomez CR**: Fourier Analysis of Cerebrovascular Resistance and Distensibility in Normal and Abnormal States. Neurology 41(Suppl 1): 124. 1991. Presented in the 43rd Annual Meeting of the American Academy of Neurology Boston, Massachusetts. April 23, 1991

52. **Gomez CR**, Njemanze PC, Janosik D, Redd R, Fredman C. and Nashed A: Differences Between Systemic and Cerebral Hemodynamic Changes During Syncope and Presyncope. Neurology 41(Suppl

1): 193. 1991. Presented in the 43rd Annual Meeting of The American Academy of Neurology. Boston Massachusetts. April 23, 1991

53. Nashed A, Njemanze PC and **Gomez CR**: Application of Transcranial Doppler in Critical Clinical Conditions. Proceedings, American College of Physicians. 1991. Presented in The Annual Meeting of the American College of Physicians. New Orleans, Louisiana. April 10, 1991

54. Malkoff MD, **Gomez CR** and Njemanze PC: Hemodynamic Effects on Premature Ventricular Contractions on the Cerebral Circulation. Ann Neurol 30(2): 246. 1991. Presented in the 116th Annual Meeting of the American Neurological Association. Seattle, Washington. September 30, 1991.

55. **Gomez CR** and Njemanze PC: Effect of Transducer Frequency on Transcranial Color Doppler Imaging. Stroke (In Press) Presented in the 6th International Symposium on Cerebral Hemodynamics: Transcranial Doppler, Cerebral Blood Flow, and Other Modalities. Phoenix, Arizona. January 27, 1992.

56. Njemanze PC and **Gomez CR**: Cerebral Lateralization and Color Perception Transcranial Doppler Study. Stroke (In Press) Presented in the 6th International Symposium on Cerebral Hemodynamics: Transcranial Doppler, Cerebral Blood Flow, and Other Modalities. Phoenix, Arizona. January 28, 1992.

57. Jafri AH and **Gomez CR**: MRI Findings in Palatal Myoclonus: Report of a Case and Review of the Literature. J Neuroimaging 2:53. 1992 Presented at the 15th Annual Meeting of the American Society of Neuroimaging. San Francisco, California. February 18, 1992.

58. Njemanze PC, Mirza WU and **Gomez CR**: Coupling of Cerebral Blood Flow Velocity and Brain Electrical Activity in Seizures. J Neuroimaging 2:57. 1992. Presented at the 15th Annual Meeting of the American Society of Neuroimaging. San Francisco, California. February 18, 1992.

59. Hosley BD, **Gomez CR** and Malik MM: Noninvasive Evaluation of Stroke: Transcranial Doppler Compared to Magnetic Resonance Angiography. J Neuroimaging 2:62. 1992. Presented at the 15th Annual Meeting of the American Society of Neuroimaging. San Francisco, California. February 18, 1992.

60. Hosley BD, **Gomez CR** and Malik MM: Complementary Role of Transcranial Doppler and Magnetic Resonance Angiography in Stroke Evaluation. Neurology 42 (Suppl 2): 453. !992. Presented at the 44th Annual Meeting of the American Academy of Neurology. San Diego, California. May 7, 1992.

61. Albert SG, **Gomez CR**, Russell S, Chaitman BR, Bernbaum M, and Kong BA. Paradoxical Cerebrovascular Response to Oxygen Supplementation Among Diabetics. Stroke 24 (3): 503. 1993. Presented at the 7th International Symposium on Cerebral Hemodynamics: Transcranial Doppler, Cerebral Blood Flow and Other Modalities. Lake Buena Vista, Florida. February 8, 1993.

62. Albert SG, **Gomez CR**, Russell S, Chaitman BR, Bernbaum M and Kong BA. TCD Assessment of Exercise Induced Cerebral Hemodynamic Responses in Diabetics. Stroke 24 (3): 507. 1993. Presented at the 7th International Symposium on Cerebral Hemodynamics. Transcranial Doppler, Cerebral Blood Flow and Other Modalities. Lake Buena Vista, Florida. February 8, 1993

63. Babikian V, Sloan MA, Tegeler CH, DeWitt D, Fayad P, Feldmann E and **Gomez, CR**: Findings of the Transcranial Doppler Validation Study. Stroke 24 (3): 498. 1993. Presented at the 7th International Symposium on Cerebral Hemodynamics. Transcranial Doppler, Cerebral Blood Flow and Other Modalities. Lake Buena Vista, Florida. February 8, 1993

64. Cruz-Flores S, **Gomez CR**, Malkoff MD, Tulyapronchote R, Malik MM and Bandlamudi R. Preliminary Experience Using Ticlopidine in Clinical Practice. Neurology 43 (Suppl 2): A264. Presented at the 45th Annual Meeting of the American Academy of Neurology. New York, New York. April 28, 1993.

65. Malkoff MD, **Gomez CR**, Tulyapronchote R, Clarke WR, Woolson RF, Adams HP and TOAST Investigators. Incidence and Significance of Dehydration in Patients with Ischemic Stroke. Stroke. 25 (1). 246. January 1994. Presented at the American Heart Association, 19th International Joint Conference on Stroke and Cerebral Circulation. San Diego, California, February 17, 1994.

66. **Gomez CR**, Malkoff MD and Bucholz RD. Life Threatening Cerebral Edema Following Biopsy for Idiopathic Hypertrophic Cranial Pachymeningitis. J Neuroimaging. 4 (1): 65. 1994. Presented at the 17th annual meeting of the American Society of Neuroimaging. Beverly Hills, California, February 25, 1994.

67. Malkoff MD, Awwad E and **Gomez CR**. Value of Sequential Imaging in Thrombolytic Treatment of Acute Stroke. J Neuroimaging. 4 (1): 65. 1994. Presented at the 17th annual meeting of the American Society of Neuroimaging. Beverly Hills, California, February 25, 1994.

68. Malkoff MD and **Gomez CR**. Application of Ultrasound Techniques in the Neurocritical Care Unit. J Neuroimaging. 4 (1): 63. 1994. Presented at the 17th annual meeting of the American Society of Neuroimaging. Beverly Hills, California, February 25, 1994.

69. Malkoff MD, Bucholz RD, **Gomez CR** and Myles GL. Barbiturate Coma as Salvage Therapy in Aneurismal Subarachnoid Hemorrhage. J Neurosurgery. 80 (2): 367. 1994. Presented at the 1994 Annual Meeting of the American Association of Neurological Surgeons. San Diego, California. April 9, 1994.

