UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:20-cv-20687-OTAZO-REYES

AT LAW AND IN ADMIRALTY

RICHARD BURGESS individually and
by and through DARREN HENZE
as Guardian of the Person and Estate
of Richard Burgess, incapacitated and
as agent under that certain durable power
of attorney dated November 20, 2006.

Plaintiffs,

v.

ROYAL CARIBBEAN CRUISES LTD.,
a Liberian Corporation, d/b/a
ROYAL CARIBBEAN CRUISE LINE and/or
ROYAL CARIBBEAN INTERNATIONAL

Defendants.
_________________________________/

**DECLARATION OF**
**CAMILO R. GOMEZ, MD, MBA**

1. My name is Dr. Camilo R. Gomez. I am licensed as a Board-Certified Vascular and Interventional Neurologist, Masters in Business Administration, and a Professor of Neurology at the University of Missouri School of Medicine.

2. I make this Declaration in support of Plaintiffs' Response to Defendant's *Daubert* Motions, which I understand is to be filed in the above-styled litigation on this date.

3. Counsel for the Defendant took my deposition in this case on November 16, 2022. During my deposition I testified that, in 2019, other hospitals in the San Juan, Puerto Rico, area were operational and capable of administering t-PA to stroke victims, including hospitals closer to

the Port of San Juan than HIMA San Pablo – Caguas. I was not asked to identify those hospitals during my deposition.

4. Two of the hospitals to which I was referring are: (a) Hospital HIMA San Pablo - Bayamon, located at Calle Santa Cruz, Urb #70, Bayamon, Puerto Rico; and (b) Centro Medico de Puerto Rico (also known as Puerto Rico Medical Center) located at Av Americo Miranda S/N, San Juan, Puerto Rico.

5. HIMA San Pablo - Bayamon is located approximately 9.6 miles from the Port of San Juan. HIMA San Pablo Bayamon was operational throughout February 2019, and was available to administer t-PA to patients transported within the requisite timeframe to receive that medication. HIMA San Pablo - Bayamon staffed Emergency Room physicians as well as neurologists to administer t-PA. The Emergency Department director specifically noted that, in 2019, the facility was treating 10 to 12 patients per month with t-PA. He further noted that approximately 50% of stroke patients arrived there by ambulance, and that ambulance transport was not problematic.

6. Centro Medico de Puerto Rico is located approximately 7.6 miles from the Port of San Juan, was operational throughout February 2019, and was available to administer t-PA to patients transported within the requisite timeframe to receive that medication. The hospital's Emergency Department director confirmed to me that, in February 2019, the hospital was a designated stroke center and was administering t-PA to approximately 2 to 4 stroke patients per month, with approximately 50% of stroke patients arriving via ambulance. After the pandemic in 2020, the facility's neurologist and neurosurgeon left to the mainland United States and the hospital subsequently lost its designation as a stroke center.

7. I confirmed this information personally in telephone calls with my colleagues in Puerto Rico. These telephone conversations do not reflect any new opinions. Rather, they merely

reaffirm my opinions expressed during my deposition, my expert report, and the supporting medical literature regarding alternative stroke-capable hospitals and ambulance capabilities in the San Juan, Puerto Rico, area on the date of this incident.

8. This sort of doctor-to-doctor telephonic inquiry is a standard practice routinely employed by doctors in my field when analyzing and assessing stroke treatment capabilities in connection with transferring, receiving and treating stroke patients.

Pursuant to 28, U.S.C. § 1746, I, Camilo R. Gomez, declare under penalty of perjury that the foregoing is true and correct. Executed on February 3, 2023.

DocuSigned by:
Camilo R. Gomez, MD, MBA
AAE47809777741C...

CAMILO R. GOMEZ, MD/MBA