**Sarah Lobel**

---

| | |
|---|---|
| **From:** | Sarah Lobel |
| **Sent:** | Monday, December 19, 2022 11:22 AM |
| **To:** | Michael J. Drahos - GrayRobinson, P.A. (michael.drahos@gray-robinson.com) |
| **Cc:** | John Hickey; Dolores Martinez; Lilia R. Parker; Cooper Jarnagin; PRL |
| **Subject:** | BURGESS: Additional Depositions |

Good afternoon Michael:

I hope you had a lovely weekend.

I wanted to touch base with you regarding this case. It has been 33 days since Dr. Gomez's deposition. On the day of his deposition, Dr. Gomez provided additional materials that supported his opinions already in his report. You did not lay an objection and we have not heard from you since. We therefore assume you do not have any objections, but to the extent you want to re-depose Dr. Gomez upon further review of his materials, would you kindly let us know.

We also have not heard any objections regarding our other expert witnesses or witnesses since the date of their deposition. Please let us know as soon as possible if there is anyone else you would like to depose or re-depose based on further review of materials provided by our other expert witnesses and/or witnesses.

We have also reached out to Lilia regarding locking down dates for your last before and after witness and the Pack depositions.

Thank you so much,

Sincerely

Sarah