SEACARE HARMONY OF THE SEAS MEDICAL CENTER

**SHORE SIDE REFERRAL**

HM553833

| Name: BURGESS, RICHARD | | Crew ID: | Ship: Harmony of the Seas | Billing information: SELF-PAY: Provider to collect payment at time of service from guest |
|---|---|---|---|---|
| DOB: Mar 14, 1957 | Gender: M | Department: | Appt Date: Feb 21, 2019 | |
| Citizen: United States | | Position: | Port: San Juan-SJU, Puerto Rico | |

| | | | |
|---|---|---|---|
| From | Pereira, Joao MD | Email | HM_DoctorSr@rccl.com |
| Date | Feb 21, 2019 | Phone | |

Thank you for seeing this 61 year old male.

Patient says that this morning at around 9:15 had sudden onset of weakness in right lower limb, plus vision changes in right eye. Was asymptomatic when he woke up. No other complaints. Had fall with head trauma in occipital area, 3 days ago. No lost of consciousness, no amnesia, no neurological deficits at the time.

Oriented, normal vitals, normal color, no obvious asymmetry in tonus, strength or sensibility (tactile, proprioceptive, nociceptive). Blurriness in right eye. No pain anywhere. Normal ECG.

Please evaluate (including CT-scan if you see fit) and treat accordingly.

---

Pereira, Joao MD

Feb 21, 2019 09:56 UTC-05:00

I hereby authorize the health care facility / physician to release all medical records to the Referring Ship Physician & Royal Caribbean's Medical Dept.

Patient BURGESS, RICHARD

Feb 21, 2019 09:56 UTC-05:00

**SHORESIDE PHYSICIAN** (PRINT CLEARLY IN **ENGLISH** - COMPLETE ALL SECTIONS - ATTACH A COPY TO YOUR CLAIM)

| |
|---|
| Brief History of Illness / Accident: |

Diagnosis:

Specialty:

Neurology

**IMPORTANT!** Is the guest fit to sail? ☐ YES ☐ NO

Shoreside physician's signature

Shoreside Physician's name (please print)

Date

Physician's E-mail:

Telephone (area/country code):

Fax No. (area/country code):

**Contact # for ship's physician to discuss referral if needed.*