# REQUEST FOR PRODUCTION NO. 60

RCL Cruises Ltd.

天海邮轮
SkySea Cruise Line

(manual section is applicable for above companies)

**MEDICAL - RCL & SKYSEA**
**Chapter 14 - Emergency Medical Disembarkation of Guests or Crew**

**Revision** 90 : February/11/2019

## 14.01 Policy

## Policy

In the event a medical emergency involving a guest or crew member, requires medical intervention, treatment or supplies not available on the ship, the physician will determine that the guest or crew member needs to be medically disembarked for transfer to a shoreside medical facility or direct to an air ambulance to transport the patient to a facility for definitive medical care.

The company will not pay for guest medical expenses which are ancillary to medical disembarkations and are unrelated to an accident onboard or a company sanctioned excursion, nor will the company pay for hotels, meals, or needed transportation, including ambulances and airfares. The guest must either pay or provide travel insurance. Please make certain that the PARF (Port Agent Referal Form) and SSR (Shoreside Referal form) always indicates that the guest is responsible for payment. If the Guest is from the same country where the referral is arranged, the patient's own health insurance can be utilized ashore. If a guest does not have any insurance and has no credit card or money with which to pay for treatment, a promissory note must be received. If there are any questions, please ask the CareTeam for guidance.

The treating ship's physician is ultimately responsible for the decision to disembark a guest or crew member for emergency medical treatment.

## Guidance

It should be noted that anytime a guest or crew member is disembarked from the vessel, the treating physician is responsible for the care of the patient until s/he arrives at a medical facility or is handed over to the care of another physician. This requires that the physician adequately assess the type and method of transfer to the hospital to ensure that the risks of transport do not outweigh the benefits of transfer.

Medical Operations staff are available 24/7 to assist with the logistics and transport arrangements and to support the clinical decision making.

Additional guidance on the medical evacuation of patients by helicopter is provided in "Emergency Disembarks At Sea".

## Monitoring

The Director of Medical Operations will monitor medical disembarkations from the ships, in association with the CARE team manager and the manager of crew medical. Following a medical disembarkation any significant problems or coordination problems should be forwarded, by the treating physician, to the Director of Medical Operations for review and action where appropriate.

**Related Entries:**
Medical - RCL Emergency Medical Disembarks at Sea 14.05

**END OF SECTION**

RCL Cruises Ltd.

天海邮轮
SkySea Cruise Line

(manual section is applicable for above companies)

**MEDICAL - RCL & SKYSEA** **Revision** 90 : February/11/2019
**Chapter 14 - Emergency Medical**
**Disembarkation of Guests or Crew**

**14.02 Medical Disembarkation of a Guest or Crew Member in Port**

## Policy

The treating ship's physician shall determine that medical disembarkation is necessary and that suitable shoreside medical facilities are available to treat the patient. In determining the most appropriate receiving facility the treating ship's physician may utilize the local port agent, prior experience of local hospitals or medical facilities, or the travel assistance company assigned by the patient's travel insurance provider.

When disembarking a critical patient, Crew Member or Guest or at the discretion of the physician, the treating physician should complete the Critical Care Patient Handover form found in eSeaCare. It is important that the receiving party sign the form. The form will then be uploaded into the patient's eSeaCare file and a copy given to the receiving medical professional.

CRITICAL CARE PATIENT HANDOVER FORM Revised 06-2017.docx

In the case when a nurse is deployed to accompany a patient, he/she must write an addendum updating the general condition of the patient including a full set of vital signs at the time of transfer of care to the receiving party.

If the patient to be disembarked will require additional support in the port of disembarkation a CareTeam Associate (CTA) will be disembarked by the ship and will remain with the patient until appropriate follow up and support arrangements can be made.

Circumstances which would require the disembarkation of a CTA include, but are not limited to the following:

a) Elderly relative or travel partner or relative or travel partner with a disability.
b) Children being disembarked in the company of a parent and no other family member or care-giver

available.

c) Death of a guest or crew member and a relative or travel partner is disembarking alone.
d) Multiple casualties of a shoreside incident.
e) Other circumstances as anticipated or determined by the Senior Physician, CareTeam Specialist, Director of Medical Operations or any member of the shipboard executive team, that would benefit from the presence of a CTA at the point of disembarkation.
f) At anytime, the CareTeam Specialist may direct the ship to disembark a CTA to provide on-scene support to a guest or crew member.

In the event that a CTA is disembarked from the vessel, they should be provided with the contact details of the CareTeam Specialist managing the case, a local cell phone, sufficient cash or a credit card. The CareTeam Specialist assigned to the case shall be responsible for coordinating with the CTA and making any arrangements to return the CTA to the vessel.

In addition, assistance may be requested from RCL Medical Operations staff via the 24 hour Med Ops Hotline phone number 305 539 HELP.

