SEACARE HARMONY OF THE SEAS MEDICAL CENTER

# Guest Landed Report

**(This is not a death certificate)**

| | | |
|---|---|---|
| **E-mail Report & Medical Notes / Referral to: CareTeam@rccl.com** | | Vessel: Harmony of the Seas<br>Voyage Name: 34160 |
| Report Submitted(date): Feb 21, 2019 12:15 | Security notified? ☑ Yes ☐ No | Sailing Date: Feb 21, 2019 |
| Ship's Doctor: PEREIRA, JOAO | Ship's Nurse: BREMNER, MARY | Cabin Number: 8660 |
| Date/Time Guest Landed: Feb 21, 2019 12:15 | Date/Time CareTeam notified: Feb 21, 2019 12:15 | Booking Number: |

## **Guest Information**(*Compulsory field)

| | | |
|---|---|---|
| *Name: BURGESS, RICHARD | Gender: ◉Male ○Female | Date of Birth: Mar 14, 1957 |
| *Home Address: 50 SOUTH YALE STREET, YORK P.A. 17403 | *E-mail(If available):<br>*Cellphone Number: 7178187001 | |
| ☑ Emergency Contact<br>☑ Next of Kin | *Name: DARREN HENZE | *Cellphone Number: 7175784490 |
| *Documentation: ☑ Passport ☐ Visa ☐ Birth Certificate ☐ Alien Registration | | *Primary Language Spoken: |
| *Document No. 532737714 | *Issuing Country USA | *Country of Citizenship: United States |
| *Travel Insurance Company: | *Policy No.: | *Phone: |
| *Health Insurance Company: DEVON HEALTH SERVICES | *Policy No.: CPT8805DHEN | *Phone: |

## **Travelling Companion Information**(*Compulsory field)

| | | | | |
|---|---|---|---|---|
| *Traveling Companion's Name: DARREN HENZE | *Stateroom No.: 8660 | Booking No.: | *Cellphone Number.: 7175784490 | Primary language spoken: ENGLISH |
| Total Number of People in Party: | Number of Children in Party: | | Ages of Children: | |

## Medical Evaluation((*Compulsory field))

☑ Medical Referral / Evacuation ☐ Death - Was Next of Kin notified? ☐ Yes ☐ No

*Location.: SAN JUAN, PUERTO RICO

*Date of Onset of Symptoms or Injury: Feb 21, 2019

*Description of Illness or injury / event: STROKE

*Diagnosis or presumed Cause of Death: STROKE

*Specialty required:

*Type of transportation required (Taxi / BLS / ALS ambulance): BLS AMBULANCE

Additional requirements for transfer (ventilator/nurse/doctor/oxygen):

*Mobility (wheelchair/stretcher/walks with assistance/fully mobile): STRETCHER

*Request for Private or Public Hospital:

## Landed Information(*Compulsory field)

*Date landed: Feb 21, 2019

*Port landed: SAN JUAN, PUERTO RICO

*Landed to (hospital/hotel name, telephone number, city and country): Hospital HIMA•San Pablo Caguas 100 Luis Munoz Marin Avenue, Caguas, 00725, Puerto Rico +1 787-653-6060

Disposition of Personal Property: YES

Was Guest allowed to re-board? ○ Yes ◉ No

*Port Agent Notified?
◉ Yes ○ NO If "Yes", indicate agent's name and telephone number: JENNIFER ROBLES 1 787-667-5305

| Disembarking Traveling Companion 1 Name: | *Stateroom No.: | Booking No.: | Cellphone Number.: | Primary Language: | Mobility/ Special needs: |
|---|---|---|---|---|---|
| DARREN HENZE | 8660 | | 7175784490 | | |

| Disembarking Traveling Companion 2 Name: | *Stateroom No.: | Booking No.: | Cellphone Number.: | Primary Language: | Mobility/ Special needs: |
|---|---|---|---|---|---|
| | | | | | |

*Was a CTA assigned to the guest? ○ Yes ◉ No

*If yes, contact cellphone number for CTA:

*Name of CTA and position:

*CTA disembarking with guest? ○ Yes ◉ No

*If yes, confirm CTA given contact details for CareTeam Specialist, Port Agent, petty cash and medical facility cellphone (if necessary): ○ Yes ◉ No

*Confirm landing letter supplied to guest: ○ Yes ◉ No

## Vessel Deviated (complete this section only if vessel's schedule / itinerary was affected by landing)

☐ Turned around? ☐ Speed increased?
☐ Port changed? ☐ Evacuation at Sea?

Details: