UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:20-cv-20687 - OAR

RICHARD BURGESS, Individually,
and by and through DARREN HENZE
as Guardian of the Person and Estate of
Richard Burgess, incapacitated and
as agent under that certain durable power
of attorney dated November 20, 2006

Plaintiffs,

v.

ROYAL CARIBBEAN CRUISES LTD.,
a Liberian Corporation d/b/a
ROYAL CARIBBEAN CRUISE LINE and/or
ROYAL CARIBBEAN INTERNATIONAL

Defendant.

_______________________________/

**DECLARATION OF DR. DANIEL CONTRACT**
**BOARD-CERTIFIED PHYSIATRIST**

I DANIEL CONTRACT, MD declare under penalty of perjury that the foregoing is true and correct and state:

1. My name is Dr. Daniel Contract. I am a board-certified Physiatrist boarded by the American Board of Physical Medicine and Rehabilitation with a specialty in brain injury medicine. I started practicing medicine in 2013 after I graduated medical school from Pennsylvania State University College of Medicine. I was the Chief Resident of the department of Physical Medicine and Rehabilitation at VCU Health. After completing my residency, I became a staff physiatrist at WellSpan Physiatry. I have been licensed to practice medicine in the state of Pennsylvania continuously from 2016 through the present. I regularly evaluate and treat patients with severe traumatic brain injuries including those caused by stroke.

2. I have been treating Richard Burgess as a physiatrist since August 12, 2019 through the present. Throughout this time, I have personally examined, treated and monitored Mr. Burgess' condition.

3. Since the time of the incident, Mr. Burgess has suffered and continues to suffer from a severe and permanent brain injury as the result of the stroke he began to suffer on February 21, 2019. As a result of this stroke, Burgess remains severely and permanently disabled.

4. Burgess is unable to perform activities of daily living and requires 24-hour care.

Burgess has limited to no mobility. He is unable to walk and has limited use of his hands and legs. Burgess relies on a wheelchair to move. To use his wheelchair Burgess requires either someone with sufficient strength to lift him and put him into his wheelchair or the use of a Hoyer lift.

5. Because of Mr. Burgess' condition, Burgess is at high risk of complications due to infection. Mr. Burgess lacks any control of his bodily functions such that he remains in an adult diaper as well as reliant on a condom catheter which must be regularly changed. This is because Burgess is at extreme risk of infection if not properly attended or cared for.

6. Additionally, Mr. Burgess remains reliant on a tracheostomy (an opening surgically created through the neck into the trachea (windpipe) to allow air to fill the lungs) and is at risk of aspiration. The opening in Burgess' neck also puts him at high risk for infection. Burgess's tracheostomy requires daily changing of the tube which is inserted into the opening of the neck. If exposed to large groups of people and to areas outside of his home (which he rarely leaves except for medical appointments close to home), Burgess is at high risk of viral or bacteria infection. While common illnesses caused by travel like the common cold and COVID-19 are less of a risk to the public, contracting such an illness could be fatal to Burgess.

7. Based on my training, experience, education and years of treating Mr. Burgess, it is my opinion as his treating physician, traveling between York, Pennsylvania and Miami, Florida for trial would put Mr. Burgess at an extreme and unnecessary risk and would be against medical advice based on his current condition.

8. I have personal knowledge of the all the assertions in this declaration.

**CERTIFICATION**

I, Dr. Daniel Contract, declare under penalty of perjury 28 U.S. Code 1746 that the foregoing is true and correct.

5/17/23
Date

[signature]
Daniel Contract, MD