UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:20-cv-20687

**CONSENT CASE**

RICHARD BURGESS individually and
by and through DARREN HENZE
as Guardian of the Person and Estate
of Richard Burgess, incapacitated and
as agent under that certain durable power
of attorney dated November 20, 2006.

Plaintiffs,

v.

ROYAL CARIBBEAN CRUISES LTD.,
a Liberian Corporation, d/b/a
ROYAL CARIBBEAN CRUISE LINE and/or
ROYAL CARIBBEAN INTERNATIONAL.

Defendant.

_________________________________/

**VOIR DIRE QUESTIONS FOR THE COURT**
**PROPOSED BY PLAINTIFF**

1. Do any of you own stock in Royal Caribbean Cruises Ltd (RCL)?

2. How many of you have a membership in any loyalty program with any cruise line based on the number of cruises taken?

    a. Which cruise line or lines?

3. How many of you have any relatives or friends who now work or have worked at any time in the last 5 years for Royal Caribbean International, Celebrity Cruises Inc., SilverSea, Tui Group, Hapag Lloyd Cruises, or Azamara Cruises?

    a. Who is it?

    b. How related to you or description of relationship?

    c. What title and job? For how long work?

4. How many of you or your friends or relatives have been on a cruise and have required medical attention onboard the ship?

    a. What was your/their experience with that?

   b. Did you have any expectations that the cruise line had set up procedures on what to do to give you treatment?

5. Do you have or have you ever had a job where time is of the essence?
   a. Please explain?
6. Do any of you or your friends or relatives work in the medical field?
   a. If so, what do you or they do?
7. Have any of you or your friends or relatives have experienced the symptoms of a stroke and have been treated with tPA (Altaplase)?
   a. What results did that person experience?
8. It is legal for Richard Burgess not to be here during the trial. You will hear why he is not here later. But some of you may think that if this is so important, he should be here. How many of you think that and that would affect the way you view the claims of Richard Burgess?
9. This is Darren Henze. Darren is the husband and now the legal guardian over Richard Burgess. Some people have problems with this kind of case involving a cruise line and a gay couple who are bring a suit against Royal Caribbean. How many of you have problems with this kind of case?
10. Have you, a loved one or a friend, ever been trained as, or worked as a claims adjuster, investigator or worked for the insurance industry in any capacity?
11. Briefly tell us about the kinds of work you have done as an adult.
12. Briefly tell us about the work your spouse, significant other or ex-spouse has done.
13. How many of you have grown children? Briefly tell us about the kinds of work they have done.
14. Do you have any scientific or medical experience or training? Please explain.
15. Supervisor – Have you ever supervised anyone at work. If so, what is the greatest number of people you ever supervised, and what was your title?
16. Education - What is your highest level of education and degree of certificate, including a trade/tech school? And what was your area of study or major?
17. Civic Leadership - How many of you have ever held a position of leadership in any civic group or organization (youth sports, scouting, pta unions HOA or school clubs)
18. Foreperson Experience – How many of you have ever served as the foreperson that presided over a jury deliberation?

19. Business Owner- How many of you have owned your own business that was the main financial support for your or your family?

20. Military Experience – Have you ever served in the military? What was the highest rank you held (officer or enlisted)? How long were you in the service?

21. Broken Civil Justice System – How many of you feel that there is a significant problem of abuse in the civil justice system? Its broken. It does not work the way it was to intended to. People are abusing the system to make money.

22. Feel Uneasy about case – When the judge read the statement of the case and you heard what the case was about, how many of you felt a little uneasy about the merits of this case or the person bringing it?

23. No pain & suffering award – The plaintiff is seeking compensatory damages which includes "pain & suffering". How many people would feel more comfortable awarding damages for medical expenses and lost wages but would have reservations awarding money for pain & suffering?

Respectfully submitted,

**BY: *Sarah A. Lobel***
**John H. Hickey, Esq.** (FBN 305081)
hickey@hickeylawfirm.com
federalcourtfilings@hickeylawfirm.com
**Sarah A. Lobel, Esq. (FBN 88716)**
slobel@hickeylawfirm.com
dmartinez@hickeylawfirm.com**HICKEY LAW FIRM, P.A.**
1401 Brickell Avenue, Suite 510
Miami, FL 33131-3504
Telephone: (305) 371-8000
Facsimile: (305) 371-3542
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 31, 2023 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

BY: */s/Sarah A. Lobel*

**SERVICE LIST**

Richard Burgess v. Royal Caribbean Cruises LTD.
United States District Court, Southern District of Florida
CASE NO.: 1:20-cv-20687-Otazo Reyes

| | |
|---|---|
| **John H. Hickey, Esq.** (FBN 305081)<br>hickey@hickeylawfirm.com<br>federalcourtfilings@hickeylawfirm.com<br>**Sarah A. Lobel, Esq. (FBN 88716)**<br>slobel@hickeylawfirm.com<br>dmartinez@hickeylawfirm.com<br>**HICKEY LAW FIRM, P.A.**<br>1401 Brickell Avenue, Suite 510<br>Miami, FL 33131-3504<br>Telephone: (305) 371-8000<br>Facsimile: (305) 371-3542<br>*Attorneys for Plaintiff* | **Michael J. Drahos, Esq.** (FBN 0617059)<br>Michael.drahos@gray-robinson.com<br>Lilia.parker@gray-robinson.com<br>**W. Cooper Jarnagin, Esq.** (FBN 117767)<br>Cooper.jarnagin@gray-robinson.com<br>**GRAY ROBINSON, P.A.**<br>515 North Flagler Drive, Suite 650<br>West Palm Beach, FL 33401<br>Telephone: (561) 268-5727<br>Fax: (561) 268-5745<br><br>**Randy S. Ginsberg, Esq.** (FBN 185485)<br>rginsberg@rccl.com<br>**ROYAL CARIBBEAN CRUISES LTD.**<br>1080 Caribbean Way<br>Miami, Florida 3312<br>Telephone: (305) 539-6327<br>Alt. Tel. (305) 539-4457<br>Fax (305) 539-6561<br>*Attorneys for Defendant* |