UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO: 1:20-cv-20687-AOR

RICHARD BURGESS, Individually,
and by and through DARREN HENZE
as Guardian of the Person and Estate of
Richard Burgess, incapacitated and
as agent under that certain durable power
of attorney dated November 20, 2006.

Plaintiffs,

v.

ROYAL CARIBBEAN CRUISES LTD.,
a Liberian Corporation d/b/a
ROYAL CARIBBEAN CRUISE LINE and/or
ROYAL CARIBBEAN INTERNATIONAL,

Defendant.
_________________________________/

**DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**

Pursuant to the Court Order (DE 21), Defendant, Royal Caribbean Cruises Ltd., ("Royal Caribbean"), submits the following list of proposed case-specific voir dire questions to be asked of the jury venire during jury selection.

1. Does anyone here own a business or has anyone owned a business in the past?
    a. What type?
2. Does anyone here have any formal medical training or hold any medical licenses or certifications of any sort?
3. Do you think that if someone has incurred large amounts of medical bills, it must be someone's fault?
4. How active would you say you are in your own personal health care?
    a. What responsibility, if any, do you think an individual has for their personal health decisions?

   b. Do you think that responsibility increases if the individual has a known history of health issues?

5. Has anyone had a negative experience with a physician or nurse at a walk-in clinic, emergency room, primary care, or hospital?
   a. Please describe your experience.
6. Has anyone read or seen anything about Royal Caribbean in the news or in the media lately? Is there anything you have seen or read that might prevent you from being fair and impartial in this case?
7. The defendant in this case is Royal Caribbean. Has anyone had any experience with Carnival?
   a. If yes, please describe your experience.
8. What are your thoughts or impressions of Royal Caribbean?
9. Has anyone had a particularly positive or negative experience on a cruise ship?
   a. If yes, can you please tell us about it? What cruise line?
10. Has anyone had to visit a medical center on a cruise ship before?
    a. If yes, what was your experience like?
    b. If no, do you think there is a difference between a medical center on a cruise ship and an emergency room in a hospital?
       i. If yes, what are those differences?
11. Does anyone, for whatever reason, view Royal Caribbean in a negative light so that it would be difficult for you to impartially decide this case?
12. Does anyone know someone who works for a cruise line?
13. What are your thoughts on the idea that a business should bear responsibility simply because it can afford to pay?
14. Do you think that merely because a case is at trial that it has merit? In other words, there must be something to the plaintiff's claims since we are sitting here selecting a jury.
    a. If yes, tell me why you think that?
    b. If yes, are you saying it would be difficult for you to set aside your feelings about corporations to judge this case? In this case, the plaintiff is claiming damages for her extensive medical care. Do you think that if someone has incurred large amounts of medical bills, it must be someone's fault?

15. The plaintiff suffered an ischemic stroke while disembarking the cruise ship in this case. Does anyone have experience with this type of stroke? If yes, please explain.
16. Mr. Burgess has significant disabilities as a result of the stroke he had on February 21, 2019. Is there anyone here who thinks they will simply not be able to get past the fact that he has significant injuries? In other words, will you be able to put your sympathy aside and decide the case based on the evidence?
17. Does anyone here, for whatever reason, feel that you could not in good conscience find in favor of a defendant against a plaintiff who suffered a severe injury, regardless of the other evidence you heard about who was at fault or what caused the accident?
18. What are your opinions of corporations and big business?
19. The plaintiff in this case is an individual. The defendant is a corporation. The law requires that individuals and corporations be treated the same. You may not favor one over the other. Would anyone have a hard time finding for a corporation against an individual defendant, or vice versa?
20. Do you believe Royal Caribbean has the right to defend itself against claims made against it? Do you feel that you can treat Royal Caribbean the same way that you could treat an individual?
21. Has anyone sued someone/ another entity or been sued before?
    a. Has anyone felt they had a chance to bring a lawsuit against someone or another entity, and chose not to?
22. Both sides are looking for fair and impartial jurors. Based on the information that you have heard thus far, is there anything that will make it difficult for you to decide this case fairly and without bias for one side or the other?
23. Is there any reason that you think you would not be a good juror for this case? Is there anything else we may have not asked you that you feel is important for us to know?

Respectfully Submitted,

GrayRobinson, P.A.
515 North Flagler Drive, Suite 650
West Palm Beach, Florida 33401
Telephone: (561) 268-5727
Facsimile: (561) 268-5745

By: */s/ Michael J. Drahos* ____________
Michael J. Drahos
Florida Bar No. 0617059
W. Cooper Jarnagin
Florida Bar No. 117767
*michael.drahos@gray-robinson.com*
*cooper.jarnagin@gray-robinson.com*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 1, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

*/s/ Michael J. Drahos* __________________

**SERVICE LIST**
**CASE NO.: 1:20-CV-20687-AOR**

John H. Hickey, Esq.
Sarah A. Lobel, Esq.
Hickey Law Firm, P.A.
1401 Brickell Ave., Ste. 510
Miami, FL 33131
Tel.: (305)371-8000
Fax: (305) 371-3542
hickey@hickeylawfirm.com
slobel@hickeylawfirm.com

*Attorneys for Plaintiff*

Elizabeth K. Russo, Esq.
ekr@russoappeals.com
yvonne@russoappeals.com
Paulo R. Lima, Esq.
prl@russoappeals.com
RUSSO APPELLATE FIRM, P.A.
e-service@russoappeals.com
7300 North Kendall Dr., Ste. 600
Miami, Florida 33156
Tel.: (305) 666-4660
Fax: (305) 666-4470

*Attorneys for Plaintiff*