UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 1:20-cv-20687-OTAZO-REYES

RICHARD BURGESS, Individually,
and by and through DARREN HENZE
as Guardian of the Person and Estate of
Richard Burgess, incapacitated and
as agent under that certain durable power
of attorney dated November 20, 2006.

      Plaintiffs,

v.

ROYAL CARIBBEAN CRUISES LTD.,
a Liberian Corporation d/b/a
ROYAL CARIBBEAN CRUISE LINE and/or
ROYAL CARIBBEAN INTERNATIONAL.
.

      Defendants.
_____/

## DEFENDANT'S AMENDED MOTION FOR LEAVE TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM

Defendant, ROYAL CARIBBEAN CRUISES LTD., by and through their undersigned counsel pursuant to the United States District Court Southern District of Florida's Administrative Order 2006-16 regarding cellular phone and electronic usage in the Courthouse, files this amended[1] motion and states as follows:

1. This case is set for the trial period starting Monday, June 5, 2023. Members of GrayRobinson, P.A. (including individually, Michael J. Drahos, Esq., W. Cooper Jarnagin, Esq., Jack R. Reiter, Esq., Robert C. Weill), the Defendant's witnesses (including individually, Dr. Joao Pombo Fidalgo Pereira, Dr. Michiel Adriaan Etsebeth, Mary Bremner, Lillibeth Rivera, Dr.

---

[1] Defendant previously filed a similar motion for leave. [ECF No. 170]. Defendant files the instant amended motion to list its specific individual witnesses.

Benjamin Shore, Dr. Ruben Parejo, Daniel Treadgill-Colon, Alberto Pedro Sanchez, Dr. Ulises Nobo, Dr. Juan Acevedo Ramos, Dr. Nure Khory, Dr. Alexander Merkler, Dr. Gordon Sze, Dr. Dileep Yavagal, Dr. Rodolfo Acedo Guardia, Dr. Thomas Groomes, and Cathlin Mitchell-Vinett), and Trial Concierge Services, (including individually Daniel Carey) respectfully request permission to bring the following equipment and electronic devices into the United States District Courthouse starting June 2, 2023 and throughout the duration of the trial:

a. electronic equipment, including laptops, I-Pads and tablets, external hard drives, thumb drives, projectors and projector screens, cellular phones, copiers, printers, portable wi-fi devices, portable wi-fi hotspots, travel monitors, small tech tables, speakers, HDMI switches, and switchers, and any necessary cables or power supplies for this equipment; and

b. Physical equipment, including office supplies.

c. Portable printer, portable scanner and copier;

d. Cellular phones as necessary for coordination of witness appearances, exhibit transportation and logistics, and for the coordination of exhibits and technical issues.

Wherefore the Defendant moves for leave to allow electronic equipment designated in the motion into the Courtroom during the trial in this case and for other and further relief which the Court deems just and proper.

Respectfully Submitted,

GrayRobinson, P.A.
515 North Flagler Drive, Suite 650
West Palm Beach, Florida 33401
Telephone: (561) 268-5727
Facsimile: (561) 268-5745

By: */s/ W. Cooper Jarnagin*
  Michael J. Drahos
  Florida Bar No. 0617059
  *michael.drahos@gray-robinson.com*
  W. Cooper Jarnagin
  Florida Bar No. 117767
  *cooper.jarnagin@gray-robinson.com*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2023, the foregoing document was electronically filed with the Clerk of the /court using CM/ECF to the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/W. Cooper Jarnagin*
W. Cooper Jarnagin

**SERVICE LIST**
**CASE NO.: 1:20-CV-20687-AOR**

John H. Hickey, Esq.
Sarah A. Lobel, Esq.
Hickey Law Firm, P.A.
1401 Brickell Avenue, Suite 510
Miami, FL 33131
Telephone: (305)371-8000
Facsimile: (305) 371-3542
hickey@hickeylawfirm.com
slobel@hickeylawfirm.com