**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 20-cv-20687-OTAZO-REYES**

**CONSENT CASE**

RICHARD BURGESS, individually, and
by and through DARREN HENZE as
Guardian of the Person and Estate of
Richard Burgess, incapacitated, and as
Agent under that certain durable power of
attorney dated November 20, 2006,

Plaintiff,

v.

ROYAL CARIBBEAN CRUISES, LTD.,
a Liberian Corporation, d/b/a
ROYAL CARIBBEAN CRUISE LINE and/or
ROYAL CARIBBEAN INTERNATIONAL,

Defendant.
_______________________________________/

**ORDER RE: JUROR COSTS**

THIS CAUSE came before the Court upon Plaintiff Richard Burgess' ("Plaintiff") and Defendant Royal Caribbean Cruises, Ltd.'s ("Defendant") (together, "the Parties") notification of settlement. This case was specially set for jury trial to commence on Monday, June 5, 2023, at 9:00 A.M. [D.E. 133]. At the commencement of trial, the Parties notified the Court that the matter had settled. At the Final Pretrial Conference held on June 1, 2023, the Court advised the Parties that, should they inform the Court of a settlement after 4:00 P.M. on Friday, June 2, 2023, they would be assessed juror costs pursuant to Rule 47.1 of the Local Rules for the Southern District of Florida. Accordingly, it is

ORDERED AND ADJUDGED that the Parties are assessed juror costs for the first day of trial in the amount of **$1,230.77** with payment to be divided equally between the Parties. Each of

the Parties shall pay their respective portion in full to the Clerk of Court's Office no later than **July 5, 2023** in the form of a check made payable to "U.S. Courts" with the case number included on the check. Failure to remit this payment by **July 5, 2023**, may result in the imposition of sanctions.

DONE AND ORDERED in Chambers at Miami, Florida this 5th day of June, 2023.

ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: Counsel of Record