70. Cruz Flores S, **Gomez CR**, Malkoff MD, and Burch CM: Isolated Vertigo as the Presentation of Severe Basilar Occlusive Disease. Neurology 44(Suppl 2): A225. 1994. Presented at the 46th Annual Meeting of the American Academy of Neurology. Washington, D.C. May 4, 1994.

71. **Gomez CR**, Kern MJ, Moore JA, Malkoff MD and Burch CM. Cineangiography in the Invasive Evaluation of the Cerebral Vasculature. J Neuroimaging. 5 (1): 68. 1995. Presented at the 18th Annual Meeting of the American Society of Neuroimaging. San Juan, Puerto Rico. March 9-11, 1995.

72. **Gomez CR**, Stadlan N, Malkoff MD and Chang YJ: Cerebral Angioscopy: The Next Frontier in Vascular Neuroimaging. J Neuroimaging. 5 (1): 68. 1995. Presented at the 18th Annual Meeting of the American Society of Neuroimaging. San Juan, Puerto Rico. March 9-11, 1995.

73. Malkoff MD, Keller CA, **Gomez CR** and Shalan GA: Preliminary Experience in the Detection of Extracardiac Right to Left Shunts in Chronic Pulmonary Hypertension Using Transcranial Doppler. J Neuroimaging. 5 (1): 65. 1995. Presented at the 18 Annual Meeting of the American Society of Neuroimaging. San Juan, Puerto Rico. March 9-11, 1995.

74. Stadlan NY, **Gomez CR**, Malkoff MD and Chang YJ: Feasibility of Angioscopic Assessment of the Intracranial Vasculature. J Neurosurg. 82. 327. 1995. Presented at the Annual Meeting of the American Association of Neurological Surgeons. Orlando, Florida. April 22-27, 1995.

75. Malkoff MD, Burch CM, **Gomez CR** and Chang YJ: Quantification of Dynamic Changes in Cerebral Arterial Diameter in Man. Neurology. 45(Suppl 4). A173. April 1995. Presented at the 47th Annual Meeting of the American Academy of Neurology. Seattle, Washington. May 6-13, 1995.

76. Burch CM, Malkoff MD, **Gomez CR**, Chang YJ and Kern MJ. Does the "Pulsatility Index" Truly Indicate Cerebral Arterial Pulsatility? Neurology. 45(Suppl 4). A468. April 1995. Presented at the 47th Annual Meeting of the American Academy of Neurology. Seattle, Washington. May 6-13, 1995.

77. **Gomez CR**, Banet GA, Tulyapronchote R, Malkoff MD, Malik MM and Burch CM. Impact of Consulting with Stroke Specialists in Ambulatory Clinical Practice. Ann Neurol October 1995. Presented at the 120th Meeting of the American Neurological Association. Washington, DC. October 24, 1995.

78. Burch CM, **Gomez CR**, Malkoff MD and Kuseliaskas C. Impact of the Extent of Evaluation on Stroke Management. Ann Neurol October 1995. Presented at the 120th Meeting of the American Neurological Association. Washington, DC. October 24, 1995.

79. Chang YJ, Malkoff MD, **Gomez CR**, Burch CM, Myles GL and Banet GA. Impact of Dehydration on Outcome of Acute Ischemic Stroke. Ann Neurol October 1995. Presented at the 120th Meeting of the American Neurological Association. Washington, DC. October 24, 1995.

80. Eichholz K, Malkoff MD, Burch CM and **Gomez CR**. Early Seizures Do Not Adversely Affect Outcome of Stroke Admitted to a Neurointensive Care Unit (NICU). Neurology. Presented at the 48th Annual Meeting of the American Academy of Neurology. San Francisco, CA. March 28, 1996.

81. Potts DC, Gilliam FG, **Gomez CR**, Marsh E, Mitchell VL, Sherrill R. Intraregional Decline in Case-Fatality and Hospital Utilization Following Occlusive Stroke in the Southeast. Neurology. Presented at the 49th Annual Meeting of the American Academy of Neurology. Boston, MA. April, 1997

82. Black MJ, Geyer JD, Terry JB, **Gomez CR**. Transesophageal Echocardiography is Superior to Angiography in Detecting Aortic Arch Atheromatous Plaques. Neurology. Presented at the 49th Annual Meeting of the American Academy of Neurology. Boston, MA. April, 1997

83. **Gomez CR**, Roubin GS, Vitek JJ, Iyer S, Terry JB, Yates V and Kretzer K. Percutaneous Endovascular Reconstruction of Occluded Carotid Arteries. Neurology. Presented at the 49th Annual Meeting of the American Academy of Neurology. Boston, MA. April, 1997

84. Boyce SM, Geyer JD, Nabers MJ, Campbell MS, Terry JB and **Gomez CR**. Detection of Persistent Fetal Posterior Cerebral Artery by Invasive and Non-Invasive Methods. Ann Neurol 42 (3): 434. 1997. Presented at the 122nd Annual Meeting of the American Neurological Association. San Diego, CA. September 1997.

85. Kadimi S, Geyer JD, Terry JB and **Gomez CR**. Hyperechoic Middle Cerebral Artery Detected by Transcranial Duplex Ultrasonography. Ann Neurol 4 (3): 435. Presented at the 122nd Annual Meeting of the American Neurological Association. San Diego, CA. September 1997.

86. Nabers MJ, Geyer JD, Daru KR, Terry JB and **Gomez CR**. Effect of the Learning Curve on the Detection of Cardioembolic Sources by Transesophageal Echocardiography. Ann Neurol 4 (3): 436. Presented at the 122nd Annual Meeting of the American Neurological Association. San Diego, CA. September 1997.

87. Daru KR, Potts DC, Geyer JD, **Gomez CR** and Terry JB. Oncodiuretic Therapy Reduces the Development of Life Threatening Edema after Large Ischemic Stroke. Ann Neurol 4 (3): 472. Presented at the 122nd Annual Meeting of the American Neurological Association. San Diego, CA. September 1997.

88. Chastain HD, Roubin GS, Iyer S, Mathur A, **Gomez CR**, Vitek JJ, Liu MW and Jordan WD. Carotid Stenting versus Carotid Endarterectomy in Octogenarians. Circulation (In Press). Presented at the 70th Scientific Sessions. American Heart Association. Orlando, FL. November, 1997.

89. Chastain HD, Iyer S. Roubin GS, Mathur A**, Gomez CR**, Vitek JJ and Levine RL. Vertebral Artery Stenting: In Hospital and Follow-up Results. Circulation (In Press). Presented at the 70th Scientific Sessions. American Heart Association. Orlando, FL. November, 1997.

90. Chastain HD, Wong PMT, Mathur A, Levine R, Al-Mubarak N, Iyer S, **Gomez CR** and Vitek JJ. Does Abciximab Reduce Complications of Cerebral Vascular Stenting in High Risk Lesions? Circulation (In Press). Presented at the 70th Scientific Sessions. American Heart Association. Orlando, FL. November, 1997.