Additional hospital and port medical services information may be available via the Medical & Public Health intranet site.

**Related Entries:**

**END OF SECTION**

RCL Cruises Ltd.

天海邮轮
SkySea Cruise Line

(manual section is applicable for above companies)

**MEDICAL - RCL & SKYSEA** **Revision 90 : February/11/2019**
**Chapter 14 - Emergency Medical**
**Disembarkation of Guests or Crew**

## 14.03 Notification of Disembark

## Policy

At the earliest opportunity a member of the ship's Medical Facility team must notify the appropriate shoreside support team of the guest or crew member disembarkation.

For guests prompt and early notification should be made to the CARE Team member on duty using the designated email notification, or by telephone notification. The "Guest Landed Medical Report" should be completed and then emailed to the CARETeam@rccl.com. The "Guest Landed Medical Report" must contain the working diagnosis at the time of disembarkation and the reason for medical disembark. For example, "Shortness of breath/pulmonary edema/renal failure, r/o Acute MI, for dialysis".

For crew members the notification of disembarkation should be emailed to the appropriate crew medical coordinator for the vessel. The "Crew Landed Medical Report Form" should be completed and emailed to CrewMedical@rccl.com. The Crew Medical Department shall be responsible for notifying CARE Team if appropriate.

In addition the shipboard crew administrator must be contacted prior to the disembark to ensure that all appropriate local immigration approvals and paperwork are in place.

Crew Landed Report Revised 06-2011.doc

CareTeam Guest Landed Report v1.1 Revised Sep 2014.doc

**Related Entries:**

END OF SECTION

RCL Cruises Ltd.

天海邮轮
SkySea Cruise Line

(manual section is applicable for above companies)

**MEDICAL - RCL & SKYSEA** **Revision** 90 : February/11/2019
**Chapter 14 - Emergency Medical**
**Disembarkation of Guests or Crew**

## 14.04 Transportation to the Receiving Facility

## Policy

The services of the local port agent should be requested to assist in providing appropriate emergency ground transportation to the receiving hospital or patient destination. In most circumstances it is appropriate to request Advanced Life Support or a paramedic based ground ambulance response team or local equivalent.

The treating ship's physician shall ensure that the ground transportation arranged is appropriate for the medical condition of the patient and that the medical transport crew are fully briefed on the medical condition of the patient. If there is any doubt about the ability of the medical transport crew to manage the clinical condition of the patient, or any medical equipment needed to manage the clinical condition, a ship's physician or nurse must be assigned to medically supervise the transport of the patient to the receiving medical facility.

A copy of the medical records, supporting laboratory results and any relevant and appropriate background medical information must be sent with the patient. Where possible the ship's physician should also call the receiving hospital, medical facility, clinic or emergency department to alert them to the transfer of the patient and provide additional background clinical information.

The treating ship's physician should be aware that in most jurisdictions the transferring physician is medico-legally responsible for the care and treatment of the patient until the patient care is taken over by the receiving physician at receiving medical facility.

**Related Entries:**

**END OF SECTION**

RCL Cruises Ltd.

天海邮轮
SkySea Cruise Line

(manual section is applicable for above companies)

**MEDICAL - RCL & SKYSEA** **Revision** 90 : February/11/2019
**Chapter 14 - Emergency Medical Disembarkation of Guests or Crew**

# 14.05 Emergency Medical Disembarks at Sea

## Policy

If the treating ship's physician determines that a life or limb-threatening medical emergency exists with a guest ( member and that emergency disembark at sea is required, they are required to advise the Master of the vessel im Following the notification to the ship's Master they are advised to call the Medical Operations 24 hour "Hotline logistical support for the disembark operation.

The decision to disembark an acutely ill or injured patient is a complex one, and the treating physician must wei transport against the benefit of shoreside treatment. When preparing to request urgent medical evacuation at sea and rescue provider the physician must be prepared to outline the benefits that would result from the medical ev acutely ill or injured guest.

The appropriate Rescue Coordination Center should be contacted to initiate discussion as to the most appropriat disembarkation. A note should be made in the medical record of the time of the initiation of the call to the RCC summary of the discussion as it is applicable to the continuing care of the patient should be made.

In the event it is necessary to use a boat or helicopter to evacuate the patient, a physician or a nurse must accom patient, unless there is a physician or flight nurse on the boat or aircraft who will assume medical responsibility the patient until they reach the destination hospital.

The treating ship's physician is responsible for ensuring that all medical supplies and equipment necessary to tre the patient during the emergency evacuation process are available and that the physician or nurse who is to acco patient is adequately prepared to manage the patient during transfer to the receiving facility.

Medical Emergency Disembarks at Sea Revised 01-27-2017.docx

United States Coast Guard MEDICO-MEDEVAC Checksheet Revised 12-30-2016.docx

**Related Entries:**

**END OF SECTION**