91. Mathur A, Iyer S, Roubin GS, Piansomboom C, Wong PMT**, Gomez CR**, Al-Mubarak N, Chastain HD, Dean LS and Vitek JJ. Predictors of Stroke Following Carotid Stenting: Univariate and Multivariate Analysis. Circulation (In Press). Presented at the 70th Scientific Sessions. American Heart Association. Orlando, FL. November, 1997.

92. Mathur A, Roubin GS, Piansomboom C, Liu MW, **Gomez CR**, Iyer S, Yadav SS, Chastain HD, Dean LS and Vitek JJ. Carotid Stenting in Neurologically High Risk Patients: A Safe Alternative to Carotid Endarterectomy. Circulation (In Press). Presented at the 70th Scientific Sessions. American Heart Association. Orlando, FL. November, 1997.

93. **Gomez CR**, Roubin GS and Vitek JJ. Intracranial Carotid Artery Stenting. J Endovasc Surg 5: I-12, 1998. Presented at the XI International Congress of Endovascular Interventions. Phoenix, Arizona. February 11, 1998.

94. **Gomez CR**, Roubin GS, Vitek JJ, Iyer S, Yates V, Alred D, Kretzer K, Terry JB for the UAB Neurovascular Angioplasty Team. Safety of Carotid Artery Stenting in NASCET-Comparable Patients. Neurology Presented at the 50th Annual Meeting of the American Academy of Neurology. Minneapolis, MN. April, 1998

95. Bowling SM, **Gomez CR**, Roubin GS, Terry JB, Villa L, Yates V, Kretzer K, Alred D, Robinson-Vaughn A for the UAB Neurovascular Angioplasty Team. Preservation of Hemodynamic Physiology Following Carotid Artery Stenting. Neurology Presented at the 50th Annual Meeting of the American Academy of Neurology. Minneapolis, MN. April, 1998

96. Terry JB, Campbell M, **Gomez CR**, Roubin GS, Iyer S, Vitek JJ, Yates V, Kretzer K, Alred D for the UAB Neurovascular Angioplasty Team. Complications of Elective Carotid Artery Stenting for Extracranial Pathology. Neurology Presented at the 50th Annual Meeting of the American Academy of Neurology. Minneapolis, MN. April, 1998

97. Graffagnino C, **Gomez CR**, Mayer SA, Bernardini GL and Malkoff MD. Induced Controlled Extended Hypothermia Improves Outcomes in Malignant Stroke. Neurology Presented at the 50th Annual Meeting of the American Academy of Neurology. Minneapolis, MN. April, 1998.

98. Daru KR, **Gomez CR**, Terry JB, Tulyapronchote R, Campbell M and Soto RD. Impact of a Dedicated Stroke Clinical Service within University Hospital Neurology Presented at the 50th Annual Meeting of the American Academy of Neurology. Minneapolis, MN. April, 1998

99. **Gomez CR**, Wadlington VR, Terry JB, Vitek JJ, Roubin GS and Yadav SS. Neuroendovascular Rescue: Primary Angioplasty for the Treatment of Acute Brain Ischemia. Ann Neurol 44 (3): 468. 1998. Presented at the 123rd Annual Meeting of the American Neurological Association. Montreal, Canada. October, 1998.

100. Kadimi S, **Gomez CR** and Terry JB. Chronic Occlusion of the Middle Cerebral Artery: A Relatively Benign Condition..J Neuroimaging 9(1):60-61. 1999. To be presented at the 22nd Annual Meeting of the American Society of Neuroimaging. Phoenix, AZ February, 1999

101. Al-Mubarak N, Roubin GS, Liu MW, Dean LS, **Gomez CR**, Yates V, Iyer SS and Vitek JJ Elective Carotid Artery Stenting for Radiation-Induced Extracranial Carotid Artery Occlusive Disease. JACC 42A. February, 1999. To be presented at the Annual meeting of the American College of Cardiology

102. Al-Mubarak N, Liu MW, Dean LS, **Gomez CR**, Kretzer K, Alred D, Iyer S, Vitek J and, Roubin GS. Incidence and Outcomes of Prolonged Hypotension Following Carotid Artery Stenting. JACC 65A. February, 1999. To be presented at the Annual meeting of the American College of Cardiology.

103. Soto RD, Dean LS, Liu MW, Terry JB, Tulyapronchote R, and **Gomez CR**. Hospitalization Cost of Carotid Stenting vs. Endarterectomy: An Update. Neurology 52 (Suppl 2): A270. 1999 Presented at the 51st Annual Meeting of the American Academy of Neurology. Toronto, Canada. April, 1999.

104. Campbell MS, **Gomez CR**, Terry JB, Tulyapronchote R, Wadlington VR, Liu MW, Misra V, and Dean LS. Elective Stenting of the Distal Vertebrobasilar System. Neurology 52 (Suppl 2): A268-69. 1999 Presented at the 51st Annual Meeting of the American Academy of Neurology. Toronto, Canada. April, 1999.

105. Tulyapronchote R, Terry JB, Dodd CB, Bowling SM, Sethi P and **Gomez CR**. Early Stroke Recurrence Among Patients Discharged After Ischemic Stroke and TIA: The UAB Experience. Neurology 52 (Suppl 2): A103. 1999 Presented at the 51st Annual Meeting of the American Academy of Neurology. Toronto, Canada. April, 1999.

106. Kadimi S, Tulyapronchote R, Terry JB, Morgan DE and **Gomez CR**. Magnetic Resonance Venography in the Assessment of Paradoxical Brain Embolism. Neurology 52 (Suppl 2): A364-65. 1999 Presented at the 51st Annual Meeting of the American Academy of Neurology. Toronto, Canada. April, 1999.

107. Chio FL, Liu MW, Khan MA, Tulyapronchote R, Misra VK, Chapman GD, Alred D, Kretzer K, Yates V, Iyer S, Roubin GS, **Gomez CR**, Dean LS. Elective Stenting of the Common Carotid Artery. Cathet Cardiovasc Diagnosis. January, 2000. Presented at the 23rd Annual Meeting of the Society for Cardiac Angiography and Interventions. May 5, 2000.

108. Limdi N, Lemons NV, Brooks KW, Tulyapronchote R, Terry JB and **Gomez CR**. Superiority of Fixed Dose of Warfarin for Chronic Anticoagulation. Presented at the 52d Annual Meeting of the American Academy of Neurology. San Diego, CA. May, 2000.

109. **Gomez CR**, Misra VK, Liu MW, Terry JB, Tulyapronchote R, Wadlington VR, Campbell MS and Kadimi S. Feasibility of Elective Stenting of the Intracranial Arteries for Stroke Prevention. Presented at the 52d Annual Meeting of the American Academy of Neurology. San Diego, CA. May, 2000.

110. **Gomez CR**, Acker JE, Lemons NV, Bowling SM, Soto RD, Orr SC, Rhodes JD and Coupland DJ. Stroke Recognition and EMS Activation Have the Greatest Impact on Prehospital Transportation of Stroke Patients: The STEP Experience. Presented at the 28th International Stroke Conference. Phoenix, AZ. February 13, 2003.

111. **Gomez CR**; Vila JF, Lylyk P; Sobesky J, Heiss WD; Patterson R and Barbut D. Augmenting Cerebral Perfusion in Stroke Using Controlled Aortic Obstruction: A Feasibility Study. Presented at the 28th International Stroke Conference. Phoenix, AZ. February 13, 2003.

112. Rhodes JD, Lemons NV, Coupland DJ, Orr SC, Soto RD. and **Gomez CR**. Simultaneous Application of Vibrating Vest and Cough Assist Device Improve Respiratory Function in Stroke Patients. Presented at the 28th International Stroke Conference. Phoenix, AZ. February 14, 2003.

113. Soto RD, Orr SC, Misra VK and **Gomez CR**. Aspirin and Clopidogrel in Combination Reduce Complications of Elective Angioplasty and Stenting of the Cerebral Arteries. Presented at the 28th International Stroke Conference. Phoenix, AZ. February 14, 2003.

114. **Gomez CR**, Misra VK, Soto RD and Orr SC. Elective Stenting of Stenotic Lesions of the Extracranial Vertebral Arteries Is a Safe and Durable Procedure. Presented at the 28th International Stroke Conference. Phoenix, AZ. February 14, 2003.

115. **Gomez CR**, Misra VK, Campbell MS, Kadimi S, Soto RD and Orr SC. Elective Stenting of Intracranial Stenosis Is a Safe and Durable Procedure. Presented at the 28th International Stroke Conference. Phoenix, AZ. February 14, 2003.

116. Lutsep H, Barnwell, Mawad M, Chiu D, Hartmann M, Hacke W, Reul J, Biniek R, Guterman L, Yahia A, Weiler C. Zeumer H, Bracard S, Ducroq X, Dion J, Samuels O, **Gomez CR** and King P. Stenting of Symptomatic Lesions in the Vertebral or Intracranial Arteries (SSYLVIA): Study Results. Presented at the 28th International Stroke Conference. Phoenix, AZ. February 14, 2003.

117. Howard G; Cushman, M; **Gomez CR**, Graham A, Howard VJ, Kirk KA, Mailhot RA and Stewart MA. A Test of an Innovative Approach to Develop a National Cohort to Address Racial and Geographic Disparities in Stroke. Presented at the 43rd Annual Conference on Cardiovascular Disease Epidemiology and Prevention. Miami Beach, FL. March 7, 2003.

118. Neill TA, Orr SC, Soto RD, Misra VK and **Gomez CR**.. Beneficial Influence of Operators' Experience on the Complication Rate of Elective Carotid Stenting. Presented at the 55th Annual Meeting of the American Academy of Neurology. Honolulu, HI. March 29 – April 5, 2003.

119. Anderson TG, Misra VK, Orr SC, Soto RD and **Gomez CR**.. Urgent Stenting of the Extracranial Carotid Artery for the Treatment of Acute Ischemic Stroke. Presented at the 55th Annual Meeting of the American Academy of Neurology. Honolulu, HI. March 29 – April 5, 2003.

120. Sugg RM, Orr SC, Soto RD, Misra VK and **Gomez CR**. Elective Endovascular Reconstruction of the Extracranial Arteries for Stroke Prevention. Presented at the 55th Annual Meeting of the American Academy of Neurology. Honolulu, HI. March 29 – April 5, 2003.

121. Sha Z, Orr SC, Soto RD and **Gomez CR**.. Neurology-Based Endovascular Practice: Results and Implications. Presented at the 55th Annual Meeting of the American Academy of Neurology. Honolulu, HI. March 29 – April 5, 2003.

122. Andrews W, Orr SC, Soto RD, Misra VK and **Gomez CR**.. A Comparison Between Balloon Angioplasty and Stenting for the Treatment of Symptomatic Intracranial Arteries. Presented at the 55th Annual Meeting of the American Academy of Neurology. Honolulu, HI. March 29 – April 5, 2003.

123. Cantrel, RA, Howard, G, Howard, V., Prineas, RJ, Cushman, M., **Gomez, CR**, Moy, C, Temple, E.: Differences in Predicted 10 Year Risk of Stroke by Region and Race. June, 2005.

124. Howard, G, Cushman, M., Prineas, RJ., **Gomez, CR**, Pulley, L, Howard, V.: Black-White differences in Control of Blood Pressure and Glucose Among Diagnosed and Treated Hypertensive and Diabetics. June, 2005.

125. Rhodes JD, Filoromo CH, Murray A, Lemons NV, Badr A, **Gomez CR**: Impact of Treatment of Intracerebral Hemorrhage with Recombinant Factor VII, Presented at the 31st International Stroke Conference, February 2006.

126. Ortiz-Garcia J, Bruzzone M, Andino D, Sweis R, **Gomez CR**, and Biller J. Patterns of Utilization of Extracranial Neurovascular Ultrasound in Patients with Syncope in the Context of the American Academy of Neurology (AAN) Choosing Wisely Initiative. Neurology 88 (16 - Supplement P2): 187. 2017. Presented at the 69th American Academy of Neurology Annual Meeting. Boston, MA. April 24th, 2017.

127. Colletta KL, Bar B, Liebo MJ, Borys E, Schneck MJ, and **Gomez CR**. Thrombectomy in VAD-originated Cerebral Embolism: Case Report, Contrast with Prior Experience, and Future Implications. Presented at the 15th Annual Neurocritical Care Society Meeting. Hapuna Beach, HI. October 10-13, 2017.

128. Colletta KL, Verma G, and **Gomez CR**. Reversal of Fortune: Congenital PCA Laterality is Detrimental to Infarct Volume. Presented at the 70th Annual Meeting of the American Academy of Neurology. Los Angeles, CA. April 27th, 2018.

129. Chaudhry SA, Akhtar IN, Hassan AE, Chaudhry MRA, Gill M, Siddiq F, Suri FK, **Gomez CR**, and Qureshi AI. Age-Specific Differences in the Use of Endovascular Treatment and Hospital Outcomes in Patients with Acute Ischemic Stroke: A Community-wide Perspective. Presented at the International Stroke Conference 2020. Los Angeles, CA. February 19th, 2020.

130. Chaudhry SA, Fang Y, Hassan AE, Akhtar IN, Chaudhry MRA, Gill M, Suri F, Siddiq F, **Gomez CR**, and Qureshi AI. National Estimates of Recurrent Ischemic Stroke among Patients Undergoing Carotid

Revascularization: Effect of Treatment Modality. Presented at the International Stroke Conference 2020. Los Angeles, CA. February 19th, 2020.

131. Chaudhry SA, Akhtar IN, Huang W, Hassan AE, Chaudhry MRA, Siddiq F, **Gomez CR**, Suri F, and Qureshi AI. Changing Face of Carotid Revascularization Procedures in the United States. Presented at the International Stroke Conference 2020. Los Angeles, CA. February 19th, 2020.

132. Chaudhry SA, Hassan AE, Akhtar IN, Chaudhry MRA, Huang W, Digala LP, Suri F, Zafar W, **Gomez CR**, Siddiq F, and Qureshi AI. National Trends in Utilization and Outcomes of Endovascular Treatment in Acute Ischemic Stroke Patients in Pre- and Post-Stent Retriever Era in the United States. Presented at the International Stroke Conference 2020. Los Angeles, CA. February 19th, 2020.

133. Kumar N, Huang W, Lobanova I, Balasetti VK, Bhagavan S, French BR, Siddiq F. **Gomez CR**, and Qureshi AI. Candidates for Long Term Anticoagulation Among Hospitalized Patients with Atrial Fibrillation in United States. Presented at the International Stroke Conference 2020. Los Angeles, CA. February 19th, 2020.

134. Akhtar IN, Hyder RR, Balasetti VK, Kumar N, Kraus JJ, **Gomez CR**, and Qureshi AI. Effects of the Tortuosity of the Cervical Internal Carotid Artery on Procedural Outcomes of Stent Placement. Presented at the International Stroke Conference 2020. Los Angeles, CA. February 20th, 2020.

135. Lobanova I, Qualls K, Martin RH, Arora N, Premkumar N, Siddiq F, French BR, **Gomez CR**, Huang W, and Qureshi AI. Cilostazol for Prevention of Cerebral Vasospasm and Cerebral Ischemia in Patients with Aneurysmal Subarachnoid Hemorrhage: A Meta-Analysis of Randomized Controlled Clinical Trials. Presented at the International Stroke Conference 2020. Los Angeles, CA. February 20th, 2020.

136. Hunain A, Zafar W, Lobanova I, Huang W, Siddiq F, Arora N, Premkumar N, **Gomez CR**, and Qureshi AI. Acute Kidney Injury in Acute Ischemic Stroke Patients: A Pooled Analysis of ALIAS I, II, IMS III. Presented at the International Stroke Conference 2020. Los Angeles, CA. February 20th, 2020.

137. Walia SS, Huang W, Lobanova I, Siddiq F, **Gomez CR**, French BR, and Qureshi AI. Re-Analysis of Stenting versus Aggressive Medical Therapy for Intracranial Arterial Stenosis (SAMMPRIS) Trial using the new Food and Drug Administration (FDA) "On Label" Criteria. Presented at the International Stroke Conference 2020. Los Angeles, CA. February 20th, 2020.

138. Walia SS, Huang W, Lobanova I, Siddiq F, **Gomez CR**, French BR, and Qureshi AI. Comparison of Natural History and Effect of Intracranial Stent Placement between Patients with Intra-dural and those with Sub-Arachnoid Intracranial Arterial Stenosis. Presented at the International Stroke Conference 2020. Los Angeles, CA. February 20th, 2020.

139. Balasetti VK, Akhtar IN, Huang W, Kumar N, **Gomez CR**, Siddiq F, and Qureshi AI. Effect of Tortuosity of Cervical Internal Carotid Artery on Procedural Outcomes of Carotid Stent Placement. Presented at the 43rd Annual Meeting of the American Society of Neuroimaging. Atlanta, GA. March 5th, 2020.

140. Bains NK, Akhtar IN, Siddiq F, French BR, **Gomez CR**, and Qureshi AI. Reliability of a Hematoma Volumetric Analysis Protocol in Patients with Subdural Hemorrhage. Presented at the 43rd Annual Meeting of the American Society of Neuroimaging. Atlanta, GA. March 5th, 2020.

- BOOK CHAPTERS

1. Horenstein S, **Gomez CR**, Cruz-Rodriguez RF and Chung HD: Abnormalities of Movement and Posture Following a Lesion of the Parietal Lobe. Chapter in "Contributions to Contemporary Neurology: A tribute to Joseph M. Foley, M.D." R.D. Daroff and J.P. Conomy, eds. Butterworths. Boston. January, 1988.

2. **Gomez CR**: Diagnostic Evaluation of Patients with Cerebral Ischemic Events. In Adams HP(ed) Handbook of Cerebrovascular Disease. Marcel Dekker, Inc. New York. April, 1993.

3. **Gomez CR**, Janosik DL and Lewis LM: Transcranial Doppler Evaluation of Global Cerebral Ischemia: Syncope and Cardiac Arrest. In Babikian V and Wechsler L (eds.) Transcranial Doppler Sonography. Mosby-Year Book, Inc. St. Louis. 1993

4. **Gomez CR** and Tulyapronchote R. Congenital Vascular Anomalies. In Feldmann (ed) Current Diagnosis in Neurology. Mosby-Year Book, Inc. St. Louis 1994

5. **Gomez CR** and Tulyapronchote R: Extracranial and Intracranial Ultrasonography. In Kelley RE (ed) Functional Neuroimaging. Futura Publishing Co., Armonk, NY. 1994

6. **Gomez CR**: Anatomy and Physiology of the Intracranial Arteries for Transcranial Doppler. In Auer A and Neumyer MM (eds.) The Non-Invasive Vascular Laboratory: Current Issues and Clinical Developments. Appleton Davis. Norwalk, CT. 1998.

7. Kern MJ and **Gomez CR**. Peripheral and Cerebral Vascular Catheterization and Angioplasty Techniques. In Kern MJ and Deligonul U (eds.) The Interventional Cardiac Catheterization Handbook. Mosby Year Book, Inc. St. Louis. 1996.

8. Giller CA and **Gomez CR**. Transcranial Doppler Ultrasound in the Assessment of Stroke. In Batjer HH, Caplan LR, Friberg L, Greenle RG, Kopitnik TA and Young WL (eds) Cerebrovascular Disease. Lippincot Raven Publishers. Philadelphia, 1997.

9. **Gomez CR** and Malkoff MD. Critical Management of Acute Stroke: Triage and Diagnosis. In Batjer HH, Caplan LR, Friberg L, Greenle RG, Kopitnik TA and Young WL (eds) Cerebrovascular Disease. Lippincot Raven Publishers. Philadelphia, 1997.

10. Helgason CM, Staats DO and **Gomez CR**. The Diagnosis of Stroke. In Jobe TH, Gaviria M and Kovilparambil A (eds) Clinical Neuropsychiatry. Blackwell Science Publishers. 1997.

11. **Gomez CR** and Breton VG. Diagnostico Neurosonologico de los Trastornos Isquemicos Cerebrales. In Barinagarrementeria F and Cantu C (eds) Enfermedad Vascular Cerebral. McGraw -Hill Interamericana. Mexico, 1998.

12. **Gomez CR** and Zenteno MA.. Interventional Neuroimaging. in Greenberg JO (ed) Neuroimaging, a Companion to Adams and Victor's Principles of Neurology. Second Edition. McGraw-Hill. New York. Pp 775-796. 1999.

13. **Gomez CR**. Transcranial Doppler in the Evaluation of Global Cerebral Ischemia. In Wechsler LR and Babikian V (eds). Transcranial Doppler. Second Edition. Butterworth-Heinemann. 1999.

14. **Gomez CR** and Zenteno MA. Neuroendovascular Rescue: Interventional Techniques in the Management of Ischemic Stroke ("Brain Attack"). In Henry M, Amor M, Roubin GS and Theron J (eds) Carotid Angioplasty and Stenting. 2nd Edition. Futura Publishing Co, Inc. 2001.

15. **Gomez CR** and Zenteno MA. Imaging Techniques in Cerebrovascular Disorders. In Pohost GM, O'Rourke RA, Shah PM, and Berman DS (eds.). Imaging in Cardiovascular Disease. Lippincot – Raven. Philadelphia. 2000.

16. **Gomez CR**. Disorders of Body Temperature. In Biller J and Ferro JM (eds) Neurologic Aspects of Systemic Disease. Handbook of Clinical Neurology. Vol. 120. Elsevier B.V. 2014.

17. **Gomez CR**, French BR, Siddiq F and Qureshi AI. Triage of Stroke Patients for Urgent Intervention. In Edgell RC and Christopher KM (eds). Neurointervention in the Medical Specialties. 2nd Edition. 2022

- BOOK AUTHORSHIPS:

1. Tegeler CH, Babikian VL and **Gomez CR**. Neurosonology. Mosby-Yearbook Publishers. St. Louis, MO. 1996

2. McCartney JP, Thomas-Lukes KM and **Gomez CR**. Handbook of Transcranial Doppler. Springer-Verlag Publishers. New York, 1997.

3. **Gomez CR** (Guest Editor). Critical Care Clinics of North America. Endovascular Therapy and Neurocritical Care. 15 (4). October 1999.

4. Geyer JD and **Gomez CR**. Stroke: A Practical Approach. Lippincot. Philadelphia, PA. 2009.

5. **Gomez CR**. The Downgrading of American Healthcare, On-Demand Publishing. 2012

- LETTERS AND EDITORIALS:

1. **Gomez CR**, Malik MM, Wingkun E and Selhorst JB: Locked-In Syndrome. Stroke 18(1):275. Jan-Feb, 1987.

2. **Gomez CR**: Surgery for Cerebrovascular Insufficiency. South Med J 80(3):407, 1987.

3. **Gomez CR**, Sandhu J and Mehta P: Resumption of anticoagulation during hypertensive cerebral hemorrhage with prosthetic heart valve. Stroke 19(3):407, 1988.

4. **Gomez CR** and Gomez SM: Thalamic Lesion Producing Ataxic Hemiparesis. Stroke 19:1181, 1988.

5. **Gomez CR** and Horenstein S: Evaluation of Carotid Artery Disease. Ann Int Med 111(2):183-184. 1989.

6. **Gomez CR**: Cerebral Calcifications. Neurol 39(11): 1558. 1989

7. **Gomez CR**: Hereditary Cerebral Arteriovenous Malformations. Arch Neurol 46(11):1168. 1989

8. **Gomez CR,** McLaughlin and Njemanze PC: Effect of Intra-aortic Balloon Pumps on Cerebral Circulation. Stroke 21(10): 1512. 1990

9. **Gomez, CR:** Outcomes of Carotid Endarterectomy. Ann Int Med 114 (8): 703-704. 1991

10. **Gomez CR**: Time is Brain! J Stroke and Cerebrovasc Dis 3:1-2. 1993.

11. Tulyapronchote R, Malkoff M, Selhorst JB and **Gomez CR**: Treatment of Cerebellar Infarction by Decompression Suboccipital Craniectomy. Stroke. 24 (3): 478-479. 1993.

12. **Gomez CR** and Malkoff MD. Use of Transcranial Doppler in the Assessment of Subaranoid Hemorrhage Evaluated by Transcranial Doppler Sonography. Neurosurgery. 34(6): 1102-1104. June 1994.

13. Malkoff MD, **Gomez CR**, and Tulyapronchote R. Prognostic Significance of Evoked Potentials in Acute Basilar Occlusion. Critical Care Med. 22(6). 1065-1066. June 1994.

14. **Gomez CR**. Is "Carotid Stenosis" an Obsolete Concept? J Neuroimaging. 4(4): 231. 1994

15. **Gomez CR**: Cardiac failure, severe paresis, urinary incontinence, coma, and atrial fibrillation predicted 1-year mortality after stroke. (commentary) ACP Journal Club. 46. March/April 1995.

16. **Gomez CR**. Interventional Neurology. Neurology. 45. 850. April 1995.

17. **Gomez CR** and Kern MJ. Cerebral Catheterization: Back to the Future. J Stroke Cerebrovasc Dis. 6(5): 308-312. 1997.

18. **Gomez CR**: Calcium antagonists reduce death and dependence in subarachnoid hemorrhage. (commentary) ACP Journal Club. 30. September/October 1998.

19. **Gomez CR** and Qureshi AI. Health and Economic Risk of COVID-19: It is About Quality of Life! HCRJ 2020; 1: 1.

- BOOK REVIEWS:

1. **Gomez CR**: Transcranial Doppler. Newell DW and Aaslid R (eds). J Stroke and Cerebrovasc Dis. 3: 75.

2. **Gomez CR**. Stroke. Pathophysiology, Diagnosis and Management. Barnett HJM, Mohr JP, Stein BMand Yatsu FM (eds). J Stroke and Cerebrovasc Dis. 3. 276-277. 1993

3. **Gomez CR**: Ultrasound Diagnosis of Cerebrovascular Disease. Von Reutern GM and Von Budingen HJ. Neurology. 1995

4. **Gomez CR**: Diagnostic Atlas of the Heart. Hurst J and Alpert JS (eds). J Stroke and cerebrovasc Diseases. 1995.

5. **Gomez CR**: Sundt's Occlusive Cerebrovascular Disease. Meyer FB (ed). Military Medicine 160 (3): 1995.

**CURRENT RESEARCH ACTIVITIES**

- Investigator (Interventionist): HUMANITARIAN USE DEVICE: CODMAN ENTERPRISE™ Vascular Reconstruction Device and Delivery System for Cerebral Aneurysms. Funding: N/A. (On-Going)

- Investigator (Interventionist): HUMANITARIAN USE DEVICE: The Wingspan® Stent Delivery System and Gateway® PTA Balloon Catheter. Funding: N/A. (On-Going)

- Investigator (Interventionist): HUMANITARIAN USE DEVICE: Neuroform® Microdelivery Stent. Funding: N/A. (On-Going)

- Principal Site Investigator (Interventionist): Coiling of Aneurysms Smaller than 5 mm with Hypersoft (COAST). Funding: Microvention, Inc. (Site Qualification Stage)

- Principal Site Investigator (Interventionist): A Prospective Multicenter Case Study to Assess Radiation Exposure in Patients Treated with Penumbra Coil 400 (CARE). Funding: Penumbra, Inc. (Site Qualification Stage)

- Principal Site Co-Investigator (Interventionist): Endovascular Stroke Treatment Only (ESTO). (On Going).

- Co-Investigator (Interventionist): Carotid Revascularization and Medical Management for Asymptomatic Carotid Stenosis Trial (CREST2). Funding: NINDS. (On Going)

**PREVIOUS RESEARCH EXPERIENCE**

- Principal Investigator: "A 21-day double blind, parallel-group, multicenter study to compare the efficacy and safety of nimodipine with that of placebo in patients with acute ischemic stroke." [IRB #4509] Funding: Miles Pharmaceuticals.

- Co-Investigator: "The Effects of Temporal Summation of Visual Stimuli in the Doppler Characteristics of the Posterior Cerebral Arteries of Normal Volunteers".

- Principal Investigator: "Therapeutic Trial of the Investigational Drug L-5 Hydroxytryptophan (L-5HTP) in combination with Carbidopa in patients with Post-anoxic Myoclonus. [IRB #4880] Funding: Bolar Pharmaceutical Co.

- Principal Investigator: "North American Symptomatic Carotid Endarterectomy Trial (NASCET)". [IRB #4507] Funding: National Institutes of Health. ROl-NS-24456.

- Principal Co-investigator: "Stroke Prevention in Atrial Fibrillation (SPAF)". [IRB #5052] Funding: National Institutes of Health. RO1-NS-24224.

- Co-investigator: "Evaluation of Patients with Stroke and Transient Ischemic Attacks: Comparative yield of Trans-Esophageal and Trans-Thoracic Doppler Echocardiography". [IRB #5023]

- Principal Investigator: "A Multicenter Placebo-Controlled Study to Evaluate the Efficacy and Safety of Intravenous Ancrod as Treatment for Acute or Progressing Cerebral Ischemic Infarction". [IRB #5338] Funding: Knoll Pharmaceutical Co. A-20-IV.

- Co-investigator: "A Multicenter, Double-Blind, Placebo Controlled Investigation of Efficacy and Safety of Oral Trental (pentoxifyline BL191) in Patients with Multi Infarct Dementia". [IRB #5734] Funding: Hoechst-Roussel Pharmaceutical Co.

- Principal Investigator: "Antiphospholipid Antibodies Stroke Study (APASS)". [IRB #5882] Funding: American Heart Association.

- Principal Investigator: "Trial of ORG-10172 in Acute Stroke Treatment" (TOAST). [IRB #5104] Funding: National Institutes of Health. RO1-NS-27863.

- Co-Investigator: "Transcranial Doppler/Ophthalmic Artery Pulsed- Wave Doppler". [IRB #5459] Funding: American Diabetes Association; Diabetes Research and Education Foundation.

- Project Director: National Institutes of Health Master Agreement for Research in Cerebrovascular Disease - Category I: Clinical Research Studies on Transient Ischemic Attacks (TIA). (#NO1-NS-1- 2306). June 1991-May 1994

- Project Director: National Institutes of Health Master Agreement for Research in Cerebrovascular Disease - Category II: Clinical Research Studies on Acute Ischemic Stroke. (#NO1-NS-1-2306). June 1991-May 1994

- Project Director: National Institutes of Health Master Agreement for Research in Cerebrovascular Disease - Category IV: Clinical Research Studies on Intracranial Aneurysms and Subarachnoid Hemorrhage. (#NO1-NS-1-2306). June 1991-May 1994

- Project Director: National Institutes of Health Master Agreement for Research in Cerebrovascular Disease - Category V: Clinical Research Studies on Intracerebral Hemorrhage. (#NO1-NS-1-2306). June 1991-May 1994

- Principal Investigator: Fibrinolysis in Acute Stroke Treatment (FAST). [IRB #7521] Funding: Abbott Laboratories, Inc.

- Principal Investigator: Double-Blind, Placebo-controlled Pilot Study Evaluating the Safety and Tolerability of Two Intravenous Bolus Doses of CGS-19755 in the Treatment of Acute Ischemic Stroke. [IRB #6861] Funding: Ciba-Geigy Corporation

- Principal Investigator: A Prospective Multicenter Dose-Ranging Study of Intra-Arterial Thrombolysis in Acute Middle Cerebral Artery Distribution Thromboembolic Stroke (PROACT). [IRB #7596]. Funding: Abbott Laboratories, Inc.

- Principal Neurology Investigator: "Significance of Transesophageal Echocardiography in the Prevention of Stroke (STEPS)".

- Principal Investigator: Randomized Tirilazad Trial in Acute Stroke (RANTTAS) II. Funding: The Upjohn Company. (Completed).

- Principal Investigator: Thrombolytic Therapy in Acute Ischemic Stroke. Funding: Genentech, Inc. (Completed).

- Principal Investigator. Safety and Efficacy of Combination Therapy Using Lubeluzole and Activase (r-TPA) in Ischemic Stroke. Funding: Janssen Pharmaceutical. (Completed)

- Principal Investigator. Retrograde Cerebral Venous Perfusion (Neuroperfusion) for Acute Ischemic Stroke. Funding: Neuroperfusion, Inc. (Completed)

- Principal Investigator. African-American Antiplatelet Stroke Prevention Study (AAASPS). Funding: National Institutes of Health. (Terminated).

- Principal Investigator. Multicenter Reopro Study in Acute Ischemic Stroke. Funding: Eli Lilly, Inc. (Completed).

- Co-Investigator: Percutaneous Transluminal Angioplasty and Stenting of the Carotid and Vertebral Arteries. (Completed).

- Principal Investigator. Primary Atherectomy and Angioplasty for the Treatment of Acute Ischemic Stroke. (Completed).

- Principal Investigator. Angioplasty and Stenting of the Intracranial Arteries (ASIA). (Completed)

- Principal Investigator. Prospective, Randomized and Controlled Multicenter Clinical Study to Evaluate the Safety and Efficacy of Using the COOLGARD® System with COOL LINE® catheter in Reducing Fever in NeuroIntensive Care Patients. Funding: Alsius Corporation, Inc. (Completed)

- Principal Investigator. Retrospective Study of the Outcome of Patients Treated Medically for Intracranial Atherosclerotic Lesions. Funding: Guidant Corporation, Inc. (Completed)

- Principal Investigator. Stenting of Symptomatic Atherosclerotic Lesions in the Vertebral or Intracranial Arteries (SSYLVIA). Funding: Guidant Corporation, Inc. (Completed)

- Principal Investigator: A Registry Study to Evaluate the NeuroShield™ Bare Wire Cerebral Protection System and the Xact™ Stent in Patients at High Risk for Carotid Endarterectomy. Funding: Abbott Laboratories (Completed)

- Principal Investigator: A Clinical feasibility Study of Perfusion Augmentation in Acute Ischemic Stroke Using Controlled Aortic Obstruction. Funding: CoAxia, Inc. (Completed)

- Sub-Investigator: A Multicenter, Phase II, Randomized, Double Blind, Placebo Controlled, Dose Escalation Study to Evaluate the Safety and Preliminary Efficacy of Activated Recombinant Factor VII (Novoseven™) for Preventing Early Hematoma Growth in Acute Intracerebral Hemorrhage. Funding: Novo Nordisk, Inc. (Completed)

- Sub-Investigator: A Double Blind, Randomized, Placebo Controlled Study of Atorvastatin as Prevention of Cerebrovascular Events in Patients with a Previous Transient Ischemic Attack (TIA) or Stroke. Funding: Pfizer, Inc. (Completed)

- Principal Investigator: An Evaluation of the Neurolink™ System for the Treatment of Subjects with Symptomatic Atherosclerotic Lesions in Extracranial Vertebral or Intracranial Arteries. Funding: Guidant. (Completed)

- Principal Investigator: University of Alabama Birmingham Stroke Registry

- Principal Investigator: A Randomized, Double Blind, Placebo Controlled Trial to Evaluate the Efficacy, Validity, Tolerability, and Pharmacokinetic/ Pharmacodynamic Effects of a Targeted Exposure of Intravenous Repinotan in Patients with Acute Ischemic Stroke. Funding: Bayer, Inc. (Completed)

- Principal Investigator: A Prospective, Multicenter, Randomized Controlled Trial To Evaluate The Safety and Efficacy Of The STARFlex Septal Closure System Versus Best Medical Therapy In Patients With A Stroke And/Or Transient Ischemic Attack Due To Presumed Paradoxical Embolism Through A Patent Foramen Ovale. Funding: NMT Medical. (Completed)

- Principal Investigator: A Neurological Imaging Study of Acute Ischemic Stroke Subjects Between 6-12 Hours of Symptom Onset. Funding: CoAxia, Inc. (Completed).

- Sub-investigator: A Randomized, Double-blind, Placebo-controlled, Multi-center Study of the Effects of ONO-2506 Intravenous Infusion on the Amelioration of Neurological Damage and Improvement of Stroke Assessment Scale Scores in Patients with Acute Ischemic Stroke. Funding: Ono Pharmaceuticals. (Completed)

- Principal Investigator: National Institutes of Health Stroke Scale Data Collection Project. Funding: CoAxia, Inc. (Completed)

- Principal Investigator: DEDAS - Dose Escalation Study of Desmoteplase in Acute Ischemic Stroke. Funding: Paion GmBh. (Completed)

- Principal Investigator: Clinical Utility of the Triage Stroke Panel. Funding: Biosite, Inc. (Completed)

- Co-Investigator: Stroke Prevention by Aggressive Reduction of Cholesterol Levels (SPARCL). Funding: Parke-Davis. (Completed)

- Principal Investigator. "A Clinical Feasibility Study of Perfusion Augmentation in Acute Ischemic Stroke Using Controlled Aortic Obstruction". Funding: CoAxia, Inc. (Completed)

- Principal Investigator: A Prospective, Randomized, Double Blind, Placebo Controlled, Single Bolus, Multinational, Multicenter, Parallel Group, Dose Ranging Study of Desmoteplase in the Indication of Acute Stroke. Funding: Forrest Laboratories (Completed)

- Principal Investigator: Randomized, Double Blind, Placebo Controlled, Multi Center, Parallel Confirmatory Efficacy and Safety Trial of Activated Recombinant Factor VII (NovoSeven™/Niastase) In Acute Intracerebral Hemorrhage. Funding: Novo Nordisk (Completed)

- Principal Investigator: Stroke Transportation Emergency Transportation (STEP) Registry, Data Collection, Analysis and Publication

- Principal Investigator: A Post Approval Study of the Guidant Carotid Stent Systems and Embolic Protection System. Funding: Guidant. (Completed)

- Principal Investigator: Alsius Post Marketing Survey for the Utilization of the CoolGard™ and CoolLine™ Catheter Device. Funding: Alsius Co. (Completed)

- Principal Investigator: TRA2P TIMI 50 Study and Ocular Sub-study PO5183 and PO4737. Funding: Schering-Plough. (Completed)

- Sub-Investigator/Medical Director: Reasons for Geographical and Racial Differences in Stroke Project, (REGARDS). Funding: UAB School of Public Health, NIH, NINDS (Completed)

- Member, Cardiovascular Event Adjudication Committee. Study to Understand Mortality and Morbidity in COPD (SUMMIT). Funding: Glaxo Smith Kline. (Completed)

- Principal Site Investigator (Interventionist): HUMANITARIAN USE DEVICE: Low Profile Visualized Intraluminal Support Device. Funding: N/A. (Completed)

- Principal Site Investigator (Interventionist): HUMANITARIAN USE DEVICE: Liquid Agent for Aneurysms (Onyx® HD500). Funding: N/A. (Completed)

- Principal Investigator: Loyola Neuroendovascular Registry (LoNeR). Funding: SVIN & LUHS. (Closed)